# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Linh Tran Stephens,<br><br>v.<br><br>Child Support Services of Oklahoma Department of Human Services, *et al.* | Case No. 25-5063 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Appellee Charles Schwab and Co., Inc.</u>
[Party Name(s)]
certifies[1] as follows:

    X    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

        The Charles Schwab Corporation

    ☐    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>5/13/2025</u>
Date

<u>/s/ *Tara A. LaClair*</u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    X    On <u>May 13, 2025</u> I sent a copy of this Disclosure Statement to:
        [date]

<u>Appellant Linh Tran Stephens</u>
[name of party]

At <u>1964 Ashley River Rd., Ste. B Unit 80112, Charleston, SC 29407</u>,
[address]

the last known address/email address, by <u>U.S. Mail</u>.
[method of service]

<u>5/13/2025</u>
Date

<u>/s/ *Tara A. LaClair*</u>
Signature