Case No. 25-5063

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

(1) Linh Tran Stephens, sui juris, natural living breathing woman with a living soul and Holy spirit,  —  *Plaintiff-Appellant,*

Vs.

(2) CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS),

(3) CHARLES SCHWAB AND CO., INC.,

(4) Cierra Freeman, in individual capacity and official capacity as court-appointed attorney for child-support enforcement,

(5) Mary Johnmeyer, in individual capacity and in official capacity as legal counsel of Charles Schwab,

(6) Renee Banks, in individual capacity and official capacity as CSS Director,

(7) Jason Hoenshell, in individual capacity and in official capacity as Oklahoma FIDM Coordinator,

(8) Emmalene Stringer, in individual capacity and in official capacity as State's attorney for CSS,

(9) DOES #1-10 known but unidentified DHS employees,

(10) DOES #11-20 known but unidentified Charles Schwab and Co., Inc., employees
 —  *Defendants-Appellees.*

## NOTICE OF CORRECTION OF ADDRESS

I, linh-tran: stephens, a living woman, sui juris, do hereby give notice of correction regarding the previously submitted mailing zip code.

**STATEMENT OF FACTS:**

1. I previously submitted correspondence/documentation to this Court with an incorrect zip code due to typo mistakes

2. The incorrect zip code previously listed as [29416], but correct zip code is: [29407].

**RELIEF SOUGHT**: Let this correction be noted in all Court records and future correspondence be sent to the correct zip code [29407] to me as below

linh-tran: stephens, one-and-only Agent and beneficiary of LINH TRAN STEPHENS©®

**℅ 1964 Ashley River Rd Ste B Unit 80112**

**Charleston, South Carolina [29407] without United States Washington, D.C.**

Respectfully submitted this 13th day of June, 2025.

Private sector autograph;
**WITHOUT RECOURSE**

*without prejudice*
*linh-tran: stephens/Agent*

By one–and-only beneficiary: _____
All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103*,
**Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©® ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is G.L.Stephens,
A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit, unlimited, non-incorporated, non-sole-proprietor,
**stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, presumptions/assumptions/double-speaking/implied or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States;
**Rural Free Delivery, Non-Domestic 00000,**
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt but near 29407]
without United States of Washington, D.C.
Email: LinhStephens7@gmail.com; Tel: 817-631-3223
