Tenth Circuit case number 25-5063

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

(1) Linh Tran Stephens, sui juris, natural living breathing woman with a living soul and Holy spirit,  —  *Plaintiff-Appellant,*
Vs.
(2) CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS),
(3) CHARLES SCHWAB AND CO., INC.,
(4) Cierra Freeman, in individual capacity and official capacity as court-appointed attorney for child-support enforcement,
(5) Mary Johnmeyer, in individual capacity and in official capacity as legal counsel of Charles Schwab,
(6) Renee Banks, in individual capacity and official capacity as CSS Director,
(7) Jason Hoenshell, in individual capacity and in official capacity as Oklahoma FIDM Coordinator,
(8) Emmalene Stringer, in individual capacity and in official capacity as State's attorney for CSS; et. al.

 —  *Defendants-Appellees.*

**VERIFIED PETITION FOR WRIT OF MANDAMUS AND EMERGENCY INJUNCTIVE RELIEF**

## I. NATURE OF ACTION AND EMERGENCY RELIEF SOUGHT

1. This is an emergency petition for writ of mandamus and injunctive relief arising from systematic violations of fundamental constitutional rights, including but not limited to:

   - Denial of due process in violation of the Fifth and Fourteenth Amendments

   - Double jeopardy violations

   - Denial of equal protection under law

   - Violations of Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

- Conspiracy to violate civil rights under 18 U.S.C. §§ 241, 242

2. Petitioner raises permanent and continuous objection to any special judges or magistrates and alternatives or substitutes other than Article III constitutional judges using common law and constitutional law.

3. **Notice**: I am not a surety and I do not consent to any attempted body attachment warrant.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to:

    - 28 U.S.C. § 1651 (All Writs Act)
    - 28 U.S.C. § 1331 (Federal Question Jurisdiction)
    - 28 U.S.C. § 1343 (Civil Rights Jurisdiction)
    - 28 U.S.C. § 1361 (Mandamus Jurisdiction)
    - 42 U.S.C. § 1983 (Civil Rights Act)
    - 28 U.S.C. § 2201 (Declaratory Judgment Act)

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) as all events giving rise to this action occurred within this judicial district.

## III. PARTIES

6. **Petitioner Linh Tran Stephens (lower case)** is a "free [nonblack] person" and stateless citizen ("woman" of the "Union"), in accordance with the statements made by the Honorable Justice Miller in the Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873), and the Honorable Chief Justice Wallace in ELLEN R. VAN VALKENBURG v. ALBERT BROWN, 43 Cal. 43 (California Supreme Court - 1872). Linh Tran Stephens is not and has never been a U.S. citizen after clarification, as clearly delineated in 28 USC 1332(a)(1). The rights of

Linh Tran Stephens the sentient being are derived from the Bill of Rights, not from the 14th Amendment. Linh Tran Stephens' biological property is G.L.Stephens as her flesh and blood.

7. **LINH TRAN STEPHENS©®** is a 14th Amendment US citizen in accordance with 8 USC 1401(a), deriving standing from the privileges and immunities available in the 14th Amendment. The legal structure of LINH TRAN STEPHENS©® is a sole proprietorship.

8. **Respondent SPECIAL JUDGE LORETTA RADFORD** is sued in her official capacity as a judge acting under color of state law.

9. **Respondent SPECIAL JUDGE DEBORRAH LUDI-LEITCH** is sued in her official capacity as a judge acting under color of state law.

10. **Respondent EMMALENE STRINGER** is sued in her official capacity as OKDHS State's Prosecutor acting under color of state law.

11. **Respondent STATE OF OKLAHOMA** is a governmental entity subject to suit under Monell v. Department of Social Services, 436 U.S. 658 (1978).

12. **Respondent GILBERT PILKINGTON JR** is a BAR CARD ATTORNEY acting as officer of the court.

## IV. STATEMENT OF FACTS (AFFIDAVIT FORM)

**AFFIDAVIT OF LINH TRAN STEPHENS**

I, Linh Tran Stephens, a natural living woman, sui juris, being of sound mind and competent to testify, having first-hand knowledge of the facts herein, do solemnly affirm and declare under penalty of perjury that the following facts are true and correct:

13. On May 2, 2025, Special Judge Loretta Radford proceeded with my case despite:
    - My contested challenge to her jurisdiction

- A pending removal to federal court, a pending unadjudicated appeals in Oklahoma Supreme Court of Appeal and United States Supreme Court
- An ongoing appeal regarding the same prior conviction

14. Special Judge Radford denied my DEMAND for stay of proceedings despite properly raised jurisdictional challenges, violating the abstention doctrine established in Younger v. Harris, 401 U.S. 37 (1971).

15. Special Judge Radford granted remote virtual participation to my ex-husband and his attorney while denying me the same access, violating equal protection guarantees. See Griffin v. Illinois, 351 U.S. 12 (1956).

16. My ADA advocates and authorized court observers were unlawfully barred from attending virtually, while opposing parties' representatives were permitted online access, violating:
    - First Amendment right to public trial
    - ADA reasonable accommodation requirements
    - Due Process Clause

17. Court security threatened peaceful observers with arrest, chilling First Amendment rights. See *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555 (1980).

18. Despite verified financial indigency and affirmed of such by Oklahoma Supreme Court and Federal Courts and numerous Judicial Notices and COL Forms (color of law violations notice served to her during previous hearing), Special Judge Radford issued default bench ruling solely because I could not pay $350 jury trial fees and she waived my jurisdiction challenges and jury trial rights without consent, violating: Boddie v. Connecticut, 401 U.S. 371 (1971); Griffin v. Illinois, 351 U.S. 12 (1956); M.L.B. v. S.L.J., 519 U.S. 102 (1996).

19. The court refused my offer to pay $20 court reporter fee by credit card or by ADA advocate ot pay by cash, which my advocates confirmed and witnessed this violation (see **<u>Exhibit</u>** attached, **https://tinyurl.com/4cdv5u56** or **https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM** and see ***MOTION FOR JUDICIAL NOTICE WITH EXHIBITS PURSUANT TO FED. R. EVID. 201, INVOKING ARTICLE III REVIEW, 28 U.S.C. § 1651 AND WHISTLEBLOWER STATUS*** filed the same date as this petition).

20. Special Judge Radford refused to address pretrial issues including: Lack of jurisdiction; Non-consent and objections to state court proceedings; Demand for Article III constitutional judge by living woman Linh was ignored.

21. According to my advocate, special Judge Radford fraudulently alleged I was a no-show after blocking my attendance, then issued default bench-conviction with 6 months incarceration.

22. Special Judge Radford attempted to re-prosecute identical contempt charges after I completed a full 60-day sentence imposed by Special Judge Ludi-Leitch, violating <u>Double Jeopardy Clause</u>. See Benton v. Maryland, 395 U.S. 784 (1969).

23. Multiple federal cases addressing these constitutional violations remain pending.

24. Oklahoma proceedings violate binding Oregon decree and federal Full Faith and Credit requirements under 28 U.S.C. § 1738.

**<u>V. CAUSES OF ACTION</u>** – this is not an exclusion list (see exclusive list in U.S. OKND)

**A. FIRST CAUSE OF ACTION #1: VIOLATION OF DUE PROCESS**

**(Fifth and Fourteenth Amendments; 42 U.S.C. § 1983)**

25. The Due Process Clause requires fair notice and opportunity to be heard. Mathews v. Eldridge, 424 U.S. 319 (1976).

26. Respondents violated due process by:

    - Proceeding despite jurisdictional challenges

    - Denying equal access to proceedings

    - Issuing default judgment based on inability to pay fees

    - Creating structural bias with State as judge, prosecutor, and beneficiary

27. These violations shock the conscience under County of Sacramento v. Lewis, 523 U.S. 833 (1998).

## B. SECOND CAUSE OF ACTION #2: DOUBLE JEOPARDY VIOLATION

**(Fifth Amendment; 42 U.S.C. § 1983)**

28. The Double Jeopardy Clause prohibits multiple punishments for the same offense. North Carolina v. Pearce, 395 U.S. 711 (1969).

29. Re-prosecution after completing a 60-day contempt sentence violates this protection.

## C. THIRD CAUSE OF ACTION #3: EQUAL PROTECTION VIOLATION

**(Fourteenth Amendment; 42 U.S.C. § 1983)**

30. Disparate treatment regarding virtual access violates equal protection. City of Cleburne v. Cleburne Living Center, 473 U.S. 432 (1985).

31. Wealth-based discrimination in access to courts violates equal protection. Bearden v. Georgia, 461 U.S. 660 (1983).

## D. FOURTH CAUSE OF ACTION #4: ADA VIOLATIONS

**(42 U.S.C. § 12101 et seq.; 42 U.S.C. § 1983)**

32. Courts must provide reasonable accommodations. Tennessee v. Lane, 541 U.S. 509 (2004).

33. Denying virtual access and barring ADA advocates violates statutory requirements.

## E. FIFTH CAUSE OF ACTION #5: DENIAL OF ACCESS TO COURTS

**(First Amendment; 42 U.S.C. § 1983)**

34. Meaningful access to courts is a fundamental right. Bounds v. Smith, 430 U.S. 817 (1977).

35. Blocking attendance and advocates denies this right.

**F. SIXTH CAUSE OF ACTION #6: CIVIL RIGHTS VIOLATIONS**

**(42 U.S.C. § 1983)**

36. All actions under color of state law violated clearly established constitutional rights.

**G. SEVENTH CAUSE OF ACTION #7: MONELL CLAIMS**

**(42 U.S.C. § 1983; Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978))**

37. STATE OF OKLAHOMA maintains policies, customs, and practices that:
    - Systematically deny due process
    - Discriminate based on wealth
    - Violate ADA requirements
    - Permit double jeopardy

38. These policies demonstrate deliberate indifference. City of Canton v. Harris, 489 U.S. 378 (1989).

**H. EIGHTH CAUSE OF ACTION #8: CONSPIRACY TO VIOLATE CIVIL RIGHTS**

**(42 U.S.C. § 1985; 18 U.S.C. §§ 241, 242)**

39. Respondents conspired to deprive constitutional rights through coordinated actions.

## VI. PREEMPTIVE DEFENSES AGAINST MOTION TO DISMISS

40. **Standing**: Injury-in-fact from constitutional violations satisfies Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992).

41. **Ripeness**: Ongoing violations and threat of incarceration create immediate controversy.

42. **Rooker-Feldman Doctrine Inapplicable**: This action challenges procedures, not judgments. Exxon Mobil Corp. v. Saudi Basic Industries Corp., 544 U.S. 280 (2005).

43. **Younger Abstention Inapplicable**: Exception for bad faith prosecution applies. Younger v. Harris, 401 U.S. 37 (1971).

44. **Judicial Immunity Limited**: Does not bar prospective relief. Pulliam v. Allen, 466 U.S. 522 (1984).

45. **Eleventh Amendment**: Ex parte Young, 209 U.S. 123 (1908) permits prospective relief against state officials.

## VII. DEMAND FOR JURY TRIAL

46. Petitioner demands trial by jury on all issues so triable pursuant to the Seventh Amendment and Fed. R. Civ. P. 38.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests this Court:

1. Issue writ of mandamus directing recusal of Respondent Judges;
2. Issue Emergency Permanent Restraining Order prohibiting further constitutional violations;
3. Assume federal jurisdiction over all related matters;
4. Stay all Oklahoma proceedings based on fraud and lack of jurisdiction;
5. Order immediate return of minor child from Texas;
6. Order return of all seized property including $64,445.92 retirement funds with interest;
7. Enjoin double jeopardy proceedings;
8. Declare Oklahoma orders violating Oregon decree null and void;
9. Award compensatory damages of $150,000,000;

10. Award punitive damages;

11. Refer criminal violations to DOJ under 18 U.S.C. §§ 241, 242;

12. Order expungement of false records;

13. Require police protection and proper investigation of child abuse;

14. Award attorneys' fees under 42 U.S.C. § 1988;

15. Provide written statements of fact and conclusions of law, rather than any abusive discretion for appeal purposes if justice, truth, and the Constitution of the united states of America is not revered in this court;

16. Grant all other relief deemed just and proper.

Petitioner reserves the right to amend this petition at any time.

Respectfully submitted this 24th day of June, 2025.

### AVOUCHMENT / VERIFICATION

i hereby declare, verify, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of **28 U.S. Code § 1746** that i am of sound mind and competent to make this verification, and that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief.

Executed in Charleston County, republic land of South Carolina on this 24th day of June in the Year of Our Lord Two Thousand and Twenty Five.

*Nemo me impune lacessit pursuant to Psalm 105:15 + Isaiah 54:17*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce;
**Silence is Tacit Acquiescence/Agreement/Dishonor**;

Private sector autograph;
**WITHOUT RECOURSE**

By one–and-only beneficiary: _without prejudice linh-tran: stephens/Agent_
All Rights Reserved None Waived, **Without Prejudice UCC 1-308 & 1-103**,
**Non-Assumpsit**, one-and-only Grantor & Authorized Agent & Beneficiary for LINH TRAN STEPHENS©® ens legis and all its derivatives thereof including Cestui Que Trust a.k.a. "Fide Commissary Trust",

sui juris, Ambassador of Messiah Yahusha, Heir of the Creator,
my heir/offspring is G.L.Stephens,
A natural living woman breathing with a living soul and the Holy Spirit of YAHUAH,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless** "**freeman of the Union**" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal presumptions, other presumptions/assumptions/double-speaking/implied or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States;
**Rural Free Delivery, Non-Domestic 00000,**
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt but near 29407] without United States D.C.
Email: LinhStephens7@gmail.com ; *Tel:* 817-631-3223

**Notary as JURAT CERTIFICATE**

STATE OF <u>MINNESOTA</u>      )
                                   ) *ss*
COUNTY OF <u>SHERBURNE</u> )

On this <u>24th</u> day of <u>June</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

## **CERTIFICATE OF SERVICE**

The undersigned certify that on June 25th, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system [or it was mailed to below address if ECF was down]; I also further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system:

Clerk of U.S. Court of Appeals for the Tenth Circuit, 1823 Stout Street, Denver, Colorado 80257

WITHOUT RECOURSE.

*without prejudice*
*linh-tran: stephens/Agent*

**AFFIDAVIT of Truth by S█████████**                    5/5/2025

On Friday, 5/2/2025 at 9:02am, Dr Linh Stephens was on the docket for family court in Judge Loretta Radford's courtroom. I arrived early at 8:00 am to deliver a pre-notarized Protest that Dr Linh Stephens had provided me to present to the court clerk and file into her case as well as a copy to the judge or her court clerk. So, by about 8:20am, both of those requests were complete. The Judge's court clerks name was Kacharra Mansker. Here contact is Kacharra.mansker@oscn.net; phone number, 918.596.5332. I then asked someone in the hallway who was instructing others how to get their documents to the judge how I would know if a court reporter was going to be in court. She said they normally had one. So I went to court and right away noticed that one was not present. So I asked the judge and she said no, they are not normally present. I objected to that as all hearings should be memorialized as part of due process in a court of record before rights can be affected.

OK Constitution Article 2 Section 7

Due Process Definition, Black's Law (4th and 5th Ed)

I had went downstairs to the main court clerk office to see if I could get a copy of a receipt for the one that had been prepaid for by Dr Linh Stephens. The woman there said that she did not see one ordered. I asked to pay for one to get a receipt. They explained that the judge would have to let me know if one was available first. Yet Judge said that I would have to have a receipt first. So, I explained to the judge that I was just downstairs trying to pay for it and they would not let me until the judge told them one was available. They would also not take my money. The filing court clerk said they were going by "the rules" and they knew the rules were that the judge had to approve the court reporter's presence first. I asked them to document what they were telling me were the rules as they understood them and to notarize what they were saying. They refused. I asked who made the rule and when it was made and if I could get a copy of that rule. They said I would need to contact Kim Hall, the court administrator as she was the one that implemented the rule a year ago when court reporters became hard to get. So, I went to her office before court hearing. The lady I spoke with there would not give me her name but said I would need to have the matter handled by the Bailiff, Samantha.Boen@oscn.net ; ph# 918.596.5333. The Baliff said one was being ordered for Dr Stephen's case (yet the court clerk said none was ordered and the judge said none was ordered unless payment was made). So I sat in court and waited for Dr Stephen's case to be called. While I waited, I also noticed in all of the plea deals that were being handled by other Pro Se litigants, that the judge would tell them that by going Pro Se that they were relinquishing their rights to a trial by jury or to call witnesses and more. I stood up to offer advice that the court could not ask them to waive those rights as no laws imparting the obligation of contracts shall be passed like interfering with one's oath to uphold the constitutional rights of We The People.

OK Constitution Article 2 Section 15

I was told to sit down by the judge and was instructed by a Sheriff's Deputy J. Williamson who would not give me his first name or his badge number when I asked that if I interrupted any more that I would be escorted out. I withheld any further interruptions until Dr Stephens' case was called. Dr Stephens case was held til the very end of the day the last case when everyone else left- zero eyes from the public, about 1-1:30pm, when it was finally called. Immediately I asked where the court reporter was and was told again I would need a receipt of payment for his/her presence. I let them know this hearing was not valid if there was no court reporter. They asked if I wanted an audio, I said I'll take what I can get but that the hearing would still be in violations without a court reporter and that I would still be making that report. After listening to a few comments from the prosecution side stating that Dr Stephens was in violations of some recent motions sent, I spoke up explaining that the case was not valid due to jurisdictional issues. The main violation is in US Constitution Article 3 when the state is a party the original jurisdiction is the Supreme Court. Also, Dr Stephens is a Vietnam citizen, which makes another Article 3 violation. The judge asked me my name, of which I explained I was one of The People court

watching for a case and offering advice to the court where I saw it was needed. The judge cut me off before I could make all the other necessary objections and she asked the Sheriff Deputy to escort me out. I asked if that was under the threat of arrest. He said no at first and I therefore said I would not be leaving then. Then he changed his mind and said "yes it was under the threat of arrest". So I let him escort me out without resistance.

I come in peace and love in the name of Christ Jesus to bring you this report of injustices I witnessed in the Tulsa Family court on 5/2/2025 in front of employees of STATE OF OKLAHOMA calling themselves as special judge Loretta Radford, 3 different payment/filing court clerks, judge's clerk Karacharra Mansker, bailiff Samantha Boen, Tulsa court administrator Kim Hall, and deputy sheriff J. Williamson.

Also Included: my audio recordings of my experiences from the day

https: drive.google.com drive folders 1QFxefI_qj4Qx9sFyC1vkVsft55ybsRB_?usp_sharing

Sincerely,



**Notary as JURAT CERTIFICATE**

STATE OF _oKlAhomA_ )
                     ) ss
COUNTY OF ▮▮▮▮▮

On this __6__ day of __mAy__, 20_25_ before me ▮▮▮▮▮▮▮▮▮▮, a Notary Public, personally appeared a living woman ▮▮▮▮▮▮▮▮▮▮ the Authorized Representative and Beneficiary for Legal Fiction_____ ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

    I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma state law and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary/Jurat