Tenth Circuit case number 25-5063

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

(1) Linh Tran Stephens, sui juris, natural living breathing woman with a living soul and Holy spirit,                    —    *Plaintiff-Appellant,*
Vs.
(2) CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS of OKDHS),
(3) CHARLES SCHWAB AND CO., INC.,
(4) Cierra Freeman, in individual and official capacity as court-appointed attorney for child-support enforcement,
(5) Mary Johnmeyer, in individual capacity and in official capacity as legal counsel of Charles Schwab,
(6) Renee Banks, in individual capacity and official capacity as CSS Director,
(7) Jason Hoenshell, in individual capacity and in official capacity as Oklahoma FIDM Coordinator,
(8) Emmalene Stringer, in individual capacity and in official capacity as State's attorney for CSS; *et. al.*

                    —    *Defendants-Appellees.*

**MOTION FOR JUDICIAL NOTICE WITH EXHIBITS PURSUANT TO FED. R. EVID. 201, INVOKING ARTICLE III REVIEW, 28 U.S.C. § 1651 AND WHISTLEBLOWER STATUS**

Appellant respectfully moves this Court to take judicial notice of the following exhibits

demonstrating systematic violations of federal law and constitutional rights:

 **EXHIBIT A: Verified WHISTLEBLOWER STATUS AFFIDAVIT**

 **EXHIBIT B: Emergency Petition for Writ of Habeas Corpus (Individual Capacity)**

 **EXHIBIT C: Emergency Petition for Writ of Habeas Corpus (biological property)**

*Page 1 of 9 followed by Exhibit A, B, C*

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent.**

**Affidavit is a form of evidence. Failure to rebut with specific, point-for-point affidavit constitutes agreement, tacit admission, and acquiescence by estoppel.**

**This Affidavit is submitted under lawful jurisdiction pursuant to the Organic Constitution, Christian Common Law, and the laws of the united states of America, not under corporate statutes or codes of the UNITED STATES INC.**

**All rights reserved, UCC 1-308. I demand permanent injunctive relief under 28 U.S.C. § 2201 for declaratory judgment and protection from ongoing retaliation under 18 U.S.C. § 1513.**

---

## I. JUDICIAL NOTICE REQUEST

Pursuant to Federal Rule of Evidence 201, i respectfully demand the Court take judicial notice of the attached Whistleblower Status Affidavit, documenting:

1. Fraud upon the United States through fabricated evidence submitted to obtain federal funding (Title IV-E/IV-B);

2. Retaliation in violation of 18 U.S.C. § 1513(e) and 31 U.S.C. § 3730(h) after disclosures to HHS-OIG, State Auditor, and public;

3. Unlawful seizure of my female offspring absent exigent circumstances, lawful warrant, or due process (U.S. Const. Amend. IV, XIV);

4. Collusion by Oklahoma agencies, guardian ad litems, and bar attorneys violating 42 U.S.C. §§ 1983, 1985, 1986, obstructing redress.

This Court has authority under 28 U.S.C. § 1651 (All Writs Act) and Article III to remedy constitutional violations ignored or sustained by lower tribunals acting under administrative/military jurisdiction, not under the Constitution.

---

## II. BACKGROUND

The state court, under unlawful administrative color, has:

1. Ignored binding precedent from *Troxel v. Granville*, 530 U.S. 57 (2000), denying fundamental parental rights.

2. Permitted permanent termination of custody based on perjured and retaliatory affidavits.

3. Sustained sealed dockets to suppress First Amendment protected reporting of systemic fraud.

I now seek review to compel jurisdictional findings based on the real facts and not fabricated records created by actors with direct financial incentives to perpetuate the fraud.

---

## III. FACTUAL EXHIBIT (Attached Affidavit)

Attached herewith is a Verified Whistleblower Affidavit evidencing:

1. My protected conduct as a U.S. Navy Medical Corps veteran (July 2010-July 2015), Veterans Affairs physician (2015-2017), Indian Health Services physician at Cherokee Nation (2018-2020);

2. The retaliatory acts following my reporting of Title IV fraud, including the December 3, 2021 kidnapping of G.L.Stephens from my protective custody (case # PO-2021-3843 against Adam);

3. The connection between unlawful judicial and agency conduct and federal funding abuse, specifically the truncation of DHS investigator Maria Chico's original report by supervisors Leah Sukovaty and Shasta Miller to conceal Adam Stephens' children-abuses history;

4. The systematic exclusion of expert witnesses including private investigator David Ballard, child psychologist Jim Lovett, school director Jayme Wingo-Martin, school teacher Susie Panzer, medical providers Jeri Townsend and Jeremy Ransdell D.O., and witness Heather Collins who was removed from the stand after being sworn in, and much more.

This record is essential for the Court's understanding of how constitutional violations are being shielded by intentional suppression of whistleblower status and related evidence.

Attached herewith is a Verified Whistleblower Affidavit evidencing:

1. My protected conduct;

2. The retaliatory acts in response to my reporting frauds;

3. The connection between unlawful judicial and agency conduct and federal funding abuse.

This record is essential for the Court's understanding of how constitutional violations are being shielded by intentional suppression of whistleblower status and related evidence.

*Page 4 of 9 followed by Exhibit A, B, C*

## IV. DEMAND FOR RELIEF

I demand this Court:

1. Take judicial notice of the Whistleblower Affidavit (Exhibit A), Notice of Habeas for linh-tran: stephens (Exhibit B), and Notice of Habeas for G.L.Stephens (Exhibit C);

2. Supplement the appellate record to include these affidavits as material facts not heard below due to systematic suppression by state actors;

3. Issue a protective ruling recognizing Appellant as a federally protected whistleblower under 5 U.S.C. § 2302(b), 18 U.S.C. § 1513(e), 31 U.S.C. § 3730(h), 42 U.S.C. § 1320a-7b(g), 42 U.S.C. § 659a, Executive Order 12731, and Executive Order 13696;

4. Reverse and remand all lower orders premised upon fraud or suppressive retaliation, including but not limited to:

   a. Emergency custody order of December 17, 2021 signed by Special Judge Rodney Sparkman

   b. Protective Order PO-2021-4509 granted by Judge Julie Doss

   c. All child support orders under fraudulent OK IV-D FGN: 000948641001

   d. All contempt proceedings initiated by State's Attorney Emmalene Stringer

5. Grant declaratory relief against the offending agents, attorneys, and judges acting outside Article III jurisdiction and contrary to public trust;

6. Order immediate return of G.L.Stephens to my custody given Adam Sylvester Stephens' substantiated history of child abuse and the grave risk of harm established under *Golan v. Saada*, 596 U.S. ___ (2022);

7. Grant witness protection for myself and G.L.Stephens under the Victim and Witness Protection Act given ongoing retaliation.

This superior Court to provide written statements of fact and conclusions of law, rather than any abusive discretion for appeal purposes if justice, truth, and the constitution of the United states of America is not revered in this court.

I am not a surety and I do not consent to any attempted body attachment warrant.

I reserve the right to amend this brief or affidavit at any time without prejudice.

**NOTICE**: Linh Tran Stephens (lower case) is a "free [nonblack] person" and stateless citizen ("woman" of the "Union"), in accordance with the statements made by the Honorable Justice Miller in the Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873), and the Honorable Chief Justice Wallace in ELLEN R. VAN VALKENBURG v. ALBERT BROWN, 43 Cal. 43 (California Supreme Court - 1872). Linh Tran Stephens is not and has never been a U.S. citizen, as clearly delineated in 28 USC 1332(a)(1). The rights of Linh Tran Stephens the sentient being are derived from the Bill of Rights, not from the 14th Amendment. Linh Tran Stephens is neither a negro nor a descendant of such. Linh Tran Stephens would be considered a "people" in plural usage. Linh Tran Stephens' biological property is G.L.Stephens as her flesh and blood. Meanwhile, LINH TRAN STEPHENS©® is a 14th Amendment US citizen in accordance with 8 USC

*Page 6 of 9 followed by Exhibit A, B, C*

1401(a), deriving her standing from the privileges and immunities available in the 14th Amendment, and would be termed a "person" in plural usage. She was born on February 09th, 1984. She falls under the subheading of "individual" in the definition of the word "person" as described in 8 USC 1101(b)(3). The legal structure of LINH TRAN STEPHENS©® is a sole proprietorship. Her EIN number is the "Social Security Number" that was used on these original notes, in accordance with 26 CFR 301.7701-11. LINH TRAN STEPHENS©® is, in terms of the Commercial Codes, the represented person/account holder/issuer of the original notes executed with the SBA.

Respectfully,

By one–and–only beneficiary: _without prejudice_ _linh-tran:stephens/Agent_

_____

linh-tran:stephens, without recourse, without prejudice
Agent for LINH TRAN STEPHENS©®
**o/b/o G██ L██ Stephens**

### Notary as JURAT CERTIFICATE

STATE OF MINNESOTA              )
                               ) *ss*
COUNTY OF SHERBURNE          )

On this <u>18</u>th day of <u>June</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® )</u>, who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Page 7 of 9 followed by Exhibit A, B, C*



Signature of Notary/Jurat

Notary Public's Commission Expires: 01/31/2028

## EXHIBIT A: VERIFIED WHISTLEBLOWER AFFIDAVIT

[See attached Whistleblower Affidavit dated June 18, 2025, notarized by Melissa K.

Vagle, Notary Public, State of Minnesota, County of Sherburne]

## EXHIBIT B: NOTICE OF HABEAS CORPUS FOR linh-tran: stephens

[See attached Emergency Petition for Writ of Habeas Corpus documenting unlawful

restraint through court orders obtained by fraud, gag orders violating First Amendment,

restrictions on movement and association, and threat of contempt sanctions for exercising

constitutional rights]

## EXHIBIT C: NOTICE OF HABEAS CORPUS FOR G.L.Stephens

[See attached Emergency Petition for Writ of Habeas Corpus - Next Friend Petition

documenting unlawful custody of minor child G.L.Stephens by Adam Sylvester Stephens

following December 3, 2021 seizure without warrant or exigent circumstances]

*Page 8 of 9 followed by Exhibit A, B, C*

**CERTIFICATE OF SERVICE**

The undersigned certify that on June 25th, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system [or it was mailed to below address if ECF is down]; I also further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system:

Clerk of U.S. Court of Appeals for the Tenth Circuit
1823 Stout Street,
Denver, Colorado 80257

WITHOUT RECOURSE.

*without prejudice*
*linh-tran: stephens/Agent*

*Page 9 of 9 followed by Exhibit A, B, C*

# Exhibit A

From:       Linh Tran Stephens, Agent
PO Box 80112
Charleston, South Carolina [29416]
linhstephens7@gmail.com

Dated: June 18th, 2025

**_Sent via USPS certified mail, email, and CM/ECF Electronic Delivery_**

To:     Federal Bureau of Investigation, TULSA FIELD OFFICE
Special Agent in Charge
15290 N. 78th E. Avenue, Owasso, Oklahoma 74055
CERTIFIED MAIL: *9589 0710 5270 1577 8841 51*
REGISTERED SIGNATURE: *9590 9402 9358 5002 8732 13*

Department of Justice, Civil Division, U.S. Attorney's Office,
Northern District of Oklahoma
110 W. 7th Street, Suite 300, Tulsa, Oklahoma 74119
CERTIFIED MAIL: *9589 0710 5270 1577 8841 68*
REGISTERED SIGNATURE: *9590 9402 9358 5002 8732 20*
USAOKN.civil.Rights@usdoj.gov

Office of Inspector General
U.S. Department of Health & Human Services
Juliet T. Hodgkins
P.O. Box 23489, Washington, DC 20026
CERTIFIED MAIL: *9589 0710 5270 1577 8841 75*
REGISTERED SIGNATURE: *9590 9402 9358 5002 8732 37*
HHSTips@oig.hhs.gov

**Re:    WHISTLEBLOWER STATUS AFFIDAVIT upon STATE OF OKLAHOMA (EIN: 99-9000879), OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CHILD SUPPORT SERVICES (EIN 73-1477405), STATE BOARD OF OSTEOPATHIC EXAMINERS (OSBOE) et al 99-9000879 and their agents**

Dear all,

*Page 1 of 18 followed by Exhibit "A" and Exhibit "B"*

Please see attached Whistleblower Affidavit regarding the criminal enterprise operated by Corporations of STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CHILD SUPPORT SERVICES et al 73-1477405, STATE BOARD OF OSTEOPATHIC EXAMINERS et al 99-9000879 and their representative agents/employees in violation of federal law, constitutional rights, and through fraudulent use of Title IV-D federal funding.

All rights reserved, UCC 1-308. I demand permanent injunctive relief under 28 U.S.C. § 2201 for declaratory judgment and protection from ongoing retaliation under 18 U.S.C. § 1513.

Sincerely,                                                    without prejudice, without recourse

*without prejudice*
*linh-tran: stephens/Agent*

By one–and–only beneficiary: linh-tran:stephens, representative for LINH TRAN STEPHENS©®,

*w/ attachments of exhibits*

Cc:    Oklahoma Attorney General Gentner Drummond, info@oag.ok.gov and Gentner.Drummond@oag.ok.gov via email and Electronic Court Filing (ECF)

Emmalene Stringer, Oklahoma State Attorney for CSS, emmalene.stringer@okdhs.org, via email and ECF

Renee Banks, CSS Director, renee.banks@okdhs.org and ECF

Jason Hoenshell, Oklahoma Financial Institution Data Match Coordinator or FIDM Coordinator, jason.hoenshell@okdhs.org and ECF

Jeffrey Cartmell, Director of OKDHS (since 2024 replacing Deborah Shropshire) jeffrey.cartmell@okdhs.org

Tulsa County Sheriff and David L. Moss Criminal Justice Center (Tulsa County Jail), Vic Regalado, sheriff@tcso.org and vregalado@tcso.org

District Attorney Office Tulsa, Steve Kunzweiler districtattorney@tulsacounty.org

Don Newberry, Tulsa County Court Clerk, tulsa.courtclerk@oscn.net

Cierra Freeman, Boeheim Freeman Law, cfreeman@boeheimfreeman.com & ECF

Oklahoma State Board of Osteopathic Examiners (OSBOE): info@osboe.ok.gov, investigations@osboe.ok.gov and Joshua.Freeman@osboe.ok.gov

*Page 2 of 18 followed by Exhibit "A" and Exhibit "B"*

Oklahoma Council on Judicial Complaints (COJC), complaints@cojc.ok.gov

Oklahoma State Auditor & Inspector, Cindy Byrd, sai@sai.ok.gov

City of Tulsa Mayor's Office; Monroe Nichols, Mayor (as of December 2024, previously was G.T. Bynum or George Theron Bynum IV) mayor@cityoftulsa.org

Tulsa County Commissioner D3, Kelly Dunkerley kdunkerley@tulsacounty.org

Oklahoma Secretary of State Executive Legislative Services Division, Josh Cockroft, executive.legislative@sos.ok.gov

U.S. Senators for Oklahoma: James Lankford www.lankford.senate.gov/contact and Markwayne Mullin www.mullin.senate.gov/contact
U.S. House Representative Kevin Hern https://hern.house.gov/contact/
Oklahoma Senator Joe Newhouse https://oksenate.gov/senators/joe-newhouse, Oklahoma Representative Stan May stan.may@okhouse.gov

Secretary of Health and Human Services (HHS) Robert F. Kennedy Jr
OCRComplaint@hhs.gov

Governor of Oklahoma, Kevin Stitt, governor@gov.ok.gov and info@gov.ok.gov

National Practitioner Data Bank (NPDB) help@npdb.hrsa.gov

National Passport Center https://dsscrimetips.state.gov/passport-fraud-tip/

Supreme Court Clerk's Office, 2100 N Lincoln Blvd, Suite 4, OKC, OK 73105

Tulsa Grand Jury Office, 15 W 6th St Ste 1000, Tulsa, OK 74119

U.S. House Judiciary Committee: 2138 Rayburn House Office Building Washington, DC 20515

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| LINH ZZ, and<br>o/b/o G█████ L███ ZZ<br>*Appellant-Defendant for Contempt of<br>unvalidated alleged Child-Support Debt*<br><br>–against–<br><br>ADAM ZZ; *and*<br>STATE OF OKLAHOMA, EX. REL.<br>Oklahoma Department of Human Services<br>Child Support Services, a public entity; *and*<br>STATE BOARD OF OSTEOPATHIC<br>EXAMINERS, et al<br>*alleged Appellee-Plaintiff/alleged Victims* | ) AFFIDAVIT OF WHISTLEBLOWER<br>) STATUS<br>)<br>) **Oklahoma Supreme Court Appeal Cases**<br>) **No. DF-120849, DF-122022, DF-122445,**<br>) **DF-121740, etc.**<br>) Originating Court Index No.:<br>) FD-2015-2228, JD-2021-270;<br>) **fraudulent OK IV-D FGN:**<br>) **000948641001 and OAH No.**<br>) **23-00313-73;**<br>) Medical Board OSBOE Case No.<br>) 2023-011 → CV-2023-995 → DF-121740 |

**PLEASE TAKE NOTICE that, I, Linh Tran Stephens, sui juris, appearing as Authorized Representative for Appellant-Defendent, LINH TRAN STEPHENS©®, upon Special Appearance declare under penalty of perjury under the laws of the united states of America for American people that the following statements are true to the best of my knowledge:**

---

### Personal Information & Case Background

This AFFIDAVIT OF WHISTLEBLOWER STATUS hereby establishes my federal whistleblower protections and demands protection against the corporations of the STATE OF OKLAHOMA et al 99-9000879, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CHILD SUPPORT SERVICES (OKDHS CSS) et al 73-1477405, STATE BOARD OF OSTEOPATHIC EXAMINERS (OSBOE) et al 99-9000879, and their employees mentioned herein, operating as a criminal RICO enterprise.

1. The STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, CHILD SUPPORT SERVICES, STATE BOARD OF OSTEOPATHIC EXAMINERS (OSBOE), et al, are Oklahoma State Corporations with tax ID 99-9000879**,** main address of 2400 N Lincoln Blvd, Oklahoma City, OK 73105.

2. This Whistleblower Affidavit invokes protection under federal whistleblower statutes including 5 U.S.C. § 2302(b), 18 U.S.C. § 1513(e), 31 U.S.C. § 3730(h), and 42 U.S.C. § 1320a-7b(g), establishing exclusive federal jurisdiction over retaliation claims. Furthermore, the unlawful seizure of federal retirement benefits protected under ERISA

*Page 4 of 18 followed by Exhibit "A" and Exhibit "B"*

(29 U.S.C. § 1056(d)(1)) and the anti-alienation provisions therein necessitates federal court review as recently affirmed in *Sveen v. Melin*, 138 S. Ct. 1815 (2018), which held that federal law preempts state actions that impair ERISA-protected retirement accounts.

3. I obtained a medical license, No. 5127 in 2010 from the republic of Oklahoma. I served honorably in the U.S. Navy Medical Corps for five years from July 2010 to July 2015. I then became a civilian, followed by two years serving the Veterans Affairs. I served two years (2018-2020) for the Indian Health Services at Cherokee Nation clinic followed by being laid off during pandemic in September 2020.

4. I have one daughter, G.L.Stephens (currently will be 12 year-old in July 2025), with ex-husband, Adam Sylvester Stephens.

5. I am the defendant and mother in the 2015 case *Stephens v. Stephens* (Tulsa County, Oklahoma, case No. FD-2015-2228). This case includes State contempt proceedings from 2022 and 2024, *STATE OF OKLAHOMA v. Linh Tran Stephens*, where I was accused of indirect contempt related to a *fraudulently alleged and unvalidated* child support debt. These allegations were assigned administrative case No. OK IV-D FGN: 000948641001 and OAH 23-00313-73. The appeals of these unlawful custody changes order and contempt allegations, reviewed by Oklahoma Supreme Court Cases No. DF-120849, DF-122022, and DF-122445, who also denied me justice and due process to cover up corruption for their colleagues.

6. I am the Plaintiff and mother in Federal case No. 24-CV-216-JDR-CDL (2024) for **FDCPA**[1] violations, RICO, civil rights violations, which is currently on appeal to the 10th Circuit (Appeal No. 25-5063);

7. I am also a defendant in OSBOE vs. Stephens, Original Court Index No.: Medical Board OSBOE Case No. 2023-011; Oklahoma County District Court Appeal case No. CV-2023-995 → Oklahoma Supreme Court Appeal Case No. DF-121740

8. I previously domiciled in Oklahoma with direct knowledge of these matters. I have been forced to take sanctuary in South Carolina due to the ongoing retaliatory actions by OKDHS CSS and their agents constituting a pattern of racketeering activity under 18 U.S.C. § 1961.

9. On May 7, 2024, Defendants unlawfully seized $64,445.92 from my Charles Schwab retirement account ending in x2605, containing rolled-over 401(k) funds earned during my employment with Cherokee Nation (Indian Health Services) from 2018-2020. This seizure occurred two business days prior to the administrative hearing that purportedly authorized it, demonstrating the pretextual nature of all proceedings (see **Exhibit "A"**).

---

[1] Fair Debt Collection Practices Act (FDCPA): Federal law to eliminate abusive, deceptive, and unfair debt collection practices; it prohibits debt collectors from engaging in certain actions, such as: Harassment or abuse: Using threats of violence, using obscene or profane language, or making repeated calls to annoy or harass. False or misleading representations: Misrepresenting the amount owed, impersonating an attorney or government official, or threatening illegal actions. Unfair practices: Collecting unauthorized fees or charges, accepting post dated checks under certain conditions, or using a postcard to contact a consumer about a debt.

10. In September 2024, Oklahoma Attorney General at that time, John O'Connor, referred my case to the Tulsa County Grand Jury for formal investigation of abuses by court actors and OKDHS, citing overwhelming documentation of rights violations, public corruption, and Title IV fraud. Despite this executive-level referral, the Tulsa Grand Jury, under the supervision of its agents ("agent Steve Johnson"), foreperson and administrative clerks, refused to docket, hear, or investigate the matter, demonstrating dereliction of duty and obstruction of justice under 18 U.S.C. § 1512.

11. On April 1, 2025, the Oklahoma House of Representatives issued a formal investigative referral, naming my case among six egregious examples of systemic misconduct by the Oklahoma Department of Human Services (OKDHS), and specifically Child Support Services (CSS). Despite this legislative directive, the Oklahoma State Bureau of Investigation (OSBI) refused to act, committing misprision of felony under 18 U.S.C. § 4 (see Exhibit "A").

12. My federal case (24-CV-216-JDR-CDL) filed in May 2024 was wrongfully dismissed by an Oklahoma district judge on April 24, 2025, and is currently on appeal to the 10th Circuit (Appeal No. 25-5063). The district court failed to properly analyze ERISA preemption and incorrectly applied the Rooker-Feldman doctrine despite clear exceptions for fraud upon the court and despite it was a deprivation of rights lawsuit for orders void of jurisdiction and involved Viet Nam of Asia citizen (the lawsuit was not an appeal of "family matters" that was settled in Oregon).

13. Between 2022 and 2025, I submitted multiple affidavits and whistleblower disclosures documenting psychological abuse, physical endangerment, and sexual grooming misconducts against my daughter, G.L. Stephens, by her natural/biological father, Adam Stephens. Independent corroboration by medical professionals, including Advanced Practice Nurse Practitioner (APRN) Jeri Townsend and seasoned child psychologist Jim Lovette trained by OKDHS himself, seasoned private school teacher, seasoned private school director, and recorded disclosures by my daughter are in the record. DHS, CSS, and courts refused to investigate, instead, they retaliated against me through fraudulent court actions, malicious prosecutions, *unconstitutional* and *unvalidated* debtor imprisonment, and unlawful removal of my daughter.

14. Adam Stephens has a verified history of abuse charges, hallucinations, seizures, memory losses, and termination of parental rights in other states reported to OKDHS and courts (see Exhibit "A"). These facts, including permanent protective orders from teenage daughter, and Driving While Suspended (DWS) convictions and zero seat belts nor carseat for children, were ignored by Oklahoma authorities.

15. In court proceedings, Guardian ad Litem (GAL), Stephen E. Hale, made psychological diagnoses and imposed psychiatric tests despite lacking a medical license, violating Oklahoma law (59 O.S. § 492). Special Judges and GAL attorneys and OKDHS employees engaged in similar unauthorized medical practices and conspired to override

legitimate medical evaluations by licensed professionals clearing me, while ignoring my exhusband's abnormal psych evaluations and his inpatient psych recordings and results (See Exhibit "A").

16. After reporting these crimes and filing related federal complaints e.g. to the Department of Justice and Office of Inspector General and local politicians, I became the target of a retaliatory campaign by OKDHS and the State Board of Osteopathic Examiners (OSBOE) whose prosecutive lawyer is also OKDHS' Union's lawyer (conflict of interest yet refused to disclose this information nor recuse himself). OSBOE issued a baseless public reprimand and submitted false reports to the National Practitioner Data Bank (NPDB)--this occurred despite my 14-year record without any patient complaints nor malpractice claims. Though I secured a court reversal (appeal case No. CV-2023-995 which maliciously affirmed OSBOE was reversed by Oklahoma Supreme Court DF-121740 through jurisdiction challenges), OSBOE continues to obstruct reinstatement of my medical license (see **Exhibit "B"**).

17. I possess direct evidence of court record tampering, transcript alterations, and audio/video suppression from Oklahoma's courts and Supreme Court appeal processes. All FOIA requests and Americans with Disabilities Act accommodations approved on paper have been deprived in real life (see Exhibit "A").

18. Judicial officers and DHS agents have actively obstructed justice through discovery refusals, destruction of records, sealing of records unconstitutionally (Exhibit "A").

19. The Oklahoma Department of Human Services Child Support Services (OKDHS CSS) has knowingly submitted fraudulent reimbursement claims to the federal government under the Social Security Act Title IV-D, constituting false claims under 31 U.S.C. §§ 3729-3733. OKDHS fabricated non-existent support obligations, lacked judicial findings of arrears or proper due process, and misrepresented enforcement actions to secure inflated federal matching funds and performance incentives. These fraudulent submissions to the U.S. Treasury and the Office of Child Support Enforcement violate federal cost allowability rules under 48 CFR 31.201-2, and defraud the United States of appropriated funds intended to protect children, not to enrich debt-collection rackets like OKDHS and courts.

20. Employees of OKDHS CPS and CSS, including but not limited to Renee Banks (OKDHS CSS Director), Jason Hoenshell (Financial Institution Data Match Coordinator or FIDM Coordinator), Emmalene Stringer (Oklahoma's OKDHS Prosecuting Attorney), and their co-conspirators have systematically violated federal law to deprive me of property, liberty, and constitutional rights in furtherance of their RICO enterprise.

21. State Board of Osteopathic Examiners (OSBOE), with a OKDHS union lawyer also as appeal attorney of OSBOE, participated in the criminal enterprise by**:**
    a. Retaliating against me for whistleblowing on unauthorized practice of medicine;
    b. Issuing baseless public reprimand despite zero patient complaints;

     c.   Forwarding false report to NPDB to destroy my medical career constituting defamation per se and tortious interference;;

     d.   Coordinating with OKDHS to maximize financial pressure through simultaneous attacks demonstrating conspiracy under 18 U.S.C. § 371;

     e.   The OSBOE medical board is refusing to reinstate my medical license despite winning reversal in CV-2023-995 in continued violation of court orders and due process, financially devastated me, ruined my career and defamed my character.

22. By April 8, 2025, I had exhausted all Oklahoma appellate remedies and filed a Writ of Certiorari with the United States Supreme Court. My pleadings allege deprivation of due process, retaliation, RICO violations, ERISA violations, and double-jeopardy contempt findings unsupported by lawful orders or jurisdiction.

23. My continued prosecution is unlawful, and I assert full ecclesiastical and constitutional protections.

### "Persons" Who Refused Investigation

The following officials have committed misprision of felony under 18 U.S.C. § 4 by refusing to investigate or act upon receiving evidence of federal crimes:

1. Oklahoma State Bureau of Investigation (OSBI): unlawfully refused to investigate or act even after being ordered to do so by the Oklahoma House of Representatives majority;
2. Oklahoma Attorney General Gentner Drummond and his office;
3. Oklahoma Council on Judicial Complaints;
4. The Oklahoma Bar Association;
5. Tulsa County Sheriff's Office;
6. Oklahoma Department of Human Services Office of Inspector General;
7. Federal Judges Claire V. Eagan, Gregory K. Frizzell, and John D. Russell;
8. Office of Administrative Hearing, a Division of OKDHS;
9. Oklahoma Commission on Children and Youth;
10. Oklahoma American Disability Act Office;
11. District Attorney Office of Tulsa Steve Kunzweiler;
12. Tulsa Grand Jury Office;
13. Oklahoma State Auditor & Inspector;
14. City of Tulsa Mayor's Office;
15. Tulsa County Commissioner District 3 Office;
16. Oklahoma Secretary of State Executive Legislative Services Division;
17. Oklahoma Senators;
18. U.S. Rep. House Judiciary;
19. U.S. Senator of Oklahoma;
20. Governor of Oklahoma;

21. National Passport Center;
22. State Board of Osteopathic Examiners, who instead retaliated against me;
23. National Practitioner Data Bank administrators (NPDB)
24. STATE OF OKLAHOMA RISK MANAGEMENT DEPARTMENT OFFICE OF MANAGEMENT & ENTERPRISE SERVICES.

**STATE OF OKLAHOMA et al 99-9000879 and their agents**
**Systemic Collusion timeline**

1. On May 8, 2024, I filed a comprehensive RICO civil claims in the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OKLAHOMA against OKDHS CSS and its agents for operating a criminal enterprise, Case No. 24-CV-216-JDR-CDL.
2. The civil claims detailed how OKDHS CSS systematically:
   a. Created fraudulent child support obligations without valid contracts or court orders;
   b. Illegally garnished ERISA-protected retirement accounts through Charles Schwab in violation of 29 U.S.C. § 1056(d) and other banks;
   c. Violated 18 U.S.C. §§ 241, 242 (conspiracy to deprive rights);
   d. Committed mail and wire fraud (18 U.S.C. §§ 1341, 1343);
   e. Operated a RICO enterprise in violation of 18 U.S.C. § 1962.
3. On multiple occasions from June 2024 through April 2025, I filed sworn affidavits challenging jurisdiction and documenting that:
   a. No valid child support contract exists;
   b. The State of Oklahoma cannot be harmed and was never harmed;
   c. All contracts were void ab initio due to fraud and lack of second-consideration;
   d. OKDHS operates as a private corporation under the Clearfield Doctrine.
4. Throughout 2024-2025, OKDHS CSS continued their criminal enterprise by:
   a. Filing false contempt charges without valid underlying orders/probable cause;
   b. Threatening imprisonment for alleged and unvalidated civil debt;
   c. Seizing passport and putting liens on landlord's house without due process;
   d. Garnishing retirement accounts in violation of ERISA;
5. Special Judge Deborrah Ludi Leitch and her successor Loretta Radford, in conspiracy with OKDHS, conducted sham proceedings where:
   a. I was denied effective assistance of effective counsels;
   b. The court entered pleas without my consent;
   c. Private arraignments were conducted for a corporate entity;
   d. Excessive bail of $12,000+ was demanded for alleged civil debt.
6. OKDHS CSS has systematically ignored multiple legal notices including:
   a. Trademark infringement cease and desist letters;
   b. Demands for bonds and insurance policies;
   c. Notices of changed legal status and notices of citizenship of Viet Nam in Asia;

*Page 9 of 18 followed by Exhibit "A" and Exhibit "B"*

    d.   Constitutional challenges to jurisdiction, etc.

7.  Throughout 2021-2023, I witnessed and reported:

    a.   **Special judge**[2] April Seibert and Guardian ad-litem Stephen E. Hale and CPS caseworker Bridget O'brien making medical diagnoses without medical licenses;

    b.   Lawyers determining medical treatment plans/recommendations without medical training;

    c.   Court officials overriding licensed physicians' medical opinions/plans;

    d.   Non-medical personnel making determinations about medical necessity.

8.  Following my reporting of their crimes to the Department of Justice (DOJ), filing federal notices in federal court, suing these special judges for violations of rights, I have been subjected to a series of retaliatory actions by the Oklahoma State Board of Osteopathic Examiners (OSBOE). In 2023, the Board initiated disciplinary proceedings against me, which I contend were baseless. In doing so, the OSBOE disregarded my 14-year exemplary practice history and the complete absence of any patient complaints. These proceedings resulted in a public reprimand intended to damage my professional reputation, the submission of erroneous information to the National Practitioner Data Bank (NPDB), and the indefinite suspension of my medical license renewal. As a direct consequence, I was forced to close my practice direct primary care (DPC) Peace Joy Clinic, PLLC. Furthermore, despite a judicial reversal of the Board's decision in case number CV-2023-995 by Oklahoma Supreme Court case No. DF-121740, the OSBOE persists in its refusal to reinstate my medical license.

### Title IV-D/IV-E Frauds - False Claims Act Violations

9.  OKDHS CSS manipulated child support proceedings to generate improper Title IV-D reimbursement from the federal government (Exhibit "A").

10. OKDHS CSS has exploited Title IV funding by:

    a.   Creating fictitious child support obligations that does not qualify for grants;

    b.   Maximizing federal reimbursements through fraudulent enforcement actions;

    c.   Using federal funds to operate an extortion racket against parents;

    d.   Converting courts into debt collection agencies for profit.

11. These Title IV funds were used not for legitimate child support but to fund a criminal enterprise that:

    a.   Deprives parents of property without due process;

---

[2] In Oklahoma, a special judge is a type of lower-level judge appointed by district judges to handle specific types of cases, particularly those involving lower-level proceedings and have to be agreed by all parties without any objections; Special judges have limitations on the types and amounts of cases they can handle. For example, they cannot hear civil cases above $10,000, or most felonies.

    b.   Operates debtor's prisons in violation of constitutional law;

    c.   Enriches private contractors like Charles Schwab through illegal garnishments;

    d.   OSBOE lawyers paid by Oklahoma's fund destroyed my earning capacity after I exposed frauds of lawyers practicing medicine without a medical license..

12. Under Oklahoma law and federal regulations, OKDHS has a duty to ensure proper use of federal funds. Their knowing participation and persistence of malicious prosecution of whistleblowers like me in this fraud constitutes criminal conduct.

**Medical Board Retaliation for Reporting Lawyers and Judges**

13. I reported lawyers and special judges and judges practicing medicine without a medical license diagnosing many parents mentally ill and court-ordered medical procedures of "psychological evaluation" or "treatments" and terminated their parental rights, contrary to board-certified medical licensed physicians' evaluation.

14. These lawyers and special judges committed crime of "unauthorized practice of medicine"

15. Following my reporting of crimes to medical board (Exhibit "B"), a DHS union lawyer on the medical board initiated disciplinary proceedings against me but never did for the wrongdoers.

16. OSBOE publicly reprimanded my medical license and then report that event to National Practitioner Data Bank to ruin my career and reputation right after I reported lawyers/judges practicing medicine without a license, despite:

    i.   Zero complaints from any patients

    ii.   Zero complaints from any citizens

    iii.   14 years of exemplary practice treating high-risk patients

    iv.   Extremely high patient satisfaction and praise

    v.   No malpractice lawsuits in entire career

17. This public reprimand was forwarded to National Practitioner Data Bank (NPDB)

18. Case: State Board of Osteopathic Examiners v. Dr. Linh Stephens Case No. 2023-011

19. Appeal: case No. CV-2023-995 in Oklahoma County District Court, then higher appeal case No. DF-121740 in Oklahoma Supreme Court

20. Destruction of my Medical Career by STATE OF OKLAHOMA and its B.A.R. CARD ASSOCIATION members:

    a.   Medical license renewal blocked indefinitely (see Exhibit "B" emails).

    b.   Forced closure of Peace Joy Clinic PLLC (my private direct primary care practice)

    c.   Loss of lifelong career as physician–a huge investment

    d.   Unable to practice medicine anywhere for years due to NPDB report

    e.   Lost all current and future medical income

    f.   Despite winning reversal, medical license still not reinstated nor apology.

21. Pattern of Retaliation by BAR CARD ASSOCIATION members and OKDHS:

    a.   This medical board action was coordinated with OKDHS CSS enforcement actions

    b.   Timed to coincide with child support proceedings to maximize financial pressure and psychological torment.

    c.   Designed to silence me on judicial and attorney misconduct

    d.   Part of broader RICO enterprise to destroy whistleblowers

### Obstruction of Justice & Financial Exploitation

22. I've experienced repeated discrimination and biased treatment in DHS and in court proceedings, including being denied the opportunity to present evidence, confront false accusers, and call witnesses.[3]

23. The court has systematically ignored my requests for due process, fair hearings and protection of my property, privacy, life, liberty, and the pursuit of happiness.

24. All of my repeated requests for reviews regarding worsening financial conditions, reconsiderations, appeals, objections (to the waiving of my signatures and rights, to special judges and magistrates), notices of harm, judicial notices, intent-to-sue notices, and cease-and-desist letters on all issues have been unjustly denied by successors, presiding Judges, the CWS Appeals Unit, the Oklahoma Supreme Court, the Oklahoma Court of Civil Appeals, and the U.S. District Court for the Northern District of Oklahoma.

25. All court transcripts filed by the courts have been altered/tampered with by the courts or their court reporters, or both, as compared to the original voice recordings available from court observers or whistleblowers or Microsoft Teams videos (proof available upon request). Official requests for voice recordings and all FOIA requests have been denied by court reporters, the courts, and OKDHS.

26. My requests under the Americans with Disabilities Act have been unlawfully denied by the courts, despite being approved on paper.

27. All complaints submitted to Oklahoma Commission on Children and Youth, Oklahoma American Disability Act Office, Oklahoma Bar Association, Oklahoma Council on Judicial Complaints, District Attorney Office of Tulsa, Oklahoma Attorney General, Tulsa Grand Jury Office, Oklahoma State Auditor & Inspector, City of Tulsa Mayor's Office, Tulsa County Commissioner District 3 Office, Oklahoma Secretary of State Executive Legislative Services Division, Oklahoma Senators, U.S. Rep. House Judiciary, U.S. Senator of Oklahoma, Governor of Oklahoma, National Passport Center, STATE OF OKLAHOMA RISK MANAGEMENT DEPARTMENT OFFICE OF MANAGEMENT & ENTERPRISE SERVICES have all been ignored–except for Oklahoma House of Representative majority who ordered OSBI to investigate OKDHS for my case among six egregious well-documented cases but OSBI unlawfully refused to investigate or act for safety of children violating the False Claims Act (*through submission of fraudulent*

---

[3] Proof of claims, evidence is available upon request with some made accessible on-line at https://tinyurl.com/4cdv5u56

*reimbursement SSA title IV claims to federal government*), Violations of Executive Orders 13818 and 13848 regarding corruption and foreign interference, Title 48 CFR § 31.201 (*Misuse of Title IV funds violates federal cost allowability regulations*);

28. As a sui juris natural woman, I have brought forth numerous challenges to jurisdiction, all unlawfully ignored (see Exhibit "A").

29. OKDHS has systematically destroyed evidence, refused FOIA requests, and obstructed discovery in federal proceedings.

**Federal and State Law Violations**

30. Federal Criminal Violations:
    a. 18 U.S.C. §§ 241 & 242 - Conspiracy & deprivation of rights under color of law
    b. 18 U.S.C. § 1201 - Kidnapping (unlawful seizure and detention)
    c. 18 U.S.C. § 641 - Theft of public money
    d. 18 U.S.C. §§ 1341, 1343 - Mail and wire fraud
    e. 18 U.S.C. § 1962 - RICO violations; RICO statutes (18 U.S.C. § 1961 et seq.)
    f. 18 U.S.C. § 1512 - Witness tampering and obstruction
    g. 18 U.S.C. § 1513 - Retaliating against a witness, victim, or informant
    h. 18 U.S.C. § 1951 - Extortion under color of official right
    i. 26 U.S.C. § 7214 - Unlawful acts of revenue officers
    j. 31 U.S.C. §§ 3729-3733 - False Claims Act
    k. 42 U.S.C. § 408 - Social Security fraud
    l. 22 U.S.C. § 7102 - Human trafficking through abuse of legal process
    m. 48 CFR 31.201-2 - Federal procurement rules

31. Constitutional Violations:
    a. First Amendment - Retaliation for protected whistleblowing speech
    b. Fourth Amendment - Unreasonable seizure of person and property
    c. Fifth Amendment - Deprivation without due process
    d. Sixth Amendment - Denial of effective counsel and fair trial
    e. Eighth Amendment - Excessive bail and cruel punishment
    f. Thirteenth Amendment - Involuntary servitude through debt bondage
    g. Fourteenth Amendment - Equal protection and due process violations

32. Oklahoma State Law Violations:
    a. Unauthorized practice of medicine - 59 O.S. § 492
    b. Professional retaliation and abuse of regulatory authority - 21 O.S. § 381, 21 O.S. § 382
    c. Conspiracy to deprive professional licensure - 21 O.S. § 421
    d. Extortion and blackmail - 21 O.S. § 1483, 21 O.S. § 1488
    e. False imprisonment - 21 O.S. § 741
    f. Forgery and fraud - 21 O.S. § 1561, 21 O.S. §§ 1541.1-1542.3

    g.  Abuse of process - Common law tort

    h.  Criminal conspiracy - 21 O.S. § 421

    i.  Official misconduct - 21 O.S. § 381, 21 O.S. § 382, 21 O.S. § 390

    j.  Defamation per se (false allegations affecting professional competence) - 12 O.S. § 1441, 12 O.S. § 1442, 21 O.S. § 781

33. I have faced Retaliatory Harassment and Deprivation of Rights:

    a.  Unlawful arrest and detention without probable cause

    b.  Seizure of passport preventing international travel

    c.  Garnishment of ERISA-protected retirement accounts worth hundreds of thousands

    d.  Excessive bail demands exceeding $12,000 for alleged civil debt

    e.  Threats of imprisonment for inability to pay (debtor's prison)

    f.  Denial of jury trial despite repeated demands

    g.  Fraudulent court orders entered without jurisdiction

    h.  Systematic denial of due process rights

    i.  Destruction of medical career through retaliatory board action

    j.  Public reprimand by OSBOE for whistleblowing activities

    k.  NPDB report preventing practice of medicine anywhere

    l.  Forced closure of Peace Joy Clinic PLLC

    m.  Loss of all medical income and future earning capacity as physician

34. OKDHS CSS, through State's Attorney Emmalene Stringer, filed retaliatory contempt proceedings to punish me for exposing their criminal enterprise (Exhibit "A").

35. Special Judge Deborrah Ludi Leitch whose successor is Loretta Radford, acting in conspiracy with OKDHS:

    a.  Conducted proceedings without jurisdiction ignoring my jurisdiction challenges and objections

    b.  Denied me right to present evidence, to cross examine, to present my witnesses

    c.  Forbade me from addressing constitutional issues with threats of direct contempt that I will have to present my case from behind bars

    d.  Entered fraudulent orders to facilitate continued extortion

    e.  Ordered 2 months of imprisonment despite known financial indigency–this is cruel and usual punishment and torture to my young child at home and husband and elderly mother who needed my care.

    f.  Ordered revocation of my passport so I couldn't visit my dying relatives in Viet Nam of Asia continent.

    g.  Denied me law library access while in jail sentenced served in February 2024;

    h.  Denied me Rule 8 Inability to Pay despite motions filed for such hearing pretrial, during trial, and post trial including hand written motion from jail

    i.  Double jeopardy charging for same alleged contempt of court unvalidated debt

    j.  Denied me beyond reasonable doubt standard of evidence

    k.  Denied me motion in limine while grant it to Accusers to block out exculpatory evidence against me the Defendant for contempt charges

    l.  Denied me grand jury indictment and jury trial by my peers and charged me with unreliable and known-to-be-false information, etc.

36. Charles Schwab & Co., Inc., through counsel Mary Johnmeyer, knowingly participated in the criminal enterprise by:

    a.  Garnishing ERISA-protected retirement funds from subsequent-still-intact marriage without any QDRO order and without his consent nor mine for a child that is not his.

    b.  Refusing to honor federal protections

    c.  Converting protected assets without lawful authority

37. State Board of Osteopathic Examiners (OSBOE), with DHS union lawyer: Initiated baseless disciplinary proceedings in retaliation for whistleblowing; Issued public reprimand without any patient complaints; Forwarded false report to NPDB to destroy career permanently; Refused to reinstate license despite winning reversal in CV-2023-995 - Acted in conspiracy with OKDHS to maximize financial pressure and to torture me psychologically knowing I value my good name I kept all my life even when no one is looking.

38. By refusing to investigate clear criminal conducts, Oklahoma officials demonstrate willful participation in the ongoing RICO enterprise.

39. These actions constitute violations under:

    a.  42 U.S.C. § 1985 (conspiracy to interfere with civil rights)

    b.  18 U.S.C. § 1513 (retaliating against witness)

    c.  18 U.S.C. § 1512 (tampering with witness)

**Whistleblower Protections Invoked**

I, linh-tran: stephens, agent for LINH TRAN STEPHENS©®, formally invoke federal whistleblower protections for myself and my offspring G.L.Stephens under:

1. 5 U.S.C. § 2302(b) - Protection for disclosures of gross mismanagement and violation of law

2. 18 U.S.C. § 1513(e) - Criminal protection from retaliation

3. 31 U.S.C. § 3730(h) - False Claims Act whistleblower protections

4. 42 U.S.C. § 1320a-7b(g) - Protection for reporting healthcare fraud

5. 42 U.S.C. § 659a - Protection for reporting Title IV-D violations

6. Executive Order 12731 - Federal ethics protections

7. Executive Order 13696 - Strengthening protections for federal whistleblowers

This affidavit and supporting evidence are submitted pursuant to my rights as a federally protected whistleblower reporting:

*Page 15 of 18 followed by Exhibit "A" and Exhibit "B"*

1. Fraud against the United States government
2. Violations of federal criminal laws
3. Gross mismanagement of federal funds
4. Abuse of authority under color of law
5. Substantial and specific danger to public welfare

Any continued harassment, retaliation, legal proceedings, or deprivation of liberty by any state or federally funded actor shall be treated as violations of 18 U.S.C. § 1513 and immediately reported to:

1. FBI Tulsa Field Office
2. DOJ Office of Inspector General
3. GAO FraudNet
4. Congressional oversight committees

I am also requesting federal witness protection under 18 U.S.C. § 3521 due to:

1. Severe and Ongoing threats of unlawful imprisonment by OKDHS CSS enforcement agency and Tulsa County Court employees and Tulsa County Sheriff Office of Oklahoma
2. Economic terrorism through illegal garnishments and liens on landlord's property
3. Systematic and ongoing denial of constitutional rights
4. Credible threats to safety and liberty

Accordingly, my Whistleblower affidavit formally requests federal witness protections under:

1.      18 U.S.C. § 1512 (Tampering with a Witness, Victim, or Informant) Prohibits intimidation, harassment, and retaliation against individuals involved in legal proceedings.
2.      Victim and Witness Protection Act (VWPA, 18 U.S.C. § 3521) Mandates federal witness protection for individuals facing credible threats due to their involvement in exposing corruption. Failure to ensure immediate witness protection will be regarded as further obstruction of justice and reported to federal oversight agencies responsible for witness security and civil rights enforcement.

---

## PRAYER FOR RELIEF & REQUEST FOR INVESTIGATION

I respectfully request that the Federal Bureau of Investigation Tulsa Field Office, U.S. Attorney's Office Northern District of Oklahoma, and Office of Inspector General:

1. **Immediately grant emergency injunctive relief** against all named parties including:
   ☐ Cease all garnishment actions & freezes by Charles Schwab or any other banks

*Page 16 of 18 followed by Exhibit "A" and Exhibit "B"*

☐ Stay all state court proceedings pending federal investigations into state actors

☐ Return all unlawfully seized funds and property including G.L.S and myself

☐ Restore passport and travel rights including my passport renewals

☐ Order immediate reinstatement of medical license

☐ After removal false NPDB report filed in retaliation, write an apology letter

☐ Enjoin OSBOE from further retaliatory actions

2. **Initiate criminal investigation** into:

☐ RICO enterprise operated by OKDHS CSS

☐ Title IV-D fraud and false claims submissions

☐ Deprivation of rights under color of law

☐ Mail and wire fraud in furtherance of extortion

☐ Conspiracy to violate civil rights

☐ Human trafficking and unlawful kidnapping through abuse of legal process

☐ Unauthorized practice of medicine by judges and lawyers

☐ Conspiracy to destroy medical career in retaliation for whistleblowing

☐ Abuse of medical board authority for non-medical purposes

3. **Freeze assets** of criminal enterprise participants under:

☐ 18 U.S.C. § 1963 (RICO forfeiture)

☐ 21 U.S.C. § 853 (criminal forfeiture)

☐ Executive Order 13818 (corruption and human rights abuse)

4. **File criminal charges** against all participants including:

☐ OKDHS officials for operating criminal enterprise

☐ Judicial officers for deprivation of rights

☐ Charles Schwab for conversion of protected assets

☐ All conspirators under 18 U.S.C. § 371

☐ OSBOE members for retaliatory abuse of authority

☐ Judges and lawyers and DHS employees for unauthorized practice of medicine

☐ DHS union lawyer on OSBOE for conspiracy and conflicts of interests

5. **Order immediate reforms** including:

☐ Federal oversight of Oklahoma child support system

☐ Audit of all Title IV-D claims and reimbursements started with Tulsa county

☐ Restitution to all victims of the criminal enterprise

☐ Permanent injunction against unconstitutional practices

☐ Federal oversight of OSBOE to prevent retaliation against whistleblowers

☐ Removal of conflicted board members with DHS connections

☐ Criminal prosecution for unauthorized medical practice outside of scope

6. **Grant witness protection** for myself and G.L.Stephens under:

☐ Victim and Witness Protection Act

☐ Federal witness security program

*Page 17 of 18 followed by Exhibit "A" and Exhibit "B"*

&#9633;  Emergency relocation assistance with G.L.Stephens with our names changed
&#9633;  Protection from further professional retaliation

7. **Provide restitution** for:
&#9633;  All unlawfully seized funds and property
&#9633;  Damages for false imprisonment and persecution
&#9633;  Costs of defending against fraudulent proceedings
&#9633;  Punitive damages for willful violations
&#9633;  Lost medical income from 2023 to present and ongoing
&#9633;  Future lost earnings as physician (approximately $250,000/year OKDHS said)
&#9633;  Costs of medical practice Direct Primary Care clinic closure
&#9633;  Damages for destruction of professional reputation and good name as a mother

Respectfully,

*without prejudice*
*linh-tran:stephens/Agent*

By one–and–only beneficiary:

_____

linh-tran:stephens, without recourse, without prejudice
Agent for LINH TRAN STEPHENS©®
**o/b/o G██ L██ Stephens**

### Notary as JURAT CERTIFICATE

STATE OF MINNESOTA               )
                                 ) *ss*
COUNTY OF SHERBURNE )

On this <u>18</u>th day of <u>June</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® )</u>, who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

*Page 18 of 18 followed by Exhibit "A" and Exhibit "B"*

# Exhibit "A"

20:51

oscn.net

PRIVATE ARRAIGNMENT OF LINH TRAN
STEPHENS HELD ON THE RECORDER. COURT
ENTERS A PLEA OF NOT GUILTY AND THE
PETITIONER REQUESTS A JURY TRIAL.
PRETRIAL CONFERENCE SET FOR MAY 2, 2025
AT 9:00 AM BEFORE JUDGE LORETTA RADFORD
IN COURTROOM 605. PETITIONER RECOGNIZED
BACK.

*Special judge practicing law from bench as my attorney
without my consent and overruling my repeated
objections—witnessed by room fulls of lawyers*

JURY TRIAL FEE'S MUST BE PAID PRIOR TO
PRETRIAL CONFERENCE OR THE COURT MAY
PROCEED WITH AN NON JURY TRIAL ON THAT
DATE. *Judge ignored pauper affidavit financially
indigency*

**03-17-2025**

MOTION TO DISMISS/RESPONSE TO
PETITIONER'S "NOTICE OF REMOVAL FROM
STATE COURT TO FEDERAL COURT RE: STATE
OF OKLAHOMA VS. LINH TRAN STETPEHNES
FOR CONTEMPT OF COURT FOR
FRAUDULENTLY-ALLEGED-AND-UNVALIDATED
DEBT, AND ALL CASES RELATED TO LINH
INCLUDING FD-2015-2228 AND JD-2021-270,
ETC.
Document Available (#1061157102) TIFF PDF

*prosecutor OKDHS CSS filed motion
in limine for them being the
prosecutor to BLOCK OUT
exculpatory EVIDENCE. That motion
is for me the Defendant of Contempt
proceedings to block out Prejudicial
evidence and they using it to block
out exculpatory evidence (truthful
evidence that sets me Defendant free
CORRUPT MUCH?*

**03-24-2025**

DEPARTMENT OF HUMAN SERVICES' MOTION IN
LIMINE
Document Available (#1061157899) TIFF PDF

52

**AFFIDAVIT of Truth by S⬛⬛⬛⬛⬛⬛**                    5/5/2025

On Friday, 5/2/2025 at 9:02am, Dr Linh Stephens was on the docket for family court in Judge
Loretta Radford's courtroom. I arrived early at 8:00 am to deliver a pre-notarized Protest that Dr
Linh Stephens had provided me to present to the court clerk and file into her case as well as a
copy to the judge or her court clerk. So, by about 8:20am, both of those requests were complete.
The Judge's court clerks name was Kacharra Mansker. Here contact is
Kacharra.mansker@oscn.net; phone number, 918.596.5332. I then asked someone in the
hallway who was instructing others how to get their documents to the judge how I would know if
a court reporter was going to be in court. She said they normally had one. So I went to court and
right away noticed that one was not present. So I asked the judge and she said no, they are not
normally present. I objected to that as all hearings should be memorialized as part of due process
in a court of record before rights can be affected.

OK Constitution Article 2 Section 7

Due Process Definition, Black's Law (4th and 5th Ed)

I had went downstairs to the main court clerk office to see if I could get a copy of a receipt for
the one that had been prepaid for by Dr Linh Stephens. The woman there said that she did not
see one ordered. I asked to pay for one to get a receipt. They explained that the judge would
have to let me know if one was available first. Yet Judge said that I would have to have a receipt
first. So, I explained to the judge that I was just downstairs trying to pay for it and they would
not let me until the judge told them one was available. They would also not take my money.
The filing court clerk said they were going by "the rules" and they knew the rules were that the
judge had to approve the court reporter's presence first. I asked them to document what they
were telling me were the rules as they understood them and to notarize what they were saying.
They refused. I asked who made the rule and when it was made and if I could get a copy of that
rule. They said I would need to contact Kim Hall, the court administrator as she was the one that
implemented the rule a year ago when court reporters became hard to get. So, I went to her
office before court hearing. The lady I spoke with there would not give me her name but said I
would need to have the matter handled by the Bailiff, Samantha.Boen@oscn.net ; ph#
918.596.5333. The Baliff said one was being ordered for Dr Stephen's case (yet the court clerk
said none was ordered and the judge said none was ordered unless payment was made). So I sat
in court and waited for Dr Stephen's case to be called. While I waited, I also noticed in all of the
plea deals that were being handled by other Pro Se litigants, that the judge would tell them that
by going Pro Se that they were relinquishing their rights to a trial by jury or to call witnesses and
more. I stood up to offer advice that the court could not ask them to waive those rights as no
laws imparting the obligation of contracts shall be passed like interfering with one's oath to
uphold the constitutional rights of We The People.

OK Constitution Article 2 Section 15

I was told to sit down by the judge and was instructed by a Sheriff's Deputy J. Williamson who
would not give me his first name or his badge number when I asked that if I interrupted any more
that I would be escorted out. I withheld any further interruptions until Dr Stephens' case was
called. Dr Stephens case was held til the very end of the day the last case when everyone else
left- zero eyes from the public, about 1-1:30pm, when it was finally called. Immediately I asked
where the court reporter was and was told again I would need a receipt of payment for his/her
presence. I let them know this hearing was not valid if there was no court reporter. They asked
if I wanted an audio, I said I'll take what I can get but that the hearing would still be in violations
without a court reporter and that I would still be making that report. After listening to a few
comments from the prosecution side stating that Dr Stephens was in violations of some recent
motions sent, I spoke up explaining that the case was not valid due to jurisdictional issues. The
main violation is in US Constitution Article 3 when the state is a party the original jurisdiction is
the Supreme Court. Also, Dr Stephens is a Vietnam citizen, which makes another Article 3
violation. The judge asked me my name, of which I explained I was one of The People court

watching for a case and offering advice to the court where I saw it was needed. The judge cut me off before I could make all the other necessary objections and she asked the Sheriff Deputy to escort me out. I asked if that was under the threat of arrest. He said no at first and I therefore said I would not be leaving then. Then he changed his mind and said "yes it was under the threat of arrest". So I let him escort me out without resistance.

I come in peace and love in the name of Christ Jesus to bring you this report of injustices I witnessed in the Tulsa Family court on 5/2/2025 in front of employees of STATE OF OKLAHOMA calling themselves as special judge Loretta Radford, 3 different payment/filing court clerks, judge's clerk Karacharra Mansker, bailiff Samantha Boen, Tulsa court administrator Kim Hall, and deputy sheriff J. Williamson.

Also Included: my audio recordings of my experiences from the day

https://drive.google.com/drive/folders/1QFxefI_qj4Qx9sFyC1vkVs**t55yb**s**RB**?usp=sharing

Sincerely,

## Notary as JURAT CERTIFICATE

STATE OF _oKlahoma_ )
                        ) ss
COUNTY OF ▮▮▮▮

On this _6_ day of _may_, 20_25_ before me ▮▮▮▮, a Notary Public, personally appeared a living woman ▮▮▮▮ the Authorized Representative and Beneficiary for Legal
Fiction_____ ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma state law and that the foregoing paragraph is true and correct. WITNESS my
   hand and official seal.

Signature of Notary/jurat

**FOLDER OF EVIDENCE:**

**https://tinyurl.com/4cdv5u56**

**or**

**https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM**

OSCN.net case No. FD-2015-2228 has Evidence of Extensive Abuse and Misconducts against Oklahoma and its actors. This includes sealed court documents and affidavits from numerous professionals (child psychologists, teachers, doctors, nurse practitioners), pictures, videos, voice recordings, all exclusively detailing the father's extensive abuses with his accomplice the STATE OF OKLAHOMA and its employees, some altered evidence can be found at
https://www.oscn.net/dockets/GetCaseInformation.aspx?
db=tulsa&number=FD-2015-2228&cmid=2867157

Crucially, no mental health concerns were raised about the mother by anyone outside of Tulsa County employees, and mother's primary care doctors affirmed her healthy mental health and its strength, directly refuting the Guardian Ad Litem's (G.A.L.) defaming statements about "anxiety" and even if (a big "IF") that was true, Mental Health must not be discriminated again to commit robbery against them—that's ADA discrimination in and of itself for "presumed mental illness". The G.A.L. is not a mental health expert but he decided to become a perjurious lawyer collaborating with a convicted felon OKDHS CPS caseworker to commit crimes against Plaintiff and her firstborn female offspring.

Child's Diary in Folder Above verified  by school teacher and child psychologist:
"i love mommy 100%, i love daddy 1%... happy 4th of July. It's about freedom and i wish To be free from daddy. i don't love daddy because he makes me sleep naked and he took a picture of me naked and he made me sit on other peoples laps and he took me to the swimming pool others man try to touch me. July 21, 2020 when is my prayer answered? and why is daddy not dead yet and i want freedom from daddy. July 22, 2020 i feel happy because i'm with mommy. August, 8th 2020... He told me not to take a shower when my shower time comes. Why is daddy angry all the time? I'm scared to say i Love mommy or i miss mommy in front of daddy. He usually scream at mommy and lie about mommy. [drawing of] evil Heart Lady Alice in wonderland [labeled as] daddy... August 9, 2020 Daddy again today told me "I'm going to talk to the attorneys about this" after i told him i have to go take a shower. i explain to him my own bedtime routine since forever and need to shower at 08:15 so i can fall asleep by 9 but he won't listen and got mad and again threaten me with attorneys [drawing of dad with horns and mom with halos]... September 1, 2020 Last week i slept with daddy multiple nights more than half the week and he didn't stop me. Now i am with mommy yay. September 17, 2020 Last tuesday, daddy forgot me at school and school closed…"

# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody, for no other cause, immediately upon receipt of this order:

Last name, First, middle, suffix (please print) (show alias?)

Stephens, Link Tran                                                    128283 pr

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| FDL5-2028 | Time Served | Indirect Contempt |

DISTRICT COURT
**FILED**

MAR 2 8 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

☐ ELECTRONIC MONITOR REQUIRED BEFORE RELEASE

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the ____ day of ____ March ____, 20 ____

DON NEWBERRY, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By _____
Deputy Court Clerk
(Court Seal)

Division/Court Family Jud Leitch

Received by: _____
Deputy Sheriff

Received by: _____ 1511
JAIL

Form 5421 (Rev. 1-02)

**APPENDIX C**

**APPENDIX C**

**102a**

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COLUMBIA

### Department of Domestic Relations

In the Matter of the Marriage of

NO.   **15DR18623**
Judge: Callahan, Cathleen B

Adam Sylvester Stephens

|  |  |
|---|---|
| Co-Petitioner, ) | **STIPULATED GENERAL** |
| ) | **JUDGMENT OF DISSOLUTION** |
| and ) | **OF MARRIAGE;** |
| ) | **AND MONEY AWARD** |
| ) | |
| ) | **(CO-PETITIONERS)** |

Linh Tran Stephens

Co-Petitioner.

This matter came before the court on the motion and affidavit of Co-Petitioning husband and wife and the stipulation of the parties for the entry of a judgment dissolving their marriage. Co-Petitioner husband is filing Pro-Se. Co-Petitioner wife is filing Pro-Se. The court having been presented with this form of stipulated judgment of dissolution, having reviewed the records and documents on file herein, and being fully advised in the premises, makes the following findings:

1.

Co-petitioners are jointly and in agreement filing this judgment for

# **Exhibit 1**

Verified Correct Copy of Original 1.8.2016.

health insurance will not be considered a reasonable expense that the other parent would

need to pay a part of. Claim Against Estate: Support receiving parent shall have a claim

against the estate of the ordered child support paying parent for any monies due pursuant

to this judgment for any arrearages that has accrued as of the time of child support

ordered parent's death for unpaid support and periodic payments.

### 4.2

Mother will pay half of all the child/ren's reasonably incurred medical,

optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

Father will pay the other half of all the child/ren's reasonably incurred

medical, optical, hospital, dental, and orthodontic expenses that are not covered by

insurance.

### 4.3

This judgment makes no provision for the maintenance of life insurance.

### 5.

The property of the parties will be divided as follows:

### 5.1

Husband is hereby awarded and will receive free from any claim of wife:

### 5.1.1

Any and all personal effects and personal property in party's possession

and/or control.

In lieu of Child Support from the wife:

It is agreed by both parties that wife shall assume the following debts of the

Linh Tran Stephens, OHA 23-00313-73, FGN 000948641001, Exhibit 05

Verified Correct Copy of Original 1/8/2016

husband:

> 2013 Jeep Wrangler Rubicon
> $692.17 monthly payment
> Vin# 1C4HJWFG6DL616149
> Wa. License Plate# ALT5054
>
> 2014 Jayco Baha 18' trailer
> $192.43 monthly payment
> Vin# 1UJBJ0AJ0E77F0229
> Wa. license Plat# 1960YR
>
> Insurance for both Jeep and Trailer - $179.23 monthly payment
>
> Total of $1063.83 / month
>
> At such time the debts are paid in full, wife will sign-over the property to the husband.
>
> Husband also receives $325.00 per month SSI for the benefit of Grace Stephens.

### 5.2

Wife is hereby awarded and will receive free from any claim of husband:

### 5.2.1

Any and all personal effects and personal property in party's possession and/or control.

### 5.3

A party's personal papers are specifically awarded to that party. Each party will use their best effort now and in the future to provide the other party with that party's personal papers and records. Those include, but are not limited to, birth certificates, passports, baptismal records, wills, military discharge papers, etc. Each party will also cooperate with the other in providing financial documents that may from time to time be necessary. For example, one party may in the future need a copy of a previously filed joint

Linh Tran Stephens, OHA 23-00313-73, FGN 000948641001, Exhibit 05

Verified Correct Copy of Original 1.8.2016.

She is required to pay all personally incurred debts and expenses, including her car payments, real property at 8519 E. 75th St., Tulsa, OK 94133, all credit cards in her name; her student loans.

**In lieu of Child Support to husband:**

It is agreed by both parties that wife shall assume the following debts of the husband:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the husband.

### 8.3

If either party fails to pay any debt or liability as set forth herein, the other party will have the right, but not the obligation, to make any payment due, provided the nonpaying party is given 10 days prior notice of the party's plan to make payment. If payment is made, the party who failed to pay will be responsible for reimbursing the amount paid to the party who made the payment, together with interest computed at the same rate charged by the creditor on the obligation to which payment was made. Interest will accrue from the time payment is made until full reimbursement is made. A party who pays the other party's debt pursuant to this provision is hereby authorized to deduct the

Linh Tran Stephens, OHA 23-00313-73, FGN 000948641001, Exhibit 05

Verified Correct Copy of Original 1/8/2016.

fails to comply with this provision.

<div align="center">14.</div>

Any order of restraint previously entered in this case is hereby vacated, effective this date.

<div align="center">15.</div>

The division of property and debts entered into by and between the parties is hereby ratified and confirmed and is incorporated into this judgment as a part thereof as though its contents were fully set forth here. Each party is ordered to comply with the terms thereof.

## CERTIFICATE OF RESIDENCY:

We certify that one or both of the parties to this action currently live in the county in which this petition is being filed.

The children are Oregon residents.

There are no other pending child support cases or other child support orders through any court or agency.

## CERTIFICATE OF DOCUMENT PREPARATION:

We certify that we paid Legal Alternatives $155.00 for assistance in preparing these dissolution of marriage forms.

<div align="center">INFORMATION REQUIRED UNDER ORS 25.020 AND 107.085</div>

Wife's full name:  Linh Tran Stephens

Page 21 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016

Age: 32

Birth Year:  1984

Address:  8519 E. 75th St., Tulsa, OK 94133

Phone:  817-999-2221

SSN, partial:  ...5094 - Full SSN is protected.  See UTCR 2.130 affidavit.

Driver's license number, partial:  ...6094, OR - Full # is Protected. See UTCR 2.130 affidavit.

Employer:  Separately provided under UTCR 2.130.


Husband's full name:  Adam Sylvester Stephens

Age: 45

Birth Year:  1970

Address:  20010 Ilmari Rd., Clatskanie, OR 97016

Phone:  817-296-0600

SSN, partial:  ...5309 - Full SSN is protected.  See UTCR 2.130 affidavit.

Driver's license number, partial:  ...306M7, WA - Full # is Protected. See UTCR 2.130 affidavit.

Employer:  Separately provided under UTCR 2.130.


## MONEY AWARD

### Parties request that no funds be exchanged for Child Support.

In lieu of Child Support:

      It is agreed by both parties that wife shall assume the following debts on behalf of the Husband, until paid in full, at which time she will release this property to

Page 22 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

husband.

> 2013 Jeep Wrangler Rubicon
> $692.17 monthly payment
> Vin# 1C4HJWFG6DL616149
> Wa. License Plate# ALT5054
>
> 2014 Jayco Baha 18' trailer
> $192.43 monthly payment
> Vin# 1UJBJ0AJ0E77F0229
> Wa. license Plat# 1960YR
>
> Insurance for both Jeep and Trailer - $179.23 monthly payment
>
> Total of $1063.83
>
> At such time the debts are paid in full, wife will sign-over the property to the husband.

**Judgment Creditor Name:** Adam Sylvester Stephens

**Age:** 45

**Birth Year:** 1970

**Address:** 20010 Ilmari Rd., Clatskanie, OR 97016

**Phone:** 817-296-0600

**SSN, partial:** ...5309 - Full SSN is protected. See UTCR 2.130 affidavit.

**Driver's license number, partial:** ...306M7, WA - Full # is Protected. See UTCR 2.130 affidavit.

**Employer:** Separately provided under UTCR 2.130.

**Judgment Creditor's Lawyer:** None. Pro-Se filing

**Judgment Debtor Name:** Adam Sylvester Stephens

Page 23 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

**Age: 45**

**Birth Year: 1970**

**Address: 20010 Ilmari Rd., Clatskanie, OR 97016**

**Phone: 817-296-0600**

**SSN, partial: ...5309 - Full SSN is protected. See UTCR 2.130 affidavit.**

**Driver's license number, partial: ...306M7, WA - Full # is Protected. See UTCR 2.130 affidavit.**

**Employer: Separately provided under UTCR 2.130.**

**Judgment Debtor's Lawyer: None. Pro-Se filing**

**Others Entitled to Portion of Judgment: None**

**Judgment Amount Should be:**

**Child support: $586.00 per month total monthly child support for one child.**

**$586.00 cash support and $0.00 cash medical support.**

**Post-Judgment Interest:**

**Nine percent (9%) per annum simple interest on support arrearages from the date the arrearage accrues until paid.**

**Periodic Accrual:**

Page 24 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

Child support award in the amount of $586.00 accrues on the first day of each month commencing the first day of the first month following the date of the judgment.

**However:**

In lieu of Child Support:

It is agreed by both parties that wife shall assume the following debts on behalf of the husband, until paid in full:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83

At such time the debts are paid in full, wife will sign-over the property to the husband.

Signed: 1/10/2016 4:32:58 PM

DATED _____ 20___, at _____, Oregon.

X_____
Circuit Court Judge
**Circuit Court Judge Cathleen B. Callahan**

Judge's name:_____

We sign this stipulated judgment on our own volition, with full knowledge of the facts, and with full information as to our legal rights and liabilities. In some instances, the terms of



CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL DOCUMENT
TRIAL COURT ADMINISTRATOR
COLUMBIA COUNTY, OREGON
BY _____
DATED _____4|11|17_____

**155a**

Verified Correct Copy of Original 1/8/2016.

this stipulated judgment represent a compromise of disputed issues. However, We believe the terms and conditions to be fair and reasonable under the circumstances. We have read the stipulated judgment and agree that it accurately reflects our agreement.

X _____

Adam Sylvester Stephens, Co-Petitioner husband

Date: X NOV 30, 2015

SUBSCRIBED AND SWORN to before me on NOV 30 _____ , 20 15

> Notary Public
> State of Washington
> B L SALMAN
> MY COMMISSION EXPIRES
> February 20, 2018

Notary Public for ~~Oregon~~ Washington .

My commission expires: Feb 20, 2018

X _____

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/21/2015

SUBSCRIBED AND SWORN to before me on Nov. 21 , 20 15

> JEANNE WILSON
> NOTARY PUBLIC - STATE OF OKLAHOMA
> MY COMMISSION EXPIRES OCT 20, 2016
> COMMISSION # 08010806

Notary Public for ~~Oregon~~ Oklahoma

My commission expires: October 2020.

Minor children:

G▮▮ L▮ Stephens - Age; 02; birth year: 2013; SS# is protected and provided separately in UTCR 2.130.1 affidavit.

Page 26 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRO-SE CERTIFICATION

These documents were prepared by Legal Alternatives for a fee of $155.00. No personal contact was initiated nor was any legal advice given. All information in these documents was supplied to preparers by ourselves through the mail or over the internet. All information is accurate to the best of our knowledge and that we have filed the Dissolution of Marriage as Co-Petitioners, jointly attesting and agreeing to all terms herein.

X _Adam Steph_
Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11-30-15

X _Linh Tran Stephens_
Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015

## NOTICE OF INCOME WITHHOLDING

The support order is enforceable by income withholding under ORS 25.311-25.318, 25.351-25.367, and 25.722. Withholding will occur immediately, whenever there are arrearages at least equal to the support payment for one month, whenever the obligated parent requests withholding, or whenever the obligee requests withholding for good cause. The district attorney or, as appropriate, the Support Enforcement Division of the Department of Justice will assist in securing such withholding. Exceptions may apply in

Page 27 of 28 Stipulated General Judgment Co-Petition

some circumstances.

Verified Correct Copy of Original 1/8/2016.

## NOTICE PURSUANT TO ORS 107.106

The terms of child support and parenting time (visitation) are designed for the child's benefit and not the parents' benefit. You must pay support even if you are not receiving parenting time. You must comply with parenting time orders even if you are not receiving child support.

Violation of child support orders and visitation orders is punishable by fine, imprisonment, or other penalties. Publicly funded help is available to establish, enforce, and modify child support orders. Paternity establishment services are also available. Contact your local district attorney, domestic relations court clerk, or the Department of Justice at (503) 378-5567 for information.

Publicly funded help may be available to establish, enforce, and modify parenting time orders. Forms are available to enforce parenting time orders. Contact the domestic relations court clerk or civil court clerk for information.

Submitted by:

X _Adam Steph_____

Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11·30-15

X _____

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**F I L E D**

In Re the Marriage of:                          )

LINH TRAN STEPHENS,                     )                                JUL 1 1 2017

   Petitioner,                          )                          DON NEWBERRY, Court Clerk
                     STATE OF OKLA. TULSA COUNTY

               )

and                                                      )          Case No. FD-2015-2228

               )

ADAM SYLVESTER STEPHENS,      )          FD Docket B
               )          Judge Theresa Dreiling

   Respondent.                          )

## CONFIRMATION OF REGISTRATION OF FOREIGN ORDER

NOW on this _1th_ day of _July_, 2017, this matter comes before the undersigned Judge of the District Court concerning registration of a foreign order. Petitioner is represented by her counsel, David W. Davis; and Respondent is represented by his counsel, Charles M. Parrish. Petitioner and Respondent agree to register their Columbia County, Oregon dissolution order with the Tulsa County, Oklahoma Court. The Court, having reviewed the file and considered the premises, finds that the parties have reached an agreement and finds and orders as follows:

   1.  The parties were divorced in Columbia County, Oregon. The Stipulated General Judgment of Dissolution of Marriage; and Money Award (hereinafter "Oregon Decree") was filed on January 8, 2016.

   2.  The parties desire to register the Oregon Decree with the Tulsa County Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Oregon Decree be and is hereby confirmed as a registered order and a certified copy of the Oregon Decree shall be filed simultaneously herewith.



**House of Representatives**
STATE OF OKLAHOMA

September 25, 2024

Oklahoma State Bureau of Investigation
Aungela Spurlock, Director
6600 North Harvey Place
Oklahoma City, Oklahoma 73116

Director Spurlock:

On September 9, 2024, the Oklahoma House of Representatives Criminal Justice and Corrections Committee held an emergency hearing to determine whether the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth collectively received information that children under their care were being physically and sexually abused, yet these agencies failed to take appropriate action to stop the abuse. One witness, Appleseed, a respected 501(c)(3) community action group known for its thorough investigations, provided a comprehensive report confirming that the agencies were aware of abuse at the Tulsa Detention Center. Appleseed submitted this alarming report to all relevant government officials, but it was completely ignored. Following this, the Criminal Justice and Corrections Committee called for immediate and appropriate actions. The committee also heard from three other witnesses who reported and documented firsthand knowledge of criminal conduct within child welfare and the DHS administration.

As Chairman of the Criminal Justice and Corrections Committee, I have the authority granted under 74 O.S. § 150.5(d) to initiate an OSBI investigation by a majority vote of our committee. Article V, Section V-60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances among the officers of the Executive Department and all commissioners, superintendents, and boards of control of State institutions, as well as any other officers entrusted with the collection, receipt, custody, or disbursement of the state's revenue or funds. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

I am providing a formal directive signed by the majority of the Criminal Justice and Corrections Committee, instructing the Oklahoma State Bureau of Investigation to conduct an investigation into possible criminal actions by the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth. The document containing the committee members' signatures details the areas of concern that we believe warrant examination.

Since the September 9 committee hearing, news stations and my office have been inundated with reports of wrongdoing. I would like to include cases that have sufficient substantiation. Please contact Chairman Justin JJ Humphrey if you have any questions

To the Distinguished Director of the Oklahoma State Bureau of Investigation,

Ms. Aungela Spurlock,

As Chairman of the Criminal Justice and Corrections Committee, I bring forth the initiation of an OSBI investigation into each of two critical and urgent matters. This authority is granted per 74 O.S. § 150.5(d) as our committee has subpoena powers by resolution, but we bring this initiation of an OSBI investigation by authorization of a vote by the majority of our committee. Article V Section V- 60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances between the officers of the Executive Department, and all commissioners and superintendents, and boards of control of State institutions, and all other officers entrusted with the collection, receipt, custody, or disbursement of the revenue or moneys of the state whatsoever. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

## INVESTIGATION INITIATION NO.1 DETENTION and CARE FACILITIES

a. Investigate abuse and neglect of all children and disabled adults in facilities.
b. Investigate knowledge and reporting of abuse and complaints through all levels of oversight. Including but, not limited to: Managers, Administrators. OJA. OCCY, PARB, OKDHS, Judges(if acting in executive duties)
c. Investigate violations of state and federal laws of required humane treatment of children and adults incarcerated or in care.
d. Investigate electronic devices used to document, record or share abuse.
e. Further investigation to all other appropriate caretakers or individuals identified in participation in abusive behaviors, exploitation, or extortion.
f. Further investigation to all other appropriate facilities as evidence suggests.

Contact/Reporter Tulsa Juvenile Detention Facility: Sa-Tae Seth McIntosh seth@okappleseed.org
Contact/Reporter OKCYC Juvenile Detention Facility: Mandy Fisher-Reed mandyreed77@yahoo.com
*Contact/Reporter Robert M Greer Center in Enid: Representative Ellen Hefner*
*ellen.hefner@okhouse.gov*

## INVESTIGATION INITIATION NO.2 OKDHS CHILDWELFARE AND CHILD PROTECTIVE SERVICES ON BEHALF OF 6 FAMILIES AND THEN FURTHER AS EVIDENCE WOULD SUGGEST

a. Investigate allegations of abuse appropriately on behalf of children.
b. Investigate negligent or fraudulent reporting by child welfare or CPS staff or case workers.
c. Investigate knowledge of or reporting of mishandling of referrals through all levels of oversight including but no limited to. Case workers, Supervisors, District Directors, Deputy state directors, State Director, OCCY, PARB. and law enforcement.
d. Appropriate engagement of professionals by the OKDHS through state law requiring Multidisciplinary child abuse teams as required by 10a O.S. § 1-9-102,
e. Investigate reports and documents for integrity, negligence, fraud, retaliation, and deletion of records.-
f. Investigate testimonies in court proceedings for fraud or perjury
g. Investigate if/when law enforcement was notified and if correct reporting was provided to law enforcement agency
h. Investigate judicial decisions and due process activity in accordance with state and federal law.

i.   Investigate possible collusion or inappropriate engagement between attorneys and or judges

j.   Investigate any misrepresentation of a minor child, or disabled adults', testimony by a state employee, attorney, counselor, doctor. judge. etc.

k   Investigate all child interviews for appropriateness of order, process, and reporting (notify and request intervention of FBI in regards to any appearance of illegal search and seizure actions that would constitute a violation of Federal law.

l.   investigate all seizure of assets to determine appropriateness of order, process, and reporting

m.  Investigate all violations of Oklahoma Constitutionally protected rights of all parties. Notify and request intervention of FBI in regards to any appearance of violations of Federally protected constitutional rights. Including, but not limited to. life, liberty and the pursuit of happiness, loss of familial contact, loss of fair opportunity in court, etc.

n.   Investigate electronic devices used to record, document or upload case information.

o   Investigate contact between parents and OKDHS for determination of collusion. exploitation or extortion.

p   Further investigations to other children or families as evidence suggests.

Contact/Advocate for minor child G.L.S., dob 7-24-13. Dr. Linh Stephens linhstephens7@gmail.com
Contact/Advocate for minor child A.K.W., dob 11-4-16, A.K.W., dob 11-4-16 Bri'Anne Wiland
brinwal@icloud.com
Contact/Advocate for minor child M.N.R., dob 7-4-12; Shawn Reed maddiesdad2024@gmail.com
Contact/Advocate for minor child C.B W.L , dob 7-12-12; Lisa Woolley whwoolley@gmail.com
Contact/Advocate for minor child D.E.D , dob 12-24-13. Darrell Dougherty dough890@gmail.com
Contact/Advocate for minor children A.R.V., dob 9-22-10. P.F.V., dob 9-25-15; H.S.V., dob 5-2-17:
Rosario Chico chico media tv@gmail.com

We appreciate your expediency in these matters as these children and at-risk adults could be in pending danger or enduring ongoing permanent damage due to failures that are not of their own doing  We also respect your ability to tenderly deal with minor children or adults who will need gentle care.

Chairman Justin Humphrey _____   Date 09-18-2024

Representative David Hardin _____   Date 9-18-2024

Representative Kevin West _____   Date ___9/18/24___

Representative Danny Williams _____   Date 09/18/24

We. the undersigned lawmakers. wish to express our strong support for the Criminal Justice and Corrections Committee's investigation of the Department of Human Services Oklahoma Commission on Children and Youth.

Sincerely,

Chair, Criminal Justice and Corrections Committee



**ADAM R. PANTER**
DISTRICT ATTORNEY
DISTRICT 23

**ADAM KALLSNICK**
FIRST ASSISTANT DISTRICT ATTORNEY

March 14, 2025

## FOR IMMEDIATE RELEASE:

### RE: Investigation Into Oklahoma Department of Human Services

One of my highest priorities as District Attorney is to ensure the protection of our children's health, safety, and welfare. When our children become victims of heinous crimes, many times at the hands of those who were supposed to love and protect them, it becomes my job to prosecute those offenders and seek justice on behalf of those victims. I believe that child victims are especially vulnerable and all instances of suspected abuse against children need to be treated with the utmost importance. To do this effectively I must rely on my law enforcement partners and other agencies to properly and diligently do their jobs. Recently, I have become aware that the Oklahoma Department of Human Services (OKDHS) has systematically and repeatedly failed to follow State laws designed to protect children suspected of being sexually or physically abused or neglected. That failure to follow the law and policies put in place to protect children has led to subsequent and continuing sexual and physical abuse of children which would otherwise have been prevented. Despite multiple efforts made to obtain compliance, OKDHS has failed to correct their behavior, and I cannot stand to see another child unnecessarily victimized.

Under Oklahoma law, OKDHS must promptly respond to and investigate any report of child abuse or neglect pursuant to Title 10A Oklahoma Statutes § 1-2-105(A). When initiating an investigation, "[t]he primary purpose of the investigation or assessment **shall** be the protection of the child." (emphasis added) Title 10A O.S. § 1-2-105(B)(5) goes on to require OKDHS to investigate reports of child sexual abuse or serious physical abuse using a multidisciplinary team approach provided in Title 10A O.S. § 1-9-102 along with notifying and exchanging investigation information with law enforcement.

Title 10A O.S. § 1-9-102 requires each District Attorney to develop a multidisciplinary child abuse team (MDT) in their district. An MDT is comprised of the District Attorney, law enforcement agents with experience in child abuse investigations, medical personnel with child abuse injury experience, mental health professionals, OKDHS child protective services, and Child Advocacy Center personnel. This team is required to intervene in ALL reports involving child sexual abuse or child physical abuse or neglect in an effort to ensure coordination and cooperation between agencies involved and to minimize further trauma on an abused child. 205a law also requires a joint investigation between law enforcement and OKDHS child welfare staff when these

reports are made. Such investigations must follow MDT protocols when interviewing those child victims. MDT protocols dictate that a child suspected of being abused must be interviewed by a trained child forensic interviewer following approved forensic interview protocols, preferably recorded at a Child Advocacy Center. This ensures that children are interviewed by trained professionals for potential law enforcement or child welfare investigations, reduce the number of times a child will have to relive their trauma, and ensure that all agencies that should be aware of the alleged abuse are placed on notice, amongst other reasons.

What has been brought to my attention is that in many cases, OKDHS is receiving reports of suspected sexual or physical abuse of children and going out on their own and conducting forensic interviews of those children in the field. Based on these field interviews, which OKDHS is not properly trained to do, OKDHS determines for themselves whether the allegations are credible, and based on this opinion, will close the investigation without ever following the statutory procedures by notifying law enforcement and the child abuse experts of the MDT. I have now been made aware that multiple cases where this has occurred have resulted in children being placed back in the home of their abusers, where they have been subjected to further sexual or physical abuse. There have even been cases where OKDHS received multiple reports of abuse over a period of months, never notifying law enforcement, leaving the children in the home to suffer repeated abuse. Some of these cases were only discovered when vigilant staff at our local Child Advocacy Center notified law enforcement when those same children were later brought in for interviews and medical care due to subsequent abuse.

After being made aware of this, my office and our local Child Advocacy Center began comparing numbers of reports of suspected abuse versus the numbers of children receiving services at the Center. Fortunately, the Child Advocacy Center of Central Oklahoma (CACCO), which is the Child Advocacy Center based in Shawnee and primarily serves District 23, Pottawatomie and Lincoln counties, is very attentive and keeps thorough records. What was extremely concerning were the comparisons between the 2024 CACCO numbers with OKDHS numbers. One example is that in 2024, in Pottawatomie County and Lincoln County combined, OKDHS received 511 reports of physical abuse on children. The number of children who received services from the CACCO in 2024 for suspected physical abuse was 64. That means less than 8% of the reported child physical abuse allegations to OKDHS in that time led to those children receiving services at the CACCO as required by law. In 2024, the number of reports to OKDHS of alleged sexual abuse, physical abuse, or neglect in the district totaled 2,532. During that same period, the number of children receiving services at the CACCO for those reports was 389. That leads to a reasonable conclusion that potentially 2,143 reports of abuse or neglect were never brought to the attention of the CACCO or law enforcement, leaving children allegedly abused in unknown circumstances. This is incredibly alarming, as it indicates a likelihood that OKDHS has failed to follow the law for these types of cases at a much higher rate than previously thought.

After repeated attempts made by law enforcement and child advocates to correct this, OKDHS continues with this behavior. Recent meetings with OKDHS to urge their

compliance with the law have led to some constructive conversations which will hopefully lead to meaningful change. But the willingness to fix these problems does not negate the need to hold OKDHS accountable for their past failures. I have no reason to believe that my district is the only one facing this problem. This failure by OKDHS is likely happening across the state and is a direct reflection on the leadership of OKDHS from the top down. Because it is likely a statewide problem, within the next week I will formally request Attorney General Drummond utilize the Multicounty Grand Jury to investigate this issue to determine if criminal charges are warranted and what steps should be taken to ensure no more children are harmed. Should Attorney General Drummond find this issue unique to Pottawatomie and Lincoln Counties, I will seek to empanel local grand juries within my district to begin investigating or have my own District Attorney Task Force initiate a criminal investigation.

My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to OKDHS failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows.

Adam R. Panter
District Attorney
District 23



## House of Representatives
### STATE OF OKLAHOMA

April 1, 2025

Attorney General Gentner Drummond
Office of the Attorney General
313 NE 21ˢᵗ Street
Oklahoma City, Oklahoma 73105

Attorney General Gentner Drummond:

District 23 District Attorney Adam Panter has called on you to establish Multi County Grand Jury.

In his request DA Panter stated,  **"My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to DHS's failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows."** I don't believe I can say it any better.

I have personally exposed numerous violations and alleged illegal acts of the Oklahoma Department of Human Services (OKDHS), demonstrating the department's gross negligence and failure to protect children from sexual abuse, physical abuse, and neglect. I believe a substantial portion of DHS employees and administration have intentionally ignored or participated in blatant abuse and abhorrent criminal acts. Despite multiple efforts to impose compliance, DHS has refused or failed to correct their dishonest and unlawful conduct.  The director of the Department of Human Services and other agencies directors are complicit in addressing their agencies harmful behavior.  Government officials responsible for overseeing these agencies have shown little to no interest in investigating the innumerable reported offenses. Attorney General Drummond to delay or prolong an investigation would place numerous children and families at risk. I personally cannot stand to see another child unnecessarily victimized.

DHS, Multidisciplinary Child Abuse Teams (MTD), and our Family Court System have abandoned basic legal principles and forsaken their responsibilities to the public. I have an email in which DHS instructs employees not to speak to legislators. I believe it is unlawful for DHS to threaten employees and prevent them from speaking to legislators. But more importantly, I believe their actions reveal an intent to obscure the truth. I recently requested information on what appears to be a voluntary removal program. The plan is anything but voluntary. DHS threatens families with the removal of children, and if the parents or grandparents refuse to sign, they remove the children. I received information that this DHS program was run by a contracted company. I approximately two weeks ago I asked DHS if they are contracted to remove children and if that company might possibly be owned by a former director.

**209a**

Remarkably, DHS has failed to respond. I have reports of DHS employees demanding parents sign blank forms, and in some cases, I have reports that DHS is deceiving parents into signing forms to terminate their parental rights.

In one case, I made numerous calls to determine why a child was being removed from their home without probable cause. But despite numerous attempts I could make no contact with an employee. After being unable to reach any DHS representative I left messages explaining that I would be investigating the matter and would seek extortion and child stealing charges against employees if they could not provide justification for the child's removal. DHS attorneys contacted me accusing me of harassing their employees. DHS has refused to provide justification for the child's removal, DHS has harassed and threatened the family to remove the child and then has the nerve to accuse me of harassing DHS employees.

I want to encourage you to launch a multi-county grand jury to investigate the alleged criminal misconduct of all those responsible and tasked with the protection of children.


Sincerely,

Representative Justin JJ Humphrey
District 19

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

July 11, 2024

Linh Stephens
C/O 11063 S Memorial Dr.
Suite D. #235
Tulsa, OK 74133

RE: Stephens v. Stephens
OK Ct. of Civil App. No. 120,849

Dear Ms. Stephens:

The above-entitled petition for a writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s):

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Emily Walker
(202) 479-5955

Enclosures

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

May 13, 2025

Linh Tran Stephens
C/O 1964 Ashley River Rd Ste B
Unit 80112
Charleston, SC 29416

RE: Stephens v. Stephens/Stephens v. Stephens/Stephens v. April Seibert, et al
SC OK Nos. 120,849; 122,022; 122,445

Dear Ms. Stephens:

The above-entitled petition for a writ of certiorari was postmarked April 25, 2025 and received May 5, 2025. The papers are returned for the following reason(s):

To the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 120,849, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was May 14, 2024. Therefore, the petition was due on or before August 12, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Please be advised that if you are intending for this Court to review a decision by the Supreme Court of Oklahoma in case number 122,022, it appears this case is currently pending in the Supreme Court of Oklahoma. Your case must first be reviewed by that court.

Additionally, to the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 122,445, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was September 30, 2024. Therefore, the petition was due on or before December 29, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Sincerely,

Scott S. Harris, Clerk

By:

Pipa Fisher

(202) 479-3019

Enclosures

D

| EMERGENCY ORDER OF PROTECTION | District Court of Tulsa County State of Oklahoma Case No. PO-20 **PO- 2 0 2 1 - 3 8 4 3** Court Phone Number ( ) |
|---|---|

| Petitioner | Additional Petitioner Information |
|---|---|
| Linh Tran Stephens First Middle Last and/or on behalf of minor family member(s) ☒ Stephens- 8 | Name(s) and age(s) of minor family member(s) ☒ Stephens - 8 |

-VS-

**Defendant**

Adam Sylvester Stephens Sr
First    Middle    Last

Relationship to Petitioner: ex- husband

Defendant's Address (Street address, City, State, Zip Code) 14696 E 88 Pl. N. Apt 200, Owasso, OK 74055

| Defendant Identifiers | | | | |
|---|---|---|---|---|
| SEX | RACE | DOB | HT | WT |
| M | Caucasian | 7-27-70 | 5'5" | 220s |
| EYES | HAIR | DISTINGUISHING FEATURES | | |
| blue | dark brown | Scar L side of head + forehead nasal bridge recurrent scab | | |
| DRIVERS LICENSE # | | STATE | EXPIRES | |
| | | OK | | |
| Other | | | | |

self & children

(Clerk's File Stamp Below)

DISTRICT COURT
**FILED**

NOV 24 2021

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**A. CAUTION:**
☐ Weapon Involved – Type: _____
☐ Weapon Present on Property
☒ Unknown if Weapon Present

**B. THE COURT FINDS:**    STOP
   1) That it has jurisdiction over the parties and subject matter.
   2) That the Defendant has been or will be provided with reasonable notice and opportunity to be heard.
   3) That an Emergency Ex Parte Order is necessary to protect the Petitioner(s) pursuant to the Protection from Domestic Abuse Act (22 O.S. §60.1, et seq.).
   4) Additional findings and terms of this Order follow on succeeding pages.

☐ Hearing Ordered: The Court Orders the Defendant and Petitioner to appear in the District Court of the above named County on the 8 day of Dec , 20 21, at 9 (AM/PM before Judge DOSS , in Courtroom by video.

Emergency Ex Parte Order of Protection - AOC Form – Revised November 1, 2019

# TRACIS

**TULSA POLICE DEPARTMENT**
**INCIDENT REPORT**

PAGE 1 OF 4

| [X] ORIGINAL | [ ] DOMESTIC | [ ] CITATION(S) ISSUED | **CHILD CRISIS** | FOR DETECTIVE USE ONLY |
| [ ] SUPPLEMENTAL | | [ ] ARREST(S) MADE | | [ ] NCIC ENTRY |
| | | | | [ ] NCIC CANCELLATION |

**CRIME TYPE**
Lewd Molestation of a Minor

**UCR**
17B

**LOCATION**
4849 S MINGO Road, Tulsa, OK-Oklahoma 74145

**COUNTY** Tulsa

**LOCATION OF OFFENSE**
**DIVISION** MVD

| OCCURRED (ON OR BETWEEN) | MO 11 | DATE 23 | YR 2021 | DAY Tue | TIME 1501 | AND | MO 11 | DATE 23 | YR 2021 | DAY Tue | TIME 1505 | REPORTED | MO 11 | DATE 23 | YR 2021 | DAY Tue | TIME 1853 |

| CODE PR | TPO/PID NUMBER | NAME (LAST, FIRST, MIDDLE) Stephens, Linh Tran | | AKA | HGT 5'2" | WGT 078 | HAIR Black | EYES Brown | SKIN Fair | RACE Asian | SEX Female |
| | STREET ADDRESS, CITY, STATE ⬛⬛⬛ OK-Oklahoma | | ZIP CODE ⬛⬛ | DATE OF BIRTH 01/24/1984 | AGE 37 | SOCIAL SECURITY NUMBER |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE ⬛⬛3223 | DRIVER'S LICENSE NUMBER | STATE OK-Oklahoma |
| | EMPLOYER ADDRESS, CITY, STATE, ZIP | | BUSINESS PHONE | OTHER CONTACT |

| CODE IV | TPO/PID NUMBER | NAME (LAST, FIRST, MIDDLE) Stephens, G⬛ | | AKA | HGT 4'8" | WGT 55 | HAIR Black | EYES Brown | SKIN Fair | RACE White | SEX Female |
| | STREET ADDRESS, CITY, STATE ⬛⬛⬛ OK-Oklahoma | | ZIP CODE ⬛⬛ | DATE OF BIRTH ⬛ | AGE 8 | SOCIAL SECURITY NUMBER |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | DRIVER'S LICENSE NUMBER | STATE |
| | EMPLOYER ADDRESS, CITY, STATE, ZIP | | BUSINESS PHONE | OTHER CONTACT 817-631-3223/520-895-0123 |

| CODE | TPO/PID NUMBER | NAME (LAST, FIRST, MIDDLE) | | AKA | HGT | WGT | HAIR | EYES | SKIN | RACE | SEX |
| | STREET ADDRESS, CITY, STATE | | ZIP CODE | DATE OF BIRTH | AGE | SOCIAL SECURITY NUMBER |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | DRIVER'S LICENSE NUMBER | STATE |
| | EMPLOYER ADDRESS, CITY, STATE, ZIP | | BUSINESS PHONE | OTHER CONTACT |

| CODE | TPO/PID NUMBER | NAME (LAST, FIRST, MIDDLE) | | AKA | HGT | WGT | HAIR | EYES | SKIN | RACE | SEX |
| | STREET ADDRESS, CITY, STATE | | ZIP CODE | DATE OF BIRTH | AGE | SOCIAL SECURITY NUMBER |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | DRIVER'S LICENSE NUMBER | STATE |
| | EMPLOYER ADDRESS, CITY, STATE, ZIP | | BUSINESS PHONE | OTHER CONTACT |

**OFFICERS PROF WIT**

| OFFICER/WIT. HERMAN, KURT | ID NUM/ORG 2079/TPD | DIV/PH DET/9185866050 | OFFICER/WIT. | ID NUM/ORG | DIV/PH |

**VICTIM VEHICLE**

| STATUS | | VIN | | TAG YR | TAG STATE | TAG NUMBER |
| VEH YEAR | VEH MAKE | VEH MODEL | VEH STYLE | COLOR TOP/BOTTOM | MISC IDENTIFIERS | VALUE |
| PROOF OF OWNERSHIP | | NCIC ENTRY Y/N | DISPOSITION OF VEHICLE |
| RECOVERED BY AGENCY | OFFICER | ID NUM | DIV | RECOVERY LOCATION |
| OWNER NOTIFIED BY: | TTY NOTIFIED BY: | CONDITION OF VEHICLE |

**INCIDENT NUMBER 2021060000**

| PROPERTY RECEIPT NUMBER | PHOTO-FILE NUMBER | LATENT PRINT NUMBER | CLERK NOTIFIED |
| OFFICER Savage, Keoshia Officer | ID NUMBER 2709 | DIVISION MVD | SUPERVISOR Murtaugh, Chad | ID NUMBER | DIVISION | DATA ENTRY | ID NUM | DATE |

**ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)**

279a

**TRACIS**
STANDARDIZED REPORTING FORMAT TUL-479D

**TULSA POLICE DEPARTMENT**
**NARRATIVE**

PAGE **2** OF **4**

| CRIME TYPE | | | | | | |
|---|---|---|---|---|---|---|
| Lewd Molestation of a Minor | | | | | | |

| VICTIM NAME | | | MO | DATE | YR | DAY | TIME |
|---|---|---|---|---|---|---|---|
| #1: Stephens, G_____ | REPORTED | | 11 | 23 | 2021 | Tue | 1853 |

CRIME TYPE: LEWD MOLESTATION OF A MINOR
DATE/TIME REPORTED: 11/23/2021, 1501 HOURS
LOCATION: 4849 S MINGO RD
VICTIM: STEPHENS, G_____
SUSPECT: STEPHENS, ADAM
REPORT NUMBER: 2021-060000

ORIGIN OF CALL:
ON 11/23/2021 AT APPROXIMATELY 1501 HOURS, I RESPONDED TO 4849 S MINGO RD IN
REFERENCE TO A LEWD MOLESTATION REPORT.

PERSON REPORTING:
LINH STEPHENS STATED, HER DAUGHTER, G_____ STEPHENS HAS BEEN MOLESTED BY HER
FATHER, ADAM STEPHENS, SINCE JULY OF 2020. LINH STATED, G_____ TOLD HER THAT ADAM
MAKES G_____ SLEEP WITH HIM NAKED AND ADAM TAKES PICTURES OF G_____ NAKED. LINH
STATED, ADAM MAKES G_____ SIT ON OTHER MEN LAPS WHENEVER HE HANGS OUT WITH HIS
FRIENDS. LINH STATED,
G_____ HAS A JOURNAL THAT SHE WRITES IN ABOUT ADAM AND IN G_____S JOURNAL STATES,
SHE WANTS ADAM TO STOP AND SHE WANTS HIM TO DIE. LINH STATED, G_____S JOURNAL HAS
DATES OF THE MOLESTATION BACK IN 2020.

LINH STATED, THE MOLESTATION FIRST OCCURRED IN TULSA AT ADAM'S PREVIOUS HOME
ADDRESS LOCATED AT 7821 E 97TH PL APT. 12206 AND NOW OCCURRING IN OWASSO.

OFFICER SUMMARY:
LINH STEPHENS STATED, ADAM IS VERY ABUSIVE, MANIPULATIVE AND HAS ANGER PROBLEMS.
LINH STATED, ADAM GOT FIRED FROM HIS PREVIOUS JOB DUE TO HIS ANGER PROBLEM AND HE
HAD TO TAKE AN ANGER MANAGEMENT CLASS IN ORDER FOR HIM TO RETURN TO HIS JOB. LINH
STATED, SHE MARRIED ADAM IN 2012 AND DIVORCED HIM IN 2016. LINH STATED, SHE DIVORCED
ADAM BECAUSE HE WAS PHYSICALLY AND VERBALLY ABUSIVE.

SUSPECT INFORMATION:
ADAM STEPHENS IS A WHITE MALE, APPROXIMATELY 5'08" TALL, AND WEIGHS APPROXIMATELY
230 POUNDS. ADAM CURRENTLY LIVES AT 14696 E 88TH PL N APT 200, OWASSO, OK 74055 AND
HE'S EMPLOYED AT 14696 E 88TH PL N, OWASSO, OK. ADAM WAS PREVIOUSLY IN A MOTORCYCLE
BIKER CLUB BUT GOT REMOVED FOR HIS ANGER PROBLEM. ADAM'S WAS PREVIOUSLY A TRUCK
DRIVER AND LINH STATED, ADAM WOULD LOCKED G_____ IN THE TRUCK FOR HOURS.

ADAM STEPHENS DRIVES A LIGHT BLUE/LIGHT GREEN JEEP RENEGADE.

INVESTIGATIVE RESULTS:
DET. HERMAN OF CHILD CRISIS UNIT WAS NOTIFIED AND HAS FOLLOWED UP WITH DHS AND
OWASSO PD.

OFFICER'S NOTES:
G_____ STEPHENS ATTENDS "MISS HELENS PRIVATE SCHOOL" LOCATED AT 4849 S MINGO RD
SINCE THE AGE OF 3. G_____ IS CURRENTLY 8 YEARS OF AGE.

| OFFICER | ID NUMBER | DIVISION | SUPERVISOR | ID NUMBER | DIVISION |
|---|---|---|---|---|---|
| Savage, Keoshia Officer | 2709 | MVD | Murtaugh, Chad | | |

INCIDENT NUMBER
2021060000

280a

# TRACIS
Tulsa Regional Automated Criminal Information System
Standardized Reporting Format TUL-402C

**TULSA POLICE DEPARTMENT**
☐ FIELD INTERVIEW REPORT
☒ SUSPECT SUPPLEMENTAL

PAGE **3** OF **4**

ATTENTION _____

| CRIME TYPE | | | | | REPORTED | | MO | DATE | YR | DAY | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewd Molestation of a Minor | | | | | PREPARED | | 11 | 23 | 2021 | Tue | 1853 |

| VICTIM NAME | LOCATION OF OCCURRENCE |
|---|---|
| #1: Stephens, G▇ | 4849 S MINGO Road, Tulsa, OK-Oklahoma 74145 |

SUSPECT CODES: JV-JUVENILE   SEARCH TARGET   ID-IDENTIFIED BY WITNESS

**SUSPECT 1**

| CODE | TPO/RO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Stephens, Adam | | 508 | 230 | Brown | Blue | Light | White | Male |

| HOME ADDRESS, CITY, STATE | ZIP CODE | AGE | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| ▇▇▇, Owasso, Oklahoma | 74055-497 | 51 | ▇ | |

| EMPLOYER/SCHOOL NAME | HOME PHONE | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|---|
| ▇▇▇ | ▇▇0123 | ▇ | Oklahoma |

| EMPLOYER ADDRESS, CITY, STATE, ZIP | BUSINESS PHONE | OTHER CONTACT |
|---|---|---|
| ▇▇▇, Owasso, OK-Oklahoma 74055 | | |

| PERSONAL ODDITIES | TATTOOS |
|---|---|
| | |

| CLOTHING | WARNING INDICATORS |
|---|---|
| | |

**SUSPECT 2**

| CODE | TPO/RO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| HOME ADDRESS, CITY, STATE | ZIP CODE | AGE | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | | | | |

| EMPLOYER / SCHOOL NAME | HOME PHONE | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|---|
| | | | |

| EMPLOYER ADDRESS, CITY, STATE, ZIP | BUSINESS PHONE | OTHER CONTACT |
|---|---|---|
| | | |

| PERSONAL ODDITIES | TATTOOS |
|---|---|
| | |

| CLOTHING | WARNING INDICATORS |
|---|---|
| | |

**SUSPECT 3**

| CODE | TPO/RO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| HOME ADDRESS, CITY, STATE | ZIP CODE | AGE | DATE OF BIRTH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | | | | |

| EMPLOYER/SCHOOL NAME | HOME PHONE | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|---|
| | | | |

| EMPLOYER ADDRESS, CITY, STATE, ZIP | BUSINESS PHONE | OTHER CONTACT |
|---|---|---|
| | | |

| PERSONAL ODDITIES | TATTOOS |
|---|---|
| | |

| CLOTHING | WARNING INDICATORS |
|---|---|
| | |

**VEHICLE**

| REGISTERED OWNER | | VIN | | | | TAG YEAR | TAG STATE | TAG NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VEH YEAR | VEH MAKE | VEH MODEL | VEH STYLE | COLOR TOP / BOTTOM | MISC IDENTIFIERS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ADDITIONAL INFORMATION |
|---|
| |

**VEHICLE**

| REGISTERED OWNER | | VIN | | | | TAG YEAR | TAG STATE | TAG NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VEH YEAR | VEH MAKE | VEH MODEL | VEH STYLE | COLOR TOP / BOTTOM | MISC IDENTIFIERS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ADDITIONAL INFORMATION |
|---|
| |

**INCIDENT REPORT 2021060000**

| PROPERTY RECEIPT NUMBER | PHOTO FILE NUMBER | | LATENT PRINT NUMBER |
|---|---|---|---|
| | | | |

| OFFICER | ID NUMBER | DIV | SUPERVISOR | ID NUMBER | DIV |
|---|---|---|---|---|---|
| Savage, Keoshia Officer | 2709 | MVD | Murtaugh, Chad | | |

**ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)**

281a

Appellate Case: CONTAINS CONFIDENTIAL JUVENILE INFORMATION    Date Filed: 02/25/2025    Page: 64

| | | SUSPECT CODES: JV-JUVENILE RF-R/P TARGET ID-IDENTIFIED BY WITNESS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**SUSPECT**

| CODE | TPO/PO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOME ADDRESS, CITY, STATE | | | ZIP CODE | AGE | DATE OF BIRTH | | SOCIAL SECURITY NUMBER | | | |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | | DRIVER'S LICENSE NUMBER | | | | | STATE | |
| | EMPLOYER ADDRESS, CITY, STATE ZIP | | | BUSINESS PHONE | | OTHER CONTACT | | | | | |
| | PERSONAL ODDITIES | | | | | TATTOOS | | | | | |
| | CLOTHING | | | | | WARNING INDICATORS | | | | | |

**SUSPECT**

| CODE | TPO/PO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOME ADDRESS, CITY, STATE | | | ZIP CODE | AGE | DATE OF BIRTH | | SOCIAL SECURITY NUMBER | | | |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | | DRIVER'S LICENSE NUMBER | | | | | STATE | |
| | EMPLOYER ADDRESS, CITY, STATE ZIP | | | BUSINESS PHONE | | OTHER CONTACT | | | | | |
| | PERSONAL ODDITIES | | | | | TATTOOS | | | | | |
| | CLOTHING | | | | | WARNING INDICATORS | | | | | |

**SUSPECT**

| CODE | TPO/PO NUMBER | SUSPECT NAME (LAST, FIRST, MIDDLE) | | | HGT RANGE | WGT RANGE | HAIR | EYES | SKIN | RACE | SEX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOME ADDRESS, CITY, STATE | | | ZIP CODE | AGE | DATE OF BIRTH | | SOCIAL SECURITY NUMBER | | | |
| | EMPLOYER/SCHOOL NAME | | HOME PHONE | | DRIVER'S LICENSE NUMBER | | | | | STATE | |
| | EMPLOYER ADDRESS, CITY, STATE ZIP | | | BUSINESS PHONE | | OTHER CONTACT | | | | | |
| | PERSONAL ODDITIES | | | | | TATTOOS | | | | | |
| | CLOTHING | | | | | WARNING INDICATORS | | | | | |

**NARRATIVE: ADDITIONAL SUSPECT OR VEHICLE INFORMATION / REASON FOR FIELD INTERVIEW**

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

282a



July, 3ᵉʳᵈ 2020

I Love Mommy 100%
and I want to stay
with her forever. ♥

I Am scared of daddy
Ahha! and I never want to see
him agin. ♥♥ 👅 ♨
and I want him to
die!!

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION



ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION



ISSUED TO PARENT LINH STEPHENS PER SUBPOENA  UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION



every body in m.y Family Loves me an except *bad* bad old daddy.

6

happy 4th of July

It's about freedom and I wish To be free from daddy

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

I don't Love daddy because he makes me sleep naked and he took a picture of me naked and he made me sit on other peoples laps and he took me to the swiming pool others mans * hap tray to touch me

8

July 21, 2020

when is my prayers answered? and why is daddy not dead yet and I want freedom from daddy.

9

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

it's ~~and~~ almost ~~first~~ my
birthday and am ø only
going to invite Alice
Eve and Joseph and Ada
because of covid 19.

July 22, 2020
I feel happy because
im with mommy.



mom's house

vanilla

10

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

288a



ISSUED TO PARENT LINH STEPHENS PER SUBPOENA  UNDER TITLE 10A § 1.6103(B)(5)

July 25, 2020

daddy said "I want you" to me, and daddy said that "I Love you" and I don't think it's true because he spank me and force me to talk to him. and I think that he lost his mind because he told me that he wants me.

14

Tonight daddy said that mommy spanked me but I know it wasn't true, he is the one that spanked me. He said shut up to mommy and screamed at her and he said mommy is a liar in front of me but I know mommy never lie

15

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

290a

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

I Love nine cats
I Love Nyan cat



16

17

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

August, 8th 2020

I Am Happy because daddy didn't call me yaay because he interrupt my fun Then He told me not to take a shower when my shower time comes. Why is daddy angry all the time? I'm scared to say I Love mommy or I miss mommy in front of daddy. He usually scream

18

at mommy and lie about mommy.



daddy

evil Heart lady
Alice in wonderland

19

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

20210600000

August 9, 2020
Daddy again today told me
"I'm going to talk to
the attorneys about this"
after I told him I
have to go take a shower.
I explain to him my
own bedtime routine
since forever, and need to
shower at 08:15 so I
can fall asleep by 9 but
he won't listen and got

mad and again threaten
me with attorneys.



21

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

293a

2 0 2 1 0 6 0 0 0 0 0

August, 22 , 2020

daddy didn't call me
3 days total this week
and I am very happy
yayyy. I ask mommy when
will I get to stay with her
forever and I don't
want to go back to
daddy; mommy said "I don't
Know"

I Love
you.!!!

22

September 1, 2020

Last ~~night~~ week I
slept with daddy
multiple nights more
than half the week
and he didn't stop
me.

Now I am with
mommy yay.

23

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

294a

20210600 00

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

September 17, 2020

Last tuesday, daddy forgot me at school and school closed and teacher had to text him to come get me.

My teacher also sent some crayons home to daddy because I couldn't finish all of my math homework during dadd's week because there are no crayon at daddy house

24

This whole school year.

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA  UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

October 16, 2020

I cryed a lot at
night because I
am upset that I have
to go back to daddy
in two days. I told
mommy "daddy asked me
about you last week
and I said I Love
mommy the best,
then daddy gets mad.
I want to stay

26

with mommy forever,
why won't they let
me."

I will continue to
pray every night and
cry to God.

27

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA  UNDER TITLE 10A § 1.6103(B)(5)

CONTAINS CONFIDENTIAL JUVENILE INFORMATION

June 14, 2021

My daddy falsely excused my mom of lying about summer reading program in school last week, then tonight my mom showed me the text messages from my teacher Miss Jayme at Miss Helen's Private school reading ▓▓▓ Count. My dad didn't let me read the Bible as he promised me he would. Daddy lie too many times to me and to my

28

mom. I ▓ never want to get married because they may be ▓▓▓ bad like my dad.

I Love you the most that live on ▓▓▓ erth
—G ✉
6/15/21

29

2021060000

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

June 17, 2021

Today we made a father Day gift and I'm not going to give it to daddy because he did not earn it also I'm doing this because he lies in front of my face and also he forbidden me to go to summer school and to read the Bible. He also promised me soccer during summer this year and the last 2 years and it made me 😊 😢.

I wish I had a nice dad and not a . . .

Stupid

Dad

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

2021060000

June 19, 2021

Today daddy interrupted my drawing of human faces with face time and I told him ~~XXX~~ I had to go. He asked why and I said it's none of your business and hung up on him and he was mad as he is angry all the time. He texted mommy on the phone ~~XX~~ so I gave the phone to mommy. Mommy talked with him as I continued my drawing. Mommy was nice and never yell, unlike daddy.

32
33

ISSUED TO PARENT LINH STEPHENS PER SUBPOENA UNDER TITLE 10A § 1.6103(B)(5)

299a

2021060000



**\*\*\* Mother paid $5000 to these lawyers Erica Parks (Bar #20532) & Dale Warner (Bar #9359) to file emergency custody order against Father for child PO-2021-3843 yet they waived her rights to contest and to CPS show cause which Mother never done\*\*\***



Date WaRNeR    **ERICA PARKS**
      K                — LAW OFFICE —

# ERICA PARKS LAW FIRM, PLLC

Erica S. Parks, Attorney at Law
2021 South Lewis Avenue, Suite 335
Tulsa, Oklahoma 74104

Email:   erica@ericaparkslaw.com
Phone:   918.902.0507

dale waRNeR:
dale.law42@yahoo.com

Date:       December 2021
Client(s):   Linh Stephens
Address:    6607 S. Palm Pl., Broken Arrow, OK 74011
Email:      linhstephens7@gmail.com
Matter(s):   FD-2016-2228 x PO-2021-3843 / juvenile case
County:     Tulsa County

## 1. Introduction

This letter constitutes our agreement for representing you in the specific matter(s) referred to above. Please read it carefully and call me if you have any questions about it. I encourage you to review and discuss it with an attorney of your choosing, so that you thoroughly understand the terms herein. If you find the agreement acceptable, please sign on the last page of the original of this letter, and return it to us. The receipt of the signed original, along with your payment of
___5,000___ retainer fee will initiate our representation of you.

$2,000 pd. 11/29/21
## 2. Rates and Costs    $3,000 pd. 12/6/21

Erica Parks' present hourly rate is $250/hour. In addition to the hourly rate, you will also pay out-of-pocket costs incurred in your case. Typical costs incurred are: court filing fees, process servers, postage, court reporters, witness fees, experts and investigators. We will not hire experts or investigators unless you agree that they should be hired and that you will pay directly for their services. It is the practice of this law firm to compute not less than one-quarter (1/4) of an hour for each telephone call, no matter how short the duration, and such additional time as may actually be expended, whether the telephone calls are from or to you or others concerning your matter. We therefore, encourage written communications.

## 3. Statement of Account, Interest and Collection Costs and Fees

A statement of account can be sent to you at your request and will include, out-of-pocket costs expended on your behalf, previous unpaid amounts, accrued interest (if applicable), and a total amount due. If for any reason you object to, disagree with or have any question about the

5/24/22, 4:15 PM       Gmail - G██ disclosures 08-08-20 "I am happy because daddy didn't call me... told me not to shower" and 08-09-20 "daddy told me I'm going …

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 84

 Gmail

Linh Stephens <linhstephens7@gmail.com>

## G██ disclosures 08-08-20 "I am happy because daddy didn't call me... told me not to shower" and 08-09-20 "daddy told me I'm going to talk to the attorneys about this"

1 message

**Linh Stephens** <linhstephens7@gmail.com>             Sun, Aug 9, 2020 at 9:28 PM
To: "Carrie Short, LCSW, BCD" <cshort@reboundmh.org>
Cc: Husband Xuyen Man Ha <Xuyen.Ha87@yahoo.com>
Bcc: linhstephens7@gmail.com, jimlovett@yahoo.com

See attachments

**GAL Stephen Hale & Erica Parks lied when they said they both talked to Carrie Short and that "Carrie Short told me there is no such diary…"**

**2 attachments**

📄 **DIARY by G██ and snapshot of Video crotch butt exposed 04-22-20 06-08-20 07-2020 page 12.pdf**
570K

📄 **DIARY by G██ and snapshot of Video crotch butt exposed 04-22-20 06-08-20 07-2020 page 13.pdf**
634K

**10-22-2020  DIEPC**                                          STEPHENS, LINH TRAN

DIVORCE IMPACT EDUCATIONAL PROGRAM COMPLETION
Document Available (#1048066359) TIFF   PDF

**11-09-2020  MO**

PETITIONER'S MOTION FOR ORDER OF PARENTAL CONDUCT AND EDUCATION
Document Available (#1048071356) TIFF   PDF

**06-16-2021  CNOTE**

DOCKET C: NOTICE OF PENDING REFERRAL /CONFIDENTIAL DHS RECORDS RECEIVED 6-
17-20 DESTROYED;

**06-23-2021  CTFREE**    *MHPS' school director mailed in G.L.S' diary & school 2 affidavits*

DOCKET C: THE COURT RECEIVED AFFIDAVITS FROM THIRD PARTIES; THE COURT DID NOT
READ THE AFFADAVITS AS IT WOULD BE EX PARTE COMMUNICATION; DOCUMENTS
RETURNED TO SENDER, "M.H.P.S.";

**12-07-2021  APLI**

APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER
Document Available (#1050804044) TIFF   PDF

**12-08-2021  CTFREE**

JUDGE JULIE C DOSS:PLAINTIFF NOT PRESENT , REPRESENTED BY ERICA PARKS,
PRESENT, DEFENDANT NOT PRESENT, REPRESENTED BY GIL PILKINGTON, PRESENT,
EMERGENCY PROTECTIVE ORDER CONTINUED AND SET FOR 12/20/2021 AT 9:00AM JUDGE
SPARKMAN .
SEE PO 21 3843 AND FD 15-2228          *without G.L.Stephens and mother Linh's consent !!!*
ORDER OF CONSOLIDATION SIGNED AND ENTERED.
FOR BLUE JEAN VIDEO INSTRUCTIONS, SEE CONDITION 11
SEE JD 21-270, G███E L███STEPHENS WAS REMOVED FROM THIS
EMERGENCY PROTECTIVE ORDER.

 **Gmail**

**Linh Stephens <linhstephens7@gmail.com>**

---

## Linh Stephens Documents
12 messages

**Erica Parks** <erica@ericaparkslaw.com>                                          Thu, Dec 2, 2021 at 9:45 AM
To: Linh Stephens <linhstephens7@gmail.com>, Dale Warner <dale.law42@yahoo.com>

Hi Linh,


Please find the following documents attached for your review:


1. Notice of Substitution of Counsel for Petitioner and Entry of Appearance;
2. Petitioner's Application for Emergency Custody with Affidavit and Emergency Custody Orders; and
3. Motion for Disclosure of DHS Records and Order for Disclosure of DHS Records.


A couple other things:


1. Can you please tell us the name of the current DHS caseworker assigned to your case?  Do you have a direct phone number for the caseworker?
2. Do you have copies of your police reports that were filed in Owasso and Tulsa?
3. We noticed that you already have a Guardian ad Litem (Stephen Hale  in your case, who has been appointed to represent the best interests of your daughter, G█████.  Therefore, it might not be necessary to separately appoint the public defender to represent your daughter.  We plan to call Steve Hale to discuss this.


Please let us know if you have any questions regarding the attached documents.


Thank you,

# Erica Parks

Attorney at Law

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:                    )
                                          )    Case No. FD-2015-2228
LINH TRAN STEPHENS,                       )    Judge Rodney Sparkman
                                          )
                        Petitioner,       )    **"Application for Emergency**
                                          )    **Custody_Emergency Custody Orders**
and                                       )    **(FD-15-2228) and Affidavit" that Erica Parks**
                                          )    **and Dale Warner never turned in and should**
ADAM SYLVESTER STEPHENS,                  )    **have, then G.L.S. would have been safe with**
                                          )    **mother**
                        Respondent.       )

PETITIONER'S APPLICATION FOR EMERGENCY CUSTODY

COMES NOW, the Petitioner, **Linh Tran Stephens**, by and through her attorney, Erica
Parks, and for her Application for Emergency Custody, would allege and state to the Court as
follows:

1.    That on or about the 8th day of January 2016, the parties' marriage was dissolved
      by *Stipulated General Judgment of Dissolution of Marriage*; and *Money Award* in
      the Circuit Court of Columbia County, Oregon. As part of the *Stipulated General
      Judgment*, the parties agreed to share both joint legal and physical custody of their
      minor child, G.L. Stephens, born July 24, 2013 [now age eight (8)].

2.    That on July 11, 2017, the entry of the *Confirmation of Registration of Foreign
      Order* registered the Oregon *Stipulated General Judgment* for both enforcement
      and modification.

3.    That Petitioner/mother filed a *Motion to Modify* on July 14, 2017, which is still
      pending before this Court.

4.    That on September 11, 2017, the parties entered a *Court Order* for interim joint
      custody and alternating weekly physical custody. This is the current Order of the
      Court, which remains in full force and effect, without modification.

5.    That the parties are the parents of one (1) minor child, namely: G⬛ L⬛
      Stephens, born July 24, 2013.

6.    That on or about May 2, 2020, the Oklahoma Department of Human Services
      [hereinafter, "OKDHS"] contacted Petitioner/mother regarding a report they

received concerning the parties then six-year-old minor child. As related to mother at that time, a reporter advised OKDHS of the child's disclosures that she (a) sleeps with her father while she is naked, (b) sleeps with her father while her father is naked; and (c) that she has seen other naked men while with her father. OKDHS also relayed, at that time, the reporter's concerns regarding the child's withdrawn demeanor. Per OKDHS's summary, at that time, the reporter raised concerns that father is grooming the child for sexual abuse (or is permitting said grooming), and/or that father is sexually trafficking the child (or is permitting said trafficking). These allegations resulted in an open child welfare investigation in 2020 (referral no. 2078246).

7.    That an investigation was conducted and ultimately OKDHS concluded its investigation on or around June 27, 2020 and issued a report. In that report, the allegations were found to be unsubstantiated, however, the investigator uncovered enough concerns to recommend services to the family, including a continuation of counseling services for the minor child, and that Respondent, Adam Sylvester Stephens [hereinafter "Father"] complete the "Active Parenting Now" class through Family and Children's Services, and that both parents complete the "Cooperative Parenting" class offered through Family and Children's Services.

8.    That on or about July 8, 2020, Petitioner/mother reviewed the report prepared by the child welfare investigator and agreed to voluntarily dismiss her emergency custody action, but with certain safeguards in place to address the concerns raised during the investigation. Petitioner/mother's previous attorney contacted counsel for Father and the child's *Guardian as Litem* to these ends, via email, on that date. In pertinent part, she proposed the following terms to be included in a "general conduct order" as follows:

A.    Father's visitation would resume;

B.    The child should not be permitted to sleep in the same bed as either parent, and should not be permitted to sleep in the nude, but rather, in appropriate sleepwear;

C.    The child should be afforded her own, separate sleep space;

D.     If either parent intends to travel out of the state of Oklahoma with the minor child, the traveling parent will provide the other parent at least one (1) week notice of the trip, with a detailed itinerary of the planned travel, including the locations of any places the child might be staying, what the child will be doing on a given day, and how to reach the child at any time; and

E.     Both parents should be permitted to call and speak to the child when the child is in the other parent's custody, in private, every evening at 9:00 p.m. CST.

9.     That the Court's minute order entered on July 8, 2020 states "PARTIES TO WORK OUT TERMS OF AN AGREED CONDUCT ORDER AND SUBMIT TO THE COURT."

10.    That since return to normal visitation in July, 2020, Petitioner/mother's previous attorney contacted counsel for Father several times in an effort to obtain Respondent/father's consent, however, Father refuses to consent to these terms.

11.    That on November 9, 2020, Petitioner/mother's previous counsel filed a *Motion* to get an *Agreed Conduct Order* signed, however, this has remained unresolved/unsigned to date. That Respondent/father has told Petitioner/mother that she cannot make him sign.

12.    That on or about mid-November 2021, the minor child reported to Petitioner/mother, that Respondent/father uses corporal punishment on her by slapping her in her face and other various body parts. The minor child reports that this has gotten worse and that she is scared of her dad and never wants to see him again. The minor child has further stated that she wants her dad to die and that she wants to be free from her dad. The minor child further reported that Petitioner/father continues to force her to sleep naked in bed with him while he sleeps naked beside her. The minor child is an eight (8) year old female and sleeping naked with her father, also naked, is inappropriate. The minor child stated that her dad choked the dog in front of her and that she is scared that her dad would kill her if he were to choke her. The minor child further reported that her dad attempted to choke the cat, but was unable because the cat has sharp claws. (*See attached Affidavit in compliance with 43 O.S. §107.4*)

13. That Petitioner/mother filed a *Petition for Protective Order* on behalf of the minor child, Grace Stephens, on November 24, 2021. An *Emergency Order of Protection* was granted. *See Tulsa County Case No. PO-2021-3843.*

14. That despite Petitioner/mother's numerous requests for Father to use other forms of discipline, other than physical discipline of the minor child, and a Court Order for no corporal punishment of the minor child, Respondent has continued to physically discipline the minor child. *(See attached Affidavit in compliance with 43 O.S. §107.4)*

15. That despite Petitioner/mother's numerous requests for Father to follow appropriate conduct, including not sleeping naked with the minor child, Respondent has continued this inappropriate conduct and refused to agree to any Agreed Conduct Order.

16. That despite OKDHS making recommendations for services, including parenting classes, Respondent/Father refuses to complete these recommended services.

17. That on November 29, 2021, Petitioner/mother made a referral to DHS regarding this matter. The referral number is 2199067. *(See attached Affidavit in compliance with 43 O.S. §107.4)*

18. That Petitioner's counsel has advised both Gil Pilkington, counsel for Respondent, and Stephen Hale, Guardian ad Litem, of her intent to file this *Application for Emergency Custody* on this date/at this time.

19. That Petitioner should be awarded her attorney fees and costs as a result of filing and prosecuting this *Application for Emergency Custody.*

20. Petitioner is unable to prevent Respondent from allowing the minor child to be subjected to such a situation and Petitioner is reasonably fearful for the safety and welfare of the minor child. For such cause, unless the Court immediately hears Petitioner's Application for Emergency Custody and enters Orders, which are immediately effective herein, irreparable harm will occur to the minor child. To prevent such harm, the Court should enter the following immediately effective Orders:

A.   Petitioner should be awarded immediate temporary sole physical custody of the minor child, Grace Linh Stephens, born July 24, 2013, and Respondent should be granted supervised visitation at his expense.

After conducting its immediate hearing upon the foregoing requests for immediately effective Temporary Orders, the Court should schedule and additional hearing upon notice to Respondent in accordance with the law and, at such hearing, the above requested Temporary Orders should be reentered and confirmed to remain in full force and effect.

**WHEREFORE**, premises considered, Petitioner requests that the Court conduct an immediate hearing upon Petitioner's Application for Emergency Custody, that the immediately requested Temporary Orders above set forth be immediately entered herein, that upon further hearing upon said Application for Emergency Custody that said requested immediately effective Orders be reentered and confirmed in all respects and that Petitioner be granted all further ancillary and proper relief as is warranted by the evidence and circumstances presented.

Respectfully submitted,

**DALE WARNER, OBA # 9359**
**ERICA S. PARKS, OBA # 20532**
2021 South Lewis Avenue, Suite 335
Tulsa, Oklahoma 74104
Phone: 918.902.0507
Email: dale.law42@yahoo.com
Email: erica@ericaparkslaw.com
**ATTORNEYS FOR PETITIONER**
**LINH TRAN STEPHENS**

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

| | |
|---|---|
| IN RE THE MARRIAGE OF: ) | |
| ) | Case No. FD-2015-2228 |
| LINH TRAN STEPHENS, ) | Judge Rodney Sparkman |
| ) | |
| Petitioner, ) | |
| and ) | |
| ) | |
| ADAM SYLVESTER STEPHENS, ) | |
| ) | |
| Respondent. ) | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF OKLAHOMA ) | |
| ) ss. | |
| COUNTY OF TULSA ) | |

I, Linh Stephens, being first duly sworn, state:

1. I have personal knowledge of the facts as stated in the Application for Emergency Custody filed contemporaneously herewith and state that they are true and correct to the best of my knowledge.

2. That on or about mid-November 2021, my daughter, Grace Linh Stephens, born July 24, 2013 informed me that her father, Respondent herein, uses corporal punishment on her by slapping her in her face and other various body parts, including her arms and stomach. The minor child reports that this has gotten worse and that she is scared of her dad and never wants to see him again.

3. That my daughter also stated to me that she wants her dad to die and that she wants to be free from her dad.

4. That my daughter further reported that her father continues to force her to sleep naked in bed with him while he sleeps naked beside her. The minor child is an eight (8) year old female and sleeping naked with her father, also naked, is inappropriate.

5. That my daughter further stated that her dad choked her dog in front of her and that she is scared that her dad would kill her if he were to choke her.

6.  That my daughter stated that her dad tried to choke the cat but was not able because the cat has sharp claws.

7.  That my daughter further informed me that she is scared to go back to see her dad.

8.  That despite a Court Order and my numerous requests for Respondent to use other forms of discipline, other than physical discipline of the minor child, Respondent has continued to physically discipline the minor child.

9.  That I called DHS and made a referral and my DHS referral number is 2199067.

10. That I am unable to prevent the Respondent from subjecting the minor child to this abuse and I am fearful that irreparable harm will occur to the minor child.

11. This Affidavit is in compliance with 43 O.S. §107.4.

FURTHER AFFIANT SAITH NOT.

_____
Linh Stephens

Subscribed and sworn to before me this _____ day of December 2021.

_____
Notary Public

My commission number: _____
My commission expires: _____

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| | ) |
| LINH TRAN STEPHENS, | ) Case No. FD-2015-2228 |
| | ) Judge Rodney Sparkman |
| Petitioner, | ) |
| and | ) |
| | ) |
| ADAM SYLVESTER STEPHENS, | ) |
| | ) |
| Respondent. | ) |

## EMERGENCY CUSTODY ORDERS

This matter came on for *ex parte* hearing pursuant to Petitioner's Application for Emergency Custody. Petitioner appeared in person and by her attorney, Erica Parks of Erica Parks Law Firm, PLLC. Respondent appeared not. The Court, upon review of the files and records in this case, listening to the sworn testimony of witnesses, hearing the arguments of counsel and/or being otherwise fully advised in the premises finds and Orders as follows:

1. This Court has jurisdiction and venue over both the parties and the subject matter of this action pursuant to the applicable provision of the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) and the Parental Kidnaping Prevention Act (PKPA). The minor child involved in this action is: G█ L█ Stephens, born ██ 2013.

2. For good cause shown, the Court finds that the following Orders should be entered in order to protect the minor child from irreparable harm.

**IT IS THEREFORE ORDERED** by the Court that the Petitioner's Application for Emergency Custody should be granted, placing temporary sole custody of the minor child with Petitioner. Respondent shall have supervised visitation, at his sole expense, until further Order of this Court.

**IT IS FURTHER ORDERED** by the Court that the show cause hearing in this matter is set for the _____ day of _____, 2021 at _____ a.m./p.m. in courtroom _____ with Judge Rodney Sparkman in the District Court in and for Tulsa, State of Oklahoma or soon thereafter as counsel can be heard.

Signed this _____ day of _____ 2021.

_____
THE HONORABLE RODNEY SPARKMAN
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _____ day of _____ 2021, a true and correct copy of the above and foregoing instrument was:

__X__           mailed with postage fully prepaid thereon;

_____          mailed by certified mail, Return Receipt Requested;

_____          transmitted via facsimile;

_____          hand-delivered; or

_____          issued for personal service

to:

Gilbert J. Pilkington, Attorney for Respondent
406 South Boulder, Suite 415
Tulsa, Oklahoma 74152

Stephen Hale, Guardian ad Litem
320 South Boston Avenue, Suite 1026
Tulsa, Oklahoma 74103

Erica Parks

**CPS Safety Meeting Tues, 12/07/21 @ 2PM:** Mrs. Stephens mom, Mr. Ha father to James, Erica Parks Linh's lawyer, **Bridget** O'Brien CPS caseworker, **Leah** Sukovasty her supervisor, **Taylor** Hendricks primary facilitator today. **Adrian** = cofacilitator

-Taylor: Hello, My name is Taylor I will be one of the facilitators today can everyone hear me? ‖ Yes ‖ OK perfect ‖ What would everyone like to go by today…
-Adrian: Ok my name is Adrian my worker is Taylor she'll actually be the facilitator; I'll be kind of co-facilitating. I did wanna kinda get us introduced and also go over some ground rules before we get started
Today is a child safety meeting the purpose of this meeting is for us to talk about why DHS is involved & then for us to make a plan moving forward. I'm gonna kinda go through who we all have right here on the call right now so we have Mrs. Stephens who is the mom, Mr. Ha who is father to James, Erica Parks who is attorney for Mrs Stephens, Bridget O'brien who is CPS caseworker, Leah Sukovasty who is her supervisor, Taylor Hendricks who is going to be the primary facilitator today. So just a couple of ground rules before we get started if everyone doesn't mind to keep their mics muted when they're not talking that will really drown out background noise so we all can hear better; now we're in the day of technology there is a likelihood we might get disconnected; if that happens just call back and we will let you right back in with us; I'm kinda hoping that won't happen but I just like to have a plan in place in case it does; another big thing I like to stress too is confidentiality if everybody would please just be mindful of their surroundings, if there's people that are not privy to the meeting today, if you can go to another room or put headphone on just so we can maintain the family privacy. Also if you guys just; the main thing that I'd like to focus too is that we all respectful to each other and we talk one at a time; our focus is child safety today so if we tend to get off focus or keep reharshing things over and over, then the facilitator will be bringing us back to the focus of child safety and kinda keep the meeting moving along; we just want to make sure that everybody has an opportunity to speak and ask questions; and that the family leaves here today with transparency. Does anybody has any questions before we get started. Ok great Taylor.
**-Taylor**: I just wanted to start off thanking everyone for being here. Mrs. Stephens what is your understanding of DHS involvement with your family.[03:24]
--Linh: so they were saying that G██ disclosed something and that I have to be investigated until proving innocent it's what I'm understanding at this point
-Taylor: ok and what were the things that G██ disclosed
--Linh: she did not disclosed to me so I don't know but Bridget can say what she disclosed to bridget, but she disclosed to me some other things that I report to DHS in a different case
-Taylor: Ok who did she disclosed to?
--Linh: she disclosed to me and her school teacher, and I think possibly some of her friends about **daddy's choking the dog and scared her, has been spanking her with a belt many times, and slapped her in the face and anger outbursts,** like she scared of her dad and that's what she disclosed to and her child psychologists in the past with the beating
-Taylor: ok thank you. And Mr. Ha, have you got any previous concern or was there any disclosure made to you
--Mr Ha: Disclosure similar to Ms stephens or about why she was taken away?
-Taylor: any disclosure
--Mr Ha: so yeah **whenever we have conversation about her fears with her biological dad I'm part of that conversation as well because we usually eat dinner together and G██ usually talks about her fears pertaining to biological dad**
--Linh: hmmm, **one of the thing I forgot to say is; also, she says still sleeping naked with daddy**
-Taylor: ok, alright, and Leah I'll let you go ahead and explain why DHS is involved and what's kinda going on so far
-Leah: [silent]
-Taylor: or Bridget, sorry. oh Bridget you're muted
-Leah: Bridget you're muted
-Taylor: it looks like she's trying to fix her computer real quick so Leah would you mind explaining what information
-[07:13] Bridget: ok I got it, ok, uhm, so this all originally came in uhm I guess G██said that Linh, Ms Stephens had shown her a video of a little boy being raped by an older man, uhm G██ confirmed this to me; Ms Stephens denied it; the allegations that Ms Stephens is currently talking about have already been investigated and have been proven to be not true *[choking her dog she is scared she may be choked next and die, beating her w belts to various body parts, slap her face, still intermittently sleep naked with her other than previously daily actually have NOT been investigated despite Bridget's lies].* I've asked G██ all those things about the allegations against her dad Adam and she said they were not true; **she said she does NOT feel safe with her mother;** Ms Stephens shown me a diary that G██ allegedly written; all it talked about was her not feeling safe with her dad, her being scared of her dad *[NOT TRUE BECAUSE THERE ARE BIRTHDAY PARTIES AND CONCERTS AND HER FAVORITE*

*UNICORN AND CARTOON CAT ETC]*, I asked G███ about that letter Friday at school *[12/03/21]* about that journal in front of his school, she started crying saying that her mom made her write those things, that they practiced on what to write, and Ms Stephens sat there and told her what to write; she also said that the voice recordings that she has those are practiced and rehearsed several times before it was actually recorded; she said that her mom does not do any of that stuffs in front of Mr. Ha, that she told not to tell anybody about these things, but now she's scared that her mother is going to be mad at her for lying or for telling the truth about the lies. *[THIS IS A LIE BECAUSE EVEN MR. HA SAW* ███ *WRITING HER DIARY BY HERSELF USING HEY GOOGLE OR SIRI TO SPELL THINGS FOR HER & MOM'S FRIENDS FACETIMING MOM SAW* ███ *IN BACKGROUND WRITING DIARY MANY TIMES BY HERSELF & THIS IS STARTED BY CHILD PSYCHOLOGISTS BOTH OF THEM RECOMMENDED IT]*

-Taylor: ok, and what does custody currently look like with the family

-Bridget: they did have 50/50 custody. Ms Stephens got a protective order against Mr Stephen last week and that emergency protective order is, that hearing is tomorrow *[THUS BRIDGET TOOK* ███ *INTO DHS CUSTODY TO STOP* ███ *SPEAKING DIRECTLY TO JUDGE TOMORROW]*

--Mr. Ha: can I say something I was under the impression that the movie that G███ saw was the movie Taken

-Bridget: so that was one of them

--Mr. Ha: **so now the video in question is changing from movie Taken to now a man raping a boy,**

-Bridget: G███ told me they were 2 separate things shown to her; one of them was the video; she's very **descriptive about the video of little boy being raped by a man, she said the faces were blurred out, and the man pulled the boy's pants down was behind him and then there's also a movie Taken.**

**--Mr Ha: so do we have this recording whenever she is saying these things because**

**-Bridget: we do not record those interviews though**

--Linh: because she doesn't probably doesn't even know what rape means

-Mr Ha: that's

**-Taylor: Bridget, I'm assuming the forensic was done at the Child's Advocacy Center**

**-Bridget: no**

--Linh: I was trying to get her into Kid's Space for the last 2 weeks, calling down in Muskogee and they say they're still waiting for DHS to have a referral; I was trying to keep G███ safe. [10:30]

-Bridget: I don't know; if we are doing forensic interview w law enforcement we do them here at the child children's advocacy center; uhm and **Detective Hamrick** *[Penny Hamrick?]* **and Detective Herman do not think one was needed** *[YET IT WAS NEEDED TO PUT G███ INTO FOSTERCARE & TAKEN AWAY FROM LOVING MOM & GIVEN TO ABUSIVE DAD?]*

**-Leah: and was SCF** *[? I don't know what this is]* **explored prior to emergency custody?**

**--Bridget: Uhm no**

-Taylor: and what date was that protective order was filed on, do we know?

-Bridget: 10 days from tomorrow

-Taylor: ok

-Bridget: it was during this open investigation

--Linh: it was I think November 24th when it got granted

-Taylor: ok. When is court on that protective order, Bridget?

-Bridget: I believe it's tomorrow afternoon

--Erica: if I could interject, after court this morning, it was set for tomorrow morning; however dad's attorney and I went down there to consolidate it's with our domestic case it's in front of Judge Sparkman and then we got another date for December 20th and it's my understanding that all the judges are going to talk to gets things figured out where we're gonna be

-Bridget: do you know when that will happen because she's currently just in an emergency placement

-Erica: right so, judge Carter stated this morning that she would be in touch with the other judges; and so now it's just going to be judge Sparkman that she needs to call, because it's consolidated, and I'll have an order to that effect tomorrow; at some time after tomorrow;

-Taylor: is she currently in a traditional placement, Bridget

-Bridget: uhm yes she is

**-Taylor: as far as the allegations were there any disclosures made by G███ to you regarding her dad physically abusive or inappropriate sexual behavior exposure or anything like that**

**--Bridget: no** *[THIS IS A LIE, IF ANY NEUTRAL THIRD PARTY ASK G███ WHAT G███ TOLD BRIDGET YOU WILL FIND BRIDGET LIED ABOUT G███]*

-Taylor: what is history look like for the family the child welfare, has there been any previous criminal history

-Bridget: there was some allegations made last year that ██ is being sex trafficked by Mr. Stephens those are all proven to be unsubstantiated; so there's like an emergency out-of-home safety plan for a couple weeks and then she went back home;

--Erica: it's my understanding that DHS made some recommendations for father; that he completes some classes and things for age-appropriate parenting class and things, and he, there's a motion is currently pending for the request for him to complete those things but we haven't seen any completion certificates, and it's our understanding, it is not done, what DHS recommended

--Linh: **she also disclosed the physical abuse and grooming to both child psychologists Jim Lovett and Carrie Short**

-Taylor: ok, Bridget have we obtain any information from them or was there a release signed so we could get that info

-Bridget: well we wouldn't need a release but I have reached out; I just haven't heard back yet

--Erica: and we do have a list of people that we would request that you reach out to too

-Bridget: well, I will be happy to reach out to some of them, depends on how many there are so; I'm not going to call everybody

-Taylor: so what we can do is we can just write that down as an action step; Erica will you be able to maybe send that to Bridget by email, and they can look it over and see;

--Erica: absolutely

-Bridget: Can I ask Dr. Ha, why is your son living in Texas

--Mr Ha: so he is down here for the holiday; he came down here for about two weeks in November and we were supposed to pick him up and bring him back to Tulsa but then all of this came about and that kinda put a; it made us changed our plans; so he's NOT living down here

-Bridget: … she [linh] said that she couldn't even tell the last time he was in Tulsa

--Linh: he's visiting grandparents. I said I don't know the exact date, I said November something

-Bridget: the bedroom she showed me was the spare bedroom; there is no clothing his size, there's no toy in the home; *[IN JD COURT BRIDGET SAID IN COURT THERE IS NO BED FOR JAMES, LATER I SHOWED MY LAWYER PIC OF BED, NOW BRIDGET CHANGED HER STORY TO NOT INCLUDE BED]*

--Linh: there's a whole basket of toy, would you like to see it now? yes?

--Mr Ha: there is toys in that room

--Linh: There are toys in whole big basket, and there were clothes and I even told you, and I recorded the voice conversation you said uh huh

-Bridget: those were toys; those clothes are feel like an infant, and she said grandma brings the clothes all back and forth [15:42]

--Mr Ha: so he has a suitcase of clothes that yes we do bring back and forth. The toys are in that corner, as well as upstair. So the whole upstair is all toys, the whole house is for children. **Did you see all the toys upstair? [16:00]**

-Bridget: shooo, no, I just asked her to show James's room and that's what she showed me, it's the first room when you walked in the door, and it's on the left

--Mr Ha: OK, so, I mean how many, I don't understand how much clothes you're wanting [for a 2 year old] because it's just

-Bridget cuts in: It just feels to me like he's not living with you guys full time and I just needed to understand why

--Linh: he's living with us full time

--Mr. Ha: so well His playpen is collapsible, his feeding chair is also collapsible, all of that is in the little closet of his and it takes me 2 hours to unfold everything; upstair there's also a smaller collapsible playpen; if you view our videos and images of our house, you could see that whenever they are here, the whole living room is child-proof and it's just full of toys, like you would expect, but pertaining to the clothes, it's all in one suitcase, so, and it takes us 2 seconds to pull everything out of the cubby, put it in the suitcase. Like, you saw the cubby, correct?

-Bridget: yes

--Mr Ha: yes so it takes us 2 seconds to pack all of his stuffs, to put everything in there

-Bridget: so where are you guys today, are you guys in TX or are you guys in Tulsa?

--Mr Ha: Yes he is in TX right now, he's right here;

-Bridget: so with uhm C██ being in an emergency DHS custody; we would ask that he not be alone with Ms Stephens at this time;

--Mr Ha: so does that mean he can be with me and Grandma with Ms Stephens present, or like

-Bridget: well I sent a request to Texas to have a courtesy check done on him at grandparents' house so I'd like to get that back before he comes back to Tulsa.

--Mr Ha: ok; I'm okay with him staying down here for the duration of this investigation if that's okay as well.

-Bridget: yeah I'm ok with that; Leah, are you good?

-Leah: yeah that's fine

-Taylor: Mr Ha, prior to DHS becoming involved, how long have you been down there with your parents in TX.

--Mr Ha: I came down here this week

-Bridget: Those are Linh's parents

-Taylor: so he's been down there the entire tire of that this investigation has been open, right? [18:41]

--Mr Ha: correct, he's been down here since some time mid-November; I can't give you an exact date; it's sometime before Thanksgiving; he was supposed to stay down here only a week and a half maybe 2 weeks until Thanksgiving; we came down here we would have come down here to pick him up [noises from baby in background]; so him, physically he's been down here I think about 3 weeks now; and I've been down here for a day

--Linh: and I've been planning to visit him for the Thanksgiving to spend time with my family but then the G⬛⬛ thing started, so, then the police told me not to leave town; so I'm stuck here until G⬛⬛ is safe with me

-Taylor: ok, Bridget, what do you still need to do on your side of the investigation? You mentioned that you sent a secondary down to CPS in TX for them to check out everything down there; what else do you still need to do?

-Bridget: well I just need to hear back from the psychiatrist; **I've talked to the school** *[NO SHE DID NOT SINCE I CALLED SCHOOL RIGHT AFTER AND ASKED AND SCHOOL SAID NO SHE DIDN'T TALK TO THEM]*, I've talked to the Guardian Ad Litem

-Taylor: any collateral to express any concerns regarding the disclosures that G⬛⬛ made to you or

-Bridget: yes. [paused, then continued] there are some, **there are significant concern for Ms Stephens' Mental Health according to the guardian ad litem** he's going to request no contact between Ms Stephens and G⬛⬛

--Mr Ha: so the guardian ad litem is only met with us, with me, one time, and I think Ms Stephens once or twice; one was like a meet-and-greet and then a second time he spent maybe 5 or 10 minutes walking around our house, so pertaining to his evaluation of our mental status so when, I don't understand that

-Bridget cuts off: just because of the allegations he's going to request a mental health evaluation

--Linh: since when, since when is he a psychologist for adult; and I'm a doctor, a medical doctor, family physician, my mental health had to be normal, I had to pass all these things to maintain my license, and so I don't think we should be distracted, and focus on the safety of my child

-Bridget: we are focusing on the safety of your child and then we are listening to the voice of **your child says that she is not safe with you and that you are having her saying, writing all these things about her dad that are not true**

-Taylor: ok,

-Leah?: and Bridget, did you feel like you establish a pattern of behavior?

-Bridget: I don't know, I've only had the case a few weeks.

-Leah: okay

-Erica: **I also spoke with Mr. Hale** and he had told me that he was concerned about **coaching this kid really from both sides**, and he wasn't sure kinda how we can fix that in moving forward, and so it was his recommendation for third-party placement just so we could get to the bottom of things, but I think that, I mean I think there's a whole list of collateral that I'd like to speak with, Bridget, so that you might uhm, kinda see a bigger picture. I'm kind of concerned that, after speaking with you this morning, I just don't see that your mind is really open to to listening to our side; I didn't feel like that you wanted to speak with me or Mr. Warner *[her law-firm partner]* at all; if he, if we had any question for you, and I felt like you had you know you could have plenty of time to speak to the other side and their counsel; so I feel like I would like for you to listen to our side and have an open mind to speak to some of these other people 'cause it feels to me right now like **you've made up your mind about something when you're investigating** and I, I just wanted to say that 'cause it's just been on my mind since I met you this morning

-Bridget: alright, well when we were talking before court, you're uhm were interrogating me like I was on the stand so I just wanted to stop that right there before, you know, before I knew whether or not you were going to request a hearing, that show-cause, or

--Erica: oh, I just hadn't seen any, I didn't even know what the allegations were exactly before we walked into court this morning how I had no idea. Sometimes you know, I can meet my client and they tell me all this stuff and then I come in and then it's something totally different. I wanted to make sure that I understood what was going on and what the allegations even were, which is why I was trying to ask you a few questions about that. I didn't mean for it to be an interrogation; I didn't understand the situation

-Taylor: so for transparency, 'cause that's the reason we have child safety meeting; I want to make sure that everybody understands clearly, so there's concern that G⬛⬛ made discloses that her mom has made her write and say things about her father that are not true; were there and there were concerns made by collateral for Ms Stephens'

mental health; Bridget have there been any additional concerns whether for Ms Stephens, or Mr Ha, or for G████'s father, has anybody else said anything like that

-Bridget: uhm [pause] just the parents basically going at each other; **G████ said she feels safe with Mr Ha and with Mr. Stephens; her only concern is with Mom.**

--Linh: and Adam actually has history of mental health of depression anxiety panic attack and I even have, I was his caretaker when he had seizures and brain tumor, and I still have his old medical records, so I think he should be evaluated mental health and not me [pause] would you like me to send it over?

-Bridget: so that would be something like court order; our position is just to ensure the safety of G████ *[SO IT NEEDS COURT ORDER TO ORDER MENTAL HEALTH FOR ADAM BUT IT DOESN'T NEED COURT ORDER TO GET ONE FOR LINH? SO IT'S SAFETY FOR ████ TO BE ALONE WITH MENTALLY ILL DAD FULLTIME WHILE BARRING HER NORMAL MOM?].* We can make recommendations but uhm I don't know if they will enforce it

-Taylor: is there uhm as far as 'cause I know we have a part 2 meeting; is there concerns with ████ be around dad right now [WHY IS THAT MEETING NOT HAVING MOM IN IT WHO KNOWS G████ BEST], so I'm going to get that around the table

-Bridget: not from DHS standpoint at this time

--Linh: from the neighbor

--Erica: I would like to say we have some concern we were actually prior to this coming about and DHS removing the child; we had called DHS to make a referral, and in fact Ms Stephens thought that when DHS came out to do their investigation, when Bridget came to the house, that she was there for her referral, and it wasn't until she started asking questions she's like wait a second what's going on; we didn't even know that that was the situation, and so we were planning to file another emergency and obviously there's a protective order pending, and after my conversation with Mr. Hale *[guardian ad litem]* about this job and it might be the best maybe a blessing in disguise to a place where she's not with her mom or her dad for a short period of time so we can kinda get to the bottom of this. That's our concern, I think that she's there now and I feel like; I mean obviously we don't want her to be there we want her back with her parents but if we if it takes a couple of weeks to get this figured out then I think that's the best thing for G████ at this point

-Taylor: Ms Stephens Mr Ha, do you guys have any questions or anything for Bridget before we kinda transition to the next part of the meeting

--Mr Ha: yes just to be 100% clear those are the only allegations for seeing those two shows or those two videos the rape scene of the man and the male child as well as the movie Taken and the concerns for coaching and forcing G████ to write in that diary, correct?, is that absolutely it **,because I feel like every time we we speak there's something else**

--Linh: added

-Bridget: yes that's it

--Linh: and my ICU nurse friend helped looked up Taken and it was 2009 and it was PG-13 *[MOSTLY VIOLENT ACTIONS MOVIE, THERE IS NO RAPE SCENE; YET ████ FAIL TO DISCLOSE VIOLENCE?]*

-Bridget: I'm not even worried about that movie, I mean that's not even something DHS would even investigate it's the other stuff

--Linh: You said the rape scene was in the movie Taken when you came to my house

-Bridget: I, I asked you about it because it was brought up yes, it's not my main focus

-Taylor: yes let me kinda explain, CPS can be kinda confusing so whenever CPS gets an investigation and if it meets criteria and they have to go out on it, anything that's written in that referral that the reporter has reported is something that has to be addressed; so if the movie Taken was listed in the referral when Bridget received the assignment; she will have to ask now about that; I'm glad that you guys understand now that it's not so much the focus on the Taken movie that was part of allegation called in, but the focus it sounds like was of the video of a little boy being sexually assaulted by a grown man so that's, that's where that focus is. Does anyone know anything about that video, have you heard anything about that, do you have any idea why that was brought up?

--Linh: I don't know maybe she's coached by her dad but I've never watch any bad movie, only watch medical or Biblical sermons

-Taylor: ok [pause] ok.

--Mr Ha: no, I mean that sounds like child pornography and that's absolutely nothing that you would find in this house

-Taylor: ok, alright, so Bridget before we transition on to kind of go through our safety threshold and I'll explain what that is here in a minute, is there anything else that you want to make sure that we discuss and we kinda laid out on the table for everybody just for the sake of transparency?

-Bridget: I don't have anything else, that was fine

-Taylor: ok, so what I'm going to do, I'm going to let _Tiller?_ to post our kinda Safety Threshold kinda a visual of what that is, our safety threshold is 5 key criteria that DHS uses to assess safety and we have the list and she's actually putting it up right now. Do you see that? All right, so what we're going to do, if all 5 of these are met; she'll go through one by one and if all five of these are met that means that we have an unsafe child, okay, and from there that's where we're going to plan the next step for the case. I know that G⬛e is currently in custody so we'll be making a safety decision regarding both kiddos, and so I'm going to let CPS guy take it from here and walk us through one by one to make sure that we're being transparent with a specific information we've obtained during the investigation

DHS Safety Threshold
Severe
Out of Control
Observable
Vulnerable Child
Imminent

-Bridget: ok uhm, is it severe I believe it is because she's disclosing the pornography and the coaching which is taking a toll on her mental health. Out of control uhm yes, now that's a protective order against her father. Observable yes **the journal that I was shown had nothing except allegations against her dad there's no**

--Linh interjected: that's not true

-Bridget: it wasn't like a typical Journal, it wasn't like oh I did this at school today oh so and so did that

--Linh: it does say how she loves unicorn,

-Bridget: it was talking about how she hated dad and love mom; I feel G⬛e is vulnerable these are her age, and I do believe uhm that if we don't intervene like this might have continued

--Linh: do you want me to send a whole Journal scanned into you guys so you see that there are parts that she talk about how she loves things at school and at birthday party; you want me to transfer to you guys all now?

--Mr Ha: and this is, again this is under the recommendation of Carrie Short, the counselor G⬛⬛'s counselor [pause] not counselor I'm sorry, psychiatrist; so it's not like we were forcing her to write these things, this is under the recommendation of another professional

--Linh: the child psychologist

-Bridget: she, G⬛⬛ said that you were not forcing her; she said that her mother was forcing her... **like you were not there when those things happened [TRUTH: MR HA WAS THERE IN THE LIVING ROOM WITH MOM WHEN G⬛⬛ WRITES DIARY ON HER OWN EITHER AT KITCHEN OR COUCH]**

--Linh: G⬛⬛, no, and G⬛⬛ brought the diary to her child-psychologist too. So child psychologist saw the diary with G⬛⬛

--Erica: is that Carrie Short that told the child to keep the diary? that's why there is a diary in the first place

--Linh: and they went in and talk about it

-Bridget: right, I'm not saying it's odd to have a diary like little girl has diary, just the concept of the diary was mainly focus on dad and how much she hates him and wants him to die, and what she told me in person was completely opposite

-Taylor: and honestly looking at this from an outside perspective there seems like this this is a strenuous custody battle he says she says and so that's just literally what I'm gathering today because we came in with limited information to make sure that the department is being transparent with our families and so I kinda understand where Erica was coming from like saying I think we need a little bit of time to figure out if there's coaching going on both sides or what's going on right now with the situation because you know Ms Stephens you're getting one disclosure and other people are getting disclosures but then Bridget is also getting disclosures of what G⬛⬛ told her and said that she feels unsafe and so it's kind of like which is true

--Linh: and when she say she talked to the school who did she talk to?

-Bridget: Jayme

--Linh: to Jayme Martin?

-Bridget: the director

--Linh: who wrote affidavit on G⬛⬛'s behalf and sent in for how Adam about Adam and about me and what's going on between our 2 weeks and she wrote that

-Bridget interjected: she said when Adam comes to the school there's no issue, she's happy to leave with him, **she said that her only concern**

--Linh: you have to see her sworn statement

-Bridget: ok

-Erica: I'm sorry can you finish that Bridget, she said that only what

-Bridget: uhm, I don't, I don't know what to say *[BECAUSE BRIDGET WAS ABOUT TO TELL A LIE! AND NOW MADE AWARE OF AN AFFIDAVIT]*

-Taylor: basically it sounds like she doesn't have any concern when Adam coming up to the school with his child

-Bridget: right; right

-Taylor: ok, so I want to ask that w/ safety threshold because we're saying that it met, right, and usually we break it down by parent, so we're saying concerning Mr Ha w/ the safety threshold be met as to him, to where we feel like he's unsafe to be around the kids?

-Bridget: no

-Taylor: ok and what about Ms Stephens

-Bridget: yes

-Taylor: ok; and then G██'s father

-Bridget: Not at this time, he signed the PO

-Taylor: ok, alright

--Erica: and did you look back at the previous recommendation of DHS and the court filing and everything to request that he, dad take these classes and some of the

-Bridget: [clicking and searching computer] I find, see, some of the stuffs about the classes he's supposed to take; I don't ____ to work

--Linh: and he was supposed to sign the conduct order

-Taylor: would that be something that DHS would still recommend since that was the previous recommend that he didn't complete

-Bridget: I don't know, I have to look into this more

-Taylor: okay, I can write that as an action steps to see; I know we're having his meeting next as well; we'll talk about services there but I'll write that down as an action step too, just evaluating what that looks like and if there's any recommendation still from that

--Linh: and can you recommend he sign the conduct order.

-Bridget [reading off computer]: The Department recommends the family continue to engage in counseling services [*she left out "for G██e" part*]. It is recommend that Mr Adam Stephens engaged and complete Active Parenting Now classes with Family & Children, as well as all parents engage in Cooperative Parenting class with Family & Children's.

-Taylor: Ms Stephens, have you guys ever participated in Co-Parenting class by chance?

--Linh: He uhm I'm willing too but he doesn't and the court recommended… whatever the court recommend I did it; they recommended both of us to sign the conduct order last year and multiple times Mr Stephens refused to sign it and up until this date he still haven't sign it.

-Taylor: Bridget, is that something that DHS might recommend, a co-parenting classes for the parents *[ADAM HAD 5 KIDS THAT LEFT HIM DUE TO HIS ABUSE SO HE HAD NUMEROUS PARENTAL CLASSES ALREADY WHAT'S ANOTHER CLASS RECOMMENDATION WHICH HE WON'T COMPLETE IS GOING TO ACCOMPLISH?]*

-Bridget: I don't know, that would be something that family court would recommend; I've never had a case like that where I did any kinda recommend like that

-Taylor: and I believe family & children's still offer that, just putting that out there; I know that there were recommendations w family & children for the previous investigation that might be something to look into. So where's the next step the show-cause was that tomorrow [37:05]

-Bridget: it was today

-Taylor: today, ok, so when's the next court hearing that we have for the Deprived Case?

-Bridget: January 4th

-Taylor: and then we say G██ is currently in a traditional placement

-Bridget: yes

-Taylor: do we have any __??__[37:25] working, any kind of diligent search, or anything like,

-Bridget: as of right now, the only kinship that were aware was the last safety plan monitor [*Michelle Le was Adam's best friend and Adam asked her to babysat* ██ *and she is biased against Linh]* and she did NOT pass any background check; Adam's family is in the northwest, Linh's family in TX, so, unless there is any other like a family friends or relative here in Tulsa that knows G██, she's being really good where she is *[SHE NEVER ASKED ME THIS BEFORE AND ASSUMED WE HAVE NO ONE ELSE IN TULSA? WE HAVE TO ASK THEM FOR PERMISON FIRST BEFORE WE BLURT OUT THEIR NAMES HERE]*

-Taylor: ok, and ms Stephens and Mr Ha if people comes to mind; that's something that DHS will continue to ask as G██ is in custody, and people come to mind that you think of, that maybe interested in helping with that, you can always provide that information to the worker.

--Linh: when you said come to mind, you mean the people that have witnessed about G██'s wellbeing is that what you're saying:

-Bridget: no like people who are willing to take her into their home during this investigation like as a foster parent

-Taylor: and I'm just going to write that as an action step too; you guys think of anybody else you guys just let DHS know so we can have them assess. What's the current family time going to look like between G██ and her parents. What's the plan with that?

-Bridget: there's, it's not at this time,

-Taylor: that's the __?bulk__ is a protective order for dad as well, right?

-Bridget: there is a protective order for dad and that's with judge Dreiling the judge at the court today.

-Taylor: ok

--Erica: judge Carter was today, but we will be with judge Dreiling in a bit [some lady laughing]

-Bridget: _____ [can't make out what she said]

-Taylor: is there anything else Bridget that we need to discuss

-Bridget: no I'm just, no

-Erica: can I get your email Bridget so I can email you the

-Bridget: I have your card I'll send you an email so that you can have mine 'cause mine is complicated

-and Erica what we will do to, for you all, uhm, when we get done with the meeting we will be sure kinda send you the action steps that we talked about today so you guys have those as well and then you guys can always follow up. This case, if G██ is going to remains in custody she is going to go to a permanency unit and so the worker and supervisor will be changing and that worker will be engaging with the family and G██ and stuff on going until she returns home.

--Mr Ha; When you said the worker and the supervisor will be changing, so we're not going be working with Bridget anymore it's someone else?

-Adrian: so we're specialized here in tulsa county since we're big city and so we have workers that do the investigation side of things which is what Bridget does and it's going to be transferred to the workers who actually work with the parents doing services and checking on progress and making sure that they have that connection with their child while their child is in custody. We are working on getting the child to be reunified, so it's going to be with a different worker. Taylor, I'm going to go ahead and let you kinda coordinate, we're going to have what's called a **Case Transfer Meeting** **(CTM)** where we CPS and the permanency worker; the family is invited to attend if they would like to, uh, and it's basically just so you guys can meet the new worker, exchange contact information and then CPS will be sharing just the key highlights of the case with them as well, but it's really a chance for you guys to actually get to meet the worker as they're transitioning to get the case. So I'm going to let  Taylor go ahead and coordinate that with you guys' schedules. If you're able to attend great, if not, it's not you know anything against you it's perfectly fine, and we just want you to know that you have that opportunity, ok?

-Taylor: So looks like to stay within the day range we need, it's going to Friday December 10th or Monday December 13th would that Monday works good for everybody

-**Ashthley Boon** [permanency worker]: are we doing in person meeting or virtual [41:57]

-it would be virtual as well

-Ashley: ok then that's fine… I do have something on the 10th so the afternoon on the 10th would be fine and any on the 13rd is fine with me… [introducing herself]

--Linh: nice to meet you Ashley…

-Bridget: 10th of December? the 1 o'clock? I think I have court that date

-?Adrian: that's fine

-Taylor: will you be in court that date Bridget

-Bridget: yes

-Taylor: ok, what about 13rd, Monday the 13rd, would that work better for you and for everyone else?

-Bridget: yeah I don't have anything else that date yet….

--Linh: G██ has an annual well child check with her doctor I was supposed to bring her, scheduled months ago, but now she's in DHS custody, are they going to bring her to the doctor for her annual visit

-Bridget: will you send me that information I will make sure she will get to that appointment *[WHICH SHE NEVER DID AND ADAM NEVER DID]*

… let's just do 10am that morning if it works for everyone… at the CTM we will schedule our next meeting [45:08].

--Erica [45:22]: is there anything that my client can do now to start trying to get ahead of

-Bridget: I would like to see how the protective order court goes and talk with Ashley a little bit on what direction this needs to go.

-Erica: well, nothing is going to happen to the protective order because we can't do anything until, since she is in the state custody we can't move forward on the PO. It's just gonna consolidated with our domestic case so there won't be anything

-Bridget: **so if the protective order is dropped then we would look at placing her with Adam, and releasing her from DHS custody**

--Linh: it's not dropping, it's combining.

-**Mr Ha: there's still a concern for his abuse, his physical & emotional abuse, is there not?**

--**Linh: and grooming**

-Erica: and as I said earlier after speaking Mr Hale and some of the other collaterals that we would like for you to reach out and talk to some of these people I'm going to email you this afternoon before you were to make some decision like that.

-**Bridget: to keep a child out of their parent's custody there has to be a pretty severe of allegations so I mean**

-Erica: so the problem is we can't move forward with the protective order because she is considered protected right now in state's custody. So that overrides our order, there is nothing that we can do there is no need for a separate protective order when she's protected in state's custody.

-Bridget: judge Sparkman used to be family judge and I think he'll understand what you're requesting or what's being requested because I have a pretty lengthy conversation with Stephen Hale Friday afternoon/evening about this and it was my understand so they're going to ask for the protective order to be dismissed and for G██ to be place with Adam.

-Erica: who is "they"?

-Bridget: Stephen and Adam's attorney

--Linh: that's not what the judge told us this morning

-?Leah: Bridget it sounds like we may be need to talk with judge Sparkman too and try to figure out exactly what's going on, with it being family court, deprived court. I mean it happened, we had it happened in the past so I'm a little confused on protective order too. So it sounds like you need to talk judge Sparkman to see what they're needing, what they're wanting, what we need to wrap up on, what we can say, what we can prove, what we can't prove, and what would be the best option of the child.

-?Taylor or Adrian: and as for James I know James is visiting his grandparents now but as for him, if he's also considered unsafe with ms Stephens as well?

-Bridget: I don't know if he is unsafe since I haven't heard back from TX CPS yet; uhm specifically he's under age of 5 and since there is already a child removed from her custody he would be considered a vulnerable child so we would ask at this time there is no unsupervised contact.

--Linh: even though there's no proof and I showed you iPad, and my screen and willing to even show you my computers' history, and FBI can even, you know, go through my computer.

-Bridget: I don't know if FBI would do that since they're not involved in the case

--Linh: I'm innocent until proven otherwise

-Taylor: Mr Ha with hearing Bridget, I know that CPS and how TX needed to go out that's just standard protocol for the situation but as far as supervised contact is that going to be an issue

--Mr Ha: can you say that again, there is a lot of background noise

-Taylor: yeah I hear it too, as far as the supervised contact between your son and Ms Stephens is that going to be an issue making sure that happens?

--Mr Ha: I don't think that's going to be an issue; I think he's safe down here and he's going to be the care of grandmother until Ms Stephens is determined to be safe. He's either going to be with me at our house in Tulsa or with grandmother in TX, and he can stay down here until something else comes up if we move forward

-Erica: I'm sorry so that I could understand, even if the allegation of this rape video and this diary I don't see how that; even if we say those things are true which we don't, but even if they were, how that has anything to do with their 2 year old son being safe with his mom. I just failed to see any.

-?Adrian: so typically we are being asked for custody of one kid, where he's been in a home, because he's more vulnerable because he's 2 or 1 and he's not verbal enough to tell what's going on in the home; typically if we dealing with one kid unsafe in a home we're going to say all kids until we can get further information. So at this point we've got his sister being in custody right now. We got all sorts of things being thrown left and right, we got her telling a worker one thing, she's telling mom and other people one thing; I mean right now there's so much chaos going, I can't tell if whether mom's safe, dad's safe, mr. Ha is safe. Like at this time there is so much going on there's so much finger pointing, we would deem that child is unsafe with mom right now since she has a kid that's

deprived right now she has a kid that's in state's custody; **so she would not have any unsupervised visit and if we did find that she was going against that, we would take him into custody too**

-**Erica: understood**

--Linh: and that's only that's for 10 days

-Adrian: that's until we tell you otherwise right now

--Erica: 10 days is just when the investigation will be completed within 10 days, that's what I was telling you earlier

-?Adrian: Does anyone has any additional questions, ok, we can go ahead and wrap up the meeting; we'll send out the case-transfer invites and the action steps, but other than that, if there's no questions then everyone is free to go except for _____ we stay back for debrief

-Mr Ha: I was told there's a meeting at 3 and 3:30 on the secured message that I received

-?Adrian: that's for dad, that's for dad's meeing, 'cause we're doing them separately so you wouldn't be involved in that one

--Mr Ha: ok biological dad, ok

-?Adrian uh huh

--Linh: and me

-?Adrian: that would not be for you; that's why we just had meeting for you separately

--Linh: so I am done for the day, mr Ha is done for the day? 'cause I, I

-?Adrian yes correct

--**Linh: thank you** *[confused look since last year both parents and everyone INCLUDING JUDGE were in one BlueJeans video meeting TO ENSURE THERE IS NO LYING]*



Case No. JD-21-270



# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA
### JUVENILE DIVISION



DISTRICT COURT
FILED
DEC 07 2021
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

IN THE MATTER OF:

 STEPHENS                DOB:

)
)
)
)
)
)
)
)

JD-21-270

Date: 12/7/2021
Judge: DREILING -A

> *** 100% of statements made by Bridget O'brien are FALSE and cannot be proven by Bridget, while mother can prove Bridget is extremely unreliable witness with videos and pictures of Bridget in mother's house***

Alleged Deprived Child(ren).

## EMERGENCY CUSTODY HEARING ORDER

NOW, on this ___7TH___ day of ___DECEMBER___, 20_21_, the following appearances were made and proceedings held:

**APPEARANCES:**

| | | | | |
|---|---|---|---|---|
| X | State: | KIM JANTZ | X DHS: | LYNNETTE MCKELVEY |
| X | Mother: | LINH STEPHENS | X Atty: | DALE WARNER / PARKER |
| | Mother: | | Atty: | |
| X | Father: | ADAM STEPHENS, SR | X Atty: | GIL PILKINGTON |
| | Father: | | Atty: | |
| | Father: | | Atty: | |
| | Father: | | Atty: | |
| | Legal Guardian: | | Atty: | |
| | Child: | STEPHENS | X Atty: | PEGGY HADDOCK |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Child: | | Atty: | |
| | Tribal Rep.: | | Atty: | |
| | GAL/CASA: | | X Other: | BRIDGET O'BRIAN - DHS |
| | Foster Parent / Placement: | | Atty: | |
| | Interpreter: | | Interpreter: | |
| | For: ☐ Mother ☐ Father ☐ Other | | For: ☐ Mother ☐ Father ☐ Other | |
| | Court Reporter: | | Other: | |
| | Other: | | Other: | |

Minor child(ren) was/ were placed out of home on the ___3RD___ day of ___DECEMBER___, 20_21_.

Case No. JD-21-270

**B.** [X] The parents have been ordered to complete an affidavit listing parents, relatives and other persons with their contact information and comments concerning the appropriateness of the potential placement of the child(ren) with such relative pursuant to 10A O.S.§ 1-4-203.4.

**AND**

[ ] The parents have been ordered to furnish DHS with a copy of [ ] all named child(ren)/or [ ] these specified child(ren)'s

birth certificate within 15 days from this hearing or on _____, 20 _____.

**C.** [X] Notice of rights pursuant to statute has been given to the [X] Mother [X] Father [ ] legal guardian or [ ] custodian of the child(ren) [ ] other in writing.

**D.** Visitation with the [X] Mother, [X] Father, [ ] legal guardian [ ] is [X] is not adequate. Visitation schedule is as follows:
THERE IS A CURRENT PROTECTIVE ORDER WITH THE FATHER. G.A.L. HAS ALSO REQUESTED DHS STOP VISITATIONS WITH NM.

## VII. FUTURE HEARINGS:

This case is set for _____ FILING ANNOUNCEMENT _____ hearing on the 4TH ____ day of JANUARY ____, 20 22 at 8:30 o'clock A .M. before Judge DREILING and all parties present are ordered to appear on that date.

*\*\*\* FRAUD ON THE COURT & MOTHER'S ATTORNEYS MALPRACTICED (Erica Parks & Dale Warner) \*\*\**

Other: ICWA DOES NOT APPLY. MINOR CHILD IS CURRENTLY IN A TRADITIONAL FOSTER HOME IN TULSA. ATTORNEY'S REPORT THERE IS A PROTECTIVE ORDER IN PLACE BETWEEN NM AND NF PO-21-384 , BOTH PARTIES THROUGH THEIR ATTORNEY'S WAIVE THE RIGHT TO A SHOW CAUSE HEARING. DHS REPORTS THE G.A.L. (STEPHEN HALE) WANTS TO SUSPEND FAMILY TIME WITH NM. NF IS ON A PROTECTIVE ORDER AND UNTIL THAT IS SETTLED NF DOES NOT HAVE FAMILY TIME. ATTY FOR M/C REQUESTS THERAPEUTIC FAMILY TIME WITH NM. COURT DOES NOT ORDER FAMILY TIME IN REGARD TO THE G.A.L IN THE FD CASE AND THE PENDING PROTECTIVE ORDER. DHS REPORTS NM HAS A SECOND CHILD AND WILL NOT GIVE DHS ANY INFORMATION ON THAT CHILDS WHEREABOUTS. NM PROVIDED DHS WITH THE PHONE NUMBER OF THE FAMILY MEMBER THAT HAS THE SECOND CHILD IN TEXAS. MINOR CHILD TO REMAIN IN THE EMERGENCY CUSTODY OF DHS.

*Martha Rupp Carter*   12/7/2021

**JUDGE OF THE DISTRICT COURT**



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF:

Stephens ⸴ G⬛ DOB: ⬛ 13          CASE NO. JD-21-270

Alleged Deprived Child(ren).



## ORDER RELEASING CHILD(REN) FROM EMERGENCY CUSTODY

ON THE 8th day of December____, 2021 this case comes on for hearing for Release of Child(ren) from the Emergency Custody of the Department of Human Services ("DHS"). The following appear in person ____ Bridget O'Brien CWS III _____ for DHS; ____ Kim Jantz ⟨signature⟩ _____ as legal counsel representing the State of Oklahoma; _____ as legal counsel representing the child(ren). The Court being fully advised in the premises and having heard the stipulations and evidence presented, FINDS AND ORDERS:

**Lies**

1.   The court ordered emergency custody of the child(ren) be placed with DHS on the ___3rd___ day of _Dec__, _2021_. The emergency custody hearing was held on _7th_ day of _Dec__, _2021_ where in the Court continued emergency custody of the child(ren) with DHS.

2.   Although emergency removal from the home was determined to be necessary to protect the health, safety or welfare of the child(ren), it is not necessary that removal and emergency custody continue for the following reason(s):

___x_ a.   conditions of custody in the home and with the individual with whom the child(ren) reside(s) are adequate to safeguard the child(ren) from risk of harm to the child(ren)'s life, physical health, and mental well-being.

___ b.   provision of service or other arrangement other than removal of the child(ren) is reasonably available to adequate to safeguard the child(ren) from risk of harm to the child(ren)'s life, physical health and mental well-being.

___ c.   the completed investigation has revealed that the allegations of abuse or neglect cannot be confirmed.

*Below is untrue because mom always would OBJECT to placing her child under abusive biological father and would always CONTEST to any allegations against her. Mother wasn't invited to this hearing*

__x__ d OTHER. Emergency Protective Order 21-3843 was dismissed

____ e.    the District Attorney's Office has determined that a Petition will not be filed for court intervention.

There are no objections by the parties for the proposed release of the child(ren) from emergency custody.

IT IS THEREFORE ORDERED that the above-named child(ren) be released from emergency custody of the Department of Human Services this date.

IT IS FURTHER ORDERED that the above-named child(ren) be released to Adam Stephens , natural father, without DHS supervision.

Multn Ruoff Carty 12/8/2024
JUDGE OF THE DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA**

**No. JD-2021-270**
**(Juvenile Deprived:**
**Juvenile Deprived)**

IN THE MATTER OF: STEPHENS, 

PD- ATTY FOR M/C

Filed: 12/03/2021
Closed: 12/08/2021

Judge: JD Docket A

### Parties

STEPHENS, ADAM SYLVESTER SR , Father

STEPHENS,  , Juvenile Deprived

STEPHENS, LINH TRAN , Mother

### Attorneys

| Attorney | Represented Parties |
|---|---|
| PUBLIC DEFENDER(Bar # )<br>500 W ARCHER ST.<br>TULSA, OK 74103 | STEPHENS,  |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Tuesday, December 7, 2021 at 8:30 AM**<br>INITIAL SHOW CAUSE HEARING(SHC) | STEPHENS, G  | JDH Docket A | |
| **Tuesday, January 4, 2022 at 8:30 AM**<br>FILING ANNOUNCEMENT (SHC) | STEPHENS,  | JD Docket A | |

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: Juvenile Deprived (JUVDEP)
Filed by:
Filed Date: 12/03/2021

**Party Name:**

**Disposition Information:**

**Juvenile Deprived:** STEPHENS,     Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|------|------|-------|-------|----------|------------|-----------|---|---|
| 12-03-2021 | TEXT | 1 | | 117670780 | Dec 3 2021 2:21:52:743PM | OSCN\QuencyMajed | - | $ 0.00 |

JUVENILE DEPRIVED INITIAL FILING.

| 12-03-2021 | JUVDEP | - | | 117670781 | Dec 3 2021 2:21:52:763PM | OSCN\QuencyMajed | Realized | $ 0.00 |

JUVENILE DEPRIVED

| 12-03-2021 | APLI | - | STEPHENS, G | 117671733 | Dec 3 2021 2:54:23:087PM | OSCN\QuencyMajed | - | $ 0.00 |

APPLICATION TO TAKE MINOR CHILD(REN) INTO EMERGENCY CUSTODY
*Document Available at Court Clerk's Office (#1050637954)*

| 12-03-2021 | AFD | - | STEPHENS, G | 117671753 | Dec 3 2021 2:54:36:600PM | OSCN\QuencyMajed | - | $ 0.00 |

CHILD PROTECTIVE SERVICES AFFIDAVIT
*Document Available at Court Clerk's Office (#1050637950)*

| 12-03-2021 | OEC | - | STEPHENS, G | 117671756 | Dec 3 2021 2:55:00:473PM | OSCN\QuencyMajed | - | $ 0.00 |

ORDER TO TAKE MINOR CHILD(REN) INTO EMERGENCY CUSTODY
*Document Available at Court Clerk's Office (#1050637946)*

| 12-06-2021 | OACE | - | STEPHENS, G | 117676032 | Dec 6 2021 9:31:03:423AM | OSCN\QuencyMajed | - | $ 0.00 |

ORDER APPOINTING ATTORNEY - PD FOR M/C
*Document Available at Court Clerk's Office (#1050639622)*

| 12-07-2021 | CTFREE | - | STEPHENS, G▆▆ | 117686968 | Dec 7 2021 8:48:47:797AM | OSCN\QuencyMajed | - | $ 0.00 |

JUDGE CARTER. MATTER COMES ON FOR INITIAL SHOW CAUSE HEARING. PARTIES PRESENT: LINH STEPHENS (NM), DALE WARNER / MRS. PARKER (ATTY'S FOR NM), ADAM STEPHENS, SR (NF), GIL PILKINGTON (ATTY FOR NF), PEGGY HADDOCK (ATTY FOR M/C), LYNNETTE MCKELVEY (DHS LIASION), KIM JANTZ (A.D.A.)

ICWA DOES NOT APPLY. MINOR CHILD IS CURRENTLY IN A TRADITIONAL FOSTER HOME IN TULSA. ATTORNEY'S REPORT THERE IS A PROTECTIVE ORDER IN PLACE BETWEEN NM AND NF PO-21-3843. BOTH PARTIES THROUGH THEIR ATTORNEY'S WAIVE THE RIGHT TO A SHOW CAUSE HEARING. DHS REPORTS THE G.A.L. (STEPHEN HALE) WANTS TO SUSPEND FAMILY TIME WITH NM. NF IS ON A PROTECTIVE ORDER AND UNTIL THAT IS SETTLED NF DOES NOT HAVE FAMILY TIME. ATTY FOR M/C REQUESTS THERAPEUTIC FAMILY TIME WITH NM. COURT DOES NOT ORDER FAMILY TIME IN REGARD TO THE G.A.L IN THE FD CASE AND THE PENDING PROTECTIVE ORDER. DHS REPORTS NM HAS A SECOND CHILD AND WILL NOT GIVE DHS ANY INFORMATION ON THAT CHILDS WHEREABOUTS. NM PROVIDED DHS WITH THE PHONE NUMBER OF THE FAMILY MEMBER THAT HAS THE SECOND CHILD IN TEXAS. MINOR CHILD TO REMAIN IN THE EMERGENCY CUSTODY OF DHS. CASE IS SET ON 1/4/22 @ 8:30AM FOR FILING ANNOUNCEMENT. PARTIES RECOGNIZED BACK.

**Lies**

| 12-07-2021 | CEM | - | STEPHENS, G▆▆ | 117687445 | Dec 7 2021 9:14:05:860AM | OSCN\QuencyMajed | - | $ 0.00 |

EMERGENCY CUSTODY HEARING ORDER
📄 *Document Available at Court Clerk's Office (#1050639649)*

| 12-07-2021 | EAA | - | STEPHENS, ADAM SYLVESTER SR | 117687457 | Dec 7 2021 9:14:58:463AM | OSCN\QuencyMajed | - | $ 0.00 |

ENTRY OF APPEARANCE - GILBERT PILKINGTON, JR - ATTY FOR ADAM STEPHENS (NF)
📄 *Document Available at Court Clerk's Office (#1050639645)*

| 12-07-2021 | NO | - | STEPHENS, LINH TRAN | 117687462 | Dec 7 2021 9:15:58:760AM | OSCN\QuencyMajed | - | $ 0.00 |

NOTICE OF RIGHTS AND DIRECTIVE TO PARENT, LEGAL GUARDIAN OR CUSTODIAN (10A O.S.§ 1-4-203)
📄 *Document Available at Court Clerk's Office (#1050639641)*

| 12-07-2021 | NO | - | STEPHENS, ADAM SYLVESTER SR | 117687466 | Dec 7 2021 9:16:10:410AM | OSCN\QuencyMajed | - | $ 0.00 |

NOTICE OF RIGHTS AND DIRECTIVE TO PARENT, LEGAL GUARDIAN OR CUSTODIAN (10A O.S.§ 1-4-203)
📄 *Document Available at Court Clerk's Office (#1050639637)*

| 12- | O | - | STEPHENS, G▆▆ | 117705831 | Dec 8 2021 2:31:43:077PM | OSCN\KodyeSteele | - | $ 0.00 |

08-
2021

ORDER RELEASING CHILD(REN) FROM EMERGENCY CUSTODY
*Document Available at Court Clerk's Office (#1051279197)*

| 12-08-2021 | JDPNF | - | STEPHENS, G■ | 117705927 | Dec 8 2021 2:34:24:403PM | OSCN\KodyeSteele | - | $ 0.00 |

JUVENILE DISMISSED PETITION NO-FILE

| 12-16-2021 | EAA | - | STEPHENS, LINH TRAN | 117775845 | Dec 16 2021 2:03:55:203PM | OSCN\AmberSteelman | - | $ 0.00 |

ENTRY OF APPEARANCE - DALE WARNER AND ERICA PARKS FOR NM
*Document Available at Court Clerk's Office (#1050639493)*

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| STEPHENS, ADAM SYLVESTER SR | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| STEPHENS, LINH TRAN | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| STEPHENS, ■ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Generic Party | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at May 25, 2022 8:16 AM

End of Transmission.

 Gmail                                                    ✕✕✕✕✕✕✕✕✕✕✕ @gmail.com>

---

## RE: [EXTERNAL]: Expedited transcripts requests for JD-2021-270 both 12/07/21 and 12/08/21

1 message

---

**Woodworth, Allen** <Allen.Woodworth@oscn.net>                    Wed, May 25, 2022 at 8:31 AM
To: ✕✕✕✕✕✕✕✕✕✕✕ @gmail.com>

Judge Dreiling approved your request.

Here is the docket with the minutes and the orders of the hearing.

Filing announcement did not happen due to ORDER RELEASING CHILD(REN) FROM EMERGENCY CUSTODY.

Court Reporter was never requested so no transcripts were made.

*Any competent lawyer would request Court Reporter for important hearing such as this!*

---

**From:** ✕✕✕✕✕✕✕✕✕✕✕ @gmail.com]
**Sent:** Friday, May 13, 2022 3:06 PM
**To:** Woodworth, Allen <Allen.Woodworth@oscn.net>
**Subject:** [EXTERNAL]: Expedited transcripts requests for JD-2021-270 both 12/07/21 and 12/08/21

Good afternoon,

I would like to have an **expedited order of transcripts** for all <u>JD-2021-270</u> hearings on **12/07/21 and 12/08/21 and any other hearings I wasn't made aware of**. Thank you so much, and may God bless you with health and happiness!

Sincerely,

Linh Stephens, D.O.

> CAUTION: This email originated outside of the Oklahoma State Courts Network. Please do not open attachments or click links unless you recognize the sender and know the content is safe.

---

**3 attachments**

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 115



**getimage 24.tif**
255K



**getimage 25.tif**
129K


**JD-21-270.docx**
21K

## 4. Description of Incident(s)

The incident(s) which caused the filing of the petition occurred on or about ___12-13-21___
(Date(s)). Describe what happened, when and where the event(s) occurred. List all actions or
behaviors you intend to present to the Court at the hearing.

Linh is calling And trying to take G▆▆▆ From SCHOOL.
G▆▆▆ IS IN PROTECTIVE CUSTODY W/DAD ADAM STEPHENS.
Linh is VERY upset And getting out of control.

Linh Found out 12/13 GHRACE IS IN PROTECTION CUSTODY AND
STARTED WRITING DHS SHE IS going TO GET G▆▆▆. DHS WROTE
ME To Go GET G▆▆▆ Frm SCHOOL Before mom—

Linh is very upset that I filed an PROTECTIVE order
BECAUSE SHE IS SHOWING Linh G▆▆▆ KID PRON & keeps
SCARing HER FOR OLDER MEN.

I HAVE PHYSICAL CUSTODY & G▆▆▆ IS 50-50 legal custody
with mother + I.

ATTACH ADDITIONAL PAGES IF NECESSARY

5. **Other Cases** Please list all cases (divorce, protection orders, paternity, guardianship,
criminal, juvenile, civil) involving the Defendant and yourself, or a child you have with the
Defendant (attach additional sheets of paper if necessary):

| Case Name | Case Number | County & State |
|-----------|-------------|----------------|
| DHS | 2195835 | Tulsa, OK |
| | | |
| | | |
| | | |





IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

Linh Tran Stephens, an individual, a living woman )
      **Petitioner,**

vs

ADAM SYLVESTER STEPHENS,
      **Respondent,**

)
) FD-2015-2228
) PO-21-3843
) PO-21-4059
) Docket C
)

DISTRICT COURT
F I L E D

OCT 3 1 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**PETITIONER'S SIGNATURE PAGE & STIPULATION OF
MUTUAL CIVIL RESTRAINING ORDER**

NOW ON this 9th day of October 2023, this matter comes before the Court on
PO-21-3843 and PO-21-4059. Petitioner Linh Tran Stephens appears *pro se*.
Respondent Adam Sylvester Stephens Appears in person and through his attorney of
record, Gilbert J. Pilkington, Jr. Guardian Ad Litem Stephen Hale and Attorney for Minor
Child Megan Beck do not appear.

The Court, having reviewed the files, considered the evidence, heard the
testimonies of the parties, and being otherwise fully advised in the premises, FINDS
AND ORDERS as follows.

1. This Court ~~has~~ jurisdiction over the parties and subject matter of this action, <u>which
   is still in dispute & must only be adjudicated by higher courts</u>
2. The Protective Orders referenced above are dismissed. In accordance with
   22 O.S. 60.2(A) (b) (1b) the Court finds it is in the best interest of the parties
   and to not compromise the safety of any Petitioner of a Protective Order, to
   instead have a mutual restraining ~~order~~ <u>Agreement (NOT "order")</u>
3. The terms of this Civil Restraining ~~Order~~ <u>Agreement</u> are intended to protect and promote
   peace between the parties
4. Both parties are prohibited from injuring, abusing, assaulting, molesting,
   harassing, stalking, threatening, or otherwise unnecessarily interfering with
   each other, and from the use, attempted use, or threatened use of physical
   force against either party and his/her family members or other individuals in
   their households <u>and pets (e.g. see dog Gizmo still being harmed/disposed
   by Adam (PO-2021-4059)</u>

1

5. Neither party shall bully, intimidate, harass, threaten, stalk, or otherwise harm the other by any method or through any third party.

6. All communications between the parties shall be through The Talking Parent Application. Each party is to immediately download a copy and initiate the set-up process. Communication shall take place between the hours of 9:00 a.m and 10:00 p.m., no more than once per day. Communication that requires a response is to be responded to within 24 hours.

7. The parties are to utilize the calendar in the Talking Parent App for scheduling regarding the minor child.

8. Neither party shall enter the residence or property of the other party.

9. Both parties are prohibited from contacting or entering the workplace of the other or contacting the workplace, employers, or co-workers.

10. ~~Contact between Petitioner/Mother and the child is governed by the visitation orders that are in place. Reference the current orders and any subsequent modification, per hearings~~ there is no protective order standing; perjurious Adam impeached many times so unalienable rights of Mother to contact their children & 1st Amendment Right Private Speech between them must stand

11. Both parties are prohibited from engaging in other conduct that would place either party, the minor child, any relative, or household member of either party in reasonable ~~fear~~ of bodily injury. harm; as "fear" can be delusional like that of Adam as no witnesses nor evidence for his false allegations

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that the above and foregoing FINDINGS and ORDERS are hereby adopted and incorporated by reference as the ORDERS, JUDGMENTS, and DECREES of this Court as if set forth verbatim herein below, and judgment is hereby rendered accordingly.

IT IS SO ORDERED THIS _____ DAY OF OCTOBER 2023.

I (Linh Tran Stephens), Petitioner, shall NOT agree to any mutual agreement with a person (Adam Stephens) who repeatedly breached his NUMEROUS signed written contracts with me and with this Oklahoma Court, I shall agree ONLY AFTER he cures all defects I demanded, and AFTER he compensated me fairly (by jury of my peers) and fixed of his broken promises and his breached contracts, including but not limited to: Oregon Final Hard Divorce & Custody & Child Support Order of 08JAN2016 "in lieu of child support Jeep and Trailer" never tended into Tulsa County Court in 2017 after Adam's custodial interference and parental kidnapping (child abandonment) even in Summer of 2017, Conduct Order of 09NOV2020 in Tulsa County Court agreed in in good faith, this Court so Father can avoid going to DHS/CPS trial and losing his parental rights after his numerous violations of my parental rights & our daughter's Bills of Rights of Children, reckless disregard for daughter's safety and her best interests; Adam's lack of remorse even with numerous impeachments on the stand since Oct and 2022 (trailer medical insurance coverage date range and its monthly amount) to October 2023 (false PO against Mother "child porn & child-kidnapping"—the very crimes he is guilty of but no one investigated him disposed dog Gizmo thus VPO, attorney fee amounts, GAL fee amounts, door banging at Linh's house, Ring hook post Adam admitted memory loss & hidden income with job as mortgage investigator on top of property manager + Truck driver + Uber driver);

I parenting classes required by DHS, reimbursement for my expenses for daughter since 2016 charged to my credit cards etc.

DATED 21OCT2023, Stephens:Linh-Tran, living woman, all rights reserved, UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the ___31___ day of ___Oct___ 2023, a true and correct copy of the above and foregoing was filed into Tulsa County Court

- _ _ mailed, with proper postage fully prepaid thereon
- _ _ mailed by certified mail, Return Receipt No. _____
- _ _ transmitted via facsimile
- _X_ transmitted via email to everyone below but also mailed to Respondent's attorney
- _ _ hand delivered
- _ _ process server

to:

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone: 918-295-3500
Fax: 918-430-2364
Ocss.Contact.TulsaEast@okdhs.org

Megan Beck
320 S. Boston Ave, Suite 718
Tulsa, OK 74103
918-295-6418
Megan@MeganBeckLaw.com
*Attorney for Minor Child*

Linh Stephens
11063 S. Memorial Dr, Ste D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Stephen Hale
320 S. Boston Ave, Suite 825A
Tulsa, OK 74103
*Guardian Ad Litem*

Linh Stephens

3

**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| LINH TRAN STEPHENS, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | **FD-2015-2228** |
| | ) | **Docket C** |
| ADAM SYLVESTER STEPHENS, | ) | |
| Respondent. | ) | |

<span style="color:red">PLEASE SEPARATE ORDER OF DISMISSAL OF PROTECTIVE ORDER FROM MUTUAL CIVIL RESTRAINING ORDER SINCE THEY ARE SEPARATE ORDERS</span>

<u>**MUTUAL CIVIL RESTRAINING ORDER**</u>

**NOW ON this** 9th day of October 2023, this matter comes before the Court on PO-21-3843 and PO-21-4059. Petitioner Linh Tran Stephens appears *pro se*. Respondent Adam Sylvester Stephens Appears in person and through his attorney of record, Gilbert J. Pilkington, Jr. Guardian Ad Litem Stephen Hale and Attorney for Minor Child Megan Beck do not appear.

The Court, having reviewed the files, considered the evidence, heard the testimonies of the parties, and being otherwise fully advised in the premises, FINDS AND ORDERS as follows.

1. The Protective Orders referenced above are dismissed.

2. The terms of this Civil Restraining Order are intended to protect and promote peace between the parties ~~and the minor child.~~

3. Both parties are prohibited from injuring, abusing, assaulting, molesting, harassing, stalking, threatening, or otherwise unnecessarily interfering with each other, and from the use, attempted use, or threatened use of physical force against either party and his/her family members or other individuals in their households. <span style="color:red">because Adam has stalked, harassed Linh, her neighbor, her work, her relatives, according to admitted evidence and reliable and collaborative witnesses, but Linh never stalked/harass Adam.</span>

4. Neither party shall bully, intimidate, harass, threaten, stalk, or otherwise harm the other by any method or through any third party. <span style="color:red">despite Linh never did any of these</span>

5. All communications between the parties shall be through The Talking Parent Application. Each party is to immediately download a copy and initiate the set-

1

up process. Communication shall take place between the hours of 9:00 a.m.
and 10:00 p.m., no more than once per day. *for the same topic i.e. can be more than once a day if different topic. Parties are required to respond within 24 hours else held in contempt.*

6. Neither party shall enter the residence or property of the other party, *because Adam did in the past ignoring Linh asking him to stop.*

7. Both parties are prohibited from contacting or entering the workplace of the other or contacting the workplace, employers, or co-workers.

8. ~~Contact between Petitioner/Mother and the child is governed by the visitation orders that are in place, reference the current orders and any subsequent modification.~~ *DO NOT ADD TO JUDGE'S ORDER*

9. ~~Both parties are prohibited from engaging in other conduct that would place either party, the minor child, any relative, or household member of either party in reasonable fear of bodily injury.~~ *DO NOT ADD TO JUDGE'S ORDER*

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that the above and foregoing FINDINGS and ORDERS are hereby adopted and incorporated by reference as the ORDERS, JUDGMENTS, and DECREES of this Court as if set forth verbatim herein below, and judgment is hereby rendered accordingly.

IT IS SO ORDERED THIS _____ DAY OF OCTOBER 2023.


_____
JUDGE OF THE DISTRICT COURT

I (Linh Tran Stephens) shall NOT agree to any mutual agreement with a person (Adam Stephens) who repeatedly breached his signed written contracts with me UNTIL AFTER he cures all defects, compensated me fairly (by jury of my peers), and fixes all his broken promises and his breached contracts, including but not limited to: Oregon Finalized Divorce & Custody & Child Support Order of 08JAN2016 "in lieu of child support Jeep and Trailer" adopted into Tulsa County Court after Adam's custodial interference and parental kidnapping (child concealment) event in Summer of 2017, Conduct Order of 09NOV2020 in Tulsa County Court agreed in in good faith so Father can avoid going to DHS/CPS trial and losing his parental rights after his numerous violations of my parental rights & our daughter's Bills of Rights of Children, reckless disregard for daughter's safety and her best interests; Adam's lack of remorse even with numerous impeachments on the stand since October 2022 (trailer, medical insurance coverage date range and its monthly amount) to October 2023 (false PO against Mother "child porn & child-kidnapping"—the very crimes he is guilty of but no one investigated him, disposed dog Gizmo thus VPO, attorney fee amounts, GAL fee amounts, door banging at Linh's house, Facebook post Adam admitted memory loss & hidden income with job as mortgage investigator on top of property manager + Truck driver + Uber driver),
3 parenting classes required by DHS, reimbursement for my expenses for daughter since 2016 charged to my credit cards, etc.
DATED: 21NOV2023,    Stephens:Linh-Tran, living woman, all rights reserved, UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____ 2023, a true and correct copy of the above and foregoing was:

_____ mailed, with proper postage fully prepaid thereon
_____ mailed by certified mail, Return Receipt No. _____
_____ transmitted via facsimile
_____ transmitted via email
_____ hand delivered
_____ process server

to:

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone, 918-295-3500
Fax, 918-430-2364
Ocss.Contact.TulsaEast@okdhs.org

Linh Stephens
11063 S. Memorial Dr, Ste D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Stephen Hale
320 S. Boston Ave, Suite 825A
Tulsa, OK 74103
*Guardian Ad Litem*

Megan Beck
320 S. Boston Ave, Suite 718
Tulsa, OK 74103
918-295-6418
Megan@MeganBeckLaw.com
*Attorney for Minor Child*


_____
Gilbert J. Pilkington, Jr., OBA# 21998
*Attorney for Respondent*

3



# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

IN RE THE MARRIAGE OF: )

LINH TRAN STEPHENS, )
      Petitioner, )

And )     Case No. FD-2015-2228
                     )     Docket: C

ADAM SYLVESTER STEPHENS, )
      Respondent. )

## TEMPORARY EMERGENCY CUSTODY ORDER

This matter came on for *ex parte* hearing pursuant to Respondent's *Application for Emergency Custody*. Respondent appears through his attorney, Gilbert J. Pilkington Jr. Petitioner. The Court upon review of the files and records in this case, listening to the sworn testimony of witnesses, hearing the arguments of counsel, review of the Respondent's *Application for Emergency Custody*, and being advised in the premises, finds and orders that good cause has been shown, and that the following orders should be entered.

### IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1    This Court has venue and jurisdiction over both the parties and the subject matter of this action pursuant to the applicable provisions of the Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA") and the Parental Kidnapping Prevention Act ("PKPA"). The minor child involved in this action is G.L.S., born 2013.

2    Respondent's *Application for Emergency Custody* is sustained. Respondent is granted temporary sole custody of the minor child.

3.   No visitation is granted to the Petitioner at this time.

4.   A show cause hearing shall be set in this matter for the _____4th_____ day of _____January_____ 2021/2022 at _3:00_ A o'clock in the courtroom of the Honorable Judge Sparkman.

6

Signed this _2̸0̸ᵗ̲ʰ̲_ day of _Ǫ̸ecember̲_ _ 2021.

Judge of the District Court

**Approved as to form and content:**

Gilbert J. Pilkington, Jr. OBA # 21998
Pilkington Law Firm, PLLC
601 South Boulder, Suite 600
PO Box 52614
Tulsa, OK 74152-0614
Gil@PilkingtonLawFirm.com
Phone, 918-298-4403
Fax, 918-960-5017
*Attorney for Respondent*

7

 Gmail

Linh Stephens <linhstephens7@gmail.com>

## URGENT copy of what was signed in JD court please

**Erica Parks** <erica@ericaparkslaw.com>                                    Wed, May 11, 2022 at 9:36 PM
To: Linh Stephens <linhstephens7@gmail.com>

Hi Linh,

Please see attached.  This is the only document you signed in JD court.

Thank you,

# Erica Parks

Attorney at Law



ERICA PARKS
—— LAW OFFICE ——

2021 South Lewis Avenue

Suite 335

Tulsa, Oklahoma 74104

Phone:  918-902-0507

**Mother never signed
any waivers!**

**CONFIDENTIALITY NOTICE:** The information contained in this e-mail message may be privileged, confidential, and/or protected from disclosure by the attorney-client, attorney work product, and/or other legal privilege and is intended only for the use of the individual or entity named. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail message is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message. Thank you.

[Quoted text hidden]

 **Notice of Rights:Directive (Stephens).pdf**
366K

# IN THE DISTRICT COURT OF TULSA COUNTY
# JUVENILE DIVISION, STATE OF OKLAHOMA

In the Matter of: _____

_____

_____          ) JDH 20__ - 270

Alleged Deprived Child(ren)

## NOTICE OF RIGHTS and
## DIRECTIVE TO PARENT, LEGAL GUARDIAN OR CUSTODIAN
(10A O.S.§ 1-4-203)

This is an Emergency Custody hearing. Your child(ren) has/have been taken into protective custody. The Court will determine whether facts exist that are sufficient to demonstrate to the Court there is **reasonable suspicion** that the child is in need of immediate protection due to abuse or neglect, or that the circumstances or surroundings of the child are such that continuation of the child in the child's home or in the care or custody of the parent, legal guardian, or custodian would present an imminent danger requiring the court keep your child in the emergency custody of DHS.

You are notified of the following:

a. You have the right to testify and present evidence at court hearings.

b. You have the right to be represented by an attorney at the court hearings. If you are indigent and request an attorney, one will be appointed to represent you.

c. There are consequences if you do not attend all court hearings held in this case. These consequences may include the court entering an order in which you **LOSE CUSTODY OF YOUR CHILD(REN) OR YOUR RIGHTS AS A PARENT MAY BE TERMINATED.**

d. You have the absolute right to appeal any appealable order or judgment of the Court. To appeal, you must file a Petition in Error with the Oklahoma Supreme Court within thirty (30) days of the date the Order was entered.

You are **ORDERED** to complete the **Declaration of Kinship Persons** form that has been provided to you in Court and list the names, addresses and phone numbers of any Parent(s), whether known or alleged, grandparents, aunts, uncles, brothers, sisters, half-siblings and first cousins and any comments about their fitness as a potential placement of the child(ren). If no such relative exists, you must list any other relatives or other persons whom the child(ren) has had a substantial relationship or who may be a suitable placement for the child. You must complete this form and provide it to the Court and DHS today.

> **Failure to identify a parent or relative in a timely manner may result in the child(ren) being placed in a non-kinship placement. Failure to truthfully provide information or comply with the Court's requirements could result in perjury charges, fines or contempt of court.**

Given to the undersigned parent/guardian/custodian

on this ___ day of _____, 20 __.

_____
**JUDGE OF THE DISTRICT COURT**

_____          _____
PARENT/GUARDIAN/CUSTODIAN (Print)          PARENT/GUARDIAN/CUSTODIAN (Sign)

White – court file       Canary – Parent

603.5 (9-11)





FILED
JCD1
IN OPEN COURT

FEB 12 2015

Pierce County, Clerk
By _____
DEPUTY

**Adam Stephens gave up parental rights when G.L.S. was 2 y/o**

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR PIERCE COUNTY

IN THE INTEREST OF

ARIEL LOUISE STEPHENS

a person under the age of eighteen.

NO. 14-5-00966-2

ORDER TERMINATING
PARENT-CHILD
RELATIONSHIP OF MOTHER
AND FATHER

THIS MATTER having come on regularly for a hearing for a termination of parental rights before the undersigned Judge/Court Commissioner of the above-entitled Court on the 12th day of February, 2015, the father, Adam Sylvester Stephens having filed a Consent to Adoption, Termination of Parent-Child Relationship, and Waiver of Notice of Proceedings, and an Order of Default having been entered against Patricia Louise Offer, the natural mother, and the court having listened to all the evidence presented by all parties present, the arguments of counsel, and the court having made and entered its Findings of Fact and Conclusions of Law, and being fully advised, makes the following orders.

It is ORDERED, ADJUDGED, and DECREED that the Consent to Adoption, Termination of Parent-Child Relationship and Notice of Waiver of Proceedings filed by Adam Sylvester Stephens is accepted by the court, and the parent-child relationship

Page 1 ORDER TERMINATING PARENT-CHILD RELATIONSHIP

DAN PLATTER
ATTORNEY AT LAW
112 3rd Street SW
Puyallup WA 98371
(253) 840-1253

1  between Adam Sylvester Stephens, natural father, and Ariel Louise Stephens be and the

2  same is hereby terminated and said father and child are divested of all legal rights, powers,

3  privileges, immunities, standing, duties and obligations as provided by law, it is further,

4

5  ORDERED, ADJUDGED and DECREED that the parent-child relationship,

6  between Patricia Louise Offer, natural mother, and Ariel Louise Stephens be and the same

7  is hereby terminated and said mother and child are divested of all legal rights, powers,

8  privileges, immunities, standing, duties and obligations as provided by law, it is further,

9

10  ORDERED, ADJUDGED and DECREED that Petitioners may pursue their

11  Petition for Adoption, it is further,

12  ORDERED, ADJUDGED and DECREED that the Clerk of this court is

13  directed, upon payment of the customary fee, to provide counsel of record with a certified

14  copy of this order.

15  Dated this __12__ day of __July__, 2015.

16

17  _____

18  JUDGE/COURT COMMISSIONER

Presented by:

19  _____    **CRAIG ADAMS**

Dan Platter, WSBA 19174

20  Attorney for Petitioners.

21

22  FILED
   JCD1
   IN OPEN COURT

23  FEB 12 2015

24  Pierce County Clerk
   By
   DEPUTY

25

26

27

28  Page 2 ORDER TERMINATING PARENT-CHILD RELATIONSHIP

DAN PLATTER
ATTORNEY AT LAW
112 3rd Street SW
Puyallup WA 98371
(253) 840-1253

E FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

November 20 2014 3.20 PM

KEVIN STOCK
COUNTY CLERK
NO: 14-5-00966-2

1
2
3

**Adam Stephens gave up parental rights when G.L.S. was 2 y/o; his teenage daughter 13 y/o had permanent restraining order against Adam and changed her whole identity DOB, name, SSN due to sexual harassment; Ariel's mother was dead when she was younger**

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR PIERCE COUNTY

| IN THE INTEREST OF | ) |
| ARIEL LOUISE STEPHENS | ) NO. |
| a person under the age of eighteen. | ) CONSENT TO ADOPTION, TERMINATION OF PARENT-CHILD RELATIONSHIP, AND WAIVER OF NOTICE OF PROCEEDINGS |

I.

I, ADAM SYLVESTER STEPHENS, am the father of ARIEL LOUISE STEPHENS, who was born on the 30th day of September, 1999. I am over the age of 18, and, I am currently a resident of Pierce County, State of Washington. I am not of Native American or Alaska native ancestry. ARIEL LOUISE STEPHENS is not of Native American or Alaska native ancestry.

II.

DANIEL LEE STEPHENS, JR. and ELLEN KING STEPHENS, have petitioned this court for the termination of my parental rights and will petition to adopt

Page 1 Consent to Relinquishment of Parental Rights – Waiver of Notice

1  ARIEL LOUISE STEPHENS. I hereby consent to the termination of my parental rights,

2  and to the adoption of ARIEL LOUISE STEPHENS to petitioner(s).

3                                          III.

4      I understand that this Consent to Adoption is given subject to the approval of this

5  court, and that it has no force or effect until approved by the court. I further understand

6  that this Consent to Adoption will not be presented to the court for approval until forty-

7  eight hours after it is signed or forty-eight hours after the birth of the child, whichever is

8  later. This Consent to Adoption is revocable by me at any time prior to its approval by the

9

10  court.

11                                         IV.

12      This consent may be revoked in either of the following ways:

13      4.1   Written revocation may be delivered or mailed to the clerk of the court

14            before approval of the consent by the court; or

15      4.2   Written revocation may be delivered or mailed to the clerk of the court

16  after approval, but only if it is delivered or mailed within forty-eight hours after a prior

17

18  notice of revocation that was given within forty-eight hours after the birth of the child.

19  The prior notice of revocation shall be given to the agency or the person who sought the

20  consent and may be either oral or written.

21                                          V.

22      The address of the clerk of the court is:      Pierce County Clerk
                                                        Room 110
23                                                      County-City Building
                                                        930 Tacoma Ave. S.
24                                                      Tacoma WA 98402-2108

25

26                                         VI.

27  Page 2 Consent to Relinquishment of Parental Rights – Waiver of Notice

28

I understand that, after it has been approved by the court, this Consent to Adoption is not revocable except for fraud or duress practiced by the person requesting the consent, or for lack of mental competency on my part at the time this consent was given. I understand that this Consent to Adoption may not be revoked for any reason more than one year after it is approved by the court.

## VII.

I acknowledge that I am entitled to notice of further proceedings with respect to the termination of my parental rights and the adoption of ARIEL LOUISE STEPHENS. I hereby WAIVE my right to any notice of further proceedings with respect to this child. I acknowledge that this Waiver means I will not have notice of or participate in the hearing on the termination of my parental rights or any hearing on adoption of this child. I understand that at such hearing the parent-child relationship between me and ARIEL LOUISE STEPHENS will be completely and permanently terminated, and that I will be deprived of any legal rights, powers, duties and obligations with respect to the child, except past-due child support, if any.

## VIII.

I understand that my decision to relinquish this child is an extremely important one, that the legal effect of this relinquishment will be to take from me all legal rights and obligations with respect to the child, and that an order permanently terminating my parental rights to the child will be entered. I also understand that there are social services available in the community, and that there may be financial assistance available through state and local governmental agencies.

Page 3 Consent to Relinquishment of Parental Rights - Waiver of Notice

1

2                          **IX.**

      I have fully read and understand this Consent to Adoption and Waiver of Notice.  I

3 have had an opportunity to ask questions concerning its meaning and effect.  I have signed

4 this Consent of my own free will, and have not been subjected to any duress or

5 compulsion.

6                          **X.**

7       I have selected the person below to witness my signing this Consent.

8

9                          **XI.**

10       I certify that the foregoing is true under penalty of perjury under the laws of the

11 State of Washington.

12

13 WITNESS                                  SIGNOR

14     R. KG

15 Print name:  Ron KENT         Adam Sylvester Stephens
           Witness                Date:  10-10-2014

16 Date:  10/10/2014

17 Relationship to signor:  WITNESS
Age of witness:  46

18       (must be over 18 years old).

19

20

21

22

23

24

25

26

27 Page 4 Consent to Relinquishment of Parental Rights – Waiver of Notice

28

Attorneys at Law

1646 South Denver Avenue
Tulsa, Oklahoma 74119
Tel 918.592.6800 | Fax 918.592.1800
www.gassawaylaw.com

April 4, 2019



Honorable Millie Otey
Tulsa County Courthouse
500 S. Denver Ave.
Tulsa, OK   74103

Re:   *Linh Tran Stephens vs  Adam Sylvester Stephens*
      Tulsa County District Court Case No. FD-2015-2228

## ADDENDUM TO PARENTING COORDINATOR REPORT

Dear Judge Otey:

I am the parenting coordinator for Linh and Adam Stephens.  I met with the parties March 20, 2019, to address two issues.  I issued a report dated March 29, 2019.  This is an addendum to that report.

In Issue No. 2 to the prior report, I stated:

> **"ISSUE NO. 2:    Travel in Non-Traditional Vehicle-Father has a "Slingshot", a non-traditional vehicle.  Father transports the child in the vehicle, and Mother objects.**
>
> **RECOMMENDATION NO. 2:    Before Father next transports the child in the Slingshot, he should stop by a police department office in the Slingshot and obtain their opinion as to whether the restraint arrangement for the child is legal, and advise the parenting coordinator of the name and telephone number of the officer with whom he spoke (assuming they said it was legal).  If the police department says it is not legal, Father should no longer transport the child in such vehicle."**

Since that report, Father provided me with some information concerning the "Slingshot" and the fact Oklahoma (and a few other states) had reclassified its licensing requirements and that a regular driver's license would now allow its operation rather than requiring a

April 4, 2019
Page 2

motorcycle endorsement or license. Father also provided me with a copy of 47 O.S. Section 11-1112 concerning child restraint laws.

Mother, likewise, followed up with other information, including a 2016 Owner's Manual for the Slingshot. That document provides that the Slingshot does not comply with Federal Motor Vehicle Safety Standards, that the vehicle should not be operated with a child safety seat installed and that a passenger should only travel in the vehicle if able to sit with his back against the seat and his feet on the floor.

**RECOMMENDATION:** I am now satisfied that the Slingshot is not a safe vehicle for the transportation of the parties' minor child, and it is my recommendation that Father should not allow the parties' child to ride in the Slingshot.

The parties have ten (10) days from the date of this report to file objections with the Court. In addition, it is the responsibility of counsel to memorialize this report in an order once it has been either adopted, adopted as amended, or rejected by the Court.

Sincerely yours,

GASSAWAY LAW FIRM, PLLC

Kevin T. Gassaway

KTG:rlt

cc:    Linh Stephens
       Adam Stephens
       Harry Champ
       Gilbert Pilkington



## Procedures signed by Haltiner, Alan M, PHD at 09/27/13 1505

| Author | Haltiner, Alan M, PHD | Service | (none) | Author Type | Psychologist |
|---|---|---|---|---|---|
| Filed | 09/27/13 1505 | Note Time | 09/27/13 1220 | Note Type | Procedures |

Pre-procedure Diagnoses
1 Other convulsions [780 39]

Procedures
1. PSYCHOLOGIC TESTING BY PSYCH/PHYS [96101 (CPT®)]

### PSYCHOLOGICAL TEST REPORT

NAME: Adam Stephens
MRN: XXXXX
DOB: XXXXX
DATE OF EXAM: 9/23 & 27/2013
EVALUATED BY: Alan Haltiner PhD
REFERRED BY: Lisa Caylor, M.D.

### IDENTIFYING INFORMATION

Adam is a 40-year-old right-handed male who was admitted for video-EEG monitoring for purpose of differential diagnoses of episodes of altered behavior that have been suspected to be possible seizures He began having spells 3 years ago and these were undiagnosed until a couple months ago. He initially would have pain in the posterior part of his neck, a feeling of "fluid flash" or a "bubbly sensation" in his head followed by a sense of losing control of himself and fear that he might pass out. Although he actually never did, he would have some intermittent fluctuations in awareness and feeling that his heart was racing. Afterwards he would have a severe headache. He went to the emergency room on a few occasions but each time the focus was on his heart and he was told there was no issue. More recently, he had an event while vacationing in Japan that was witnessed by his wife, and because of increased concern in light of Abson diagnosis, he eventually had a brain MRI in early June that revealed a left amygdalar mass lesion. He was seen by Dr. David Beck, who prescribed low-dose Topamax, presumably due to concern for seizures. However since then he has experienced a sensation of head pressure and feeling somewhat spaced out, while other times feeling more anxious than usual, including having some word finding problems, and due to concerns that these may be medication related, the patient apparently adjusted the dose down and at one point stopped the drug altogether, and since that time he felt that those spacing out experiences have largely resolved. More recently began having a different type of spell occurring quite frequently, up to 20 times per day, that begin with a feeling as though something is about to happen, then feeling somewhat foggy in the head, and then a feeling as though his body is physically dropping down and then he feels paralyzed in his hands and arms, and sometimes the legs. With inability to move yet he states that he is still aware what is happening around him although somewhat foggy and unable to respond. He sought medical care and also went to the ER in Bremerton on September 18 at which time he was loaded with levitiracitam, and then in follow up with his regular doctor he was started on lamotrigine XR and has since increased the dosage of levitiracitam to 1000 mg p.o. b.i.d. and has been continuing to lamotrigine escalation.

According to notes, he has never had a routine EEG in spite of all the treatment for presumed seizures. There is no history of febrile seizures or prior central nervous system infection. He does report having a head injury at the age of about 5 years where he was comatose for about 3 days. There was no surgery and he apparently recovered without incident. There is no family history of seizures.

Past medical history includes hypertension, a popliteal cyst, removal of a chest wall lipoma, umbilical hernia repair. Psychiatric history is denied but he does admit to having anxiety and worries about his health and future given the recent discovery of the tumor for which she was told would be difficult to treat. He says that initial doctors who discovered the lesion seemed to indicate it was a very concerning lesion but he was referred to SNI and the tumor Board reviewed the imaging and medical history and felt that it may be reasonable to just watch with serial imaging unless clinical circumstances were to change in indicate a need to step up and be more aggressive. He reports that he had an MRI scan with contrast showed some enhancement in the region of the tumor and that is something that he worries about because he is concerned that enhancement is a foreboding phenomena of something more malignant. However the MRI that was read

on July 31 noted that the amygdalar lesion could be consistent with a ganglioglioma or possibly a DNET, and the glioma was felt to be less likely, though not ruled out.

He says that he has been more irritable with mood swings since being on anticonvulsant medication and thinks it really came to the surface after starting Keppra.

The patient is married and he lives with his wife, who is a family practice physician at the Bremerton Naval Hospital. He has worked in various careers in the past hypertension he reports that when he was in Oregon he worked in the police force, though notes indicate that more recently he has been serving in the Salvation Army as a finance manager, though presently he is unemployed and is a full-time stay-at-home dad. He and his wife have 2 children including a young infant. He is not driving because of the seizure-like events. He does not smoke or consume alcohol.

The patient consented to the routine psychological testing and reports that he does not feel he is ever done anything like this at anytime in recent years though he thinks that perhaps he may have done something similar possibly for career or vocational reasons sometime in the past, though not for any clinical concern.

## TESTS ADMINISTERED
Minnesota Multiphasic Personality Inventory-2.

## TEST RESULTS
The MMPI profile was completed in its entirety by the patient, without any assistance or input from his wife, while he was undergoing video-EEG monitoring in his hospital room. There were no unanswered items. Inspection of the validity scales shows concerns, however. Namely, there is a very high score on the medical symptom validity indicator (FBS = 90), that suggests increased risk for possible symptom distortion, exaggeration or overreporting or otherwise very atypical and unusual combinations of somatic symptoms as well as possible excessive convictions of disability beyond what might be typically inferred on the basis of objective findings. That being said, it does not rule out the possibility of having legitimate organic or neurologic syndromes, though when seen, often indicates high probability of a functional overlay possibly related to anxiety and somatic hypervigilance, somatization or some other functional basis.

Scores on the MMPI clinical scales show moderate elevations on measures of physical problems and somatic complaints as well as symptoms of depression (Hs=84, Hy=84, D≈80), anxiety (PT=70) and fluctuations in mental status (Sc=79), the later which may reflect his interpretation of his spells but possibly also some underlying worries and fears about losing control of mental and bodily processes. However, it is a level that is a bit beyond what is typically seen in patients with epilepsy and more similar to levels that are often reported by patients with pseudoseizures. Furthermore, the odds of finding pseudoseizures versus epilepsy with this particular MMPI profile is nearly 2:1 in favor of pseudoseizures, with a 66% predicted probability of detecting evidence of nonepileptic spells either alone or in addition to other physiologic problems.

In view of the above findings, the possibility of nonepileptic events should be considered in the list of potential causes for his spells. These findings suggest increased odds that he could have some psychological or behavioral factors contributing to be development or exacerbation of symptoms, so if a thorough neurological workup were to rule out a physiological origin or cause, then these findings could easily support a possible or probable psychogenic disorder or functional overlay. The profile is not so accurate to be able to be diagnostic of pseudoseizures, but if there are monitored episodes that some male logically appear consistent with psychogenic nonepileptic events, these findings would easily support a possible somatoform or functional overlay. However it does not rule out the need to be careful and attempt to exclude any other possible organic causes, because the overall diagnostic accuracy of psychological profiles for distinguishing between psychogenic versus epileptic seizures is only about 75%, with errors occurring one out of 4 times. Thus these findings should be considered suggestive but not confirmatory of a psychological basis for spells.

The above findings were reviewed with the patient, and he was encouraged to try to keep an open mind to the possibility that their could be some element of somatic hypervigilance that could be somewhat akin to panic attacks with heightened somatic reactivity to perceived threats which may be magnified by depression, anxiety and worry. Again, emphasized that my suspicion does not in any way rule out the possibility of some underlying focal dysregulation of threat monitoring and vigilance which the anterior temporal lobes, and amygdala in particular, are known to be involved in. He seemed somewhat open to the possibility of exploring psychological factors further, pending opportunity to discuss this further with other physicians and also

pending possible further evaluation of other potential medical causes. I told him that it would be reasonable to followup with his referring doctors for their opinion about that, and if in the end if further medical evaluation were to come up negative, then that should give reason to elevate psychological possibilities higher on the list and hopefully at that point he will be willing to pursue further psychological evaluation and counseling.

Alan Haltiner, Ph D.

cc     Lisa Caylor, M D

*Total time spent by neuropsychologist on this psychological testing, including time spent interviewing patient face-to-face, administering test, reviewing medical records, analyzing and interpreting test scores, giving feedback to patient and preparing report = 2 hours ( CPT 96101 x2 units).*

Functional Capacity Letter
Premier Disability Services, LLC

Toll Free # 1-855-773-2727
Return Fax # 763-331-0120

### Why This Is Important

The information we ask for on this form will help us and other doctors understand how your patient's illnesses, injuries, or conditions might affect their ability to perform different types of work. Please consider their conditions and circumstances while completing this form. Your time is greatly appreciated.

Adam Stephens

Signature of Patient _____

Release of Information: The use or disclosure of information is limited to purposes directly pertinent to eligibility for Social Security Disability Insurance. I hereby give permission to any person having information relating to my physical health, mental health, or employable status to release such information to Premier Disability Services, LLC and the Social Security Administration if appropriate.

*Diagnosis:* ___Brain tumor of unknown cytology, massive popliteal cyst in knee___

*Prognosis:* ___Unclear at this point. Definitive management for tumor not complete as of yet.___

*Recent Treatments & Dates:* __Multiple scans, blood tests, EEGs since June 2013; knee drainage and surgery 2013.___

*Patient is able to engage in: (check one)*

☒ Unable to work at this time
O Sedentary work – Requiring hand dexterity for fine manipulation and repetitive tasks; Exerting 10 lbs. and/or a negligible amount of force to lift, carry, push, pull, or move objects.
O Light work – Requiring standing in excess of 2 hours without support; exerting up to 20 lbs. occasionally and/or 10 lbs. of force frequently to lift, carry, push, pull, or move objects.
O Medium Work – Exerting 20 to 50 lbs. of force occasionally, and/or 10 to 25 lbs. of force frequently to carry, push, pull, or move objects.

Yet Adam denies memory loss; to compensate he confabulated

*In the above mentioned job, the patient would require accommodation for: (che...*

O Difficulty in Social Interaction  O Direct Supervision  ☒ Memory Loss
O Limited Arm Range of Motion  ☒ Ability to Sit/Stand/Shift at Will
☒ Problems Stooping or Bending  ☒ Balance Issues  O Unscheduled Breaks
O Assistive Walking Device or Brace  O Trouble Following Directions
☒ 3 or More Sick Days per Month

*Describe how the individual's activities of daily living, social functioning, concentration, persistence, or ability to tolerate mental demands and stress are affected by the above mentioned diagnosis.*

Patient suffers from chronic and severe pain in his knee which significantly limits his ability to walk more than 20 yards without debilitating pain causing him to stop. His brain tumor is currently still undergoing evaluation but is clearly expanding in size and leads to random seizure-like spells involving intense headaches and effective loss of any ability to focus for several minutes a time. These spells can happen several times per day and have no known trigger, though stress does seem to precipitate them.

Will your patient's impairments be expected to last at least 12 months? YES _x__ NO ___

Patrick M. Henderson, M.D.
Internal Med o'ne
Medical Corps, United States Navy
NPI: 1477809345

LICENSED PHYSICIAN SIGNATURE
___Patrick Henderson, MD
Printed Name

11MAR2014
DATE
360-475-4206
Phone Number



**Adam Stephens**

It turns out I was wrong!!
They're now going to rush me to see a new neurosurgeon!!
The two bright white round things are actually two more tumors growing in my brain... We're going to try to rush this and hopefully I can see the doctor soon to figure out how the surgery will go or if they think it can be removed without the brain surgery who knows???
I am so scared more then ever...
Last thing I need to hear today!!!!!
I am blessed with great friends and family be safe always......

JANUARY 25, 2016 NEAR TULSA, OKLAHOMA

3                                    28 Comments

Like                              Share

Cancel    **Adam**

## Appointments +

| 08/27/2014 | Vanessa Allison | |
| **14:15** | 5th speech therapy | (i) |

| 08/14/2014 | Vanessa Allison | |
| **10:15** | 2nd speech therapy | (i) |

| 08/12/2014 | Vanessa Allison | |
| **08:30** | Speech therapy session #1 | (i) |

| 08/06/2014 | Maciej Michal Mrugala | |
| **12:00** | Pathology postop | (i) |

| 08/06/2014 | Daniel L Silbergerd | |
| **11:30** | Postop visit brain tumor removal... | (i) |

| 07/31/2014 | Daniel L Silbergerd | |
| **05:30** | Surgery Brain Tumor removal | (i) |

| 07/23/2014 | Harbor View Medical Center | |
| **08:30** | Angiogram | (i) |

| 07/09/2014 | Daniel L Silbergerd | |
| **12:30** | UW Brain surgeon | (i) |

| 06/30/2014 | Daniel L Silbergerd | |
| **08:30** | Brain doc | (i) |

| 06/18/2014 | Patrick Henderson | |
| **09:45** | parking & immunologist referral | (i) |

| 05/28/2014 | Unknown | |

**Print This Page | Close This Window**

Name: Adam Sylvester Stephens | DOB: ✕ MRN: ✕ PCP: Patrick Michael Henderson, MD

# Medical History

This is an overview of your medical history on file with the clinic. Please contact your provider if this information is incorrect or incomplete.

## Medical History

| Diagnosis | When |
|---|---|
| History Of Brain Tumor | |
| Anemia | |
| High Blood Pressure | |
| History Of Headache | |
| Jerky Body Movements | |
| Seizure Disorder | |
| Gout | |
| Intolerant Of Cold | |

## Surgical History

| Procedure | When |
|---|---|
| Dermal | |

## Family Medical History

| Relationship | Health Issue | Comment |
|---|---|---|
| Mother | Aneurysm | |
| Mother | Heart Disease | |
| Mother | Sleep Apnea | |
| Mother | Hyperlipidemia | |
| Father | Diabetes Mellitus | |
| Father | Heart Disease | |
| Father | Stroke | |

Personal Data - Privacy Act 1974 (PL 93-579)    Printed date: 12 Jun 2013@1203
                                                 Page: 1

RADIOLOGIC EXAMINATION REPORT

Patient: STEPHENS,ADAM SYLVESTER                 FMP/SSN:
--------------------------------------------------------------------------------
BREMERTON NH                                     B MRI
Procedure: MRI, NECK ANGIO PG                    Exam Date: 10 Jun 2013@0806
Requested by: HENDERSON,PATRICK M                Status: COMPLETE
Ward/Clinic: B IM1                               Exam #:
                                                 Pregnant:

Reason for Order:
MRI/MRA of brain and neck per stroke protocol.  42 year old Caucasian male
with obesity, HTN, dyslipidemia.  Several episodes of crescendo left upper
neck/lower occipital pain, builds to intolerable level with sudden release
followed by subjective weakness in left upper/lower extremity and severe
global headache.  Noncontrast head CT at prior duty station unremarkable.
Please eval w/ MRI/MRA of brain/neck per stroke protocol, special attention
to posterior circulation.  Suspect atypical migrain versus TIA/vertebral
artery dissection;/occlusion.


Order Comment:
headache syndromes
--------------------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

Multiplanar multisequence MRI imaging of the brain, cerebral and neck
vasculature was performed utilizing standard postcontrast brain, MRA brain and
MRA neck sequences. No other studies are available for comparison purposes.

Written report detailing a normal noncontrast head CT from Naval Hospital
Okinawa dated 12 January 2013 was reviewed.

Findings: This is an abnormal examination.

Within the left mesial temporal lobe there is a fairly large region of
heterogeneous, somewhat a cystic appearing hyperintensity. This involves the
anterior most mesial temporal lobe on the left. There is associated FLAIR
hyperintensity also present within this region. Postcontrast sequences
demonstrate a round 6 mm focus of enhancement within the central portions of
these T2 and FLAIR hyperintensities. The coronal MPR reformatted thin slice
sequences demonstrate to advantage the mesial temporal lobe location and rounded
6 mm enhancing nodule. The nodule enhances to the same degree as other vascular
structures and there is a subtle, narrow neck of enhancement which extends


--------------------------------------------------------------------------------
          STEPHENS,ADAM SYLVESTER          USN FAM MBR AD
                    MALE                    H:7606088006    W:none
          Loc:
          Spon: STEPHENS,LINH TRAN          Rank: LIEUTENAN D:7606088006

RADIOLOGIC EXAMINATION REPORT

Patient: STEPHENS,ADAM SYLVESTER                    FMP/SSN:

----------------------------------------------------------------------

inferiorly and medially towards the left posterior cerebral artery. There is
however no definite connection of this enhancing focus to the left posterior
cerebral artery. Also seen on the coronal MPR views is the suggestion of
expansion of the mesial temporal lobe by this enhancing focus. In comparison to
the right normal appearing choroidal fissure mesial temporal lobe, there appears
to be mass effect upon the left choroidal fissure vice expansion of the
choroidal fissure which would be more suggestive of a vascular lesion. There is
no associated GRE Bloom artifact. No associated restricted diffusion.

T2 vascular flow voids otherwise appear unremarkable. Remaining brain parenchyma
is normal appearance. Brainstem and posterior fossa unremarkable. The ventricles
and sulci are within normal limits. Bony calvarium and surrounding soft tissues
to include the orbits grossly normal.

Angiographic sequences of the brain and neck also are negative for vascular
association of the above noted process although this may be on the basis of slow
flow. There is a separate anterior and posterior circulation. No posterior
communicating arteries are identified. No other possible aneurysmal dilatations
or flow limiting stenoses are identified. The dural venous sinuses appear
patent. The right transverse dural venous sinus is dominant.

Impression: Focal 6 mm enhancing focus involving the left mesial temporal lobe
as described above. Overall appearance is most consistent with a solid enhancing
nodule with surrounding minimal cystic component which expands the mesial
temporal lobe. Differential would include a neoplasm of which ganglioglioma,
oligodendroglioma could have a similar appearance. Solitary metastatic focus is
not excluded although the lack of surrounding edema makes this less likely
Differential would also include a arterial aneurysm as there is a very subtle
tail of enhancement which can be seen to extend towards the left posterior
cerebral artery. Lack of visualization on the MR angiographic phase sequences
makes this less likely as does the overall suggestion of expansion of the mesial
temporal lobe.

The patient presenting symptoms are suggestive of a small aneurysm with
associated bleed however no GRE Bloom artifact is noted. I would still recommend
a dedicated CT angiogram to exclude aneurysm as well as neurosurgical
consultation.

E-mail notification of ordering provider Dr. Henderson was made at this time.


Transcription Date/Time:  10 Jun 201301110




----------------------------------------------------------------------
                STEPHENS,ADAM SYLVESTER         USN FAM MBR AD
                        / MALE                  H:7606088006    W:none
                Loc:
                Spon: STEPHENS,LINH TRAN        Rank: LIEUTENAN D:7606088006
SF519-B         Unit: FLEET HOSPITAL FIVE BREME RR: NHB OUTPT RECS
O/Site Rec Loc: REQ RECS FROM LUKE AFB



(1) a SLEEP W DAD and ▮▮ afraid to talk when around dad 10-08-2020
(2) ▮▮ taught makeup under Adam care by Michelle Le his babysitter and slept same bed
w boyfriend overnight



(3) a Toilet made unusable Bathroom walled off so G⊠ has to use Adam bathroom **11-27-21**

(4) a Toilet of G⊠ blocked FaceTime **11-27-21**



Evidence prepared for PO by mother given to Erica Parks and Dale Warner but they never submitted on 12/08/21 hearing



Evidence prepared for PO by mother given to Erica Parks and Dale Warner but they never submitted on 12/08/21 hearing



Evidence prepared for PO by mother given to Erica Parks and Dale Warner but they
never submitted on 12/08/21 hearing



Evidence prepared for PO by mother given to Erica Parks and Dale Warner but they never submitted on 12/08/21 hearing

Evidence prepared for PO by mother given to Erica
Parks and Dale Warner but they never submitted
on 12/08/21 hearing

Court hearing 06/01/2022 transcript

1   injury and pornographic exposure to Grace is what they

2   alleged and substantiated?

3   A.   I understand those are false allegations and I have not

4   had my due process.  I have not had evidentiary hearing to

5   cross-examine the witness --

6            MR. PILKINGTON:  Your Honor, I'm going to object.

7   It's nonresponsive.

8            THE COURT:  It is nonresponsive.  So, Ms. Stephens,

9   your lawyer is going to have a chance to come back and ask

10   you questions.  It's very careful -- it's very important

11   that you just answer the question that's asked of you.

12   You'll get a chance to tell your version of events later.

13            So the question before you was:  Did you

14   understand the type of allegations, the nature of

15   allegations that they made?  Yes.  Okay.

16            THE WITNESS:  It's outrageous.

17            THE COURT:  You've answered yes, you understood.

18            Next question.

19            And I want to make sure this is clear for the

20   record.  We are on Teams so that the closed captioning will

21   allow Ms. Stephens to read along.  We do not have an

22   open-aired hearing today.  These people that are asking to

23   join I am not letting anyone in other than witnesses.  I

24   just want you to know that this is not in any way recorded

25   and these folks are not in the meeting.  So that is on the



DHS Bridget O'brien the felon inside mother Linh's house in baby James' room clearly with baby's bed, toys/clothes in closet, and more toys upstair, yet in her DHS report, Juvenile court, and DHS safety meeting she said "no bed, no toys, no clothes for baby James". Safety meeting recording are in attached USB memory stick.



G.L.S.' kids account on Netflix and YouTube Kids history screen shot, no movie Taken or porn. Please also see attached Netflix list in USB memory stick



Okay... I am working on getting it set up with Jamie Vogt

Erica Parks • Feb 7, 1:55 PM

I need ASAP appointment with you since front desk said she doesn't know when you will be in office and doesn't know your schedule—Linh Stephens

Jun 7, 10:46 AM

Final text message to Erica Parks, as my final attempt for her to meet me giving her a chance to correct her mistakes, this is after numerous calls to her front desk lady, Erica's cellphone, or Dale's cellphone from myself and from current husband, leaving voicemails. No response even now 07/04/2022.

Primary Care Office/Clinic Note

STEPHENS, LINH - ▮▮▮▮▮

Result type:      Primary Care Office/Clinic Note
Result date:      Thursday, May 19 , 2022 10:56 CDT
Result status:    Auth (Verified)
Result title:     Office (Follow Up) Note
Performed by:     Ransdell DO, Jeremy on Thursday, May 19 , 2022 10:58 CDT
Verified by:      Ransdell DO, Jeremy on Tuesday, May 24 , 2022 21:33 CDT
Encounter info:   ▮▮▮▮▮ , SJC PC ▮▮, ▮▮▮▮▮, ▮▮▮▮▮

Normal Psych Evaluation for Mother Linh by
board certified physician but still labeled as
mentally ill by special judge April Sebiert and
GAL Stephen E. Hale

**NAME: STEPHENS, LINH**
**DOB:** ▮▮ 1984
**Attending:** Ransdell DO, Jeremy
**DOS:** 05/19/2022

**Chief Complaint**
Patient here for follow up.



Sleeping well at night. Good energy levels during the day. Consuming adequate
water daily.

Mental wellbeing screen:
Patient denies depressed mood/hopelessness/suicidal or homicidal ideation/visual
or auditory hallucinations/delusions/excessive worrying or unreasonable
fears/mania/racing thoughts or flights of ideas/intense emotions, excessive
spending, fixated or obsessive thoughts/mood swings/impulsivity or
compulsion/irritability/.
Denies past hx of mental health, and there is no past mental health diagnosis per
chart review. Denies any Family history of mental health. Clinical exam during this
extensive 40 minute-interaction correlates with interview: without any concern for
any mental health issue or any personality disorder.
Physical exam PSYCH: Mood and affect congruent and appropriate. No SI/HI, no
hallucination

**Review of Systems**
General: No Fever, Chills.
Cardio: No Chest pain, Lower extremity edema.
Resp: No Shortness of breath, Cough.
GI: No Nausea, Vomiting, Diarrhea, Constipation, Abdominal pain.
All other systems reviewed and negative.

**Physical Exam**

Vitals & Measurements

Gen: No acute distress, Well-nourished, Appears stated age.
ENMT: No Rhinorrhea. No tonsillar exudates. MM moist.
Neck: Contour non-distorted, thyroid region appropriate size/shape
Cardio: Heart RRR, No murmurs. No peripheral edema.
Resp: Lungs CTAB, No wheezes, rhonchi. normal effort.

**Problem List/Past Medical History**
Ongoing
  GERD (gastroesophageal reflux disease)
  Tinnitus of both ears
Historical
  No qualifying data

**Procedure/Surgical History**
• c section (2019)
• c section (2013)
• Tonsillectomy

**Medications**
Maalox, PO, QID
naproxen, PO
NuvaRing, VAG
pantoprazole 20 mg oral delayed release
  tablet, 20 mg= 1 Tab, PO, DAILY

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
  Use: Denies., 06/05/2016
Substance Abuse
  Denies, 05/19/2022
Tobacco
  Never smoker, 06/05/2016

**Family History**
Hyperlipidemia.: Mother.
Hypertension.: Mother and Grandfather
  (M).

**Care Team**
**Primary Care Physician** - Ransdell DO,
Jeremy

Printed by: Ransdell DO, Jeremy
Printed on: 05/25/22 11:30 CDT

Page 1 of 3

Primary Care Office/Clinic Note

STEPHENS, LINH -

Abdomen: Soft, Non-distended, Non-tender to palpation.
Skin: Warm and dry, No rashes.
MSK: ROM intact BL, No joint redness or swelling.
Neuro: No focal deficits, No muscle wasting.

### Scales and Assessments
SMMSE Total Score: 30 (05/16/22 09:09:00)
Initial Depression Screen Score: 0 (05/16/22 09:08:00)
Depression Screen Interpretation: Negative - (0-4) (05/16/22 09:08:00)
Total Depression Screen Score: 0 (05/16/22 09:08:00)

### Assessment/Plan
Encounter for wellness examination
 - Upon physical examination today, Mrs. Stephens is in good health both
physically and mentally.
 - Screening exams/testing is up to date
 - Health questions and concerns addressed

The below findings were consistent with today's in-person exam and have been
copied over from previous note:
 - Dr. Stephens appears to be in good mental and physical health based upon
screening tests performed, myself, with the patient on 5/16/22 and again
confirmed to be accurate at tos appointment.

 - Sleep hygiene discussed and is appropriate.
 - Screening testing for age range is up to date.

Encounter for general psychiatric examination without need for care
 - PHQ9 testing was negative with score of 0.
 - PCL-5 testing for PTSD was also negative with score of 0.
 - Mini Mental exam was perfect with score of 30/30.
 - GAD 7 was also essentially negative with only a score of 1 (out of a potential
score of 24) due to being positive for several days out of the week having
concerns for something bad happening to her daughter given her uncertainty
about her daughter's safety in her daughter's currently living situation.
 - During my appointment with Dr. Stephens today, she referenced her children
multiple times using language that was both loving and caring. It was obvious to
me that she has a deep connection with both of her children and cares for them a
great deal. Her concerns about the potential emotional harm that her children
would endure via the legal proceedings appeared to be genuine and appropriate.
 - I was unable to find any signs that Dr. Stephens is mentally or emotionally
unstable or unfit to care for her children or herself. I found no abnormalities in her
speech patterns or congruency of thoughts to cause concern for sleep deprivation
or less than adequate brain health.
 - In my medical opinion, Mrs. Stephens is more than capable of caring for her
children and keeping them safe. Her screening test results also agree with this
assessment.
Tinnitus of both ears
 - Will continue with symptomatic treatment
 - Letter of recommendation for accommodations has been completed and is a part
of health record.

Jeremy Ransdell D.O.
Ascension St. John Family Medicine

Printed by: Ransdell DO, Jeremy
Printed on: 05/25/22 11:30 CDT

Page 2 of 3

Memory Screening - Text

STEPHENS, LINH - ✖✖✖✖✖

Result type:          Memory Screening - Text
Result date:          Monday, May 16 , 2022 09:09 CDT
Result status:        Auth (Verified)
Result title:         Mini-Mental State Exam
Performed by:         Sisney, Cameron on Monday, May 16 , 2022 09:09 CDT
Verified by:          Sisney, Cameron on Monday, May 16 , 2022 09:09 CDT
Encounter info:       AMB0039912921, SJC PC Jenks, Ambulatory, 05/16/22 -

### Mini-Mental State Exam Entered On: 05/16/22 09:10 CDT
### Performed On: 05/16/22 09:09 CDT by Sisney, Cameron

**Standardized Mini-Mental State Examination v2**
*SMMSE Orientation :* SMMSE 10
*SMMSE Three Objects :* SMMSE 3
*SMMSE Spell :* SMMSE 5
*SMMSE Objects Remembered :* SMMSE 3
*SMMSE Wristwatch :* SMMSE 1
*SMMSE Pencil :* SMMSE 1
*SMMSE Repeat Phrase :* SMMSE 1
*SMMSE Read and Follow :* SMMSE 1
*SMMSE Write Sentence :* SMMSE 1
*SMMSE Copy and Design :* SMMSE 1
*SMMSE Hand :* SMMSE 1
*SMMSE Folds :* SMMSE 1
*SMMSE Put on Floor :* SMMSE 1
*SMMSE Total Score :* 30

Sisney, Cameron - 05/16/22 09:09 CDT

**Completed Action List:**
* Perform by Sisney, Cameron on Monday, May 16 , 2022 09:09 CDT
* Sign by Sisney, Cameron on Monday, May 16 , 2022 09:09 CDT
* VERIFY by Sisney, Cameron on Monday, May 16 , 2022 09:09 CDT

Printed by:    Ransdell DO, Jeremy
Printed on:    05/16/22 14:27 CDT

Page 1 of 1

GAD - 7 Anxiety - Text

STEPHENS, LINH - 

| | |
|---|---|
| Result type: | GAD - 7 Anxiety - Text |
| Result date: | Monday, May 16 , 2022 09:08 CDT |
| Result status: | Auth (Verified) |
| Result title: | GAD - 7 Anxiety |
| Performed by: | Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT |
| Verified by: | Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT |
| Encounter info: | AMB0039912921, SJC PC Jenks, Ambulatory, 05/16/22 - |

### GAD - 7 Anxiety Entered On: 05/16/22 09:08 CDT
### Performed On: 05/16/22 09:08 CDT by Sisney, Cameron

### GAD - 7 Anxiety

*Feeling nervous, anxious, or on edge :* 0 - Not at all
*Not being able to sleep or control worrying :* 0 - Not at all
*Worrying too much about different things :* 0 - Not at all
*Trouble relaxing :* 0 - Not at all
*Being so restless that it is hard to sit still :* 0 - Not at all
*Becoming easily annoyed or irritable :* 0 - Not at all
*Feeling afraid, as if something awful might happen :* 1 - Several days
*GAD - 7 Anxiety Score :* 1
*If you checked any problems, how difficult have they made it for you to do your work, take care of things at home, or get along with other people?:* Not difficult at all
*GAD - 7 Anxiety Severity :* (0 - 4) Minimal anxiety

Sisney, Cameron - 05/16/22 09:08 CDT

### Completed Action List:
* Perform by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT
* Sign by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT
* VERIFY by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT

Depression Screening Form - Test

STEPHENS, LINH - 

| | |
|---|---|
| Result type: | Depression Screening Form - Test |
| Result date: | Monday, May 16 , 2022 09:08 CDT |
| Result status: | Auth (Verified) |
| Result title: | Depression Screening -AMB |
| Performed by: | Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT |
| Verified by: | Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT |
| Encounter info: | AMB0039912921, SJC PC Jenks, Ambulatory, 05/16/22 - |

**Depression Screening -AMB Entered On: 05/16/22 09:08 CDT**
**Performed On: 05/16/22 09:08 CDT by Sisney, Cameron**

**PHQ Screening**
*Little Interest - Pleasure in Activities :* Not at all
*Feeling Down, Depressed, Hopeless :* Not at all
*Initial Depression Screen Score :* 0
*Complete the Full PHQ Assessment :* No
*Trouble Falling or Staying Asleep :* Not at all
*Feeling Tired or Little Energy :* Not at all
*Poor Appetite or Overeating :* Not at all
*Feeling Bad About Yourself :* Not at all
*Trouble Concentrating :* Not at all
*Moving or Speaking Slowly :* Not at all
*Thoughts Better Off Dead or Hurting Self :* Not at all
*Difficulty at Work, Home, or Getting Along With Others :* Not difficult at all
*PHQ-9 Score :* 0
*Total Depression Screening Score :* 0
*Depression Screen Interpretation :* Negative - (0-4)

Sisney, Cameron - 05/16/22 09:08 CDT

**Completed Action List:**
* Perform by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT
* Sign by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT
* VERIFY by Sisney, Cameron on Monday, May 16 , 2022 09:08 CDT

| | | |
|---|---|---|
| Printed by: | Ransdell DO, Jeremy | Page 1 of 1 |
| Printed on: | 05/16/22 14:27 CDT | |

Linh Stephens    5/16/2022  **PCL-5**                    Jeremy Ramdell

**Instructions:** Below is a list of problems that people sometimes have in response to a very stressful experience. Please read each problem carefully and then circle one of the numbers to the right to indicate how much you have been bothered by that problem in the past month.

| In the past month, how much were you bothered by: | Not at all | A little bit | Moderately | Quite a bit | Extremely |
|---|---|---|---|---|---|
| 1. Repeated, disturbing, and unwanted memories of the stressful experience? | ● | ① | ② | ③ | ④ |
| 2. Repeated, disturbing dreams of the stressful experience? | ● | ① | ② | ③ | ④ |
| 3. Suddenly feeling or acting as if the stressful experience were actually happening again (as if you were actually back there reliving it)? | ● | ① | ② | ③ | ④ |
| 4. Feeling very upset when something reminded you of the stressful experience? | ● | ① | ② | ③ | ④ |
| 5. Having strong physical reactions when something reminded you of the stressful experience (for example, heart pounding, trouble breathing, sweating)? | ● | ① | ② | ③ | ④ |
| 6. Avoiding memories, thoughts, or feelings related to the stressful experience? | ● | ① | ② | ③ | ④ |
| 7. Avoiding external reminders of the stressful experience (for example, people, places, conversations, activities, objects, or situations)? | ● | ① | ② | ③ | ④ |
| 8. Trouble remembering important parts of the stressful experience? | ● | ① | ② | ③ | ④ |
| 9. Having strong negative beliefs about yourself, other people, or the world (for example, having thoughts such as: I am bad, there is something seriously wrong with me, no one can be trusted, the world is completely dangerous)? | ● | ① | ② | ③ | ④ |
| 10. Blaming yourself or someone else for the stressful experience or what happened after it? | ● | ① | ② | ③ | ④ |
| 11. Having strong negative feelings such as fear, horror, anger, guilt, or shame? | ● | ① | ② | ③ | ④ |
| 12. Loss of interest in activities that you used to enjoy? | ● | ① | ② | ③ | ④ |
| 13. Feeling distant or cut off from other people? | ● | ① | ② | ③ | ④ |
| 14. Trouble experiencing positive feelings (for example, being unable to feel happiness or have loving feelings for people close to you)? | ● | ① | ② | ③ | ④ |
| 15. Irritable behavior, angry outbursts, or acting aggressively? | ● | ① | ② | ③ | ④ |
| 16. Taking too many risks or doing things that could cause you harm? | ● | ① | ② | ③ | ④ |
| 17. Being "superalert" or watchful or on guard? | ● | ① | ② | ③ | ④ |
| 18. Feeling jumpy or easily startled? | ● | ① | ② | ③ | ④ |
| 19. Having difficulty concentrating? | ● | ① | ② | ③ | ④ |
| 20. Trouble falling or staying asleep? | ● | ① | ② | ③ | ④ |

PCL-5 (11 April 2018)              National Center for PTSD              Page 1 of 1

**360a**

*Hall's Anchor Of Hope, LLC* 

case # FD-2015-2228

*Amanda Hall, M.Ed., LPC-S*
*2141 W. Concord Circle*
*Broken Arrow, OK, 74012*
☎ *(918) 288 - 0027*
[Hallsanchorofhope@gmail.com](mailto:Hallsanchorofhope@gmail.com)

Jan 23, 2024

## Confirmation of Services Received

To whom it may concern,

    Attached is a list of dates that the child and/or family of Gr. St. received therapeutic services with my office. Both parents have been cooperative with our office and have appeared receptive to insight and education regarding healthier ways to respond to the child given the high conflict family dynamics. Significant growth in the relationship between the child and mother has been observed.

During my direct observation time with the mother and child, I have not observed any physical safety concerns nor have any current safety concerns to report at this time.

Yet special judge April Seibert still refused to return daughter to mother Linh !!!

Respectfully,
  Amanda Hall, LPC-S

- 7/25/2022 - intake w/ mom
- 7/26/2022 - intake w/ dad
- 8/19/2022 - individual w/ child
- 9/2/2022 - individual w/ child
- 9/22/2022 - child & mother
- 10/13/2022- child & mother
- 11/4/2022 - child & mother
- 11/28/2022 - child & mother
- 1/24/2023 - child & mother
- 4/11/2023 - individual w/ daughter
- 4/18/2023 - individual w/ mom
- 5/4/2023 - child & mother

- 6/1/2023 - child & mother
- 6/29/2023 - child & mother
- 7/31/2023 - child & mother
- 8/31/2023 - child & mother
- 9/28/2023 - child & mother
- 10/12/2023 - child & mother
- 11/9/2023 - individual w/ dad
- 11/27/2023 - child & mother
- 12/14/2023 - child & mother
- 1/18/2024 - child & mother

Page 1 of 1

I, Jeri Townsend, in this Affidavit of Facts, declare the following
statements under penalties of perjury to be true and correct to the best
of my personal knowledge and belief, and if called as a witness, I could
competent testify to the matters stated in this document.


December 17,2022
Tulsa County Court System and District Attorney Steve Kunzweiler,
500 S. Denver
Tulsa, Ok 74103


To Whomever Cares About the Children,

I would first like to introduce myself. I am a Family Nurse Practitioner
practicing since 2001, an RN since 1993. As a medical professional, it is
a REQUIREMENT that I report any suspicious concerns or behavior of
child endangerment or abuse. It is the duty of the courts to investigate
my report. That DID NOT happen.

In December of 2021, G.L. Stephens, a child in my neighborhood,
randomly disclosed to me in a private situation that her own father,
Adam Stephens, was putting her in sexually abusive or at the least
sexually concerning situations. She divulged being forced to sleep in his
bed naked, not having a toilet seat or door on her bathroom and sitting
on strange men's laps in the past. She reported he would hit or choke
her dog to punish her. She divulged she was afraid of her dad. Due to
the concerns, I had no choice but to make a report. I contacted CPS and
received a reporting number of 2200561. I was told by the female
intake worker, that I could check on my report usually after 24 hours. I
tried. It did not give me any information. I tried the following day and
no report found. I contacted a friend who works for DHS and she stated
the report was removed. I did not get questioned, contacted by police
or any investigators whatsoever! I did find out a few days later, that G.L.
Stephens was removed from her "Mommy's" (what G.L calls her mom)
care on 12-3-22 removed from her school, Miss Helen's. Imagine my
SHOCK when a child I reported as being in danger with her father was
removed from her "Mommy's" home and placed with her father!!
SERIOUSLY!!!  THIS IS NEGLIGENCE by the court system and if anything
happens to G.L. Stephens in her father's care, I will be sure to testify I
reported her at risk and no one investigated.

Once I realized I was dealing with a corrupt situation, I began to be more frustrated that my testimony was being quashed 100% by G.L. STEPHEN'S OWN ATTORNEY, Stephen E. Hale. He objected to my testimony at every turn which I find beyond contradictory. He should be the one person who is asking me questions, gaining all knowledge and not working hand in hand with the biological father's attorney. It is one thing going through a criminal case and quite another a case designed to PROTECT a child! It would have been much better to put G.L. Stephens in the care of a grandparent, close friend or foster care while these concerns were investigated. In addition, in the transcript, the judge interjected and makes the judged blocked me from answering the questions, specifically interjecting "physical abuse" when the attorney was asking if I made the DHS referral based on sexual abuse. Then once she injected physical, she would not let me answer but to say yes or no which with her interjecting does not read the way it should have for my testimony to be correct. I do not pretend to know the case in its entirety, but I KNOW that her mom is a great mom, protective, loving, supportive, helpful, invests her personal time and works to educate her children doing fun tasks. She is in NO POSSIBLE WAY a threat to G.L. Stephens. In fact, I did not think it was even possible that G.L.Stephens would have had the opportunity to watch the movie of concern, TAKEN. Interestingly, one day it was just starting when I was scrolling through my TV guide in February 2022, so I recorded it and watched it a day or so later on 2/8/22 when my husband was working late. Have you watched it to see if the case makes sense? There is no way G.L. Stephens would know the name of the movie without watching from the beginning and was alertly watching the entire show. There was NO rape in the movie. No way to see rape; inferring a sexual encounter is possible of course. I am clear on what rape is like; you can confirm by reviewing the Tulsa County case I testified in. Praise God Colorado is not corrupt and he will be incarcerated until his death. There is NO rape in the movie! G.L. Stephens did not see a naked scene in the movie, in my opinion because she did not watch it. But, even had she had the opportunity, it did not show rape and is NOT GROUNDS TO REMOVE HER FROM HER LOVING MOTHER or her baby brother. Now there was certainly violence in the movie. It was rated PG-13, not R; however, it did not show what is being alleged. Worst case scenario, they would go through classes and she would be restored to her mom at least 50/50. G.L needs to be with her "Mommy" where she was always happy and

dancing, laughing, playing, singing, drawing, making soap and sharing with neighbors, swimming and all things kids should be doing.

G.L. Stephens in my opinion, would not have known the term "Rape" without being coerced. She was happy, playing, a little girl, drawing, running around with pets including mine at times, laughing and she liked to talk. During her time at my house, dancing around to music, eating and playing with our boxer, Daisy, G.L. Stephens and I spoke about life and divorce. My boys deal with divorce and we talked about what it is like and how different the two homes could be for kids. I even talked about how our boys would play us to get double gifts etc. She laughed sheepishly. In our comparisons, she divulged her fears and concerns of sleeping naked.

I am writing this affidavit because I do not feel like the police or DHS investigated my claims at all. I find this interesting since I am a licensed medical provider for more than 2 decades and an RN for essentially 30. We are not in the business of lying, but of trying to help people to become their healthiest. One thing for sure, G.L. Stephens is not getting justice! Tulsa County is not investigating or protecting her. Allowing corruption has to stop! We need reform. We need our children protected. We need the children's attorney's working only on the child's behalf, investigating for them and NOT working with any side's attorneys!

If you are reading this letter, then you have the power and opportunity to step up and research this case and others like it in Tulsa. You will answer to God Almighty one day about every case you touch. All I am asking for is an investigation, placing G.L. Stephens in an independent site away, from the parents, so she can be free to speak and open up about what has happened to her. Get her to a safe haven. Get her case resolved and back with her family that love her. It has been ONE FULL year since she has seen her grandparents, brother, cousins or family on her Mom's side. Alienation to one side of the family is torture too. You could even require her to have time with her grandparents and brother. They should not have to pay to have time with her. They are not dangerous.

Please remove corrupt actors from G.L. Stephen's case. Please investigate it. Please protect her.

Sincerely,

Jeri Townsend, MS, APRN, FNP-C

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

Sign name: _____

Printed name: <u>Jeri Townsend</u>

The undersigned, a Notary Public in and for said County, in said State, hereby certify that <u>Jeri Townsend</u> whose name is signed to the foregoing instrument, and who is known to me, or provided the following identification document(s) <u>Oklahoma Driver's License</u> subscribed and sworn before me on this day that, being informed of the contents of the instrument, s/he executed the same voluntarily on the day the same bears date.

Dated this 18th day of <u>December</u>, 2022.

_____

NOTARY PUBLIC

My commission expires: 10/28/2025

on # 21014202

[SEAL]



# GENERAL AFFIDAVIT

**STATE OF** Georgia

**COUNTY OF** Gwinnett

PERSONALLY came and appeared before me, the undersigned Notary, the within named James Lovett , who is a resident of Gwinnett County, State of Georgia , and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

DATED this the 15 day of June , 20 20

_James Lovett_
Signature of Affiant

SWORN to subscribed before me, this 15 day of June , 20 20

_____
NOTARY PUBLIC

My Commission Expires:
August 6, 2022

**321a**



# Alliance Wellness South

**2001 Collinswood Drive**
**Snellville Georgia 30078**

(678) 882-2916

Date    06/15/20

This report covers G███ S███ (DOB ████13) who at the first counseling session was 4 year old and started counseling with this therapist, Jim Lovett, from August 2017 to May 2020. During this period of time, G██'s complaints and conversations centered around many subjects of negativity from Adam Stephens (G██'s father), to include but not limited to issues at Adam's residence, how Adam treats Linh Stephens (G███'s mom), how G███ is not allowed to talk to Linh whenever Adam is around, how Adam often forgets important events at school, G███ fearing Adam and expressed her fears of him constantly, how Adam often forgets to bring G███s medications to school, then progressed to G███ having multiple death wishes on her dad "so [she] can run away from 'daddy'."

The first issue has been an ongoing issue since G███'s first therapy session. This issue involves G███ sleeping with Adam in the same bed while naked. At the time, it was advised by myself that G███ be allowed to sleep in her own bed and be weaned off of sleeping with both Adam as well as Linh at their respective residences. Linh Stephens has complied but it appears that as of our last session on 05/01/2020 that G███ still continues to sleep naked with her father Adam. This is a continual growing concern as sleeping with any grown man naked, even a father, is not becoming of a young female almost 7 year old. This issue is of even more concern due to the fact that G███ has mentioned that Adam also sleeps naked. G███ was not able to elaborate on this to help me determine if this meant that Adam slept in underwear or full nude. Nonetheless, this is a continual concern and Adam Stephens refuses to comply. Adam also posted publicly on his facebook account pictures of G███ sitting on many old men's laps, half-naked pictures of G███, G███ with makeup on, G██ being transported in slingshot improperly restrained. G███ also disclosed to me that she has been left alone in semi-truck for many hours by Adam. G███ this year 2020 has repeatedly expressed her continual wishes for Adam to die "so [she] can run away from him without him knowing because [she's] scared of him"

The second issue involves the anxiety that G███ displays when she talks to Linh Stephens via phone or facetime whenever G███ is with Adam. I have reviewed several video recordings of Linh's calls to G███ and it is clear that the child is withdrawn and reserved when Adam is next to G███. Upon discussing the issue with G███, it is clear that G███ is fearful of Adam and displays a very high level of anxiety when discussing this topic. I believe that there is a level of emotional abuse that is occurring from Adam which is causing the child to become more reserved when speaking to Linh within Adam's presence only; outside of Adam's presence, G███s very playful and loving to

page 1 / 3

**322a**

her mother. This is a very clear defense-mechanism and of enormous concern due to the fact that suppressing a child's ability to express herself is extremely detrimental to her emotional stability later in life. It not only affects the child but also affects the mother-daughter dynamic. Of note, G███ has also mentioned multiple times that she would see that Linh is calling but her father Adam would be seen hanging up on Linh's call and wouldn't let G███ talk to Linh.

The third issue that G███ has brought up is that Adam oftentimes will talk bad about Linh or talk about court-related issues in front of G███. G███ has made statements that have been said by Adam to include but not limited to "Linh is not your real mother", "Linh is a liar", "I have caught your mother in a lie", and "your mother doesn't love you". Although I feel that G███ is dealing with this issue extremely well by now, no child should be continually told these things. Upon counseling G███ she understands that these comments from Adam do not represent the truth. These comments do not seem to affect G███'s relationship with her mother at this time, but there is concern for how it affects her relationship with Adam Stephens. This issue causes G███ distress in that G███ must lie and constantly agree with Adam in order to please him while G███ is under Adam's care. This act of pretending that Adam is correct in what he says while knowing that these comments are false causes distress and internal struggles for a child.

The fourth issue that G███ has presented during therapy includes her activities at school during Adam's week and during Linh's week. I do not believe that G███ yet understands that she never has time to participate in fun extracurricular activities while with Linh is because Linh is tasked with doing the homework, reading assignments, and picking up the general slack that has been dropped while G███ is with Adam. G███ often talks about how Adam will "forget" assignments at home, forget books at home, forget important dates for projects, being taken to school on holidays when school is closed, and be dressed wrong for school. She has brought up the fact that she has missed out on activities at school due to being dressed in street clothes when she should have been dressed in uniform. Although grades and being able to participate in activities ultimately have low consequences in passing the class, the emotional and social impact to children of this age are immense. If these activities continue, this will increase the child's risk of being bullied, developing low self-esteem, and overall lack of sense of belonging.

The fifth issue was elaborated by G███ when discussed. The issue involves Linh Stephens accepting G███ from Adam Stephens during hand off, and Linh noticing that G███ smelled of urine. When this subject was brought up to G███, G███ stated that Adam many times would promise her baths with "bath bombs", but when Adam "forgets to pick up bath-bombs", he would proceed to not have G███ bathe for half to a whole week at a time. This is an ongoing issue and not an isolated incident.

The sixth issue that has been brought up by G███ is her questioning if her father Adam loves her or not. When asking her to explain, she has stated that "daddy would often forget to give me my medications, if you loved someone, why would you forget?" I am paraphrasing as I do not recall the exact verbiage used but this comment was made in

reference to when Adam has forgotten to bring pain medication to ▮▮▮'s school after her dental surgery. G▮▮▮ also explains that Adam have oftentimes confused about how much medication to give her for various illnesses.

When discussing the above issues with ▮▮▮ she has always been afraid to discuss openly about Adam at the beginning of each session and made me promise her to "not tell daddy", due to fear that Adam will somehow find out and she "will be spanked with a belt". G▮▮▮ states that Adam always wants her to be happy and nothing else. She fears that if she displays any other emotion, that it would make him upset and spank her. I do not know what triggers have made Adam upset enough to spank the child but G▮▮▮ should never be punished for (1)Loving her mother, (2)Disagreements between Adam and Linh, (3)Displaying normal human emotions such as love, anxiety, sadness, or fear. Adam has been invited to therapy sessions, and during his first visit he was late, proceeded to raise his voice in disagreement to what G▮▮▮ was saying, and adamantly insisted that G▮▮▮ does not need to see a psychologist, and would not stop yelling so I had to remove G▮▮▮ from the room, then asked Adam to calm down but he didn't, so I had Adam removed by threat of police. Adam said he won't show up again because "there is nothing wrong with G▮▮▮"

I could go on, but I hope that the picture that I have presented is enough to clearly show the undue mental, emotional distress, sexual grooming, that Adam exerted on G▮▮▮ and how Adam does not have G▮▮▮s best interests in mind. Adam does not allow the mother to know where or who is babysitting the child, and has done everything he can to undermine the mother-child relationship through deception and negative talk about the mother. Adam does not allow G▮▮▮ to have a healthy mother-daughter relationship and seems to do everything in his power to destroy their relationship, even resorting to violence(spanking) and anger outbursts. In my professional opinion, the father should not have unsupervised visits with his child and the child would further benefit greatly from limited to preferably no interaction with Adam Stephens.

*James Lovett, LPC*

Jim Lovett, MS, LPC





# AFFIDAVIT OF Miss Jayme Wingo-Baker-director of MHPS

To whom it may concern,

My name is Jayme Wingo-Baker, I am the director of MHPS, and I work at Miss Helen's Private school and have done so for over 25 years. Miss Helen's Private School is located at 4849 S Mingo Rd, Tulsa, Ok 74146. As the director of Miss Helen's, I have gotten to know G███ S██████ throughout the past 3 years and see her nearly daily. I have been able to watch her grow and develop into the child she is today since she started school in fall of 2017.

I, Jayme Wingo-Baker, swear that the information in my sworn statement is truthful to the best of my knowledge.

In the years that G███ has gone to Miss Helen's Private School, there have been several occasions where there were safety concerns while G███ was under the care of Adam Stephens. Upon dad speaking to the school, the term "full custody" was what Adam shared with us he had in 2017 when G███ enrolled for school. As in any case, we ask for a copy of documentation of custody decree, which then was provided, and showed there was "SHARED custody", since divorced, per divorce degree 01/2016. - The following are recurrent patterns of behaviors the last couple of years since G███ got to Miss Helens in 2017.

1. Semi truck - during the fall of 2019, Adam Stephens was very late in picking up G███ from school. Upon arriving to school, he parked his semi-truck on the main road as the truck was too large to fit into the parking lot. Adam called into the school to have G███ escorted to the semi-truck where Adam was parked. Transporting a child in such a vehicle is inappropriate and unsafe in my opinion.

During the months that the students were required to stay at home due to the corona virus, we continued class work through the Zoom app. During Adam's weeks, our staff would often see G███ riding in the cab of a truck without her coursework. We are not sure if this is the Semi-Truck as we cannot see the exterior of the vehicle, but we have continued concern that G███ is indeed being transported in the semi truck. This is a serious concern to our staff at Miss Helens.

2. Poor hygiene and improper dress - during a week that G███ was in the care of Adam Stephens, the school noticed that G███ was wearing the same clothes for nearly a week. This is not an isolated occurrence as she is often seen in poorly fitting, faded, and in clothes that are in poor repair. Mother has brought up if the staff at the school has noticed if G███ has ever smelled of urine during Adam's week, we have not, but we have noticed that G███ has poor hygiene during Adam's week. Additionally, another employee of Miss Helen's, Miss Tara Worley, who takes care of G███ before school, every morning since 2017, often notices that G███ appears at school with dirty clothes or improperly dressed for the day. Miss Tara would often see G███ appear at school during cold weather days without the proper cold weather clothes. This is a moderate concern for neglect.

3. Medical Neglect - 10/25/2018, following G███'s dental surgery, Adam dropped G███ off at school without G███'s pain medications. For most of the day, G███ was in so much pain that she was not able

to tolerate regular school activities. By lunch time, G█████ was in continued discomfort and could not eat lunch secondary to jaw pain. The school was not able to get a hold of Adam in order to get G████'s pain medications. Linh and X█████ were contacted and ultimately X█████ was able to bring in medications with instructions for G████'s pain.

1/13/2020 - G█████ was brought to school with a sinus infection. The school was not supplied with the proper medication nor was the school given instructions concerning her illness. Mother was contacted and was able to supply the school with the proper medications and dosages for each medication.

 I, Jayme Wingo-Baker, swear that the information in my sworn statement above is a complete representation of the facts to the best of my knowledge.

# AFFIDAVIT OF Miss Susie Panzer

To whom it may concern,

My name is Susie Panzer, I am a 1st grade teacher for Miss Helen's Private school and have done so for 18 years. Miss Helen's Private School is located at 4849 S Mingo Rd, Tulsa, Ok 74146. As the 1st grade teacher, I get to have close interaction with G███ daily for the majority of the school day. I have been G███'s teacher from August 2019 and continue to be until she starts the 2nd grade in August 2020.

I, Susie Panzer, swear that the information in my sworn statement is truthful to the best of my knowledge.

In the 10 months that I have gotten to teach G███, there have been many school related concerns concerning Adam Stephens.

1. Failure to complete reading assignments - our children are given a yearly goal of 50 books to read at home and test in school. I do not recall the exact number but the majority, >90%, of the books read and passed this year were during mother's weeks. From January until current, there has been 41 books read and only 2 of which were during Adam's week. The attached document highlights the days in which G███ is with Adam and the days in which she is with her mother Linh. As outlined, most of the reading assignments fall on the days that G███ is with Linh.

2. Poor parental participation - at Miss Helen's all our children are extremely bright and the staff at Miss Helens strive to push our kids to do the best that they can do. As such, we assign course work to bring home on a weekly basis with the expectation that the child's parents will assist in homework as well as other assigned activities.

> a. September 9, 2019 - During Adam's week, Adam failed to attend a parent/child conference with the school.
> b. December 12, 2020 - Adam no show to G███'s Christmas performance.
> c. January 20, 2020 - Adam Stephens failed to attend G███'s parent teacher conference. To date, it does NOT appear that Adam has attended any parent teacher conference.
> d. March 31, 2020 - during Adam's week, Adam failed to pick up homework packet. Packet was given to mother the following week to finish and return.
> e. March 31 - April 3, 2020 - During Adam's week, G███ failed to attend any of her 3 of 3 zoom meetings.
> f. April 3, 2020 - during Adam's week, Adam failed to turn in and present G███'s science project. This was a semester long project and multiple reminders were sent in the weeks leading up to presentation day.
> g. April 13 to 17, 2020 - during Adam's week, G███ failed to attend 4 of 4 of her assigned Zoom classes.
> h. April 21 2020 - Adam's homework packet is returned with numerous mistakes, unfinished pages, and questions answered that did not follow written instructions.

    i.   May 5 2020 - homework turned in with multiple packets incomplete during Adam's week. Unfinished packets given to mother to finish.

    j.   from March 2020 to current - Adam has failed to complete assigned online homework during all of his weeks to include IXL Math assignments, All The Right Type typing practice, and Coding practice. Of note, in this time frame, Adam also failed to complete several weeks of Spelling city and spelling tests. The weeks that G█████ completed the spelling assignments, records show that she completed all assignments, practice test, and spelling test in less than 12 minutes. It usually takes students an average of 2 hours to complete. It is highly unlikely that G█████ would have been able to complete these assignments in that timeframe.

    k.   Disclaimer - there are too many examples of incomplete work, improperly done work, failure to return homework, failure to return books, and lost books to mention. This pattern of poor parental participation from Adam Stephens is an ongoing issue since the beginning of 1st grade.

3. Tardies - dated 8/27/2019, 10/7/2019, 10/10/2019, 10/14/2019, and 10/23/2019 were all Adam's weeks. The date 10/14/2019 is technically Mother's week but Adam was responsible for dropping off G█████ on that Monday to school.

4. Improper dress - at Miss Helen's, we often send out reminders to parents in the form of weekly newsletters, special event reminders, and text messages. We remind parents to dress children for specific activities such as outdoor water play, swimming lessons, field trips, and picture day. If children do not dress appropriately, they do not get to participate.

    a)   January 21, 2020 - Adam did not dress G█████ in uniform for picture day. Another student's uniform had to be used.

    b)   March 6, 2020 - Adam forgot to dress G█████ in uniform for field trip day. Linh and Xuyen were called but both were >30min from home and would not have made it home on time to deliver clothes. A fellow student's parents let G█████ borrow clothes for the field trip.

    c)   There are numerous other days that Adam has improperly dressed G█████ for school that were not properly documented.

I, Susie Panzer, swear that the information in my sworn statement above is a complete representation of the facts to the best of my knowledge.



*S. is proud of her diary started by psychologist Carrie Short to process her emotions & even showed it to Jim Lovett & her school director Jayme; is NOT forced to write it by anyone —unlike Bridget the DHS liar's testimony—G.S. even called Bridget a liar*

**309a**





# <u>GENERAL AFFIDAVIT</u>

**STATE OF** Oklahoma

**COUNTY OF** Tulsa

PERSONALLY came and appeared before me, the undersigned Notary, the within named MORIS LACA , who is a resident of Tulsa County, State of Oklahoma , and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

· See attached

DATED this the 19 day of December , 20 21

Moris Laca
_____
Signature of Affiant

SWORN to subscribed before me, this 19 day December , 20 21

_____
NOTARY PUBLIC

Kristy Fox
State of Oklahoma
Notary Public

My Commission Expires:
3/31/26

**312a**

To Whom It May Concern,

My name is Moris Laca, MD. I am a physician who knows Dr. Linh Stephens, DO, for 2+ years now as we both have worked in the VA hospital system and were connected through our supervisor Dr. Tuana Diep. When I heard Linh is falsely accused of being abusive to her kid I can guarantee you 100% that she is not abusive; it is more likely a misunderstanding of communication between an 8-year-old girl and CPS social worker and child ad litem who are not qualified child-psychiatrists. As a doctor I know kids at this age does not have full understanding of words and can use words incorrectly and only a forensic child psychiatrist should be interpreting anything that seemed to be out of character for any mom, and especially if a child is taken from a loving mom's care to foster home in the first place. I strongly recommend a forensic child psychiatrist to be involved to set things right for G███ so she can be free from her true abuser who is G██'s father. G███ needs to be with the most respected and admired mom that all of us at the VA have known. I find it unacceptable that G██ is not granted the right to speak in front of the court to provide her own testimony of who the real abuser is.

Linh is a very good mom who is loving, protective of G███'s innocence, protective of G███'s mental and emotional health; everyone else in the neighborhood, at school, at work, at church knows it and can testify to it. My wife and I would totally trust our children in Linh's care any day any time. She lives a very clean and God-fearing life. Her house has YouTube Kids, Netflix Kids profile for G███ & ███████, and parental supervision at all times; she doesn't even have cable nor DVD player. G███ always sings about loving Ryan because of Ryan's Toys Review YouTube channel that she often watches. Linh's house is full of toys for both G███ and baby ███████, in their individual rooms and overflown to even upstairs. Baby███ is so blessed to have his own room, gets to sleep in a big bed with his mom, and to have grandma come visit often.

G██ wrote in her diary about her life, with her handwriting matching her homework, and writing without being forced using Hey google or Siri to spell for her. My wife and I saw G███ via Facetime writing her diary in the background many times while we were talking to her mom, and G██ was happy to write her diary because it lessens her stress from being abused during daddy's week as instructed by her child psychologists. There is no way G██ would be crying about writing diary in November 2021 when her last entry was 5 months ago June 2021. My wife and I listened to all the songs that she sang so beautifully and spontaneously on 12/01/2021 about how much she loves her mom. She was excited to get to speak to a judge directly and no longer be abused by her dad until DHS took her away from her loving mom.

I heard about the false allegation against Linh's mental health. I can guarantee you that no one is more mentally stable than Linh. Her ex-husband is the one that is likely mentally unstable to be so abusive to his daughter with hard evidences and with child-psychologists and schoolteacher and school director affidavits.

Sincerely,

Moris Laca

Moris Laca, M.D.

12/19/2021

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:                    )
                                          )
Linh Tran Stephens,                       )   Case No. FD-2015-2228
         Petitioner,                      )   Docket C
vs.                                       )   Judge April Seibert
                                          )
                                          )
Adam Sylvester Stephens,                  )
         Respondent.                      )

AFFIDAVIT

STATE OF OKLAHOMA      )
                       )   ss.
COUNTY OF TULSA        )

I, Linh Stephens, being first duly sworn, state:

I have personal knowledge of the facts as stated in the Counter Motion for Modification of Custody/Visitation filed contemporaneously herewith and state that they are true and correct to the best of my knowledge.

1. That on or about mid-November 2021, my daughter, G.L.Stephens, born on July 24, 2013, informed me that her father Adam Sylvester Stephens SR, Respondent herein, choked her dog again in front of her to almost dead that she had to hit her dad to rescue her dog, and that she is afraid that she may die if he was to choke her next.

2. That my daughter stated that her dad tried to choke the cat also but was not able because the cat has sharp claws.

3. That my daughter stated that her dad used corporal punishment on her by slapping her in her face and other various body parts, including her arms and stomach. The minor child reports that this has gotten worse in frequency.

4. That my daughter also stated to me that she wants her dad to die and that she wants to be free from her dad.

5. That my daughter further reported that her father continues to force her to sleep naked in bed with him while he sleeps naked beside her. The minor child was an eight (8) and a-half year old female and sleeping naked with her father, also naked, is inappropriate.

6. That my daughter further informed me that she is scared to go back to see her dad.

7. That despite a Court Order called "Conduct Order" in summer 2020, and my numerous requests for Respondent to stop sleeping naked with daughter, to use other forms of discipline other than physical discipline of the minor child, Respondent has continued to sleep naked and physically discipline the minor child.

8. That I called the police 11/23/21 and made reports: Owasso Police Report # 2021-2553, Tulsa Police Report 2021-060000.

9. That I called DHS and made a referral and my DHS referral number is 2199067.

10. That I am unable to prevent the Respondent from subjecting the minor child to this abuse and I am fearful that irreparable harm will occur to the minor child.

11. After judicial deception and fraud-on-the courts by Respondent and false witness Bridget O'brien without factual/believable evidence other than hearsays which are not acceptable as evidence per federal and state evidentiary rules, Respondent successfully isolated the child to himself for abuses by taking the child completely from mother, from stable school, from pediatrician (medical doctor for kids), from grandparents, from Vietnamese heritage relatives, from church, from known child psychologists who have active licenses and should continue to be seeing child for mental/emotional abuse by father, NOT by mother.

12. Respondent custodial interfered by delaying scheduling therapeutic visits for mother and it took almost 9 months for him to start first visit with mother and only after mother filed motions and had a hearing about custodial interference 08/19/2022.

13. Child said to the therapist during therapy she wanted to see mother, and as a result, the visit commenced 09/22/2022. This proved that DHS Bridget O'brien/Menser and public defender Sadie Temple lied about the child, putting words into the child's mouth, skipping due process by not ordering child forensic interviews that should be recorded by video to be reviewed by both opposing parties. We all know that child has never said "I never want to see my mother again"). During 11/28/22 visit in front of therapist and mother, child denied that she ever said "I never want to see my mother again", denied that mother made her watch any naked scenes, denied that she knows what "rape" means, and denied ever watching any movie with a man standing behind a boy hurting him–proven that DHS felon Bridget O'brien maliciously lied against child and against mother. Child also made crafts which she wrote in permanent marker during the session and gave to me to bring home and we took a picture "by G____ [G.L.S. name] I love u guys and I will always remember you [exclamation mark with hearts]. [heart] U J___ (brother), Man, and mommy Linh from i G____ [G.L.S. name], see Exhibit 2.

14. During these therapeutic visits, child has always came in from father's sole-custody with bruises on her foreheads and she was forced to lie about the bruises so her father won't beat her, she said "soccer ball" which wouldn't explain why 2 spots on both sides of head and looks like being smacked with a hand than a soccer ball because I am a physician I know what soccer ball bruise looks like. Other times, a bruised child lied out of fear of her father "I fell onto cement while running" but without any abrasions or scabs, strictly swelling from being smacked with a hand, see Exhibits 1-2, highly suspicious of continued **physical abuse** as reported by child herself and reported by others. Child is always with greasy hair but now with dandruff (untreated) because of not begging allowed to take showers for weeks at a time in the same pattern as before under father's care; this is **unkempt** and **hygiene neglect**, see Exhibit 3. Child was infected with fungus on face ("tinea" which is the white spots), but father did not treat them at all and it worsened every week, used to have one spot and now all over face; this is continued **medical neglect**, see Exhibit 4.

15. This Affidavit is in compliance with 43 O.S. S 107.4.

FURTHER AFFIANT SAITH NOT.

FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative PO-2021-4059, DF-120612, CI-120848, DF-120847, DF-120849, Responses to Respondent's Application for Indirect Contempt Citation Child-Support and to Respondent's Motion to Modify Custody/Visitation, and Petitioner's Counter-Motion to Modify Custody/Visitation and to Order Paternity Test

315a

## VERIFICATION 12 OS 246

STATE OF OKLAHOMA⌉
⌡ ss
COUNTY OF TULSA ⌡

I, **Linh Stephens**, am a woman/mother and Petitioner in this case, I have read the contents within the foregoing document, and state under the penalty of perjury under state laws that the statements/allegations/pleadings set forth therein are true and correct to the best of my knowledge and belief,

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Linh Stephens
A woman, a mother,
I reserve all my rights without prejudice,

**SUBSCRIBED** and sworn to before me this 28 day of November , 2022

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**NOTARY PUBLIC**

My commission expires: 9/9/2026

[SEAL]



FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative PO-2021-4059, appeal DF-120819, CI-120818
Responses to Respondent's Application for Indirect Contempt Citation Child-Support and to Respondent's Motion to Modify
Custody/Visitation, and Petitioner's Counter-Motion to Modify Custody/Visitation and to Order Paternity Test            316a            21



Exhibit 1 - contusions/swellings on forehead
under father's temporary sole legal & physical custody

09/22/22
1st therapeutic Visit

10/13/22 visit therapeutic



Exhibit 2 - more abrasions/swelling/bruising forehead under father's temporary sole legal & physical custody



10/13/22 therapeutic visit

Exhibit 3 - hygiene neglect by father's sole cutosty

Dandruff + Oily Hair
@dad's house rarely shower
as always



11/04/22 visit therapeutic fungus

Exhibit 4 - medical neglect by father's sole custody

Tinea untreated by father

# GENERAL AFFIDAVIT

STATE OF _Washington_

COUNTY OF _Kitsap_

PERSONALLY came and appeared before me, the undersigned Notary, the within named _CARL & HELEN ~~<~~ JOHNSON_ , who ~~is a~~ are residents of _KITSAP_ County, State of _WASHINGTON_ , and makes this ~~his/her~~ their statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of ~~his/her~~ their knowledge:

(Insert Statement)
see attached

DATED this the 29th day of _MAY_ , 20 20

_Carl Johnson_ _Helen Stark_
Signature of Affiant

SWORN to subscribed before me, this 20th day _MAY_ , 20 20

B MERLENE COOPER
NOTARY PUBLIC

My Commission Expires:
03-18-2024

RE: Linh Tran Stephens and Adam Sylvester Stephens, Sr.

To Whom It May Concern:

We are Carl and Helen Johnson, who were part of the church family of both Adam and Linh Stephens from March 2013 – July 2015, when they attended Peninsula Bible Fellowship, located in Bremerton, WA.  I (Carl) was an Elder of the church at that time, and I (Helen) was, and continues to be the Executive Director of the Pregnancy Resource Services of Kitsap County.

As witnesses of Linh and Adam's interaction, and being involved closely in their lives, we witnessed how Linh single-handedly had to handle her whole household, from working full-time at the ER/Urgent Care, being pregnant (3rd trimester), paying bills, doing chores at home, and running errands because Adam had seizures and many random episodes of "spacing out" and "losing track of time", something he confided with other couples at Bible studies, and asked for prayers for healing. During this time period, Adam was also very open to his medical condition and spoke freely about his struggles with seizures and inability to do many tasks of daily living.

Linh, on the other hand, was forced to carry the weight of her husband without any support from family (who were all in Texas). Because of our friendship with Linh and Adam, we were aware of the struggles Linh faced with caring for Adam. Once Linh gave birth to G█████ the burden became even more acute. Given Adam's inability to work, and his frequent outbursts of anger due to medical issues, Linh not only had concerns for herself, but increasing concerns for G████s safety. Despite frequent outbursts, anger, and threats of physical abuse, Linh continued to stay with Adam to help take care of him and his deteriorating health.

Due to poor financial decision making by Adam, Adam and Linh were forced to move into an 18-foot trailer, which he kept across the sound (e.g. Puget Sound) from where Linh worked. Linh and Adam originally lived in a 3-bedroom house, but due to Adam's excessive spending and recreational activities, he spent them into massive debt which resulted in the couple having to live in the trailer. We were convinced that this tiny trailer was no place to raise a baby. The trailer is far too cramped to have a safe sleep area for a baby as co-sleeping has very high risks of sudden infant death, suffocation, or strangulation. There was no room for a crib, rocker, play pen, or safe area for a baby. This is a condition that I (Helen) would be compelled to counsel my clients to avoid if at all possible, as this is NOT a safe place to raise a baby.

Adam eventually agreed to bring the trailer to our side of the sound which is closer to Linh's work place, and did his best to care for G████ during the day. By this time, we realized that Linh needed a more stable living arrangement, and we offered to have her and G████ come live with us. We offered our home for Linh and G████ because Linh would often be kept up by Adam's outbursts. His outbursts would continue through the night and would keep both Linh and G████ up.

When Linh got off work, she would rush home to the trailer to see G████ and once G████ was asleep, and Adam was about to fall asleep, Linh would drive back to our house with G████ When Linh brought G████ to our house from Adam's trailer, we would find that G████s diaper was rarely changed. We would find that she would often have severe diaper rashes and she looked to have not been cared for throughout the day.

During this period of time, on several occasions, Adam would inform Linh that he was going to take G▇▇ with him on trips to Oregon, California, and Arizona against Linh's will or pleadings. It seemed to us that this was extremely risky, and it certainly disregarded G▇▇'s well-being, especially being separated from her mother. It was additionally risky due to Adam's inability to take care of himself due to frequent seizures. We were aware that Adam would frequently have seizures where he would lose track of time for hours at a time, sometimes lasting 6 hours, where he would sit and stare into space. With this knowledge, we did not understand how he intended on taking care of G▇▇ full-time, without Linh's help, and without our and Linh's supervision.

Despite our concerns and pleadings, Adam did ultimately have guardianship over G▇▇, and we the Johnson's did not.

Since these trips were random and spontaneous, it wasn't unusual for Adam to suddenly show up at our house, without any advanced notice, and drop G▇▇ off saying that he can't *"handle G▇▇"*, and that G▇▇ *"stressed him out too much"*, and then immediately leave. He would drop G▇▇ off without any supplies, nor would he offer any assistance to insure that she would be properly taken care of. He would give us the baby with whatever G▇▇ had on her back and leave. At that point, Linh would have to find a babysitter on her own without Adam's help. (NOTE: The babysitter was either a church friend, us, or her Vietnamese friend.) Adam would proceed to abandon G▇▇ with us and Linh, and disappear from their lives for weeks to months at a time. Since we had heard Adam make comments that he had difficulty handling G▇▇, we had concerns (during his trips) when we and Linh were not available for him to drop G▇▇ off. We had concerns that he would find random strangers to take care of this young child. We had concerns that he would lock her in the trailer while he drives in the Jeep due to annoyance and inability to handle her. We had concerns that he would abandon her on the road because she would stress him out too much. In the end, we are blessed that the people he decided to abandon G▇▇ with was with us, the Johnsons.

G▇▇ was well taken care of during Linh's work by either us or a hired babysitter. Linh herself, despite a short night of sleep, would drive G▇▇ to the babysitter's house, and then pick G▇▇ up herself after work. Adam was nowhere in sight during these times. He was not able to be reached via email or phone during his trips for weeks or months at a time.

To the best of our recollection, these are the events and circumstances we observed during this period of time in the lives of Linh, Adam, and G▇▇.

Sincerely,

*Carl Johnson*
Carl Johnson

*Helen Johnson*
Helen Johnson

*WHY the unconstitutional sealing of records petitioned by GAL Stephen E Hale and signed by special judge April Sebiert overruling my many Objections? Simply to hide the truth and their collusions, corruption, and heinous crimes! Look how there was never any forensic exam for child despite demanded by mother Linh*

**12-21-2021  APLI**

APPLICATION FOR AN EMERGENCY CUSTODY ORDER
Document Available (SEALED DOCUMENT)

**12-21-2021  O**

EX PARTE ORDER FOR APPEARANCE OF WITNESS
Document Available (#1051151124)  TIFF   PDF

**12-22-2021  P**

PETITION FOR DISCLOSURE OF SAFETY ANALYSIS RECORDS AND APPEARANCE OF WITNESS
Document Available (#1051146159)  TIFF   PDF

**12-22-2021  CTFREE**

BRUCE, TAMMY (FOR DOCKET C): ORDER FOR PRODUCTION OF RECORDS TO THE COURT FOR JUDICIAL
REVIEW AND NOTICE OF HEARING SIGNED;

**12-27-2021  O**

ORDER FOR PRODUCTION OF RECORDS TO COURT FOR JUDICIAL REVIEW AND NOTICE OF HEARING
Document Available (#1050800526)  TIFF   PDF

**01-03-2022  CTFREE**

SPARKMAN, RODNEY: ORDER TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER SIGNED AS TO
CORNELL LAW FIRM;

**01-04-2022  CTFREE**

SPARKMAN, RODNEY: PROTECTIVE ORDERS PO-21-3843 & PO-21-4059 CONTINUED TO 1-18-22 3:00 PM IN-
PERSON;

**01-06-2022  CTFREE**

DOCKET C: THE COURT IS IN RECEIPT OF CONFIDENTIAL DHS RECORDS;

**01-07-2022  OAWD**

ORDER ALLOWING WITHDRAWAL AS ATTORNEY OF RECORD FOR PETITIONER
Document Available (#1051143439)  TIFF   PDF

**01-12-2022  CTFREE**

SPARKMAN, RODNEY: ORDER AUTHORIZING RELEASE AND DISCLOSURE OF RECORDS, AND FOR
PROTECTIVE ORDER SIGNED;

DHS RECORDS CHECKED OUT TO GIL PILKINGTON;

**01-12-2022  O**

ORDER AUTHORIZING RELEASE AND DISCLOSURE OF RECORDS AND FOR PROTECTIVE ORDER
Document Available (#1051141043)  TIFF   PDF

**01-13-2022  CTFREE**

DOCKET C: DHS RECORDS RETURNED;

**01-18-2022  CTFREE**

DOCKET C: DHS RECORDS CHECKED OUT TO ERICA PARKS;

**01-18-2022  CTFREE**

SPARKMAN, RODNEY: TODAY'S SHOW CAUSE HEARING IS PASSED TO 2-3-22 3:00 PM IN-PERSON DUE TO
POSITIVE COVID TEST AND POSSIBLE COVID EXPOSURE; PROTECTIVE ORDERS PO-21-3843 & PO-21-4059
ARE CONTINUED TO 2-3-22;

**01-27-2022  CTFREE**

DOCKET C: DHS RECORDS RETURNED;

**02-08-2022  CTFREE**

DOCKET C: COURT CLOSURE DUE TO INCLEMENT WEATHER; THE 2-3-22 SHOW CAUSE HEARING IS
PASSED TO 2-22-22 10:00 AM IN-PERSON;

**02-11-2022  MO**

MOTION FOR EXTENDED FORENSIC EVALUATION
Document Available (#1051649469)  TIFF   PDF

**02-15-2022 CTFREE**

SPARKMAN, RODNEY: ORDER SETTING HEARING ON PETITIONER'S MOTION FOR EXTENDED FORENSIC EVALUATION SIGNED/SET 3-21-22 4:00 PM IN-PERSON;

**02-17-2022 MO**                                                STEPHENS, LINH TRAN

MOTION TO SUBSTITUTE COUNSEL
Document Available (#1051651386) TIFF    PDF

**02-17-2022 EAA**                                               STEPHENS, LINH TRAN

ENTRY OF APPEARANCE
Document Available (#1051651382) TIFF    PDF

**02-22-2022 CTFREE**

DOCKET C: TODAY'S SETTING IS PASSED DUE TO SCHEDULING CONFLICTS; NEW DATES CIRCULATING; PROTECTIVE ORDERS TO BE CONTINUED TO NEW AGREED UPON DATE;

**02-25-2022 CTFREE**

DOCKET C: THE COURT HAS MOVED THE 2-22-22 SHOW CAUSE HEARING TO 3-21-22 AT 4:00 PM IN-PERSON;

**02-25-2022 CTFREE**

SPARKMAN, RODNEY: ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL SIGNED;

**02-28-2022 OSH**

ORDER SETTING HEARING ON PETITIONER'S MOTION FOR EXTENDED FORENSIC EVALUATION
Document Available (#1051654006) TIFF    PDF

**03-01-2022 CTFREE**

DOCKET C: DHS RECORDS CHECKED OUT TO CHANDLER MOXLEY;

**03-01-2022 OG**                                                STEPHENS, LINH TRAN

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL
Document Available (#1051654733) TIFF    PDF

**03-16-2022 MO**

PETITIONER'S MOTION FOR ORDER FOR THE APPEARANCE OF DHS WITNESS
Document Available (#1051987074) TIFF    PDF

**03-17-2022 CTFREE**

SEIBERT, APRIL: EX PARTE ORDER FOR APPEARANCE OF WITNESS SIGNED;

**03-18-2022 O**

EX PARTE ORDER FOR APPEARANCE OF WITNESS
Document Available (#1051987562) TIFF    PDF

**03-21-2022 MO**

MOTION TO WITHDRAW PETITIONER'S AMOTION FOR EXTENSIVE FORENSIC EVALUATION
Document Available (#1051987866) TIFF    PDF

**03-21-2022 CRF**                                                                        $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS

**03-21-2022  CTFREE**

SEIBERT, APRIL; PETITIONER PRESENT (IN-PERSON) REPRESENTED BY CHANDLER MOXLEY PRESENT (VIA TEAMS); RESPONDENT PRESENT REPRESENTED BY GIL PILKINGTON (BOTH PRESENT IN-PERSON); GAL STEPHEN HALE PRESENT (VIA TEAMS); PD SADIE TEMPLE PRESENT (IN-PERSON); COURT REPORTER KYLIE MAYES;

PD SADIE TEMPLE HAS A CONFLICT WITH ONE OF THE PETITIONER'S WITNESSES; TODAY'S SETTING WILL BE RESCHEDULED; PUBLIC DEFENDER'S ORAL MOTION TO WITHDRAW IS GRANTED; ORDER TO BE SUBMITTED FOR COURT SIGNATURE;

NEW DATE SET 6-1-22 9:30 AM; DHS WITNESSES RECOGNIZED BACK; ALL PARTIES REQUIRED TO APPEAR IN PERSON AND TO WEAR MASKS IN THE COURTROOM;

THE ISSUE OF VISITATION IS ADDRESSED ON THE RECORD; PROFESSIONALLY SUPERVISED THERAPEUTIC VISITATION IS ALLOWED AT PETITIONER'S EXPENSE SUBJECT TO REALLOCATION; COUNSEL TO SUBMIT 3 NAMES EACH IF UNABLE TO AGREE ON SUPERVISOR;

COURT TO CONTACT ATTORNEY MEGAN BECK TO CONFIRM SHE WILL BE ABLE TO ACCEPT ASSIGNMENT OF COURT APPOINTED ATTORNEY FOR THE MINOR CHILD; EMAIL SENT;

**03-21-2022  ACCOUNT**

RECEIPT # 2022-4335338 ON 03/21/2022.
PAYOR: GILBERT PILKINGTON TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
FD-2015-2228: $20.00 ON AC01 CLERK FEES.

**03-22-2022  CTFREE**

DOCKET C: PER EMAIL DATED 3-22-22, MEGAN BECK IS ABLE TO ACCEPT ASSIGNMENT AS COUNSEL FOR THE MINOR CHILD;

**03-30-2022  CTFREE**

SEIBERT, APRIL: ORDER ALLOWING PUBLIC DEFENDER TO WITHDRAW AS COUNSEL FOR MINOR CHILDREN AND ORDER APPOINTING CONFLICT ATTORNEY SIGNED; PUBLIC DEFENDER'S OFFICE TO WITHDRAW AND MEGAN BECK APPOINTED TO REPRESENT THE MINOR CHILD;

**04-05-2022  APLI**

APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD
Document Available (#1051985528) TIFF   PDF

**04-07-2022  O**

ORDER ALLOWING PUBLIC DEFENDER TO WITHDRAW AS COUNSEL FOR MINOR CHILDREN AND ORDER CONFLICT ATTORNEY
Document Available (#1051974833) TIFF   PDF

**04-29-2022  CTFREE**

SEIBERT, APRIL: THE COURT ORDERS JAIME VOGT AS THE THERAPIST; PARTIES NOTIFIED VIA EMAIL;

**05-05-2022  EAA**                              STEPHENS, LINH TRAN

ENTRY OF APPEARANCE AND CONSENT TO ELECTRONIC SERVICE
Document Available (#1052420651) TIFF   PDF

**05-05-2022  MO**

PETITIONER'S MOTION TO RE-ENROLL THE MINOR CHILD IN SCHOOL AND REQUEST FOR EXPEDITED HEARING
Document Available (#1052420647) TIFF   PDF

**05-06-2022  CTFREE**

SEIBERT, APRIL: THE COURT NOW APPOINTS REGINA UNDERWOOD AS THE THERAPIST DUE TO A CONFLICT WITH JAIME VOGT;

**05-06-2022  CTFREE**

SEIBERT, APRIL: ORDER ALLOWING WITHDRAWAL SIGNED AS TO THE LINDSEY LAW FIRM FOR PETITIONER;

**05-09-2022   O**

ORDER ALLOWING WITHDRAWAL
Document Available (#1052418796) TIFF    PDF

**05-10-2022   CTFREE**

SEIBERT, APRIL: ORDER SETTING EXPEDITED HEARING ON PETITIONER'S MOTION TO RE-ENROLL THE
MINOR CHILD IN SCHOOL SIGNED/SET (ADDED TO) 6-1-22 9:30 AM IN-PERON;

**05-13-2022   OSH**

ORDER SETTING EXPEDITED HEARING ON PETITIONER'S MOTION TO RE-ENROLL THE MINOR CHILD IN
SCHOOL
Document Available (#1052421844) TIFF    PDF

**05-25-2022   MO**

PETITIONER'S MOTION FOR WITNESS TO APPEAR VIA VIDEOCONFERENCE FOR SHOW CAUSE HEARING
Document Available (#1052416888) TIFF    PDF

**05-27-2022   LT**

LETTER TO JUDGE
Document Available (#1052416400) TIFF    PDF

**05-31-2022   LT**

LETTER FROM PUNISHED 4 PROTECTING, INC
Document Available (#1052417373) TIFF    PDF

**05-31-2022   CTFREE**

SEIBERT, APRIL: ORDER GRANTING PETITIONER'S MOTION FOR WITNESS TO APPEAR VIA
VIDEOCONFERENCE FOR SHOW CAUSE HEARING SIGNED;

**05-31-2022   MO**

OBJECTION TO PETITIONER'S MOTION FOR WITNESS TO APPEAR VIA VIDEOCONFERENCE FOR SHOW
CAUSE HEARING
Document Available (#1052417318) TIFF    PDF

**05-31-2022   CTFREE**

SEIBERT, APRIL: PETITIONER PRESENT REPRESENTED BY CHANDLER MOXLEY (BOTH VIA TEAMS); THE
COURT CALLS AN EX PARTE HEARING WITH RESPECT TO COURT ACCOMMODATIONS; COURT REPORTER
CHRISTY SMITH PRESENT;

ONE WITNESS SWORN TESTIMONY HEARD; COURT ACCOMMODATION OPTIONS DISCUSSED ON THE
RECORD;

**05-31-2022   RESP**

RESPONSE TO PETITIONER'S MOTION TO RE-ENROLL THE MINOR CHILD IN SCHOOL AND REQUEST FOR
EXPEDITED HEARING
Document Available (#1052417420) TIFF    PDF

**06-01-2022   CTFREE**

SEIBERT, APRIL: PETITIONER PRESENT REPRESENTED BY CHANDLER MOXLEY; RESPONDENT PRESENT
REPRESENTED BY GIL PILKINGTON; GAL STEPHEN HALE PRESENT; PD MEGAN BECK PRESENT; COURT
REPORTER TAMI MORSE PRESENT; SHOW CAUSE HEARING CONDUCTED IN-PERSON;

SWORN TESTIMONY HEARD; EMERGENCY CUSTODY ORDER CONTINUED; BOTH PROTECTIVE ORDERS
(PO-21-3843 & PO-21-4059) CONTINUED; STATUS SET 10-18-22 9:30 AM;

BOTH PARTIES ARE ORDERED TO COMPLETE PSYCHOLOGICAL EVALUATIONS; CHILD IS TO BE ENROLLED
IN INDIVIDUAL THERAPY AT FATHER'S EXPENSE, SUBJECT TO REALLOCATION; MOTHER IS ALLOWED
THERAPEUTIC VISITATION AT MOTHER'S EXPENSE, SUBJECT TO REALLOCATION;

PARTIES MAY PETITION FOR A REVIEW ONLY AFTER BOTH PSYCHOLOGICAL EVALUATIONS ARE COMPLETE
AND AT LEAST 60 DAYS OF CONTINUED THERAPEUTIC VISITATION;

DHS RECORDS RETURNED TO THE COURT;

ATTORNEY PILKINGTON TO PREPARE ORDER FOR COURT SIGNATURE;

**06-02-2022  O**

ORDER GRANTING PETITIONER'S MOTION FOR WITNESS TO APPEAR VIA VIDEOCONFERENCE FOR SHOW
CAUSE HEARING
Document Available (#1052616895) TIFF   PDF

**06-16-2022  APLI**

UNAPPOSED APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER
Document Available (#1052620313) TIFF   PDF

**06-21-2022  T**

ORIGINAL TRANSCRIPT OF PROCEEDINGS MARCH 21, 2022
BEFORE THE HONORABLE APRIL SEIBERT
TULSA, OKLAHOMA

REPORTED BY:
KYLE MAYES
PROVISIONAL COURT REPORTER
TULSA COUNTY COURTHOUSE
500 SOUTH DENVER AVENUE, ROOM 371
TULSA, OKLAHOMA 74103

**06-27-2022  EAA**

ENTRY OF APPEARANCE - PRO SE
Document Available (#1052623397) TIFF   PDF

**06-27-2022  NOF**

NOTICE OF FILING
Document Available (#1052623437) TIFF   PDF

**06-27-2022  T**

ORIGINAL TRANSCRIPT OF PROCEEDINGS HAD ON JUNE 1, 2022
BEFORE THE HONORABLE APRIL SERIBERT

APPEARANCES:
FOR THE PETITIONER:
CHANDLER MOXLEY
ATTORNEY AT LAW
2642 E. 21ST STREET, #240
TULSA OKLAHOMA

FOR THE RESPONDENT:
GIL PILKINGTON
ATTORNEY AT LAW
406 SOUTH BOULDER AVENUE
TULSA OKLAHOMA

GUARDIAN AD LITEM:
STEPHEN HALE
ATTORNEY AT ALW
320 SOUTH BOSTON AVENUE, STE. 825A
TULSA OKLAHOMA

ATTORNEY FOR THE MINOR CHILD:
ATTORNEY AT LAW
320 SOUTH BOSTON AVENUE, STE. 718
TULSA OKLAHOMA

**07-06-2022  CTFREE**

SEIBERT, APRIL: COURT ORDER OF JUNE 1, 2022 SIGNED;

**07-08-2022  O**

COURT ORDER OF JUNE 1, 2022
Document Available (#1052628078) TIFF   PDF

**07-14-2022  MO**

MOTION TO EVALUATE CHILD SUPPORT TAKING INTO ACCOUNT THE ORIGINAL DECREE 01/06/2016, MEDICAL AND DENTAL EXPENSES PAID AND RESPONDENT'S CONTEMPT OF COURT DATED 07/07/2020 RE CHILD SUPPORT
Document Available (#1052629645) TIFF   PDF

**07-15-2022  CTFREE**

SEIBERT, APRIL: ORDER SETTING HEARING SIGNED/SET 8-30-22 11:00 AM, IN-PERSON, COURTROOM #378; PETITIONER'S MOTION TO EVALUATE CHILD SUPPORT, ET AL.; PARTIES WERE TO HAVE SUPPLIED CURRENT INCOME TO EACH OTHER BY 6-10-22; AS THE COURT HAS NOT RECEIVED A CHILD SUPPORT COMPUTATION, THE COURT WILL SET A HEARING TO DETERMINE CHILD SUPPORT;

**07-18-2022  CRF**                                                                    $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS

**07-18-2022  OSH**

ORDER SETTING HEARING
Document Available (#1052630029) TIFF   PDF

**07-18-2022  ADJUST**                                                                 $ 0.50

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**07-18-2022  ACCOUNT**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$0.50

**07-18-2022  ACCOUNT**

RECEIPT # 2022-4382228 ON 07/18/2022.
PAYOR: CARDHOLDER/VISA TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
FD-2015-2228: $19.50 ON AC01 CLERK FEES.
FD-2015-2228: $0.50 ON AC09 CARD ALLOCATIONS.

**07-21-2022  CTFREE**

SEIBERT, APRIL: ORDER ALLOWING WITHDRAWAL SIGNED AS TO CHANDLER MOXLEY FOR PETITIONER;

**07-25-2022  OAWD**

ORDER ALLOWING WITHDRAWAL
Document Available (#1053055881) TIFF   PDF

**07-28-2022  OAWD**

ORDER ALLOWING WITHDRAWAL
Document Available (#1052625952) TIFF   PDF

**08-01-2022  MOCON**

MOTION FOR CONTINUE HEARING
Document Available (#1053058097) TIFF   PDF

**08-01-2022  TEXT**

PETITIONER'S EXHIBITS 1 & 2 HEARD BEFORE APRIL SEIBERT ON 6-1-22 - ENVELOPE

**08-03-2022  MO**

PETITIONER'S MOTION TO STOP CONTINUAL CUSTODIAL INTERFERENCE BY RESPONDENT AGAINST PETITIONER
Document Available (#1053059593) TIFF   PDF

**08-03-2022  MO**

PETITIONER'S MOTION TO COMPEL PAY STUBS, 2021 TAZ RETURN, AND HOUSING FRINGE BENEFITS
Document Available (#1053059589) TIFF   PDF

**08-04-2022  CTFREE**

SEIBERT, APRIL: ORDER SETTING HEARING ON PETITIONER'S MOTION TO COMPEL SIGNED/SET (ADDED TO) 8-30-22 11:00 AM; ORDER SETTING HEARING ON PETITIONER'S MOTION TO ENFORCE SIGNED/SET 8-19-22 9:00 AM IN-PERSON;

**08-04-2022  OSH**

ORDER TO SET HEARING
Document Available (#1053060076) TIFF   PDF

**08-04-2022  OSH**

ORDER SETTING HEARING
Document Available (#1053060080) TIFF   PDF

**08-04-2022  DORNJT**                                                                                          $ 200.00

DESIGNATION OF RECORD NON-JURY TRIAL
Document Available (#1051977330) TIFF   PDF

**08-04-2022  NO**

NOTICE OF APPEAL
Document Available (#1051977329) TIFF   PDF

**08-04-2022  PIE**

PETITION IN ERROR
Document Available (#1051977331) TIFF   PDF

**08-04-2022  ADJUST**                                                                                          $ 5.00

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**08-04-2022  ACCOUNT**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING
AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$5.00

**08-04-2022  ACCOUNT**

RECEIPT # 2022-4388834 ON 08/04/2022.
PAYOR: STEPHENS/LINH TOTAL AMOUNT PAID: $ 200.00.
LINE ITEMS:
FD-2015-2228: $195.00 ON AC01 CLERK FEES.
FD-2015-2228: $5.00 ON AC09 CARD ALLOCATIONS.

**08-08-2022  RESP**

RESPONDENT'S RESPONSE TO: MOTION TO EVALUATE CHILD SUPPORT TAKING INTO ACCOUNT THE
ORIGINAL DECREE 01-06-2016, MEDICAL AND DENTAL EXPENSES PAID AND RESPONDENT'S CONTEMPT
OF COURT DATED 07/07/2022 RE CHILD SUPPORT
Document Available (#1053060428) TIFF   PDF

**08-08-2022  RESP**

RESPONDENT'S RESPONSE TO PETITIONER'S MOTION TO STOP CONTINUAL CUSTODIAL INTERFERENCE
BY RESPONDENT AGAINST PETITIONER
Document Available (#1053061051) TIFF   PDF

**08-08-2022  MO**

MOTION TO CONTINUE HEARING OF APPEAR VIRTUALLY
Document Available (#1053061055) TIFF   PDF

**08-09-2022  CTFREE**

SEIBERT, APRIL: ORDER ALLOWING VIRTUAL APPEARANCE SIGNED; ATTORNEY GIL PILKINGTON TO
APPEAR VIA MS TEAMS;

**08-10-2022  OBJ**

OBJECTION TO RESPONDENT'S CONTINUANCE OF PETITIONER'S MOTION TO STOP CONTINUAL
CUSTODIAL INTERFERENCE BY RESPONDENT AGAINST PETITIONER
Document Available (#1053061424) TIFF   PDF

**08-10-2022  O**

ORDER ALLOWING VIRTUAL APPEARANCE
Document Available (#1053062028) TIFF   PDF

**08-10-2022  CRF**                                                                                          $ 20.00

COURT REPORTER FEE-TRIAL ON MERITS

**08-10-2022 ADJUST**        $ 0.50

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**08-10-2022 ACCOUNT**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$0.50

**08-10-2022 ACCOUNT**

RECEIPT # 2022-4390757 ON 08/10/2022.
PAYOR: CARDHOLDER/VISA TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
FD-2015-2228: $19.50 ON AC01 CLERK FEES.
FD-2015-2228: $0.50 ON AC09 CARD ALLOCATIONS.

**08-11-2022 CER**

CERTIFICATE OF APPEAL - DF-120612
Document Available (#1051977341) TIFF   PDF

**08-11-2022 RESP**

RESPONSE TO PETITION IN ERROR
Document Available (#1053062234) TIFF   PDF

**08-11-2022 TEXT**

COUNTER-DESIGNATION OF RECORD FOR APPEAL FROM DISTRICT COURT
Document Available (#1053062242) TIFF   PDF

**08-12-2022 CTFREE**

SEIBERT, APRIL ORDER RESETTING THE 8-30-22 HEARING SIGNED/SET 9-9-22 9:00 AM;

**08-18-2022 OSH**

ORDER SETTING HEARING
Document Available (#1053268273) TIFF   PDF

**08-19-2022 CTFREE**

SEIBERT, APRIL: PETITIONER PRESENT PRO-SE (IN-PERSON); RESPONDENT PRESENT REPRESENTED BY GIL PILKINGTON (BOTH VIA TEAMS); GAL STEPHEN HALE PRESENT; COURT REPORTER BRENDA COALWELL PRESENT;

SWORN TESTIMONY HEARD FROM 3 WITNESSES; PETITIONER'S MOTION TO ENFORCE IS DENIED;

**08-22-2022 CERTS**

CERTIFICATE OF SERVICE
Document Available (#1053269011) TIFF   PDF

**08-23-2022 TEXT**

COMPLAINT AND NON COMPLIANCE WITH REGARDS TO THE ABOVE REFERENCED CASE
Document Available (#1053268760) TIFF   PDF

**08-23-2022 R**

REPLY TO APPELLE'S MOTION TO DISMISS "PETITION IN ERROR"
Document Available (#1053063624) TIFF   PDF

**09-07-2022 R**

REPLY TO "RESPONDENT'S RESPONSE TO MOTION TO EVALUATE CHILD SUPPORT TAKING INTO ACCOUNT ORIGINAL DECREE 01-06-2016, MEDICAL AND DENTAL EXPENSES PAID AND RESOPNDENT'S CONTEMPT OF COURT DATED 07-09-2022 RE CHILD SUPPORT'; MOTION TO SANCTION RESPONDENT; MOTION TO CONSOLIDATE "INDIRECT CONTEMPT CITATION FROM STATE OF OKLAHOMA TO RESPONDENT 07-09-2020" AND "BENCH WARRANT TAKEN UNDER ADVISEMENT COMBINE ISSUE WITH TRIAL ON MERITS 07-29-2020" WITH UPCOMING HEARING 09-09-2022 FOR MOTION TO EVALUATE CHILD SUPPORT ET. AL.
Document Available (SEALED DOCUMENT)

**09-07-2022 COPY**        $ 27.50

COPIES CHARGED

| | | |
|---|---|---|
| **09-07-2022 ADJUST** | | $ 0.69 |

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**09-07-2022 ACCOUNT**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$0.69

**09-07-2022 ACCOUNT**

RECEIPT # 2022-4400117 ON 09/07/2022.
PAYOR: LINH STEPHENS TOTAL AMOUNT PAID: $ 27.50.
LINE ITEMS:
FD-2015-2228: $26.81 ON AC01 CLERK FEES.
FD-2015-2228: $0.69 ON AC09 CARD ALLOCATIONS.

**09-08-2022 CTFREE**

DOCKET C: PER EMAIL DATED 9-8-22 AND COURT APPROVAL, STEPHEN HALE AND MEGAN BECK DO NOT NEED TO APPEAR FOR THE 9-9-22 SETTING;

**09-09-2022 CTFREE**

SEIBERT, APRIL: PETITIONER PRESENT PRO-SE; RESPONDENT PRESENT REPRESENTED BY GIL PILKINGTON; COURT REPORTER CHRISTY SMITH; SETTING CONDUCTED IN PERSON;

ISSUE IS SET FOR A 1-HOUR EVIDENTIARY HEARING ON 10-14-22 9:00 AM; THE 10-18-22 STATUS CONFERENCE ON PO-21-3843 & PO-21-4059 IS MOVED TO THE 10-14-22 DATE;

**09-16-2022 RESP**

RESPONDENT'S RESPONSE TO REPLY TO "RESPONDNENT'S RESPONSE TO MOTION TO EVALUATE CHILD SUPPORT TAKING INTO ACCOUNT ORIGINAL DECREE 01-06-2016, MEDICAL AND DENTAL EXPENSES PAID AND RESPONDENT'S CONTMEPT OF COURT DATED 07/09/2022 RE CHILD SUPPORT"; MOTION TO SANCTION RESPONDNENT; MOTION TO CONSOLIDATE "INDIRECT CONTEMPT CITATION FROM STATE OF OKLAHOMA TO RESPONDENT 07/09/2022 AND "BENCH WARRANT TAKEN UNDER ADVISEMENT COMBINE ISSUE WITH TRIAL ON MERITS 07/29/2020" WITH UPCOMING HEARING 9/9/2022 FOR MOTION TO EVALUATE CHILD SUPPORT ET. AL.
Document Available (#1053274757) TIFF   PDF

**09-28-2022 P**

PETITION TO DISCLOSURE DHS RECORDS AND REPORTS OF GUARDIAN AD LITEM
Document Available (#1053280282) TIFF   PDF

**10-03-2022 CTFREE**

SEIBERT, APRIL: ORDER ALLOWING RECORDS TO BE SHARED SIGNED;

**10-03-2022 MOD**

MOTION TO DISMISS PROTECTIVE ORDER PO-2021-4059 FILED FRIVOLUSLY BY RESPONDENT; REQUEST FOR SANCTION AGAINST RESPONDENT; RESPONSE TO "RESPONSE TO PETITIONER'S MOTION TO RE-ENROLL MINOR CHILD IN SCHOOL
Document Available (SEALED DOCUMENT)

**10-04-2022 O**

ORDER ALLOWING RECORDS TO BE SHARED
Document Available (#1053281292) TIFF   PDF

**10-07-2022   T**

ORIGINAL TRANSCRIPT OF PROCEEDINGS HELD ON THE 19TH DAY OF AUGUST, 2022 BEFORE THE HONORABLE APRIL SEIBERT SPECIAL JUDGE

APPEARANCES:

PETITIONER APPEARING PRO SE.

GIL PILKINGTON, 406 S BOULDER AVE. SUITE 415, TULSA, OK, 74103, APPEARING ON BEHALF OF THE RESPONDENT.

STEPHEN HALE, 320 S. BOSTON AVE. SUITE 1026, TULSA, OK, 74103, APPEARING AS THE GUARDIAN AD LITEM.

REPORTED BY BRENDA COALWELL, SR, RPR, TULSA COUNTY COURTHOUSE, 500 S. DENVER, TULSA, OK 74103.

| | | |
|---|---|---:|
| **10-11-2022   CRF** | | $ 20.00 |

COURT REPORTER FEE-TRIAL ON MERITS

**10-11-2022   TEXT**

LIMITED (SPECIAL) POWER OF ATTORNEY
Document Available (#1053743243) TIFF   PDF

| | | |
|---|---|---:|
| **10-11-2022   ADJUST** | | $ 0.50 |

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**10-11-2022   ACCOUNT**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$0.50

**10-11-2022   ACCOUNT**

RECEIPT # 2022-4412349 ON 10/11/2022.
PAYOR: STEPHENS/LINH TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
FD-2015-2228: $19.50 ON AC01 CLERK FEES.
FD-2015-2228: $0.50 ON AC09 CARD ALLOCATIONS.

**10-13-2022   TEXT**

COURT OBSERVER NON PARTY WITNESS AFFIDAVIT FOR LINH
Document Available (#1053744933) TIFF   PDF

**10-13-2022   CTFREE**

SEIBERT, APRIL: ORDER AUTHORIZING RELEASE AND DISCLOSURE OF RECORDS, AND FOR PROTECTIVE ORDER SIGNED;

**10-14-2022   O**

ORDER
Document Available (#1051977580) TIFF   PDF

**10-14-2022   CTFREE**

SEIBERT, APRIL: PETITIONER PRESENT PRO-SE; RESPONDENT PRESENT REPRESENTED BY GIL PILKINGTON; COURT REPORTER TAMI MORSE PRESENT; SETTING CONDUCTED IN-PERSON;

TESTIMONY HEARD FROM TWO WITNESSES; EVIDENCE PRESENTED; THE COURT WILL ISSUE A RULING WITHIN 14 DAYS;

BOTH PROTECTIVE ORDERS ARE CONTINUED; 1-DAY TRIAL SET ON PROTECTIVE ORDERS, PO-21-3843 & PO-21-4059 12-20-22 10:00 AM;

**10-14-2022   O**

ORDER AUTHORIZING RELEASE AND DISCLOSURE OF RECORDS AND FOR PROTECTIVE ORDER
Document Available (#1053744215) TIFF   PDF

**10-17-2022  CTFREE**
SEIBERT, APRIL: CHILD SUPPORT ORDER SIGNED; CHILD SUPPORT COMPUTATION SIGNED; FILE-STAMPED
COPIES MAILED TO PARTIES;

**10-17-2022  O**
CHILD SUPPORT ORDER
Document Available (#1053744428) TIFF    PDF

**10-17-2022  CSCC**
CHILD SUPPORT COMPUTATION
Document Available (#1053744424) TIFF    PDF

**10-17-2022  CRF**                                                                    $ 20.00
COURT REPORTER FEE-TRIAL ON MERITS

**10-17-2022  TEXT**
DECLARATION OF PETITIONER'S EARNINGS THE LAST 2 YEARS AS NON-SALARY NON-WAGE
EARNER/SMALL BUSINESS OWNER/1099 WORKER AFTER BEING LAID OFF SALARY-JOB IN SEPT 2020;
DECLARATION OF OTHER PARENT'S SALARY INCOME
Document Available (SEALED DOCUMENT)

**10-17-2022  TEXT**
ADDENDUM TO "MOTION TO DISMISS PROTECTIVE ORDER PO-2021-4059 FILED FRIVOLOUSLY BY
RESPONDENT; REQUEST FOR SANCTION AGAINST RESPONDENT; RESPONSE TO 'RESPONSE TO
PETITIONER'S MOTION TO RE-ENROLL MINOR CHILD IN SCHOOL'" FILED ON 10-03-2022
Document Available (SEALED DOCUMENT)

**10-17-2022  ADJUST**                                                                 $ 0.50
ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**10-17-2022  ACCOUNT**
ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING
AMOUNTS:
FD-2015-2228: AC01 CLERK FEES -$0.50

**10-17-2022  ACCOUNT**
RECEIPT # 2022-4414408 ON 10/17/2022.
PAYOR: STEPHENS/LINH TOTAL AMOUNT PAID: $ 20.00.
LINE ITEMS:
FD-2015-2228: $19.50 ON AC01 CLERK FEES.
FD-2015-2228: $0.50 ON AC09 CARD ALLOCATIONS.

**10-18-2022  RESP**
RESPONDENT'S RESPONSE TO MOTION TO DISMISS PROTECTIVE ORDER PO-2021-4059 FILED
FRIVOLOUSLY BY RESPONDENT; REQUEST FOR SANCTION AGAINST RESPONDENT; RESPONSE TO
PETITIONER'S MOTION TO RE-ENROLL MINOR CHILD IN SCHOOL
Document Available (#1053744705) TIFF    PDF

**10-19-2022  OBJ**
OBJECTION TO CHILD SUPPORT ORDER AND MOTION FOR RE-CALCULATION: NOTICE OF ADDRESS
REITERATION
Document Available (SEALED DOCUMENT)

**10-19-2022  MO**
MOTION FOR DISSMISSAL OF GAURDIAN AD-LITEM AND CHILD'S ATTORNEY, AND STRIKING FROM
RECORD THE BIASED, FRADUALENT GAL REPORT WRITTEN BY STEPHEN E. HALE
Document Available (SEALED DOCUMENT)

**10-20-2022  MO**
GUARDIAN AD LITEM'S MOTION TO STRIKE OR IN THE ALTERNATIVE, MOTION TO SEAL PLEADING
Document Available (#1053063462) TIFF    PDF

**10-20-2022  CTFREE**

SEIBERT, APRIL: THE COURT IS IN RECEIPT OF THE PETITIONER'S OBJECTION TO CHILD SUPPORT ORDER AND MOTION FOR RE-CALCULATION; NOTICE OF CHANGE OF ADDRESS REITERATION; ALSO, MOTION FOR DISMISSAL OF GUARDIAN AD LITEM AND CHILD'S ATTORNEY;

MOTIONS ARE DENIED;

**10-20-2022  CTFREE**

SEIBERT, APRIL: ORDER SIGNED;

**10-21-2022  MO**

MOTION TO SEAL
Document Available (#1053746168) TIFF    PDF

**10-21-2022  O**

ORDER
Document Available (#1053745954) TIFF    PDF

**10-21-2022  NO**

NOTICE OF APPEAL
Document Available (#1053063427) TIFF    PDF

**10-25-2022  MO**

OBJECTION TO ADAM STEPHEND'S MOTION TO SEAL LINH STEPHENS' FULLY-CAREFULLY-REDACTED MOTIONS TO VIOLATE LINH STEPHENS RIGHTS AND TO HIDE THE TRUTHS
Document Available (#1053744866) TIFF    PDF

**10-25-2022  MO**

MOTION FOR REMOVAL OF ALL GUARDIAN AD-LITMES AND CHILD'S ATTORNEYS
Document Available (#1056016831) TIFF    PDF

**10-26-2022  CTFREE**

SEIBERT, APRIL: ORDER SIGNED; FILE-STAMPED COPIES MAILED TO PARTIES;

**10-27-2022  CTFREE**

JUDGE APRIL SEIBERT: MOTION TO SEAL NOT GRANTED. NO STATUTORY AUTHORITY IS LISTED IN MOTION AS BASIS TO SEAL COURT GRANTS LEAVE TO AMEND THE MOTION.

**10-31-2022  LT**

LETTER
Document Available (#1053749208) TIFF    PDF

**10-31-2022  O**

ORDER
Document Available (#1053749212) TIFF    PDF

**11-01-2022  CTFREE**

SEIBERT, APRIL: ORDER RELATING TO COURT COSTS SIGNED; COSTS SHALL BE RECONSIDERED AT NEXT HEARING;

DOCUMENT(S) PLACED IN PRO-SE OUTBOX, 3RD FLOOR FAMILY COURT LOBBY, FILE FOLDER "S"; PETITIONER TO PICK UP PAPERWORK AND FILE SIGNED ORDER ON THE 2ND FLOOR;

**11-01-2022  MO**

MOTION TO SEAL - AMENDED
Document Available (#1053749595) TIFF    PDF

**11-02-2022  CTFREE**

SEIBERT, APRIL: ORDER FOR SELECT RECORDS TO BE SEALED SIGNED;

**11-02-2022  OBJ**

OBJECTION TO MOTION TO SEAL - AMENDED RE LINH STEPHENS' ALREADY-REDACTED MOTIONS TO VIOLATE LINH STEPHENS' RIGHTS TO HIDE THE TRUTHS AND FACTUAL, BELIEVABLE EVIDENCE
Document Available (#1056016839) TIFF    PDF

**11-02-2022**    TEXT

OBJECTION TO MOTION TO SEAL - AMENDED RE LINH STEPHENS' ALREAD-REDACTED MOTIONS TO
VIOLATE LIN STEPHENS' RIGHTS TO HIDE THE TRUTHS AND FACTUAL, BELIEVABLE EVIDENCE
Document Available (#1056016835) TIFF    PDF



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF.                )
                                       )
LINH TRAN STEPHENS,                    )   Case No. FD-2015-2228
          Petitioner,                  )   Docket C
vs.                                    )   Judge April Seibert
                                       )
ADAM SYLVESTER STEPHENS,               )
          Respondent.                  )



FILED
DISTRICT COURT
NOV 0 7 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

---

### RENEWED "DECLARATION OF PETITIONER'S EARNINGS THE LAST 2 YEARS AS NON-SALARY NON-WAGE EARNER/SMALL BUSINESS OWNER/1099 WORKER AFTER BEING LAID OFF SALARY-JOB IN SEPT 2020" (NOT QUIT, NOT FIRED, THUS APPROVED UNEMPLOYMENT BY CHEROKEE NATION); LEAVING OUT OTHER PARENT'S SALARY/INFO SO NO NEED TO SEAL THIS RECORD

---

#### AFFIDAVIT

I, Linh Tran Stephens, a living woman, with the title the *Petitioner* in the cases *FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative/abusive PO-2021-4059, factual DF-120612* makes her statements in this Affidavit upon oath and affirmation of belief that the following matters, facts, events, and things set forth are true and correct to the best of her knowledge and belief. and under penalties of perjury.

1   I trust that this Court will not unrighteously impute my income when the opposing counsel has NOT filed such a motion to impute my income ever and also has NOT successfully proven that I was "purposely underemployed". On the contrary I have proven Respondent purposefully underemployed and/or underreporting his income by not filing his 1099 taxes, while continuing to renew his CDL license (Adam is a 22+ years experienced semi truck driver and heavy-truck tower, where the average earning for any with just 10 year of experience is $190,000 to $225,000 per year per different resources Indeed or Glassdoor). If this Court plan to, I respectfully request for a hearing in front of a jury under common law (because this involves hundreds of thousands of dollars that the Respondent took from me the Petitioner and now wanted to breach our contract and trying to make me/Petitioner pay child support again a second round). I would like to have my peers and witnesses. as I reserve all of my *6th Amendment Rights*, where all false allegations against me have to be proven beyond all reasonable doubt and the public will need to know about Adam and his attorney's attempt to breach of contract to fraudulenty double dipping child-support.

2.  Additionally, I respectfully request sanction Respondent for his attempt for **breach of contract** of the original Oregon Decree which Respondent and I agreed on in 2016 in good faith and understood as go between two pro-se parties, and was binding (contract was prepared by paralegal and was paid by me) that there will never be any child support from each other ever to be mentioned despite any future custody changes or overnights number changes.







*Seven (7) pages of kinship and yet child is taken away by Oklahoma DHS and special judges (without jurisdiction) from biological mother Linh and all maternal blood line to give female offspring to known child abuser father whose paternal testing demanded but ignored and whose parental rights terminated to his 13 year old daughter when G.L.S. was two year old and these information was submitted to OKDHS and courts!*

D I S T R I C T   C O U R T
F I L E D
NOV 1 4 2022
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

### IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA

IN THE MATTER OF:

| | | |
|---|---|---|
| ▓▓▓▓ ▓▓▓▓ | DOB: ▓▓/2013 | |
| | DOB: | |
| | DOB: | |
| | DOB: | |
| | DOB: | |
| | DOB: | |
| | DOB: | |

)
)
)
)
)
)
)

FD-2015-2226;
PO-2021-3343 (GS against father);
Case No. JD-2021-270
Judge April Seibert (family court);
previously
Martha Rupp Carter (Juvenile court)

**Alleged Deprived Child(ren) under 18 years**

### DECLARATION OF KINSHIP PERSONS

I, Linh Tran Stephens, pursuant to 10A O.S., §1-4-203(4) submit the names and contact information concerning the following relatives (grandparents, aunts, uncles, brothers and sisters, half-siblings and first cousins) and a comment about whether the relative might be willing and appropriate to provide a home for my child(ren). In case there are no appropriate relatives, then I submit the names and contact information of any appropriate non-relative persons who have a substantial relationship with my child(ren) and a comment about whether the person might be appropriate and able to provide a home for my child(ren).

I know it is important for my child(ren) to stay connected to important people in his or her life/lives while in the care of the Oklahoma Department of Human Services and I understand that the information I am providing here will also be used to plan visitation, contact, and possible placement for my child(ren).

| Person's name completing this form | Your relationship to the child(ren) |
|---|---|
| Linh Tran Stephens | Mother |

Declaration of Kinship Persons
OK-J-DF-00-C

Page 1 of 7



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:                      )
                                            )
Linh Tran Stephens,                         )    Case No. FD-2015-2228
    a woman/mother, Petitioner,             )    Docket C
vs.                                         )    Judge April Seibert
                                            )
Adam Sylvester Stephens,                    )
    Respondent,                             )

**DEMAND PATERNITY TESTING PER OKLAHOMA PARENTAGE LAW; AFFIDAVIT
OF PAYMENTS; FAMILY VIOLENCE STATEMENT AGAINST ADAM SYLVESTER
STEPHENS AND ADDRESS OF RECORD; DEPARTMENT OF JUSTICE LETTER;
FORM COL DENIAL OF RIGHTS UNDER COLOR OF LAW TO CSS;**

   **COMES NOW**, Linh Stephens, a woman, a mother, a wife to 2nd husband, an ex-wife to
Adam Stephens SR's 5th divorce, in support for my demand states as follow:

1. Pursuant to *Uniform Parentage Act: 10 O.S. § 7700-101 et seq.*, I demand Adam
   Sylvester Stephens SR to have Paternity Test done to confirm that Grace is indeed his child
   for me to pay child support to him

2. Attached are also my documents I faxed and being mailed to CSS informing them they are
   violating laws forcing me to pay child support already when there is an active Appeal
   (DF-120849) for *unlawful child-support order and biased discriminative child-support
   computation orders* placed on 10/17/2022 by Judge April Seibert that are going on:

   a. Affidavit of Payments to CSS + reply typed on cover-letter received from CSS

   b. Address of Record and Family Violence Statement (redacted here)

   c. copy of the *Entry of Appearance Pro Se* for appeal against unlawful order above

   d. form COL Violation Warning Denial of Rights Under Color of Law–18 U.S.C. §242; 18
      U.S.C. §245; 42 U.S.C. §1983 for CSS representative "Wayne S" and State Attorney for
      CSS named Emmalene Stringer OBA # 31690 which is mailed/served today via certified
      mail, which were already served to Judge Seibert, Judge Sparkman, and head judge
      James Hubert previously 11/04/2022.





IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:

Linh Tran Stephens,
    woman, mother *Petitioner,*

vs.

Adam Sylvester Stephens,
    *Respondent,*

)
)
)
)
)
)
)
)
)
)

Supreme Court No. DF-120849, DF-120848
CI-120847

District Court Case No. FD-2015-2228
Docket C, Judge April Seibert
Presiding Judge Doug Drummond
(TULSA COUNTY)

**F I L E D**

FEB 10 2023

JON NEWBERRY
STATE OF OKLA. TULSA COUNTY

DISTRICT COURT

---

### INJUNCTION; MOTION TO DISMISS WITH PREJUDICE; CHALLENGE SUBJECT MATTER JURISDICTION

---

    **COMES NOW**, Linh Tran Stephens, a dedicated mother to child G.L.S. ex-wife to Adam Sylvester Stephens SR with finalized joint legal and physical custody of child in the state of Oregon in 2016 before entering Oklahoma Court in 2017, at such time requesting to enforce the Decree signed by Judge Cathleen B Callahan where its page three said "The courts of the state of Oregon have exclusive jurisdiction to make child custody determinations in this matter under the provisions of the Uniform Child Custody Jurisdiction and Enforcement Act ORS 109.701 et. seq. Oregon is the home state of the children" and for help against father's custodial interferences against 'unhampered access to child by either party' because there was no specifically set custody-schedule other than '14 overnights with mother, 351 overnights with father' [see Exhibit 1] (NOT requesting to take away mother's custody unlawfully and without due process, NOT requesting to violate all daughter's and mother's Constitutional rights and human rights NOT requesting to modify child support after this same Court in Oklahoma affirmed the original Oregon decree as binding denying any modification of child-support at Father's request in 2019 [see Exhibit 2] and ordered on-the-record to NEVER have any changes in child support EVER in Oklahoma) making a **special appearance** and remaining, as Jurisdiction can be challenged at any time, for the sole purpose of challenging this Court presumption of In Personam Jurisdiction over herself and her offspring as well as Subject Matter Jurisdiction and no legitimate information has been presented into evidence by Respondent or by the State of Oklahoma (OKDHS CPS and OKDHS CSS) associated with the above matters Petitioner also wants to make a Declaratory Statement under oath that all orders entered by Judges in Juvenile Courts of Oklahoma in December 2021, and all orders entered by

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA



IN RE THE MARRIAGE OF:                                              )
                                                                   )
Linh Tran Stephens,                                                )   Case No. FD-2015-2228
        a woman/mother, Petitioner.               )   Docket F for child support related
                                                                   )   Judge Deborrah Ludi Leitch
vs                                                                 )
                                                                   )
Adam Sylvester Stephens,                                           )                    MAR 15 pm 4:20
        Respondent,                                                )

---

## JUDICIAL NOTICE LETTER FROM DOJ RE: FINES, FEES, CONTEMPT, SANCTIONS, AND JAIL TIME

**COMES NOW**, Linh Tran Stephens, sui juris, *via her Special Entry of Appearance (related Injunction filed February 10, 2023 in Oklahoma Tulsa District Court and Oklahoma Supreme Court)*, as a dedicated mother to child G.L.S., pursuant to Federal Rules of Evidence 201 and the inherent authority of this Court, hereby respectfully requests that, in connection herein this Court to take judicial notice, as a matter of law. Under Rule 201d) courts shall take judicial notice of facts and documents if requested by a party and supplied with the necessary information. See. *Aydin v. Bureau of Citizenship & Immigration Services*, 437 F. 3d 261, 265 (2d Cir 2006). For the reasons set forth below, Petitioner respectfully requests this Court to take judicial notice of the following document:

**Department of Justice Letter, dated March 14, 2016 wherein as to assist judges in performing their duties lawfully and effectively regarding fines, fees, contempt, sanctions, and jail time**

### SUPPORT OF THIS REQUEST FOR JUDICIAL NOTICE

1   The Court may take judicial notice of facts "not subject to reasonable dispute" because they are either (1) generally known within the territorial jurisdiction of the court, rules, and regulations of the state and of all local laws and county acts or (2) "capable of accurate and readily determined from sources whose accuracy cannot reasonably be questioned" as pursuant to Federal Rule of Evidence 201(b)" See. *Singh r Ashcroft*. 393 F. 3d 903. 903 (9th Circuit 2004) Further, a court must take judicial notice if a party requests it and the court is supplied with the necessary information. *Id* at Rule(d), and authorizes judicial notice "at any stage of the proceeding." *Id*. Rule 201(f)

2   This Court may take judicial notice of court transcripts of any plea hearing from this new and related litigation. See *Campos y City of New York*. No. 10 CV 493, 2010, Southern District of New York September 13, 2010, *Coakley v. Jaffe*. 49 F. Supp. 2d 615, 621-22 n 3, Southern District of New York 1999.

3.   Every court must take judicial notice, without request, of the common law, constitutions and public statutes of the United States and of every state, territory and jurisdiction of the United States, and of the official compilation of codes, rules and regulations of the state and of all local laws and county acts. See *Allcity Ins. Co. Kondak*, 66 AD2d 531. 533· *People v Singleton*. 35 AD2d 725; *People ex rel Bloom v Collins*, 277 App Div 21, 23, affd 302 NY 603 of , *Sleasman v Sherwood*, 212 AD2d 868, 870.

FD-2015-2228, CPS referrals # 2078246 & 2200561 among many by nonparties against Adam, PO-2021-1943 child against Adam, false retaliative JD-2021-270 & PO-2021-4059, [DF-120612, CI-120847], DF-120049, DF-120949, DF-121149

Petitioner 's Judicial Notice Letter from DOJ Re: Fines. Fees. Contempt, Sanctions, and Jail Time                                Page 1

OFFICE OF ADMINISTRATIVE HEARING (OAH) CHILD SUPPORT OKLAHOMA DHS
STATE OF OKLAHOMA

| | |
|---|---|
| In re: the Child of:<br>Linh Tran Stephens,<br>　　　　Mother,<br>and<br>Adam Sylvester Stephens,<br>　　　　Father, | )　District Ct. Case No. FD-2015-2228<br>)　OAH Case No. **23-00313-73**<br>)　OK IV-D FGN: 000948641001<br>)　Oligor: Linh Tran Stephens<br>)　Custodial Person: Adam Stephens (**"the rich"**,<br>)　$4665/month or $55,982/year 2021) |

---

### EVIDENCE BINDER EMAILED APRIL 01, 2023, AND PROOF RETURN OF SERVICE

---

      **COMES NOW**, Linh Tran Stephens, via Special Appearance as Mother, as ex-wife to Adam Stephens SR's 5th divorce yet her first/only divorce, with their finalized Child-Support-Order/"Agreement/Binding Contract/Court Order/Court Judgment" in State of Oregon in January of 2016, adopted into Oklahoma Court on July 11, 2017 for enforcement of Mother's parental rights against Father's continual custodial interference, PRESENTS to this Court a copy of Evidence Binder (390 pages of 17 exhibit categories which included Return-of-Service proof) prepared for Mother's upcoming hearing on April 12, 2023 of Administrative Review of erroneous Child Support Order of October 17, 2022, entered by Oklahoma, where **indigent Mother required to pay $827.56/month to "the rich" Father** who severely custodial-interfered causing **five hours or less of therapeutic supervised visitation with Mother within the last 1.5 years** despite there was no immediate danger to the child from Mother, and where medical support for healthy daughter was inflated by Father without any proof of his "payment of $400/month medical insurance for one-child-only with zero medical condition" is one of numerous blatant perjurious lies by Father). The hearing is to correct the **unjust enrichment to "rich"** Father obtained by "the rich" Father's judicial deceptions and his violation of judicial estoppel: Father who has been earning $55,982/year or more since 2021 with his underreported income hiding semitruck-driving and Uber-driving jobs on top of his property-manager job with discounted housing and healthcare as fringe benefits, followed by Modification of Child Support ordered against indigent Mother (where Mother's indigent-status was affirmed AGAIN by Oklahoma Supreme Court after they denied Father's *Objection to Mother's Pauper affidavit, see DF-120849 in January 2023*) based on significant decrease of Mother's income from "**unemployment collection + small business income for 2021**" (*taxable income $10,247/year, see Exhibit 2*) to "**small business income for 2022**" (*taxable income $0.00; total income of negative $12,163 which is less than $0.00 per year, see Exhibit 4*). Pursuant to *Morgan v. Morgan* 2023 N.Y. Slip Op. 424 (N.Y. App. Div. 2023), "**A suspension of child-support payments is 'warranted** only where the custodial parent's actions rise to the level of deliberate frustration or active interference with the noncustodial parent's visitation rights'". These Exhibits along with Mother's unchanged contact information (same phone # and email address), were previously emailed to OCSS.CONTACT.TULSAEAST@OKDHS.ORG on April 01, 2023, which was more than 10 days prior to virtual hearing, as instructed by State Attorney Emmalene Stringer. They are filed here just so they can get on the official records unaltered by any party or by any biased-agents against Asians/females who favor Caucasians/males, and to prevent hearsays. Thank you, Your Honor.

Dated: April 01, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*Linh Stephens*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Linh Tran Stephens**
　　　　　　　　　　　　　　　　　　　*I reserve all my rights without prejudice,*
　　　　　　　　　　　　　　　　　　　8214 E 111th PL S Unit 100, Bixby, OK 74008-2452
　　　　　　　　　　　　　　　　　　　Phone: 817-631-3223 (cellphone)
　　　　　　　　　　　　　　　　　　　Email: LinhStephens7@gmail.com

**EXHIBITS LIST** for CSS administrative Review (d/t error) + Modification (d/t changes) Hearing on **APRIL 12, 2023**

Father LACK of proof of child medical insurance premium for CHILD-only; Father not poor, approx $5000/month income

Are we on the record yet? Court Reporter name? Judge Name? Everyone swear in? ADA advocate?

1   __Proof of service: OAH CSS administrative review hearing 04-12-2023 11am
*(5 pages)*

**2**   __Income Tax return 2021 MOTHER Linh unemployment then PLLC private business redacted +
Letter from Cherokee Nation laid off Mother thus unemployment 08-12-2020 +
FATHER Income Tax return 2021 and Fringe benefits very rich $4665/month or $55,982/year while
Father Adam hiding ludicrous Semi-truck driving job and Uber driving side jobs income
*(13 pages)*

3   __Business Income Accountant, part of Declaration of Earnings affidavit 10-13-22
*(4 pages)*

4   __Income Tax Return 2022 Mother and private Business redacted
*(4 pages)*

5   __Oregon Decree important parts in lieu of child support from Mother and Mother was labeled 14overnights
by Father's frauds 01-10-2016.pdf *[whole Oregon Decree was Exhibit A in origin Motion to Modify Child
Support Order filed 01-27-23 w OAH]*
*(6 pages)*

6   __Confirmation of Foreign Order Oregon Decree to Tulsa OK 07-11-2017 w trailing Oregon Decree
*(42 pages)*

7   __Father filed "OREGON DECREE is BINDING" on 07-08-2019 now Judicial Estoppel asking more money
when Father is RICHER and Mother time decreased 14overnights to now zero overnights
*(3 pages)*

8   __Declaration of Earnings affidavit 10-13-22 w exhibits by Mother, filed before child-support hearing of
10-14-22
*(65 pages)*

9   __Reply Letter Doctrine from Dr Keeny Re Private Clinic struggles 09-02-22 09-05-22 was exhibit to
Declaration of Income 10-13-22
*(6 pages)*

10   __Affidavit of Payments from Mother to Father 11-16-22 needed to be considered and reimbursed to Mother
*(1 page)*

11   __Letter Demand Administrative Review Hearing 01-12-23 to review Erroneous Child Support Order of
10-14-22 resulted from Father and opposing counsel Gil Pilkington JR's Judicial Deceptions they added
"child support" to June 01, 2022 Order filing a month later July 06, 2022, where full transcript did NOT
mention child support
*(4 pages)*

**12**   __Visits w Daughter 5 hrs total since December 03 2491 (printed 04-01-23) one half year later, because of
Father's Custodial Interference by Objection to pauperis affidavit (Father's objection denied by
Oklahoma Supreme Court who affirmed Mother is poor) & Refusing insurance for child to be used
*(4 pages)*

13   __ Misconducts by Gilbert Pilkington JR affidavit discovered 03-23-23 notarized 03-29-23
*(3 pages)*

14   __Transcript court hearing Linh Stephens 06-01-22 signed Tami Morse
*(221 pages)*

**15**   __Income Assignment G 2 b UNLESS a written agreement 02-13-23 or lack of ACTUAL INCOME ignored
by State Attorney thus biased
*(2 pages)*

16   __Oklahoma Statutes §56-237 (2022) "Poor person Support collection, parent location and paternity
determination services." which **FATHER is NOT poor and child 100% with him + child NOT
receiving any DHS services, so CSS needs to get off the case else federal fraud charges**
*(4 pages)*

17   __caselaw Suspension of Child Support Payment because of Custodial Interference:
Morgan v Morgan 02-01-2023, which said *"father [similar to Linh ]filed multiple petitions for parental access with the children,
some of which resulted in awards of therapeutic parental access. In July 2019, the father moved to suspend his child support obligation,
alleging, inter alia, parental alienation on the part of the mother..."Child support payments may be suspended, however, 'where the
noncustodial parent establishes that his or her right of reasonable access to the child has been
unjustifiably frustrated by the custodial parent'... Suspension of child support payments is "warranted only where the custodial parent's
actions rise to the level of deliberate frustration or active interference with the noncustodial parent's visitation rights"*
*(2 pages)*



**UNITED STATES POSTAL SERVICE.**

UTICA SQUARE
2032 UTICA SQ
TULSA, OK 74114-9998
(800)275-8777

04/03/2023                    02:16 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® Letter | 1 | | $0.63 |

Oklahoma City, OK 73125
Weight: 0 lb 0.70 oz
Estimated Delivery Date
Wed 04/05/2023

| Certified Mail® | | | $4.15 |
|---------|-----|------------|-------|

Tracking #:
70222410000281901674

| Total | | | $4.78 |
|---------|-----|------------|-------|

| Grand Total: | | | $4.78 |
|---------|-----|------------|-------|

| Credit Card Remit | | | $4.78 |
|---------|-----|------------|-------|

Card Name: Discover
Account #: XXXXXXXXXXXX0706
Approval #: 003668
Transaction #: 465
AID: A0000001523010    Contactless
AL: Discover

---

7022 2410 0002 8190 1674

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $_____ | |
| ☐ Return Receipt (electronic) | $_____ | |
| ☐ Certified Mail Restricted Delivery | $_____ | |
| ☐ Adult Signature Required | $_____ | |
| ☐ Adult Signature Restricted Delivery | $_____ | |
| Postage | $0.63 | |
| Total Postage and Fees | $4.78 | |

Sent To  OK-DHS Atem Oath
Street and Apt. No., or PO Box No.  P.O. BOX 25352
City, State, ZIP+4®  73125-0352

Postmark
STATION
04/03/2023
APR 03 2023
TULSA
0052
02

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



# COURT IDENTITY AFFIDAVIT admitted as exhibit A on 01-13-2025, case No. FD-2015-2228

**Executive Summary:** This form is presented either in person at the start of a court hearing, or as an attachment to the pleading included with it. It is provided to unambiguously and concisely establish:

1. The legal identity of the Submitter
2. The civil status of the Submitter
3. Any and all capacities or agencies in which the Submitter is acting or not acting.
4. A franchise in order to prevent commercial uses of Submitter's name that benefit anyone OTHER than Submitter.
5. That the Submitter is innocent until proven guilty, meaning that he us a STATUTORY "non-resident non-person" until the opponent proves with evidence that he/she consented to the status to which the rights attach that are sought to be enforced in this proceeding.
6. That the Submitter reserves all rights and forfeits none under any civil statute.
7. The choice of law applicable to the case in the context of the Constitution, common law, and statutes.

FILED DISTRICT COURT JAN 15 2025 DON NEWBERRY, Court Clerk STATE OF OKLA. TULSA COUNTY

The purpose of this court is "justice" as legally defined. That is why judges are called "justices". The definition of justice is below:

> *PAULSEN, ETHICS (Thilly's translation), chap. 9.*
>
> *"**Justice, as a moral habit, is that tendency of the will and mode of conduct which refrains from disturbing the lives and interests of others, and, as far as possible, hinders such interference on the part of others.** This virtue springs from the individual's respect for his fellows as ends in themselves and as his co-equals. The different spheres of interests may be roughly classified as follows: body and life; the family, or the extended individual life; property, or the totality of the instruments of action; honor, or the ideal existence; and finally freedom, or the possibility of fashioning one's life as an end in itself. The law defends these different spheres, thus giving rise to a corresponding number of spheres of rights, each being protected by a prohibition. . . . To violate the rights, to interfere with the interests of others, is injustice. All injustice is ultimately directed against the life of the neighbor; it is an open avowal that the latter is not an end in itself, having the same value as the individual's own life. The general formula of the duty of justice may therefore be stated as follows: Do no wrong yourself, and permit no wrong to be done, so far as lies in your power; or, expressed positively: Respect and protect the right."*
> *[Readings on the History and System of the Common Law, Second Edition, Roscoe Pound, 1925, p. 2]*

---

> *"Do not strive with [or try to regulate or control or enslave] a man without cause, **if he has done you no harm.**"*
> *[Prov. 3:30, Bible, NKJV]*
>
> *"With all [our] blessings, what more is necessary to make us a happy and a prosperous people? Still one thing more, fellow citizens—**a wise and frugal Government, which shall restrain men from injuring one another, shall leave them otherwise free to regulate their own pursuits of industry and improvement, and shall not take from the mouth of labor the bread it has earned. This is the sum of good government, and this is necessary to close the circle of our felicities.**"*
> *[President Thomas Jefferson, concluding his first inaugural address, March 4, 1801]*
>
> *"The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. **They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men.**"*
> *[Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)]*
>
> *"**Justice is the end of government. It is the end of civil society.** It ever has been, and ever will be pursued until it be obtained, or until liberty be lost in the pursuit."*
> *[James Madison, The Federalist No. 51 (1788)]*

The requirement of "justice" is to defend PRIVATE rights that have been demonstrably injured and to provide remedies for damages AFTER they occur. "That to secure these rights, governments are instituted, deriving their JUST powers from the CONSENT of the governed" [Declaration of Independence]. Any other use of statutes or judicial process to create or enforce civil obligations not originating from a demonstrated injury to a specific flesh and blood other human is INJUSTICE, a THEFT, and a trespass that this document provides a remedy for.

I no longer voluntarily agree with the State or its Agencies e.g. DHS or [illegible] STEPHENS as the [illegible] STEPHENS have been falsely alleging. I DO NOT recognize any of you [illegible] and everyone of this court actors. I do NOT recognize you because I am a living servant woman]

I do not consent to these proceedings. I do NOT consent to these proceedings called "court hearings" or "court summons" or "court orders" or "negotiations" or "adjudications". [illegible]

[illegible] I am a private American.

My income is $0 (zero dollar) annually since [illegible] 2024 and my income before was negative due to small business losses, no refund from anyone. I am NOT a Father nor a parent abandoning my daughter. I do NOT meet [illegible] requirement.

I see you're trying to make me a surety for [illegible]. I'm not a surety. However, if you're going to continue to imply that I'm a surety, then okay, I'm going to express [illegible] now I'm a [illegible]. You're the [illegible]. Equity sees me as the beneficiary. Equity sees you as a trustee. Now you have a duty to transfer collateral securities to me, the beneficiary.

*Copyright SEDM, http://sedm.org, Litigation Tool 01.007, Rev. 09-26-16*



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

In Re Marriage of
Linh Tran Stephens, an individual,
*Petitioner/Mother*, a natural living
woman

vs.

ADAM SYLVESTER STEPHENS,
*Respondent/Father*

) Case No. FD-2015-2228
) Docket C, Judge April Seibert
) Docket F, Judge Deborrah Ludi Leitch
) deprived due process OAH No : 23-00313-73
) 'fraudulent' OK IV-D FGN  000948641001
)
)
)

**DECLARATION OF EARNINGS AND OF RIGHTS AFFIDAVIT 01-15-2024
BY MOTHER/PETITIONER-TURNED-DEFENDANT**

I, Linh Tran Stephens, *sui juris*, hereafter "Petitioner"/"I"/"Mother" (of G.L.Stephens), via her *Special Entry of Appearance* (related to "*Injunction. Challenging Subject Matter Jurisdiction*" filed February 10, 2023 in Tulsa District Court and State Supreme Court), with her *finalized* court-order/judgment of joint legal and physical custody and child-support agreement in State of Oregon (NOT Oklahoma) on January 10, 2016, before entering Oklahoma Court in 2017, asking for help to *enforce* (not 'modify') finalized court-order's unhampered-parental-access-to-child and to protect child's rights to familial relations and her Vietnamese culture/ethnicity, against Father's recurrent, child-abusive continuously recurrent custodial interferences, makes her statements in this Affidavit upon oath and affirmation of belief that the following matters, facts, events, and things set forth are true and correct to the best of her knowledge and belief, and under penalties of perjury.

1. I demand with my equal rights that this Court will NOT unfairly, unjustly, and discriminatively impute my income without imputing opposing party's income and computing offsets/reimbursements-due on top of "Jeep and Trailer in lieu of child support" and their values with compounded car-interest. I demand cease and desist in going back to years past before recent child support order when the original child support order of 08JAN2016 is still in place and still standing; in no other court cases has this been done where violation of judicial estoppel is not only condoned but promoted, especially when looking up all the Caucasian male or female cases of Tulsa, Oklahoma!

2. Opposing party did NOT file any motion to impute my income nor furnished any proof nor valid legal argument of such. Opposing parties have NOT successfully proven that Mother was "purposely underemployed" on any records/hearing. There is a lack of evidence and a lack of expert witnesses' testimony from the State or from the Father regarding imputation thus imputation is not allowed and must be reversed. Adam and opposing counsel have to prove (to which they have NOT) that I am intentionally underemployed and have to prove (which they have NOT) that I am living a life lavishly above my current earnings.

3. I motioned in writing many times to impute opposing party's/Father's income because Father quit his job (not laid off) which is equivalent to willfully underemployed months prior to his fraudulent

FD-2015-2228, CPS referral # 2078246 & 2200551 against Adam for child abuses among many other CPS referrals by Nonparties since 2017 against Adam; PO-2021-3943 child against Adam, frauds-upon-the-court FD-2021-270  Father impeached for perjury FO-2024-4059; OF-120612—CJ-120847&DF-120848; DF-120849, DF-121149—PR-121200 MA-121255. DF-121254,

*Declaration of Earnings and of Rights Affidavit 01-15-24 by Mother/Petitioner-Turned-Defendant*



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| **THE STATE OF OKLAHOMA,**<br>*Plaintiff*<br><br>**vs**<br><br>**Linh Tran Stephens**, individual, natural<br>living woman, Mother<br><br>*Defendant for Contempt of Child-Support* | **Case No. FD-2015-2228**<br>**Docket F, Special Judge Deborrah Ludi Leitch (child**<br>**support contempt court)**<br>OAH No.: 23-00313-73<br>OK IV-D FGN: 000948641001<br>**JURY    TRIAL    DEMANDED**    credit-carded/<br>more-indebtedness on 02JUN23 due to duress/threat<br>of Court waiving jury trial if not paid trial fees |
| In Re Marriage of:<br>Linh Tran Stephens, an individual, a natural<br>living woman<br>        *Petitioner/Mother,*<br><br>vs.<br><br>**ADAM SYLVESTER STEPHENS,**<br>        *Respondent/Father.* | **Case No. FD-2015-2228**<br>Docket C, Special Judge April Seibert(large ... DISTRICT COURT<br>Presiding Judge Doug Drummond<br>deprived due process OAH No : 23-00313-73<br>fraudulent[1] OK IV-D FGN: 000948641001<br><br>JAN 25 2024<br>DON NEWBERRY, Court Clerk<br>STATE OF OKLA. TULSA COUNTY |

**Judicial Notice: Oaths of Office, Unalienable Rights, Constitution for United States and for Oklahoma, Bills of Right, DOJ Letters against Debtor Prison, Maddie's Law SB1761, Et Al**

---

**COMES NOW**, Linh Tran Stephens, *sui juris*, hereafter "Petitioner" or "Mother" of G.L.S., *via her Special Entry of Appearance (related Injunction filed February 10, 2023* in Oklahoma Tulsa District Court and Oklahoma Supreme Court), as a dedicated mother to child G.L.S., pursuant to Federal Rules of Evidence 201 and the inherent authority of this Court MOVES this Court to take judicial notice, as a matter of law, Under Rule 201d) courts shall take judicial notice of facts and documents if requested by a party and supplied with the necessary information. See, *Ajdin v. Bureau of Citizenship & Immigration Services*, 437 F. 3d 261, 265 (2d Cir 2006), For the reasons set forth below, Petitioner respectfully requests this Court to take judicial notice of the following document:

1. **Oath of Offices of the Judges in case No. FD-2015-2228** all special judges (April Seibert and Deborrah Ludi Leitch. Mother demanded them to uphold their oaths of office, and to have nonspecial judges pursuant to Oklahoma Bills of Right (e.g. **Article Three** Judges) but Mother was mostly ignored.
   a. "I, _____, do solemnly swear (or affirm) that I will support, obey, and defend the Constitution of the United States, and the Constitution of the State of Oklahoma..."
2. Bar Members Oath (meaning Judges and Lawyers both):
   a. <u>Attorneys and State Bar Oath</u> per Oklahoma Statutes Title 5 Section 2 (O.S. §5-2), "Upon being permitted to practice as attorneys and counselors at law, they shall, in open court, take the following oath: You do solemnly swear that you will

**FD-2015-2228,** deprived due process OAH No.: 23-00313-73, fraudulent[1] OK IV-D FGN: 000948641001
**PETITIONER'S EXHIBITS & WITNESSES LIST for trial scheduled 01-29-24 to 02-02-2024**
The actual exhibits + purple USB were certified mailed separately to opposing party
Are we on the record yet? Court Reporter name? Judge Name? My ADA advocate let in?
Everyone swear in even lawyers?
SWORN STATEMENTS & DIARY RELATED

1. ___Personal diary of daughter named GLS dated from July 03, 2020 to June 19, 2021

2. ___picture Diary "homework" held up by GLS smiling very happy/healthy/safe at Mother's house in May 2021 being proud of her diary started by child psychologists' recommendations to process her emotions and GLS even showed it to Jim Lovett & to school director Jayme; GLS is NOT forced to write it by anyone–opposite of Bridget the DHS convicted felon caseworker's testimony–GLS even called Bridget "a liar"

3. ___one email proof among many that Diary is addressed by child psychologist Carrie Short 07-25-20 helping GLS to cope with Father's abusive and questionable behaviors e.g. saying "I want you" to GLS and saying "mommy is a liar"

4. ___GLS' handwriting from school work same as personal diary 09-15-20 to 09-07-21 (latest handwriting to earliest handwriting)

5. ___diary sent by school DIRECTOR JAYME w GLS' permission to court 06-23-21 OSCN Case Details

6. ___handwriting Linh/Mother and her Journal 01-02-18 to 03-07-18 regarding GLS' conditions whenever dropped off by Adam/Father

7. ___Diary #2 GLS related events 09-12-18 to 05-03-20 including informing GAL Hale 2019 where Adam made it impossible to coparent while endangering daughter

8. ___**video** #1 far across the room of GLS writing diary without any coaching 07-06-2020, as advised to record by Dr. Laca Moris & child psychologist Jim Lovett to prevent false accusations from Father
   https://drive.google.com/file/d/10fefks9Cn7tYMOA2Bw9wdL4ApK4mfHA0/

9. ___**video** #2 far across the room of GLS writing diary without any coaching 07-22-2020, as advised by Dr. Laca Moris & child psychologist Jim Lovett to prevent false accusations from Father https://drive.google.com/file/d/11fPBYJIHu8kS6gFLW9tp4KeXQM7tU9En/

10. ___video #3 Diary from cover to last entry showing authenticity
    https://drive.google.com/file/d/11jWGDQRa-AkmnlHIWvaPGo490UQuJI2t/

11. ___email of GAL Hale who is AGAIN made aware of child's personal Diary of Affidavits child psychologist, school director, and school teacher against Father on 01-03-2022 yet recommend Father as safe to have sole custody on 03-21-22 and again on 06-01-22

---

[1] FD-2015-2228; CPS referral # 2078246 & 2200561 against Adam for child abuses among many other CPS referrals by Nonparties since 2017 against Adam; PO-2021-3843 child against Adam, frauds-upon-the-court JD-2021-270, Father impeached for perjury PO-2021-4059; DF-120612→CI-120847&DF-120848; DF-120849, DF-121149→PR-121200; MA 121255; DF-121254;

12. ___email proof GAL Stephen Hale & Erica Parks lied in 2021 when they said they both talked to Carrie Short and that "Carrie Short told me there is no such diary…" yet 08-09-20 email showing Carrie Short instructed us to start diary

13. ___**Excited Utterance** of daughter GLS disclosing about Father CHOKING her dog in front of her and scared her 09-06-21, disclosure in car-drive when Mother (front passenger) and stepfather-driver (front driver) picking up child (in back of car on driver's side) afterschool on Monday
https://drive.google.com/file/d/11b2ONXVSYH4djJazrdIcsT4DypaIBsg4/

14. ___**Excited Utterance** of daughter about wishing Father to die as he LOCKED her in semitruck unattended & sleep NAKED with Her and Her also being Naked 03-27-20, disclosure in car-drive
https://drive.google.com/file/d/18tHlF8W94gRbLjdnjMHcOjO0T0Xn_67A/

15. ___Affidavit of child psychologist J.L., who knew child since 2017 at least 5 continuous years and then intermittently

16. ___Affidavit of godparents of daughter C.J. and H.J.

17. ___Affidavit of school director J.M.

18. ___text message from director J.M. to mother that triggered 911 call (GLS missing from school under Father's temp custody, and Father withdrew GLS from stable school without telling anyone, not even GAL or child's attorney or his attorney. Father used to be a cop in 2008 for "one year only" (misconducts? Uncontrolled anger?) yet insisted that 911 call is Violation of Protective Order to jail Mother (to further custodial interference harming child) and pretend to not know that it is a crime to commit perjury on Protective Order forms notarized to Police and to Judges.

19. ___school neglect by Adam: school note and texts showing Father with 5 tardies, followed by missing from school weeks at a time, pattern of no homework turned in at all during this every other week; even now never help with homework per GLS

20. ___Affidavit of school teacher S.P.

21. ___Affidavit of grandmother of child impeaching caseworker's report/credibility

22. ___Affidavit of Mandatory Reporter and child's neighbor J.T. regarding GLS disclosures about unsafe Father and how safe/wonderful Mother is 12-02-2021

23. ___Affidavit of Petitioner for ex-parte emergency custody showing bruises on forehead, medical neglect, and hygiene issues 11-28-22

24. ___Affidavit of friend of family Dr. M.L. 12-15-21

<u>DISCLOSED REPORTS/RECORDS, ENCOUNTER NOTES, COURT RECORDS, SUBPOENA
DUCES TECUM REPLY FROM POLICE; TEXTS;</u>

25. ___Father's three bankruptcies showing he is irresponsible with money and spending more than he earns, even as a trucker earning $200,000s in the past still not enough for his spending habits. Mother is still paying for his marital debts until this very date. Child Support Enforcement is unlawful enforcing the poor (Mother) to pay the rich (Father)

26. ___Father's criminal records showing chronic/recurrent disrespect for human's life/safety and disrespect for the law and the courts;
**+** Father's unpaid child support with passport being withheld in 2011 showing he does NOT care about all of his children despite claiming so.

27. ___Letter of Adoption of Father's teenage daughter 15 years old when GLS was two years old.

28. ___Court Order Termination of parental rights of Father and dead (not "dead-beat" like Father described her) Mother against teenage daughter age 15 from previous marriage while G.L.S. was two year-old, yet GAL and OKDHS deemed him "fit for sole custody of GLS"? Filed 02/12/2015

29. ___Court Filing Father's Consent to Adoption/Termination of Parent-Child Relationship between him and second youngest daughter of prior marriage age 15 when GLS was 2 year old, filed 11/20/2014

**30. ___permanent Protective Order from teenage daughter admitted and stipulated by Father [see <u>OKDHS</u> report the interview of Father in 2020] which FATHER REFUSED to hand over during discovery and Motion to Compel filed by Mother filed long before Father did not addressed by the Court at all, while Motion to Compel by Father filed late addressed immediately**

31. ___Parenting Coordinator Recommendation against child endangerment by Father illegally transporting child in a Slingshot (file stamped 04-04-19). Do GAL and OKDHS plan to have my daughter manslaughtered? + **<u>Judge ordered Conduct Order for Adam</u>**

32. ___pictures Slingshot Endanger GLS with Adam he posted on Facebook 10-27-2019 and 05-23-2019, BOTH were after Parenting Coordinator via the Court ordered him to stop per court order of 04-04-2019.

33. ___**video** SLINGSHOT illegal transport of GLS by Father, and at the end old videos of her HALF NAKED posted publicly by Father on his Facebook, screen recorded 05/23/2019

34. ___GAL Blackstock report + timeline 08/09/2018 showing GLS disclosed numerous times she is SCARED OF DADDY whenever Father is not nearby but becomes quiet whenever Father is around. She recommended a more stable home with Mother (who was remarried in 2017) instead of Father moving around every other couple of months (by now Father moved 5 times since been to Oklahoma and many times before that since divorce of 2016), specifically,
→ p.5: "After I emailed the parties in May, GLS has repeatedly told me she is afraid her father will get angry and spank her. GLS repeatedly told me she was afraid of being spanked, and asked me to relay to Adam she does not want to be spanked, she did not

have any other details regarding spankings that she wished (or was able to discuss). Immediately after telling me she was afraid of Adam, she left our discussion and walked over to her father and demanded he fetch her a drink of water. Adam did not deny spanking GLS. It would appear that a court minute order of 9-11-17 in this present case prohibits both parties from using corporal punishment on the minor child." and → p.7-8: "Linh appears to be able to provide the more stable home at this time. Adam appears to have some level of disregard for the orders of this court (i.e. driving the child while prohibited, and spanking her while prohibited.) I believe it is in GLS's best interest for the court to enter orders which take Adam's behaviors into consideration. I believe the following to be in GLS' best interests… 2. Linh Stephens should have a greater share of time with the minor child until such time as Adam can demonstrate respect for the Orders of this court and the safety of the minor child… 6. Linh's home should be the primary residence of the minor child for purposes of school district selection… 9. The parties should refrain from monitoring phone calls between the child and the other parent. 10. The parties should not transport the minor child, or allow the minor child to ride in or on any vehicle in any manner which is contrary to the manufacturer's guidelines for said vehicle. (i.e. GLS should not ride in the Slingshot or the front seat of any vehicle until she meets the age and size requirements recommended by the manufacturer.)

**35. \_\_\_two DHS reports submitted to District Attorney Office for investigation of 2020 against Father who stipulated noncontest to avoid trial and of 2021 falsely against Mother who demanded jury trial [underseal and the Court has possession of them both and Petitioner did Motion for the Court to IN-CAMERA REVIEW OF DHS AND PSYCH EVAL REPORTS AGAINST FATHER 12-07-2023]**

**36. \_\_\_email in possession of Erica Parks [Netflix Viewing Activity since 11-23-19 to 12-29-21] sent to lawyer who sent to DHS proving WITHOUT alleged movie Taken nor adult porn, contrary to fabrication by OKDHS caseworker Bridget O'brien/Menser of 2021 against Mother. Additionally, Digital forensic private investigator DAVID BALLARD using FBI-standard testified 06/01/2022 scanned Mother's iphone against allegations and was WITHOUT any movie Taken nor any type of porn nor any of them projected onto the TVs as falsely alleged by GAL and by DHS caseworker convicted felon Bridget O'brien/Menser.**

37. \_\_\_CPS safety meeting transcript minutes 12-07-21 2pm + <u>CPS worker Bridget felony</u>

38. \_\_\_**voice recording** of CPS Safety meeting 12-07-21 2pm just mom and DHS without Father there nor GAL there to confront accusers, unlike CPS Safety Meeting of 2020 everyone was in one meeting. UNFAIR TREATMENT AGAINST NONWHITE FEMALE VS. WHITE MALE.

**39. \_\_\_Psych Evaluation of Father full of anger and pretending to be better than he really is from Dr. Grundy [underseal and the Court has possession of it]**

40. \_\_\_numerous past Psych notes of Father showing unmanaged thus escalating anger issues, delusions seeing and hearing things that are never there, one example PSYCHOLOGICAL TEST REPORT using MMPI-2 and video recordings INPATIENT PSYCH VIDEO RECORDINGS

41. \_\_\_transcript of angry and abusive words spoken by Father during one of the numerous verbal and emotional abuse of Mother right in front of daughter

42. ___Father's Medical History which impeaches him lying to this Court since 2017 that he does NOT have seizure nor a slowly growing brain tumor, which increases risk of death for child GLS being transported with him against DMV regulations and State laws. Do GAL and OKDHS plan to have my daughter manslaughtered?

43. ___Mother's medical history and psych extensive screening without concern of mental illness, extensive mental health screening was negative 05-16-22

44. ___Medical Board good standing letter for Mother without concern of mental illness

45. ___proofs of no money to do additional psych evaluation as demanded by the Court to have Mother's parental rights restored, despite psych eval for Mother is NOT medically nor mentally indicated/required according to licensed professional medical experts since birth, and NOT indicated according to mental board [see letter of good standing].
+ BANK BALANCE zero dollars
+ Laid off Business Letter from Cherokee Nation September 2020
+ Unemployment collection (disproving allegation of "purposely underemployed")
+ Net-negative business profit and loss statements of private clinic (disproving allegations of "purposely underemployed" again) from January 01, 2021 to December 2023
+ Business Letter with Letterhead from other private clinic owners vouching same struggle for earning profits (disproving allegations of "purposely underemployed")
+ below-poverty line TAX RETURNS of 2021 and 2022 filed with IRS

<u>IMAGES, VIDEOS, AND VOICE RECORDINGS</u>

46. ___pic of G.L.S. disclosed still sleeping with father 10/12/2020 (age 7), GLS typed to mom "Say it quite May daddy always ask what I told you I can't tell you because ok Fine I will Tell you I sleeping In daddy's Bed but" 10-12-2020

47. ___**video** of G.L.S. disclosed still sleeping with father 10/12/2020 (age 7), GLS typed to mom "Say it quite May daddy always ask what I told you I can't tell you because ok Fine I will Tell you I sleeping In daddy's Bed but" 10-12-2020

48. ___pic Mom's house GLS in her own bed no one else can fit on it, unlike Father

49. ___pic of AFRAID to say I love you out-loud to mom whenever at daddy house so GLS had to type on screen via FaceTime 11-28-2021

50. ___pic and text: Seat belt across neck endangering GLS by Father in semitruck can be decapitated and die. Texted GAL Stephen E Hale 03-18-2020 after calling with concerns and sent images, who did NOT care if GLS manslaughtered or not. This same problem expressed by School Director Jayme Martin who witnessed Father illegally transport child in semitruck in front seat, calling the school to bring GLS out to semi

51. ___pic Unrestrained in Semi Truck 6 yo may fly through window frontseat no booster w seatbelt back of head 03-18-20

52. ___**video** still in SEMI unsafe through Tornadoes and Covid season w Father 04-28-2020

53. ___pic GLS with Underwear only at Father's house daily recurrence, example Facetime screenshot 11-28-19 (6 year old)

54. ___pic GLS naked still sleeping in Father's bed per Facetime screenshot 01-21-20 (7 year old)

55. ___pic GLS NAKED ASLEEP at Father's house again, He took pic of her naked and posted on his Facebook 05-03-2020

56. ___pic GLS naked during Father's week He posted online with video 05-28-2018

57. ___pic Toilet unusable for GLS at Adam per Facetime 11-27-21; Toilet missing covers and barricaded door at Father to force child to use Father's toilet (ignored by caseworker Bridget O'brien when confronted about them) ***video available if requested** https://drive.google.com/file/d/110BhnKlZOSDWTAEDbTPK8GsJ5x6MOepw/

58. ___pic GLS taught makeup under Adam care by Michelle Le his babysitter–Father posted on his Facebook publically; to replace Mother's presence after divorce or to groom GLS?

59. ___pic most gross 7 pics out of numerous Father forced child to sit on old men's laps some are biker's group, per Father's facebook public posts throughout the years

60. ___**video** Sad song by GLS about daddy took her from mommy any time time before 03-31-2018

61. ___ folder of self-recorded voice on GLS ipad that Linh found after GLS was unlawfully kidnapped by Bridget O'brien: Spontaneous songs 12-01-21 sang by daughter G L S without fear nor hatred for Mother as falsely alleged by Father and OKDHS caseworker felon Bridget O'brien/Menser;
https://drive.google.com/drive/folders/13Teiov609xQ-GCjpSRVwRpvn8RDmsm4p?usp=sharing
    a. a GLS I love mommy she is the best I love Jesus 12-01-21.m4a
    b. a GLS sings mommy the best mommy loves family 12-01-21.m4a
    c. GLS sings I believe I can fly and I love mommy 12-01-21.m4a
    d. GLS sings I loves mommy she wove me 12-01-21.m4a
    e. I love mommy and a hug 12-01-21.m4a
    f. z GLS sings Weeseepoof song 12-01-21.m4a
    g. z GLS watching Luca movie 12-01-21.m4a

62. ___Drawings I love you mom so numerous from school (no mother at school to coach) NO WAY Child would have said "I NEVER WANTED TO SEE MOM AGAIN" like alleged by SADIE TEMPLE during her interview with Adam in the room, so likely child was threaten/coached by Father
https://drive.google.com/file/d/1G6Hwe6TlJPDWdye6esDFoPR0hR6torRl/view

63. ___**voice recording** <u>Daddy said to not say i love you to Mommy</u> - this is a short clip of some of the concerning things that GLS says when we come pick her up. there is never any prompting as can be seen in the audio clip. xuyen and linh never tell GLS what she can and cannot do or say around adam. the parental alienation is totally one sided and it always comes in the form of "daddy told me to not..." talk to you, love you, say i miss you, hug you, say goodbye. Daddy tell me to not say ILU to mommy - parental alienation. we

do not know when these events will occur but they occur most frequently the first day we have GLS after adam's week.

64. ___ **voice recording** <u>Daddy is mean guy want mommy to die</u> 03/05/2018 - this audio clip has to be listened in full because there is not one statement that is important by itself but GLS reveles something that is quite concerning. she says that "he always want me to take me away from you because he is an angry guy at you mommy. we dont kill people or die people mommy, thats not nice. thats why i dont try anger....inaudable....when my daddy kills you, that i dont have a mommy and i have to stay to my daddy tomorrow house all day week when you die."

65. ___ **voice recording** <u>Daddy said there is monster at Mommy's House,</u> starting at 1:00 minute mark 06/06/2018

66. ___ **voice recording** <u>When will I see my daughter</u> @ 1:25 minute mark "we'll talk later" some time before 09/2018

67. ___ **voice recording** <u>Head games 2 - when will you drop her off</u> - 3:20 minute mark: "I don't know (when answering 'when will you drop her off, in the context of when will I see my child again)"; K.N the aunt of Mother is speaking in the background about Father never returning clothes to Mother even though he "promised" 09/08/2017

68. ___ **voice recording** <u>Backyard trash</u> - Father admitted never read texts (disrespectful) of other parent; aggressive/gaslighting when did something wrong to someone else; refuse to talk about health of child breathing in trash debris; <u>threaten Mother with Judges and Courts like every other conversation before</u>; @ 1:00 minute mark is emotional outburst as well as cursing on phone while child is in same room; approx 09/2017

69. ___ **voice recording** Parenting class - 1:00, Adam calling linh stupid in front of child and saying damn; K.N. the aunt of Linh in the background listening and talking also

70. ___ **voice recording** <u>Loan conversation</u> many marriage debts Adam left Linh with despite Adam said Linh lied about it, Adam make threat with lawyers again, cursing, hanging up whenever confronted, difficult to work with - starts at 1:00, lying at 2:50, 3:30 cursing "shit, f*** bullshit", 4:25 "<u>I can say what I want</u>", 4:30 yelling

71. ___ **voice recording** <u>Parenting class</u> - 1:00, calling linh "are you that stupid", "really, are you that stupid?" and saying damn. 1:30 "dammit" sleeping in daddy's bed - starts at 0:40 linh: are you sleeping in your own bed?, adam: tell her no you are in daddy's bed. often she would hesitate to answer or even talk to linh while adam is around. She is usually instructed on what to say and how to act.

72. ___texts and phone record: Withheld GLS No return calls Disappearing Ran away 07/2017, no need for school per Father who also withhold child from Mother 02-27-2017

73. <span style="color:red">___**voice recording** of Guardian Ad Litem stated he now acknowledged that alleged Rape Scene in movie "Taken" was PG13 without any rape scenes</span>

74. ___screen shot of video of Father INTIMIDATE and harassing neighbor-friend of GLS

75. **___video** of Father INTIMIDATING and harass neighbor-friend of GLS

<u>COURT RECORDS & DISCOVERY RECORDS</u>

76. ___10-05-2017 MOTION TO COMPEL DISCOVERY AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED;

77. ___All Discovery Responses and Documents sent from Father to Mother, including but not limited to: Adam Discovery Response Admissions Answers 10-11-23; Adam Interrogatories; IRS transcripts 2017-2018; income tax returns of 2019-2023; Resp Ex#8

78. ___Complete Case File FD-2015-2228

79. ___Proof of legal malpractice and ineffective assistance of counsel by past attorneys ERICA S. PARKS, OBA # 20532 and Dale Warner, OBA # 9359: former attorneys who claimed they have experience with CPS cases yet "agreed" with the allegations (against my consent) which lead to the case against Mother closing without any evidentiary hearing and Mother being forced to fight for daughter the last 3 Christmases while daughter is subjected to constant ongoing abuse/neglect/endangerment because those "admission of guilt to the allegations" by legal-misrepresentation meant <u>protection order for daughter GLS against FATHER </u>PO-2021-3843 was dismissed (daughter was dropped off of PO she requested herself, since she walked to pick up the PO herself–no one coaching or forcing her) without any evidentiary hearing for her; followed by abusers' ex parte request for false-protective order against Mother for "Adam and GLS" PO-2021-4059 was granted. NOTICE the # of PO cases, Father was 4059 which was way later than Mother 3843.

80. ___Police Reports [available in court dockets and attached to past motions exhibits]

81. ___Complete Case File numerous false Protective Orders (three total since 2017) filed by Father, two false allegations of violation of protective order (dismissed by the State due to exculpatory evidence) showing Father is unreliable witness (no child porn, no kidnapping from school by Mother per impeaching witnesses) perjured to the State, to Police, weaponize the court to abuse exwife and alienate child carrying out custodial interferences and parental alienation.

<u>CHILD SUPPORT RELATED previously already sent to Opposing Counsel & **OHA**</u>

82. ___Actual medical insurance premium paid for G.L.S. by Father

83. ___CDL licensure and CV Resume (needed to be fairly imputed against Father just like imputed unlawfully against Mother for her medical licensure) and pics

84. ___previous admitted impeaching evidence Facebook Father disclosed he has memory loss issues still in 2023, also that he is Mortgage Investigator showing additional hidden income

85. ___FATHER Income Tax return 2021 and Fringe benefits very rich $4665/month or $55,982/year while Father Adam hiding ludicrous Semi-truck driving job and Uber driving side jobs income

86. ___GARNISHMENT LETTER FROM OKDHS SENT TO WORK and WORK's RESPONSE LETTER was ignored by OKDHS. Garnishment could not be enforced because the numbers don't add up and my work even sent them the letter informing them of their erroneous ways.

87. ___SALARY VERIFICATION LETTER FOR DR. LINH TRAN STEPHENS, D.O. CEASE AND DESIST DEMAND LETTER filed 12-08-2023

88. ___LEGAL NOTICE TO CEASE AND DESIST ELSE LAWSUIT TO CSS OF OKLAHOMA AND STATE OF OKLAHOMA WITH ATTACHMENTS filed 11-20-2023

89. ___Letter Demand Administrative Review Hearing 01-12-23 to review Erroneous Child Support Order of 10-14-22 resulted from Father and opposing counsel Gil Pilkington JR's Judicial Deceptions they added "child support" to June 01, 2022 Order filing a month later July 06, 2022, where full transcript did NOT mention child support

90. ___Proof of service: OAH CSS administrative review hearing 04-12-2023 11am

91. ___Income Tax return 2021 MOTHER

92. ___proof of Mother's ability to collect unemployment showing efforts to find jobs, if not, Oklahoma unemployment office will stop unemployment

93. ___Private business profit and losses statements verified negative income, confirming inability to pay inflated-and-erroneously-imputed child support order.

94. ___Letter from Cherokee Nation: Petitioner being laid off by no fault of her own 08-12-2020 thus cannot impute income!

95. ___Business Income Accountant, part of Declaration of Earnings affidavit 10-13-22.pdf

96. ___Income Tax Return 2022 Mother and private Business redacted

97. ___Oregon Decree important parts in lieu of child support from Mother and Mother was labeled 14overnights by Father's frauds 01-10-2016.pdf *[whole Oregon Decree was Exhibit A in origin Motion to Modify Child Support Order filed 01-27-23 w OAH]*

98. ___Confirmation of Foreign Order Oregon Decree to Tulsa OK 07-11-2017 w attached Original Oregon Decree which is still in effect

99. ___Father filed "OREGON DECREE is BINDING" on 07-08-2019 now Judicial Estoppel asking more money when Father is RICHER and Mother time decreased 14overnights to now zero overnights

100. ___Declaration of Earnings affidavit and child-safety concerns against Father notarized 10-13-22 w exhibits, brought to hearing 10-14-22 and laid proper foundation, filed before child-support order of 10-17-22 ___**Declaration of Earnings and of Rights Affidavit 01-15-24 by Mother/Petitioner-Turned-Defendant filed 01-17-24**

101. ___Reply Letter Doctrine from Dr Keeny Re Private Clinic struggles 09-02-22 09-05-22 was exhibit to Declaration of Income 10-13-22.pdf

102. ___Affidavit of Payments from Mother to Father sent to CSS FGN: 000948641001 dated 11-16-22 total $93,306 that Father hasn't reimbursed Mother while demanding fraudulent child support

103. ____NOL = notice of claim / liability by Petitioner with her Affidavit of Timeline

104. ____Visits w Daughter 5 hrs total since December 03 2021 (printed 04-01-23) one half year later, because of Father's Custodial Interference by Objection to pauperis affidavit (Father's objection denied by Oklahoma Supreme Court who affirmed Mother is poor) & Refusing insurance for child to be used

105. ____Misconducts by Gilbert Pilkington JR affidavit discovered 03-23-23 notarized 03-29-23.pdf

106. ____Transcript court hearing Linh Stephens 06-01-22 signed Tami Morse.pdf

107. ____Income Assignment G 2 b UNLESS a written agreement 02-13-23 or lack of ACTUAL INCOME ignored by State Attorney thus biased.pdf

108. ____Oklahoma Statutes §56-237 (2022) "Poor person Support collection, parent location and paternity determination services." which FATHER is NOT poor and child 100% with him + child NOT receiving any DHS services, so CSS needs to get off the case else federal fraud charges

109. ____caselaw Suspension of Child Support Payment because of Custodial Interference: Morgan v Morgan 02-01-2023, which said *"father [similar to Linh ]filed multiple petitions for parental access with the children, some of which resulted in awards of therapeutic parental access. In July 2019, the father moved to suspend his child support obligation, alleging, inter alia, parental alienation on the part of the mother…"Child support payments may be suspended, however, 'where the noncustodial parent establishes that his or her right of reasonable access to the child has been unjustifiably frustrated by the custodial parent'... Suspension of child support payments is "warranted only where the custodial parent's actions rise to the level of deliberate frustration or active interference with the noncustodial parent's visitation rights"*

<u>OTHER CONTEMPTS RELATED</u>

110. ____evidence 10TH Indirect Contempt against Father filed 12-01-2023: TEXTING OUTSIDE OF ORDERED TIME FRAME & NON RESPONSIVE, see **Talking Parents App which the Court said she has access to**

<u>RIGHTS, LAWS, STATUTES, REGULATIONS (available online or Congress Library)</u>

111. ____Unalienable Rights and Other Rights
    a. **Unalienable Rights**
        i. by the <u>Universal Declaration of Human Rights (**UDHR**)</u> https://www.un.org/en/about-us/universal-declaration-of-human-rights "**Article 25**: Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of **unemployment**, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control. **Motherhood and childhood are entitled to special care and assistance**. All children, whether born in or out of wedlock, shall enjoy the

same social protection. **Article 26**: ...Parents have a prior right to choose the kind of education that shall be given to their children." "

    ii.   by The Declaration of Independence whose Original parchment + Stone Engraving + Transcription from National Archives https://www.archives.gov/founding-docs/declaration-transcript printed at https://drive.google.com/file/d/14Etn5P_wOcn8eXXsD9S2N4n4wOhLFIdt/

    iii.   "**Unalienable Rights are the Inherent, Sovereign, Natural Rights that existed before the creation of the State, and which, being antecedent to and above the State, can never be taken away, diminished, altered, or levied by the State**, except by Due Process of Law. **Nor can any Unalienable Right be fundamentally removed or waived by contract, whether by non-disclosure, which is fraud and unenforceable in Law,** or knowingly by sufferance, which is contrary to the Spirit of the Law and prejudicial to Sovereignty.

The Original, Permanent, Unalienable Rights of every Man or Woman, include:

**The Right to Life, Freedom, Health and the Pursuit of Happiness** [my daughter is my happiness]**;**

**The Right to Contract, or Not to Contract** [I have never contract with any governmental official]**, which is Unlimited;**

The Right to Earn a Living Income by being Compensated with Wages or a Salary in a Fair Exchange for one's Work;

**The Right to Travel in the Ordinary Course of one's Life and Business;**

**The Right to Privacy and Confidentiality, free from Unwarranted Invasion;**

The Right to Own, and Hold Property, lawfully without Trespass;

The Right to Self-Defence when threatened with Harm, Loss, or Deceit;

**The Right to Due Process of Law, with Notice and Opportunity to Defend;**

**The Right to be Presumed Innocent**, suffering No Detention or Arrest, **No Search or Seizure, without Reasonable Cause;**

**The Right to Remain Silent when accused, to avoid Self-Incrimination;**

**The Right to Equality in the eyes of the Law, and to Equal Representation;**

The Right to Trial by Jury, being an Impartial Panel of one's Peers;

The Right to Appeal in Law against Conviction or Sentence, or both;

The Right to Expose Knowledge necessary to one's Rights and Freedoms;

The Right to Peaceful Association, Assembly, Expression, and Protest;

The Right to Practice a Religion, and to have Beliefs, of one's choosing;

The Right to Love, and to Consensual Marriage with Children, as a Family;

**The Right to Security from Abuse, Persecution, Tyranny, and War;**

The Right to Refuse to Kill under command, by reason of Conscience;

**The Right to Live in Peace and be left alone when Law-Abiding;**

Surely, the most critical failure of The People is their failure to ensure the teaching and common knowledge of their Unalienable Rights. If you do not know your Rights, you effectively have none. By the path of Ignorance, whether by Apathy or Deception, The People arrive in a State of Exploitation, Oppression, and Tyranny"

   b.  **The Bill of Rights**: A Transcription from National Archives https://www.archives.gov/founding-docs/bill-of-rights-transcript printed at https://drive.google.com/file/d/141z9Wa61a30OUTmSxWFuZhOi4uyu8ufi/

c. **Oklahoma Bills of Rights** under Oklahoma Constitution Article II, especially OC2 section II-6 7 9 **due process rights**, printed at https://drive.google.com/file/d/1fsiZah3nfPlsZxojtlTO0TLvGwbIYOYd/

d. **Rule 8.1 Judicial Hearings** SECTION VIII. PROCEDURES RELATING TO DISTRICT AND MUNICIPAL COURTS RELATING TO IMPRISONMENT FOR NONPAYMENT OF FINES AND COSTS https://drive.google.com/file/d/1LcucCeixd_UIdzcGGH7ejpPQkiGkHspO/ which spelled out "**When the Judgment** and Sentence of a court, **either in whole or in part, imposes** a fine and/or **costs upon a defendant, a judicial hearing shall be conducted and judicial determination made as to the defendant's ability to immediately satisfy the fine and costs.**" where immediately means BEFORE sending them to prison/jail!

e. **Department of Justice Letters, dated April 20, 2023 and dated March 14, 2016** outline circumstances where **unjust imposition and enforcement of fines and fees violated the civil rights of adults accused of … quasi-criminal ordinance violations, and civil infractions,** as well as circumstances that raise significant public policy concerns, particularly outlines seven constitutional principles. This letter is to assist judges in performing their duties lawfully and effectively regarding fines, fees, contempt, sanctions, and jail time. Printed at https://drive.google.com/file/d/1Y-eJ-xi_gQUQpjtq-w-_O7LAWkz0fECi/ and https://drive.google.com/file/d/12bXzRznLKgLG67O4tt6x5bsTyad_4TRN/ , respectively.

f. **Maddie's Law or Oklahoma Senate Bill SB1761** passed 03/01/2022 https://drive.google.com/file/d/1I1-FgxV60GcB6sqahlclVQSPyaI_LhL7/ "When awarding custody to either parent, the court: shall consider, among other facts, which parent is more likely to allow the child or children frequent and continuing contact with the noncustodial parent" (see page 5, under section  D).

g. The Supreme Court conclusively held in *Troxel v Granville* **(53 US 57 (2000))** that parental rights are not only constitutional rights, but they are fundamental constitutional rights.

h. Oklahoma Constitution Article 23 XXIII declaring it is unlawful/void/null to deduct from pay without employee consent, unlawful for any contracts (implied or expressed) to waive benefits of the Constitution, printed at https://drive.google.com/file/d/1jUD-UhhJOolmJGfSjfyJ_enAPogaN9di/ whose

   SECTION XXIII-8 **Contracts waiving benefits of Constitution invalid. Any provision of a contract, express or implied, made by any person, by which any of the benefits of this Constitution is sought to be waived, shall be null and void.**

   SECTION XXIII-9 Notice or demand, stipulation for. Any provision of any contract or agreement, express or implied, stipulating for notice or demand **other than such as may be provided by law**, as a condition precedent to establish any claim, demand, or liability, **shall be null and void.**

   SECTION XXIII-1C. **It shall be unlawful to deduct from the wages, earnings, or compensation** of an employee any union dues, fees, assessments, or other charges to be held for, transferred to, or paid over to a labor organization **unless the employee has first authorized such deduction** [to which Petitioner did NOT authorize!].

112.     **Constitution for the United States** by We the People: Original parchment + Transcription from National Archives https://www.archives.gov/founding-docs/constitution-transcript printed at https://drive.google.com/file/d/1X2T-SzMQEsWMFXvcSqSIeYgCk8oy-zCX/

   i.   U.S. Constitution Article IV Paragraph 2 **Supremacy Clause** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

   ii.   **Supreme law of land** pursuant to Oklahoma Constitution Article 1 section 1 O.S. §1 , printed at https://drive.google.com/file/d/1fpSb_sOjt8-TjitPSj_0QUNe9SEY-Vd1/

113.     **MEMORANDUM OF LAW STATUTES/CODES/REGULATIONS**. United States Grand Jury (*Status: sovereign*) Tribunal, the People –against– United States Supreme Court, Federal Judiciary U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*). JURISDICTION: Court of Record, Law Case No. 1776-1789-1791-2019, Administrator Grand Jury Foreman, Depository Case No. 1:16-CV-1490. WRIT MANDAMUS, ACTION AT LAW DEMANDING A RETURN TO THE LAW, DECISION & ORDER. Copied: President Trump, AG William Barr. This Memorandum of Law Statutes/Codes/Regulations can be printed at https://drive.google.com/file/d/142817Efg6jbN7sNl8JnHf4_SWwO0Ni2m/

   a.   United States Codes:

     i.   **18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

     ii.   **18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

     iii.   **42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

     iv.   **18 USC §371** - Conspiracy to commit offense or to defraud the United States,

     v.   1**8 USC §1341** - Frauds and swindles,

     vi.   **18 USC §1348** - Securities and Commodities Fraud

   b.   **Form COL Violation Warning Denial of Rights Under Color of Law, Legal Notice and Warning**, previously served and filed to Judges and OKDHS CPS and CSS, one example: https://drive.google.com/file/d/1pqV3TRYszqPy3BRarRObqvlna7DGLMa1/ on 11/16/22

   c.   Mother again asserts all rights asserted in her three motions filed 01-16-2024: **Motion to Determine Equal Protection Rights at Issue** and for Declaratory Relief, **Motion to Answer Federal Question What Process is Due** and Motion for Declaratory Relief, **Motion to Determine Substantive Rights at Issue** and Motion for Declaratory Relief, as well as additional fundamental rights not listed therein and reserves the right to raise procedural issues regarding those rights at any time.

**AUTHORITY FOR FINES "DAMAGES" CAUSED BY CRIMES BY GOVERNMENT OFFICERS.**

These damages were determined by GOVERNMENT for the violation listed.

| Breach | Penalty | Authority |
|---|---|---|
| Violation of oath of office | $25,000 | 18 USC 3571 |
| Denied proper warrant(s) | $25,000 | 18 USC 3571 |
| Denied Rite of reasonable defense argument | $25,000 | 18 USC 3571 |
| Defense evidence records. | $25,000 | 18 USC 3571 |
| Denied right to truth in evidence | $25,000 | 18 USC 3571 |
| Slavery " forced compliance to contracts not held" | $25,000 | 18 USC 3571 |
| The night Provisions in the Constitution | $25,000 | 18 USC 3571 |
| Treason "combined above actions" | $25,000 | 18 USC 3571 |
| Genocide | $1,000,000 | 18 USC 1091 |
| Mace prison of felony | $500.00 | 18 USC 4 |
| Conspiracy | $10,000 | 18 USC 241 |
| Extortion | $5,000 | 18 USC 872 |
| Mail threats | $5,000 | 18 USC 876 |
| Fraud | $10,000 | 18 USC 1001 |
| Falsification of documents | $10,000 | 18 USC 1001 |
| Perjury | $2,000 | 18 USC 1621 |
| Subordination of perjury | $2,000 | 18 USC 1622 |
| Grand Theft "18 USC 2112 each" | $250,000 | 18 USC 3571 |
| To determine multiply no. of counts by damage | | |
| RACKETEERING "Criminal" | $25,000 | 18 USC 1963 |
| RACKETEERING "Civil" | | |
|     Wages taken $×3= | | 18 USC 1964 |
|       "Sustained Damages "Total ×3" | | |

Thirty-seven (37) constitutional violation from Count 1: = $9,250,000 Damages

Judges CODE OF CONDUCT Felony
           not exceeding $50,000 for a first violation;
           and not exceeding $100,000 for any subsequent violation. 42 USC 12203

<u>Dealing with claims of "immunity"</u>:

        Any claim of "immunity" is a fraud because, if valid, it would prevent removal from damages for crimes against the people, which remote is authorized or even mandated under US Constitution Article 2, section IV; as swell as 18 USC 241, 42 USC 1983, 1985, 1986, and other states constitutions.

        Precedents of Law established by COURT cases, which are in violation of law, render violation of law legally unassailable. Such a situation violates several especially stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility and secure the-blessings of liberty. For JUDGES, or anyone in any branch of government.

114.    ____Oklahoma Statutes Title 22 Criminal Action is when prosecuted in name of State of Oklahoma as a party Right to counsel and confront accusers

<u>COURT RECORDS FOR INCONSISTENT STATEMENTS & VIOLATION OF JUDICIAL ESTOPPEL BY FATHER</u>

115.    ____Mp3 of CPS Safety Meeting
116.    ____Transcript 06/12/2023 (Motion in Limine, Motions Hearing) and all its exhibits
117.    ____Transcript 05/10/2023 (school director testified, Father perjured about Mother) & exhibits
118.    ____Transcripts 01/27/2023, 02/13/2023, 03/24/2023 (arraignments), 07/14/2023, 07/24/2023 & their exhibits

119.      ___Transcript 12/20/2022 (recusal hearing) and all its exhibits
120.      ___Transcript 10/14/2022 (child support hearing that Mother objected to) & exhibits
121.      ___Transcript court hearing Linh Stephens 06-01-22 signed Tami Morse *(221 pages)*
122.      ___June 08, 2023 "MOTHER'S VERIFIED <u>COUNTERCLAIM</u>, <u>THIRD-PARTIES COMPLAINTS</u>, AFFIRMATIVE DEFENSE"___court pleading Counterclaims and all pleadings related to this contempt
123.      ___March 23, 2023 "MOTION TO STAY THE ARRAIGNMENT HEARING OF MOTHER FOR ALLEGED CHILD-SUPPORT-INDIRECT-CONTEMPT; DEMAND TRIAL BY JURY OF HER PEERS ONCE STAY IS OVER"___
124.      ___March 08, 2023 "2ND AMENDED APPLICATION FOR THIRD INDIRECT CONTEMPT CITATION AGAINST RESPONDENT [FATHER] FOR NONPAYMENT-VIOLATING ORIGINAL OREGON DIVORCE-CUSTODY JUDGMENT"___
125.      ___February 10, 2023 "MOTION REQUESTING OF ESSENTIAL PRE-TRIAL QUESTIONS OF LAW; MOTION RAISING OBJECTIONS; AMD MOTION CHALLENGING THE COURT'S JURISDICTION [<u>SUBJECT MATTER</u> <u>JURISDICTION</u>]"___
126.      ___February 10, 2023 "<u>INJUNCTION</u>; MOTION TO DISMISS WITH PREJUDICE; CHALLENGE SUBJECT MATTER JURISDICTION"___
127.      ___January 20, 2023 "MOTION TO DISMISS [*THE APPLICATION FOR CONTEMPT CITATION REGARDING CHILD SUPPORT*] FOR MISCONDUCT BY OKLAHOMA DHS/CPS SUCH AS TO DEPRIVE THE DEFENDANT OF A FAIR TRIAL RELATED TO JD-2021-270 WHICH TRANSFERRED JURISDICTION TO FD-2015-2228"___
128.      ___January 19, 2023 "PETITIONER'S MOTION TO DISMISS INDIRECT CONTEMPT CITATION RE CHILD SUPPORT AND REQUEST FOR FEES"___
129.      ___November 18, 2022 "DEMAND PATERNITY TESTING PER OKLAHOMA PARENTAGE LAW; <u>AFFIDAVIT OF PAYMENTS</u>; FAMILY VIOLENCE STATEMENT AGAINST ADAM SYLVESTER STEPHENS AND ADDRESS OF RECORD; DEPARTMENT OF JUSTICE LETTER; FORM COL DENIAL OF RIGHTS UNDER COLOR OF LAW TO CSS;"___
130.      **Statement of Facts without any refuting evidence made in previous motions to FD-2015-2228 and served to OKDHS CSS and the Courts/Judges April Seibert and Deborrah Ludi Leitch already regarding child support :**
1. I am a WILLING parent [willing to take care of daughter, and I was taking care of my daughter until governmental overreach with its ceasing of my daughter–who belongs to me], and <u>no criminal neglect or abuse has been found against me</u> (waiver of my rights by my past-attorneys behind my back WITHOUT my wet signature WITHOUT being in front of a public notary does NOT count but considered fraud-upon-the-court with misrepresentation, and malpractice because I would NEVER waive <u>any</u> of my rights, especially not my unalienable rights, U.S. Constitution for the United States, Bills of Rights, etc). I want to be a parent and have always been around for my children, and my daughter G.L.Stephens has NEVER been abandoned by me; On the other hand, my daughter G.L.Stephens has been abandoned numerous times by the FATHER as can be testified by the witnesses the Johnsons, maternal grandparents/aunts, neighbors, friends.
   2. The State is engaged in LIMITING my involvement by unlawful ORDER violating due processes under Color of Law..
   3. The Father is engaged in LIMITING my involvement by DENYING ME MORE TIME. The State CANNOT fit me into Title IV-D because I have not abandoned my daughter, and Father is NOT a poor person as he is earning almost $5,000 per month asking for more money, and I the mother am NOT asking for any help from the State, not asking for any welfare benefits.
   4. I motion the State OKDHS CSS to get off my case else you are wilfully committing federal fraud as we have not met any criteria for Title IV-D.
   5. The State and Father are forcing me into having to turn over my finances (WARD OF THE STATE) to someone else. I am being penalized without a finding that I have committed a crime [false charges without adjudication hearings with failure to prosecute

and delay is NOT a conviction]

6. The State is welfare recipients but NOT Father, not daughter, not Mother. The State cannot fit anyone into the Title IV-D Welfare model unless one has limited involvement with your child abandoning the child, which I HAVE NOT abandoned by daughter and I have NOR request any limitation of my involvement in her life

**7. The State is aiding in the abuse and neglect of my child because Father's other 15 year old daughter has permanent protective order against her own Father still not being adjudicated yet and his name is not cleared yet. Father is unfit as a parent and the State is protecting him (the child-abuser who is WHITE MALE) while punishing me the (fit and loving parent who is VIETNAMESE NONWHITE-NONMALE).**

8. If the State wants to limit my involvement and the ex is denying my contact, then the State should be enriching the rich FATHER with its own money, not me the poor Mother with actual tax income documents for 2021 and 2022 made available to everyone including Oklahoma Supreme Court. None of the parties to this CSS case are receiving welfare; none of us are receiving assistance from the State. I should continue to enjoy the same freedoms as before the divorce.

Father the current "custodial parent obtained by frauds" does NOT meet the Federal Poverty Level; Father requesting child support for himself is RICH earning at least $4665.17/month or $55,982/year not counting yet fringe benefits and other sources of income; so Father does NOT need help with Child Support to maintain child's lifestyle and needs. None of the family members receiving services from OKDHS (implied or unconsented services are frauds!). Alleged Obligor/Mother has never abandoned her daughter. Alleged Obligor/Mother is the poor person with $10,247/year in 2021 and income below $0/year in 2022 per tax returns.

Again, OAH case 23-00313-73, OK IV-D FGN 000948641001, FD-2015-2228 does NOT meet Title IV-D criteria (obligor who are Mothers are NOT part of the title IV-D designed for fathers abandoning their kids; obligor self employed without set wage are NOT part of child-support either). does NOT meet any of "2022 Oklahoma Statutes Title 56. Poor Persons §56-237 support collection, parent location and paternity determination services".

**THEREFORE, mother MOTION THE COURT to order Child Support Order as proposed by Mother and order OCSS to get off the case, else OCSS is willfully committing FEDERAL & LOCAL FINANCIAL FRAUDS and shall be prosecuted to the fullest extent of the law and possibly Qui Tam Lawsuit, Civil Rights Lawsuit, and numerous other Causes of Action including but not limited to: Extortion, Malicious Prosecution, Cruel and Unusual Punishment, Discrimination, Harassment, and Personal Injury, etc.**

**Imputed income MUST be proven by opposing side even when past income has reached this level**.
*Buchholz v. Buchholz*, 166 S.W.3d 146 (Missouri Court of Appeals, Southern District, July 7, 2005): The trial court's imputation of income to the husband in the amount of $145,000 was not supported by substantial evidence, despite evidence that the husband earned approximately $145,000 per year prior to failure of his business and his filing for bankruptcy, and despite the court's finding that the husband's testimony concerning his efforts to obtain employment was not credible, since the wife presented no evidence that the husband had made less than a good faith effort to obtain employment or that such employment was available, and nothing in the record indicated that the husband's diminished income was the result of a deliberate or voluntary attempt to avoid support obligations.

| WITNESSES | Address | Proposed Testimony |
|---|---|---|
| Jim Lovett | jimlovett@yahoo.com | Parenting |
| Marieke Randoys | (778) 870-9778 | Parenting/Character Witness/ADA |
| Thuy Duong Thi Le | (206) 375-8681 | Parenting |
| Jeri Townsend | 1100 S 3rd St<br>Broken Arrow OK 74012 | DHS mandatory reporter; Parenting |
| Erica Parks | 2021 S Lewis Ave Suite 335<br>Tulsa, OK 74104 | All Issues |
| Valeria Blackstock | 401 S Boston Ave #501<br>Tulsa, OK 74103 | GAL report of 2018 |
| Leila Rau | Owasso Police Department<br>111 N. Main<br>Owasso, OK 74055 | Investigator |
| Maria Chico | Child Welfare Services<br>P.O. Box 35900<br>Tulsa, OK 74153 | DHS investigation |
| Jayme<br>Wingo-Martin | MHPS<br>4849 S Mingo Rd<br>Tulsa OK 74146 | Parenting/Schooling |
| Susie Panzer | MHPS | Parenting/Schooling |
| Khanh<br>Nguyen-Mother | 817-999-3858 | All issues |
| Khanh<br>Nguyen-Aunt | khanhngbaba@gmail.com | Parenting |
| Helen Johnson | (360) 908-2206 | All issues |
| Linh Vien | (510) 332-8696 | Parenting |
| Chi Nguyen | (503) 997-7387 | Parenting |
| Laca Moris | (813) 500-9955 | Parenting |
| Xuyen Ha | (918) 576-9202 | Parenting/Character Witness |
| Nicole Barnhouse | (918) 200-2108 | Intimidation by Adam; Parenting; |
| Dan Carroll | (918) 804-1429 | Parenting |
| Bridget O'Brien | Child Welfare Services<br>P.O. Box 35900<br>Tulsa, OK 74153 | Convicted felon for harming children, felon whose words NOT to be believed per evidence rules; DHS did not disclose this info so their case is invalid prima facie; hostile and unreliable witness fired by OKDHS for misconducts; DHS lack-of-investigation; full of fabrications contrary to evidence&witnesses; |
| Hester Anne Brown | (405) 326-4383 | Character Witness; Parenting; Pattern of GAL report; |
| Any and all of opposing party's and DHS's witnesses not otherwise objected to | | |
| Impeaching witnesses | | |



Case No. FD-2015-2228 in Tulsa County District Court of Oklahoma
DEMAND FOR A ~~HEARING RE: BANK~~ LEVY AND CHILD-SUPPORT ARREARAGES; FINAL
DEMAND TO CEASE AND DESIST 04-30-2024

From:   Linh Stephens, 11063 S Memorial Dr Ste D #235, Tulsa, OK 74133-7366;

To:     CSS DEPARTMENT OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
        PO Box 27069, Tulsa, OK 74149; OCSS.CONTACT.TULSAEAST@okdhs.org ,
        renee.banks@okdhs.org ; Fax: 918-430-2364,

RE  "Notice of Administrative Review Decision - Levy dated April 24, 2024" ("the letter")whose
footnote referenced "CSF08 v8 L82539/TUE P<g 2024042408062805-001" which was received by
04/29/2024 in mailbox

**DISTRICT COURT FILED**

**APR 30 2024**

DON NEWBERRY, Court Clerk
STATE OF OKLAHOMA TULSA COUNTY

To Whom This May Concern,

        Today, April 30th, 2024 is one calendar day from the date the letter mentioned above was
received by this individual named Linh Tran Stephens  I **disagree with the levy, disagree with the
child support amount arrearages and its unlawful computation, and disagree with any of your
decisions and fraudulent claims!** AGAIN, I have never contracted with your department or any
of your employees. IMMEDIATELY wipe off that **fraudulent child support amount allegation of
$64,445.92 in the name of JESUS CHRIST! I demand a hearing** within 20 days from the date of
CSS notice, in front of **an article three judge (NONspecial judge)** and in common law courts
since you have falsely alleged in your letter that you did a thorough, complete, and honest review,
when in fact you did NOT. Additionally, the alleged child support amount is larger than $10,000
amount (forbade by O.S. §20-123 Jurisdiction of special judges) and I have been objecting to having
a special judge for my case pursuant to O.S. § 20-124 long before any proceedings.

        It is to my belief and information that the Oklahoma child support order and its demand for
payment is a rush to judgment into a default judgment, and both are a violation of my
constitutionally protected rights. **Please validate this alleged claim against me by having it
signed by a man or woman and notarized under a penalty of perjury** and send the sealed
original to me,

        I refuse to contract with the State, DHS, any of its agencies. By completing and returning the
attached protesting/refuting form per your instruction in "the letter", it does NOT mean that I am
contracting nor having any implied contracts in any shape or form with any of the aforementioned.
Any past alleged contracts between us were fraudulent because of your actions and omissions; they
were without my consent, without my knowledge, and definitely without informing me nor providing
any due-process to me, while you guys deprived my substantive rights, constitutional rights,
unalienable rights, etc. AGAIN, I am NOT agreeing to  have NOT agreed to, and will NEVER agree
to have any contract with OKDHS or any of its entities/agencies/corporations or its personnel. I have
NEVER approved any violation or waiver of rights against me or against my daughter—any lawyers,
**any DHS employee, any transcript, or any documents saying otherwise is fraudulent, fake,
altered, likely photoshopped, or done without my expressed written notarized consent,
"implied consent" WITHOUT being fully informed, served, court-reporter-recorded, notarized,
signed is NOT consent.** "Signing (if any) under threats, duress, false promises, misinformation"
also is NOT consent,



## AFFIDAVIT OF NATURALIZATION & PLEDGE OF ALLEGIANCE

FD -15-2228

I, Linh Tran Stephens, a natural living woman of legal age and of sound mind, upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct, under penalties of perjury:

All previous statements or affidavits of naturalization are all hereby null and void. I am hereby issuing a new statement or affidavit of naturalization for G███ L██ Stephens (my biological daughter), G███ L██ STEPHENS, Linh Tran Stephens (myself), LINH TRAN STEPHENS, ████████████████ Peace Joy Clinic PLLC, ████████ Trust, my other children, my current husband, my current and future businesses, my current and future organizations, and my current and future trusts; by power of naturalization given by 8 USC §1101(a)(23). I hereby confer the nationality of the Family of Tran Nation upon all of the previously mentioned persons after birth, by any means whatsoever. Previously, I was unaware of the definition of the various words, terms, and phrases. Aforementioned persons are NOT located, are NOT domiciled, are NOT a resident of, nor ever has been a resident of any of the following places or businesses. UNITED STATES (located in Washington District of Columbia), STATE OF OKLAHOMA, STATE OF TEXAS, STATE OF OREGON, or any other incorporated entity or business at all anywhere, or any other incorporated entity or business at all anywhere. Pursuant to 8 USC §1408, all of the above persons are "nationals but NOT citizens of the United States since birth". The United Nations' **Universal Declaration of Human Rights**, Article 15, **section 2**, written by Teddy Rosevelt's wife, states that "no one can be arbitrarily deprived of their nationality or denied the right to change it"—if deprived of such right, it would be considered as "International human rights violation" and "involuntary servitude", which are crimes punishable by law

COURT
FILED
JUN 03 2024

STATEMENT OF ALLEGIANCE I hereby issue a qualified and temporary statement of allegiance between the above persons and the person called the United States as per the following contractual situation: G███ L██ Stephens (my biological daughter), G███ L██ STEPHENS, Linh Tran Stephens (myself), LINH TRAN STEPHENS, ████████████████ Peace Joy Clinic PLLC, ████████ Trust, my other children, my current husband, my current and future businesses, my current and future organizations, my current and future trusts. all pledge allegiance to the Flag and the Republic of the unincorporated United States for America, for which it stands, one nation, under Yahuah[1], indivisible. with liberty and justice for all, Our allegiance is NOT infinite and NOT unconditional; our allegiance is confined to be within the definitions of "nation" and "peace" and, if the Federal corporation decides at any point to step outside of those definitions then our allegiance would end at that point. By definition, if the Federal corporation ever steps outside the definition of "nation" or "peace" then, by its own Codes, it ceases to exist. Our allegiance ends at the moment that the nation ceases to exist simply because our support CANNOT exist for a nation that does NOT physically exist. Our true and unfettered allegiance lies in the ideas and spirit behind the idea of being a true American freedom, common law, masculine and feminine duality, supreme force, technical performance, national pride, etc. Our love and devotion to the heart and soul of our collection of independent unincorporated states is unquestionable and barely conditional. Our allegiance ultimately lies in the unincorporated state in which we domicile, but that love does truly extend to all the other unincorporated states found within our union that intend and factually produce tranquility inside and outside of their nation and carry themselves as a unified body that operates with morals and decorum. Just like the oath of office of the senate: "We do solemnly swear (or affirm) that we will support and defend the Constitution of the United States against all enemies, foreign and domestic.' But that specific Constitution is only and exclusively the original one that belongs to the unincorporated United States. The incorporated 'United States' is foreign to us but the unincorporated "United States" is domestic to us.

without prejudice

Stephans, Linh -Tran /Agent

Linh Tran Stephens, or Stephens. Linh-Tran/agent
Reserving all my rights Without Prejudice, Without Recourse, UCC §1-308
A natural living breathing woman with a living soul.
living on the land of the Republic of Oklahoma with full human rights.
Sui Juris, One of the People, Attorney-in-fact, Agent, Representative for Legal Fiction
Acting as Beneficiary of LINH TRAN STEPHENS
General Delivery Town Post, c/o 8214 E 111th Pl S Unit 100. Bixby. Oklahoma [74133]

[1] Yahuah is a Hebrew word that is derived from the word Yah, which means "God", and the verb yasha, which means "to save" or "salvation". It can be interpreted as "God is my salvation", his Hebrew theonym is יהוה (transliterated as YHWH or YHVH).

AFFIDAVIT OF NATURALIZATION & PLEDGE OF ALLEGIANCE - Page 1 of 2

STATE OF OKLAHOMA    }
                      } ss
COUNTY OF TULSA      }

Subscribed and sworn to before me this _24_ day of _May_____, 2024



_Person Administering Oath's Signature_
NOTARY PUBLIC

[Notary Seal]



From: linh-tran: stephens            cc into case no: FD-2015-2228
Authorized Representative for LEGAL FICTION LINH TRAN STEPHENS
c/o 11063 S Memorial Dr Ste D #235,
Tulsa, Oklahoma union state, USA without USDC,            **DISTRICT COURT**
Zip exempt, but near [74008]                             **F I L E D**

To:                                                      **OCT 3 0 2024**
• CSS
  3666 N Peoria Ave                                      **DON NEWBERRY, Court Clerk**
  P.O. Box 27068                                         **STATE OF OKLA. TULSA COUNTY**
  Tulsa, OK 74149
Certified mail, return receipt requested, tracking # _9589 0710 5270 1577 8837 89_
• OKLAHOMA CENTRALIZED SUPPORT REGISTRY,
      Child Support Services,
      P.O. Box 268849
      Oklahoma City, OK 73126
Certified Mail/Confirmation of Delivery/Validation Notice # _9589 0710 5270 1577 8837 65_
• Renee Banks & Jason Hoenshell or their successors and assigns,
      as Director of CSS & Oklahoma FIDM Coordinator, respectfully,
      P.O. Box 248822
      Oklahoma City OK 73124
Certified Mail/Confirmation of Delivery/Validation Notice # _9589 0710 5270 1577 8837 72_,
emailed renee.banks@okdhs.org, jason.hoenshell@okdhs.org, ocss.contact.tulsa@okdhs.org
**With Completion of Service and Designation of Witnesses To:**
• Merrick-E.: Family of Garland, United States Attorney General,
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001
      Certified mail, return receipt requested, tracking # _9589 0710 5270 1577 8837 41_
• Gentner: Family of Drummond, Oklahoma Attorney General
      313 NE 21st Street, Oklahoma City, OK 73015
      Certified mail, return receipt requested, tracking # 9589 0710 5270 1577 8837 58

Dated: 10/24/2024

**Re: REBUTTAL TO CLAIMED DEFAULT OF PAYMENTS FOR
CHILD SUPPORT DEBT OBLIGATIONS for *fraudulent* OAH No.:
23-00313-73, *fraudulent* OK IV-D FGN: 000948641001**

*Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent,
Applications to all successors and assigns*

Now comes linh-tran: stephens Authorized Representative for LEGAL
FICTION LINH TRAN STEPHENS who has received by mail or other parcel



IN THE DISTRICT COURT OF TULSA COUNTY STATE OF OKLAHOMA
JUVENILE DIVISION

In the matter of:
G.L. Stephens DOB 07-24-2013
Alleged Deprived Child(ren)
vs.

Linh Tran Stephens, a natural living
woman breathing with a living
soul and the Holy Spirit of
YAHUAH, with all her rights
reserved, Agent and Beneficiary
of LINH TRAN STEPHENS but
not legal fiction "LINH TRAN
STEPHENS" herself, also is the
only rightful owner of my
biological property/offspring
G.L.Stephens.

Defendant for alleged abuse

)  Case No. JD-2021-270;
)  cc: Case No. FD-2015-2228.
)  proven "frauds upon the court committed by
)  DHS and by B.A.R. CARD ATTORNEYS" who
)  violated equitable doctrine thus violation of all
)  alleged contracts/court-orders by Oklahoma with
)  evidence here in https://tinyurl.com/4cdv5u56
)  fraudulent OAH No : 23-00313-73
)  fraudulent OK IV-D FGN: 000948641001
)  TRIAL BY JURY OF HER PEERS in Article
)  Three Court constitutional common law
)  court DEMANDED
)
)                  DISTRICT COURT
)              F I L E D
)
)                  DEC 10 2024
)
)              DON NEWBERRY, Court Clerk
)              STATE OF OKLAHOMA TULSA COUNTY

AFFIDAVIT OBJECTIONS AND CORRECTIONS TO THE REPORT OF OKDHS
CPS CASEWORKER BRIDGET O'BRIEN / MENSER & DEMAND RETURN OF CHILD TO ME
Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all
successors and assigns, Affidavit is a Form of Evidence,
Silence is Tacit Acquiescence/Agreement/Dishonor

AFFIDAVIT

STATE OF OKLAHOMA      )
                       ) ss
COUNTY OF TULSA        )

COMES NOW, Linh Tran Stephens (also known as Linh Stephens, or "Mother"), one of
the sovereign People (as seen in Oklahoma Constitution Article 2 Section 1) republican in form,
Sui Juris—I am NOT the en legis, legal fiction, trust, corporation, sole proprietor "LINH TRAN
STEPHENS", a "public servant", a "government employee", a "U.S. citizen", a "pauper", a "ward
of the State", but I am a private, sentient, and moral living breathing woman with a living soul
and the Holy Spirit of YAHUAH]—do properly service to all this Special Entry of Special
Appearance, on public record, hereby notifying the clerk that I am visiting via special
appearance after nonjurisdictional and unwelcomed invitations from Tulsa County District
Courts including Juvenile Divisions and administrative courts of OKDHS including CPS and
CSS, as the alleged Defendant in this case pertaining to contract laws and trust laws. I, Linh
Tran Stephens, born in 1984, being of sound mind and legal age, do hereby affirm the following
statements to be true to the best of my knowledge and belief: WHEREAS I have clean hands,



FD-15-2228

## NOTICE AND AFFIDAVIT RESCINDING MARRIAGE LICENSE 581911, ITS MARRIAGE CERTIFICATE, ITS POWER OF ATTORNEY, AND REBUTTING ALL LEGAL PRESUMPTIONS CONTAINED THEREIN

*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns, Affidavit is a Form of Evidence and Silence is Acquiescence and Acceptance*

DISTRICT COURT
FILED
DEC 10 2024
STATE OF OKLA. TULSA COUNTY
DON NEWBERRY, Court Clerk

<u>Today's Date</u>: Five          Month: Eleven          Year: 2024 C.E

To: via certified mail w return receipt requested tracking # below

+ **Clerk of the Superior Court Maricopa County, Arizona**
  601 W. Jackson St.,
  Phoenix, AZ 85003          *tracking # 9589 0710 5270 1577 8838 57*

• **Office of Vital Registration**
  P.O. Box 2111,
  Phoenix, AZ 85001          *tracking # 9589 0710 5270 1577 8838 64*

• **Arizona Department of Health Services**
  150 North 18th Avenue
  Phoenix, AZ 85007          *tracking # 9589 0710 5270 1577 8838 71*

■ **Office of the Secretary of State, Executive Office**
  ATTN: Adrian Fontes
  1700 W Washington St Fl 7
  Phoenix, AZ 85007-2808          *tracking # 9589 0710 5270 1577 8838 88*

With Completion of Service and Designation of Witnesses To:

+ **Office of the Attorney General AZ**
  Kris: Family of Mayes, Phoenix Office
  2005 N Central Ave, Phoenix, AZ 85004-2926    *tracking # 9589 0710 5270 1577 8838 95*

• **Merrick-E.: Family of Garland, United States Attorney General, U.S. Department of Justice**
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001          *tracking # 9589 0710 5270 1577 8838 40*

**PLEASE TAKE NOTICE** that I, Linh Tran Stephens (also known as by her maiden name Linh Khanh Tran), sentient moral being, a natural living woman breathing with a living soul, rescind my signature on "MARRIAGE LICENSE No. 581911" for cause. I willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

COMES NOW, Linh-Tran: Stephens, the affiant, who is of lawful age and sound mind, who is a competent witness and is telling the truth, voluntarily relating the following first hand knowledge of the facts and stating that these facts are true and represent the best of my knowledge.

HEREBY, In the matter of the Marriage License Application (and its "Record of Marriage") which was signed by me, Linh-Tran: Stephens (also known as Linh-Khanh: Tran), on May seventeenth in the year of our Lord two thousand and twelve in the county of Maricopa, State of Arizona and filed by Michael K. Jeanes (County Clerk) and by Joseph Diaz (Deputy Clerk). Major Adam Morales joined in marriage Linh-Khanh: Tran (now known as Linh-Tran: Stephens) and Adam-Sylvester: Stephens SR (also known as Adam-Sylvester. Stephens SR)

---

*Notice and Affidavit Rescinding Marriage License 581911, its Marriage Certificate, its Power of Attorney, and Rebutting all Legal Presumptions Contained Therein*          page 1 of 14 followed by 1 page of AZ Marriage License



# DURABLE POWER OF ATTORNEY
## Notice to Person Executing Durable Power of Attorney

FD · 15 · 2228

DISTRICT COURT
FILED
DEC 1 0 2024

1. A durable power of attorney is an important legal document. By signing the durable power of attorney, you are authorizing another person to act for you, the principal. Before you sign this durable power of attorney, you should know these important facts:

   a. Your agent (attorney-in-fact) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property, and to use your property as security if your agent borrows money on your behalf. This document explicitly DOES give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift, without, the need to specifically authorize the agent to accept or receive a gift. These actions are done in an effort to benefit all parties and to better administer the survival of both persons in an effort to expand the survival potential of both persons perpetually into the future. Principal has FULL and UTTER trust in the agent to operate entirely in absolutely EVERY area in all of existence without rules or regulations. Principal FULLY comprehends the tremendous risk and has read this entire document in extensive detail, taking care to clear up the definitions of any words and clarify all aspects of this document. This document is a contract, made under the willful and total cognizance, of total and absolute governance by Stephens, Linh-Tran/agent. Any and all agent may NOT ever waive any of principal's rights (verbally or nonverbally), which are including but not limited to: parental rights, inalienable rights, constitutional rights (federal and state), civil rights, right to contest and to confront accusers, right to be heard, right to appeal, right to speak for herself even if there is any attorney or any American Disability Act advocate assisting her, etc. All of principal's rights are reserved without prejudice and without recourse since the date of her live birth.

   b. Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney.

   c. The powers you give your agent will continue to exist even beyond your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney. The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property.

   d. You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

   e. This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

   f. You should read this durable power of attorney carefully. When effective, this durable power of attorney will give your agent the right to deal with property that you now have or



### FD-2015-2228

**PETITIONER'S EXHIBITS & WITNESSES LIST** for trial scheduled 01-29-24 to 02-02-2024
The actual exhibits + purple USB were certified mailed separately to opposing party
Are we on the record yet? Court Reporter name? Judge Name? My ADA advocate let in?
Everyone swear in?

**DISTRICT COURT**
**FILED**
**JAN 09 2024**
**DON NEWBERRY, Court Clerk**
**STATE OF OKLA. TULSA COUNTY**

### SWORN STATEMENTS & DIARY RELATED

1 ___Personal diary of daughter named GLS dated from July 03, 2020 to June 19, 2021

2. ___picture Diary "homework" held up by GLS smiling very happy/healthy/safe at Mother's house in May 2021 being proud of her diary started by child psychologists' recommendations to process her emotions and GLS even showed it to Jim Lovett & to school director Jayme; GLS is NOT forced to write it by anyone--opposite of Bridget the DHS convicted felon caseworker's testimony--GLS even called Bridget "a liar"

3 ___one email proof among many that Diary is addressed by child psychologist Carrie Short 07-25-20 helping GLS to cope with Father's abusive and questionable behaviors e.g. saying "I want you" to GLS and saying "mommy is a liar"

4 ___GLS' handwriting from school work same as personal diary 08-15-20 to 09-07-21 (latest handwriting to earliest handwriting)

5 ___diary sent by school DIRECTOR JAYME w GLS' permission to court 06-23-21 OSCN Case Details

6 ___handwriting Linh/Mother and her Journal 01-02-18 to 03-07-18 regarding GLS' conditions wherever dropped off by Adam/Father

7 ___Diary #2 GLS related events 09-12-18 to 05-03-20 including informing GAL Hale 2019 where Adam made it impossible to coparent while endangering daughter

8. ___video #1 far across the room of GLS writing diary without any coaching 07-06-2020, as advised to record by Dr. Laca Moris & child psychologist Jim Lovett to prevent false accusations from Father
https://drive.google.com/file/d/10fefxs9Cn7tYMOA2Bw9wdL4ApK4rt fHA0/

9. ___video #2 far across the room of GLS writing diary without any coaching 07-22-2020, as advised by Dr. Laca Moris & child psychologist Jim Lovett to prevent false accusations from Father https://drive.google.com/file/d/11fPBYJlHu8kS6gFtW9tp4KeXQVi7tU9En/

10. ___video #3 Diary from cover to last entry showing authenticity
https://drive.google.com/file/d/11jW/GDQRa-AkmnlHilWvaPGo490UQu.i2t/

11. ___email of GAL Hale who is AGAIN made aware of child's personal Diary of Affidavits child psychologist, school director, and school teacher against Father on 01-03-2022 yet recommend Father as safe to have sole custody on 03-21-22 and again on 06-01-22

12. ___email proof GAL Stephen Hale & Erica Parks lied in 2021 when they said they both talked to Carrie Short and that "Carrie Short told me there is no such diary..." yet 08-09-20 email showing Carrie Short instructed us to start diary

**FD-2015-2228,** deprived due process OAH No.: 23-00313-73, fraudulent[1] OK IV-D FGN: 000948641001
**PETITIONER'S EXHIBITS & WITNESSES LIST for trial scheduled 01-29-24 to 02-02-2024**
The actual exhibits + purple USB were certified mailed separately to opposing party
Are we on the record yet? Court Reporter name? Judge Name? My ADA advocate let in?
Everyone swear in even lawyers?
SWORN STATEMENTS & DIARY RELATED

1. ___Personal diary of daughter named GLS dated from July 03, 2020 to June 19, 2021

2. ___picture Diary "homework" held up by GLS smiling very happy/healthy/safe at Mother's
house in May 2021 being proud of her diary started by child psychologists'
recommendations to process her emotions and GLS even showed it to Jim Lovett & to
school director Jayme; GLS is NOT forced to write it by anyone–opposite of Bridget the
DHS convicted felon caseworker's testimony–GLS even called Bridget "a liar"

3. ___one email proof among many that Diary is addressed by child psychologist Carrie
Short 07-25-20 helping GLS to cope with Father's abusive and questionable behaviors
e.g. saying "I want you" to GLS and saying "mommy is a liar"

4. ___GLS' handwriting from school work same as personal diary 09-15-20 to 09-07-21
(latest handwriting to earliest handwriting)

5. ___diary sent by school DIRECTOR JAYME w GLS' permission to court 06-23-21 OSCN
Case Details

6. ___handwriting Linh/Mother and her Journal 01-02-18 to 03-07-18 regarding GLS'
conditions whenever dropped off by Adam/Father

7. ___Diary #2 GLS related events 09-12-18 to 05-03-20 including informing GAL Hale 2019
where Adam made it impossible to coparent while endangering daughter

8. **___video** #1 far across the room of GLS writing diary without any coaching 07-06-2020,
as advised to record by Dr. Laca Moris & child psychologist Jim Lovett to prevent false
accusations from Father
https://drive.google.com/file/d/10fefks9Cn7tYMOA2Bw9wdL4ApK4mfHA0/

9. **___video** #2 far across the room of GLS writing diary without any coaching 07-22-2020,
as advised by Dr. Laca Moris & child psychologist Jim Lovett to prevent false accusations
from Father https://drive.google.com/file/d/11fPBYJIHu8kS6gFLW9tp4KeXQM7tU9En/

10. ___video #3 Diary from cover to last entry showing authenticity
https://drive.google.com/file/d/11jWGDQRa-AkmnlHIWvaPGo490UQuJl2t/

11. ___email of GAL Hale who is AGAIN made aware of child's personal Diary of Affidavits
child psychologist, school director, and school teacher against Father on 01-03-2022 yet
recommend Father as safe to have sole custody on 03-21-22 and again on 06-01-22

---

[1] FD-2015-2228; CPS referral # 2078246 & 2200561 against Adam for child abuses among many other CPS
referrals by Nonparties since 2017 against Adam; PO-2021-3843 child against Adam, frauds-upon-the-court
JD-2021-270, Father impeached for perjury PO-2021-4059; DF-120612→CI-120847&DF-120848; DF-120849,
DF-121149→PR-121200; MA 121255; DF-121254;

12. ___email proof GAL Stephen Hale & Erica Parks lied in 2021 when they said they both talked to Carrie Short and that "Carrie Short told me there is no such diary…" yet 08-09-20 email showing Carrie Short instructed us to start diary

13. ___**Excited Utterance** of daughter GLS disclosing about Father CHOKING her dog in front of her and scared her 09-06-21, disclosure in car-drive when Mother (front passenger) and stepfather-driver (front driver) picking up child (in back of car on driver's side) afterschool on Monday
https://drive.google.com/file/d/11b2ONXVSYH4djJazrdIcsT4DypaIBsg4/

14. ___**Excited Utterance** of daughter about wishing Father to die as he LOCKED her in semitruck unattended & sleep NAKED with Her and Her also being Naked 03-27-20, disclosure in car-drive
https://drive.google.com/file/d/18tHlF8W94gRbLjdnjMHcOjO0T0Xn_67A/

15. ___Affidavit of child psychologist J.L., who knew child since 2017 at least 5 continuous years and then intermittently

16. ___Affidavit of godparents of daughter C.J. and H.J.

17. ___Affidavit of school director J.M.

18. ___text message from director J.M. to mother that triggered 911 call (GLS missing from school under Father's temp custody, and Father withdrew GLS from stable school without telling anyone, not even GAL or child's attorney or his attorney. Father used to be a cop in 2008 for "one year only" (misconducts? Uncontrolled anger?) yet insisted that 911 call is Violation of Protective Order to jail Mother (to further custodial interference harming child) and pretend to not know that it is a crime to commit perjury on Protective Order forms notarized to Police and to Judges.

19. ___school neglect by Adam: school note and texts showing Father with 5 tardies, followed by missing from school weeks at a time, pattern of no homework turned in at all during this every other week; even now never help with homework per GLS

20. ___Affidavit of school teacher S.P.

21. ___Affidavit of grandmother of child impeaching caseworker's report/credibility

22. ___Affidavit of Mandatory Reporter and child's neighbor J.T. regarding GLS disclosures about unsafe Father and how safe/wonderful Mother is 12-02-2021

23. ___Affidavit of Petitioner for ex-parte emergency custody showing bruises on forehead, medical neglect, and hygiene issues 11-28-22

24. ___Affidavit of friend of family Dr. M.L. 12-15-21

<u>DISCLOSED REPORTS/RECORDS, ENCOUNTER NOTES, COURT RECORDS, SUBPOENA
DUCES TECUM REPLY FROM POLICE; TEXTS;</u>

25. ___Father's three bankruptcies showing he is irresponsible with money and spending more than he earns, even as a trucker earning $200,000s in the past still not enough for his spending habits. Mother is still paying for his marital debts until this very date. Child Support Enforcement is unlawful enforcing the poor (Mother) to pay the rich (Father)

26. ___Father's criminal records showing chronic/recurrent disrespect for human's life/safety and disrespect for the law and the courts;
**+** Father's unpaid child support with passport being withheld in 2011 showing he does NOT care about all of his children despite claiming so.

27. ___Letter of Adoption of Father's teenage daughter 15 years old when GLS was two years old.

28. ___Court Order Termination of parental rights of Father and dead (not "dead-beat" like Father described her) Mother against teenage daughter age 15 from previous marriage while G.L.S. was two year-old, yet GAL and OKDHS deemed him "fit for sole custody of GLS"? Filed 02/12/2015

29. ___Court Filing Father's Consent to Adoption/Termination of Parent-Child Relationship between him and second youngest daughter of prior marriage age 15 when GLS was 2 year old, filed 11/20/2014

**30. ___permanent Protective Order from teenage daughter admitted and stipulated by Father [see <u>OKDHS</u> report the interview of Father in 2020] which FATHER REFUSED to hand over during discovery and Motion to Compel filed by Mother filed long before Father did not addressed by the Court at all, while Motion to Compel by Father filed late addressed immediately**

31. ___Parenting Coordinator Recommendation against child endangerment by Father illegally transporting child in a Slingshot (file stamped 04-04-19). Do GAL and OKDHS plan to have my daughter manslaughtered? + **<u>Judge ordered Conduct Order for Adam</u>**

32. ___pictures Slingshot Endanger GLS with Adam he posted on Facebook 10-27-2019 and 05-23-2019, BOTH were after Parenting Coordinator via the Court ordered him to stop per court order of 04-04-2019.

33. ___**video** SLINGSHOT illegal transport of GLS by Father, and at the end old videos of her HALF NAKED posted publicly by Father on his Facebook, screen recorded 05/23/2019

34. ___GAL Blackstock report + timeline 08/09/2018 showing GLS disclosed numerous times she is SCARED OF DADDY whenever Father is not nearby but becomes quiet whenever Father is around. She recommended a more stable home with Mother (who was remarried in 2017) instead of Father moving around every other couple of months (by now Father moved 5 times since been to Oklahoma and many times before that since divorce of 2016), specifically,
→ p.5: "After I emailed the parties in May, GLS has repeatedly told me she is afraid her father will get angry and spank her. GLS repeatedly told me she was afraid of being spanked, and asked me to relay to Adam she does not want to be spanked, she did not

have any other details regarding spankings that she wished (or was able to discuss). Immediately after telling me she was afraid of Adam, she left our discussion and walked over to her father and demanded he fetch her a drink of water. Adam did not deny spanking GLS. It would appear that a court minute order of 9-11-17 in this present case prohibits both parties from using corporal punishment on the minor child." and
→ p.7-8: "Linh appears to be able to provide the more stable home at this time. Adam appears to have some level of disregard for the orders of this court (i.e. driving the child while prohibited, and spanking her while prohibited.) I believe it is in GLS's best interest for the court to enter orders which take Adam's behaviors into consideration. I believe the following to be in GLS' best interests… 2. Linh Stephens should have a greater share of time with the minor child until such time as Adam can demonstrate respect for the Orders of this court and the safety of the minor child… 6. Linh's home should be the primary residence of the minor child for purposes of school district selection… 9. The parties should refrain from monitoring phone calls between the child and the other parent. 10. The parties should not transport the minor child, or allow the minor child to ride in or on any vehicle in any manner which is contrary to the manufacturer's guidelines for said vehicle. (i.e. GLS should not ride in the Slingshot or the front seat of any vehicle until she meets the age and size requirements recommended by the manufacturer.)

**35. ___two DHS reports submitted to District Attorney Office for investigation of 2020 against Father who stipulated noncontest to avoid trial and of 2021 falsely against Mother who demanded jury trial [underseal and the Court has possession of them both and Petitioner did Motion for the Court to IN-CAMERA REVIEW OF DHS AND PSYCH EVAL REPORTS AGAINST FATHER 12-07-2023]**

**36. ___email in possession of Erica Parks [Netflix Viewing Activity since 11-23-19 to 12-29-21] sent to lawyer who sent to DHS proving WITHOUT alleged movie Taken nor adult porn, contrary to fabrication by OKDHS caseworker Bridget O'brien/Menser of 2021 against Mother. Additionally, Digital forensic private investigator DAVID BALLARD using FBI-standard testified 06/01/2022 scanned Mother's iphone against allegations and was WITHOUT any movie Taken nor any type of porn nor any of them projected onto the TVs as falsely alleged by GAL and by DHS caseworker convicted felon Bridget O'brien/Menser.**

37. ___CPS safety meeting transcript minutes 12-07-21 2pm + <u>CPS worker Bridget felony</u>

38. ___**voice recording** of CPS Safety meeting 12-07-21 2pm just mom and DHS without Father there nor GAL there to confront accusers, unlike CPS Safety Meeting of 2020 everyone was in one meeting. UNFAIR TREATMENT AGAINST NONWHITE FEMALE VS. WHITE MALE.

**39. ___Psych Evaluation of Father full of anger and pretending to be better than he really is from Dr. Grundy [underseal and the Court has possession of it]**

40. ___numerous past Psych notes of Father showing unmanaged thus escalating anger issues, delusions seeing and hearing things that are never there, one example PSYCHOLOGICAL TEST REPORT using MMPI-2 and video recordings INPATIENT PSYCH VIDEO RECORDINGS

41. ___transcript of angry and abusive words spoken by Father during one of the numerous verbal and emotional abuse of Mother right in front of daughter

42. ___Father's Medical History which impeaches him lying to this Court since 2017 that he does NOT have seizure nor a slowly growing brain tumor, which increases risk of death for child GLS being transported with him against DMV regulations and State laws. Do GAL and OKDHS plan to have my daughter manslaughtered?

43. ___Mother's medical history and psych extensive screening without concern of mental illness, extensive mental health screening was negative 05-16-22

44. ___Medical Board good standing letter for Mother without concern of mental illness

45. ___proofs of no money to do additional psych evaluation as demanded by the Court to have Mother's parental rights restored, despite psych eval for Mother is NOT medically nor mentally indicated/required according to licensed professional medical experts since birth, and NOT indicated according to mental board [see letter of good standing].
+ BANK BALANCE zero dollars
+ Laid off Business Letter from Cherokee Nation September 2020
+ Unemployment collection (disproving allegation of "purposely underemployed")
+ Net-negative business profit and loss statements of private clinic (disproving allegations of "purposely underemployed" again) from January 01, 2021 to December 2023
+ Business Letter with Letterhead from other private clinic owners vouching same struggle for earning profits (disproving allegations of "purposely underemployed")
+ below-poverty line TAX RETURNS of 2021 and 2022 filed with IRS

## IMAGES, VIDEOS, AND VOICE RECORDINGS

46. ___pic of G.L.S. disclosed still sleeping with father 10/12/2020 (age 7), GLS typed to mom "Say it quite May daddy always ask what I told you I can't tell you because ok Fine I will Tell you I sleeping In daddy's Bed but" 10-12-2020

47. ___**video** of G.L.S. disclosed still sleeping with father 10/12/2020 (age 7), GLS typed to mom "Say it quite May daddy always ask what I told you I can't tell you because ok Fine I will Tell you I sleeping In daddy's Bed but" 10-12-2020

48. ___pic Mom's house GLS in her own bed no one else can fit on it, unlike Father

49. ___pic of AFRAID to say I love you out-loud to mom whenever at daddy house so GLS had to type on screen via FaceTime 11-28-2021

50. ___pic and text: Seat belt across neck endangering GLS by Father in semitruck can be decapitated and die. Texted GAL Stephen E Hale 03-18-2020 after calling with concerns and sent images, who did NOT care if GLS manslaughtered or not. This same problem expressed by School Director Jayme Martin who witnessed Father illegally transport child in semitruck in front seat, calling the school to bring GLS out to semi

51. ___pic Unrestrained in Semi Truck 6 yo may fly through window frontseat no booster w seatbelt back of head 03-18-20

52. ___**video** still in SEMI unsafe through Tornadoes and Covid season w Father 04-28-2020

53. ____pic GLS with Underwear only at Father's house daily recurrence, example Facetime screenshot 11-28-19 (6 year old)

54. ____pic GLS naked still sleeping in Father's bed per Facetime screenshot 01-21-20 (7 year old)

55. ____pic GLS NAKED ASLEEP at Father's house again, He took pic of her naked and posted on his Facebook 05-03-2020

56. ____pic GLS naked during Father's week He posted online with video 05-28-2018

57. ____pic Toilet unusable for GLS at Adam per Facetime 11-27-21; Toilet missing covers and barricaded door at Father to force child to use Father's toilet (ignored by caseworker Bridget O'brien when confronted about them) ***video available if requested** https://drive.google.com/file/d/110BhnKlZOSDWTAEDbTPK8GsJ5x6MOepw/

58. ____pic GLS taught makeup under Adam care by Michelle Le his babysitter–Father posted on his Facebook publically; to replace Mother's presence after divorce or to groom GLS?

59. ____pic most gross 7 pics out of numerous Father forced child to sit on old men's laps some are biker's group, per Father's facebook public posts throughout the years

60. ____**video** Sad song by GLS about daddy took her from mommy any time time before 03-31-2018

61. ____folder of self-recorded voice on GLS ipad that Linh found after GLS was unlawfully kidnapped by Bridget O'brien: Spontaneous songs 12-01-21 sang by daughter G L S without fear nor hatred for Mother as falsely alleged by Father and OKDHS caseworker felon Bridget O'brien/Menser; https://drive.google.com/drive/folders/13Teiov609xQ-GCjpSRVwRpvn8RDmsm4p?usp=sharing
    a. a GLS I love mommy she is the best I love Jesus 12-01-21.m4a
    b. a GLS sings mommy the best mommy loves family 12-01-21.m4a
    c. GLS sings I believe I can fly and I love mommy 12-01-21.m4a
    d. GLS sings I loves mommy she wove me 12-01-21.m4a
    e. I love mommy and a hug 12-01-21.m4a
    f. z GLS sings Weeseepoof song 12-01-21.m4a
    g. z GLS watching Luca movie 12-01-21.m4a

62. ____Drawings I love you mom so numerous from school (no mother at school to coach) NO WAY Child would have said "I NEVER WANTED TO SEE MOM AGAIN" like alleged by SADIE TEMPLE during her interview with Adam in the room, so likely child was threaten/coached by Father https://drive.google.com/file/d/1G6Hwe6TIJPDWdye6esDFoPR0hR6torRl/view

63. ____**voice recording** Daddy said to not say i love you to Mommy - this is a short clip of some of the concerning things that GLS says when we come pick her up. there is never any prompting as can be seen in the audio clip. xuyen and linh never tell GLS what she can and cannot do or say around adam. the parental alienation is totally one sided and it always comes in the form of "daddy told me to not..." talk to you, love you, say i miss you, hug you, say goodbye. Daddy tell me to not say ILU to mommy - parental alienation. we

do not know when these events will occur but they occur most frequently the first day we have GLS after adam's week.

64. ___**voice recording** <u>Daddy is mean guy want mommy to die</u> 03/05/2018 - this audio clip has to be listened in full because there is not one statement that is important by itself but GLS reveles something that is quite concerning. she says that "he always want me to take me away from you because he is an angry guy at you mommy. we dont kill people or die people mommy, thats not nice. thats why i dont try anger....inaudable....when my daddy kills you, that i dont have a mommy and i have to stay to my daddy tomorrow house all day week when you die."

65. ___**voice recording** <u>Daddy said there is monster at Mommy's House,</u> starting at 1:00 minute mark 06/06/2018

66. ___**voice recording** <u>When will I see my daughter</u> @ 1:25 minute mark "we'll talk later" some time before 09/2018

67. ___**voice recording** <u>Head games 2 - when will you drop her off</u> - 3:20 minute mark: "I don't know (when answering 'when will you drop her off, in the context of when will I see my child again)"; K.N the aunt of Mother is speaking in the background about Father never returning clothes to Mother even though he "promised" 09/08/2017

68. ___**voice recording** <u>Backyard trash</u> - Father admitted never read texts (disrespectful) of other parent; aggressive/gaslighting when did something wrong to someone else; refuse to talk about health of child breathing in trash debris; <u>threaten Mother with Judges and Courts like every other conversation before</u>; @ 1:00 minute mark is emotional outburst as well as cursing on phone while child is in same room; approx 09/2017

69. ___**voice recording** Parenting class - 1:00, Adam calling linh stupid in front of child and saying damn; K.N. the aunt of Linh in the background listening and talking also

70. ___**voice recording** <u>Loan conversation</u> many marriage debts Adam left Linh with despite Adam said Linh lied about it, Adam make threat with lawyers again, cursing, hanging up whenever confronted, difficult to work with - starts at 1:00, lying at 2:50, 3:30 cursing "shit, f*** bullshit", 4:25 "<u>I can say what I want</u>", 4:30 yelling

71. ___**voice recording** <u>Parenting class</u> - 1:00, calling linh "are you that stupid", "really, are you that stupid?" and saying damn. 1:30 "dammit" sleeping in daddy's bed - starts at 0:40 linh: are you sleeping in your own bed?, adam: tell her no you are in daddy's bed. often she would hesitate to answer or even talk to linh while adam is around. She is usually instructed on what to say and how to act.

72. ___texts and phone record: Withheld GLS No return calls Disappearing Ran away 07/2017, no need for school per Father who also withhold child from Mother 02-27-2017

73. <span style="color:red">___**voice recording** of Guardian Ad Litem stated he now acknowledged that alleged Rape Scene in movie "Taken" was PG13 without any rape scenes</span>

74. ___screen shot of video of Father INTIMIDATE and harassing neighbor-friend of GLS

75. **___video** of Father INTIMIDATING and harass neighbor-friend of GLS

<u>COURT RECORDS & DISCOVERY RECORDS</u>

76. ___10-05-2017 MOTION TO COMPEL DISCOVERY AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED;

77. ___All Discovery Responses and Documents sent from Father to Mother, including but not limited to: Adam Discovery Response Admissions Answers 10-11-23; Adam Interrogatories; IRS transcripts 2017-2018; income tax returns of 2019-2023; Resp Ex#8

78. ___Complete Case File FD-2015-2228

79. ___Proof of legal malpractice and ineffective assistance of counsel by past attorneys ERICA S. PARKS, OBA # 20532 and Dale Warner, OBA # 9359: former attorneys who claimed they have experience with CPS cases yet "agreed" with the allegations (against my consent) which lead to the case against Mother closing without any evidentiary hearing and Mother being forced to fight for daughter the last 3 Christmases while daughter is subjected to constant ongoing abuse/neglect/endangerment because those "admission of guilt to the allegations" by legal-misrepresentation meant <u>protection order for daughter GLS against FATHER </u>PO-2021-3843 was dismissed (daughter was dropped off of PO she requested herself, since she walked to pick up the PO herself–no one coaching or forcing her) without any evidentiary hearing for her; followed by abusers' ex parte request for false-protective order against Mother for "Adam and GLS" PO-2021-4059 was granted. NOTICE the # of PO cases, Father was 4059 which was way later than Mother 3843.

80. ___Police Reports [available in court dockets and attached to past motions exhibits]

81. ___Complete Case File numerous false Protective Orders (three total since 2017) filed by Father, two false allegations of violation of protective order (dismissed by the State due to exculpatory evidence) showing Father is unreliable witness (no child porn, no kidnapping from school by Mother per impeaching witnesses) perjured to the State, to Police, weaponize the court to abuse exwife and alienate child carrying out custodial interferences and parental alienation.

<u>CHILD SUPPORT RELATED previously already sent to Opposing Counsel & **OHA**</u>

82. ___Actual medical insurance premium paid for G.L.S. by Father

83. ___CDL licensure and CV Resume (needed to be fairly imputed against Father just like imputed unlawfully against Mother for her medical licensure) and pics

84. ___previous admitted impeaching evidence Facebook Father disclosed he has memory loss issues still in 2023, also that he is Mortgage Investigator showing additional hidden income

85. ___FATHER Income Tax return 2021 and Fringe benefits very rich $4665/month or $55,982/year while Father Adam hiding ludicrous Semi-truck driving job and Uber driving side jobs income

86. ___GARNISHMENT LETTER FROM OKDHS SENT TO WORK and WORK's RESPONSE LETTER was ignored by OKDHS. Garnishment could not be enforced because the numbers don't add up and my work even sent them the letter informing them of their erroneous ways.

87. ___SALARY VERIFICATION LETTER FOR DR. LINH TRAN STEPHENS, D.O. CEASE AND DESIST DEMAND LETTER filed 12-08-2023

88. ___LEGAL NOTICE TO CEASE AND DESIST ELSE LAWSUIT TO CSS OF OKLAHOMA AND STATE OF OKLAHOMA WITH ATTACHMENTS filed 11-20-2023

89. ___Letter Demand Administrative Review Hearing 01-12-23 to review Erroneous Child Support Order of 10-14-22 resulted from Father and opposing counsel Gil Pilkington JR's Judicial Deceptions they added "child support" to June 01, 2022 Order filing a month later July 06, 2022, where full transcript did NOT mention child support

90. ___Proof of service: OAH CSS administrative review hearing 04-12-2023 11am

91. ___Income Tax return 2021 MOTHER

92. ___proof of Mother's ability to collect unemployment showing efforts to find jobs, if not, Oklahoma unemployment office will stop unemployment

93. ___Private business profit and losses statements verified negative income, confirming inability to pay inflated-and-erroneously-imputed child support order.

94. ___Letter from Cherokee Nation: Petitioner being laid off by no fault of her own 08-12-2020 thus cannot impute income!

95. ___Business Income Accountant, part of Declaration of Earnings affidavit 10-13-22.pdf

96. ___Income Tax Return 2022 Mother and private Business redacted

97. ___Oregon Decree important parts in lieu of child support from Mother and Mother was labeled 14overnights by Father's frauds 01-10-2016.pdf *[whole Oregon Decree was Exhibit A in origin Motion to Modify Child Support Order filed 01-27-23 w OAH]*

98. ___Confirmation of Foreign Order Oregon Decree to Tulsa OK 07-11-2017 w attached Original Oregon Decree which is still in effect

99. ___Father filed "OREGON DECREE is BINDING" on 07-08-2019 now Judicial Estoppel asking more money when Father is RICHER and Mother time decreased 14overnights to now zero overnights

100. ___Declaration of Earnings affidavit and child-safety concerns against Father notarized 10-13-22 w exhibits, brought to hearing 10-14-22 and laid proper foundation, filed before child-support order of 10-17-22 ___**Declaration of Earnings and of Rights Affidavit 01-15-24 by Mother/Petitioner-Turned-Defendant filed 01-17-24**

101. ___Reply Letter Doctrine from Dr Keeny Re Private Clinic struggles 09-02-22 09-05-22 was exhibit to Declaration of Income 10-13-22.pdf

102. ___Affidavit of Payments from Mother to Father sent to CSS FGN: 000948641001 dated 11-16-22 total $93,306 that Father hasn't reimbursed Mother while demanding fraudulent child support

103. ___NOL = notice of claim / liability by Petitioner with her Affidavit of Timeline

104. ___Visits w Daughter 5 hrs total since December 03 2021 (printed 04-01-23) one half year later, because of Father's Custodial Interference by Objection to pauperis affidavit (Father's objection denied by Oklahoma Supreme Court who affirmed Mother is poor) & Refusing insurance for child to be used

105. ___Misconducts by Gilbert Pilkington JR affidavit discovered 03-23-23 notarized 03-29-23.pdf

106. ___Transcript court hearing Linh Stephens 06-01-22 signed Tami Morse.pdf

107. ___Income Assignment G 2 b UNLESS a written agreement 02-13-23 or lack of ACTUAL INCOME ignored by State Attorney thus biased.pdf

108. ___Oklahoma Statutes §56-237 (2022) "Poor person Support collection, parent location and paternity determination services." which FATHER is NOT poor and child 100% with him + child NOT receiving any DHS services, so CSS needs to get off the case else federal fraud charges

109. ___caselaw Suspension of Child Support Payment because of Custodial Interference: Morgan v Morgan 02-01-2023, which said *"father [similar to Linh ]filed multiple petitions for parental access with the children, some of which resulted in awards of therapeutic parental access. In July 2019, the father moved to suspend his child support obligation, alleging, inter alia, parental alienation on the part of the mother…"Child support payments may be suspended, however, 'where the noncustodial parent establishes that his or her right of reasonable access to the child has been unjustifiably frustrated by the custodial parent'... Suspension of child support payments is "warranted only where the custodial parent's actions rise to the level of deliberate frustration or active interference with the noncustodial parent's visitation rights"*

<u>OTHER CONTEMPTS RELATED</u>

110. ___evidence 10TH Indirect Contempt against Father filed 12-01-2023: TEXTING OUTSIDE OF ORDERED TIME FRAME & NON RESPONSIVE, see **Talking Parents App which the Court said she has access to**

<u>RIGHTS, LAWS, STATUTES, REGULATIONS (available online or Congress Library)</u>

111. ___Unalienable Rights and Other Rights
    a. **Unalienable Rights**
        i. by the <u>Universal Declaration of Human Rights (**UDHR**)</u>
        <u>https://www.un.org/en/about-us/universal-declaration-of-human-rights</u> "**Article 25**: Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of **unemployment**, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control. **Motherhood and childhood are entitled to special care and assistance**. **All children, whether born in or out of wedlock, shall enjoy the**

**same social protection**. **Article 26**: ...Parents have a prior right to choose the kind of education that shall be given to their children." "

ii. by <u>The Declaration of Independence</u> whose Original parchment + Stone Engraving + Transcription from National Archives <u>https://www.archives.gov/founding-docs/declaration-transcript</u> printed at <u>https://drive.google.com/file/d/14Etn5P_wOcn8eXXsD9S2N4n4wOhLFIdt/</u>

iii. "**Unalienable Rights are the Inherent, Sovereign, Natural Rights that existed before the creation of the State, and which, being antecedent to and above the State, can never be taken away, diminished, altered, or levied by the State**, except by Due Process of Law. **Nor can any Unalienable Right be fundamentally removed or waived by contract, whether by non-disclosure, which is fraud and unenforceable in Law,** or knowingly by sufferance, which is contrary to the Spirit of the Law and prejudicial to Sovereignty.

The Original, Permanent, Unalienable Rights of every Man or Woman, include:

**The Right to Life, Freedom, Health and the Pursuit of Happiness** [my daughter is my happiness]**;**

**The Right to Contract, or Not to Contract** [I have never contract with any governmental official]**, which is Unlimited;**

The Right to Earn a Living Income by being Compensated with Wages or a Salary in a Fair Exchange for one's Work;

**The Right to Travel in the Ordinary Course of one's Life and Business;**

**The Right to Privacy and Confidentiality, free from Unwarranted Invasion;**

The Right to Own, and Hold Property, lawfully without Trespass;

The Right to Self-Defence when threatened with Harm, Loss, or Deceit;

**The Right to Due Process of Law, with Notice and Opportunity to Defend;**

**The Right to be Presumed Innocent**, suffering No Detention or Arrest, **No Search or Seizure, without Reasonable Cause;**

**The Right to Remain Silent when accused, to avoid Self-Incrimination;**

**The Right to Equality in the eyes of the Law, and to Equal Representation;**

The Right to Trial by Jury, being an Impartial Panel of one's Peers;

The Right to Appeal in Law against Conviction or Sentence, or both;

The Right to Expose Knowledge necessary to one's Rights and Freedoms;

The Right to Peaceful Association, Assembly, Expression, and Protest;

The Right to Practice a Religion, and to have Beliefs, of one's choosing;

The Right to Love, and to Consensual Marriage with Children, as a Family;

**The Right to Security from Abuse, Persecution, Tyranny, and War;**

The Right to Refuse to Kill under command, by reason of Conscience;

**The Right to Live in Peace and be left alone when Law-Abiding;**

Surely, the most critical failure of The People is their failure to ensure the teaching and common knowledge of their Unalienable Rights. If you do not know your Rights, you effectively have none. By the path of Ignorance, whether by Apathy or Deception, The People arrive in a State of Exploitation, Oppression, and Tyranny"

b. **The Bill of Rights**: A Transcription from National Archives <u>https://www.archives.gov/founding-docs/bill-of-rights-transcript</u> printed at <u>https://drive.google.com/file/d/141z9Wa61a30OUTmSxWFuZhOi4uyu8ufi/</u>

c. **Oklahoma Bills of Rights** under Oklahoma Constitution Article II, especially OC2 section II-6 7 9 **due process rights**, printed at https://drive.google.com/file/d/1fsiZah3nfPlsZxojtlTO0TLvGwbIYOYd/

d. **Rule 8.1 Judicial Hearings** SECTION VIII. PROCEDURES RELATING TO DISTRICT AND MUNICIPAL COURTS RELATING TO IMPRISONMENT FOR NONPAYMENT OF FINES AND COSTS https://drive.google.com/file/d/1LcucCeixd_UIdzcGGH7ejpPQkiGkHspO/ which spelled out "**When the Judgment** and Sentence of a court, **either in whole or in part, imposes** a fine and/or **costs upon a defendant, a judicial hearing shall be conducted and judicial determination made as to the defendant's ability to immediately satisfy the fine and costs.**" where immediately means BEFORE sending them to prison/jail!

e. **Department of Justice Letters, dated April 20, 2023 and dated March 14, 2016** outline circumstances where **unjust imposition and enforcement of fines and fees violated the civil rights of adults accused of … quasi-criminal ordinance violations, and civil infractions,** as well as circumstances that raise significant public policy concerns, particularly outlines seven constitutional principles. This letter is to assist judges in performing their duties lawfully and effectively regarding fines, fees, contempt, sanctions, and jail time. Printed at https://drive.google.com/file/d/1Y-eJ-xi_gQUQpjtq-w-_O7LAWkz0fECi/ and https://drive.google.com/file/d/12bXzRznLKgLG67O4tt6x5bsTyad_4TRN/ , respectively.

f. **Maddie's Law or Oklahoma Senate Bill SB1761** passed 03/01/2022 https://drive.google.com/file/d/1l1-FgxV60GcB6sqahlclVQSPyal_LhL7/ "When awarding custody to either parent, the court: shall consider, among other facts, which parent is more likely to allow the child or children frequent and continuing contact with the noncustodial parent" (see page 5, under section  D).

g. The Supreme Court conclusively held in *Troxel v Granville* **(53 US 57 (2000))** that parental rights are not only constitutional rights, but they are fundamental constitutional rights.

h. Oklahoma Constitution Article 23 XXIII declaring it is unlawful/void/null to deduct from pay without employee consent, unlawful for any contracts (implied or expressed) to waive benefits of the Constitution, printed at https://drive.google.com/file/d/1jUD-UhhJOolmJGfSjfyJ_enAPogaN9di/ whose

> SECTION XXIII-8 **Contracts waiving benefits of Constitution invalid. Any provision of a contract, express or implied, made by any person, by which any of the benefits of this Constitution is sought to be waived, shall be null and void.**
>
> SECTION XXIII-9 Notice or demand, stipulation for. Any provision of any contract or agreement, express or implied, stipulating for notice or demand **other than such as may be provided by law**, as a condition precedent to establish any claim, demand, or liability, **shall be null and void.**
>
> SECTION XXIII-1C. **It shall be unlawful to deduct from the wages, earnings, or compensation** of an employee any union dues, fees, assessments, or other charges to be held for, transferred to, or paid over to a labor organization **unless the employee has first authorized such deduction** [to which Petitioner did NOT authorize!].

112. _____**Constitution for the United States** by We the People: Original parchment + Transcription from National Archives https://www.archives.gov/founding-docs/constitution-transcript printed at https://drive.google.com/file/d/1X2T-SzMQEsWMFXvcSqSIeYgCk8oy-zCX/

    i.    U.S. Constitution Article IV Paragraph 2 **Supremacy Clause** "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

    ii.    **Supreme law of land** pursuant to Oklahoma Constitution Article 1 section 1 O.S. §1 , printed at https://drive.google.com/file/d/1fpSb_sOjt8-TjitPSj_0QUNe9SEY-Vd1/

113. _____**MEMORANDUM OF LAW STATUTES/CODES/REGULATIONS**. United States Grand Jury (*Status: sovereign*) Tribunal, the People –against– United States Supreme Court, Federal Judiciary U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*). JURISDICTION: Court of Record, Law Case No. 1776-1789-1791-2019, Administrator Grand Jury Foreman, Depository Case No. 1:16-CV-1490. WRIT MANDAMUS, ACTION AT LAW DEMANDING A RETURN TO THE LAW, DECISION & ORDER. Copied: President Trump, AG William Barr. This Memorandum of Law Statutes/Codes/Regulations can be printed at https://drive.google.com/file/d/142817Efg6jbN7sNl8JnHf4_SWwO0Ni2m/

    a.    United States Codes:

        i.    **18 USC §242** provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

        ii.    **18 USC §245** provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

        iii.    **42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

        iv.    **18 USC §371** - Conspiracy to commit offense or to defraud the United States,

        v.    1**8 USC §1341** - Frauds and swindles,

        vi.    **18 USC §1348** - Securities and Commodities Fraud

    b.    **Form COL Violation Warning Denial of Rights Under Color of Law, Legal Notice and Warning**, previously served and filed to Judges and OKDHS CPS and CSS, one example: https://drive.google.com/file/d/1pqV3TRYszqPy3BRarRObqvlna7DGLMa1/ on 11/16/22

    c.    Mother again asserts all rights asserted in her three motions filed 01-16-2024: **Motion to Determine Equal Protection Rights at Issue** and for Declaratory Relief, **Motion to Answer Federal Question What Process is Due** and Motion for Declaratory Relief, **Motion to Determine Substantive Rights at Issue** and Motion for Declaratory Relief, as well as additional fundamental rights not listed therein and reserves the right to raise procedural issues regarding those rights at any time.

**AUTHORITY FOR FINES "DAMAGES" CAUSED BY CRIMES BY GOVERNMENT OFFICERS.**

These damages were determined by GOVERNMENT for the violation listed.

| Breach | Penalty | Authority |
|---|---|---|
| Violation of oath of office | $25,000 | 18 USC 3571 |
| Denied proper warrant(s) | $25,000 | 18 USC 3571 |
| Denied Rite of reasonable defense argument | $25,000 | 18 USC 3571 |
| Defense evidence records. | $25,000 | 18 USC 3571 |
| Denied right to truth in evidence | $25,000 | 18 USC 3571 |
| Slavery " forced compliance to contracts not held" | $25,000 | 18 USC 3571 |
| The night Provisions in the Constitution | $25,000 | 18 USC 3571 |
| Treason "combined above actions" | $25,000 | 18 USC 3571 |
| Genocide | $1,000,000 | 18 USC 1091 |
| Mace prison of felony | $500.00 | 18 USC 4 |
| Conspiracy | $10,000 | 18 USC 241 |
| Extortion | $5,000 | 18 USC 872 |
| Mail threats | $5,000 | 18 USC 876 |
| Fraud | $10,000 | 18 USC 1001 |
| Falsification of documents | $10,000 | 18 USC 1001 |
| Perjury | $2,000 | 18 USC 1621 |
| Subordination of perjury | $2,000 | 18 USC 1622 |
| Grand Theft "18 USC 2112 each" | $250,000 | 18 USC 3571 |
| To determine multiply no. of counts by damage | | |
| RACKETEERING "Criminal" | $25,000 | 18 USC 1963 |
| RACKETEERING "Civil" | | |
| Wages taken $×3= | | 18 USC 1964 |
| "Sustained Damages "Total ×3" | | |

Thirty-seven (37) constitutional violation from Count 1: = $9,250,000 Damages

Judges CODE OF CONDUCT Felony

   not exceeding $50,000 for a first violation;

   and not exceeding $100,000 for any subsequent violation. 42 USC 12203

Dealing with claims of "immunity":

   Any claim of "immunity" is a fraud because, if valid, it would prevent removal from damages for crimes against the people, which remote is authorized or even mandated under US Constitution Article 2, section IV; as swell as 18 USC 241, 42 USC 1983, 1985, 1986, and other states constitutions.

   Precedents of Law established by COURT cases, which are in violation of law, render violation of law legally unassailable. Such a situation violates several especially stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility and secure the-blessings of liberty. For JUDGES, or anyone in any branch of government.

114.    ___Oklahoma Statutes Title 22 Criminal Action is when prosecuted in name of State of Oklahoma as a party Right to counsel and confront accusers

COURT RECORDS FOR INCONSISTENT STATEMENTS & VIOLATION OF JUDICIAL ESTOPPEL BY FATHER

115.    ___Mp3 of CPS Safety Meeting
116.    ___Transcript 06/12/2023 (Motion in Limine, Motions Hearing) and all its exhibits
117.    ___Transcript 05/10/2023 (school director testified, Father perjured about Mother) & exhibits
118.    ___Transcripts 01/27/2023, 02/13/2023, 03/24/2023 (arraignments), 07/14/2023, 07/24/2023 & their exhibits

119. ___Transcript 12/20/2022 (recusal hearing) and all its exhibits

120. ___Transcript 10/14/2022 (child support hearing that Mother objected to) & exhibits

121. ___Transcript court hearing Linh Stephens 06-01-22 signed Tami Morse *(221 pages)*

122. ___June 08, 2023 "MOTHER'S VERIFIED <u>COUNTERCLAIM</u>, <u>THIRD-PARTIES COMPLAINTS</u>, AFFIRMATIVE DEFENSE"__court pleading Counterclaims and all pleadings related to this contempt

123. ___March 23, 2023 "MOTION TO STAY THE ARRAIGNMENT HEARING OF MOTHER FOR ALLEGED CHILD-SUPPORT-INDIRECT-CONTEMPT; DEMAND TRIAL BY JURY OF HER PEERS ONCE STAY IS OVER"__

124. ___March 08, 2023 "2ND AMENDED APPLICATION FOR THIRD INDIRECT CONTEMPT CITATION AGAINST RESPONDENT [FATHER] FOR NONPAYMENT-VIOLATING ORIGINAL OREGON DIVORCE-CUSTODY JUDGMENT"__

125. ___February 10, 2023 "MOTION REQUESTING OF ESSENTIAL PRE-TRIAL QUESTIONS OF LAW; MOTION RAISING OBJECTIONS; AMD MOTION CHALLENGING THE COURT'S JURISDICTION [<u>SUBJECT MATTER JURISDICTION</u>]"__

126. ___February 10, 2023 "<u>INJUNCTION</u>; MOTION TO DISMISS WITH PREJUDICE; CHALLENGE SUBJECT MATTER JURISDICTION"__

127. ___January 20, 2023 "MOTION TO DISMISS [*THE APPLICATION FOR CONTEMPT CITATION REGARDING CHILD SUPPORT*] FOR MISCONDUCT BY OKLAHOMA DHS/CPS SUCH AS TO DEPRIVE THE DEFENDANT OF A FAIR TRIAL RELATED TO JD-2021-270 WHICH TRANSFERRED JURISDICTION TO FD-2015-2228"__

128. ___January 19, 2023 "PETITIONER'S MOTION TO DISMISS INDIRECT CONTEMPT CITATION RE CHILD SUPPORT AND REQUEST FOR FEES"__

129. ___November 18, 2022 "DEMAND PATERNITY TESTING PER OKLAHOMA PARENTAGE LAW; <u>AFFIDAVIT OF PAYMENTS</u>; FAMILY VIOLENCE STATEMENT AGAINST ADAM SYLVESTER STEPHENS AND ADDRESS OF RECORD; DEPARTMENT OF JUSTICE LETTER; FORM COL DENIAL OF RIGHTS UNDER COLOR OF LAW TO CSS;"__

130. **Statement of Facts without any refuting evidence made in previous motions to FD-2015-2228 and served to OKDHS CSS and the Courts/Judges April Seibert and Deborrah Ludi Leitch already regarding child support :**

1. I am a WILLING parent [willing to take care of daughter, and I was taking care of my daughter until governmental overreach with its ceasing of my daughter–who belongs to me], and <u>no criminal neglect or abuse has been found against me</u> (waiver of my rights by my past-attorneys behind my back WITHOUT my wet signature WITHOUT being in front of a public notary does NOT count but considered fraud-upon-the-court with misrepresentation, and malpractice because I would NEVER waive <u>any</u> of my rights, especially not my unalienable rights, U.S. Constitution for the United States, Bills of Rights, etc). I want to be a parent and have always been around for my children, and my daughter G.L.Stephens has NEVER been abandoned by me; On the other hand, my daughter G.L.Stephens has been abandoned numerous times by the FATHER as can be testified by the witnesses the Johnsons, maternal grandparents/aunts, neighbors, friends.

2. The State is engaged in LIMITING my involvement by unlawful ORDER violating due processes under Color of Law..

3. The Father is engaged in LIMITING my involvement by DENYING ME MORE TIME. The State CANNOT fit me into Title IV-D because I have not abandoned my daughter, and Father is NOT a poor person as he is earning almost $5,000 per month asking for more money, and I the mother am NOT asking for any help from the State, not asking for any welfare benefits.

4. I motion the State OKDHS CSS to get off my case else you are wilfully committing federal fraud as we have not met any criteria for Title IV-D.

5. The State and Father are forcing me into having to turn over my finances (WARD OF THE STATE) to someone else. I am being penalized without a finding that I have committed a crime [false charges without adjudication hearings with failure to prosecute

and delay is NOT a conviction]

6. The State is welfare recipients but NOT Father, not daughter, not Mother. The State cannot fit anyone into the Title IV-D Welfare model unless one has limited involvement with your child abandoning the child, which I HAVE NOT abandoned by daughter and I have NOR request any limitation of my involvement in her life

**7. The State is aiding in the abuse and neglect of my child because Father's other 15 year old daughter has permanent protective order against her own Father still not being adjudicated yet and his name is not cleared yet. Father is unfit as a parent and the State is protecting him (the child-abuser who is WHITE MALE) while punishing me the (fit and loving parent who is VIETNAMESE NONWHITE-NONMALE).**

8. If the State wants to limit my involvement and the ex is denying my contact, then the State should be enriching the rich FATHER with its own money, not me the poor Mother with actual tax income documents for 2021 and 2022 made available to everyone including Oklahoma Supreme Court. None of the parties to this CSS case are receiving welfare; none of us are receiving assistance from the State. I should continue to enjoy the same freedoms as before the divorce.

Father the current "custodial parent obtained by frauds" does NOT meet the Federal Poverty Level; Father requesting child support for himself is RICH earning at least $4665.17/month or $55,982/year not counting yet fringe benefits and other sources of income; so Father does NOT need help with Child Support to maintain child's lifestyle and needs.  None of the family members receiving services from OKDHS (implied or unconsented services are frauds!).  Alleged Obligor/Mother has never abandoned her daughter.  Alleged Obligor/Mother is the poor person with $10,247/year in 2021 and income below $0/year in 2022 per tax returns.

Again, OAH case 23-00313-73, OK IV-D FGN 000948641001, FD-2015-2228 does NOT meet Title IV-D criteria (obligor who are Mothers are NOT part of the title IV-D designed for fathers abandoning their kids; obligor self employed without set wage are NOT part of child-support either). does NOT meet any of "2022 Oklahoma Statutes Title 56. Poor Persons §56-237 support collection, parent location and paternity determination services".

**THEREFORE, mother MOTION THE COURT to order Child Support Order as proposed by Mother and order OCSS to get off the case, else OCSS is willfully committing FEDERAL & LOCAL FINANCIAL FRAUDS and shall be prosecuted to the fullest extent of the law and possibly Qui Tam Lawsuit, Civil Rights Lawsuit, and numerous other Causes of Action including but not limited to: Extortion, Malicious Prosecution, Cruel and Unusual Punishment, Discrimination, Harassment, and Personal Injury, etc.**

**Imputed income MUST be proven by opposing side even when past income has reached this level**.
*Buchholz v. Buchholz*, 166 S.W.3d 146 (Missouri Court of Appeals, Southern District, July 7, 2005): The trial court's imputation of income to the husband in the amount of $145,000 was not supported by substantial evidence, despite evidence that the husband earned approximately $145,000 per year prior to failure of his business and his filing for bankruptcy, and despite the court's finding that the husband's testimony concerning his efforts to obtain employment was not credible, since the wife presented no evidence that the husband had made less than a good faith effort to obtain employment or that such employment was available, and nothing in the record indicated that the husband's diminished income was the result of a deliberate or voluntary attempt to avoid support obligations.

| WITNESSES | Address | Proposed Testimony |
|---|---|---|
| Jim Lovett | jimlovett@yahoo.com | Parenting |
| Marieke Randoys | (778) 870-9778 | Parenting/Character Witness/ADA |
| Thuy Duong Thi Le | (206) 375-8681 | Parenting |
| Jeri Townsend | 1100 S 3rd St<br>Broken Arrow OK 74012 | DHS mandatory reporter; Parenting |
| Erica Parks | 2021 S Lewis Ave Suite 335<br>Tulsa, OK 74104 | All Issues |
| Valeria Blackstock | 401 S Boston Ave #501<br>Tulsa, OK 74103 | GAL report of 2018 |
| Leila Rau | Owasso Police Department<br>111 N. Main<br>Owasso, OK 74055 | Investigator |
| Maria Chico | Child Welfare Services<br>P.O. Box 35900<br>Tulsa, OK 74153 | DHS investigation |
| Jayme Wingo-Martin | MHPS<br>4849 S Mingo Rd<br>Tulsa OK 74146 | Parenting/Schooling |
| Susie Panzer | MHPS | Parenting/Schooling |
| Khanh Nguyen-Mother | 817-999-3858 | All issues |
| Khanh Nguyen-Aunt | khanhngbaba@gmail.com | Parenting |
| Helen Johnson | (360) 908-2206 | All issues |
| Linh Vien | (510) 332-8696 | Parenting |
| Chi Nguyen | (503) 997-7387 | Parenting |
| Laca Moris | (813) 500-9955 | Parenting |
| Xuyen Ha | (918) 576-9202 | Parenting/Character Witness |
| Nicole Barnhouse | (918) 200-2108 | Intimidation by Adam; Parenting; |
| Dan Carroll | (918) 804-1429 | Parenting |
| Bridget O'Brien | Child Welfare Services<br>P.O. Box 35900<br>Tulsa, OK 74153 | Convicted felon for harming children, felon whose words NOT to be believed per evidence rules; DHS did not disclose this info so their case is invalid prima facie; hostile and unreliable witness fired by OKDHS for misconducts; DHS lack-of-investigation; full of fabrications contrary to evidence&witnesses; |
| Hester Anne Brown | (405) 326-4383 | Character Witness; Parenting; Pattern of GAL report; |
| Any and all of opposing party's and DHS's witnesses not otherwise objected to | | |
| Impeaching witnesses | | |



DISTRICT COURT
F    U
F   12   4
DON NEWBERRY Court Clerk
STATE OF

## What and What are All Contracts between STATE OF OKLAHOMA ex. rel. OKDHS and Linh Tran Stephens or :Linh-Tran:'s offsprings, including but not limited to G.L.Stephens , case No. FD-2015-2228

EVERY document bearing your wet ink signature/autograph is a contract instrument.

If you are "acting" in joinder to a dead legal person, it is a "legal" Admiralty Maritime contract, with a "signature", made in your "public capacity".

If you are "doing" as a living man or woman, it is a "lawful" Common Law contract, with your 'autograph", made in your "private capacity".

Any contract signed by one party and autographed by the other is void, because a legal fiction cannot mix with a lawful fact. The parties to a contract must be of the same kind.

**NO written contract is enforceable if it is made without any element of a lawful contract:**

1. Parties competent, of the age of consent, contract between legal or lawful entities.
2. Free and genuine consent, not obtained by fraud, deceit, coercion, or mistake.
3. Full disclosure, providing all material information that may influence a decision.
4. Sufficient consideration, something of value exchanged between the parties.
5. Certanty of terms and conditions, fixed and unable to be changed without agreement. 6. Meeting of the minds, when the parties recognise and understand their obligations.
6. Signatures or autographs, in wet ink, as recorded evidence of reciprocal consent

**Contract Case Law:**

"Failure to reveal the material facts of a license or any agreement is immediate grounds for estoppel." Lo Bue v Foram), 48 Cal.App.2d 82, 119, p.2d 346, 348.

"Waivers of fundamental Rights must be knowing, intentional, and voluntary acts, done with sufficient awareness of the relevant circumstances and likely consequences." U.S. v. Brady, 397 U.S. 742 at 748 (1970), U.S.v. O'Dell, 160 F.2d 304 (8th Cir, 1947)".

Unconscionable "contract" – "One which no sensible man not under delusion, or duress, or in distress would make, and such as no honest and fair man would accept." Franklin Fire Ins. Co. v Noll, 115 Ind. App. 289, 58 N.E.2d 947, 949, 950.

"Party cannot be bound by contract that he has not made or authorized." Alexander v. Bosworth (1915), 26 C.A. 589, 599, 147 P.607.

The fraudulently "presumed" quasi-contractus that binds the Declarant with the CITY/STATE agency, is void for fraud ab initio, since the de facto CITY/STATE cannot produce the material fact (consideration inducement) or the jurisdictional clause (who is subject to said statute) (SEE: Master/Servant [Employee] Relationship — C.J.S.) — "Personal, Private, Liberty"

Executed on 11 JUNE 2024

Private sector autograph.

without prejudice
By beneficiary: Linh-Tran Stephens.
linh-tran stephens / attorney-in-fact
Reserving all my rights Without Prejudice, Without Recourse, UCC §1-308
A natural living breathing woman with a living soul.
living on the land of the Republic of Oklahoma with full human rights,
Sui Juris, One of the People.
Attorney-in-fact Agent, Representative for Legal Fiction,
Acting as Beneficiary of LINH TRAN STEPHENS
Rural Free Delivery
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [74133-7366]
LinhStephens7@gmail.com



FD-15-2228

## FINAL NOTICE OF CLAIM OF IMPENDING HARM AND TRESPASS after several notices being ignored by Renee Banks, Jason Hoenshell, Emmalene Stringer, and Mary Johnmeyer et. al. personally and via their respective employer/agency/entity

From: Linh Tran Stephens, ℅ 8214 E 111TH PL S Unit 100, Bixby, OK 74008-2452 [FD-2015-2228]
To (1) CSS DEPARTMENT OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
PO Box 27068, Tulsa, OK 74149; OCSS.CONTACT.TULSAEAST@okdhs.org; Fax 918-430-2364,
ATTN: Emmalene Stringer (CSS Attorney), Renee Banks (Director),
(2) ATTN: Jason Hoenshell (Oklahoma FIDM Coordinator) @ PO Box 248822, Oklahoma City, OK
73124, renee.banks@okdhs.org, Jason.Hoenshell@okdhs.org; Emmalene.Stringer@okdhs.org,
(3) OKLAHOMA CENTRALIZED SUPPORT REGISTRY, PO BOX 268849, Oklahoma City, OK 73126,
(4) CHARLES SCHWAB & CO., INC., 3000 Schwab Way, Westlake, TX 76262,
ATTN: Mary Johnmeyer (legal services) and "TPLPLevy@schwab.com"
CC : see certificate of service at the end

Dated: May 01, 2024

DISTRICT COURT
FILED
MAY 03 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA TULSA COUNTY

RE: (1) "Tax Levy/Order to Withhold/Freeze of Assets/Lien Notice/Restraining Notice Account
Number(s) ending in 2605 /xxxx/xxxx/xxxx Scheduled Levy Payment Date: 04/30/2024" from
Charles Schwab with attached letter #2 below and said they will liquidate x2605 by 05/07/2024
(while DHS scheduled their fake administrative hearing 05/09/2024 after the liquidation date)
(2) "Obligor Linh Stephens, Oklahoma case number 948641001, Charles Schwab Account number
. 2605", where Jason Hoenshell (Oklahoma FIDM Coordinator) wrote to Mary Johnmeyer (lawyer of
Charles Schwab), "Please liquidate the assets found in account number x2605 in alphabetical
order until Mrs. Stephens' child support obligation has been met or until no funds are
available"--without service of process to me/Linh Tran Stephens from Jason Hoenshell ;I got this
letter from the bank 21 days later).
(3) "Notice of Administrative Review Decision - Levy dated April 24, 2024" ["the letter"] whose
footnote referenced "CSF08 v8 U82539/TUE Pkg 2024042408062805-001" which was received on
04/29/2024 in mailbox
(4) "Letter of Notice of Levy and Right to Administrative Review dated April 21, 2024" whose footnote
referenced "CSF02 v9 U82539/TUE Pkg 2024040908075700-001"

Dear Sir/Madam and Entities that you work for:

Please cease and desist from attempting wrongful seizure of bank account ending x2605,
from trying to liquidate it, which is a retirement account that is federally protected, also please stop
your fraudulent activity as there was no IRS letter sent to Charles Schwab and no debt owed to
IRS (my accountant and the IRS have confirmed this) about tax-levying, and there was no court
order by any judges with any court (there were no documents file-stamped) in Letters from OKDHS
to Charles Schwab legal team falsely alleging these are legitimate court orders and "the law"--these
are letters sent personally from DHS employees Renee Banks and Jason Hoenshell fraudulently
pretend to be judicial members/judges giving a court-order and then the lawyers from Charles
Schwab specifically Mary Johnmeyer "TPLPLevy@schwab.com", and others that are unknown to
me at this time fraudulently pretend to work on behalf of IRS, alleging "collecting tax for IRS" per
their "tax levy" letterhead despite there is no tax owed by me, and despite aforementioned

   

DISTRICT COURT
**F I L E D**
MAY 2 2 2.24

CON NEW. 'ERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

FB-15-2228

### Notice of People's Assembly and Notice of Corrective Wisdom From The Supreme Court
### <u>JUDICIAL NOTICE IS A FORM OF EVIDENCE</u>
### Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

. Tran Stephens, one of the People (as seen in the 50 state constitutions), Sui Juris, do
. nt you this notice that you may provide immediate due care. It is my **immediate demand,**
**w**sh, and order that, you **restore all that has been unlawfully taken** without
constitutionally mandated due process. All past cases that bypassed the common law
are unlawful!

I LEASE TAKE NOTICE THAT, as agency workers, state judges, presiding judges, state
...slators, etc... that you are bound by the Constitutions that you have all sworn to uphold, and
tom this time forward please be advised that taking children, cars, houses, weapons, rights,
propriety, etc. without a trial by jury in a court of record following the course of the common law is
unlawful."

ASE ALSO TAKE FURTHER NOTICE THAT, attorneys who don't have their name on the
is they are not in positions of service and contract with the people, presenting you with the
... that it's acceptable to trample the people's rights by device or artifice does not in any way
...e your responsibility for your wrongdoings.

...ermore, there is another element of wrong being committed when you are working in a
...'. I program and make money outside of your normal salary for carrying out the functions of
... program, leaving one with unclean hands—on top of taking property or rights from the
pec...e without right!"

"All past cases that bypassed the common law are unlawful. Therefore, it is my immediate
...and, wish, and order that you restore all that has been unlawfully taken without
...stitutionally mandated due process, and notify all those who were harmed, or you agree that
...wrong that is done in this regard in the future, or that has not been corrected from past
...usses, is done purposely, with full knowledge, intent and malice, and will be recognized as
...b by the People, whom you swore to serve and Protect

.. ASE TAKE NOTICE THAT the people have assembled and realized that agencies were
...sn given faux authority to take liberty, property, and rights from the People, without the
... nationally required due process with courts of record and trials by jury. The People have
come together to put the Supreme Court and Federal Legislature on notice, who in return have
...enfy spoken about the violation of rights and problems with the unlawful practices that have
...een run by attorneys who have not understood the law (please see evidence from Justice
... ...uch communication in a recent court case below):

Discussion in Case : **SEC v. Jarkesy,** Docket Number. 22-859, Date Argued: 11/29/23



# Affidavit of Violated Constitutional Rights by Unlawful Tribunal
# and
# Constitutional Demand for Remedy [1] *FD-2015-2228*

**DISTRICT COURT**
**F I L E D**

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT,
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL,
## AFFIDAVIT IS A FORM OF EVIDENCE

SEP 23 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA TULSA COUNTY

Affiant. Linh Tran Stephens (also known as Linh Stephens), one of the People (as such in Oklahoma Constitution Article 2 Section 1) republican in form, *Sui Juris* (I am NOT the en legis. nor the trust. nor the corporation of LINH TRAN STEPHENS. I am a living breathing woman with a living soul and a Holy Spirit of Jesus Christ), do serve you, Juvenile Court Judges **Martha Rupp Carter and Theresa Dreiling,** Tulsa County Court Special Judges **Rodney Sparkman, April Seibert, Deborrah Ludi-Leitch, Todd Chesbro and William LaFortune,** Presiding Judges **Doug Drummond** and **Dawn Moody,** OHA Office Of Administrative Hearing Special Judge **Robert Perugino,** Oklahoma Supreme Court Justices **Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich, Darby, Kuehn,** and **J.J.,** Court of Civil Appeals of Oklahoma Justices **Bell, V.C.J.,** and **Prince, J.,** Federal Judges **Claire V Eagan** and **Gregory K Frizzell** of the U.S. Northern District of Oklahoma, all employees, lawyers, and administrative judges of **OKDHS CPS [Child Protective Services],** of **OKDHS CSS [Child Support Services],** of **David L. Moss Criminal Justice Center,** of **Tulsa Sheriff Office,** and of **National Passport Center of UNITED STATES INC.,** this affidavit, in this court of record, to make the following claims so that you do provide immediate due care [all bold, italic, underline, and highlight herein are added for emphasis]

**Please take Notice** that affiant serves this by right and not as part of a case;

**Affiant claims** that it is a fact that on December 03, 2021 and ongoing, you, Juvenile Court Judges Martha Rupp Carter and Theresa Dreiling, Tulsa County Court Special Judges Rodney Sparkman, April Seibert, Deborrah Ludi-Leitch, Todd Chesbro and William LaFortune, Presiding Judges Doug Drummond and Dawn Moody, OHA Office of Administrative Hearing Special Judge Robert Perugino, Oklahoma Supreme Court Justices Kane, C.J., Kauger, Winchester, Edmondson. Combs. Gurich. Darby,

---

[1] FD-2015-2228 docket C & F: Without Due Process OAB No : 23-00313-73, Fraudulent OK IV-D FGN: 0069a86641001; CPS Case 20632909 CPS referral # 2678246 & 2200561 against Adam for child abuses among many other CPS referrals by nonparties since 2017 against Adam while false # 2195835 against Linh; truthful PO-2021-3843 child against Adam, frauds-upon-the-court JD-2021-270, Adam impeached for perjury PO-2021-4959, his two false VPOs dismissed per CM-2022-285, CM-2022-157;
DF-120612→CJ-120847&DF-120848, DF-120849, DF-121149—PR-12.260. MA-121255, DF-121254, DF-122022; CV-2024-1311 (401k retirement bank inef. appeal); MA-122445 (mandamus for recusal of judges); Malicious prosecution by lawyers of medical board [OSBOE] for reporting a lawyer practicing medicine without a medical license. State Of Oklahoma. ex rel , State Board of Osteopathic Examiners v. Linh Stephens Case No 2023-011, CV-2023-995; DF-121746;
federal lawsuits 23-CV-553-GKF-SH 12/21/23, 24-CV 216-JDR-CDL 05/08'24, 24-CV-269-GKF-MTS 06/03/2024;

Kuehn, and J.J., Court of Civil Appeals of Oklahoma Justices Bell, V.C.J., and Prince, J., Federal Judges Claire V Eagan and Gregory K Frizzell of U.S. Northern District of Oklahoma, all employees, lawyers, and administrative judges of OKDHS CPS, of OKDHS CSS, of David L. Moss Criminal Justice Center, of Tulsa Sheriff Office, and of National Passport Center of UNITED STATES INC., deprived affiant of the guaranteed right to a trial by jury of her peers [not the same as your "jury trial"] in a matter involving affiant's secured liberty interest. Children are a liberty interest of their parents; freedom from harassments by the government, privacy of information/HIPAA/banking, money/assets, retirement 401k accounts, passports are affiant's life, liberty and property, and government cannot deprive affiant of liberty or property without constitutional due process, which guarantees a trial by jury in a court of record that moves by the common law. You all unlawfully adjudicated a statutory tribunal in breach the public trust of the Oklahoma Constitution. Your order was an unofficial act and void because it was made without constitutional authority.

(See evidence below):

**Oklahoma Constitution, Article 2, Section 7**

"No person shall be deprived of life, liberty, or property without due process of law."

**Oklahoma Constitution, Article 2, Section 19**

"The right of trial by jury shall be and remain inviolate…"

**Oklahoma Constitution Article 2, Section 6**

"The courts of justice are open to everyone, and that remedies for wrongs and injuries must be speedy and certain. It also states that right and justice must be administered without delay, denial, prejudice, or sale."

**Oklahoma Constitution Article 5, Section 46**

"The Legislature *shall not*…pass any local or special law authorizing: #14 Regulating the practice or jurisdiction of, or changing the rules of evidence in judicial proceedings"

***Troxel v. Granville*, 530 U.S. 57 (2000)**

"The liberty interest at issue in this case - the interest of parents in the care, custody, and control of their children is perhaps the oldest of the fundamental liberty interests recognized by this Court."

***SEC v. Jarkesy,* 603 U.S. ___ (2024), No. 22-859, June 27, 2024, p42**

"The Fifth Amendment's Due Process Clause addressed remaining concerns about the processes that would attend trials before independent judges and juries. It provided that the government may not deprive anyone of "life, liberty, or property, without due process of law." As originally understood, this provision prohibited the government from "depriv[ing] a person of those rights without affording him the benefit of (at least) those customary procedures to which freemen were entitled by the old law of England." *Sessions v. Dimaya*, 584 U.S. 148, 176 (2018) (GORSUCH, J., concurring in part and concurring in judgment) (internal quotation marks omitted); see Erlinger, 602 U.S., at ___ at 6-7). More than that, because it was "the peculiar province of the judiciary" to safeguard life, liberty, and property, due process often meant judicial process. 1 St. George Tucker, Blackstone's Commentaries, Editor's App. 358 (1803). That is, if the government sought to interfere with those rights, nothing less than "the process and proceedings of the common law" had to be observed before any such deprivation could take place. 3 J. Story, Commentaries on the Constitution of the United States §1783, p. 661 (1833) (Story). In

other words, "'due process of law' generally implie[d] include[d]... *judex* [a judge], regular allegations, opportunity to answer, and a trial according to settled course of judicial proceedings." *Murray's Lessee*, 18 How., at 280."

***Trump v. United States*, 604 U.S. ___ (2024)**
"There is no immunity for unofficial acts."

> **Please take notice that** the People understand that as determined in *Trump v United* States, government agents have no authority and thereby no immunity in conducting <u>unofficial acts</u> (power not granted from the constitution).

The Supreme Court, in ***Will v. Michigan Department of State Police, 491 U.S. 58 (1989)***, clearly delineated the parameters under which a state actor may be sued, particularly affirming that state officials are not "persons" for purposes of § 1983 when acting in their official capacity. However, individual actions that infringe upon federally protected rights can trigger liability under this statute.

***Axon Enterprise, Inc. v. FTC***, 143 S. Ct. 890 (<u>2023</u>)

"Cases involving ... deprivation or transfers of life, liberty, or property constitute a 'core' of cases that ... must be resolved by Article III courts–not executive adjudicators dressed up as courts".

The evidence is overwhelming. I have obtained the private-and-for-profit **CUSIP numbers** attached to the juvenile case and related cases involving my family. As of August 11, 2024, the **DUNS Numbers (Dun & Bradstreet D-U-N-S® Numbers)** relevant to Oklahoma State and the relevant courts are as follows and were given to presiding judge Dawn Moody the next day along with my **peaceful offer: "LET MY PEOPLE GO SO WE CAN WORSHIP THE LORD OUR GOD CREATOR + JESUS + HOLY SPIRIT, ELSE THE THREE-IN-ONE GOD SHALL PUNISH Y'ALL HIMSELF. MY DAUGHTER AND I AREN'T YOUR SLAVES WE BELONG TO JESUS CHRIST**"

> a. Dun & Bradstreet D-U-N-S® Number for STATE OF OKLAHOMA: 933539215
> b. Dun & Bradstreet D-U-N-S® Number for TULSA COUNTY COURT: 808771468
> c. Dun & Bradstreet D-U-N-S® Number for SUPREME COURT OF OKLAHOMA: 928798110

***Chevron deference doctrine reversed*:** U.S. Supreme Court overturned the *Chevron deference doctrine* in a 6-3 decision in Loper Bright Enterprises v. Raimond. The decision reversed Chevron USA v. National Resources Defense Council (1984), a 40-year-old case that had established the practice of judicial deference to federal agencies' interpretations of ambiguous laws. <u>The new ruling requires courts to exercise independent judgment when deciding if an agency has acted within its statutory authority</u>.

**Fair Debt Collection Practices Act (FDCPA)** prohibits debt collectors from using abusive, unfair, or deceptive practices to collect debts from you, including: misrepresenting the nature of the debt, including the amount owed, falsely claiming that the person contacting you is an attorney, falsely claiming that they are your attorney, or power of attorney, or has your informed consent.

**Employee Retirement Income Security Act of 1974 (ERISA)** was designed to protect retirement savings, recognizing their importance to financial security and interest of the affiant.

**Social Security Act SSA §1101.(a)(6)(d)** where the law specifically prohibits the removal of children against the wishes of the parents. WE OBJECT TO THE REMOVAL OF OUR CHILDREN! Federal and state government agents across the entire nation have been ripping loving families apart for profit and it must end NOW. The original / congressional intent of this non-positive law was in

no-way-shape-or-form intended to steal children from their family(s). See **Social Security Act** Approved, August 14, 1935 is cited below directly from:

https://www.ssa.gov/history/35actxi.html#Short

SECTION 1101. (a) When used in this Act-

(1) The term State (except when used in section 531) includes Alaska, Hawaii, and the District of Columbia.

(2) The term United States when used in a geographical sense means the States, Alaska, Hawaii, and the District of Columbia.

(3) The term person means an individual, a trust or estate, a partnership, or a corporation.

(4) The term corporation includes associations, joint-stock companies, and insurance companies.

(5) The term shareholder includes a member in an association, joint- stock company, or insurance company.

(6) The term employee includes an officer of a corporation.

(b) The terms includes and including when used in a definition contained in this Act shall not be deemed to exclude other things otherwise within the meaning of the term defined.

(c) Whenever under this Act or any Act of Congress, or under the law of any State, an employer is required or permitted to deduct any amount from the remuneration of an employee and to pay the amount deducted to the United States, a State, or any political subdivision thereof, then for the purposes of this Act the amount so deducted shall be considered to have been paid to the employee at the time of such deduction.

(d) Nothing in this Act shall be construed as authorizing any Federal official, agent, or representative, in carrying out any of the provisions of this Act, to take charge of any child over the objection of either of the parents of such child, or of the person standing in loco parentis to such child.

**"Court of Record", Black's Law Dictionary (4th)**

"A 'court of record' is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial."

**"Common law", Black's Law Dictionary (4th)**

"As distinguished from law created by the enactment of legislatures, the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or from the judgment and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England."

**"Due process of law", Black's Law Dictionary (4th)**

"Law in its regular course of administration through courts of justice. Due process of law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction, and under such safeguards for the protection of individual rights as those **maxims** prescribe for the class of cases to which the one in question belongs. Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning

when applied to judicial proceedings. They mean a course of legal proceedings according to those rules and principles which have been established in our systems of **jurisprudence** for the enforcement and protection of private rights. To give such proceedings any validity, there must be a tribunal competent by its constitution – that is, by the law of its creation – to pass upon the subject matter of the suit; and, if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction by service of process within the state, or his voluntary appearance. Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life, liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved. *If any question of fact or liability be conclusively presumed against him, this is not due process of law.*"

**Maxim of Law**: "The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim.*

**Maxim of Law**: "Punishment is due if the words of an oath be false." *Black's,* 840.

**Maxim of Law**: Jurisdiction is the power to declare the law; and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the case. *Bullington v. Angel, 220 N.C. 18.*

**Maxim of Law**: Constitutions and laws precede the judiciary. *Luther v. Borden, 7 How. (48 U.S.) 1, 52.*

**Maxim of Law**: "A judge should keep his jurisdiction within the limits of his commission." 4 *Inst.* 163; *Black's,* 2d. 1056.

"The **postal rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of <u>common law-contracts</u> which determines the timing of <u>acceptance</u> of an <u>offer</u> when <u>mail</u> is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."

***Sherar v. Cullen*, 481 F. 2d 946 (1973)**

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

***State v. McGowan* (2004 OK 44)**

Oklahoma Supreme Court ruled that the agency had overstepped its authority and emphasized that agencies derive power strictly from legislation enacted by the Legislature. This case highlighted the need for accountability and respect for legislative authority, thereby reinforcing

the **separation of powers**.

**Oklahoma and all governmental agencies 100% <u>never</u> have territorial jurisdiction**: Cities in this State and all governmental agencies do NOT own all of the land in that territory that they're calling a

state. They only own municipal buildings that they have to operate as a DBA under their mother-company which resides in the District of Columbia and this is per the Constitution. A court cannot even be in these territories that they are calling States if they do not have a **delegation of authority letters** or if they do not have a **signed oath of office**. In reality, I am the agent to the all capital letter name which is **The Surety**. I have been invoking the **Treaty of Peace** and friendship because that is also pursuant to **article 6 section 6 of The Constitution** and the Constitution states that the treaties are the law of the land. United States Corporation is just that, and because it Incorporated the handwritten organic Constitution, everything it does after that is fraud–**constructive fraud** at that.

*** **FOLDER OF EVIDENCE** (more is available and filed into OSCN.net already by affiant, whichever documents sealed by the courts hidden from the public eyes are all incriminating evidence against Oklahoma and its actors) as below

**https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM**

which include all affidavits from all professionals including child psychologists and school teacher and school director and doctors and nurse practitioners, all concern only about father's EXTENSIVE and HEINOUS ABUSES, while ZERO concern about mother/affiant. No one diagnosed the mother with mental illness; her primary care doctors' note cleared her saying she is mentally healthy and mentally strong, without anxiety–opposite of GAL's defamation of character, who is not an expert in mental health but simply a child-kidnapping perjurious lawyer.

**Child support was declared unconstitutional in an Oklahoma Supreme Court ruling for violating the separation of powers. The Oklahoma Constitution and the U.S. Constitution establish the framework for the separation of powers within the state and federal government. Further, CSS agencies' actions are also unconstitutional due to lack of probable cause and lack of exigent circumstances.** See *State v. McGowan* **(2004 OK 44)**, Oklahoma Supreme Court ruled that the agency had overstepped its authority and emphasized that agencies derive power strictly from legislation enacted by the Legislature.

**All juvenile cases, DHS CPS and CSS cases regarding me must be dismissed immediately and certified proof of dismissal must be mailed to me and must be filed into all respective courts else liability and punitive!**

1. Federal Law: **U.S. Constitution Article I, II, and III**: The U.S. Constitution clearly delineates the powers of the Legislative, Executive, and Judicial branches, respectively. Each branch is established with distinct functions and responsibilities. Violation: If any branch encroaches upon the powers of another (e.g., Congress attempting to execute laws or the President attempting to legislate), it constitutes a violation of the separation of powers doctrine. Principle Established in Judicial Decisions *Marbury v. Madison* (1803): This landmark case established the principle of judicial review, affirming that courts can invalidate actions by the other branches that violate the Constitution. Violation: **If a state does not uphold this principle, it undermines the rule of law and could face challenges in federal courts.**

2. Oklahoma State Laws: **Oklahoma Constitution Article IV** (Legislative Branch), **Article V** (Executive Branch), and **Article VII** (Judicial Branch): The Oklahoma Constitution grants distinct powers to each branch of government. Violation: If the Executive branch tries to assume legislative

authority or the Legislature exceeds its powers into judicial functions, this creates a legal conflict with the state constitution.

**It is a fact that**: Even up to today, **no contract has ever been signed** between me and the State of Oklahoma or any of its agencies**, no services/assistance has ever been requested by me from the State**, no services provided by the State towards me, therefore **no legitimate Oklahoma child support order** should have been issued against me because pursuant to <u>**Nisi Prius**</u>, **the original Oregon [NOT Oklahoma] court order has exclusive jurisdiction**. Oregon private child support contract between me and my long-divorced exhusband as co-petitioners was signed by a judge as a "court order" and "judgment decree" of 01/08/2016, which said "**Jeep and Trailer in lieu of child support until child ages out no matter what the overnight numbers are and no matter if custody changes**"--see <u>**Original Court Order in the republic of oregon 01-08-2016**</u> filed into Oklahoma court docket dated 07-11-2021 for enforcement-of-parental-time purposes only–that contract/order/decree is still standing and active (Republic of Oregon is not the STATE OF OKLAHOMA–OKLAHOMA has zero jurisdiction over me)**. Any subsequent or any other alleged court-order of child support is fraudulent**, **breaching of contract, unjust enrichment, and biasedly in favor of Adam and of the STATE OF OKLAHOMA**.

**It is a fact that** the Declaration of Independence specifies that all just powers of government derive from the consent of the governed, and thereby the Oklahoma child support enforcement agency established under **42 USC Section 654(3)** is required to <u>provide proof of Linh Tran Stephens's informed consent to be governed by it</u>.

**It is a fact that**: My first born daughter has been kidnapped from me, forbidden by the courts to : call me, video chat with me, talk with me freely if we run into each other, visit me freely, live with me freely, travel with me freely, etc. I demand her immediate return so that I may continue the natural course of caring and loving what GOD gave me and ordained to me as my heritage. We are NOT ASKING; we ARE DEMANDING the IMMEDIATE RESTORATION OF OUR BIOLOGICAL PROPERTY.

**It is a fact that:** I, Linh-Tran:Stephens, am a natural born Vietnamese Citizen, in its constitutional capacity.

**It is a fact that**: That my birth certificate is proof that I am a Vietnamese Citizen.

**It is a fact that**: That my Citizenship has been certified.

**It is a fact that**: That **I am not a United States citizen, resident, person, individual or any other legal fiction, nor have I ever been**. By power of naturalization given by **8 USC §1101(a)(23)**, I have conferred the nationality of the Family of Tran Nation upon myself after birth, by any means whatsoever. Prior to that, I was unaware of the definition of the various words, terms, and phrases. My children (my flesh and blood), my family, and I have NOT and are NOT located, NOT domiciled, NOT residents of, nor ever have been residents of any of the following places or businesses: UNITED STATES (located in Washington District of Columbia), STATE OF OKLAHOMA, STATE OF TEXAS,

STATE OF OREGON, or any other incorporated entity or business at all anywhere, or any other incorporated entity or business at all anywhere. Pursuant to **8 USC §1408**, my children, my family, and I are "nationals but NOT citizens of the United States since birth". The United Nations' **Universal Declaration of Human Rights Article 15, section 2**, written by Theodore Rosevelt's wife, states that "no one can be arbitrarily deprived of their nationality or denied the right to change it"--if deprived of such right, it would be considered as "international human rights violation" and "involuntary servitude", which are crimes punishable by law.

**It is a fact that**: **I explicitly reserve all of my rights always and forevermore, without prejudice, without recourse. I have NOT (nor will I ever) consent to the use of codes, statues, rules, and regulations in my case that are against my unalienable rights (U.S. Constitution, Civil Rights, Due processes rights including procedural rights and substantive rights, Parental Rights, GOD-given Human Rights. Anything and anyone saying otherwise is either fraudulent or misrepresentation of me by past counsels or by others who are not me or by fake signatures that are not mine but were photoshopped or lifted without me being there**.

**It is a fact that**: The United States, with intent and great deception, uses the term "United States citizen", to deprive the people of their rights, their birth rights, their property and freedom, and further, to relegate the status of the people, to that of livestock.

**It is a fact that**: I and my offsprings (i.e. my heritage gifted by GOD CREATOR YAHUAH and also is my property) owe you nothing nor do you have any jurisdiction over me and my offsprings (G.L.Stephens for example).

**It is a fact that**: Your constant unceasing letters from you and your satellite departments that harass, threaten, injure, attempt at coercion with scare tactics, kidnap, false imprisonment, holding hostage, and stalking, and all other actions are depriving me of my right to tranquility guaranteed by the preamble of, and the rest of the constitution for the United States of America. You are guilty of RICO, false imprisonment, extortion, kidnap-and-ransom of my offspring and of myself, FDCPA frauds, ERISA frauds, bank frauds, wire frauds, government fraud, false claim act violations, misappropriation of State funds, deprivation of rights, conspiracy to deprive rights, and numerous other crimes as ascertainable by the evidence on the record and on this unrebutted affidavit, as well as the common law and the Constitution of United States and of Viet Nam. Your actions are also acts of treason and tyranny.

**Please take Notice that** affiant demands you all answer the constitutional question:
**–QUESTION 1: "Where does the Oklahoma Constitution grant you the authority to deprive affiant the right to trial by jury of her peers?"**
**–QUESTION 2: "Are judges supposed to declare the law?"**
**–QUESTION 3: "Can courts and judges act without jurisdiction first, then falsely claim jurisdiction after kidnapping or false imprisonment of the child and mother?"**
**–QUESTION 4: "Can you show affiant that you have territorial jurisdiction over her?"**

–QUESTION 5: "Can private for-profit corporations dress up as courts and its agencies to deprive a woman of her life, liberty, and property including her children, freedom, retirement accounts?"
–QUESTION 6: "How much are my cases worth per bonds and Federal Reserve Bank claims using my SSN, as evident with the existence of CUSIP numbers and DUNS numbers?"
–QUESTION 7: "Is debtor imprisonment constitutional?"

**Please take Final Notice** that it is affiant's wish, demand, and order that you immediately declare the law in this matter, in that, affiant's liberty interests were deprived by the <u>Oklahoma government</u> and by <u>National Passport Center (United States Agency)</u> in proceedings that were not trials by jury of her peers, which means that custody of affiant's child (first born daughter), money, retirement, and passport must be immediately restored and that no government or entity may interfere with constitutional rights without jurisdiction. If you believe affiant is wrong in the law, you may submit affidavit, sworn under penalty of perjury and postmarked within **five (5) days** receipt of this affidavit, showing the constitutional provision granting you authority to deprive affiant the right to trial by jury of her peers regarding life/liberty/property interests, or, by tacit acquiescence, you agree to all claims and statements herein, and this affidavit shall stand against you as evidence, truth, fact and law in all courts of record and that you did unlawfully breach the public trust of the Oklahoma Constitution and of the Constitution of United States for America with full knowledge, malice, and intent to violate affiant's guaranteed rights. Any response not submitted under penalty of perjury shall stand as express consent to all claims and statements herein. Additionally, upon receipt of this affidavit, each and every one of you have been notified and made aware of an ongoing criminal conspiracy by and between Agents of the State and now have a duty to act. If you fail to take immediate action to correct the unlawful acts being committed every single day against me and my family, by your own Agents, you will all become accomplices in the crimes due to your negligence, complicity, failure to protect, failure of fiduciary duties, collecting paycheck without doing work thereby "Government Fraud" or "False Claims Act Violation", misappropriation of State Funds, etc. May you return to the established rule of law, obey the People's will, of which you swore to be obligated to, or else forever be known as Traitors committing treasons and treated as such.

**Please take Notice that** this is sent to you in the peace and love of Jesus Christ. Luke 11:52 KJV.

*Nemo me impune lacessit*.
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent
Applications to all successors and assigns
**Silence is Tacit Acquiescence/Agreement/Dishonor**

**Avouchment / Verification**

I hereby declare, certify and state, pursuant to the penalties of perjury under the laws of the United States of America, and by the provision of **28 USC 1746** that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief. Executed in

Tulsa County, Oklahoma on this 06th day of September in the Year of Our Lord Two Thousand and Twenty Four.

Private sector autograph;

By beneficiary: _Lili Lan Stephens Agent_

linh-tran: stephens / beneficiary of LINH TRAN STEPHENS
Reserving all my rights WITHOUT PREJUDICE. WITHOUT RECOURSE.
A natural living breathing woman with a living soul and Holy Spirit, non-incorporated,
living on the land of the republic of oklahoma with full human rights,
Sui Juris, One of the People,
General Delivery Town Post, Non-domestic without the United States
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [near 74133] without USDC
LinhStephens7@gmail.com

## Notary as JURAT CERTIFICATE

STATE OF OKLAHOMA )
) ss
COUNTY OF TULSA )

On this 6th day of September , 20 24 before me,
APRIL SAXTON , a Notary Public, personally appeared
LINH TRAN STEPHENS , who proved to me on the basis satisfactory evidence
to be the woman whose name is subscribed to the within instrument and acknowledged to me that she
executed the same in her authorized capacity, and that by her autograph on the instrument the woman
executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma State and that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary/Jurat

APRIL SAXTON
Notary Public in and for
STATE OF OKLAHOMA
Commission #22011491
Expires: 22 Aug 2026

**Distribution/Certification of Service:** served via certified mail, return receipt requested, and tracking #

- **Tulsa County Clerk's Office**
  218 W 6th St, 7th Floor, Tulsa, OK 74119
- Judges **Martha Rupp Carter** and **Theresa Dreiling**
  Tulsa County Juvenile Center, State of Oklahoma,
  500 W Archer St, Tulsa, OK 74103
- Judges **Rodney Sparkman, April Seibert, Deborrah Ludi-Leitch, Todd Chesbro**, and **William LaFortune**
  Tulsa County Courthouse, 500 S Denver Ave, Tulsa, OK 74103
- Presiding Judges **Doug Drummond** and **Dawn Moody**
  Tulsa County Courthouse, 500 S Denver Ave, Tulsa, OK 74103
- Special Judge **Robert Perugino**,
  **OHA Office Of Administrative Hearing**
  PO Box 25352, Oklahoma City, OK 73125-0352
- M. John Kane IV, **Chief Justice Oklahoma Supreme Court**
  2100 N. Lincoln Blvd., Suite 1, Oklahoma City, OK 73105
- Federal Judges **Claire V Eagan** and **Gregory K Frizzell**
  U.S. District Court for the Northern District of Oklahoma
  333 W. 4th St., Rm. 411, Tulsa, OK 74103
- Judge John Heil, **Chief Judge of U.S. District Court** Northern District of Oklahoma
  333 W 4th St, Suite 411, Tulsa, OK 74103
- **OKDHS Child Welfare Dept (DHS CPS),**
  444 S Houston Ave, Tulsa, OK 74127
- **OKDHS CSS (child support services)**
  P.O. Box 27068, Tulsa, OK 74149
- **Oklahoma Child Support Centralized Registry**, OKDHS CSS
  P.O. Box 268849, Oklahoma City, OK 73126-8849
- United States Department of State, **National Passport Center**
  44132 Mercure Circle, P.O. Box 1108, Sterling, Virginia 20166-1108
- Gentner: Family of Drummond, **Oklahoma Attorney General**
  313 NE 21st Street, Oklahoma City, OK 73105
- J. Kevin Stitt, **Office of Oklahoma Governor**
  2300 N. Lincoln Blvd., Suite 212, Oklahoma City, OK 73105
- Matt Pinnell, **Office of Lieutenant Governor of Oklahoma**
  2300 N Lincoln Blvd, Room 117, Oklahoma City, OK 73105
- Charles McCall, **Oklahoma Speaker of the House**
  2300 N. Lincoln Blvd., Room 401, Oklahoma City, OK 73105
- Greg Treat, **Oklahoma Senate Pro Temp**
  2300 N Lincoln Blvd., Oklahoma City, OK 73105
- Neil Gorsuch, **Associate Justice Supreme Court of the United States**
  1 First Street, N.E., Washington, DC 20543

- **Tulsa Grand Jury**
  15 W 6th St, Ste 1000, Tulsa, OK 74119
- Steve Kunzweiler, **Tulsa County District Attorney**
  500 S Denver Ave, Suite 900, Tulsa, OK 74103
- Sheriff Vic Regalado, **Tulsa County Sheriff's Office**
  500 S Denver Ave, Tulsa, OK 74103-3832
- **David L. Moss Criminal Justice Center** [jail]
  300 N Denver Ave, Tulsa, OK 74103
- OK **Council on Judicial Complaints**
  1901 N Lincoln Blvd, Oklahoma City, OK 73105
- Office of the General Counsel, **Oklahoma Bar Association**
  P.O. Box 53036, Oklahoma City, OK 73152

**Also with Completion of Service and Designation of WITNESSES To**:

- Merrick-E.: Family of Garland,
  **United States Attorney General**, U.S. Department of Justice
  950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
- **Department of the Treasury,** Office of Executive Secretary
  1500 Pennsylvania Avenue, NW, Room 3413, Washington, DC 20220
- **Federal Judge John D Russell,** U.S. District Court for the Northern District of Oklahoma
  333 W. 4th St., Rm. 411, Tulsa, OK 74103
- Daniel Werfel, **IRS Commissioner**
  1111 Constitution Avenue NW, Washington, D.C. 20224
- **Tulsa County Commissioner Office**
  218 W 6th St Tulsa, OK 74119
- **OK Secretary of State**, Executive Legislative Services Division
  2300 N. Lincoln Blvd., Ste. 122, Oklahoma City, Oklahoma 73105
- Rep Chris Banning, Oklahoma Representative
  2300 N. Lincoln Blvd., Room 340, Oklahoma City, OK 73105
- Senator Dana Prieto, Oklahoma Senator
  2300 N. Lincoln Blvd., Rm. 445, Oklahoma City, OK 73105
- Senator Shane Jett, Oklahoma Senator
  2300 N. Lincoln Blvd., Rm. 417, Oklahoma City, OK 73105
- Rep. Jim Jordan, **U.S. Rep, House Judiciary**
  2056 Rayburn House Office Building, Washington, DC 20515
- Rep. Thomas Massie, **U.S. Rep, House Judiciary**
  2453 Rayburn House Office Building, Washington, D.C. 20515
- Senator James Lankford, **U.S. Senator of Oklahoma**
  316 Hart Senate Office Building Washington, DC 20510
- Senator Markwayne Mullin, **U.S. Senator of Oklahoma**
  330 Hart Senate Office Building, Washington, DC 20510



# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias)

**Stephens, Linh Tran** 1282383

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| FD-15-2228 | Time served | Indirect contempt |
| | | DISTRICT COURT **F I L E D** |
| | | MAR 2 8 2024 |
| | | DON NEWBERRY, Court Clerk STATE OF OKLA. TULSA COUNTY |
| | | |
| | | |

☐ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the ___ day of ___ March ___ 20 __

Division/Court *Family/Judi Leitch*

DON NEWBERRY, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By ___
Deputy Court Clerk
(Court Seal)

Received by: ___
Deputy Sheriff

Received by: ___ 1511
JAIL

Form 5421 (Rev. 1-17)

# EXHIBIT A

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

DISTRICT COURT
FILED

MAR 14 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

LINH TRAN STEPHENS,          )
    Petitioner,          )
               )
vs          )          FD-2015-2228
               )          ( DOCKET F )
ADAM SYLVESTER STEPHENS,          )
    Respondent.          )

## ORDER OF THE COURT, FEBRUARY 7, 20204

NOW on this 7th day of February 2024, the *Application for Indirect Contempt Citation Child Support (Updated Thru January 31, 3024)* in the above captioned and styled cause comes on for jury trial. Petitioner/Mother Linh Tran Stephens appears in person *pro se* and with her standby counsel, Ciera Freeman. Respondent/Father Adam Sylvester Stephens appears in person and with his attorney, Gilbert J. Pilkington Jr. of the Pilkington Law Firm. Child Support Services appears through counsel Emmalene Stringer.

The Court, having examined the files and records herein, having considered the evidence, and being otherwise fully advised in the premises FINDS AS FOLLOWS.

**Jurisdiction.** This Court has continuing and exclusive jurisdiction over the parties and subject matter of this action.

1. This matter came on for Jury Trial. The Jury heard the statements of counsel and Petitioner/Mother who was pro se. The Jury heard the statements of two witnesses and the Petitioner/Mother who refused to take the stand and testify. The Jury reviewed the evidence properly admitted.

2. The jury finds Petitioner/Mother Linh Stephens guilty of indirect contempt of court for willful non-payment of child support.

3. Petitioner/Mother is hereby sentenced to sixty (60) days in the Tulsa County Jail. Purge is set in the amount of $12,413.40 plus $500.00 court fines. The total amount due and owing to recall the warrant is $12,913.40, to be paid in cash/

1

APR 05 2024
By _____
Deputy

money order only. Petitioner is recognized back to April 26, 2024 at 9:00 before
Judge Deborrah Ludi Leitch.

4. The Court suspenses the remaining four months of the statutory six months
   sentence requested by Respondent/Father.

5. The issue of suspension/probation of Petitioner/Mother's licensees is reserved.

5. The issue of attorney fees is reserved.

   **IT IS SO ORDERED.**

*Wilma L. Palmer*

**Judge of the District Court**    MAR 12 2024

*for Judge Ludi Leitch*

Approved as to form:

*Gilbert J. Pilkington*

Gilbert J. Pilkington, Jr. OBA# 21998
Pilkington Law Firm, PLLC
601 South Boulder, Suite 600
PO Box 52614
Tulsa, OK 74152-0614
Gil@PilkingtonLawFirm.com
Phone, 918-298-4403
Fax, 918-960-5017
*Attorney for Respondent*

*Emma Van Stringer*

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone, 918-295-3500
Fax, 918-430-2364
Ocss.Contact.TulsaEast@okdhs.org

2







U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Tulsa County Clerk's Office
218 W 6th St. 7th Floor
Tulsa, OK 74119

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Dishonorable Robert Perugino
Office of Administrative Hearings
(OHA for OKDHS CSS)
PO Box 25352
Oklahoma City, OK 73125-0352

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
J. Kevin Stitt
Office of Oklahoma Governor
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Office of the General Counsel
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, OK 73152

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
[illegible]

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Dishonorable Martha Rupp Carter
Tulsa County Juvenile Center
500 W Archer St.
Tulsa, OK 74103

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
M. John Kane IV
Chief Justice Oklahoma Supreme Court
2100 N. Lincoln Blvd., Suite 1
Oklahoma City, OK 73105

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Matt Pinnell
Office of Lieutenant Governor
2300 N Lincoln Blvd., Room 117
Oklahoma City, OK 73105

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Merrick B. [illegible] Garland
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Rep. Thomas Massie
U.S. Rep. House Judiciary
2453 Rayburn House Office Building
Washington, D.C. 20515

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Judge Thomas Gosling
Tulsa County Juvenile Center
500 W Archer St.
Tulsa, OK 74103

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Federal Judge Claire V Eagan
U.S. District Court for the Northern District of Oklahoma
333 W. 4th St., Rm. 411
Tulsa, OK 74103

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Charles McCall
Oklahoma Speaker of the House
2300 N. Lincoln Blvd., Room 401
Oklahoma City, OK 73105

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Department of the Treasury Office of Executive Secretary
1500 Pennsylvania Avenue, NW
Room 3413
Washington, DC 20220

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Senator James Lankford
U.S. Senator of Oklahoma
316 Hart Senate Office Building
Washington, DC 20510

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Dishonorable Rodney Sparkman
Tulsa County District Court
500 S Denver Ave.
Tulsa, OK 74103-3832

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Federal Judge Gregory K Frizzell
U.S. District Court for the Northern District of Oklahoma
333 W. 4th St., Rm. 411
Tulsa, OK 74103

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Greg Treat
Oklahoma Senate Pro Temp
2300 N Lincoln Blvd.
Oklahoma City, OK 73105

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Daniel Werfel
IRS Commissioner
1111 Constitution Avenue NW
Washington, D.C. 20224

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Senator Markwayne Mullin
U.S. Senator of Oklahoma
330 Hart Senate Office Building
Washington, DC 20510

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Dishonorable April Seibert
Tulsa County District Court
500 S Denver Ave.
Tulsa, OK 74103-3832

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Judge John Heil
Chief Judge of U.S. District Court Northern District of Oklahoma
333 W 4th St. Suite 411, Tulsa,
OK 74103

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Neil Gorsuch, Associate Justice of Supreme Court of the United States
1 First Street, N.E.
Washington, DC 20543

U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
Federal Judge John D Russell
U.S. District Court for the Northern District of Oklahoma
333 W. 4th St., Rm. 411
Tulsa, OK 74103

U.S. Postal Service — Certified Mail Receipts:

- Dishonorable April Seibert, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- Judge John Heil, Chief Judge of U.S. District Court, Northern District of Oklahoma, 333 W 4th St, Suite 411, Tulsa, OK 74103
- Neil Gorsuch, Associate Justice of Supreme Court of the United States, 1 First Street, N.E., Washington, DC 20543
- Federal Judge John D. Russell, U.S. District Court for the Northern District of Oklahoma, 333 W. 4th St, Rm. 411, Tulsa, OK 74103

- Dishonorable Deborah Ludi-Leitch, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- OKDHS Child Welfare Dept (CHS CPS), 444 S Houston Ave, Tulsa, OK 74127
- Tulsa Grand Jury, 15 W 6th St, Ste 1000, Tulsa, OK 74119
- Tulsa County Commissioner Office, 218 W 6th St, Tulsa, OK 74119

- Special Judge Todd Chreston, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- OKDHS CSS child support services, P.O. Box 27068, Tulsa, OK 74149
- Steve Kunzweiler, Tulsa County District Attorney, 500 S Denver Ave, Suite 900, Tulsa, OK 74103
- OK Secretary of State, Executive Legislative Services Division, 2300 N Lincoln Blvd, Ste 122, Oklahoma City, Oklahoma 73105

- Dishonorable William LaFortune, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- Oklahoma Child Support Centralized Registry, OKDHS CSI, P.O. Box 268840, Oklahoma City, OK 73126-8840
- Sheriff Vic Regalado, Tulsa County Sheriff's Office, 500 S Denver Ave, Tulsa, OK 74103-3832
- Rep Chris Banning, Oklahoma Representative, 2300 N. Lincoln Blvd., Room 340, Oklahoma City, OK 73105

- Dishonorable Doug Drummond, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- United States Department of State, National Passport Center, 44132 Mercure Circle, P.O. Box 1199, Sterling, Virginia 20166
- David L. Moss Criminal Justice Center, 300 N Denver Ave, Tulsa, OK 74103
- Senator Dana Prieto, Oklahoma Senator, 2300 N. Lincoln Blvd., Rm. 445, Oklahoma City, OK 73105

- Dishonorable Dawn Moody, Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103-3832
- Former Family of Drummond, Oklahoma Attorney General, 313 NE 21st Street, Oklahoma City, OK 73105
- OK Council on Judicial Complaints, 1901 N Lincoln Blvd, Oklahoma City, OK 73105
- Senator Shane Jett, Oklahoma Senator, 2300 N. Lincoln Blvd., Rm. 417, Oklahoma City, OK 73105



FD-15-2028

# Legal Notice and Cease and Desist Letter for Infringement of Trademarks and Corporations' Ownership Rights; Demand Immediate Provision of Your Bonds and Homeowner's Insurance Policy for Potential Claims cc: FD-2015-2228

From: linh-tran: stephens,
Authorized Representative for LEGAL FICTION LINH TRAN STEPHENS.
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma union state, USA without USDC,
Zip exempt, but near [74008!

To: via certified mail with tracking, return receipt requested
- CSS (child support services of OKDHS!
  P.O. Box 27088, Tulsa, OK 74149
- OHA Office Of Administrative Hearing
  PO Box 25352, Oklahoma City, OK 73125-0352
- OKLAHOMA CENTRALIZED SUPPORT REGISTRY,
  Child Support Services Payment Center,
  P.O. Box 268849, Oklahoma City, OK 73126
- Child Welfare Services Child Protective Services (OKDHS CPS)
  PO Box 25352, Oklahoma City, OK 73125-0352
- Oklahoma State Board of Osteopathic Examiners (OSBOE)
  4848 N Lincoln Blvd., Suite 100
  Oklahoma City, Oklahoma 73105
- Gilbert J. Pilkington, Jr.
  P.O Box 52814, Tulsa, OK 74152-0814
  *Attorney for long-divorced ex-husband, Adam Sylvester Stephens*
- Tulsa County Clerk's Office
  218 W 6th St, 7th Floor, Tulsa, OK 74119
- Tulsa County District Court
  500 S Denver Ave, Tulsa, OK 74103-3832
- Tulsa County Juvenile Center
  500 W Archer St, Tulsa, OK 74103
- Supreme Court Clerk's Office
  2100 N Lincoln Blvd, Suite 4, Oklahoma City, OK 73105-4907
- Tulsa County Commissioner Office
  218 W 6th St Tulsa, OK 74119
- OK Secretary of State, Executive Legislative Services Division
  2300 N. Lincoln Blvd., Ste. 122,
  Oklahoma City, Oklahoma 73105
- Gentner: Family of Drummond, Office of the Attorney General
  313 NE 21st Street, Oklahoma City, OK 73105

**With Completion of Service and Designation of Witnesses To**
- Merrick-E. Family of Garland, United States Attorney General, U.S Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

DISTRICT COURT
**F I L E D**

NOV 0 1 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

---

*Legal Notice and Cease and Desist Letter for Infringement of Trademarks and Corporations' Ownership Rights. Demand Immediate Provision of Your Bonds and Homeowner's Insurance Policy for Potential Claims    page 1 of 10*
*+ attachment 14 pages*



# Notice of Changed Legal Status

*** Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, and Notice is a form of Evidence ***

**DISTRICT COURT**
**F I L E D**

**NOV 0 5 2024**

**DON NEWBERRY, Court Clerk**
**STATE OF OKLA. TULSA COUNTY**

*FB-15-2228* Linh with
Authority to Act as Power of Attorney on behalf of, the
Principal Equitable Beneficial
Named Estate Trust Title Holder, for
LINH TRAN STEPHENS
Free Rural Delivery,
Care of: 11063 S Memorial Dr Ste D #235,
Tulsa, Oklahoma [[74133]]

Date: 11 JUN 2024

**Attention Trustee Administrators:**
Robert Parugino and Emmalene Stringer in their private capacity, OKDHS administrative employees,,q
STATE OF OKLAHOMA ex. rel.
OKLAHOMA DEPARTMENT OF HUMAN SERVICES
OFFICE OF ADMINISTRATIVE HEARING,
CHILD SUPPORT SERVICES ("OKDHS. OAH. CSS"),
P.O. Box 27068, Tulsa, OK 74149;
CC: Oklahoma Centralized Support Registry. Child Support Services
P.O. Box 268849, Oklahoma City. OK 73126
—and—
Larisa Grecu-Radu in their private capacity, OKDHS administrative employee.
STATE OF OKLAHOMA ex. rel.
OKLAHOMA DEPARTMENT OF HUMAN SERVICES,
CHILD PROTECTIVE SERVICES ("CPS").
444 South Houston Ave., Tulsa, OK 74127
**Subject: Clarification of Legal Status:**

>:Linh-Tran: a Sui Juris Woman is Creditor/Beneficiary. DOB: 01/24/1984
>Linh is Authority to Act, Power of Attorney/Agent. DOB: 02/09/1984 LINH
>TRAN STEPHENS is the Trust/Account Title.

Dear Robert Perugino, Emmalene Stringer, Larisa Grecu-Radu, and all employees of OKDHS

We trust this letter finds you well. We are writing to bring to your attention some important information regarding the legal status of the account name LINH TRAN STEPHENS In your records.

Details of debt:     Erroneous/Unlawful Alleged Child Support
Debtor:     OKLAHOMA CHILD SUPPORT SERVICES
Account Number     Fraudulent OAH No.: 23-00313-23; OK IV-D FCN: 000948641001
       Alleged debt $84.445.92 Date of Bill: 04/19/2024

It has come to our attention that there may be a misconception regarding LINH TRAN STEPHENS legal standing. An Error in Law and Error in Fact has occurred. We wish to clarify that :Linh-Tran: is the Beneficiary, a sui juris Woman, and it is one's will, wish and pleasure to emphasize that he/she is not to be considered nor recorded as a fiction, person, trust, or corporate entity.

Every (Wo)man is independent of all Laws, except those prescribed by nature. He/She is not bound by any institutions, Corporations, Trusts/Persons formed by his/her fellow (Wo)man without his/her consent.

Furthermore, any presumptive claims related to the LINH TRAN STEPHENS Trust/Account, which is known in Common Law / Royal Crown English as a Cestui Que Trust Entity, is not recognized by the



FD-15 2228

## Affidavit of Violated Constitutional Rights by Unlawful Tribunal and Constitutional Demand for Remedy, Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns. Affidavit is a Form of Evidence, and Silence is Acquiescence and Acceptance [1]

Affiant, Linh Tran Stephens (also known as Linh Stephens), one of the People (Mirroring the Oklahoma Constitution, Article 2, Section 1), republican in form, *Sui Juris* (*I am NOT the en legis, legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS", a "public servant", a "government employee", a "U.S. citizen", a "pauper", a "ward of the State", but I am a private, sentient, and moral living breathing woman with a living soul and the Holy Spirit of YAHUAH*), is serving this affidavit to you, Juvenile Court Judges **Martha Rupp Carter and Theresa Dreiling**, Tulsa County Court Special Judges **Rodney Sparkman, April Seibert, Deborrah Ludi-Leitch, Todd Chesbro, Loretta Radford, and William LaFortune**, Presiding Judges **Doug Drummond and Dawn Moody**, OAH Office Of Administrative Hearing Special Judge **Robert Perugino**, Oklahoma Supreme Court Justices **Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich, Darby, Kuehn, and J.J.**, Court of Civil Appeals of Oklahoma Justices **Bell, V.C.J., and Prince, J.**, Federal Judges **Claire V Eagan and Gregory K Frizzell** of the U.S. Northern District of Oklahoma, all employees, lawyers, and administrative judges of **OKDHS CPS [Child Protective Services]**, of **OKDHS CSS [Child Support Services]**, of **David L. Moss Criminal Justice Center**, of **Tulsa Sheriff Office**, and of **National Passport Center** of **UNITED STATES INC.**, in this court of record, to make the following claims so that you do provide immediate due care [all bold, italic, underline, and highlight herein are added for emphasis],

**Please take Notice that affiant serves this by right and not as part of a case;**

**Affiant claims that it is a fact that** on <u>December 03, 2021</u> and ongoing, you, Juvenile Court Judges Martha Rupp Carter and Theresa Dreiling, Tulsa County Court Special Judges Rodney

---

[1] FD-2015-2228 docket C & F https://tinyurl.com/4edv5u56 ; jail David L Moss inmate ID# 1282383 for debtor imprisonment(unconstitutional) for 2 months since 02/07/2024; Without Due Process OAH No · 23-00313-73, Fraudulent OK IV-D FGN· 000948641001; CPS Case 20652909, CPS referral # 2078246 & 2200561 against Adam for child abuses among many other CPS referrals by nonparties since 2017 against Adam while false # 2195835 against Linh: truthful PO-2021-3843 child against Adam, frauds-upon-the-court JD-2021-270, Adam impeached for perjury PO-2021-4059, his two false VPOs dismissed per CM-2022-285, CM-2022-157; DF-120612—CI-120847&DF-120848&DF-120849, DF-121149—PR-121200 & MA-121255; DF-121254; DF-122022; CV-2024-1311 (401k retirement/bank theft appeal); MA-122445 (mandamus for recusal of judges), GJ-2024-1, DF-121851 appeal for CJ-2023-1901 (breach of contract); DF-121740 for Malicious prosecution by lawyers of medical board (OSBOE) for reporting a lawyer practicing medicine without a medical license: State Of Oklahoma, ex rel , State Board of Osteopathic Examiners v. Linh Stephens Case No. 2023-011 → CV-2023-995.
Federal lawsuits 23-CV-553-GKF-SH 12/21/23; 24-CV-216-JDR-CDL 05/08/24; 24-CV-259-GKF-MTS 06/03/2024,

*linh-tran: stephens, Divine Child of God*
*grantor of original jurisdiction and beneficiary of the resulting trust*

# CERTIFICATION OF NON-RESPONSE TO CONDITIONAL ACCEPTANCE LETTERS
## RE: ATTORNEY FEES ALLEGED BY GILBERT PILKINGTON JR
### republic of Oklahoma, Tulsa County

In regards to cases No. FD-2015-2228 (and its variations of syntax) STATE OF OKLAHOMA
against LEGAL ENTITY LINH TRAN STEPHENS, JD-2021-270, OAH No. 23-00313-73, OK
IV-D FGN 000948641001.

I, linh-tran: stephens, Divine Child of God, and the only Authorized Representative of LINH T.
STEPHENS declare under penalty of perjury of the laws of the united States of America on my
own full commercial liability, and hereby certify that as of January Seventh, in the year two
thousand and twenty-five, the undersigned has received no correspondence from any of the
parties listed below, pertaining to:

1. 12-02-2024 LEGAL NOTICE TO CSS FOR ALLEGED TITLE IV-D DEBT [OSCN
   Document Available (#1060502752)]
2. 12-02-2024 MOTION TO DISMISS [Child Support case and Tulsa District cases], [OSCN
   Document Available (#1060502756)]
3. 11-15-2024 COMBINED RESPONSE TO TWO (2) ALLEGED-REAL-PARTY-IN-
   INTERESTS' REQUEST FOR *ATTORNEY FEES* FOR DEFENSE OF MATTER AND
   REPLY TO NONDEFENDANT'S INTERJECTIONS [OSCN Document Available
   (#1060165375)] *this is 2nd attempt to give NOTICE, first attempt was 09/09/2024*
4. 11-05-2024 NOTICE OF CHANGED LEGAL STATUS [OSCN Document Available
   (#1059890076)]
5. 11-01-2024 LEGAL NOTICE AND CEASE AND DESIST LETTER FOR
   INFRINGEMENT OF TRADEMARKS AND CORPORATIONS' OWNER SHIP RIGHTS;
   DEMAND IMMEDIATE PROVISION OF YOUR BONDS AND HOMEOWNERS
   INSURANCE POLICY FOR POTENTIAL CLAIMS [OSCN Document Available
   (#1060162758)]
6. 09-26-2024 AFFIDAVIT OF MOTHER'S REBUTTAL & RESPONSE TO APPLICATION
   FOR ATTORNEY FEES FILED 07-08-2024 BY ADAM STEPHENS & HIS ATTORNEY
   GILBERT PILKINGTON JR [OSCN Document Available (#1059513855)] **in a style of**
   ***Conditional Acceptance Letter***
7. 09-09-2024 COMBINED RESPONSE TO TWO (2) ALLEGED REAL PARTY INTEREST
   REQUEST FOR ATTORNEY FEES FOR DEFENSE OF MATTER AND REPLY TO
   NONDEFENDANT'S INTERJECTIONS [OSCN Document Available (#1059511213)]
8. 05-30-2024 VERIFIED OPPOSITION TO APPELLEE'S APPLICATION FOR ATTORNEY
   FEES AND COSTS; AFFIRMATIVE DEFENSE; COUNTERCLAIM FOR FEES AND
   COSTS; AFFIDAVIT OF NATURALIZATION & PLEDGE OF ALLEGIANCE [OSCN
   Document Available (#1058714402)]
9. 05-09-2023 VERIFIED RESPONSE TO APPELLEE'S APPLICATION FOR ATTORNEY
   FEES AND COSTS; AFFIRMATIVE DEFENSE; COUNTERCLAIM FOR FEES AND
   COSTS; [OSCN Document Available (#1055122061)]

*as all above confirmed by the USPS website and online OSCN.net court records received by*

*linh-tran: stephens, Divine Child of God*
*grantor of original jurisdiction and beneficiary of the resulting trust*

1) Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614
Tel: 918-298-4403, Fax: 918-960-5017
gil@pilkingtonlawfirm.com
**Attorney for Adam Sylvester Stephens**

2) Emmalene Stringer, OBA # 31690
*OKDHS, CSS* (Child Support Services, Tulsa East Office)
PO. Box 27068, Tulsa. OK 74149
emmalene.stringer@okdhs.org
**State's Attorney, OKDHS CSS**

3) Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103,
for judges Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, and Loretta Radford

The undersigned affirms under penalties with perjury, (28 USC 1746(1)), that the foregoing is
true, correct, and complete in accordance with the undersigned's best firsthand knowledge and
belief.
Executed on this <u>Seventh</u> Day of the month of <u>January</u> in the year of our LORD and SAVIOR
two thousand and twenty-five,

> *Nemo me impune lacessit* + *Psalm 105:15* + *Isaiah 54:17*
> **Notice to Agent is Notice to Principal,**
> **Notice to Principal is Notice to Agent,**
> **Notice applies to all successors and assigns;**
> **Affidavit is a Form of Evidence;**
> **Silence is Tacit Acquiescence/Agreement/Dishonor;**
> This communication is in no way forming a contract nor
> requesting any contracting; it is simply a notice regarding the
> matters at hand. This communication is not intended to nor
> does it create nor confirm any professional-client relationship
> or any type of relationship between us;
>
> Private sector autograph;
> WITHOUT RECOURSE
>
> without prejudice
> linh-tran : stephens/Agent
>
> By beneficiary:
>
> By: Linh-Tran of the family Stephens/Agent

Grantor, Authorized Agent & Representative for LINH TRAN STEPHENS[b] ens legis and all
derivatives thereof, Sovereign People, sui juris, unlimited, Ambassador of Christ/Yahusha
"freeman of the Union" per Honorable Mr. Justice MILLER on April 14th, 1983, in the
Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
A living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
full capacity and competency with postgraduate level of education past medical school,
non-incorporated, non-sole-proprietor, living on the land of the republic, with God-given rights,
NOT a "public servant"/"government employee"/"pauper"/"ward of State", nor "U.S. citizen",
All Rights Reserved Without Prejudice, Non Assumpsit.

*linh-tran stephens, Divine Child of God*
*grantor of original jurisdiction and beneficiary of the resulting trust*

c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [74133] union state, without USDC,
LinhStephens7@gmail.com
Phone (on DoNotCallList.gov): 817-631-3223

## Notary as JURAT CERTIFICATE

STATE OF <u>MINNESOTA</u>   )
)ss
COUNTY OF <u>SHERBURNE</u>)

On this <u>07th</u> day of <u>January</u>, 20<u>25</u> before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> (the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



Signature of Notary/Jurat
or Person Administering Oath's Signature

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commiss.or Expires
January 31, 2028

My commission expires: 01/31/2028

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 07ᵗʰ day of January, 2025, a true, correct, and exact copy of the above and foregoing instrument was filed and to be certified mail and emailed to

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614
Tel: 918-298-4403, Fax: 918-960-5017
gil@pilkingtonlawfirm.com
*Attorney for Adam Sylvester Stephens*

Emmalene Stringer, OBA # 31690
*OKDHS, CSS* (Child Support Services, Tulsa East Office)
PO, Box 27068, Tulsa, OK 74149
emmalene.stringer@okdhs.org
*State's Attorney, OKDHS CSS*

Office of Administrative Hearings, Child Support,
PO Box 25352,
Oklahoma City, OK 73125-0352,

Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103,
for judges Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, and Loretta Radford
deborrah.ludiLeitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, loretta.radford@oscn.net

without prejudice
link-tran: Stephens/Agent
WITHOUT RECOURSE

**Notice: Offer to Settle Claim**

In regards to cases No. FD-2015-2228 (and its variations of syntax) STATE OF OKLAHOMA against LEGAL ENTITY LINH TRAN STEPHENS, JD-2021-270, OAH No. 23-00313-73, OK JV-D FGN 000948641001.

January 06, 2025, Linh, the woman;

**AFFIRMATION**

i the woman, linh-tran: stephens ("i", "Me", "Myself") the authorized representative of LINH T. STEPHENS declare by affirmation the following points are My true beliefs without intent to mislead, on My unlimited liability that all the following "statement of facts" are My true beliefs stated with My firsthand knowledge, given without intent to mislead, and i will verify all herein to be true in open court;

1)      i have not and do not waive My God-given rights or any rights;

2)      i believe i did no wrong; neither did, nor caused harm, and/or financial loss falsely presumed to be true and accurate, nor has My person breached a contract;

3)      posthaste, i wish and require to face My accuser(s) to hear and read the sworn accusation against me, so that i can make whole, and make restitution to any man or woman with a verifiable claim and or sworn accusation against me; otherwise within 10 days, i wish and require immediate discharge of said case and immediate restoration of all My property: My time, freedom, dignity, innocence;

4)      i wish and require that My accuser(s) provided proper and complete response to this notice within 10 days without using legal language (since i do not comprehend that)

5)      i will verify all. To be true in open court.

**STATEMENT OF FACTS**

1)      That at all times, i have interacted with case number FD-2015-2228 STATE OF OKLAHOMA vs LINH TRAN STEPHENS and case No. JD-2021-270 under threat and duress and the nature of the charges, identity and postal address of My accuser(s), and sworn accusation against me; have, at all times been concealed from me;

2)      i swear with God Creator as My witness that i have never signed any kind of consent, nor given any kind of consent to being represented by any member of the Bar Association, and or officer of the court absent duress/threat/intimidation/deceptions, including but not limited to unknown court appointed attorney (even "stand-by attorney"); nor any man, woman and/or actor; i have never agreed to any "mutual agreement of restraining order" as fraudulently alleged by April Seibert, exhusband Adam Stephens, or anyone else; all transcripts alleged/filed by the courts were altered by the courts or by its court reporters or both, as compared to its original voice recordings available by court observers or by whistleblowers, while official voice-recordings-requests and all FOIA requests were denied by court reporters and by the courts and by OKDHS; my American Disability Act requests unlawfully denied by courts' actions vs. approved on paper only; i have proof of these claims, evidence available upon request by a grand jury of twelve convened by the sovereign people in common law courts.

a.      On January 08, 2016: Divorce was finalized in Columbia County, Oregon, establishing "*50/50 joint legal and physical custody*" as per the Oregon divorce decree/court-order/binding-valid-written contract "*Jeep and Trailer [from Linh to Adam] in lieu of child support [until child ages out]*". The finalized divorce

Page 1 of 5



Cases No. FD-2015-2228  JD-2021-270

# JUDGES, DHS, OFFICERS OF COURTS, YOU ARE FIRED!

The President, Vice President and **ALL CIVIL OFFICERS** of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.
Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors/assigns

You have no immunity to me in a suit for damages or for jail time in either your private or public servant capacity. TITLE 42 § 12202 A State shall not be immune. TITLE 15 § 1122 No Immunity to state actors. TITLE 42 § 1983, 1985 & 1986 which he had knowledge were about to occur and power to prevent, a deprivation of constitutional rights.

TITLE 5 PART III Subpart B CHAPTER 33 SUBCHAPTER II § 3331 Oath of office  An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against ALL enemies, foreign and **domestic**; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

**You had the power to stop an illegal case and prevent the deprivation of my rights!**

### Job Description: UPHOLD THE CONSTITUTION AGAINST ALL ENEMIES

You are summarily dismissed without benefit of any type. Your misconduct is a high misdemeanor and may be charged for treason. Just following orders to commit a crime is not a defense, nor is ignorance.

You have sworn not to violate the Constitution of the United States of America. TITLE 5 § 3331 unless you can provide me with the witness against me, which as a public servant you cannot do.

TITLE 18 PART I CHAPTER 93 § 1918 Disloyalty and asserting the right to strike against the Government Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—
(1) advocates the overthrow of our constitutional form of government,
(2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government,
(3) participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or
(4) is a member of an organization of **employees of the Government** of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia; **shall be fined under this title or imprisoned not more than one year and a day, or both.**

## A high crime is equal to a felony & a felony is any term greater than 1 year.

TITLE 28 PART IV CHAPTER 85 § 1343.
(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;
(2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;
(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States

When a judge violates his or her oath they become a Trespasser of the Law, removes the Jurisdiction, and voids the oath of the Judge, He/She is acting as a private person upon violation of LAW and OATH  TITLE 28 PART I CHAPTER 21 § 454 Practice of law by justices and judges; Any justice or judge appointed under the authority of the United States who engages in the practice of law is guilty of a high misdemeanor.

The Supremacy Clause appears in Article VI of the United States Constitution. It establishes the Constitution, Federal Statutes, and U.S. treaties as "the supreme law of the land." State judges are required to uphold it, even if state laws or Constitutions conflict with it; anything in the Constitution or laws of any State to the contrary NOTWITHSTANDING
TITLE 28 PART I CHAPTER 21 § Sec. 453. Oaths of justices and judges

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office. "I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ____ under the Constitution and laws of the United States. So help me God."
Scheme, to defraud the federal government, they are recoverable to the Federal Government, on behalf of my children. Just because this was a juvenile case does NOT mean that my children have been stripped of their Constitutional rights. 42 U.S. Code § 14141 -

Cause of action (a) Unlawful conduct it shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency with responsibility for the administration of JUVENILE justice or the incarceration of JUVENILES that deprives persons of rights, privileges, or immunities SECURED OR PROTECTED BY THE CONSTITUTION or laws of the United States.

## You may be arrested on sight

You do not have chain of title, you do not have a contract with the real owner of the property (including my biological property female offspring G L Stephens) and land/bank accounts/Rolled over IRA(s)/ 401(k)/ passports/freedom to travel/freedom from false imprisonment/free speech and religion/privacy that you are offering for sale, both on the internet (wire fraud) and in person. You have committed and been involved in fraud, swindles, tricks and schemes. This amounts to Robbery ashore as part of a pattern of racketeering activity by a collection of an unlawful debt which engaged in, or the activities of which affect, interstate or foreign commerce. You must divest yourself of the ill begotten property, belongings and financial gain you have derived from your fraud. The selling, conveying, monetizing, fraud, stealing, extortion was done knowingly and willfully The statement(s) on the internet or on printed material was materially false, fictitious, or fraudulent statement or entry. Whoever buys from you and receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted— goes to jail, and so do you!

18 § 1341 Frauds and swindles. Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do… shall be fined under this title or imprisoned not more than 20 years, or both.

18 § 1661. Robbery ashore; Whoever, being engaged in any piratical cruise or enterprise, or being of the crew of any piratical vessel, lands from such vessel & commits robbery on shore, is a pirate & shall be imprisoned for life.

18 U.S. Code § 1962 – Prohibited activities (a) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

18 USC § 1345 Injunctions against fraud (a)(1)(B) Committing or about to commit a banking law violation, (a)(2) If a person is alienating or disposing of property. or intends to alienate or dispose of property. obtained as a result of a banking law violation.

18 USC § 1964 Civil remedies: ordering any person to divest himself of any interest, direct or indirect, in any enterprise Just because he can commit the crimes and has gotten away with the crimes for so long does not make them less of a crime but compounds the crimes to every victim.

18 USC § 225 Continuing financial crimes enterprise (a) Whoever (1) organizes, manages, or supervises a continuing financial crimes enterprise; and (2) receives $5,000,000 or more in gross receipts from such enterprise during any 24-month period, shall be fined not more than $10,000,000 if an individual, or $20,000,000 if an organization, and imprisoned for a term of not less than 10 years and which may be life.

15 § 1122. Liability (b) Waiver of sovereign immunity by States Any State, instrumentality of a State or any officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under eleventh amendment of the Constitution of the United States or under any other doctrine of sovereign immunity, from suit in Federal court by ANY person, including any governmental or nongovernmental entity for any violation under this chapter.

FRAUDULENT CONVERSION: Receiving into possession money or property of another and fraudulently withholding, converting, or applying the same to or for one's own use and benefit, or to use and benefit of any person other than the one to whom the money or property belongs.

18 § 641 Public money, property or records; Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof; or Whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted—

18 § 1001. Statements or entries generally (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact, (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title or imprisoned not more than 5 years, or both.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of January, 2025, a true, correct, and exact copy of above and foregoing instrument was filed, will be certified mail w/ tracking & emailed:

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
P.O. Box 52614, Tulsa, OK 74152-0614
Tel. 918-298-4403, Fax: 918-960-5017
gil@pilkingtonlawfirm.com
*Attorney for Adam Sylvester Stephens*

Emmalene Stringer, OBA # 31690
*OKDHS, CSS* (Child Support Services, Tulsa East Office)
PO. Box 27068, Tulsa, OK 74149
emmalene.stringer@okdhs.org
*State's Attorney, OKDHS CSS*

**Office of Administrative Hearings**, Child Support,
PO Box 25352, Oklahoma City, OK 73125-0352
OCSS.CONTACT.TULSA@okdhs.org

Tulsa County District Court, 500 S Denver Ave, Tulsa, OK 74103
special judges Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, Loretta Radford, Dawn Moody, Don Newberry County Clerk deborrah.ludiLeitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, loretta.radford@oscn.net, dawn.moody@oscn.net, tulsa.courtclerk@oscn.net, Don.Newberry@oscn.net

*Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Notice applies to all successors and assigns. Affidavit is a **Form of Evidence**, and Silence is Acquiescence and Acceptance. This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

without prejudice
linh-tran: stephens/Agent

WITHOUT RECOURSE _____

By: Linh-Tran: of the family Stephens/Agent
Grantor, the Only Authorized Agent & Representative for LINH TRAN STEPHENS* ens legis and all derivatives thereof, Sovereign People, sui juris, unlimited, Ambassador of Christ/Yahusha "freeman of the Union" per Honorable Mr. Justice MILLER on April 14th, 1983, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), A living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH, full capacity and competency with postgraduate level of education past medical school, non-incorporated, non-sole-proprietor, living on the land of the republic, with God-given rights, NOT a "public servant":"government employee"/"pauper"/"ward of State", nor "U.S. citizen", All Rights Reserved Without Prejudice, Non Assumpsit, c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [74133] union state, without USDC





**DISTRICT COURT**
**F I L E D**

**MAR 0 6 2025**

DON NEWBERRY, COURT CLERK
STATE OF OKLAHOMA, TULSA COUNTY

**NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT Re: STATE OF OKLAHOMA vs. Linh Tran Stephens for contempt of court for fraudulently-alleged -and-unvalidated debt, and all cases related to Linh including FD-2015-2228 and JD-2021-270, etc.**

Via special entry of special appearance (thus NOT granting jurisdiction, but continuously objecting to fraudulent claims of jurisdiction after proven unrebutted frauds-upon-the-courts by B.A.R. Card Attorneys, see records of *"Injunction; Motion to Dismiss with Prejudice; Challenging Subject Matter Jurisdiction"* filed February 10, 2023 in Tulsa County District Court and in Oklahoma Supreme Court cases No. CI-120847, DF-120848, DF-120849),

Affiant named linh-tran; stephens (also known as "Linh Tran Stephens", or "Mother", "Defendant", or "Linh" herein), one of the sovereign People (as seen in Oklahoma Constitution Article 2 Section 1) republican in form, Sui Juris—I am NOT the en legis, legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS®", a "public servant", a "government employee", a "U.S. citizen", a "pauper", a "ward of the State", but I am a private, sentient, and moral living breathing woman with a living soul and the Holy Spirit of YAHUAH—do properly service to all defendants this affidavit, in this court of Public Record  to make the following claims: *Repeat Objection to Magistrate's Order & Demand for Assignment to Article Three Judge of Common Law Court,* specifically objection to Magistrate Susan E. Huntsman's Report and Recommendation dated November 20, 2024, pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)  in support of this Objection/Motion, this Sui Juris states:

i, the flesh and blood woman known as linh-tran; stephens, the one-and-only Authorized Representative and Beneficiary for LEGAL ENTITY LINH T. STEPHENS a/k/a LINH TRAN STEPHENS®, hereinafter referred to as "Affiant". Affiant was born in 1984 and educated to postgraduate education of medical school, being of sound mind and legal age, lives upon the land in care of 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma without USDC, ZIP exempt, near [74008]. affiant makes this Affidavit of Truth of my own free will, and i hereby affirm, declare and swear  under oath and under the pains and penalty of perjury and under the laws of the united states of America and of this state, do hereby attest that the statements, averments and information contained in this Affidavit are true and correct to the best of my knowledge and belief, as i have first-hand knowledge of the facts contained herein: WHEREAS I have clean hands, good faith, fair business practices with full disclosures, and have done no harm to others, and demand the same treatment from everyone towards me and my entities, WHEREAS I have NOT performed in commerce nor consented to any alleged contracts nor consent to any proceedings against me, and I have objected to all implied contracts, including ones without full disclosures or ones obtained by frauds-upon-the-court by all B.A.R. CARD attorneys/judges/DHS CPS/DHS CSS, WHEREAS I have revoked all types of power of attorneys since 2016 the year of finalized divorce with Adam Sylvester Stephens SR in State of Oregon, and have only given full POA ("power of attorney") to myself the living woman exclusively, WHEREAS since my 01/2016 finalized divorce-custody-child-support agreement/decree/court-order in the state of Oregon, county of Columbia, I have never waived any of my rights nor agreed to any stipulations ever, WHEREAS I deny any and all allegations against me in both past, present, and future, WHEREAS I demand written strict proof thereof attached to affidavits of two reliable, non-greedy-and-without-financial-gain witnesses notarized in front of a public notary ("proof is NOT from hearsays nor from unreliable witnesses e.g. those who are not injured parties, not first hand witnesses, and are financially incentivized to lie) and the following:

**Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal, Applications to all successors and assigns, Affidavit is a Form of Evidence, and Silence is Acquiescence and Acceptance,** i hereby gives notice of the removal of this action from the District Court of Tulsa





Form **COL**

### Violation Warning
### Denial of Rights Under Color of Law

FD-2015-2228

Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

◄ Linh-Tran Stephens,
beneficiary of LINH TRAN STEPHENS
c/o 11053 S Memorial Dr. Ste D #235, >ers)
Tulsa, Oklahoma [74133]

Name and address of Notice Recipient: _Loretta Radford_
(MR) or MS. Support Magistrate or Judge
**Court House (Location)** Tulsa County Courthouse
**City, State, Zipcode** Tulsa Oklahoma 74103
5005 Denver Ave R.605

_Citizen's statement._

Every person is entitled to an opportunity to be heard before an impartial court of law and trial by jury to be given Procedural and Substantive due processes

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**
► Linl-tran : Stephens

| Date ► Friday 03/07/2025 0950

### Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, .. shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek _personal_ legal counsel if you do not understand the law ① DoJ Multilayer Restrictions in Removal of Administrative Law Judges received a lis ② Notice of Removal from State Court to Federal Court re OKLAHOMA A v: Seized face to face R 605 Linh Stephens in contempt of Court

**Notice of Service:**
I, Linh-Tran-Stephens certify that I mailed via USPS this notice to above named recipient and address on _Friday_ _03/7/25_ of _____ from _____ City, _Tulsa_ County, State Oklahoma

Public Domain—Privacy Form OCL005

TITLE 18, U.S.C., SECTION 242: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned for more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

https://www.justice.gov/crt/deprivation-rights-under-color-law. Accessed 10/30/2022



**U.S. Department of Justice**

Office of the Solicitor General

The Solicitor General

*Washington, D.C. 20530*

February 20, 2025

The Honorable Charles Grassley
President Pro Tempore
United States Senate
Washington, DC 20510

Re:    Multilayer Restrictions on the Removal of Administrative Law Judges

Dear Senator Grassley:

Pursuant to 28 U.S.C. 530D, I am writing to advise you that the Department of Justice has concluded that the multiple layers of removal restrictions for administrative law judges (ALJs) in 5 U.S.C. 1202(d) and 7521(a) violate the Constitution, that the Department will no longer defend them in court, and that the Department has taken that position in ongoing litigation. *See* 2/11/25 Letter, *Jarkesy Coating Systems LLC* v. *FAA*, No. 23-2376 (3d Cir.).

In *Free Enterprise Fund* v. *PCAOB*, 561 U.S. 477 (2010), the Supreme Court determined that granting "multilayer protection from removal" to executive officers "is contrary to Article II's vesting of the executive power in the President." *Id.* at 484. The President may not "be restricted in his ability to remove a principal [executive] officer, who is in turn restricted in his ability to remove an inferior [executive] officer." *Ibid.*

A federal statute provides that a federal agency may remove an ALJ "only for good cause established and determined by the Merit Systems Protection Board on the record after opportunity for hearing before the Board." 5 U.S.C. 7521(a). Another statute provides that a member of the Board "may be removed by the President only for inefficiency, neglect of duty, or malfeasance in office." 5 U.S.C. 1202(d). Consistent with the Supreme Court's decision in *Free Enterprise Fund*, the Department has determined that those statutory provisions violate Article II by restricting the President's ability to remove principal executive officers, who are in turn restricted in their ability to remove inferior executive officers.

Please let me know if I can be of any further assistance in this matter.

Sincerely,

*Sarah M. Harris*

Sarah M. Harris
Acting Solicitor General

## NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT Re: STATE OF OKLAHOMA vs. Linh Tran Stephens for contempt of court for fraudulently-alleged -and-unvalidated debt, and all cases related to Linh including FD-2015-2228 and JD-2021-270, etc.

Via special entry of special appearance (thus NOT granting jurisdiction, but continuously objecting to fraudulent claims of jurisdiction after proven unrebutted frauds-upon-the-courts by B.A.R. Card Attorneys, see records of "*Injunction; Motion to Dismiss with Prejudice, Challenging Subject Matter Jurisdiction*" filed February 10. 2023 in Tulsa County District Court and in Oklahoma Supreme Court cases No. CI-120847, DF-120848, DF-120849),

Affiant named linh-tran: stephens (also known as "Linh Tran Stephens", or "Mother", "Defendant", or "Linh" herein), one of the sovereign People (as seen in Oklahoma Constitution Article 2 Section 1) republican in form. Sui Juris--I am NOT the en legs, legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS®", a "public servant", a "government employee", a "U.S. citizen", a "pauper", a "ward of the State", but I am a private, sentient, and moral living breathing woman with a living soul and the Holy Spirit of YAHUAH--do properly service to all defendants this affidavit, in this court of Public Record. to make the following claims: NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL COURT Re. STATE OF OKLAHOMA vs. Linh Tran Stephens for contempt of court for fraudulently-alleged -and-unvalidated debt. and all cases related to Linh including FD-2015-2228 and JD-2021-270, etc. In support of this Objection/Motion, this Sui Juris states:

I, the flesh and blood woman known as linh-tran: stephens, the one-and-only Authorized Representative and Beneficiary for LEGAL ENTITY LINH T. STEPHENS a/k/a LINH TRAN STEPHENS®. hereinafter referred to as "Affiant". Affiant was born in 1984 and educated to postgraduate education of medical school, being of sound mind and legal age, lives upon the land in care of 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma without USDC, ZIP exempt. near [74008], affiant makes this Affidavit of Truth of my own free will, and I hereby affirm, declare and swear, under oath and under the pains and penalty of perjury and under the laws of the united states of America and of this state, do hereby attest that the statements, averments and information contained in this Affidavit are true and correct to the best of my knowledge and belief, as I have first-hand knowledge of the facts contained herein: WHEREAS I have clean hands, good faith, fair business practices with full disclosures, and have done no harm to others, and demand the same treatment from everyone towards me and my entities, WHEREAS I have NOT performed in commerce nor consented to any alleged contracts nor consent to any proceedings against me, and I have objected to all implied contracts, including ones without full disclosures or ones obtained by frauds-upon-the-court by all B A R. CARD attorneys/judges/DHS CPS/DHS CSS, WHEREAS I have revoked all types of power of attorneys since 2016 the year of finalized divorce with Adam Sylvester Stephens SR in State of Oregon, and have only given full POA ("power of attorney") to myself the living woman exclusively, WHEREAS since my 01/2016 finalized divorce-custody-child-support agreement/decree/court-order in the state of Oregon, county of Columbia, I have never waived any of my rights nor agreed to any stipulations ever, WHEREAS I deny any and all allegations against me in both past, present, and future, WHEREAS I demand written strict proof thereof attached to affidavits of two reliable, non-greedy-and-without-financial-gain witnesses notarized in front of a public notary ("proof" is NOT from hearsays nor from unreliable witnesses e.g. those who are not injured parties, not first hand witnesses. and are financially incentivized to lie) and the following:

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applications to all successors and assigns, Affidavit is a Form of Evidence, and Silence is Acquiescence and Acceptance. I hereby gives notice of the removal of this action from the District Court of Tulsa County, Oklahoma, to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. §§ 1331, 1332, 1441, 1443, and 1446, and in support thereof states as follows:

PROCEDURAL BACKGROUND:

1. Linh is a named party in Case No. FD-2015-2228 in the District Court of Tulsa County, Oklahoma.
2. The case involves multiple violations of Linh's constitutional rights, including denial of due process, discriminatory treatment, and the improper deprivation of parental rights.
3. Linh has been denied meaningful access to the state courts including Oklahoma Supreme Court appeal processes through improper revocation of in forma pauperis status, denial of ADA accommodations, and systemic bias and corruption.
4. This removal is timely filed within 30 days of the most recent order demonstrating the impossibility of obtaining equal protection of laws in state court proceedings including but not excluded to 02/13/2025 in Oklahoma Supreme Court MA-122859

GROUNDS FOR REMOVAL
I. **Diversity Jurisdiction Under 28 U.S.C. § 1332**

5. This Court has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.
6. Linh and her first born daughter (lawful definition is "biological property female offspring") are citizens of the Socialist Republic of Vietnam who maintain legal residency in the United States, while Defendants are citizens of Oklahoma.
7. The Supreme Court has established that diversity jurisdiction serves to protect foreign citizens from potential local prejudice. *Piper Aircraft Co. v Reyno*, 454 U.S. 235, 255-256 (1981).
8. The amount in controversy exceeds $75,000, exclusive of interest and costs. Including but not limited to:
   - $54,445.92 improperly garnished from Linh's retirement accounts
   - Loss of medical practice income that Tulsa County Court allegedly said was earning $200,000s annually by Linh
   - Emotional distress and mental anguish damages
   - Attorney's fees exceeding $200,000 from 2015 to 2020 unjustly accrued
   - Property liens and ongoing financial damages, dignity damages (defamation, false imprisonment, and unconstitutional debtor imprisonment for two months due to fraudulently alleged child-support debt that did not qualify for the Title IV-D program. This occurred despite the Linh's objections and the termination of all alleged contracts between the state and the Linh and notices firing everyone from the State).

II. **Federal Question Jurisdiction Under 28 U.S.C. § 1331**

9. This action involves multiple violations of Linh's federal constitutional rights, creating federal question jurisdiction under 28 U.S.C. § 1331
10. Specifically, Linh alleges violations of:
    - **First Amendment right to petition the government for redress of grievances**
    - Violation of Civil Rights (**42 U.S.C. §1983**) and Deprivation of Rights Under Color of Law (**18 U.S.C. §242**) and Conspiracy to Deprive of Rights (**18 U.S.C. §241**) of
      i. **Fourteenth Amendment - Equal Protection, Due process, and Substantive Rights**
      ii. **Fifth Amendment Violations – Due process of law, Property Rights (biological property and financial property), Rights against Self-Incrimination, Protection against Double Jeopardy, Grand Jury Indictment**

      iii. **Fourth Amendment - Unwarranted Seizure of Linh, Her Passport, Her Bank Accounts, Her Retirements; False Imprisonment, Unlawful Arrest (25 CFR § 11.404)**

      iv. **Eighth Amendment Violations – Cruel and unusual punishment**

- Violation of Civil Rights (42 U.S.C. §1983) - **Malicious Prosecution**
- Kidnapping (18 U.S.C. §1201) of living woman Linh-Tran Stephens and of young living woman G.L Stephens
- **Extortion, R.I.C.O., FDCPA, ADA rights violations**
- **Access to courts as a fundamental constitutional right**, and many more

11. The Supreme Court has repeatedly recognized that state family court proceedings must comply with federal constitutional requirements. *Santosky v. Kramer*, 455 U.S. 745 (1982); *Troxel v. Granville*, 530 U.S. 57 (2000).

## III. Civil Rights Removal Under 28 U.S.C. § 1443

12. Removal is also proper under 28 U.S.C. § 1443(1) because Linh is being denied equal civil rights guaranteed under federal law and cannot enforce these rights in the state courts.

13. Linh has been subject to discriminatory treatment as a Vietnamese female physician, meeting the first prong of the *Rachel* test.

14. The documented systemic bias, including:

    ○ Denial of in forma pauperis status despite clear evidence of financial hardship

    ○ Improper ex parte proceedings

    ○ Refusal to consider evidence favorable to Linh

    ○ Blocking of expert witnesses without cause (accountant, direct primary care physician, whistleblower Marla Chico, alleged victims Adam Stephens, child G.L.Stephens, Linh's mother and aunt in regards to Linh's financial status, etc.)

    ○ Violations of ADA accommodations establish the impossibility of enforcing equal rights in state court.

## IV. Younger Abstention Does Not Apply

16. While federal courts typically abstain from interfering with ongoing state proceedings under *Younger v. Harris*, 401 U.S. 37 (1971), the Supreme Court has recognized exceptions where state proceedings are conducted in bad faith or with other extraordinary circumstances *Huffman v. Pursue, Ltd.*, 420 U.S. 592 (1975).

17. Linh's case falls under these exceptions due to:

    ○ Documented judicial bias

    ○ Ex parte proceedings without notice

    ○ Impossible retroactive payment demands

    ○ Permanent revocation of in forma pauperis status without legal justification

    ○ Systematic violations of due process

## LEGAL STANDARDS SUPPORTING REMOVAL

18. The Supreme Court has established that access to courts is a fundamental constitutional right that cannot be denied based on inability to pay. *Griffin v. Illinois*. 351 U.S. 12 (1956); *Burns v. Ohio*, 360 U.S. 252 (1959); *Boddie v. Connecticut*, 401 U.S. 371 (1971).

19. In *M.L.B. v. S.L.J.*. 519 U.S. 102 (1996), the Supreme Court specifically held that states cannot condition appeals of parental rights deprivation on ability to pay court costs.

20. Federal courts have jurisdiction to remedy systematic violations of constitutional rights in state court proceedings. *Mitchum v. Foster*, 407 U.S. 225 (1972).

21. Under *Stanley v. Illinois*, 405 U.S. 645 (1972) and *Santosky v. Kramer*, 455 U.S. 745 (1982), parents have fundamental constitutional rights that require due process protection before termination or deprivation of rights.

22. The Americans with Disabilities Act, 42 U.S.C. § 12132, prohibits discrimination against qualified individuals with disabilities in public services, programs, or activities, including court proceedings. *Tennessee v. Lane*, 541 U.S. 509 (2004).

WHEREFORE, Linh respectfully gives notice that the above-entitled action is removed from the District Court of Tulsa County, Oklahoma to the United States District Court for the Northern District of Oklahoma.

In God is our trust... this is sent to you in the peace and love of Jesus Christ. Luke 11:52.

### Avouchment / Verification

I hereby declare, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of **26 U.S. Code § 1746** that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief. Executed in Tulsa County, Oklahoma on this 06th day of March in the Year of Our Lord Two Thousand and Twenty Five

> *Nemo me impune lacessit pursuant to Psalm 105:15 + Isaiah 54:17*
> PRIVATE, THIS IS NOT A PUBLIC COMMUNICATION
> Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; unrebutted affidavit stands as truth in commerce.
> **Silence is Tacit Acquiescence/Agreement/Dishonor**;
> *This communication is in no way forming a contract nor requesting any contracting, it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us,*

Private sector autograph;
WITHOUT RECOURSE

*without prejudice*
*Linh-Tran Stephens, Agent*

By beneficiary: ———————————

All Rights Reserved, None Waived – **Without Prejudice**, UCC 1-308, UCC 1-103– Non Assumpsit, Grantor, one-and-only Authorized Agent & Beneficiary for LINH TRAN STEPHENS' ens legis and all derivatives thereof, Sovereign People, sui juris, unlimited, Ambassador of Jesus/Yahusha, "freeman of the Union" per Honorable Mr. Justice MILLER on April 14th, 1863, in the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3), A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH, full capacity and competency with postgraduate level of education past medical school, non-incorporated, non-sole-proprietor, living on the land of the republic, with God-given rights, NOT a "public servant"/"government employee"/"pauper"/"ward of State", nor "U.S. citizen". Article IV Section 2 Citizens of each State shall be entitled to all Privileges & Immunities of Citizens in several States: Rural Free Delivery, **Non-Domestic 00000**, c/o 11063 S Memorial Dr Ste D #235, **Tulsa, Oklahoma [zip exempt, near 74133] union state without USDC,** Email: LinhStephens7@gmail.com

Phone (on DoNotCallList.gov) 817-631-3223

### Notary as JURAT CERTIFICATE

STATE OF <u>MINNESOTA</u>        )
                                 ) ss
COUNTY OF <u>SHERBURNE</u>       )

On this <u>06</u> day of <u>March</u>, 2025 before me, <u>Melissa K. Vagle</u>, a Notary Public, personally appeared a living woman <u>Linh Tran Stephens</u> (the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

*Melissa K. Vagle*

Signature of Notary/Jural
or Person Administering Oath's Signature



MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

### CERTIFICATE OF SERVICE

I hereby certify that on the <u>06th</u> day of <u>March</u>, 2025, a true, correct, and exact copy of above and foregoing instrument was filed, will be mail & emailed as is proper to:

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
PO. Box 52614, Tulsa, OK 74152-0614. gil@pilkingtonlawfirm.com
*Attorney for long-divorced exhusband Adam Sylvester Stephens finalized 01/2016 in Oregon*

Emmalene Stringer, OBA # 31690. emma-ene.stringer@okdhs.org, OCSS.CONTACT.TULSA@okdhs.org;
OKDHS, CSS (Child Support Services, Tulsa East Office), PO. Box 27068, Tulsa, OK 74149
*State's Attorney, OKDHS CSS*

Tulsa County District Court special judges Deborrah Ludi-Leitch, April Seibert, Todd Chesbro, Loretta Radford, Dawn Moody, Don Newberry County Clerk  loretta.radford@oscn.net,
deborrah.ludi_eitch@oscn.net, april.seibert@oscn.net, todd.chesbro@oscn.net, dawn.moody@oscn.net,
tulsa.courtclerk@oscn.net, Don.Newberry@oscn.net

*without prejudice*
*linh-tran: stephens; Agent*
WITHOUT RECOURSE _____



DISTRICT COURT
F I L E D

APR 22 2025

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

## SPECIAL ENTRY OF SPECIAL APPEARANCE: ADDITIONAL CHALLENGE TO JURISDICTION INVOLVING INTERNATIONAL MATTER WITH VIET NAM & INDIAN LANDS

### IN THE DISTRICT COURT OF TULSA COUNTY
### STATE OF OKLAHOMA
(cc: federal court U.S. District Court for the Northern District of Oklahoma 24-CV-216-JDR-CDL)

**URGENT NOTICE: McGIRT v. OKLAHOMA JURISDICTIONAL CHALLENGE**

**Case No.: FD-2015-2228 (Docket F and Docket C) Related Cases:** JD-2021-270, OAH No.: 23-00313-73, OK IV-D FGN: 000948641001

**SPECIAL APPEARANCE FOR THE SOLE PURPOSE OF CHALLENGING JURISDICTION**

i, Linh Tran Stephens, a natural living Woman, sui juris, appear specially and not generally, for

the sole and limited purpose of challenging this Court's jurisdiction. i respectfully move this

allegedly Honorable Court to vacate all judgments and dismiss all proceedings for lack of subject

matter and personal jurisdiction as they relate to FD-2015-2228 (Docket F), JD-2021-270, OAH

No.: 23-00313-73, and OK IV-D FGN: 000948641001. In addition to this civilian public record,

there have been records filed and served on Tulsa District Courts:

e.g. 04-15-2025 "VERIFIED MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND REMOVAL FROM
STATE COURT PROCEEDINGS, PERMANENT RESTRAINING ORDER, SUPPLEMENTAL CLAIMS,
TERMINATION OF STATE'S CHILD SUPPORT ORDERS, UNDUE HARDSHIP EXEMPTION, AND STOP
ALL GARNISHMENTS, LEVYING, LIQUIDATION" (file-stamped in Federal Court U.S. District Court
for the Northern District of Oklahoma case No. 24-CV-216-JDR-CDL) [Document #1061164984];
04-11-2025 ADMINISTRATIVE NOTICE AND AFFIDAVIT CHALLENGING JURISDICTION FOR STATE
OF OKLAHOMA V. LINH TRAN STEPHENS FOR CONTEMPT OF ALLEGED CHILD SUPPORT
(Document #1061164644); 03-06-2025 NOTICE OF REMOVAL FROM STATE COURT TO FEDERAL
COURT (Document #1061154206); 04-05-2024 MOTION OBJECTING TO ALL SPECIAL JUDGES,
REQUESTING DISTRICT JUDGES Document Available (#1058279523); 04-04-2024 NOTICE TO
CHILD PROTECTIVE SERVICES AND CHILD SUPPORT SERVICES OF LACK OF JURISDICTION AND
ATTACKS THROUGH ADMINISTRATIVE TRIBUNALS (Document #1058290480); 02-10-2023
INJUNCTION; MOTION TO DISMISS WITH PREJUDICE; CHALLENGE SUBJECT MATTER
JURISDICTION (Document #1054165260)

---

· 1 0 6 1 · 2 3 4 1 ·

==========================================

## 'COURT OF RECORDS' DECLARATION - NOTICE OF RIGHTS AND JURISDICTION: i hereby invoke the jurisdiction of the United States District Court for the Northern District of Oklahoma as the proper Court of Record for adjudication of all matters of Linh, should it proceed, as established by 28 U.S. Code § 132

==========================================

**STATE OF OKLAHOMA,** *plaintiff*

vs.

**LINH TRAN STEPHENS,** *alleged Defendant*

and all state court actions concerning Linh Tran Stephens is Removed to federal court:



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
**Federal Case No. 24-CV-216-JDR-CDL**
**Tulsa County Case No.:** FD-2015-2228 (Docket F,, and Docket C);
**Related Cases:** JD-2021-270, OAH No.: 23-00313-73, OK IV-D FGN: 000948641001

FILED
DISTRICT COURT
APR 22 2025
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

republic South Carolina )
                        )ss
county: Charleston )

*Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns, Affidavit is a Form of Evidence: Unrebutted Affidavit Stands as Truth in Commerce; Silence or NonResponse is Tacit Acquiescence/Agreement/Dishonor;*

**Affidavit of Truth**

i, linh-tran: stephens, a living woman, present the following lawful knowledge regarding Courts of Record and my standing therein:

LEGAL BASIS FOR COURTS OF RECORD

28 U.S. Code § 132 - Creation and composition of district courts:

(a) There shall be in each judicial district a district court which shall be A COURT OF RECORD known as the United States District Court for the district. (b) Each district court shall consist of the district judge or judges for the district in regular active service. Justices or judges designated or assigned shall be competent to sit as judges of the court. (c) Except as otherwise provided by



IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
**F I L E D**

MAY 02 2025

Case No.: FD-2015-2228 In re Marriage of: Stephens

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

# FORMAL PROTEST OF MARCH 07, 2025, JANUARY 02, 2025, AND APRIL 28, 2025 ORDERS

**COMES NOW,** Linh Tran Stephens, the alleged Defendant to STATE OF OKLAHOMA vs. Linh Tran Stephens charges fraudulently filed by OKDHS under FD-2015-2228 for alleged child support debts and alleged private attorney fees that i do not owe nor consented to nor contracted with STATE OF OKLAHOMA or its agency, formally protests the "Notice and Order to Appear" prepared by Oklahoma DHS Attorney Emmalene Stringer and/or Gilbert Pilkington JR, and signed by non-jurisdictional Special Judges Loretta Radford, Deborrah Ludi-Leitch, and Todd Chesbro (all of whom I have NOT recognized their authority NOR given jurisdiction to them) on March 07, 2025, January 02, 2025, and April 28, 2025, respectively, as being in direct violation of the legal findings and rulings established in their **July 11, 2017** (*CONFIRMATION OF REGISTRATION OF FOREIGN ORDER*) **and June 12, 2019 Orders** (*RESPONDENT'S MOTION CONTEMPT CITATION - CHILD SUPPORT TRAILER IN LIEU OF CHILD SUPPORT; ORDER TO APPEAR SIGNED/SET 7-22-19 9:00 AM; RESPONDENT'S MOTION CONTEMPT CITATION - CHILD SUPPORT CAR TITLE IN LIEU OF CHILD SUPPORT; ORDER TO APPEAR SIGNED/SET 7-22-19 9:00 AM*). Defendant asserts that the **March 07, 2025, January 02, 2025, and April 28, 2025 Orders** are void as a matter of law and that this court is bound to adhere to its own determination of jurisdictional limits.

### 1. Procedural Background

1.1. On July 11, 2017 and June 12, 2019, Judges of Tulsa County Court issued orders explicitly acknowledging the court's lack of jurisdiction to modify original finalized Oregon decree child support order as Oklahoma was asked to enforce Oregon's decree terms of "unhampered access to child" and "Jeep and Trailer in lieu of child support order".

1.2. The court further ruled:

"The case shall be held in administrative abeyance until such time that the Court receives the mandate of the Supreme Court of the United States as to the petition for writ of certiorari."

1.3. Despite these findings, Special Judge Loretta Radford issued an order on March 07, 2025, compelling Defendant to appear for a status conference regarding contempt proceedings, under







IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| IN RE THE MARRIAGE OF: | Supreme Court No. DF-120849, DF-120848 |
| | CI-120847 |
| Linh Tran Stephens, | |
| woman, mother *Petitioner*, | District Court Case No. FD-2015-2228 |
| | Docket C, Judge April Seibert |
| vs. | Presiding Judge Doug Drummond |
| | (TULSA COUNTY) |
| Adam Sylvester Stephens, | |
| *Respondent*, | |

**DISTRICT COURT FILED** **FEB 1 0 2023** **JON NEWBERR**, **STATE OF OKLA. TULSA COUNTY**

## INJUNCTION; MOTION TO DISMISS WITH PREJUDICE; CHALLENGE SUBJECT MATTER JURISDICTION

**COMES NOW**, Linh Tran Stephens, a dedicated mother to child G.L.S. ex-wife to Adam Sylvester Stephens SR with finalized joint legal and physical custody of child in the state of Oregon in 2016 before entering Oklahoma Court in 2017, at such time requesting to enforce the Decree signed by Judge Cathleen B Callahan where its page three said "The courts of the state of Oregon have exclusive jurisdiction to make child custody determinations in this matter under the provisions of the Uniform Child Custody Jurisdiction and Enforcement Act ORS 109.701 et. seq. Oregon is the home state of the children" and for help against father's custodial interferences against 'unhampered access to child by either party' because there was no specifically set custody-schedule other than '14 overnights with mother, 351 overnights with father' [see Exhibit 1] (NOT requesting to take away mother's custody unlawfully and without due process, NOT requesting to violate all daughter's and mother's Constitutional rights and human rights NOT requesting to modify child support after this same Court in Oklahoma affirmed the original Oregon decree as binding denying any modification of child-support at Father's request in 2019 [see Exhibit 2] and ordered on-the-record to NEVER have any changes in child support EVER in Oklahoma) making a **special appearance** and remaining, as Jurisdiction can be challenged at any time, for the sole purpose of challenging this Court presumption of In Personam Jurisdiction over herself and her offspring as well as Subject Matter Jurisdiction and no legitimate information has been presented into evidence by Respondent or by the State of Oklahoma (OKDHS CPS and OKDHS CSS) associated with the above matters Petitioner also wants to make a Declaratory Statement under oath that all orders entered by Judges in Juvenile Courts of Oklahoma In December 2021, and all orders entered by

Judges Rodney Sparkman and April Seibert in Family Court of Oklahoma are void, unenforceable, without legal authority.

Petitioner requests that all of the following are *expunged* and *dismissed with prejudice* (1) perjurious Protective Order 2021-4055 filed by father alleging "mother watch child porn with child, then kidnap child from private school MHPS", (2) CPS fabricated report(s) and untrue "final finding letter against mother" written by charged-for harming-children felon named Bridget O'brien whose true name is Bridget Monser per CF-1999-2911 (3) its related absurd Emergency Sole Custody Order of June 01, 2022 (father has child 365 overnights and mother has zero overnights now instead of previously 14 overnights per last actual final child-custody-and-support order), (4) two related false Violations of Protective Order (VPOs case CM-2022-157 and CM-2022-265) and (5) related breach-of-contract-without-remedy Child Support Order of October 17, 2022

Petitioner further requests that child support order in original <u>Oregon</u> decree/judgment of **January 2016** (whose computation child support sheet said father has child 351 overnights and mother has 14 overnights) which was adopted into <u>Oklahoma</u> in July 2017 is to be AGAIN be upheld as ruled by this same court previously (in 2019) until child G L S is no longer eligible for child-support.

*If, through its atrocious actions, a state destroys the lives and rights of its citizens, it temporarily forfeits its claims to legitimacy and sovereignty."* Michelle Marose.

1. This is a **lawful demand** to prove **jurisdiction immediately** or NULLIFY all judgments and orders created on behalf of the State of Oklahoma in ALL courts since 2017; and forfeit all information and documents pertaining to Linh Tran Stephens immediately

2. Written response is required within <u>30 days</u> declaring why the authorities herein should not be the lawful authority of this matter and court-actors (GAL judges child's attorney, public defender, CPS caseworker, etc.) should not be held criminally accountable to the laws herein.

3. **Failure to respond establishes this as the reigning Constitutional authority and law** in this matter. violators and abusers of the law and legal process (from this point on) shall be prosecuted to the fullest extent of the law, no exceptions

4. In 40 days from service, the Elected Sheriff shall be required to uphold his lawful duty to the people and provide equal protection of the law.

FD-2015-2228, CPS referrals # 2078240 & 2200361 among many by nonparties against Adam, PD-2021-3843 child against Adam.
false/retaliative JD-2021-270 & PO-2021-4055, [DF-120612, CI-1208471, DF-120648, DF-120649,
Petitioner's injunction. Motion to Dismiss with Prejudice, Challenging Subject Matter Jurisdiction.                    page 2 of 27

## I.  Declaration of Facts and Conclusions of Law

*Truth, simply put, is "the body of real things, events, and facts." It represents that which actually exists in the world. It does NOT concern opinion or subjective feeling but rather actuality and objective existence.*

1.  Previously in my Affidavit notarized on 10-13-2022, brought to court hearing on 10-14-2022 and filed on same date, I emphasized in paper that I have rescind (or revoke) any and all agreements in verbal and/or written forms including but not limited to  any contracts, waivers, consents, stipulations, or signatures that were signed/stipulated/misrepresented/documented on my behalf by all of my previous attorneys or any court players since **December 2021** to any and all governmental or public entities or agencies, to DHS/CPS departments, to Juvenile Courts, to Guardian-ad-litems, to Public Defenders, to Police Departments, or to private entities  Additionally, I rescind any previous waivers related to GAL/child's attorney/public defenders disclosures per *43 OK Stat §43-120.7* and I reserve all my rights. I respectfully request that all such records be stricken from records in family and juvenile courts

    a.  I highly suspected some of my signatures may have been taken from a different document that may have actually been signed by me and these signatures are lifted by scan or photoshop and placed by fraud on the "waiver" or "consent" especially by OKDHS CFS caseworker Bridget O'brien (aka Bridget Menser on OSCN net who has felony charges for harming children per criminal docket public records Case No. CF-1999-2911). Juvenile Court court players Peggy Haddock and Kim Jantz, GAL Stephen E  Hale, public defender Sadie Temple, and my previous attorneys Erica Parks and her partner Dale Warner  or anyone else involved without me knowing in Juvenile Court, in DHS/CPS Department, or in Family Court since December 2021

    b.  Even if it appeared as if I have signed or verbally agreed to any waiver/stipulations/non-contested agreement, the fact is, I did NOT do so  as it is null and void for a number of reasons that include

        i.  Fraud in the inducement

        ii.  Where there has been no "hearing" on the issue of the waiver/consent (I've never consented to anything as I've demanded justice repeatedly because I am innocent and a fit/safe parent)

        iii.  There has been no public notary stamps or witnesses of those "waivers" that caused my daughter to be taken from me other than the court-players or court-appointed liars who have never spent days to weeks with my child-and-I under my care all these years

2   The prosecution/Respondent have the burden of proof to show that the court has subject matter jurisdiction. "A man must assign a good reason for coming (to the court). If the fact is denied, upon which he grounds his right to come (into the court), he must prove it. He therefore, is the actor in the proof, and, consequently, he has no right, where the point is contested, to throw the onus probandi on the defendant.' Maxfield's Lessee v. Levy, 4 U S. 330. [Emphasis added].

THE PROSECUTION/RESPONDENT have done the following unlawfully:

a. depriving mother of child and child of mother after depriving them of all due process as child was without any immediate danger while with mother, without any documentation of "immediate danger" (meaning within 6-12 hours will die if not intervening), without any medical nor psychological professionals as witnesses against mother because no honest person will ever speak negative about mother and her parenting skills; only greedy court-actors e.g. DHS caseworker Bridget O'brien/Menser the felon who was charged for harming children per case # CF-1999-2911, the famous-in-Oklahoma-child-abuser-by-accomplice-and-by-complicity Guardian ad-litem Stephen E Haile, and public defender Sadie Temple, whose financial conflict of interests make them all unreliable. Further, their nonfactual hearsays should have NEVER been admitted into evidence by any unbiased or just judge; without any proof of damage-by-mother towards child's body, emotion, or mental state. On the other hand, actual evidence and testimonies from numerous honest non-court-actor witnesses pointed to the opposite: where Father/Respondent is the abuser, yet THE PROSECUTION/COURT ACTORS in their positions of power placed child directly into the hands of her abuser/father whom she cried for help to be rescued from, as her cry was ignored by them, as they think they are above the laws while falsely claimed "judicial immunity" even when they acted outside of their scope of practice. Their myriad of actions (a few are found in the following URL online public folder) demonstrated they did not fear GOD nor respect the Bible, which this Nation was built on: **https://drive.google.com/drive/folders/1aLacntRRI8op1tJkttvus7pdbAre8BfM**. The Words of God in the Bible—same Bible which they all sworn upon as they came into their public office or sworn upon before giving any testimony in Court hearings—is full of warnings for those who disrespect justice thus mocked God:

    i. "and this is what the Lord of Heaven's Armies says. I am sending this curse into the house of every thief [THEFT] and into the house of everyone who swears falsely using my name

[PERJURY]. And my curse will remain in that house and completely destroy i—even its timbers and stones." (Zechariah 5.4).

i.   May the Lord judge between you and me. And may the Lord avenge the wrongs you have done to me, but my hands will not touch you (1 Samuel 24.12).

iii.  If you said, "But we knew nothing about this," does not He who weighs the heart perceive it? Does not He who guards your life know it? Will He not repay everyone according to what they have done? (Proverbs 24:12).

iv.  The Lord detests double standards. he is not pleased by dishonest scales (Proverbs 20:23).

v   Those who plant injustice will harvest disaster, and their reign of terror will come to an end (Proverbs 22.8)

vi   Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and sweet for bitter... who acquit the guilty for a bribe but deny justice to the innocent (Isaiah 5.20.23).

vii.  "Whoever causes one of these little ones who believe in Me to stumble. it would be better for him to have a heavy millstone hung around his neck and to be drowned in the depth of the sea", Jesus said (Matthew 18.6).

viii.  The greedy bring ruin to their households, but the one who hates bribes will live (Proverbs 15.27)

ix   People do not despise a thief if he steals to satisfy his appetite when he is hungry, but if he is caught, he will pay sevenfold, he will give all the goods of his house. (Proverbs 6:30-31).

b  *burdening mother with erroneous-and-unnecessary child support and unlawful garnishment* **almost 82.755%** *(not 50%) of her* **disposable** *income by ordering THE SECOND ROUND OF CHILD SUPPORT WHILE IGNORING THE ORIGINAL FINAL-CHILD-SUPPORT-ORDER FROM ANOTHER STATE. STATE OF OREGON. THAT ORDERED CHILD SUPPORT **NOT TO BE ALTERED** EVER UNLESS WE HAVE ANOTHER CHILD TOGETHER OR THE CURRENT CHILD DIES [of note  father made almost $6,000/month on top of free-housing fringe-benefit as a property manager while mother's total 1099 income and self employed earning has been in the negative rounded up to zero dollars since January 2021  Accordingly, there is ZERO NECESSITY for INVOLVEMENT OF OKDHS CSS EITHER—AS CHILD IS NOT LIVING IN POVERTY WITH FATHER, YET **MOTHER IS LIVING IN POVERTY** PER HER CURRENT (NEGATIVE) NET INCOME ROUNDED UP TO ZERO AS EVIDENT IN TAX DOCUMENTS—OTHER THAN FOR BIASED OKDHS WEAPONIZING CSS TO HARASS & CAUSE FURTHER HARM TO MOTHER ON TOP OF ABUSE-OF-DISCRETION BY JUDGES IN OKLAHOMA SINCE 2021! **Even if** custody has changed from Oregon joint legal and*

physical to now "temporary sole legal and physical custody to father (obtained by frauds and collusions of lawyers and hired felon Bridget O'brien/Menser false witness)" the custody time did NOT change any since final child support order which said 14 overnights with mother and 351 overnights with father to now temporarily ZERO overnights with mother and 365 overnights with father; that **14-day-difference in change of custody-time does NOT give authority nor jurisdiction to this Court nor any other Courts** to essentially terminate the original valid court order/decree/judgment signed by the Judge in Oregon which said 'in lieu of child support' from mother to father, mother took all the loans of specified Jeep and Trailer while father took physical possessions of them  Mother/Petitioner has NEVER agreed to this Court forcing itself onto her regarding child support, especially WITHOUT ANY SIGNIFICANT MATERIAL CHANGE IN CHILD CUSTODY TIME, as original custody and child support judgment/order signed by Judge in Oregon—they had jurisdiction of that subject matter in lieu of child support for the rest of child's life, Jeep and Trailer go to father while their loans amount goes to mother to pay for which totally more than approximately $90,000, with then child-support-computation sheet showing "14 overnights with mother and 351 overnights with father" in the original decree **[see Exhibit 1]** and "unhampered access to child by both parties" and then the Oklahoma unlawful temporary custody order depriving mother and child of due process changed previous 14 overnights to now zero overnights. Even if jurisdiction was not at issue, there should NEVER be any child support modification based on essentially NO change in custody-time from the final court order of Oregon. This unlawful temporary custody order and its unlawful child support order was WITHOUT Petitioner agreeing to it in court, WITHOUT signing any of the unlawful court orders EVER, and Petitioner repeatedly objected and was saying "where is my due process... I did not have my due process. someone else waived my rights without my knowledge nor my consent . lawyers malpractice by misrepresenting me or fake signature(s) . I demand a Trial by a Jury of my Peers"

3. Additionally Father/Respondent has violated the Child Support Contract. yet Father previously demanded the same contract to be upheld back in 2019 **[see Exhibit 2]**, and was *ruled by this very District Court of Tulsa County, Oklahoma, to uphold the adopted foreign divorce decree and judgment (custody and child support finalized order/judgment) from Columbia County, Oregon.* Later, the Child

Support Order of October 17, 2022 was also WITHOUT the word 'temporary' yet its affect is pretty final as Child Support Services is coming after Petitioner strong and harassing her daily, leaving voicemails and postal correspondence at work, thus causing pain and suffering stemming from deception and misconduct of counsel of Respondent, Gil Pilkington JR. Thus, they should be the ones that need to pay for damages stemming from frauds and breach of contract.

a   The issue of child support was "snuck in" and added *without my knowledge* on paper into the order of 'June 1, 2022 Order'. WITHOUT EVER BEING MENTIONED DURING THE JUNE 01, 2022 HEARING WHATSOEVER (please see transcript all 219 pages without any mention of child support issue by the Judge). This is purely fraud upon the Court by opposing counsel Gil Pilkington JR adding nonexistent rulings to the Court Order in a way, putting words into the Judge's mouth, much like how they put the words into Petitioner's daughter's mouth to commit crimes against daughter and against Petitioner.

b.  Oklahoma Rules of Professional Conduct (Okla. Stat. tit. 5A § 8.3;, *Reporting Professional Misconduct* "(a) A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty trustworthiness or fitness as a lawyer in other respects, shall inform the appropriate professional authority. (b) A lawyer having knowledge that a judge has committed a violation of applicable rules of judicial conduct that raises a substantial question as to the judge's fitness for office shall inform the appropriate authority." Therefore, this Court and all lawyers reading this are obligated to report the numerous instances of misconduct to the Oklahoma Bar Association, including opposing counsel's neglect to self-report his misconduct

4.  The Accused [of *frivolous allegations of child abuse in order to constructively kidnap child from Mother's possession and custody awaiting Protective Order hearing for child against Father in PO-2021-3843*] demands this court to take Judicial Notice that it **does not have subject matter jurisdiction** When a Judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. Rankin v. Howard, (1980) 633 F.2d 844, cert. den Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L Ed 2d 326.

## II. Jurisdiction of the State

1. "Jurisdiction can be challenged at any time " and "Jurisdiction once challenged cannot be assumed and must be decided." Basso v Utah Power & Light Co. 495 F 2d 906. 910. "Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal " Hill Top Developers v Holiday Pines Service Corp., 478 So 2d 368 (Fla 2nd DCA 1985) "Once challenged, jurisdiction cannot be assumed, it must be proved to exist." Stuck v. Medical Examiners, 94 Ca 2c 751 211 P2d 389. "The burden shifts to the court to prove jurisdiction," Rosemond v Lambert, 469 F2d 416, along with applicable and substantively similar law and caselaw of the State of Oklahoma throughout

2. A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. Davis v Burris, 51 Anz. 220. 75 P.2d 689 (1938).

3. When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction. Little v U S Fidelity & Guaranty Co., 217 Miss. 576 64 So. 2d 697. "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued, and an attempt to enforce it beyond these boundaries is nothing less than lawless violence " Ab eman v. Booth, 21 Howard 506 (1859).

4. "We [judges] have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. One or the other would be treason to the Constitution." Cohen v. Virginia, (1821). 6 Wheat. 254 and U.S. v. Will, 499 U S. 200. Whereas the Accused states that this court lacks subject matter jurisdiction and demands that this case of double-dipping-of child support by Respondent and OKDHS CSS be dismissed with prejudice.

5. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction. the court has no authority to reach merits, but, rather, should dismiss the action." Melo v US 505 F2d 1026

6. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v Lavinc, 415 U. S 533.

7. "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid It is clear and well established law that a void order can be challenged in any court" OLD WAYNE MUT L.

ASSOC v McDONOUGH  204 L. S. 8, 27 S. Ct. 236 (1907). "There is no discretion to ignore lack of jurisdiction." Joyce v. U.S. 474 2D 215  "Court must prove on the record  all jurisdiction facts related to the jurisdiction asserted." Latana v Hopper. 102 F. 2d '88. Chicago v. New York. 37 F Supp  150  "The law provides that once State and Federal Jurisdiction has been challenged, it must be proven." Ma n v. Thibauto:, '00 S Ct. 2502 (1980)

8   "A universal principle as old as the law is that proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." Norwood v Renfield 34 C 329· Ex parte Giambonini, 49 P 732. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." In Re Application of Wyatt, 300 P 132; Re Cavitt. 118 P2d 849. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act. its proceedings are absolutely void in the fullest sense of the term." Dillon v. Dil on  187 P 27.

9.  "A court has no jurisdiction to determine its own jurisdiction. for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8: 331 US 549, 91 L ed  1666  67 S Ct. 1409."A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a Constitutional right, is an excess of jurisdiction." Wuest v. Wuest. 127 P2d 934. 937

10  "Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v Hunter  C A  Kansas 170 F2d 739.

## III. State Judicial Duty Under Oath / Requirement to Act

A JUDGE SHALL UPHOLD AND PROMOTE THE INDEPENDENCE, INTEGRITY AND IMPARTIALITY OF THE JUDICIARY, AND SHALL AVOID IMPROPRIETY AND THE APPEARANCE OF IMPROPRIETY.

RULE 1.1 - COMPLIANCE WITH THE LAW. A judge shall comply with the law," including the Code of Judicial Conduct. "Law" encompasses court rules as well as statutes, Constitutional provisions, and decisional law

RULE 1.2 - PROMOTING CONFIDENCE IN THE JUDICIARY. A judge shall act at all times in a manner that promotes public confidence in the independence " integrity," and impartiality" of the judiciary, and shall avoid impropriety" and the appearance of impropriety. "Impropriety" includes conduct that violates the law, court rules, or provisions of this Code. and conduct that undermines a judge's independence, integrity, or impartiality

## IV. Established Rights and Authorities of The People, Required Duty of Judges to Ensure

1. **Popular sovereignty. All political power is vested** in and derived from the people All government of right originates with the people is founded upon their will only, and is instituted solely for the good of the whole

2. **Self-government. The people have the exclusive right of governing themselves as a free, sovereign, and independent state** They may alter or abolish the Constitution and form of government wherever they deem it necessary.

3. Inalienable rights. All persons are born free and have certain inalienable rights. They include the right to a clean and healthful environment and the rights of pursuing life's basic necessities, enjoying and defending their lives and liberties, acquiring, possessing and protecting property. and seeking their safety, health and happiness in all lawful ways. In enjoying these rights all persons recognize corresponding responsibilities

4. Individual dignity. The dignity of the human being is inviolable **No person shall be denied the equal protection of the laws** Neither the **state** nor any person, firm, corporation, or institution **shall discriminate against any person in the exercise of his civil or political rights** on account of race color sex, culture, social or gin or condition, or political or religious ideas.

5. **Freedom of speech, expression, and press.** No law shall be passed impairing the freedom of speech or expression. **Every person shall be free to speak or publish whatever he will on any subject being responsible for all abuse of that liberty** In all suits and prosecutions for libel or slander the truth thereof may be given in evidence: and the jury, under the direction of the court, shall determine the law and the facts.

6  **Right of participation** The public has the right to expect governmental agencies to afford such reasonable opportunity for citizen participation in the operation of the agencies prior to the final decision as may be provided by law

7  **Right to know. No person shall be deprived of the right to examine documents or to observe the** deliberations of all public bodies or agencies of state government and its subdivisions, except in cases in which the demand of individual privacy clearly exceeds the merits of public disclosure

8  **Right of privacy. The right of Individual privacy** is essential to the well-being of a free society and shall not be infringed without the showing of a compelling state interest

9  **Searches and seizures. The people shall be secure in their persons** papers, homes and effects from unreasonable searches and seizures. No warrant to search any place, or seize any person or thing shall issue without describing the place to be searched or the person or thing to be seized, or without probable cause, supported by oath or affirmation reduced to writing

10  **Rights of persons not adults.** The rights of persons under 18 years of age shall include, but not be limited to all the fundamental rights of this Article unless specifically precluded by laws which enhance the protection of such persons

11. **The administration of justice.** Courts of justice shall be open to every person, and speedy remedy afforded for every injury of person, property, or character.

12. **Due process of law. No person shall be deprived** of life, liberty, or property without due process of law.

13. **State subject to suit. The state,** counties, cities, towns, and all other local governmental entities **shall** have no immunity from suit for injury to a person or property, except as may be specifically provided by law by a 2/3 vote of each house of the legislature.

14. **Excessive sanctions.** Excessive bail shall not be required, or excessive fines imposed or **cruel and** **unusual punishments inflicted**

15. Along with applicable and substantively similar law and caselaw of the State of Oklahoma

*-All of the above duties have been admittedly ignored by State of Oklahoma Agents with a duty to uphold the constitution that the people have provided to dictate their consent to be governed A FAILURE TO ACKNOWLEDGE WHAT HAS BEEN ADMITTED AS TRUE IS A BREACH OF DUTY Since depriving people equal rights in an established system OF EQUALITY is an act of war ignoring the matters is defined as abandonment of post during times of war -*

## V.  United States Bill of Rights

4" Amendment guarantees - The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.

7th Amendment guarantees - Civil cases can be heard and decided upon by a jury of their peers. The jury trial provides a forum for all the facts [NO! hearsays from charged felons like CPS case worker Bridget O'brien = Bridget Monson] to be presented, evaluated impartially and judged according to the law [NOT according to biased subjective discretion of judge].

8" Amendment guarantees - Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

13" Amendment Neither slavery nor involuntary servitude  except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction

14" Amendment No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the laws.

-Any other applicable sections not established herein, shall apply, along with applicable and substantively similar law and caselaw of the State of Oklahoma

## VI.  Doctrines of Law

1. **Stare decisis** (stare decisis is the doctrine of precedent, under which a court must follow earlier judicial decisions when the same points arise again; adherence to precedent is the preferred course because it promotes the evenhanded, predictable and consistent development of legal principles, fosters reliance on judicial decisions, and contributes to the actual and perceived integrity of the judicial process)

2. **Collateral estoppel**   Also known as issue preclusion  A legal doctrine that prevents a party from re-litigating an issue that was resolved in a previous lawsuit or administrative proceeding, even if the issue relates to a different claim. In criminal cases, collateral estoppel is derived from the Fifth Amendment's guarantee against double jeopardy (U.S. Const. amend. V)

3.  Judicial estoppel  A common law doctrine that prevents a party from taking a position that is contrary to a position the party took in an earlier legal proceeding  The purpose of judicial estoppel is to protect the integrity of the judicial process by preventing a party from gaining an unfair advantage or imposing an unfair detriment on the opposing party in a later proceeding

## VII. United States Code

22 USC § 7102 Involuntary servitude; (6) Involuntary servitude The term "involuntary servitude" includes a condition of servitude induced by means of— (A) any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraint; or (B) the abuse or threatened abuse of the legal process

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States

For the purpose of Section 242  acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority  if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty depending upon the circumstances of the crime, and the resulting injury, if any

18 U.S.C. § 1001, it is a felony crime thereunder: When individuals knowingly falsify statements, engage in a cover up, or attempt to perpetrate a fraud on the government through their false statements, they may be prosecuted for the federal crime of False Statements.

Make a "false statement" to an agent of the federal government related to a federal matter. The false statements can be verbal or in writing and don't have to be made under oath to violate the statute. The law applies in all types of situations, such as misrepresenting income to the IRS or lying to the FBI during an interview

16 Sec. 286 - Conspiracy to defraud the Government with respect to claims: Whoever enters into any agreement, combination or conspiracy to defraud the United States, or any department or agency thereof, by obtaining or aiding to obtain the payment or allowance of any false, fictitious or fraudulent claim, shall be fined under this title or imprisoned not more than ten years, or both.

## VIII.  Void Judgments and Orders

The law is well-settled that a void order or judgment is void even before reversal", VALLEY v. NORTHERN FIRE & MARINE INS. CO., 254 U.S. 348,41 S. Ct. 116 (1920) "Courts are constituted by authority and they cannot go beyond that power delegated to them. If they act beyond that authority, and certainly in contravention of it, their judgements and orders are regarded as nullities; they are not voidable, but simply void, and this even prior to reversal." WILLIAMSON v. BERRY, 8 HOW. 945, 540 12 L. Ed 1170, 1189 (1850) It has also been held that "it is not necessary to take any steps to have a void judgment reversed, vacated, or set aside, It may be impeached in any action direct or, collateral." Holder v. Scott, 396 S.W.2d 906, (Tex.Civ.App., Texarkana, 1965. writ 'of, n.r.e.). A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court", OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8,27 S. Ct. 236 (1907). Judgment is a void judgment if court that rendered judgment lacked jurisdiction of the subject matter, or of the parties, or acted In a manner inconsistent with due process. Fed. Rules Civ. Proc. Rule 60(b)(4) 28 U.S.C.A., U.S.C.A. Const. along with applicable and substantively similar law and caselaw of the State of Oklahoma.

A "void" judgment, as we all know, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus here, by). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen old wound and once more probe its depths. And it is then as though trial and adjudication had never been. Fritts v. Krugh, Supreme Court of Michigan 92 N.W.2d 604, 354 Mich. 97 (10/13/58) along with applicable and substantively similar law and caselaw of the State of Oklahoma.

Fraud committed in the procurement of jurisdiction, Fredman Brothers Furniture v. Dept. of Revenue, 109 Ill.2d 202, 486 N.E.2d 893 (1985) Fraud upon the court, In re Village of Willowbrook 37 Ill. App.3d 393 (1962) A judge does not follow statutory procedure, Armstrong v. Obucino, 300 Ill. 140, 143 (1921) Violation of due

process, Johnson v. Zerbst, 304 U.S. 458, 58 S.Ct. 1019 (1938). Pure Oil Co v. City of Northlake, 10 Ill 2d 241, 245, 140 N.E.2d 289 (1956). Hallberg v. Goddhatt Bros., 363 Ill.25 (1936). If the court exceeded its statutory authority, Resenstie v. Rosensbel, 278 F.Supp. 794, along with applicable and substantively similar law and caselaw of the State of Oklahoma.

## IX. Omission

In law, an omission is a failure to act which generally attracts different legal consequences from positive conduct. In the criminal law, an omission will constitute an *actus reus* and give rise to liability only when the law imposes a duty to act and the defendant is in breach of that duty. In tort law similarly, liability will be imposed for an omission only exceptionally, when it can be established that the defendant was under a duty to act.

Overt act, in criminal law, is an action which might be innocent itself but if part of the preparation and active furtherance of a crime, can be introduced as evidence of a defendant's participation in a crime.

## X. Conclusion of Law

Pursuant to the ega authority established herein providing "prima facie" evidence that proper lawful authority has willfully and purposely been deprived to the Petitioner and her daughter in all matters. As required by law, officials shall now prove they supplied Linh Tran Stephens equal rights and equal protection of the law during their admitted absences of duty.

Multiple parties have now established testimony and facts before the courts regarding agent's overt acts and refusal to adhere to the Constitution and to act within the powers granted by it. This s treason!

As of now NO government agent especially of Oklahoma has any claim to *legitimacy and sovereignty* under a public servant job title, until one of them starts acting with integrity under the law and dismisses their fallacy of impunity.

PLEASE CONFIRM THE LAWS AND STATEMENTS ABOVE DO NOT BELONG IN THIS PUBLIC COURT OF LAW. PLEASE CONFIRM YOU DO NOT OWE A DUTY TO THE PEOPLE OF OKLAHOMA AND THE UNITED STATES.

-Guided by the grace of God's hand -

*[signature]*

**Linh Tran Stephens**
Su Jur s, UCC 1-308, All Rights Reserved

**VERIFICATION, 12 OS 246**

STATE OF OKLAHOMA )
)  ss
COUNTY OF TULSA )

I, Linh Tran Stephens, swear under the penalty of perjury under the penalty of perjury under state laws that the statements/allegations/plead res set forth there n are true and correct to the best of my knowledge and belief,

Signed 10ᵗʰ day of February, 2023, in Tulsa County Oklahoma,

_Linh Tran Stephens_
Linh Tran Stephens

The undersigned, a Notary Public in and for said County, in said State, hereby certify that
_____ whose name is signed to the foregoing instrument,
and who is known to me, or provided the following identification document(s)
_____ subscribed and sworn before me on this day that, being informed
of the contents of the instrument, s/he executed the same voluntarily on the day the same bears date.

Dated this _____ day of _____, 2023.

_____
**NOTARY PUBLIC signature**                                    [SEAL]
My commission expires: _____

WILLIAM HUCKABY
Notary Public in and for
STATE OF OKLAHOMA
Commission #15005256
Expiration June 20, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of February, 2023, a true, correct, and exact copy of the above and foregoing instrument to be Mailed via USPS certified mail with tracking and signature unless mentioned otherwise.

Gilbert J Pilkington. Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
601 S. Boulder Ave., Suite 600, Tulsa, OK 74119-1300
*Attorney for Respondent, Adam Sylvester Stephens*

Megan Michele Beck, OBA # 30962, MEGAN M. BECK, PLLC
320 S Boston Ave., Suite 716, Tulsa, OK 74103-3706
*Attorney for Minor Child*

Stephen E. Hale. OBA # 15777, STEPHEN E HALE, PLLC
502 W. 6th St., Tulsa, OK 74119-1016
*Guardian-ad-litem for Minor Child that Petitioner fired due to his frauds in billings and numerous other crimes including but not limited to: failure to protect child from father's ongoing abuses, of child-abuse-by-accomplice -and-by-complicity of diagnosing mental health without medical license nor psychology license for Petitioner and many other moms like Heather Collins and Hester Brown, perjury under oath (lying against child psychologists Jim Lovett's affidavits: school teacher's affidavit, school director's affidavit, nurse practitioner Jeri Townsend's affidavit, child's personal diary started by child psychologist Carrie Short and followed by Jim Lovett), intimidating opposing counsel Chandler Moxley, intimidating witnesses, tampering with evidence in Tulsa Sheriff's department regarding 06-01-2022 hallway video footages, while brasedly ignored father's well documented mental diseases, night-time hallucinations, uncontrolled angers, deeming father "normal and fit", recommending child to be placed 24/7 with father (and ZERO contact with fit, loving mom) so GAL Stephen E Hale and father can abuse child freely together, instead of placing child with maternal grandparents or maternal family-friends while things getting sorted out.*

Sheriff Vic Regalado.
**Tulsa County Sheriff's Office** in Tulsa County Courthouse
500 S Denver Ave, Tulsa, OK 74103 918-596-5701

11 copies will also be filed into below Supreme Court's for cases C1-120847, **DF-120848**, DF-120849
Supreme Court Clerk's Office 2100 N Lincoln Blvd. Suite 4, Oklahoma City, OK 73105-4907

A copy physically dropped off to physical inboxes of Judges April Seibert, presiding Judge Doug Drummond. Judge Deborah Ludi Leitch. Judge Anne Keele, or any other judge that will be assigned to this case, located in 500 S Denver Ave. Tulsa, OK 74103-3832

_Linh Stephens_

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRAGE OF                     )
                                          )
Linh Tran Stephens,                       )     Case No FD-2015-2228
      Petitioner,                         )     Docket C
                                          )     Judge April Seibert
vs                                        )     Presiding Judge Doug Drummond
                                          )
Adam Sylvester Stephens,                  )
      Respondent.                         )

## ORDER TO DISMISS WITH PREJUDICE

NOW on this ____ day of _____           _____, 2023, the Court having been
presented with this *Injunction, Motion to Dismiss: Challenge Subject Matter Jurisdiction*,
agrees with presented arguments, and therefore,

IT HEREBY IS ORDERED, ADJUDGED, AND DECREED, that all of the following are
*expunged* and *dismissed with prejudice*: (1) perjurious Protective Order 2021-4059 filed by
father alleging "mother watch child porn with child, then kidnap child from private school
MHPS", (2) CPS fabricated report(s) and untrue "final finding letter against mother" written by
charged-for-harming-children felon named Bridget O brien whose true name is Bridget Menser
per CF-1999-2911, (3) its related absurd Emergency Sole Custody Order of June 01, 2022
(father has child 365 overnights and mother has zero overnights), (4) two related false
Violations of Protective Order (VPOs case CM-2022-157 and CM-2022-285), and (5) related
breach-of-contract-without-remedy Child Support Order of October 17, 2022.

IT HEREBY IS ORDERED, ADJUDGED, AND DECREED that child support order in
original Oregon decree/judgment of January 2016 (whose computation child support sheet
said father has child 351 overnights and mother has 14 overnights) which was adopted into
Oklahoma in July 2017 is to be AGAIN be upheld as ruled by this same court previously (in
2019) until child G.L.S. is no longer eligible for child-support.

_____
**Judge of the District Court**

Approved as to form:
Linh Stephens, a woman, a dedicated mother to G L Stephens, an ex-wife to Adam, Petitioner Pro Per

FD-2015-2228, CPS referrals # 2072246 & 2200561 among many by nonparties against Adam, PO-2021-3843 child against Adam,
false/retaliative JD-2021-370 & PO-2021-4059, (DF-120612, CI-120847), DF-120948, DF-120649,
Petitioner's Injunction, Motion to Dismiss with Prejudice, Challenging Subject Matter Jurisdiction                    page 18 of 21

Verified Lensed Copy of Original 18/2016

**PARENTING TIME WORKSHEET**
OAR 137-050-0730

Use this worksheet to help determine the average parenting time overnights when calculating child support for more than one child and there are different parenting time amounts for each child.

Enter the number of parenting time overnights (based on a two-year average) each party has with each child. A party can be a parent, a caretaker, or the state if the child is in state care.

For help calculating parenting time under a parenting plan, see the Parenting Plan Calculator at oregonchildsupport.gov/calculator/parenting_time

Include a Child Attending School age 18, living with a parent, and attending high school. Do not include any other Child Attending School.

|  | | Overnights | | |
| --- | --- | --- | --- | --- |
| Children's names | | adam | Linh | |
| grace | | 351 | 14 | 0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| a | Total the number of overnights for each party | 351 | 14 | |
| b | Enter the total number of minor children | 1 | | |
| c | Divide the total number of overnights for each party (line a) by the total number of children (line b). This is the party's average parenting time overnights for the minor children. | 351 | 14 | |

EXHIBIT
1 (2 page)

Page 1 of 1 - PARENTING TIME WORKSHEET  Version 3.5.4
CSF 02 08 DC (Rev. 02/01/13)

19

Verified Correct Copy of Original 1X 20th

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COLUMBIA

### Department of Domestic Relations

In the Matter of the Marriage of

NO.     **15DR18623**
Judge: Callahan, Cathleen B

Adam Sylvester Stephens

|   |   |
|---|---|
| Co-Petitioner, | ) | STIPULATED GENERAL |
|   | ) | JUDGMENT OF DISSOLUTION |
|   | ) | OF MARRIAGE; |
| and | ) | AND MONEY AWARD |
|   | ) |   |
|   | ) | (CO-PETITIONERS) |

Linh Tran Stephens

Co-Petitioner.

This matter came before the court on the motion and affidavit of Co-Petitioning husband and wife and the stipulation of the parties for the entry of a judgment dissolving their marriage. Co-Petitioner husband is filing Pro-Se. Co-Petitioner wife is filing Pro-Se. The court having been presented with this form of stipulated judgment of dissolution, having reviewed the records and documents on file herein, and being fully advised in the premises, makes the following findings:

1.

Co-petitioners are jointly and in agreement filing this judgment for



### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
### STATE OF OKLAHOMA

**LINH TRAN STEPHENS,**
Petitioner,

vs

**ADAM SYLVESTER STEPHENS,**
Respondent.

FD-2015-2228
Docket C
Judge Morrison

DISTRICT COURT
F I L E D

JUL 08 2019

DON NEWBERRY Court Clerk
STATE OF OKLA. TULSA COUNTY

### RESPONDENT'S RESPONSE TO PETITIONER'S
### COUNTER-MOTION TO CONSOLIDATE

**COMES NOW** Respondent, Adam Sylvester Stephens, and in support of his *Response* alleges and states that:

1. On or about July 11, 2017 the foreign decree was registered in this Court

2. This Court does not have the authority to modify that decree retroactively.

3. Petitioner is attempting to confuse the issue. The Oregon decree is binding on this Court. The Oregon decree waived child support for Petitioner, ordered Petitioner to pay certain debts and to give sole title to Respondent when the debt was paid.

4. Petitioner is seeking to retroactively modify the Oregon decree and her motion to consolidate should be denied.

5. The pending contempt's are based on the Oregon decree and should be decided on their merit. Compliance with the Oregon decree is a distinct and separate issue for any other pending pleading

6. Respondent request the Court deny the Motion to Consolidate and award him his reasonable attorney fee.

**WHEREFORE,** the Respondent respectfully request the Court deny the Motion to Consolidate, grant him his reasonable attorney fee and asks for all such other and further relief as may be just and equitable.

EXHIBIT

2

**UNITED STATES POSTAL SERVICE.**

BIXBY
16 S A AVE
BIXBY, OK 74008-9998
(800)275-8777

11/10/2023                                          12:27 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.31 |

Large Envelope
  Tulsa, OK 74119
  Weight: 0 lb 4.30 oz
  Estimated Delivery Date
    Mon 11/13/2023
  Certified Mail®                                    $4.35
    Tracking #:
      9589 0710 5270 0580 9582 79
Total                                                $6.66

| First-Class Mail® | 1 | | $1.83 |

Large Envelope
  Tulsa, OK 74103
  Weight: 0 lb 2.70 oz
  Estimated Delivery Date
    Mon 11/13/2023
  Certified Mail®                                    $4.35
    Tracking #:
      9589 0710 5270 0580 9583 09
Total                                                $6.18

| First-Class Mail® | 1 | | $1.83 |

Large Envelope
  Oklahoma City, OK 73105
  Weight: 0 lb 2.70 oz
  Estimated Delivery Date
    Mon 11/13/2023
  Certified Mail®                                    $4.35
    Tracking #:
      9589 0710 5270 0580 9582 86
Total                                                $6.18

| First-Class Mail® | 1 | | $1.83 |

Large Envelope
  Tulsa, OK 74149
  Weight: 0 lb 2.80 oz
  Estimated Delivery Date
    Mon 11/13/2023
  Certified Mail®                                    $4.35
    Tracking #:
      9589 0710 5270 0479 5790 11
Total                                                $6.18

Grand Total:                                        $25.20

Credit Card Remit                                   $25.20
  Card Name: Discover
  Account #: XXXXXXXXXXXX9429
  Approval #: 01092P
  Transaction #: 978
  AID: A0000001523010    Contactless
  AL: Discover
  Discover Credit

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
   https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tulsa, OK 74149

Certified Mail Fee     $4.35                          0214  03
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00          Postmark
☐ Certified Mail Restricted Delivery  $0.00         Here
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage                $1.83          NOV 0 9 2023
Total Postage and Fees                            11/10/2023
$6.18

Sent To   CSS
Street and A   PO Box 27068,
City, State,   Tulsa, OK 74149

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Oklahoma City, OK 73105

Certified Mail Fee     $4.35                          0214  03
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00          Postmark
☐ Certified Mail Restricted Delivery  $0.00         Here
☐ Adult Signature Required         $0.00     NOV 0 9 2023
☐ Adult Signature Restricted Delivery $0.00
Postage                $1.83
Total Postage and Fees                            11/10/2023
$6.18

Sent To   Office of the Oklahoma Attorney General
Street and Apt. No., or PO Box No.   313 NE 21st street
City, State, ZIP+4®   Oklahoma City, OK  73105

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tulsa, OK 74119

Certified Mail Fee     $4.35                          0214  03
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00          Postmark
☐ Certified Mail Restricted Delivery  $0.00         Here
☐ Adult Signature Required         $0.00     NOV 0 9 2023
☐ Adult Signature Restricted Delivery $0.00
Postage                $2.31
Total Postage and Fees                            11/10/2023
$6.66

Sent To   Gil Pillit   JR
Street and Apt. No., or PO Box No.   60 S Boulder Ae ste 600
City, State, ZIP+4®   Tulsa, OK 74119

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tulsa, OK 74103

Certified Mail Fee     $4.35                          0214
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00          Postmark
☐ Certified Mail Restricted Delivery  $0.00         Here
☐ Adult Signature Required         $0.00      0 9 2023
☐ Adult Signature Restricted Delivery $0.00
Postage                $1.83
Total Postage and Fees                            11/10/2023
$6.18

Sent To   Tulsa County Commissioner
Street and Apt. No., or PO Box No.   500 S Denver Ave
City, State, ZIP+4®   Tulsa, OK  74103

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

CSS , Faxed (918) 430-2364
3666 N PEORIA AVE
PO BOX 27068, TULSA OK 74149, CC OAG and State Commissioner's Office
LEGAL NOTICE TO CEASE & DESIST ELSE LAWSUIT TO CSS OF OKLAHOMA AND STATE OF OKLAHOMA
Re FGN 000948641001 against Linh Tran Stephens
[RETURN TO SENDER] Certified Mail tracking # 9589 0710 5270 0479 5790 11
No contract, No consent. Cease & Desist all violations including but not limited to FDCPA violations along with some title
18 and 31, 15 USC 1692 (Fair Debt Collection Practices Act), specifically sections (4) and (5) of 15 USC 1692e, 15 USC
1692f and 15 USC 1692g, Consumer Credit protection agency 15 U S C 1673(a).

1 Kindly provide me with a valid contract. Fact child support enforcement agency never had my consent because they
never had the right to contract my rights away

2 Next, provide proof that I faced my "victim" and cross-examined her/him

3 Full honest disclosure of any and all conflicts of interests from 2017 to now between Father, Father's attorney, Judges,
Guardian ad litem. Child's attorney, State's attorney, DHS' attorney, State entity, Retirement accounts of Judges, Federal
funding

If full disclosure requested in this letter isn't met, then any demand for payment is a violation of my right regarding
contracts

4 Equal consideration for both parties

5 Two wet-ink human signatures between you and me, as digital signatures are NULL and VOID

6 Mail me a certified and printed copy of CHILD SUPPORT GUIDELINES that you guys are allegedly following and
provide proof that you allegedly followed each point NOTICE guidelines are not law
Yet, when you fail to assess my ability to pay prior to taking action against me including: revoking your license, revoking
my passport, or threatening to have a warrant issued for my arrest, you have broken the law! You making demands
(claims) must provide proof you have the right to make demands, otherwise, you are making false claims of a debt that
does not exist, which is illegal and unlawful

7 Is this a loan? You previously answered officially "no" on 11/03/2023, then why are you sending me to Credit Reporting
Agencies and to Passport Agencies? These are intimidation, cruel and unusual punishment, deprivation of liberty and
livelihood, and inviting lawsuits against you

8 Child Support Title IV-D is federally funded so why are you double-dipping and getting more child support money from
me? What law gives you that right to commit frauds against the federal government, against the U S A ?

9 What law gave you authority over my child (G L S )? Please give specific laws and not "guidelines" because guidelines
must not violate the rights given by U.S. Constitution to me who has NEVER waived any of her rights EVER!

10 What did I sign, do, or sign that gave you consent over me? I did NOT agree to pay child support despite my personal
circumstances. That makes the child support order unconstitutional. I only recognize the Judge in her administrative
capacity, if otherwise please rebuttal now Child Support Order was a rush to judgment, a default to judgment, both of
which are violations of due process

11 Proof of jurisdiction from superior court, lower court of Oklahoma alleging jurisdiction cannot adjudicate the challenge
against its jurisdiction over subject matter. You own words in Motion filed 18NOV2022 "Oregon Stipulated General
Judgment of Dissolution of Marriage and Child Support, remain in full force and effect" and your own Response filed
08JUL2019 "This Oklahoma Court does not have the authority to modify that Oregon decree retroactively. The Oregon
decree is binding on this Court"

12 Mail me previously repeatedly-requested items listed below without any reply from you to date
– statement of claim/cause-of-action;
– sworn statement detailing alleged harms by alleged victim written in an affidavit form public-notarized,
– services provided allegedly & their dates specified & name of each "provider/ doctors/ child-psychologists/ therapists"
– proof of payment for above alleged services by "victim",
– notarized affidavit of alleged harmed-victim detailing how alleged lack of financial-support from this indigent person
allegedly cause harms in regards to housing/ food/ clothing/ basic needs and attach proofs e.g. documents of
homelessness by housing authority/ lack of food starvation causing medical malnourishment MD or DO's encounter note
and diagnoses / letter from school stating child was naked to school due to no money to buy clothes, while Father is rich
almost $6,000/month.
– my previous proof of frauds & errors on your part were sent to you to be sent a copy back to me as proof you got them
and that you did NOT alter them from my original.

The worldwide birth certificate fraud/legal name fraud/Cestui Que Vie Act 1666 has been revealed The intent to fraud
against me has been exposed,making all fraudulent contracts NULL and VOID
The Escape Clause/Last Legal Act Birth Certificate Clausula Rebus Sic Stantibus #BCCRSS
KateOfGaia wordpress.com has been invoked, written, and spoken [printed 10 pages and attached here]  Babylon has
fallen Apostolic Letter issued "Motu Proprio" Pope Francis Luke 5 31

AGAIN, I do NOT consent and have NOT ever and will NEVER; I do NOT contract with you and have NOT ever and will
NEVER,  I reserve all my rights without prejudice, UCC 1-308,

Linh Tran Stephens, or Stephens Linh-Tran
Attorney-in-fact, Agent, Acting as Fiduciary and Beneficiary of LINH TRAN STEPHENS [filed in Tulsa County Recorder
Office]

CSS , Faxed: (918) 430-2364
mailed 3666 N PEORIA AVE, PO BOX 27068, TULSA, OK 74149;
CC: OAG; State Commissioner; Chief judges Richard Hathcoat & David Guten & Kelly Greenough
LEGAL NOTICE TO CEASE & DESIST ELSE LAWSUIT TO CSS OF OKLAHOMA AND STATE OF OKLAHOMA
Re: FGN: 000948641001 against Linh Tran Stephens
[RETURN TO SENDER] Certified Mail tracking # 9589 0710 5270 0479 5790 11

No contract, No consent. Cease & Desist all violations including but not limited to: FDCPA violations along with some title 18 and 31, 15 USC 1692 (Fair Debt Collection Practices Act), specifically sections (4) and (5) of 15 USC 1692e, 15 USC 1692f and 15 USC 1692g, Consumer Credit protection agency 15 U.S.C. 1673(a),

1. Kindly provide me with a valid contract. Fact: child support enforcement agency never had my consent because they never had the right to contract my rights away.

2. Next, provide proof that I faced my "victim" and cross-examined her/him.

3. Full honest disclosure of any and all conflicts of interests from 2017 to now between Father, Father's attorney, Judges, Guardian ad litem, Child's attorney, State's attorney, DHS' attorney, State entity, Retirement accounts of Judges, Federal funding.

If full disclosure requested in this letter isn't met, then any demand for payment is a violation of my right regarding contracts.

4. Equal consideration for both parties.

5. Two wet-ink human signatures between you and me, as digital signatures are NULL and VOID.

6. Mail me a certified and printed copy of CHILD SUPPORT GUIDELINES that you guys are allegedly following and provide proof that you allegedly followed each point. NOTICE guidelines are not law.

Yet, when you fail to assess my ability to pay prior to taking action against me including: revoking your license, revoking my passport, or threatening to have a warrant issued for my arrest, you have broken the law! You making demands (claims) must provide proof you have the right to make demands, otherwise, you are making false claims of a debt that does not exist, which is illegal and unlawful.

7. Is this a loan? You previously answered officially "no" on 11/03/2023, then why are you sending me to Credit Reporting Agencies and to Passport Agencies? These are intimidation, cruel and unusual punishment, deprivation of liberty and livelihood, and inviting lawsuits against you.

8. Child Support Title IV-D is federally funded so why are you double-dipping and getting more child support money from me? What law gives you that right to commit frauds against the federal government, against the U.S.A.?

9. What law gave you authority over my child (G.L.S.)? Please give specific laws and not "guidelines" because guidelines must not violate the rights given by U.S. Constitution to me who has NEVER waived any of her rights EVER!

10. What did I sign, do, or sign that gave you consent over me? I did NOT agree to pay child support despite my personal circumstances. That makes the child support order unconstitutional. I only recognize the Judge in her administrative capacity, if otherwise please rebuttal now. Child Support Order was a rush to judgment, a default to judgment, both of which are violations of due process.

11. Proof of jurisdiction from superior court; lower court of Oklahoma alleging jurisdiction cannot adjudicate the challenge against its jurisdiction over subject matter. You own words in Motion filed 18NOV2022 "Oregon Stipulated General Judgment of Dissolution of Marriage and Child Support... remain in full force and effect" and your own Response filed 08JUL2019 "This Oklahoma Court does not have the authority to modify that Oregon decree retroactively... The Oregon decree is binding on this Court"

12. Mail me previously repeatedly-requested items listed below without any reply from you to date:
– statement of claim/cause-of-action;
– sworn statement detailing alleged harms by alleged victim written in an affidavit form public-notarized;
– services provided allegedly & their dates specified & name of each "provider/ doctors/ child-psychologists/ therapists"
– proof of payment for above alleged services by "victim";
– notarized affidavit of alleged harmed-victim detailing how alleged lack of financial-support from this indigent person allegedly cause harms in regards to housing/ food/ clothing/ basic needs and attach proofs e.g. documents of homelessness by housing authority/ lack of food starvation causing medical malnourishment MD or DO's encounter note and diagnoses / letter from school stating child was naked to school due to no money to buy clothes, while Father is rich almost $6,000/month;
– my previous proof of frauds & errors on your part were sent to you to be sent a copy back to me as proof you got them and that you did NOT alter them from my original;

The worldwide birth certificate fraud/legal name fraud/Cestui Que Vie Act 1666 has been revealed. The intent to fraud against me has been exposed,making all fraudulent contracts NULL and VOID.
The Escape Clause/Last Legal Act Birth Certificate Clausula Rebus Sic Stantibus #BCCRSS.
KateOfGaia.wordpress.com has been invoked, written, and spoken [printed 10 pages and attached here]. Babylon has fallen Apostolic Letter issued "Motu Proprio" Pope Francis Luke 5:31

AGAIN, I do NOT consent and have NOT ever and will NEVER; I do NOT contract with you and have NOT ever and will NEVER. I reserve all my rights without prejudice, UCC 1-308,

Linh Tran Stephens, or Stephens:Linh-Tran
Attorney-in-fact, Agent, Acting as Fiduciary and Beneficiary of LINH TRAN STEPHENS [filed in Tulsa County Recorder Office]

**VERIFICATION**

STATE OF *MINNESOTA* )

) *ss*

COUNTY OF *SHERBURNE* )

This notarial act was conducted electronically to verify the signature

I, _____*Linh Tran Stephens*_____, herein all rights and remedies reserved, do herewith affirm and declare under my unlimited commercial liability that I am competent and of lawful age to state the matters set forth herein, that they are true, correct, complete, and not intended to be misleading. They are admissible as evidence, and in accordance with my best firsthand knowledge, understanding and belief.

*Linh Stephens*

_____

*Linh Tran Stephens*

**SUBSCRIBED** and sworn to before me this *07th* day of *November*, 20*23*.

*Melissa K. Vagle*

_____

**NOTARY PUBLIC**: *Melissa K Vagle*



MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

My Commission Expires: *January 31, 2028*

# BIRTH CERTIFICATE FRAUD; CLAUSULA REBUS SIC STANTIBUS by kate of kaea

"**ATTENTION**: Lawyer, Judge, Government Agent/employee, Police, Common Man etc. et al/any/all who serve as a fictional LEGAL NAME/TITLE/I.D.-ENTITY (pronounced phonetically example: "leg-all enemy"((N-AM-E), "tit-El"/Luciferian)) character in the legal world reality;

Author's note where the "author" is defined as anyone who uses these words as their's where truth cannot be "copyrighted", merely shared by agreement and these words are theirs, regardless of "who" wrote the words ab initio where truth belongs to all in CONCEPTUAL (heart and mind written, causal, not the physical "written" form, effectual.), where this writing/righting/riting is written (spelled out) in language understandable to both those in and out of the LEGAL NAME FRAUD profession/reality where the common understanding of this fraud and crime against humanity and creation is visible both in laymen's and legal terms, not to be confused by the intent of the reader where the "author's" (the intentions thereof/therein) intentions are crystal clear: i.e. legal word/world wranglers and twisters of "HEARINGS" where it is spelled out henceforth/herein with all potential(s) of phonics deception(s) hereby and therefore, removed, ad infinitum;

For example, a phonics deception is, where one thing is SPOKEN by a non-B.A.R. member (general public/any/all legal name users without B.A.R. affiliation(s)/permission(s)), only to be re-spelled differently by any/all B.A.R. members under assumption and presumption to corrupt the ORIGINAL INTENT of the one speaking versus spelling it out, and why a FRAUDULENT, by deliberate design, LEGAL NAME non-B.A.R. member has no voice in the legal dead reality: in other words, one's words, spoken, cannot be altered from the speaker's ORIGINAL TRUE INTENT as to what they mean versus what the one HEARING the spoken form of the words hears, and then, corrupts them, and their SPOKEN words, by using alternative spellings under assumption/presumption of the SAME SOUND homonyms, with completely different "definition(s)" using this spelling trickery to undo them and gain the HONOUR advantage where no honour in them exists and the non-BAR member is rendered in a state of perpetual DISHONOUR unknowingly: i.e. twists them, the non-BAR member speaking/ their spoken words SPOKEN, backwards/around/opposes/negates/corrupts the SPEAKER'S original intent, to initiate and perpetrate/instigate FRAUD against them to enable "imaginary crimes" to profit from STATUTORY COMMERCIAL

RAPE/KIDNAPPING etc. et al, thus why court "pro-seedings" are called HEARINGS where SPELLINGS is a more precise term for what is really going on: Thus, this is spelling it out clearly where assumption and presumtion is rendered null and void where any/all use/claiming to be a LEGAL NAME ENTITY has everyone in the original sin/sign, state of fraud from the creation of, and continued use of the LEGAL NAME that appears on every birth certificate until they remove themselves from the criminal legal reality where anyone involved in the enforcement of this fraud using violence, trickery, coercion etc. et al to ensnare with intent to enslave another, is, in fact, aiding and abetting a criminal act by forcing another into submission to its use where this truth has been exposed and where it is illegal to use any/all legal name(s)/titles ab initio;

A typical court room drama example: Unwitting LEGAL NAME Deafened-ent(mind): "I do not consent" spoken with the intent of "no wish to consent" intended where the B.A.R. member a.k.a. judge, lawyer, cop etc. CAN AND WILL assume/presume in FULL/fool "honour" the words phonetically as to how THEY want to hear it and has respelled that VERBAL/FOR-BA'AL: "Aye, due knot con-se'-ent" where "aye" means yes, affirmative and tacit agreement instantly, "due", as in debt tacit agreement, "knot", as in tied and BO-uND, tacit agreement to slavery and "con-" (means both with/for AND against/without equally as a prefix, also means thief or criminal in common vernacular terms etc.), " se' " is Latin for "himself, herself, itself" which is the entire essence of the speaker involved, and "-ent" is a suffix meaning "mind" etymologically. In short, the ones perpetuating and profiting from this LEGAL NAME FRAUD deception can hear whatever they choose to hear/here and can/will, in full honour, RESPELL every word uttered at every HEARING because it wasn't spelled out by the speaker in writing, where it can be re-spelled by the B.A.R. member's criminal intentions to incriminate ALL innocent AND guilty individuals equally thus painting all humanity with the same criminal brush they've been painted with and simply "passing the buck to make a buck" of sin/sign to another, re-writing by re-spelling the speaker's words against them to create the B.A.R. member/servant by oath, advantage every time, in every legal reality situation. This deception/ruse/criminal enterprise is over where truth itself is all the "vengeance" one needs in a "white flag, state of truce, not surrender" stance and, where all criminals perpetuating this crime against humanity are now fully exposed for all to see: It's illegal to use a legal name is a legal FACT;

**CLAUSULA REBUS SIC STANTIBUS**
as it pertains to **BIRTH CERTIFICATE(S)/**any/all contracts/treaties
(hereafter shown SPELLED as **CRSS or in full**, commonly referred to as

"the escape clause")

In LEGAL public/international law, **clausula rebus sic stantibus** (Latin for "things thus standing") is the LEGAL doctrine allowing for treaties/contracts to become inapplicable, nunc pro tunc where any/ALL FRAUD revealed, renders any/all contracts NULL AND VOID, ab initio, ad infinitum, nunc pro tunc, tunc pro nunc(now for then, then for now) eliminating all TIME PERIODS relating to the contracts existence in the first place because of a fundamental change of circumstances whereas, it's illegal to use a legal name/BIRTH CERTIFICATE NAME/TITLE where the INTENT to create a FRAUDULENT THIRD PARTY is evidenced in any/all BIRTH CERTIFICATES by the very existence of the BIRTH CERTIFICATE as self-evident. **CRSS** is essentially and fundamentally purposed as an "escape clause" that makes an exception to the general rule of **PACTA SUNT SERVANDA** (promises must be kept) THUS REMOVING ALL PRIOR/PREVIOUS assumption(s) and/or presumption(s) any/all parties, legal and/or otherwise to the contrary where this fraud is revealed;

Because the doctrine poses a risk to the security (securities a.k.a. money) of treaties/contracts where those profiting from this "by design" FRAUD by exposing this INTENT TO COMMIT FRAUD and those perpetuating it as its scope, is relatively/completely unconfined/without borders, it requires strict LEGAL regulations as to the conditions in which it may be invoked where only those claiming to be LEGAL I.D.-ENTITIES within the legal reality confines are concerned, and where one is no longer deemed a LEGAL I.D.-ENTITY thereafter since this is the last LEGAL ACT, in the common sense of the definitions, of one who was formerly deceived by the LEGAL NAME/BIRTH CERTIFICATE FRAUD where it is now KNOWN to be FRAUD and where/wear/ware/we're/were the one invoking this clause no longer wishes to commit legal name fraud/any crimes against another whatsoever, while removing all traces of the former I.D.-entity from their's and everyone else's reality, regardless of the AIDING AND ABETTING attempts of/by/for/in FRAUD by various CROWN CORPORATION AGENTS to illicit/force/demand/coerce etc. et al anyone/all who have stated AND shown otherwise;

The doctrine is part of customary international law, but is also provided for in the 1969 Vienna Convention on the Law of Treaties under Article 62 (Fundamental Change of Circumstance), although the doctrine is never mentioned by name. Article 62 provides the only two justifications of the invocation of rebus sic stantibus: first, that the circumstances existing at the time of the conclusion of the treaty were indeed objectively essential to the obligations of treaty (sub-paragraph A) and the instance wherein the

change of circumstances has had a radical effect on the obligations of the treaty (sub-paragraph B). In short, the INTENT to commit, aid and abet FRAUD falls squarely on those perpetuating this LEGAL NAME/BIRTH CERTIFICATE FRAUD, typically anywhere anyone is being forced to ENLIST/IMPRESSED INTO SERVICE UNWILLINGLY/UNKNOWINGLY their child through REGISTRATIONS of any/all forms ab initio until dissolved or remains intact willingly by any/all who continue to be guilty in their own fraud by willfully using any/all LEGAL NAME/TITLE(S) AFTER THE FACT where fraud absolute is self-evident where this BIRTH CERTIFICATE FRAUD is in plain view;

If the parties to a treaty/contract had/have previously/currently contemplated/known all facts regarding the treaty/contract (based on a full and open disclosure from all parties involved in the BIRTH CERTIFICATE (BC) contract/s) for the occurrence of the changed circumstance, the doctrine does **NOT** apply and the provision remains in effect even though the full disclosure of the FRAUDULENT INTENT of the BIRTH CERTIFICATE is a LEGAL FACT and is fully exposed/a known legal fact within the confines of the fictional LEGAL REALITY, whereas those continuing to use said treaty/contract/BIRTH CERTIFICATE LEGAL NAME I.D.-ENTITY render this "escape clause" null and void by/of their own hand and doing for willfully/knowingly continuing in its use AFTER THE FACT (i.e. contempt of court, profiting from the avails of crime etc. et al). **Clausula rebus sic stantibus** only relates to changed circumstances that were never contemplated by one or more of the parties, since one or more of the parties involved to initiate/force/enforce fraud after the fact such contracts/treaties is knowingly/unknowingly (ignorance is no defence) by/of/for/in omission/commission committing FRAUD WITH INTENT, regardless of claims made otherwise by any/all who are legally dead, fictional I.D.-entities/B.A.R. members/CROWN AGENT(S) etc. et al using this fraud to steal the life source of another in any way shape or form;

Although it is clear that a fundamental change of circumstance(s) justifies terminating or modifying a treaty/contract (i.e. the Birth Certificate contract is deliberately set up to deceive the G.I.F.T.-ing party, male/female creators of physical child/children/intellectual, spiritual name(s) with INTENT to TRANSFER the living child/children (GAMETE-INTRA-FALLOPIAN) into a DEAD LEGAL NAME(S) WARD OF ADMIRALTY/STATE placing all contracting parties in a state of fraud absolute, collectively), a unilateral denunciation of a treaty is prohibited to any/all LEGAL NAME FRAUD participants (i.e. legal participants without B.A.R./Crown Corporation member permissions, where the CROWN CORPORATION AGENTS/SERVANTS INTENT to commit FRAUD is self-evidenced by the

very existence of REGISTRATION/HOSPITAL etc. et al offices trading in birth certificate(s) slavery) and MUST be done only on an individual choice basis to make this fraud known to any/all CROWN AGENTS or remain a knowingly fraudulent, by the nature of the LEGAL NAME constructed reality, willing participant. Any/all LEGAL NAME FRAUD party(s) do not have the right to denounce a treaty unilaterally (i.e. on behalf of everyone involved) where a NON-LEGAL individual can, to expose, and, which exposes this fraud for all of humanity to see, where humanity must make it's own choice individually where the BIRTH CERTIFICATE is UNILATERALLY deemed FRAUD upon ALL humanity notwithstanding;

As a fundamental flaw/mistake of all legal proceedings, it is a legal fact in the legal reality/fictional existence that it is illegal for anyone/everyone, outside of a B.A.R. card (in which one must already be in fraud to enter LAW SCHOOL using a FRAUDULENT LEGAL NAME as one example of fraud on fraud regardless) or SWORN OATH using a fraudulent, with permissions granted ONLY TO TITLE(S), attached to LEGAL NAME(S) likewise, to serve the "owners/operators" of the fictional CROWN CORPORATION by wilfull AND knowing/unknowing, omission/commission of FRAUD absolute.) consent to be, act as, lay claim to, act in the role of, etc. et al a legal name/legal entity/legal character as it appears in any/all Books of the REGISTRAR/REGISTRATION/REGISTRY(regis-tree = dead CROWN family I.D.-entity tree) whereby any/all legal name/s/titles/designations/ranks/corporations etc. et al are, in fact, PROPERTY OF THE CROWN CORPORATION and use thereof without clear and explicitly present PERMISSION(S) by the "legal owner or representative" thereof, by and for said/such "owner" of all such/said legal creations, is illegal in every way rendering such user in a state of instant dishonour in the "ayes of the court", a fraudulent felon/criminal, regardless of the nature of any/all accusations made by any/all CROWN CORPORATION REPRESENTIVES, B.A.R. card/Sworn oath or not since they are in the "commision" of a fraudulent act (i.e. CAFR accounts, Bonds, etc.). Here, in this doctrine, it is SPELLED out for the reader/receiver clearly and their lack of understanding this doctrine renders them INCOMPETENT thus everything they "TAKE" is a "MIS-TAKE" ab initio where FRAUD was/is the INTENT of LEGAL NAME(S) FRAUD ad infinitum and obviously a criminal mind/heart is incapable of rational thought where a "reasonable" being (insane) simply looks for every reason under the sun to escape their own responsibility, via LEGALITY IS NOT REALITY "legal means" in their complicitness in these crimes against creation and truth until they decide otherwise; simply put, criminals, destroyers of humanity, destroyers of life itself;

In short, it is illegal to use a legal name/ANY/ALL legal references aforementioned, regardless of claims made to the contrary by any/all "legal agents" to the contrary where "legal agents" is defined herein as anyone who uses any/all legal "definitions" of who and what they think they are; a dead fictional character, no voice. Following this outline are only some examples of the total illegality of legal name fraud where LEGAL NAME (any/all fictional legal entity formations/references/non-living paper constructs/exists nowhere in any living, conscious form outside of the confines of a dead, legal reality where one must speak or spell it/I.D. into existence for it/I.D. to exist at all) is a fictional character/reality that only exists in the minds of those that create said "fictional charater(s)" be they in a human/sentient/consciously aware form, or any other inanimate/lifeless form, assumed/presumed as living mental/quantum and can only exist between two parties in order for them to exist at all, and, whereas an/the ORIGINAL fundamental nature/construct of the TREATY/CONTRACT/AGREEMENT(S) has been altered/changed/fraudulent and misleading INTENT by one or more contracting parties and, where INTENT TO COMMIT FRAUD/TO DECEIVE ANOTHER ACTING AS frauds, liars, thieves etc. et al criminal/evil intentions, hiding behind LEGAL NAME(S)/TITLE(S) are/is exposed  by the very use of any/all of these "legality is not reality" fictional constructs that renders any/all users of such things, a FELON/CRIMINAL by deliberately deceptive design and, where I, the living in creation am NOT, nor will I be assumed and/or presumed henceforth and forever a DEAD LEGAL NAME/TITLE I.D.-ENTITY ad infinitum, ab initio, nunc pro tunc, tunc pro nunc;

**1.** LEGAL NAME/TITLE/CONSTRUCT Party claiming any/all legal name is **3rd/third party interloping** in/on the BIRTH CERTIFICATE CONTRACT between CROWN AGENT and MALE/FEMALE WARDS OF ADMIRALTY where the "legally enslaved child" (i.e. the current LEGAL NAME(S) I.D.-ENTITY user/3rd/third party interloper unknowingly) was not present at the SIGNING/SINNING of said BIRTH CERTIFICATE contract, nor were any details of this INTENT TO COMMIT FRAUD disclosure given to contracting parties/all participants, where a child and/or children is/are involved. In short, the one using the legal name wasn't there at the signing of the contract (guilty of the original sin/sign of/by the "father"), null and void, nunc pro tunc, contracting with a minor ensues; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**2.** LEGAL NAME/TITLE/CONSTRUCT participant is immediately guilty within the constructs of the legal unreality of **Crown Copyright infringement** (where the CROWN does not "prosecute" meaning "does

not pursue" DELIBERATELY for the only purpose of the continuation of humanity's overall fraud which is far more profitable) in accordance with the warnings placed on various BIRTH CERTIFICATES (if it's on one contract/construct, it's on all contracts/constructs, based in the same non-reality of LEGALITY IS NOT REALITY delusion, different in form, identical in conceptual INTENT, clausula rebus sic stantibus) and in subsequent CERTIFICATES/ALIASES created by any/all parties that use said BIRTH CERTIFICATE (proof of intent to commit fraud by its very existence) to create any/all forms of IDENTIFICATION from it and/or any/all related forms rendering said user in immediate fraud for doing so, where any/all creation of any/all forms of LEGAL IDENTIFICATION in any/all legal definitions where this LEGAL NAME(S) FRAUD is deemed MANDATORY by/for/of/in the LEGAL FICTIONAL REALITY CONSTRUCT AGENTS/PRACTITIONERS THEREOF, where FORCE, COERCION, DECEPTIONS, THREATS, THEFTS, BLACKMAIL, etc. et al is used to knowingly/unknowingly by/of/for/in omission/commision to enslave any/all humanity partaking in this/the/any/all LEGAL realm(s) of fictional delusions where the LEGAL SYSTEM DEMANDS humanity commit fraud in order to survive if one is presently/was formerly using ANY/ALL such said LEGAL IDENTIFICATION where the fundamental nature of the BIRTH CERTIFICATE is to create fraudulent parties on BOTH sides of the CONTRACT. In short, a "license to kill, steal, cheat etc. et al" any/all individuals as its PRIMARY INTENT; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**3.** It is illegal to **AID AND ABET** anyone knowingly/unknowingly that is fully unaware of the LEGAL NAME(S) FRAUD deception into a criminal activity against their wishes by forcefully, in any/all ways (includes trickery, violent actions/threats thereof to COMPLY with fraud, means of wording deceptions etc. et al) being assumed/presumed A DEAD LEGAL NAME I.D.-ENTITY where "following orders" by any/all CROWN AGENTS is assumed/presumed authority based on deceptive/violent means and measures to gain such fictional "jurisdiction/control" over another and by any/all means of deception where the INTENT to deceive another is self evident by the very nature of "LEGAL NAME(S) FRAUD" original INTENT by design by one who is titled/uniformed in any/all LEGAL senses/legal unreality definitions, where their role to act in the "character" of any/all CROWN AGENT/S for the purpose of legal deception(s) a.k.a. "COMMISSIONS" as the basis of their jobs/roles, namely a uniformed officer/robed judge etc. et al WEARS ("the emperor's clothes removed") their intent to do so (i.e. the very clothes/uniforms/robes/chains of office etc. et al), where to don any/all robes/legal garments of the legal reality deems CROWN AGENT(S) easily visible and absolutely transparent

FOR/BY/OF/IN the INTENT to commit fraud/aid and abet fraud, in the very ACT to don them; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**4. Profiting from criminal activity** (employment, shares, profits, investments, sales, any/all means of procuring legal FIAT currencies etc.) inasmuch as any/all COMMERCE is based totally and utterly (udders of life, humanity's "milk and honey") on the LEGAL NAME/TITLE FRAUD construct from the creation of FIAT currencies based on the valuations of the slave trading BONDS (UCC/UPU a.k.a. CORPORATION OF THE CITY OF LONDON, STATE/CORPORATION OF VATICAN CITY, STATE) that the BIRTH CERTIFICATE is, and intended to be for just such a purpose to involve EVERY form of "money made" be it through peaceful and/or criminal activities from being paid to deliver newspapers to being paid to legally murder another human being under the legal umbrella of war/military, where murder in any form is murder and any/all associations to/by/for/of/in any/all LEGAL NAME(S)/TITLE(S) forms renders one GUILTY BY ASSOCIATION absolute inasmuch as one is still mentally, physically, spiritually bound in the legal reality/unreality ("deal with the devil/Satan") by agreement to be so involved in this criminal activity. I don't associate with murderers/I.D.-doll worshiping at any/all levels nor will I be assumed/presumed otherwise via LEGAL NAME FRAUD associations/assumptions/presumptions and the LEGAL sorcery practitioners therein; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**5.** Any/all individuals that use, claim to be, actively participate in/of/by/for the LEGAL NAME(S)/TITLE(S) in any/all ways whatsoever WITHOUT explicit permission by their "illusional legal masters" a.k.a. B.A.R. card/CROWN AGENT sworn oath members, are **praticing legal "law" (which is legal,not lawful) without a license** but are deemed to be "practicing law" (using LEGAL/COMMERCE anything in day to day living reality where the LEGAL NAME is a LEGAL definition within the confines of the legal unreality/reality) where lawyers are used to fill this gap in the illusion of "legal representation" that renders any/all who do so SILENCED, without voice and are IN-VOICED accordingly as a WARD OF ADMIRALTY or, essentially a child of the dead corporate (body consumed, phonetically) STATE until such guilt by legal name association is removed by the one being deemed to practice law/sorcery (literally) by NOT using a lawyer to keep the court "in honour" where now, CONTEMPT OF COURT is enacted upon any/all who enter a court of man-made "law" which places the CROWN AGENTS/COURT OFFICIALS in peril of dishonour where only the CONFESSION of the one entering/thinking they actually need to be

there at all to BE a legal name or TRICKED into claiming anything that resembles, IN PART AND/OR IN FULL, anything that can bind them to the BIRTH CERTIFICATE CONTRACT SPELLING(S) as they appear on said birth certificate that will ultimately render the "user" as a felon fraud first, thus "restoring the illusion of honour" in their court where the ruse is perpetuated anon; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

These are just a few of the examples that anyone with any sense of "legal wrongdoing" can see to illustrate clearly the absolute fraud nature of the entire legal system and the basis of the fraud against humanity it is based upon where the LEGAL NAME/TITLE claims are the cornerstone that holds the entire pyramid construct with the criminals (legal sorcerers) atop the pyramid of delusional and illusional power and where any/all cops/judges/lawyers/common people should have a basic understanding of what fraud is where fraud is clearly defined in the ten commandments motif. Fraud (entire legal reality) includes, not limited to, murder, stealing, raping, adultering, greed, lust, covetousness, false idol creation and worship, and all manner of evil intentions where only the veil of a papered reality protects the evil with KNOWING intentions and now you know, ignorance removed herein where it is encumbent with EVERY individual to prove otherwise, SILENCE EQUATES ACQUIESCENCE maxim invoked; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

Inasmuch as the Vatican/CORPORATION OF VATICAN CITY, STATE, as commonly understood, is also complicit in this LEGAL NAME/TITLE reality by virtue of LEGAL REGISTRATION, all spiritual notions of "power" are hereby nullified ab initio, ad infinitum where VATICAN CITY is REGISTERED as are all NATIONS/COUNTRIES etc. et al as REGISTERED CROWN OWNED CORPORATIONS and are neutered by association accordingly where any/all assumed presumed "power" is fully and completely destroyed by/of/in/for this LEGAL NAME/TITLE COMPLICIT AGREEMENT/TREATY FRAUD and is therefore complicit in this fraud against all of humanity and life itself as are all claiming any/all legal status in any/all legal forms ab initio, ad infinitum, nunc pro tunc, tunc pro nunc. There are countless essays and radio programs by the non-legal entity "kate of gaia/kaia" for further clarification including on air confessions made by police and lawyers attesting to the truth of this and their inability to claim otherwise, trapped in the legal circular trap of their own construction. Any/all actions made by anyone professing to be in/of/for/by any/all LEGAL NAME/TITLE is fraud, attempt to aid and abet fraud where it is illegal to use/be/claim/think one is a LEGALLY defined anything. Your serve? No, the game is over and Satan and his Harlot (Legal Cronus,

Commerce Crone/CROWN) lost all games where all "law" was, and is, church based where court is simply a sin-o-name for church and the living true law was replaced with false dead legal and all robed practitioners, whether court or church serve the same dead LEGAL reality and are rendered soul dead accordingly in the "ayes" of creation. Your soul is on the line/lien while your sins/signs are on the lien/line and only YOU can clear YOUR debt, no savior's coming to save you but rather to condemn you for all your wilfull crimes, now KNOWINGLY being committed by the mere virtue of you having received this, having read it or not."

RAPE/KIDNAPPING etc. et al, thus why court "pro-seedings" are called HEARINGS where SPELLINGS is a more precise term for what is really going on: Thus, this is spelling it out clearly where assumption and presumtion is rendered null and void where any/all use/claiming to be a LEGAL NAME ENTITY has everyone in the original sin/sign, state of fraud from the creation of, and continued use of the LEGAL NAME that appears on every birth certificate until they remove themselves from the criminal legal reality where anyone involved in the enforcement of this fraud using violence, trickery, coercion etc. et al to ensnare with intent to enslave another, is, in fact, aiding and abetting a criminal act by forcing another into submission to its use where this truth has been exposed and where it is illegal to use any/all legal name(s)/titles ab initio;

A typical court room drama example: Unwitting LEGAL NAME Deafened-ent(mind): "I do not consent" spoken with the intent of "no wish to consent" intended where the B.A.R. member a.k.a. judge, lawyer, cop etc. CAN AND WILL assume/presume in FULL/fool "honour" the words phonetically as to how THEY want to hear it and has respelled that VERBAL/FOR-BA'AL: "Aye, due knot con-se'-ent" where "aye" means yes, affirmative and tacit agreement instantly, "due", as in debt tacit agreement, "knot", as in tied and BO-uND, tacit agreement to slavery and "con-" (means both with/for AND against/without equally as a prefix, also means thief or criminal in common vernacular terms etc.), " se' " is Latin for "himself, herself, itself" which is the entire essence of the speaker involved, and "-ent" is a suffix meaning "mind" etymologically. In short, the ones perpetuating and profiting from this LEGAL NAME FRAUD deception can hear whatever they choose to hear/here and can/will, in full honour, RESPELL every word uttered at every HEARING because it wasn't spelled out by the speaker in writing, where it can be re-spelled by the B.A.R. member's criminal intentions to incriminate ALL innocent AND guilty individuals equally thus painting all humanity with the same criminal brush they've been painted with and simply "passing the buck to make a buck" of sin/sign to another, re-writing by re-spelling the speaker's words against them to create the B.A.R. member/servant by oath, advantage every time, in every legal reality situation. This deception/ruse/criminal enterprise is over where truth itself is all the "vengeance" one needs in a "white flag, state of truce, not surrender" stance and, where all criminals perpetuating this crime against humanity are now fully exposed for all to see: It's illegal to use a legal name is a legal FACT;

## CLAUSULA REBUS SIC STANTIBUS
as it pertains to **BIRTH CERTIFICATE(S)/**any/all contracts/treaties (hereafter shown SPELLED as **CRSS or in full**, commonly referred to as

"the escape clause")

In LEGAL public/international law, **clausula rebus sic stantibus** (Latin for "things thus standing") is the LEGAL doctrine allowing for treaties/contracts to become inapplicable, nunc pro tunc where any/ALL FRAUD revealed, renders any/all contracts NULL AND VOID, ab initio, ad infinitum, nunc pro tunc, tunc pro nunc(now for then, then for now) eliminating all TIME PERIODS relating to the contracts existence in the first place because of a fundamental change of circumstances whereas, it's illegal to use a legal name/BIRTH CERTIFICATE NAME/TITLE where the INTENT to create a FRAUDULENT THIRD PARTY is evidenced in any/all BIRTH CERTIFICATES by the very existence of the BIRTH CERTIFICATE as self-evident. **CRSS** is essentially and fundamentally purposed as an "escape clause" that makes an exception to the general rule of **PACTA SUNT SERVANDA** (promises must be kept) THUS REMOVING ALL PRIOR/PREVIOUS assumption(s) and/or presumption(s) any/all parties, legal and/or otherwise to the contrary where this fraud is revealed;

Because the doctrine poses a risk to the security (securities a.k.a. money) of treaties/contracts where those profiting from this "by design" FRAUD by exposing this INTENT TO COMMIT FRAUD and those perpetuating it as its scope, is relatively/completely unconfined/without borders, it requires strict LEGAL regulations as to the conditions in which it may be invoked where only those claiming to be LEGAL I.D.-ENTITIES within the legal reality confines are concerned, and where one is no longer deemed a LEGAL I.D.-ENTITY thereafter since this is the last LEGAL ACT, in the common sense of the definitions, of one who was formerly deceived by the LEGAL NAME/BIRTH CERTIFICATE FRAUD where it is now KNOWN to be FRAUD and where/wear/ware/we're/were the one invoking this clause no longer wishes to commit legal name fraud/any crimes against another whatsoever, while removing all traces of the former I.D.-entity from their's and everyone else's reality, regardless of the AIDING AND ABETTING attempts of/by/for/in FRAUD by various CROWN CORPORATION AGENTS to illicit/force/demand/coerce etc. et al anyone/all who have stated AND shown otherwise;

The doctrine is part of customary international law, but is also provided for in the 1969 Vienna Convention on the Law of Treaties under Article 62 (Fundamental Change of Circumstance), although the doctrine is never mentioned by name. Article 62 provides the only two justifications of the invocation of rebus sic stantibus: first, that the circumstances existing at the time of the conclusion of the treaty were indeed objectively essential to the obligations of treaty (sub-paragraph A) and the instance wherein the

change of circumstances has had a radical effect on the obligations of the treaty (sub-paragraph B). In short, the INTENT to commit, aid and abet FRAUD falls squarely on those perpetuating this LEGAL NAME/BIRTH CERTIFICATE FRAUD, typically anywhere anyone is being forced to ENLIST/IMPRESSED INTO SERVICE UNWILLINGLY/UNKNOWINGLY their child through REGISTRATIONS of any/all forms ab initio until dissolved or remains intact willingly by any/all who continue to be guilty in their own fraud by willfully using any/all LEGAL NAME/TITLE(S) AFTER THE FACT where fraud absolute is self-evident where this BIRTH CERTIFICATE FRAUD is in plain view;

If the parties to a treaty/contract had/have previously/currently contemplated/known all facts regarding the treaty/contract (based on a full and open disclosure from all parties involved in the BIRTH CERTIFICATE (BC) contract/s) for the occurrence of the changed circumstance, the doctrine does **NOT** apply and the provision remains in effect even though the full disclosure of the FRAUDULENT INTENT of the BIRTH CERTIFICATE is a LEGAL FACT and is fully exposed/a known legal fact within the confines of the fictional LEGAL REALITY, whereas those continuing to use said treaty/contract/BIRTH CERTIFICATE LEGAL NAME I.D.-ENTITY render this "escape clause" null and void by/of their own hand and doing for willfully/knowingly continuing in its use AFTER THE FACT (i.e. contempt of court, profiting from the avails of crime etc. et al). **Clausula rebus sic stantibus** only relates to changed circumstances that were never contemplated by one or more of the parties, since one or more of the parties involved to initiate/force/enforce fraud after the fact such contracts/treaties is knowingly/unknowingly (ignorance is no defence) by/of/for/in omission/commission committing FRAUD WITH INTENT, regardless of claims made otherwise by any/all who are legally dead, fictional I.D.-entities/B.A.R. members/CROWN AGENT(S) etc. et al using this fraud to steal the life source of another in any way shape or form;

Although it is clear that a fundamental change of circumstance(s) justifies terminating or modifying a treaty/contract (i.e. the Birth Certificate contract is deliberately set up to deceive the G.I.F.T.-ing party, male/female creators of physical child/children/intellectual, spiritual name(s) with INTENT to TRANSFER the living child/children (GAMETE-INTRA-FALLOPIAN) into a DEAD LEGAL NAME(S) WARD OF ADMIRALTY/STATE placing all contracting parties in a state of fraud absolute, collectively), a unilateral denunciation of a treaty is prohibited to any/all LEGAL NAME FRAUD participants (i.e. legal participants without B.A.R./Crown Corporation member permissions, where the CROWN CORPORATION AGENTS/SERVANTS INTENT to commit FRAUD is self-evidenced by the

very existence of REGISTRATION/HOSPITAL etc. et al offices trading in birth certificate(s) slavery) and MUST be done only on an individual choice basis to make this fraud known to any/all CROWN AGENTS or remain a knowingly fraudulent, by the nature of the LEGAL NAME constructed reality, willing participant. Any/all LEGAL NAME FRAUD party(s) do not have the right to denounce a treaty unilaterally (i.e. on behalf of everyone involved) where a NON-LEGAL individual can, to expose, and, which exposes this fraud for all of humanity to see, where humanity must make it's own choice individually where the BIRTH CERTIFICATE is UNILATERALLY deemed FRAUD upon ALL humanity notwithstanding;

As a fundamental flaw/mistake of all legal proceedings, it is a legal fact in the legal reality/fictional existence that it is illegal for anyone/everyone, outside of a B.A.R. card (in which one must already be in fraud to enter LAW SCHOOL using a FRAUDULENT LEGAL NAME as one example of fraud on fraud regardless) or SWORN OATH using a fraudulent, with permissions granted ONLY TO TITLE(S), attached to LEGAL NAME(S) likewise, to serve the "owners/operators" of the fictional CROWN CORPORATION by wilfull AND knowing/unknowing, omission/commission of FRAUD absolute.) consent to be, act as, lay claim to, act in the role of, etc. et al a legal name/legal entity/legal character as it appears in any/all Books of the REGISTRAR/REGISTRATION/REGISTRY(regis-tree = dead CROWN family I.D.-entity tree) whereby any/all legal name/s/titles/designations/ranks/corporations etc. et al are, in fact, PROPERTY OF THE CROWN CORPORATION and use thereof without clear and explicitly present PERMISSION(S) by the "legal owner or representative" thereof, by and for said/such "owner" of all such/said legal creations, is illegal in every way rendering such user in a state of instant dishonour in the "ayes of the court", a fraudulent felon/criminal, regardless of the nature of any/all accusations made by any/all CROWN CORPORATION REPRESENTIVES, B.A.R. card/Sworn oath or not since they are in the "commision" of a fraudulent act (i.e. CAFR accounts, Bonds, etc.). Here, in this doctrine, it is SPELLED out for the reader/receiver clearly and their lack of understanding this doctrine renders them INCOMPETENT thus everything they "TAKE" is a "MIS-TAKE" ab initio where FRAUD was/is the INTENT of LEGAL NAME(S) FRAUD ad infinitum and obviously a criminal mind/heart is incapable of rational thought where a "reasonable" being (insane) simply looks for every reason under the sun to escape their own responsibility, via LEGALITY IS NOT REALITY "legal means" in their complicitness in these crimes against creation and truth until they decide otherwise; simply put, criminals, destroyers of humanity, destroyers of life itself;

In short, it is illegal to use a legal name/ANY/ALL legal references aforementioned, regardless of claims made to the contrary by any/all "legal agents" to the contrary where "legal agents" is defined herein as anyone who uses any/all legal "definitions" of who and what they think they are; a dead fictional character, no voice. Following this outline are only some examples of the total illegality of legal name fraud where LEGAL NAME (any/all fictional legal entity formations/references/non-living paper constructs/exists nowhere in any living, conscious form outside of the confines of a dead, legal reality where one must speak or spell it/I.D. into existence for it/I.D. to exist at all) is a fictional character/reality that only exists in the minds of those that create said "fictional charater(s)" be they in a human/sentient/consciously aware form, or any other inanimate/lifeless form, assumed/presumed as living mental/quantum and can only exist between two parties in order for them to exist at all, and, whereas an/the ORIGINAL fundamental nature/construct of the TREATY/CONTRACT/AGREEMENT(S) has been altered/changed/fraudulent and misleading INTENT by one or more contracting parties and, where INTENT TO COMMIT FRAUD/TO DECEIVE ANOTHER ACTING AS frauds, liars, thieves etc. et al criminal/evil intentions, hiding behind LEGAL NAME(S)/TITLE(S) are/is exposed  by the very use of any/all of these "legality is not reality" fictional constructs that renders any/all users of such things, a FELON/CRIMINAL by deliberately deceptive design and, where I, the living in creation am NOT, nor will I be assumed and/or presumed henceforth and forever a DEAD LEGAL NAME/TITLE I.D.-ENTITY ad infinitum, ab initio, nunc pro tunc, tunc pro nunc;

**1.** LEGAL NAME/TITLE/CONSTRUCT Party claiming any/all legal name is **3rd/third party interloping** in/on the BIRTH CERTIFICATE CONTRACT between CROWN AGENT and MALE/FEMALE WARDS OF ADMIRALTY where the "legally enslaved child" (i.e. the current LEGAL NAME(S) I.D.-ENTITY user/3rd/third party interloper unknowingly) was not present at the SIGNING/SINNING of said BIRTH CERTIFICATE contract, nor were any details of this INTENT TO COMMIT FRAUD disclosure given to contracting parties/all participants, where a child and/or children is/are involved. In short, the one using the legal name wasn't there at the signing of the contract (guilty of the original sin/sign of/by the "father"), null and void, nunc pro tunc, contracting with a minor ensues; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**2.** LEGAL NAME/TITLE/CONSTRUCT participant is immediately guilty within the constructs of the legal unreality of **Crown Copyright infringement** (where the CROWN does not "prosecute" meaning "does

not pursue" DELIBERATELY for the only purpose of the continuation of humanity's overall fraud which is far more profitable) in accordance with the warnings placed on various BIRTH CERTIFICATES (if it's on one contract/construct, it's on all contracts/constructs, based in the same non-reality of LEGALITY IS NOT REALITY delusion, different in form, identical in conceptual INTENT, clausula rebus sic stantibus) and in subsequent CERTIFICATES/ALIASES created by any/all parties that use said BIRTH CERTIFICATE (proof of intent to commit fraud by its very existence) to create any/all forms of IDENTIFICATION from it and/or any/all related forms rendering said user in immediate fraud for doing so, where any/all creation of any/all forms of LEGAL IDENTIFICATION in any/all legal definitions where this LEGAL NAME(S) FRAUD is deemed MANDATORY by/for/of/in the LEGAL FICTIONAL REALITY CONSTRUCT AGENTS/PRACTITIONERS THEREOF, where FORCE, COERCION, DECEPTIONS, THREATS, THEFTS, BLACKMAIL, etc. et al is used to knowingly/unknowingly by/of/for/in omission/commision to enslave any/all humanity partaking in this/the/any/all LEGAL realm(s) of fictional delusions where the LEGAL SYSTEM DEMANDS humanity commit fraud in order to survive if one is presently/was formerly using ANY/ALL such said LEGAL IDENTIFICATION where the fundamental nature of the BIRTH CERTIFICATE is to create fraudulent parties on BOTH sides of the CONTRACT. In short, a "license to kill, steal, cheat etc. et al" any/all individuals as its PRIMARY INTENT; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**3.** It is illegal to **AID AND ABET** anyone knowingly/unknowingly that is fully unaware of the LEGAL NAME(S) FRAUD deception into a criminal activity against their wishes by forcefully, in any/all ways (includes trickery, violent actions/threats thereof to COMPLY with fraud, means of wording deceptions etc. et al) being assumed/presumed A DEAD LEGAL NAME I.D.-ENTITY where "following orders" by any/all CROWN AGENTS is assumed/presumed authority based on deceptive/violent means and measures to gain such fictional "jurisdiction/control" over another and by any/all means of deception where the INTENT to deceive another is self evident by the very nature of "LEGAL NAME(S) FRAUD" original INTENT by design by one who is titled/uniformed in any/all LEGAL senses/legal unreality definitions, where their role to act in the "character" of any/all CROWN AGENT/S for the purpose of legal deception(s) a.k.a. "COMMISSIONS" as the basis of their jobs/roles, namely a uniformed officer/robed judge etc. et al WEARS ("the emperor's clothes removed") their intent to do so (i.e. the very clothes/uniforms/robes/chains of office etc. et al), where to don any/all robes/legal garments of the legal reality deems CROWN AGENT(S) easily visible and absolutely transparent

FOR/BY/OF/IN the INTENT to commit fraud/aid and abet fraud, in the very ACT to don them; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**4. Profiting from criminal activity** (employment, shares, profits, investments, sales, any/all means of procuring legal FIAT currencies etc.) inasmuch as any/all COMMERCE is based totally and utterly (udders of life, humanity's "milk and honey") on the LEGAL NAME/TITLE FRAUD construct from the creation of FIAT currencies based on the valuations of the slave trading BONDS (UCC/UPU a.k.a. CORPORATION OF THE CITY OF LONDON, STATE/CORPORATION OF VATICAN CITY, STATE) that the BIRTH CERTIFICATE is, and intended to be for just such a purpose to involve EVERY form of "money made" be it through peaceful and/or criminal activities from being paid to deliver newspapers to being paid to legally murder another human being under the legal umbrella of war/military, where murder in any form is murder and any/all associations to/by/for/of/in any/all LEGAL NAME(S)/TITLE(S) forms renders one GUILTY BY ASSOCIATION absolute inasmuch as one is still mentally, physically, spiritually bound in the legal reality/unreality ("deal with the devil/Satan") by agreement to be so involved in this criminal activity. I don't associate with murderers/I.D.-doll worshiping at any/all levels nor will I be assumed/presumed otherwise via LEGAL NAME FRAUD associations/assumptions/presumptions and the LEGAL sorcery practitioners therein; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**5.** Any/all individuals that use, claim to be, actively participate in/of/by/for the LEGAL NAME(S)/TITLE(S) in any/all ways whatsoever WITHOUT explicit permission by their "illusional legal masters" a.k.a. B.A.R. card/CROWN AGENT sworn oath members, are **praticing legal "law" (which is legal,not lawful) without a license** but are deemed to be "practicing law" (using LEGAL/COMMERCE anything in day to day living reality where the LEGAL NAME is a LEGAL definition within the confines of the legal unreality/reality) where lawyers are used to fill this gap in the illusion of "legal representation" that renders any/all who do so SILENCED, without voice and are IN-VOICED accordingly as a WARD OF ADMIRALTY or, essentially a child of the dead corporate (body consumed, phonetically) STATE until such guilt by legal name association is removed by the one being deemed to practice law/sorcery (literally) by NOT using a lawyer to keep the court "in honour" where now, CONTEMPT OF COURT is enacted upon any/all who enter a court of man-made "law" which places the CROWN AGENTS/COURT OFFICIALS in peril of dishonour where only the CONFESSION of the one entering/thinking they actually need to be

there at all to BE a legal name or TRICKED into claiming anything that resembles, IN PART AND/OR IN FULL, anything that can bind them to the BIRTH CERTIFICATE CONTRACT SPELLING(S) as they appear on said birth certificate that will ultimately render the "user" as a felon fraud first, thus "restoring the illusion of honour" in their court where the ruse is perpetuated anon; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

These are just a few of the examples that anyone with any sense of "legal wrongdoing" can see to illustrate clearly the absolute fraud nature of the entire legal system and the basis of the fraud against humanity it is based upon where the LEGAL NAME/TITLE claims are the cornerstone that holds the entire pyramid construct with the criminals (legal sorcerers) atop the pyramid of delusional and illusional power and where any/all cops/judges/lawyers/common people should have a basic understanding of what fraud is where fraud is clearly defined in the ten commandments motif. Fraud (entire legal reality) includes, not limited to, murder, stealing, raping, adultering, greed, lust, covetousness, false idol creation and worship, and all manner of evil intentions where only the veil of a papered reality protects the evil with KNOWING intentions and now you know, ignorance removed herein where it is encumbent with EVERY individual to prove otherwise, SILENCE EQUATES ACQUIESCENCE maxim invoked; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

Inasmuch as the Vatican/CORPORATION OF VATICAN CITY, STATE, as commonly understood, is also complicit in this LEGAL NAME/TITLE reality by virtue of LEGAL REGISTRATION, all spiritual notions of "power" are hereby nullified ab initio, ad infinitum where VATICAN CITY is REGISTERED as are all NATIONS/COUNTRIES etc. et al as REGISTERED CROWN OWNED CORPORATIONS and are neutered by association accordingly where any/all assumed presumed "power" is fully and completely destroyed by/of/in/for this LEGAL NAME/TITLE COMPLICIT AGREEMENT/TREATY FRAUD and is therefore complicit in this fraud against all of humanity and life itself as are all claiming any/all legal status in any/all legal forms ab initio, ad infinitum, nunc pro tunc, tunc pro nunc. There are countless essays and radio programs by the non-legal entity "kate of gaia/kaia" for further clarification including on air confessions made by police and lawyers attesting to the truth of this and their inability to claim otherwise, trapped in the legal circular trap of their own construction. Any/all actions made by anyone professing to be in/of/for/by any/all LEGAL NAME/TITLE is fraud, attempt to aid and abet fraud where it is illegal to use/be/claim/think one is a LEGALLY defined anything. Your serve? No, the game is over and Satan and his Harlot (Legal Cronus,

Commerce Crone/CROWN) lost all games where all "law" was, and is, church based where court is simply a sin-o-name for church and the living true law was replaced with false dead legal and all robed practitioners, whether court or church serve the same dead LEGAL reality and are rendered soul dead accordingly in the "ayes" of creation. Your soul is on the line/lien while your sins/signs are on the lien/line and only YOU can clear YOUR debt, no savior's coming to save you but rather to condemn you for all your wilfull crimes, now KNOWINGLY being committed by the mere virtue of you having received this, having read it or not."

CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149



State of Oklahoma
Oklahoma Human Services
Child Support Services
oklahoma.gov/okdhs
www.okbenefits.org
(918) 295-3500
FAX: (918) 430-2364
10/15/23
FGN: 000948641001



LINH TRAN STEPHENS
11063 S MEMORIAL DR STE D # 235
TULSA, OK 74133-7366

## NOTICE: YOUR CHILD SUPPORT DEBT MAY BE REPORTED TO CREDIT BUREAUS

The law requires us to report the status of child support payments to credit bureaus. Each month we report amounts due and if payments are being made. Making your child support payments on time is important to you. Your payment history can affect whether you are a good risk for a loan or other credit. The history reported stays on your credit report for at least seven years.

Your account will be reported as "Current Account" if:

- You are paying your child support on time; and
- You are paying on a past due amount as ordered by the court.

If our records are in error or to request wage withholding, contact the child support office listed above by 11/13/23. To dispute your credit report, visit www.transunion.com or call 1-800-916-8800.

Renee Banks
Director, Child Support Services
Oklahoma Human Services

Appellate Case: 25-5063    Document: 26    Date Filed: 06/26/2025    Page: 345



State of Oklahoma
Oklahoma Human Services
Child Support Services
oklahoma.gov/okdhs
www.okbenefits.org
(918) 295-3500
FAX. (918) 430-2364
FGN: 000948641001
Date of Mailing:



## Notice of Levy
### 56 O.S. §§240.22 through 240.22G
### Obligor Copy

To: Charles Schwab & Co., Inc.
9800 Schwab Way

Lone Tree, CO 80124

**Obligor's Name:**
LINH TRAN STEPHENS

**FGN:** 000948641001
**SSN:** ●●●●●5094

**Amount of Levy:** $ 64,445.92

(This amount may not include all delinquent support owed and/or interest owed as of the date this levy is paid.)

## Account Numbers

All accounts associated with the above named person, including but not limited to the following accounts: ●●●●●605.

You are notified that all property, rights to property, monies, and credits belonging to the obligor, or for which you are obligated to the obligor, and currently in your possession are levied in the amount listed above. This levy attaches to the following types of accounts and funds of the obligor: a demand deposit account; checking or negotiable withdrawal order account; savings account; individual retirement account (IRA); time deposit account; money market mutual fund account or brokerage accounts; public and private retirement funds, including any retirement plan benefiting self-employed individuals; union retirement fund; railroad retirement; and any other type of account or retirement plan.

3

FGN. 000948641001

LINH TRAN STEPHENS
Date of Mailing: *04/21/2024*

## Request for Administrative Review of Bank Levy

*If you disagree with this levy, you have 15 days from the date of mailing to return this form. You may return this form by email, fax, or mail to the office listed below. Your request for a review must be made in writing. CSS will not review the action over the telephone.*
Return this form to CSS at the address below if you believe that

- you are not the person ordered to pay support in this case;
- you do not owe three months of past-due child support;
- the amount taken by the levy is more than you owe; or
- any reason that would legally justify release of the levy.

We may need additional information from you. Please tell us how to contact you:

| Linh Tran Stephens | x5094 |
| --- | --- |
| Name | Social Security Number |
| 8214 E 111th PL S Unit 100 | 817-631-3223 (cell) |
| Street Address | Phone |
| Bixby, | OK | 74008-2452 | N/A |
| City | State | Zip | Work Phone |

☒ The amount of past-due support I owe is $ 0.00 (zero)            (attach documents, including payment receipts, in support of your claim); or

☐ The seized funds should not be levied because they do not belong to me. (Explain your claim below and attach paperwork to help prove your claim, such as bank statements, conservator papers, trust papers or other proof that the money does not belong to you.)

Explain: child support orders were unlawful, abuse of discretions where discretions not allowed, imputed income without just cause failing laws for imputation; without proper jurisdiction; without equal protection rights, and malicious, ignoring actual incomes and tax paperwork; SEE ATTACHED LETTER dated 04/21/2024 "DEMAND FOR JUSTICE AND ADMINISTRATIVE REVIEW RE: LEVYING BANKS AND CURRENT CHILD SUPPORT AMOUNT, DEMAND TO CEASE AND DESIST" for actual extensive details. I am deemed indigent by superior courts of Oklahoma Supreme Court, Federal Court Northern District of Oklahoma, also by David L Mose Criminal Justice Center; I met undue hardship exemption criteria, my tax returns since 2021 including 2023 were all below poverty line and mostly below zero dollars. It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights. Please validate this alleged claim against me by having it signed by a man or woman and notarized under a penalty of perjury and send the sealed original to me

Return To: CSS
3666 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149

(918) 295-3500
FAX: (918) 430-2364
OCSS CONTACT TULSAEAST@OKDHS.ORG
2

CSF02 v9        U82539/TUE        Pkg 2024040908075700-001



From: Linh Tran Stephens, 8214 E 111TH PL S Unit 100, Bixby, OK 74008-2462; FD-2015-2228
To:   CSS DEPARTMENT OF HUMAN SERVICES STATE OF OKLAHOMA (3666 N Peoria Ave)
      PO Box 27068, Tulsa, OK 74149; OCSS.CONTACT.TULSAEAST@okdhs.org ,
      renee.banks@okdhs.org ; Fax: 918-430-2964; CC: see certificate of service below

DISTRICT COURT
F I L E D
APR 22 2024
[illegible] BERRY, Court Clerk
STATE OF OKLA, TULSA COUNTY

## DEMAND FOR JUSTICE AND ADMINISTRATIVE REVIEW RE: BANK LEVY AND CHILD-SUPPORT AMOUNT; DEMAND TO CEASE AND DESIST;

RE: Letter of Notice of Levy and Right to Administrative Review received on Friday, 04/19/2024 in mailbox, whose footnote referenced "C6F02 v9      U82509/TUE     Pkg 2024040908075[illegible]
Dated, April 21, 2024

To Whom This May Concern,

Today, April 21, 2024, is two calendar days from the date "The Letter" (Notice of Levy and Right to Administrative Review) was received by this individual named Linh Tran Stephens. I disagree with the levy and with the alleged child support amount $84,445.92, and therefore demand a thorough, complete, and honest review within 15 days from the date above in front of a NON-special judge and in common law courts since alleged child support amount is larger than $10,000 amount (forbade by O.S. §20-123 Jurisdiction of special judges) and since I have been objecting to having a special judge for my case pursuant to O.S. § 20-124.

It is to my belief and information that the Oklahoma child support order and demand for payment is a rush to judgment into a default judgment, and both are a violation of my constitutionally protected rights. Please validate this alleged claim against me by having it signed by a man or women and notarized under a penalty of perjury and send the sealed original to me.

I refuse to contract with the State, DHS, any of its agencies. By completing and returning the attached protesting/refuting form per your instruction in "The Letter", it does NOT mean that I am contracting nor having any implied contracts in any shape or form with any of the aforementioned. Any past alleged contracts between us were fraudulent because of your actions and omissions; they were without my consent, without my knowledge, and definitely without informing me nor providing any due-process to me, while you guys deprived my substantive rights, constitutional rights, unalienable rights, etc. AGAIN, I am NOT agreeing to, have NOT agreed to, and will NEVER agree to have any contract with OKDHS or any of its entities/agencies/corporations or its personnel. I have NEVER approved any violation or waiver of rights against me or against my daughter—any lawyers, any DHS employee, any transcript, or any documents saying otherwise is fraudulent, fake, altered, likely photoshopped, or done without my expressed written notarized consent. "Implied consent" WITHOUT being fully informed, served, court-reporter-recorded, notarized, signed is NOT consent. Signing under threats, curses, misinformation also is NOT consent.

There are an active appeals (DF-128849 and DF-122022 in Oklahoma Supreme Court) against these unlawful child-support orders (my parental rights are protected by the U.S. Constitution and must NOT be infringed upon, and my divorce/custody does NOT meet any SSA title iv criteria), therefore OKDHS CSS who is NOT above the law must cease and desist from enforcing unlawful and erroneous orders, especially when there are active appeals in higher courts. Attorney General Drummond said, "The Legislature is vested with policymaking authority. I will not allow any state agency, board or commission to usurp the Legislature's rightful role, even if they have the best of intentions."

My inability to pay and undue hardship are irrefutable as well. I did NOT agree to pay child support despite my personal circumstances—that makes the child support order unconstitutional, especially for an unlawful and malicious order that inflated/fabricated numbers against my actual

income while deflated against his actual income, actual numbers in tax documents (most updated one 2023 in attached *Exhibits*) and in actual accountant's records, and judicial estoppel violation of STANDING finalized divorce/custody/child-support decree/order/judgment of 2016 ("Jeep and Trailer in lieu of child support") which I NEVER agreed to be modified without fair compensation/offsets/returns of properties, without fair second-accord-and-satisfaction, without proven me abusive to deserve less than 50/50 custody, without proven alleged title IV services was provided at all to my case to me the indigent mother, the alleged obligor, being unjustly ordered to enrich the already rich father whose custody should be taken away as his previous children ALL spoke against him per OKDHS records except 1 out of 7 (Alexis) who never lived with father (only lived with paternal grandmother). I was deemed indigent and *affirmed* indigent (after overruling ex-husband's Objection-Motion of Mother's In Forma Pauperis) by *superior* Court Order of <u>Oklahoma Supreme Court case No. DF - 120849</u> on <u>01/23/2023</u> on page 2 (attached *Exhibits*), and affirmed again indigent by <u>U.S. District Court Northern District of Oklahoma, case No. 23-CV-553-GKF-SH</u> on <u>02/01/2024</u> (see its Federal Court Order open to the public and attached *Exhibits*), and by <u>David L. Moss Criminal Justice Center</u>, Inmate ID # DLM # 1292383 on <u>03/07/2024</u> (their 30-day mark for decision regarding indigent-status for inmates), as I have received indigent *Supplies while in jail there–time* served as I cannot bond myself out either due to being indigent! Remember also, the sole custody order by Adam Sylvester Stephens SR was obtained by fraud-upon-the-court (without due process, without substantive rights, violating my unalienable rights), his witness **Bridget O'brien** who disqualified herself being a felon for hurting children (Bridget Manser is her maiden name, is a felon for hurting children per CF-1999-2911) and she was also impeached by evidence and NEVER showed up for final trial of 02/2024, thereby father lost his case but Judge April Seibert abused her discretions and took custody away from good/fit/loving mother like me, thus violating my equal protection rights, substantive rights, civil rights, etc.

**If ignoring my demand for justice & administrative review and if NOT providing a hearing within 15 days from the date of this letter, your OKDHS Department and each employee in your individual capacity and everyone above you in the State are automatically consented that you all have been willfully harming this individual Linh Tran Stephens, violating all my rights under colors of law, and you have been willfully committing frauds via complicit or omission or accomplice, failure to protect me and my daughter, failure of fiduciary duties, failure to supervise, violating 15 U.S.C. 1673(a), actively participating in breach-of-contract against original child-support contract/decree/judgment/court-order signed by a judge in Oregon State in January 2016 and was upheld/signed again on 07/11/2016 by Oklahoma Judge, etc.**

Your harassment and malicious persecutions via phone calls, mails, collection methods, hurting my credit score reports, <u>levying ("frozen") my banks, telling U.S Passport Department to take away my U.S. Passports robbing me of freedom, putting me in jail in David L. Moss Criminal Justice Center for debtor-imprisonment (unconstitutional and cruel/unusual punishment), rendering my work license useless as no one will hire a wrongfully-substantiated child-abuser ever</u>, etc., must CEASE AND DESIST and return JUSTICE TO ME, else you are WILLFULLY committing crimes against me, liability of severe harm, emotional/physical distress/torment against me!

I also demand that you mail me the Oath of Office, Public Official Bond Certificate and its monetary amount (74 O.S. § 85.29 *Schedule of Amounts of Surety Required*), or the equivalent Errors and Omissions and Malpractice Insurance (if you are an attorney or judge) of *all* DHS employees/supervisors/attorneys that touched my case, ANY deprivation of any of my rights MUST CEASE AND DESIST IMMEDIATELY ELSE FACE LIABILITY FOR YOU, THE COUNTY, AND THE

STATE. I trust that you don't want to be criminally charged for frauds against the federal government via SSA title IV-D nor wanting to face qui-tam lawsuits among other civil rights lawsuits.

Sincerely,

*Linh Stephens*

Linh Tran Stephens, or Stephens:Linh-Tran
Reserving all my rights without prejudice/recourse **UCC 1-308**,
In propria persona, sui juris, a natural living woman,
Attorney-in-fact, Agent, Acting as Fiduciary of LINH TRAN STEPHENS [POA in County Recorder],
Mailing address: 11063 S Memorial Dr, Ste D #235, Tulsa, Oklahoma 74133
LinhStephens7@gmail.com
**VERIFICATION 12 O.S. 246**
STATE OF OKLAHOMA          )
                          ) ss
COUNTY OF TULSA           )
I, Linh Stephens, swear under the penalty of perjury under the penalty of perjury under state laws that the statements/allegations/pleadings set forth therein are true and correct to the best of my knowledge/belief,
Signed 21st day of April, 2024, in Tulsa County, Oklahoma,

*Linh Stephens*  Linh Stephens

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of April, 2024, a true, correct, and exact copy of the above and foregoing instrument was
filed into FD-2015-2228 for records/review purposes, mailed, faxed, and emailed to:
(1) OKDHS CSS, PO Box 27068, Tulsa, OK 74149, renee.banks@okdhs.org,
OCSS.CONTACT.TULSAEAST@okdhs.org , fax 918-430-2364; and additionally:
(2) Oklahoma Child Support Services Attn: Center for Customer Services, Capitol Station, Box 53552, Oklahoma City OK 73152;
(3) CWS Appeals Unit Oklahoma Department of Human Services, P.O. Box 25352, Oklahoma City, OK 73125 CWS.appeals@okdhs.org;
(4) Oklahoma Commission on Children and Youth (OCCY), 2915 N Classen Blvd #300, Oklahoma City, OK 73106,
(5) Oklahoma Attorney General Drummond, 313 NE 21st Street, Oklahoma City, OK 73105
(6) Tulsa County District Court, District Judge **Dawn Moody** Presiding Judge, 500 S Denver Ave, Tulsa OK 74103
(7) Tulsa Grand Jury, 15 W 6th St Ste 1000, Tulsa, OK 74119
(8) Tulsa County Clerk's Office, 218 W. 6th St., 7th Floor, Tulsa, OK 74119
(9) Tulsa County County Commissioners, 218 W. 6th St., 7th Floor, Tulsa, OK 74119

*Linh Stephens* Linh Stephens

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:
LINH TRAN STEPHENS,

    Appellant,

v.

ADAM SYLVESTER STEPHENS,

    Appellee.

No. 120,846

FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

**ORDER**

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted in accordance with the temporary custody order and the temporary child support in accordance with the October 17, 2022 order awarding October 31, 2022 order denying Appellant's objection and motion to recalculate. Such orders are interlocutory and not immediately appealable. S.W. v. Duncan, 2001 OK 59, § 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory or rule-based categories of orders appealable by right. See 12 O.S. 2021, §§ 952(b)(2), 993(A), and Rule 1.60, Oklahoma Supreme Court Rules, Tit. 12, ch. 15.

App. 1. See also Kantor v. Kantor, 1994 OK 132, ¶ 2, 866 P.2d 460.

More unlawful Order by lower court for RECORDS TO BE SEALED (01-17-2023)

To the extent Appellant challenges the November 2, 2022 order sealing records, Appellee's motion to dismiss is denied. The order sealing records is the functional equivalent of an injunction; therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. Collier v. Reese, 2009 OK 85, § 11, 222 P.3d 966. See Rule 1.60(c), Oklahoma Supreme Court Rules, Tit. 12, ch. 15.

App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's *Mother = Appellant*
Affidavit is denied.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.



CHIEF JUSTICE

ALL JUSTICES CONCUR



# CHARLES SCHWAB NOTIFICATION OF LIQUIDATION - STEPHENS

**Linh Stephens** <linhstephens7@gmail.com>                                    Wed, May 1, 2024 at 10:38 AM
To: TPLP Levy <TPLPLevy@schwab.com>
Cc: Linh Stephens <linhstephens7@gmail.com>

I will sue you guys in federal courts if you DON'T STOP THIS RIGHT NOW because what you called an "order" in your attachment is NOT an order but simply a letter from administrative department and its employee, which is NOT signed by any court nor any judge and has NOT been filed in any courts! Additionally, account x2605 is my retirement account **Roth IRA** of Cherokee Nation (Indian Health Services) employment and I'm 40 year-old, NOT retirement age. Last but not least, it is against federal laws to liquidate retirement accounts for any kind of debt including child support! Sources listed below are protected and cannot be garnished per state laws and federal laws: **Public Employee's Retirement Funds** – 74 O.S. § 923, AND **Interest in Retirement, Pension and Profit Sharing Plans** 60 O.S. § 327, 60 O.S. § 328

V/R, Linh Stephens

Thank you and have a wonderful day!
Sincerely,
Linh Tran Stephens
11063 S Memorial Dr Ste D #235
Tulsa, OK 74133-7366
cell phone 817-631-3223
LinhStephens7@gmail.com
~~~ "Woe [judgment is coming] to those judges who issue evil statutes, And to those [magistrates] who constantly record unjust and oppressive decisions, Now what will you do in the day of [God's] punishment, And in the storm of devastation which will come from far away? To whom will you flee for help? And where will you leave your wealth [for safekeeping]?" (Isaiah 10:1, 3 AMP). "and this is what the Lord of Heaven's Armies says: I am sending this curse into the house of every thief [THEFT] and into the house of everyone who swears falsely using my name [PERJURY]. And my curse will remain in that house and completely destroy it—even its timbers and stones." *(Zechariah 5:4)*. "You twist justice, making it a bitter pill for the oppressed. You treat the righteous like dirt... Therefore, though you build beautiful stone houses, you will never live in them. Though you plant lush vineyards, you will never drink wine from them. For I know the vast number of your sins and the depth of your rebellions. You oppress good people by taking bribes and deprive the poor of justice in the courts. Do what is good and run from evil so that you may live!.. Hate evil and love what is good; turn your courts into true halls of justice. Perhaps even yet the Lord God of Heaven's Armies will have mercy on the remnant of his people…I hate all your show and pretense— the hypocrisy of your religious festivals and solemn assemblies… Away with your noisy hymns of praise! I will not listen to the music of your harps. Instead, I want to see a mighty flood of justice, an endless river of righteous living." *(Amos 5:7, 11-12, 14-15, 21, 23-24 NLT)*. The Lord detests double standards; he is not pleased by dishonest scales *(Proverbs 20:23)*. "He has told you, O man, what is good; and what does the Lord require of you but to do justice, and to love kindness, and to walk humbly with your God?" (Micah 6:8). Those who plant injustice will harvest disaster, and their reign of terror will come to an end (Proverbs 22:8). Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and sweet for bitter… who acquit the guilty for a bribe, but deny justice to the innocent (Isaiah 5:20,23). "Whoever causes one of these little ones who believe in Me to stumble, it would be better for him to have a heavy millstone hung around his neck, and to be drowned in the depth of the sea", Jesus said (Matthew 18:6). The greedy bring ruin to their households, but the one who hates bribes will live (Proverbs 15:27). People do not despise a thief if he steals to satisfy his appetite when he is hungry, but if he is caught, he will pay sevenfold; he will give all the goods of his house (Proverbs 6:30-31). May the Lord judge between you and me. And may the Lord avenge the wrongs you have done to me, but my hands will not touch you (1Samuel 24:12). If you said, "But we knew nothing about this," does not He who weighs the heart perceive it? Does not He who guards your life know it? Will He not repay everyone according to what they have done? (Proverbs 24:12). GOD said "I will take revenge; I will pay them back. In due time their feet will slip. Their day of disaster will arrive, and their destiny will overtake them.'" (Deuteronomy 32:35). My enemies did their best to kill me, but the Lord rescued me. The Lord is my strength and my song; he has given me victory. I will not die; instead, I will live to tell what the Lord has done (Psalm 118:13-14,17). "Don't be intimidated in any way by your enemies. This will be a sign to them that they are going to be destroyed but that you are going to be saved, even by God himself." (Philippians 1:28). "If anyone does attack you, it will not be my doing; whoever attacks you will surrender to you… But in that coming day no weapon turned against you will succeed. You will silence every voice raised up to accuse you. These benefits are enjoyed by the servants of the Lord; their vindication will come from me. I, the Lord, have spoken!" (Isaiah 54:15,17). "God blesses those who hunger and thirst for justice, for they will be satisfied" (Matthew 5:6) ~~~

On Tue, Apr 30, 2024 at 12:56 PM TPLP Levy <TPLPLevy@schwab.com> wrote:

## * IMMEDIATE ACTION REQUESTED *

RE:      Tax Levy/Notice of Levy on Charles Schwab Account No(s). 2605/ 5472 / 8811 / 4317

Dear Client(s):

    Charles Schwab & Co., Inc. ("Schwab") has received the enclosed notice directing Schwab to liquidate securities in your account(s) referenced above.  Notification of this notice was first mailed to you on April 10, 2024.

    As a courtesy, Schwab will refrain from acting upon the order for a short period to give you an opportunity to liquidate securities to generate enough cash to satisfy the notice. However, **if Schwab does not receive instructions from you by May 7, 2024, Schwab shall execute security sales** in alphabetical order until sufficient cash has been generated to satisfy the order. The sale of securities may have a significant impact upon your future portfolio performance and may cause tax consequences for which you will be responsible.

    Please contact us at (800) 435-4000 to liquidate sufficient security positions in your account(s) to satisfy the order.

Sincerely,

Operational Services

Charles Schwab & Co., Inc.

Enclosure

On October 6, 2020, The Charles Schwab Corporation acquired TD Ameritrade Holding Corporation and its subsidiaries, including but not limited to TD Ameritrade, Inc.  As a result, Charles Schwab & Co., Inc. ("Schwab") and TD Ameritrade Inc. ("TDA") are now affiliates and may respond on behalf of one another.  Responses to requests addressed to TDA may be handled by Schwab and may contain Schwab branding.



**OKLAHOMA DEPARTMENT OF HUMAN SERVICES**
**OKLAHOMA CHILD SUPPORT SERVICES**
**Center for Coordinated Programs**
P.O. Box 248822
Oklahoma City, OK 73124
Customer Assistance. 1-800-522-2922
FAX (405)-522-4570

www.okdhs.org



April 9, 2024

Mary Johnmeyer
Charles Schwab and Co., Inc.
Legal Services
3000 Schwab Way
Westlake TX 73136

Re: Obligor Linh Stephens, Oklahoma case number 948641001, Charles Schwab
account number ███2605.

Dear Ms. Johnmeyer

Please liquidate assets belonging to Mrs. Stephens to satisfy our financial institution
levy action. Please begin by liquidating the assets found in account number ███2605
in alphabetical order until Mrs Stephens' child support obligation has been met or until
no funds are available.

Thank you for your assistance with this matter.

If you have any questions you may contact me at (405) 982-1530.

Sincerely,

Jason Hoenshell
Oklahoma FIDM Coordinator
PO Box 248822
Oklahoma City OK 73124



| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 500793 | 67305.76 | 9360.51 |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 74097.95 | 4594.07 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 74097.95 | 1074.43 |

c Employer's name, address and ZIP code
CHEROKEE NATION
PO BOX 948
TAHLEQUAH OK 74465-0948

| 7 Social security tips | 8 Allocated tips | 9 Verification Code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | C   99.70 |
| 12b | 12c | 12d |
| D  6792.19 | | |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 73-0757033 | 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 |

13 Statutory employee / Retirement plan / Third party sick pay   14 Other
X

e Employee's name, address and ZIP code
Linh T. Stephens
8519 E 75th St
Tulsa OK 74133

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 2018 | 15 State OK | Employer's state I.D. No. 1003071103 | 16 State wages, tips, etc. 67305.76 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | | 17 State income tax 2858.00 | 18 Local wages, tips, etc. |
| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) | | 19 Local income tax | 20 Locality name |

---

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 500793 | 67305.76 | 9360.51 |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| This information is being furnished to the Internal Revenue Service | 74097.95 | 4594.07 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 74097.95 | 1074.43 |

c Employer's name, address and ZIP code
CHEROKEE NATION
PO BOX 948
TAHLEQUAH OK 74465-0948

| 7 Social security tips | 8 Allocated tips | 9 Verification Code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | C   99.70 |
| 12b | 12c | 12d |
| D  6792.19 | | |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 73-0757033 | 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 |

13 Statutory employee / Retirement plan / Third party sick pay   14 Other
X

e Employee's name, address and ZIP code
Linh T. Stephens
8519 E 75th St
Tulsa OK 74133

| 2018 | 15 State OK | Employer's state I.D. No. 1003071103 | 16 State wages, tips, etc. 67305.76 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | | 17 State income tax 2858.00 | 18 Local wages, tips, etc. |
| Copy B To Be Filed With Employee's FEDERAL Tax Return | | 19 Local income tax | 20 Locality name |

Department of the Treasury—Internal Revenue Service

---

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 500793 | 67305.76 | 9360.51 |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 74097.95 | 4594.07 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 74097.95 | 1074.43 |

c Employer's name, address and ZIP code
CHEROKEE NATION
PO BOX 948
TAHLEQUAH OK 74465-0948

| 7 Social security tips | 8 Allocated tips | 9 Verification Code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| | | C   99.70 |
| 12b | 12c | 12d |
| D  6792.19 | | |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 73-0757033 | 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 |

13 Statutory employee / Retirement plan / Third party sick pay   14 Other
X

e Employee's name, address and ZIP code
Linh T. Stephens
8519 E 75th St
Tulsa OK 74133

| 2018 | 15 State OK | Employer's state I.D. No. 1003071103 | 16 State wages, tips, etc. 67305.76 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | | 17 State income tax 2858.00 | 18 Local wages, tips, etc. |
| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | 19 Local income tax | 20 Locality name |

Department of the Treasury—Internal Revenue Service

---

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 500793 | 67305.76 | 9360.51 |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 74097.95 | 4594.07 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 74097.95 | 1074.43 |

c Employer's name, address and ZIP code
CHEROKEE NATION
PO BOX 948
TAHLEQUAH OK 74465-0948

| 7 Social security tips | 8 Allocated tips | 9 Verification Code |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| | | C   99.70 |
| 12b | 12c | 12d |
| D  6792.19 | | |

| b Employer identification number (EIN) | a Employee's social security number |
|---|---|
| 73-0757033 | 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 |

13 Statutory employee / Retirement plan / Third party sick pay   14 Other
X

e Employee's name, address and ZIP code
Linh T. Stephens
8519 E 75th St
Tulsa OK 74133

| 2018 | 15 State OK | Employer's state I.D. No. 1003071103 | 18 State wages, tips, etc. 67305.76 |
|---|---|---|---|
| Form W-2 Wage and Tax Statement | | 17 State income tax 2858.00 | 18 Local wages, tips, etc. |
| Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return | | 19 Local income tax | 20 Locality name |

Department of the Treasury—Internal Revenue Service

DocuSign Envelope ID: 5444D78C-558F-48D1-86//-F5AFF4b4956F

 

GW忽 凹忚
## CHEROKEE NATION®
P.U. Bo. 93% • Lahlequah, OK 71165 0035
918-453-9999 • www.cherokee.org

Office of the Chief

**Chuck Hoskin Jr.**
*Principal Chief*

**Bryan Warner**
*Deputy Principal Chief*

August 12, 2020

Linh Stephens
████████████████
Tulsa, OK ██████

Dr. Stephens,

This letter is to provide notice that Cherokee Nation will not renew your agreement at the end of the term. Article VII, Section A. and Article VIII, Section B. allows for non-renewal at the end of the term of the agreement by 30 days notice. The end of the term of your agreement is September 30, 2020. Effective August 13, 2020 you will be placed on administrative leave through September 30, 2020. You will continue to receive any compensation due to you according to your agreement through the end of the term. Your remaining annual leave balance on September 30, 2020 will be paid to you after the term of your agreement. We appreciate your time and contribution to Cherokee Nation Health Services.

Sincerely,

*R. Stephen Jones DDS*
R. Stephen Jones
Executive Director
Cherokee Nation Health Services

cc:    file

EXHIBIT #18
Page 1 of 1

From: **Lincoln Financial Corporation** DoNotReply@lfg.com

Subject: **Online Lincoln Retirement Statements Available**

Date: Jul 7, 2020 at 21:36:23

To: linhstephens7@gmail.com

Click here



Your quarterly retirement
plan statement is now
available.

**LOG IN NOW**

## Keeping track of your account balance can help make sure you're on the path to the retirement you envision.

Log in to LincolnFinancial.com/Retirement today to check your account progress. Complete these steps for each plan:

• Select **View Statements**.
• Select a quarterly statement from the list.

## Are you saving enough for retirement?
Log in and use the retirement income estimator to see if you're on track to reach your goals.

View our annual privacy notice

To view our current privacy notice, visit LincolnFinancial.com/Privacy and select Online privacy policy.

Please note: Because you elected to receive statements through eDelivery, you won't receive a

From: **Cherokee Tehee** cherokee-tehee@cherokee.org
Subject: RE: <EXTERNAL> Re: Linh Stephens 401k
Date: **Oct 7, 2020 at 09:38:20**
To: **Linh Stephens** linhstephens7@gmail.com

Hello Linh!
We have sent it to Lincoln Financial. You will need to contact Lincoln Financial 1 800 234 3500
Thank You! Have a Great Day!

**From:** Linh Stephens <linhstephens7@gmail.com>
**Sent:** Tuesday, October 6, 2020 7:41 PM
**To:** Cherokee Tehee <cherokee-tehee@cherokee.org>
**Cc:** Husband X████ h H████████████████
**Subject:** <EXTERNAL> Re: Linh Stephens 401k

I'm checking on the status of my CN 401k to "rollover IRA" in Charles Schwab because the money
still hasn't transferred yet.

Thank you.

On Sep 28, 2020, at 17:11, H█, X████████████████ wrote:

For clarification, please proceed with sending all of Linh's 401k money from Linhcoln
Financial over to Schwab 401k rollover IRA. The only part that I took care of was changing
Linh's contribution to 0% for her last pay check.

12/3/21, 10:56 AM                                           Payment Information

 **OKLAHOMA**
www.ok.gov

**Oklahoma Employment Security Commission** 

Payment Information

ClaimID:595792791         Page:P5.7

| Week date end | Amount Paid | | Amount Deductible | | Total Weekly Benefits |
|---|---|---|---|---|---|
| 8/26/2021 | 274.00 | + | 380.00 | = | 654.00 |
| 8/19/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 8/12/2021 | 291.00 | + | 548.00 | = | 839.00 |
| 8/5/2021 | 561.00 | + | 278.00 | = | 839.00 |
| 7/29/2021 | 0 | + | 0 | = | 0 |
| 7/22/2021 | 421.00 | + | 418.00 | = | 839.00 |
| 7/15/2021 | 0 | + | 0 | = | 0 |
| 7/8/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 7/1/2021 | 448.00 | + | 391.00 | = | 839.00 |
| 6/24/2021 | 556.00 | + | 283.00 | = | 839.00 |
| 6/17/2021 | 387.00 | + | 452.00 | = | 839.00 |
| 6/10/2021 | 558.00 | + | 281.00 | = | 839.00 |
| 6/3/2021 | 338.00 | + | 501.00 | = | 839.00 |
| 5/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 5/20/2021 | 0 | + | 0 | = | 0 |
| 5/13/2021 | 462.00 | + | 377.00 | = | 839.00 |
| 5/6/2021 | 394.00 | + | 445.00 | = | 839.00 |
| 4/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 4/20/2021 | 730.00 | + | 108.00 | = | 839.00 |
| 4/13/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 4/6/2021 | 326.00 | + | 513.00 | = | 839.00 |
| 1/30/2021 | 0 | + | 0 | = | 0 |
| 1/23/2021 | 300.00 | + | 539.00 | = | 839.00 |
| 1/16/2021 | 431.00 | + | 408.00 | = | 839.00 |
| 1/9/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 1/2/2021 | 543.00 | + | 296.00 | = | 839.00 |
| 12/26/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/19/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/12/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/5/2020 | 282.00 | + | 257.00 | = | 539.00 |
| 11/28/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/21/2020 | 164.00 | + | 375.00 | = | 539.00 |
| 11/14/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/7/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/31/2020 | 184.00 | + | 355.00 | = | 539.00 |
| 10/24/2020 | 144.00 | + | 395.00 | = | 539.00 |
| 10/17/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/10/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/3/2020 | 0 | + | 0 | = | 0 |

Return to Menu    Return to Previous Page



OFFICE OF ADMINISTRATIVE HEARINGS
STATE OF OKLAHOMA
DEPARTMENT OF HUMAN SERVICES
5/11/2024
FILED

05/09/24

### OFFICE OF ADMINISTRATIVE HEARINGS· CHILD SUPPORT
### DEPARTMENT OF HUMAN SERVICES
### STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:                    )
LINH TRAN STEPHENS                        ) Dist Court No.: FD-2015-2228
                                          ) OAH No.: 23-00313-73
                                          )
                                          ) FGN: 000948641001
                            Petitioner, )
                                          )
vs.                                       )
                                          )
ADAM SYLVESTER STEPHENS                   )
                                          )
                                          )           *this is AFTER actual liquidation*
                                          )           *by banks 05/07/2024 @ 10:05 AM*
                                          )
                            Respondent. )

**Notice of Hearing**

A request for Admimstrative Hearing on a Bank Levy has been filed in this court.

The Court will hold a hearing on 05/09/24 at 08:30AM CT by telephone or video. You
must provide contact information to CSS 10 days before your hearing by calling (918)
295-3500 and CSS will provide your further hearing details that may require you to
download an application to your phone or computer

> ▸ You have the right to have an attorney represent you or you may represent yourself in
> this matter. If you hire an attorney to represent you, your attorney must make an Entry
> of Appearance with the court.

- Submit all documents requested by Child Support Services (CSS) and any evidence you wish to present at the hearing to OCSS.CONTACT TULSAEAST@OKDHS.ORG.

Failure to be available on the day of the hearing or to provide CSS with contact information may result in a default order being entered against you.

Presented By.
EMMALENE STRINGER
OBA No. 31690
State's Attorney
OKDHS, CSS
CSS
3866 N PEORIA AVE
PO BOX 27068
TULSA, OK 74149
(918) 295-3500
Fax: (918) 430-2364
OCSS.CONTACT.TULSAEAST@OKDHS.ORG

From: **Schwab Alerts** donotreply@mail.schwab.com

Subject: **Your trade was executed in your Schwab account ending in 605** AGAINST PLAINTIFF'S OBJECTIONS AND WITHOUT HER CONSENT

Date: May 7, 2024 at 10:05:21 *this is actual liquidation by banks violated prior to*
*scheduled administrative hearing without*
*demanded article III court 05/09/2024 08:30 AM*

To: linhstephens7@gmail.com



Account ending: 605

May 7, 2024

We executed a trade in your account.

Welcome to Schwab Trade Notifications! As a Trading Services client, you'll receive a notification for each trade made in your account, letting you know the trade was executed successfully and providing basic details of the transaction.

**Don't wish to receive trade notifications?** Just select **Unsubscribe** below at any time.

Here are the details for the trade executed on 05/07/2024 in your account ending in 605:

| | |
|---|---|
| Settlement date: | 05/09/2024 |
| Action: | Sold |
| Quantity: | 200 |
| Symbol: | ARKQ |
| Unit price: | $54.9167 |
| Principal amount | $10,983.34* |

**Watch for your official trade confirmation** via U.S. mail or email, detailing commissions and fees not included in the principal amount listed above.*

From: **Schwab Alerts** donotreply@mail.schwab.com
Subject: **Schwab eConfirms for account ending in 605**
Date: May 8, 2024 at 05:01:23
To: linhstephens7@gmail.com



Account ending: 605
May 8, 2024

Schwab eConfirms ™

This email contains your trade confirmation(s) for 05/07/2024.

View your eConfirms

Or go to schwab.com/reports.

| | |
|---|---|
| Symbol: | Security Description: **Advanced Micro Devic** |
| **AMD** | Action: **Sale** |
| | Security No./CUSIP: **007903107** |
| | Type: **Cash** |
| | Trade Date: **05/07/24** |
| | Settle Date: **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 45 | $157.045 | $7,067.03 | Exchange Processing Fee | $0.07 | $7,066.96 |

Additional information for this security

- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities – including those relating to assessments on broker-dealers by an exchange or other SRO – for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | |
|---|---|
| Symbol: | Security Description: **Amc Entertainment A** |
| **AMC** | Action: **Sale** |
| | Security No./CUSIP: **00165C302** |
| | Type: **Cash** |
| | Trade Date: **05/07/24** |
| | Settle Date: **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 14 | $3.1511 | $44.12 | N/A | | $44.12 |

Additional information for this security:
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| Symbol: | Security Description: | **Apple Inc** |
|---|---|---|
| **AAPL** | Action: | **Sale** |
| | Security No./CUSIP: | **037833100** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 135 | $182.4001 | $24,624.01 | Exchange Processing Fee | $0.22 | $24,623.79 |

Additional information for this security:
- Each Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| Symbol: | Security Description: | **ARK AUTONOMOUS TECH RBTCS ETF** |
|---|---|---|
| **ARKQ** | Action: | **Sale** |
| | Security No./CUSIP: | **00214Q203** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 200 | $54.9187 | $10,983.34 | Exchange Processing | $0.12 | $10,983.22 |

| 200 | $84.9101 | $10,900.94 | Fee | $0.12 | $10,900.22 |

Additional information for this security
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **ARK NEXT GENERATION INTERNET ETF** |
| **ARKW** | Action: | **Sale** |
| | Security No./CUSIP: | **00214Q401** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 100 | $78.36 | $7,836 | Exchange Processing Fee | $0.08 | $7,835.92 |

Additional information for this security
- Exch Process Fee: This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| | | |
|---|---|---|
| Symbol: | Security Description: | **PELOTON INTERACTIVE** |
| **PTON** | Action: | **Sale** |
| | Security No./CUSIP: | **70614W100** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 70 | $4.0101 | $280.71 | Exchange Processing Fee | $0.01 | $280.7 |

Additional information for this security:

- Exch Process Fee. This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

| Symbol: | Security Description: | **Tesla Inc** |
|---------|----------------------|---------------|
| **TSLA** | Action: | **Sale** |
| | Security No./CUSIP: | **88160R101** |
| | Type: | **Cash** |
| | Trade Date: | **05/07/24** |
| | Settle Date: | **05/09/24** |

| Quantity | Price | Principal | Charge and/or Interest | | Total Amount |
|----------|-------|-----------|------------------------|--|--------------|
| 26 | $180.245 | $4,686.37 | Exchange Processing Fee | $0.04 | $4,686.33 |

Additional information for this security:

- Exch Process Fee. This fee offsets costs incurred by Schwab for the exchange of securities - including those relating to assessments on broker-dealers by an exchange or other SRO - for equity, option, or other covered security sell transactions and option security buy transactions.
- Schwab acted as your agent.
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.

If you have any questions about this report, please contact Schwab at **800-435-4000**.

**Thank you for investing with Schwab.**

UNSUBSCRIBE

PRIVACY

CONTACT US

LOG IN

Rollover IRA of
LINH STEPHENS
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER

Account Number
2605

Statement Period
October 1-31, 2020

## Transaction Detail - Deposits & Withdrawals

| Transaction Process Date | Date | Activity | Description | Location |
|---|---|---|---|---|
| 10/14/20 | 10/14/20 | Funds Received | IRA ROLLOVER CONT | |

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Process Date | Date | Activity | Description |
|---|---|---|---|
| 10/15/20 | 10/16/20 | Bank Interest | BANK INT 091620-101520 SCHWAB BANK |

Total Dividends & Interest

Total Transaction D

## Bank Sweep Activity

| Transaction Date | Transaction | Description |
|---|---|---|
| | | |

Opening Balance [1]

| 10/15/20 | Interest Paid [2] | BANK INTEREST - CHARLES SCHWAB BANK |
| 10/15/20 | Auto Transfer | BANK CREDIT FROM BROKERAGE [1] |
| 10/19/20 | Auto Transfer | BANK TRANSFER TO BROKERAGE |

Total Activity

Ending Balance [1]

Bank Sweep: Interest Rate as of 10/16/20 was 0.01%. [2]

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the sources, codes and symbols on this statement.

# Linh Stephens, DO

**primary care clinic**

**Broken Arrow, OK**                    **F: 918-228-0156**

**To:** (260) 455-9975          **Date:** 9/19/2020

**Fax:** 2604559975            **Pages:**

**Subject:**

This fax may contain privileged or confidential information and is intended for the exclusive use of the addressee(s).
If you are not an intended recipient, please notify sender and destroy all copies. Failure to do so may result in legal sanction


# Lincoln
Financial Group

## Request a distribution to another company

If you have questions or need assistance completing this form, call the Lincoln Customer Contact Center at 1-800-234-3500 or contact your retirement plan representative.

**Is this the correct form?**

This form can be used for the most common distribution reasons. This will result in a payment to another company.

If you would like to request a distribution to another reason, please refer to the Lincoln website for the applicable form.

**DO NOT** use this form to:
- Hardship or Unforeseeable emergency
- Required minimum distribution (RMD)
- Excess withholdings (refund)
- Death distributions and beneficiaries
- Plan termination
- In-plan Roth conversion

 **Marital status:** Please provide your marital status in order to ensure timely processing of your distribution.

 **Restrictions may apply depending on your plan provisions.** Please contact Lincoln or your plan administrator / employer to discuss what options are available.

**If you are totally and permanently disabled:** A letter from the Social Security Administration is required.

**For Qualified Domestic Relations Orders:** A copy of the court order, decree, or legal agreement is required.

 **If you have Roth and/or after tax money** please verify that your receiving company will accept your rollover.

**When requesting a rollover of pre-tax money to a Roth IRA** you will still be liable for payment of federal and state income tax. If applicable, at the time, prepare your personal funding. You may wish to discuss your personal tax liability with a qualified tax advisor.

**Receiving company information:** If your receiving company information is incomplete or inaccurate, we will cause the check to the receiving company but mail it to your address. If we are unable to mail, the check to the receiving company is complete the transaction.

FMD-0805735-011419
RPS5638(AL)-FPA (11/18)

---

## ① Tell us about yourself.

**Name (first, MI, last, suffix)**
Link  T  Stephens

**SSN**
XXX XX 5044

**Mailing address**
[redacted]

**Plan ID (refer to your statement)**

**City** [redacted]  **State** OK  **Zip**

**Mobile** 817 631 . 3223

**Email** [redacted]

**Phone**

**Marital status** 
☐ I do not have a living spouse
☒ I have a living spouse [redacted]

**Date of birth (mm/dd/yyyy)**
XXX

**Employment status (choose one)**
☐ I retire on mm/dd/yyyy ___ / ___ / ___
☒ I am no longer working for the employer that administers this plan as of (mm/dd/yyyy) 09 . 30 . 2020 (last day of employment)
☐ I am currently employed with the employer that administers this plan. Restrictions may apply.
☐ I am totally and permanently disabled.
☐ I am not an employee. This an the absolute gone due to a Qualified Domestic Relevant Order?

## ② How should we move your funds to another company?

Please refer to "Requesting a distribution to another company" included with this form.

I would like to distribute my money in the form of a (choose one)
☒ Rollover
   If you have other tax contributions and you elect a rollover Lincoln will automatically include your after tax contributions unless you tell us otherwise by checking this box ☐ Do not include my after tax contributions in this rollover ①
☐ Contract exchange (Restriction may apply)
☐ Plan-to-plan transfer (Restrictions may apply)
☐ Permissive service credit transfer (Restrictions may apply)

**Type of receiving plan/account (choose one)**
☐ 401k  ☐ 403b  ☐ 401a  ☐ 457(b) governmental
☒ Individual Retirement Account (IRA) (Traditional, SEP, SARP, IRA, etc.)
☐ Roth IRA ①  ☐ Defined benefit plan

**Provide information about the receiving company.** ①

**Receiving company name (payable to)**
Charles Schwab & Co, Inc

**Account number**
XXX-2605

**Street address**
P.O. Box 982600

**City, State, Zip**
El Paso, TX 79998 - 2600

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

# Request a distribution to another company

## 🔟 How much should we send?

Amounts will be distributed from your available vested balance and may be limited on certain contribution types. The total amount you receive may be less than the amounts requested, depending on your available balance and tax withholding.

Amount options (choose one)

☒ Send 100% of my account's balance using applicable contribution types described in Step 2 (......................)

☐ Send part of my account's balance in the amount of $ _____    or _____ %

   using applicable contribution types described in Step 2 and otherwise prioritizing in any sequence I have chosen or as allowed by the plan. 📞

☐ Send over a partial balance consisting of $ _____ in any combination of the eligible balances to another company as described in Step 2. If this amount can be topped off from another source.

Restrictions may apply to options (where noted) on this form, depending on your plan.

Please note: Certain distribution options depend on what's available.

If applicable, your distribution will automatically consist of the amount selected in terms of "source" as stated above. This step needs to be taken additional. An excess withdrawal will reduce your balance base. Refer to www.ssb.com.

☐ I agree, my distribution can be consolidated in this manner if applicable.

## 👥 How would you like to receive your payment?　N/A

I would like my payment to be sent as a check (size)

☐ Direct deposit to my personal bank account as described here 📞

  Select the type of your is a savings account ☐

| Name as it appears on your account | Bank Routing/ABA number (9 digit) |
|---|---|
| | |
| Financial institution | Account number |
| | |

☐ Check mailed to my address on file

Direct Deposit: If you want a speedy distribution it may take several business days...

Please note: Certain distribution options...

## 💰 How do taxes impact your partial cash payment?　N/A

Only complete this section if you are receiving a partial cash payment.

Taxes will withhold taxes from your distribution at the rates detailed below and automatically send the withholding to the IRS on your behalf. Please refer to the Special Tax Notice for more information.

Taxes withheld may vary in a subsequent it can vary.

Federal tax withholding election: If elected and applicable...

• Federal tax (if applicable) 📞

  If this category is withholding applies, but amounts that are eligible for rollover.

  Indicate here if you would like to withhold federal taxes at a higher rate than the mandatory 20%

☐ Withhold federal taxes at the rate of _____ % $ _____

• State tax (if applicable)

  State tax is material if it is calculated and based on your residence on file

# Request a distribution to another company

## 6 Sign and date this form. ❶

Did you know?

**If you move this year:** Please update your address to receive your tax documents for use when you file your exports taxes.

**To update your address:** If you are an active employee, contact your employer. If you are no longer employed, call Lincoln.

By signing below, I certify that:

- I have read and understand the Important Fraud Notice and Important Information sections on the last page of this form
- I have received the Special Tax Notice and if applicable, I waive the required 30-day notice period before receiving my distribution.
- I am responsible for meeting the federal tax law requirements to qualify for this distribution.
- My answers on this form and any documents I have attached are true and accurate.
- If there are not enough funds in my retirement account for the amount requested, Lincoln will process the withdrawal from the amount available
- If applicable to this plan, I have received the Qualified Joint and Survivor Annuity (QJSA) notice, waive the 30 day review period and normal QJSA form of payment, and instead, elect to receive this distribution as detailed on this form
- If I am a New York resident, I understand that any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation

**Fees may apply to your distribution:** To determine if fees apply refer to your 401(k) Fee disclosure (if applicable) and contact Lincoln with any questions.

Your signature *(Please sign with a pen. We cannot accept electronic signatures.)*

*[signature]*

Today's date (mm/dd/yyyy): 09 / 17 / 2020

## 7 Your spouse's signature may be required.

*NOT Adam Stephens but Mr. X.H. nonparty (no custody case)*

In some instances, your spouse may be required to sign this form. Please call Lincoln or your plan administrator/employer to determine if this is required for your plan. This section is not needed for distributions due to Qualified Domestic Relations Order.

By signing below, I certify that I am the spouse of the individual named above and that:

- If applicable to this plan, I have received the QJSA notice, consent to my spouse's election to waive the normal QJSA form of payment, and consent to my spouse's election to an immediate distribution as detailed on this form

**If spousal consent is required** and if your plan administrator does not sign here as a witness to your spouse's signature, you must have a notary sign, seal, and date where noted to the right.

Spouse's signature: *[signature, redacted]*

Today's date (mm/dd/yyyy): 9 / 17 / 2020

Plan administrator's or notary's signature ❶ Melissa Elliott

Today's date (mm/dd/yyyy): 09 / 17 / 2020

Notary's commission expires (mm/dd/yyyy): 06 / 22 / 2021

*[Notary seal: MELISSA ELLIOTT, NOTARY PUBLIC, Commission # 17005843, My Commission Expires 06-22-2021, STATE OF OKLAHOMA]*

➤ Continue to the next page for additional instructions.

PAD-2876221-111419
RPS92018 AL F-PA (1/20)

Questions? Visit LincolnFinancial.com or call 1-800-234-3500, M - f, 8 am - 8 pm ET

Page 3 of 5

# Request a distribution to another company

**Did you remember to:**

Return all documents to:

**FAX**
Lincoln Retirement Services
Company, LLC
260-455-5428

**MAIL**
Lincoln Retirement Services
Company, LLC
PO Box 1875
Fort Wayne, IN 46801-1875

**EXPRESS MAIL**
Lincoln Retirement Services
Company, LLC
1300 South Clinton St
Fort Wayne, IN 46802-3506

**Questions?**

## What you can expect:

- **Log in to your account** at LincolnFinancial.com to verify when funds are removed from your retirement account.
- **For ACH deposits** it may take up to five business days to see your payment deposited to your bank account once the funds have left your retirement account.
- **For checks** you may receive further details regarding the amount Lincoln Retirement Services will mail to. This generally takes 7-10 business days once the funds have left your retirement account.



## Plan administrator/employer use only.

Complete the following postemployment information.

- If the employee is no longer working, provide the date of separation:

- Is the employee 100% vested?　☐ Yes　☐ No

If no, please provide the period below:

- The employee's vested deferrals plus employer match contributions is _____ %
- The employee's vested percentage of other employer contributions is _____ %

I authorize Lincoln to proceed with the elections made on this form.

**Plan administrator's name**

**Plan administrator's signature**

**Today's date (mm/dd/yyyy)**

➡ Continue to the next page for additional information.

# Form 1040

**U.S. Individual Income Tax Return 2022**

Department of the Treasury—Internal Revenue Service

OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** Check only one box.

☐ Single ☐ Married filing jointly ☒ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent. ▶ X████ S█

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX-XX-5094 |

If joint return, spouse's first name and middle initial — Last name — **Spouse's social security number** XXX-XX-█████

Home address (number and street). If you have a P.O. box, see instructions. — 9214 E 111th Pl S Unit 100 — Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. — Bixby — State OR — ZIP code 74008-2452

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Digital Assets** At any time during 2022, did you (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You ☐ Were born before January 2, 1958 ☐ Are blind   Spouse: ☐ Was born before January 2, 1958 ☐ Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for: Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions) | 1i |
| z | Add lines 1a through 1h | 1z |

| | | | |
|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | 1 |
| 3a | Qualified dividends | 3a | 13 | b Ordinary dividends | 3b | 13 |
| 4a | IRA distributions | 4a | b Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b |
| 6a | Social security benefits | 6a | b Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | 3,494 |
| 8 | Other income from Schedule 1, line 10 | 8 | (15,673) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 | (12,163) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 11 | (12,163) |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2022)

BEA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)

Go to www.irs.gov/ScheduleC for instructions and the latest information.

Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnership must generally file Form 1065.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **09**

Name of proprietor: **Linh T Stephens**

Social security number (SSN): **XXX-XX-5094**

**A** Principal business or profession, including product or service (see instructions)
**Medical Office**

**B** Enter code from instructions: **621111**

**C** Business name. If no separate business name, leave blank.
**Peace Joy Clinic PLLC**

**D** Employer ID number (EIN) (see instr.): **85-3690068**

**E** Business address (including suite or room no.) **8214 E 111th PL S Unit# 100**
City, town or post office, state, and ZIP code **Bixby, OK 74008-2452**

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses. ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

| Part I | Income |
|---|---|

| | | |
|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 8,485 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 8,485 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 8,485 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 8,485 |

| Part II | Expenses. Enter expenses for business use of your home only on line 30. |
|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 5,0 | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 6,000 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 2,521 |
| | | | | 23 | Taxes and licenses | 23 | 465 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 2,827 | a | Travel | 24a | |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | 380 | 27a | Other expenses (from line 48) | 27a | 2,363 |
| | | | | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a | 28 | 25,589 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | (17,104) |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.

Simplified method filers only: Enter the total square footage of (a) your home _____

and (b) the part of your home used for business: _____ Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |

31 Net profit or (loss). Subtract line 30 from line 29.

• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3.

• If a loss, you must go to line 32. | 31 | (17,104) |

32 If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2022

664

Client Copy

Schedule C (Form 1040) 2022     Medical Office 621111     Page 2

| Name(s) | SSN |
|---|---|
| Linh T Stephens | XXX-XX-5094 |

## Part III   Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory.   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation. . . . . . | 35 | |
| **36** Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . | 36 | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . | 37 | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| **41** Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| **42** Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

## Part IV   Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month/day/year)

**44** Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for.

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes   ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| Software | 230 |
| Credit Card Fees | 717 |
| Swell Tool | 669 |
| Postage | 60 |
| Labs | 501 |
| Credit Card Fees to gross up | 186 |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . . . .   48 | 2,363 |

EEA     Schedule C (Form 1040) 2022

# Form 1040 — U.S. Individual Income Tax Return 2023

Department of the Treasury—Internal Revenue Service

OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____ , 2023, ending _____ , 20 ____    See separate instructions.

**Your first name and middle initial:** Linh T
**Last name:** Stephens
**Your social security number:** XXX-XX-XXXX

If joint return, spouse's first name and middle initial: _____
Last name: _____
**Spouse's social security number:** XXX-XX-XXXX

**Home address (number and street). If you have a P.O. box, see instructions.**
8214 E 111th PL S Unit 100

**City, town, or post office. If you have a foreign address, also complete spaces below.**
Bixby    **State:** OK    **ZIP code:** 74008-2452

Foreign country name _____    Foreign province/state/county _____    Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**
Check only one box.
☐ Single
☐ Married filing jointly (even if only one had income)
☒ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent ▶ _____

**Digital Assets:** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction:** Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness:** You: ☐ Were born before January 2, 1959  ☐ Are blind    Spouse: ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for: Child tax credit / Credit for other dependents |
|---|---|---|---|
| X_____ | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

If more than four dependents, see instructions and check here ☐

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b Household employee wages not reported on Form(s) W-2 | 1b | |
| c Tip income not reported on line 1a (see instructions) | 1c | |
| d Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g Wages from Form 8919, line 6 | 1g | |
| h Other earned income (see instructions) | 1h | |
| i Nontaxable combat pay election (see instructions) | 1i | |
| z Add lines 1a through 1h | 1z | |
| 2a Tax-exempt interest | 2a | b Taxable interest | 2b |
| 3a Qualified dividends | 3a | b Ordinary dividends | 3b |
| 4a IRA distributions | 4a | b Taxable amount | 4b |
| 5a Pensions and annuities | 5a | b Taxable amount | 5b |
| 6a Social security benefits | 6a | b Taxable amount | 6b |
| c If you elect to use the lump-sum election method, check here (see instructions) ☐ | | |
| 7 Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 Additional income from Schedule 1, line 10 | 8 | (11,948) |
| 9 Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 | (11,948) |
| 10 Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 Subtract line 10 from line 9. This is your adjusted gross income | 11 | (11,948) |
| 12 Standard deduction or itemized deductions (from Schedule A) | 12 | 13,850 |
| 13 Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 Add lines 12 and 13 | 14 | 13,850 |
| 15 Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 | 0 |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA    Form **1040** (2023)

Client Copy

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 376

**SCHEDULE C**
**(Form 1040)**

**Profit or Loss From Business**
(Sole Proprietorship)

OMB No. 1545-0074

**2023**

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

Attachment
Sequence No. **09**

Name of proprietor: **Linh T Stephens**

Social security number (SSN): **XXX-XX-XXXX**

**A** Principal business or profession, including product or service (see instructions)
**Medical Office**

**B** Enter code from instructions

**C** Business name. If no separate business name, leave blank.
**Peace Joy Clinic PLLC**

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.)  **8214 E 111th PL S Unite 100**
City, town or post office, state, and ZIP code  **Bixby, OK 74008-2452**

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses.  ☒ Yes  ☐ No

**H** If you started or acquired this business during 2023, check here  ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions  ☐ Yes  ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?  ☐ Yes  ☐ No

**Part I   Income**

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ☐ | 1 | 5,592 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 5,592 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 5,592 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 5,592 |

**Part II   Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---:|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | 20a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | 20b | Other business property | 20b | 6,500 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 3,852 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | 408 |
| | | | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 5,070 | 24a | Travel | 24a | |
| 16 | Interest (see instructions): | | | 24b | Deductible meals (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | 339 |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | 200 | 27a | Other expenses (from line 48) | 27a | 1,732 |
| | | | | 27b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a | 28 | | | | | 17,340 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | | | | | (11,948) |

30  Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30  | **30** |

31  Net profit or (loss). Subtract line 30 from line 29
• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32.  ►  | **31** | (11,948) |

32  If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.  ►
**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see the separate instructions.**

EEA

Schedule C (Form 1040) 2023

Client Copy

Schedule C (Form 1040) 2023     Medical Office 621111     Page **2**

| Name(s) | SSN |
|---|---|
| Linh T Stephens | XXX-XX-XXXX |

**Part III    Cost of Goods Sold (see instructions)**

| | | | |
|---|---|---|---|
| 33 | Method(s) used to value closing inventory    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation) | | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use    . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself    . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies    . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39  . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . . . | 42 | |

**Part IV    Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.**

| | | | |
|---|---|---|---|
| 43 | When did you place your vehicle in service for business purposes? (month/day/year) _____ | | |
| 44 | Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for: | | |
| a | Business _____    b  Commuting (see instructions) _____    c  Other _____ | | |
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . | ☐ Yes | ☐ No |
| 47 a | Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |

**Part V    Other Expenses. List below business expenses not included on lines 8-26, line 27b, or line 30.**

| | | |
|---|---|---|
| Apps/Software | | 1,116 |
| Merchant Fees | | 616 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . . . . | 48 | 1,732 |

EEA                                                                 Schedule C (Form 1040) 2023


## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948458748

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8210 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00          AS OF: May  13, 2024
ACCRUED PENALTY:          0.00          AS OF: May  13, 2024

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               01
FILING STATUS:            Married Filing Separate
ADJUSTED GROSS
  INCOME:                 -11,948.00
TAXABLE INCOME:           0.00
TAX PER RETURN:           0.00
SE TAXABLE INCOME
  TAXPAYER:               0.00
SE TAXABLE INCOME
  SPOUSE:                 0.00
TOTAL SELF
  EMPLOYMENT TAX:         0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2024
PROCESSING DATE                                               May  13, 2024

                          TRANSACTIONS
CODE EXPLANATION OF TRANSACTION          CYCLE     DATE              AMOUNT
150  Tax return filed                  20241703  05-13-2024         $0.00
     14211-517-34065-4

460  Extension of time to file tax return          04-05-2024       $0.00
     ext. Date 10-15-2024

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2023

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

SSN: XXX-XX-5094                    SPOUSE SSN:
NAME(S) SHOWN ON RETURN: LIN T STEP

ADDRESS: 8214 E

| | |
|---|---|
| FILING STATUS: | Married Filing Separate |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20241703 |
| RECEIVED DATE: | Apr.15, 2024 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| IDENTITY THEFT PERSONAL ID NUMBER: | |
| PTIN: | XXX-XX-6716 |
| PREPARER EIN: | XX-XXX2201 |

Income

| | |
|---|---|
| TOTAL WAGES: | $0.00 |
| FORM W-2 WAGES: | $0.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $-11,948.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $-11,948.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| ADDITIONAL INCOME: | $-11,948.00 |
| ADDITIONAL INCOME PER COMPUTER: | $-11,948.00 |
| REFUNDABLE CREDITS PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| QUALIFIED BUSINESS INCOME DEDUCTION: | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $0.00 |
| FARM INCOME OR LOSS (Schedule F): | $0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |



State of Oklahoma
# Claim for Credit/Refund of Sales Tax



Instructions on page 3.
Please read carefully as
an incomplete form may
delay your refund.

FORM **538-S** 2023

| Taxpayer's Social Security Number: | XXX–XX–XXXX | If died in 2023 or 2024, enter date of death: | | |
| Spouse's Social Security Number: | | If died in 2023 or 2024, enter date of death: | | |

| Taxpayer's First Name | Middle Initial  Last Name | Spouse's First Name (if a Joint Return) | Middle Initial  Last Name |
| LINH | T    STEPHENS | | |

| Mailing Address (Number and street, including apartment number, or rural route) | City | | State | Zip |
| 8214 E 111TH PL S UNIT 100 | BIXBY | | OK | 74008-2452 |

---

## PART 1: TAXPAYER INFORMATION

Physical Address in 2023 (if different than shown in mailing address section)

Place an "X" if you or your spouse have a physical disability constituting a substantial handicap to employment (submit proof)

Place an "X" if you or your spouse are 65 years of age or over    Oklahoma resident for entire... X yes    no

---

## PART 2: DEPENDENT  Note: Do not enter the taxpayer or spouse as a dependent.

See Instructions

| 1. Dependents (first name, middle name, last name) if you have additional dependents, provide schedule | 2. Age | 3. Social Security Number | 4. Relationship | 5. Yearly Income |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### EXEMPTION INFORMATION
### QUALIFIED EXEMPTIONS...

| | | |
| A. Yourself | . . . . . . | 1 |
| B. Spouse | . . . . . . | 0 |
| C. Number of dependents | . . . . . | 0 |
| D. Total exemptions claimed (add A-C) | . . | 1 |

---

## PART 3: GROSS INCOME: Enter taxpayer and spouse gross income and assistance received by ALL members of your household in the year 2023.

See "Total gross household income" definition on page 3 for examples of income.

**YEARLY INCOME**
YOU MAY NOT ENTER NEGATIVE AMOUNTS.

| | | |
| 1 | Enter total wages, salaries, tips, commissions, bonuses, and tips (including nontaxable income) from your W-2s) | 1 | .00 |
| 2 | Enter total interest and dividend income received | 2 | 00 |
| 3 | Total of all dependents' income (from Part 2, column 5) | 3 | 00 |
| 4 | Social Security payments (total including Medicare) | 4 | 00 |
| 5 | Railroad Retirement benefits | 5 | 00 |
| 6 | Other pensions, annuities and IRAs | 6 | 00 |
| 7 | Alimony | 7 | 00 |
| 8 | Unemployment benefits | 8 | 00 |

Client Copy

Linh Tran Stephens, OAH 23-00313-73, OK IV-D FGN 000948641001, 05-09-2024 hearing

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 381



2023 Form 538-S - Claim for Credit/Refund of Sales Tax - Page 2

| Name(s) Shown on Form 538-S: | Your Social Security Number: |
|---|---|
| LINH T STEPHENS | XXX-XX-XXXX |

**PART 3: GROSS INCOME:** Enter taxable and nontaxable gross income and assistance received by ALL members of your household in the year 2023.

See "Total gross household income" definition on page 3 for examples of income.

**YEARLY INCOME**
YOU MAY NOT ENTER NEGATIVE AMOUNTS

| | | | | |
|---|---|---|---|---|
| 9 | Earned Income Credit (EIC) received in 2023 . . . . . . . . . . . . . . . | 9 | | 00 |
| 10 | Nontaxable sources of income (specify) _____ . . . | 10 | | 00 |
| 11 | Enter gross (positive) income from rentals, royalties, partnerships, estates & trusts, and gains from the sale or exchange of property (taxable & nontaxable)(provide Federal return including schedules) + | 11 | | 00 |
| 12 | Enter gross (positive) income from business and farm (provide Federal return including schedules) . . . | 12 | 5592 | 00 |
| 13 | Other income-including income of others living in your household (specify) _____ | 13 | | 00 |
| 14 | Total gross household income (Add lines 1-13) . . . . . . . . . . . . . . . | 14 | 5592 | 00 |

If line 14 is over income limits shown in steps 2 and 3 on page 3, no credit is allowed.

**PART 4: SALES TAX CREDIT COMPUTATION** (For households with gross income below above limits in steps 2 and 3 on page 3.)

| 15 | Total qualified exemptions claimed in Box D on page 1 | 1 | x $40 (cannot claim . . . | 15 | 40 | 00 |

**DIRECT DEPOSIT OPTION:** For those NOT filing a Form 511. See page 3 for refund information. If you are filing a Form 511, carry the credit to Form 511, line 25.

**Refund Note:** For Direct Deposit, verify your account and routing numbers are correct. If your direct deposit fails to process, you will receive a debit card. You can also choose to receive either a debit card or paper check by placing an "X" in the appropriate box below. Note: A minimum refund of $10.00 is required to receive a paper check. If you request a paper check for an amount less than $10.00, a debit card will be issued. If no options are selected, you will receive a debit card. Due to electronic banking rules, the Oklahoma Tax Commission (OTC) will not allow direct deposits to or through foreign financial institutions. If you use a foreign financial institution, you will be issued a paper check.

Send my refund as a:                    Is this refund going to or through an account that is located outside of the United States?    Yes    No

                                        Direct deposit my refund in my:

Debit Card                Checking Account        Routing Number:

Paper Check               Savings Account         Account Number:

If the OTC may discuss this return with your tax preparer, place an 'X' here.

Under penalty of perjury, I declare the information contained in this document and any attachments is true and correct to the best of my knowledge and belief.

| Taxpayer's Signature and Date | Spouse's Signature and Date |
|---|---|
| | |
| Occupation | Occupation |
| | |

| Preparer's Signature and Date |
|---|
| |

Client Copy



## Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948910862

### Record of Account

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-5094

LIN T STEP
8214 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00            AS OF: Mar. 13, 2023
ACCRUED PENALTY:        0.00            AS OF: Mar. 13, 2023

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):      0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Married Filing Separate
ADJUSTED GROSS
  INCOME:               -12,163.00
TAXABLE INCOME:         0.00
TAX PER RETURN:         0.00
SE TAXABLE INCOME
  TAXPAYER:             0.00
SE TAXABLE INCOME
  SPOUSE:               0.00
TOTAL SELF
  EMPLOYMENT TAX:       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2023
PROCESSING DATE                                               Mar. 13, 2023

### TRANSACTIONS
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20230801 | 03-13-2023 | $0.00 |
| | 16211-446-66072-3 | | | |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2022

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

```
SSN: XXX-XX-5094                    SPOUSE SSN:
NAME(S) SHOWN ON RETURN: LIN T STEP

ADDRESS: 8214 E


FILING STATUS:                           Married Filing Separate
FORM NUMBER:                                             1040
CYCLE POSTED:                                        20230801
RECEIVED DATE:                                   Apr.15, 2023
REMITTANCE:                                            $0.00
EXEMPTION NUMBER:                                          1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
IDENTITY THEFT PERSONAL ID NUMBER:
PTIN:                                          XXX-XX-6716
PREPARER EIN:

Income

TOTAL WAGES:.....................................................$0.00
FORM W-2 WAGES:..................................................$0.00
TAXABLE INTEREST INCOME: SCH B:.................................$1.00
TAX-EXEMPT INTEREST:............................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:...............................$13.00
QUALIFIED DIVIDENDS:..........................................$13.00
REFUNDS OF STATE/LOCAL TAXES:...................................$0.00
ALIMONY RECEIVED:..............................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):....................$-15,673.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:..............$-15,673.00
CAPITAL GAIN OR LOSS: (Schedule D):.........................$3,496.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:..................$3,496.00
OTHER GAINS OR LOSSES (Form 4797):.............................$0.00
TOTAL IRA DISTRIBUTIONS:........................................$0.00
TAXABLE IRA DISTRIBUTIONS:......................................$0.00
TOTAL PENSIONS AND ANNUITIES:...................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:.................................$0.00
ADDITIONAL INCOME:.......................................$-15,673.00
ADDITIONAL INCOME PER COMPUTER:..........................$-15,673.00
REFUNDABLE CREDITS PER COMPUTER:................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:.......................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):...................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:......$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:..........................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:..........................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:....................$0.00
FARM INCOME OR LOSS (Schedule F):...............................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:..................$0.00
UNEMPLOYMENT COMPENSATION:......................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:.................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:...............................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:..................$0.00
OTHER INCOME:..................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:............................$0.00
```


**Ascension**
**Medical Group**

SJC Primary Care Jenks
220 S Elm St
Jenks, OK 74037
(918) 403-7144

Monday, May 16 , 2022

LINH STEPHENS
6607 S PALM PL
BROKEN ARROW, OK, OK 74011

To ADA coordinator of Tulsa County Court or whom else it may concern,

Dr. Linh Stephens, D.O. is a patient under my care at Ascension St. John Clinic in Jenks, Oklahoma. Dr. Stephens has a pre-existing diagnosis of chronic tinnitus in both ears. Her tinnitus symptoms are intermittent and range from mild to moderate severity. First diagnosed was made in February of 2015 per records review and has remained active since that time. Furthermore, Dr. Stephens is an Asian American female who came to the U.S. when she was 12 year-old making English her second language. Due to this language barrier, more specific venacular related to the legal court system and its proceedings could quickly become more difficult to fully understand and respond to appropriately.

I strongly recommend Dr. Stephens to be allowed to have her ADA advocate for support via remote platform or on an approved cellular device during all her court-hearings to assist her in taking notes, record-keeping, and legal understanding. Dr. Stephens should also have the following ADA accommodations:

- transcripts from proceedings for effective communication with her advocate +/- attorney

- computer-aided real-time transcription; open or closed captioning

- take short breaks every 15-20 minutes "if" she requests of the court

- personal written materials

- audio recordings; use of approved personal recording devices during the proceedings for personal notes of the proceedings

It is my concern that Dr. Steven's intermittent tinnitus and English being a secondary language would put her at a potential disadvantage. I requesting that and she have all the due-processes entitled by every American and a fair trial including ADA advocates being present during all of her court hearings. Thank you for your consideration.



☺Punished 4 Protecting Inc☺
Francesca Amato
P.O. Box 774
Marlboro, NY 12542
845.309.7773
nationalcoalitionfc.casreform@yahoo.com



May 26, 2022

**Tulsa County Court 500 S. Denver, Tulsa OK 74103**

'RE: Linh Stephens
Case name: Stephens v. Stephens
Case no: FD2015-2228
file number Docket: FD-Docket C

Dear Honorable Judge April Seibert,

In reference to the above captioned matter I am advocating for my client Linh Stephens. I am a national advocate and an expert in the Americans with Disabilities Act Title II which includes emotional and physiological ADA reasonable accommodations. I work with countless victims of domestic violence and child abuse nationwide. I can submit my curriculum vitae upon request. I am in no way or under any circumstance a certified bar member therefore am not practicing law; I am simply stating the federal Codifications that pertain to the Americans With Disabilities Act to insert the above clients rights on behalf of her by her permission.

With regards to Ms. Linh Stephens
who has experienced trauma due to the case (LAS) and her minor daughter are federally protected class members under the ADA title II. See 28 CFR 35.130(a).(b)(7).

In addition, to ensure that the court is in compliance with ADA laws and to observe Ms. Linh Stephens protections and her equal access under the law, the following accommodations as cited on the Unified Court System website to remain in compliance are needed:

1) Observer ,Assisting ADA , individual , appearing in physical or virtual attendance observing the hearings and any meetings regarding this case.

2) Frequent Breaks, as requested by Ms. Linh Stephens

3) Permitting remote hearings

4) She would need Recordings of all interactions with the Court, so as to be able to reference them at a later time

5) Above person assisting Linh Stephens

6) as ADA observation to take notes for federally protected class member

To ensure equal footing in the court, my client wishes to cite her 5th and 14th Amendment Rights and how they coincide with the ADA protections afforded to Federally Protected Class Members

Very Respectfully Yours,

Francesca Amato ADA DV expert advocate

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

—

ANTI-CORRUPTION

August 07 2023

DISTRICT COURT
F I L E D
AUG 0 7 2023
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**State of Oklahoma vs. Linh Tran Stephens**
In Tulsa District Court for contempt allegations.
Case No. FD-2015-2228

**RE: Complaint Regarding Noncompliance with American Disability Act (ADA)**
with regards to the above referenced case and all related hearings, including but not limited to
hearings taken place on

January 27, 2023 @ 9:01AM.
February 13, 2023 @ 9AM.
March 24, 2023 @ 9:01AM,
June 12, 2023 @ 2PM.

To whom this may concern. My name is Marieke Vekemans Randoy and I am an ADA advocate
for Ms. Linh Tran Stephens. My role as an ADA advocate is to assist in ensuring that my client is
given equal access and equal footing to the courts.

In the aforementioned hearings, **Judge Deborrah Ludi-Leitch** *willfully and repeatedly* denied my
client's requests for ADA accommodations by denying my client the right to have me attend the
proceedings virtually, while allowing virtual access to other court observers, the parties, their
attorneys, and other witnesses. The Judge showed bias and the appearance of impropriety by
singling out ADA advocates to ensure that my client would be denied this accommodation,
deliberately causing distress.

At every hearing, my client's ADA advocate(s) were blocked out. Every time my client (a military
veteran) objected to the court's denial of her rights, her objections were overruled. No one should
have to fight so hard for accommodations from government agencies and the courts. I am very
concerned that this practice of ignoring ADA accommodation requests affects everyone, including
our veterans who have the courage to make these requests.

1. As Defendant's ADA advocate under Title II of the ADA, I can assert that a judge does *not*
   have the discretion to deny an ADA advocate access to the court. Keeping out an ADA
   advocate is *no* different than keeping out a wheelchair or a seeing-eye dog. Although
   technically we do *not* need approval by the judges for our ADA accommodation-request per
   federal laws, **Judge Deborrah Ludi-Leitch** still kept me out of the courtroom virtually on the
   above listed court dates. This has shown me a pattern of practice for this Court.
2. An alleged claim of someone recording a previous hearing is an absurd and disingenuous
   reason to keep me out of a hearing. These claims have never been written nor entered into the
   record nor been part of a ruling denying me access to the court. The decision to deny me
   access to the court has been strictly off the record, and no legal reason for this decision has
   ever been made in open court or set down in a written ruling. Not to mention, these contempt



proceedings are open to the public. The only conclusion I can draw from the repeated denial of virtual access, would be that the court willfully, deliberately and maliciously deprives my client of basic accommodations knowing that this will cause her added stress, distress, and hardship. This is *no* way for a judge to behave on or off the bench. Bias and contempt towards persons with disabilities brings the Judiciary into disrepute, and disqualifies the Judge from presiding in any case where my client is a litigant. Advocates have every right to be there, like anyone else.

3. On one of the aforementioned occasions, my client made arrangements and paid for a court reporter days before the hearing and as soon as the hearing started and the court reporter failed to appear, the Judge acted as if my client's court reporter was *not* necessary. It appeared as though the judge deliberately interfered and made sure that the court reporter would *not* be available. My client had already made this request for transcripts in her ADA accommodation-request paperwork; <u>she already paid in advance for the court reporter; she also confirmed with the Judge's court clerk face-to-face the day before</u>. **Judge Deborrah Ludi-Leitch** made my client and the entire courtroom wait for approximately a half hour or more in silence, after my client insisted that she would *not* be persuaded to proceed without a court reporter. The Judge tried to embarrass my client and shame my client for such a simple request by saying something to the effect of "I don't understand why you need the court reporter because it's not like you're going to appeal." On that particular day, the Judge started the hearing allowing me to be present via Microsoft Teams, but then kicked me out of the hearing as soon as the court reporter appeared.

4. In my client's ADA accommodation request submitted on March 11, 2022 to another judge, and again in February 2023 to Judge Leitch in Tulsa County District Court and to its ADA Coordinator, my client specifically asked for "ADA advocate(s) to appear VIRTUALLY(online) to provide support to help take notes, in-real-time transcripts, closed captioning, ability to audio-record the proceedings, allow me extra time to take notes or ask questions, to take frequent breaks when requested by ADA advocate or by me (to speak to my ADA advocate to gather my thoughts; permitting remote hearings as an option; a copy of CD of audio-recordings of all interactions with the Court, so as to be able to reference them at a later time"

The Judge said that audio recording is not allowed, and the court reporters said the audio-version/mp3/wav of transcript is *not* allowed to be purchased ever, but they did *not* provide any legal basis. However, I have attended other court hearings for Ms. Linh Tran Stephens, and I have taken hand-written notes and provided support.

5. **Judge Deborrah Ludi-Leitch** *caused my client, the Defendant, to lose equal footing in the court and put her at a disadvantage* by arbitrarily denying me access to the hearing and arbitrarily making it incredibly difficult for my client to obtain a court reporter of the proceedings. Her comment that my client didn't "need" a court-reporter because she couldn't appeal is especially disturbing because it appeared as if the case was not only predetermined, but that the comment was an abuse of her authority. She let my client know that it didn't matter what transpired during the proceedings, my client would lose anyway, there would be *no*



recourse, and why would she need a record of this obvious bias? What was she going to do about it? File a complaint? It was so obvious that she was mocking and intimidating my client and trying to make her feel helpless. Then to throw me out of the hearing, after allowing me to hear those comments, just solidified that it was her intention to cause my client to feel distress, and to know that there would be no procedural fairness in the hearing she was about to endure without anyone there to witness or to provide support.

6. **DISABILITY DISCRIMINATION**: The Defendant's American Disability Act ("**ADA**") accommodation were denied at every hearing in front of this Judge. Oklahoma Department of Human Services' Child Support Services (OKDHS CSS) and the State of Oklahoma are both liable for this Judge's misconduct. These accommodations do *not* in any way burden the courts. Both the OKDHS CSS and the State of Oklahoma are failing the federal mandate by failing to ensure that persons with disabilities have equal access to the courts. Instead of making it easier to participate in court proceedings, OKDHS CSS *not* only makes it more cumbersome, there is this real feeling of discrimination against persons with disabilities, just because they make requests. Court staff and judges were rude, they ignored the requests, and tried to mock and embarrass and single out persons with disabilities. The State of Oklahoma is doing *nothing* to deter this discrimination despite there being heavy monetary fines that can be imposed for willful failure. It's clear from my observations from how my client has been treated by court staff and in every courtroom and every proceeding that no one cares about following the ADA laws. There is a lack of oversight and training. <u>The courts and government agencies continue to take government funding to operate, despite their non-compliance with ADA laws.</u>

7. "Under **Title II of the ADA**, a judge does *not* have the discretion to exclude an ADA advocate who is not causing any interference to the proceedings. Depriving a person with a disability of an ADA advocate would be no different than denying a person's access to their wheelchair or their seeing eye dog. The ADA defines "disability discrimination by state's **Title II entities** [such as this Court]" as:

   a. Denying a qualified individual with a disability the opportunity to participate in or benefit from the aid, benefit, or service; see 28 C.F.R. § 35.130(b)(1)(i)

   b. Providing a qualified individual with a disability an opportunity to participate in or benefit from the service, aid or benefit that is *not* equal to that afforded others; see 28 C.F.R.§ 35.130(b)(1)(ii)

   c. Providing a qualified individual with a disability an aid, benefit, or service that is not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others; see 28 C.F.R.§ 35.130(b)(1)(iii)

   d. Providing services or activities that result in having disparate impact on an individual with qualified disabilities; see 28 C.F.R. § 35.130(b)(1)(iii)

   e. Limiting a person with qualified disabilities in a manner that results in denying equal opportunities, enjoying any right, privilege, advantage or opportunity enjoyed by others receiving the aid, benefit or service; see 28 C.F.R. § 35.130(b)(1)(vii)



www.FamilyCourtAntiCorruptionCoalition.com

f. Denying rights, opportunities or benefits because of the need to provide a reasonable accommodation; see 28 C.F.R. § 35.130(b)(1)(vii)

g. Denying rights, opportunities or benefits because of the need to modify a policy, practice, procedure or standard; see 28 C.F.R. § 35.130(b)(7)(i)

h. Failing to modify policies, practices, or procedures when the modifications are necessary to avoid discrimination on the basis of disability, unless the entity can demonstrate that making the modifications would fundamentally alter the nature of the service, program or activity; see 28 C.F.R. § 35.130(b)(7)(i)

i. Providing services or activities which have the effect of subjecting persons with disabilities to discrimination on the basis of disability directly, through arrangements or by contractors; 28 C.F.R. § 35.130(b)(3)(i)

j. Utilizing criteria or methods of administration that have the effect of subjecting persons with disabilities to discrimination on the basis of disability; 28 C.F.R. § 35.130(b)(3)(i) or have the purpose or effect of defeating or substantially impairing accomplishment of the objectives of the public entity's program with respect to individuals with disabilities; 28 C.F.R. § 35.130(b)(3)(ii)

k. Excluding or otherwise denying equal services, programs, or activities to an individual or entity because of the known disability of an individual with whom the individual is known to have a relationship or association; 28 C.F.R. § 35.130(b)(8)(g).

l. Unlawful discrimination also includes the deliberate indifference to known deprivation of rights by others observed by other officers of the Court

8. Violators of the American Disability Act can be sued for $165,000 PLUS consultation-fees and court-related fees up to $900,000.

9. This is an official complaint and respectfully requesting that this Court cease and desist from violating my client's ADA rights.

august 7, 2023

Marieke Vekemans Randoy
*President of Family Court Anti-Corruption Coalition*
*Email: marieke@familycourtanticorruptioncoalition.com*
*Website: www.familycourtanticorruptioncoalition.com*
*Tel: (778) 870-9778*



www.FamilyCourtAntiCorruptionCoalition.com

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 07th day of August, 2023, a true, correct, and exact copy of the above and foregoing instrument to be mailed via USPS with certified mail:

**Honorable Deborrah Ludi-Leitch (R112)**

Tulsa County District Court, 500 S Denver Ave, Tulsa OK 74103

Gilbert J. Pilkington, Jr., OBA # 21998, PILKINGTON LAW FIRM, PLLC
601 S. Boulder Ave., Suite 600, Tulsa, OK 74119-1300
Tel: 918-298-4403, Fax: 918-960-5017
gil@pilkingtonlawfirm.com
***Attorney for Respondent named Adam Sylvester Stephens***

Emmalene Stringer, OBA # 31690
*OKDHS, CSS* (Child Support Services, Tulsa East Office)
3666 N, Peoria Ave.,
Tulsa, OK 74106
Correspondence to:
PO. Box 27068,
Tulsa, OK 74149
***State's Attorney; Third-Party Defendant***

Megan Michelle Beck, OBA # 30962, MEGAN M. BECK, PLLC
320 S. Boston Ave., Suite 718, Tulsa, OK 74103-3706
Tel: 918-295-6418, Fax: 918-515-6232
megan@meganbecklaw.com
***Attorney for Minor Child***

_____
Linh Tran Stephens

---

# Exhibit "B"

2/22/23, 3:07 PM      Gmail - A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 393

 Gmail

**Linh Stephens <linhstephens7@gmail.com>**

---

## A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments

**Linh Stephens** <info@peacejoyclinic.com>            Sat, Jan 7, 2023 at 9:57 AM
To: support@osboe.ok.gov, licensing@osboe.ok.gov, investigations@osboe.ok.gov, board@osboe.ok.gov

Hello,

I would like to report someone practicing medicine without a license (criminal and civil crime) for diagnosing multiple women with mental health diagnoses and recommend unnecessary yet damaging and harmful treatments for them, ignoring board-certified medical licensed physicians' notes and reports saying differently.

The said person (without a medical license nor psychological license) after diagnosing numerous women with mental health illnesses, recommend ONE AND ONLY harmful treatment: permanently deprived their daughters from their mothers, never to see each other again, thus abusing BOTH the female children AND the mothers, against law and against medical guidelines (which said separation children from their mothers who took care of them since birth is ABUSIVE IN EVERY WAY AND IS A CRIME). What even more horrifying is that he did NOT recommend these daughters to stay temporary with maternal grandmothers if they are indeed "crazy" as the maternal grandparents have very close relationship with these female children, but instead, he recommended the female children to be given to known/established child abusers, foster homes, or adopted out to abusive families WITHOUT CONSENT by their mothers; the children-abusers once got a hold of these female children, they no-showed to pediatricians numerous times (no annual child check x 2 by now for my daughter) as they kept on going to urgent cares to hide abuses and further disclosures of abuse by the children, resulting in STOCKHOLMS SYNDROME for female children.

I would like for the medical board to press charges against STEPHEN E HALE for the safety of children of Oklahoma for practicing mental health without a license and overruling medical professionals, harming innocent children and harming numerous mothers (as per https://www.alllaw.com/articles/nolo/medical-malpractice/practicing-without-license-criminal-civil-liability.html )

Please contact victims including myself (Linh Stephens), Anne Hester Brown, and Heather Collins, among many others that I didn't have time to track them all down to get the investigation going.

Thank you ahead of time for preventing people like Stephen E Hale and future criminals like him from endangering more children.
Thank you for preventing impending death of my daughter (high risk of being strangulated by her father/my ex-husband as he has strangulated his dogs and threw them across the room before, possibly already sexually abused by her father, her continued progressive chronic brain damaged by her father hitting her head among many other abuses and neglects while under her father's care too gross to mention here).

Sincerely,

Linh Tran Stephens, D.O.
Victim of Stephen E Hale

2/22/23, 3:10 PM                Gmail - A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 394

 Gmail

**Linh Stephens <linhstephens7@gmail.com>**

---

## A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments

**Linh Stephens** <info@peacejoyclinic.com>                                Mon, Jan 9, 2023 at 4:36 PM
To: support@osboe.ok.gov, licensing@osboe.ok.gov, investigations@osboe.ok.gov, board@osboe.ok.gov
Cc: info@peacejoyclinic.com, Linh Stephens <linhstephens7@gmail.com>, Anne Hester Brown <hesteranne1@gmail.com>, ██████████████ <heathercollins.ok@gmail.com>

   Please see my notarized AFFIDAVIT in attachment

2/22/23, 3:23 PM          Gmail - A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 395

 Gmail

**Linh Stephens <linhstephens7@gmail.com>**

---

## A male UNLAWFULLY diagnosing numerous people with mental health diagnoses and recommend damaging and harmful treatments



**Linh Stephens** <linhstephens7@gmail.com>                              Tue, Jan 10, 2023 at 12:09 PM
To: support@osboe.ok.gov, licensing@osboe.ok.gov, board@osboe.ok.gov, investigations@osboe.ok.gov
Cc: Anne Hester Brown <hesteranne1@gmail.com>, XXXXXXXXXX <heathercollins.ok@gmail.com>, Linh Stephens <linhstephens7@gmail.com>

**https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM** is the correct link without the trailing "?...."
Also see attachments with corrected link for affidavit and also part of the files in the link above
Affidavit against practice mental health medicine without license 01-09-23.pdf
(1,772K)

> 📄 **Affidavits x7 and** ▉ **Diary REDACTED and Pic...**

Thank you and have a wonderful day!

Linh Stephens, D.O.


On Mon, Jan 9, 2023 at 4:36 PM Linh Stephens <info@peacejoyclinic.com> wrote:
> Please see my notarized AFFIDAVIT in attachment
>
>
> V/R,
>
> Linh Tran Stephens, D.O.
>
>
> On Jan 7, 2023, at 09:57, Linh Stephens <info@peacejoyclinic.com> wrote:
>
> Hello,
> [Quoted text hidden]

---

📄 **Affidavit against practice mental health medicine without license 01-09-23.pdf**
   1772K



**AFFIDAVIT**

I, Linh Tran Stephens, (year of birth 1984), in this Affidavit, declare the following statements under penalties of perjury to be true and correct to the best of my personal knowledge and belief, and if called as a witness, I could competent testify to the matters stated therein:

1. I would like to report an adult male *practicing mental health aspect of medicine without a license* (criminal and civil crime per federal law and state statutes) for diagnosing multiple women with mental health diagnoses and recommend *unnecessary and severely-damaging-and-harmful treatments* for them, ignoring board-certified physicians and clinical psychologists' notes, reports, affidavits saying differently.

2. The said-person (without a medical license nor psychologist license), after diagnosing numerous women with mental health illnesses, recommends a ONE-AND-ONLY harmful treatment: permanently remove the children their mothers, never to see each other again, thus abusing BOTH the children AND the mothers, *against law and against medical guidelines* (which says separation of children from their mothers, especially those who took care of them since birth is ABUSIVE IN EVERY WAY, and CHILD-ABUSE IS A CRIME).

    a. "...[there is] empirical evidence of the psychological harm that children and parents experience when separated… Research also suggests that the longer that parents and children are separated, the greater the reported symptoms of anxiety and depression are for children. Adverse childhood experiences, such as parent-child separation, are important social determinants of mental disorders. For children, traumatic events can lead to the development of post-traumatic stress disorder and other mental health disorders that can cause long lasting effects… They can suffer from feelings of stigmatization, social exclusion, anger, and hopelessness, as well as fear for the future… We have documented multiple harmful effects of parent-child separation on children's emotional and psychological development and well-being" and "APA is the leading scientific and professional organization representing psychology in the United States. Our membership includes researchers, educators, clinicians, consultants, and students. We have 115,700 members and affiliates across the United States and in many other countries, many of whom serve… in a wide range of settings, including schools, community centers, hospitals…" according to the attached American Psychological Association (APA) letter dated June 14, 2018 to President Trump, and see below list of Scientific Researches on effects of removal of children from their mothers.

    b. Please see extensive case laws below, but one in particular, *Nicholson v. Williams*, 203 F. Supp. 2d 153 (E.D.N.Y. 2002), said "experts testified that removal of children from mothers results in: fear and anxiety; diminished sense of stability and self; despair accompanied by hyper-vigilant looking, waiting, and hoping for parents' return; and heightened sense of self-blame… risk of additional exposure to domestic violence; increased risk of abuse and child fatality; lack of adequate medical care; and disruption of contact with community, school, and siblings."

3. Even more *horrifying* is that said-person does NOT recommend these daughters to stay temporary with maternal grandparents or mother's close-family-friends for his *maliciously-presumed* mental health diagnoses of mothers--as the maternal grandparents and close-family-friends have very close relationship with these female children and are safe/fit, but instead, said adult male recommended the children to be given to known/established child abusers, abusive foster homes, or adopted out to abusive families WITHOUT CONSENT by their mothers while their mother still has full parental rights and ZERO proof of child-abuse; the actual children-abusers once got a hold of these female children, they no-showed to pediatricians numerous times (for my daughter, the abuser caused her to miss two consecutive annual well-child-checks and withdrawn from middle of the semester in 3rd grade to isolate her for more abuses) as they kept on going to different urgent care clinics to hide physical abuses, to prevent further disclosures of abuse by the children to those they trust, resulting in irreparable abnormal victim behaviors such as parental alienation, brainwashing and Stockholm Syndrome for children.

4. The crimes committed by said adult male "mental health provider" against my daughter found at: **https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM**

---

especially look at the Affidavits x 7 and personal diary of child (among many other proofs available upon request) to see what a **child-abuser** he really is (by definitions of **being an accomplice, by failure-to-protect, by failure-to-report**) to rip child from mother and willfully recommend child to have ZERO contact with safe, sane, fit mother by falsely diagnosed her, then to be given to actual abuser whose abuses were reported to him all these years and same information forwarded to him by child psychologists, school teachers, school directors, medical doctors, nurse practitioners, etc.

5. His pattern of complete removal of children from fit, safe homes, and rehoming the emotionally broken children to abusive homes, is very suspicious of child trafficking, and I have had numerous training in recognizing child-trafficking as a medical provider myself.

6. I would like for the board to press both criminal and civil charges against said adult male: STEPHEN EDWARD HALE for the safety of Oklahoman children, because Mr. Hale has been practicing mental health WITHOUT a license while overruling licensed medical *and* mental health professionals, resulting in ripping families apart, harming innocent children, harming fit/safe mothers for too many years (see https://www.alllaw.com/articles/nolo/medical-malpractice/practicing-without-license-criminal-civil-liability.html )

7. After the board confirms that Mr. Stephen E. Hale indeed is NOT licensed with your board, please work with your legal team to take action because you do not want to be complicit and be a part of "failure to protect" and "failure to report to the authorities".

8. For more information, please contact victims including myself (Linh Stephens), Anne Hester Brown, hesteranne1@gmail.com, and Heather Collins, heathercollins.ok@gmail.com, among many others to get the criminal and civil charges going against Stephen E. Hale.

9. Thank you ahead of time for stopping people like Stephen E. Hale and preventing future criminals like him from endangering our precious Oklahoman children.

10. Thank you for preventing: impending death of my daughter (high risk of being strangled by her father A.S.Stephens as he has strangulated his dogs and threw them across the room many times before), continued sexually abused by her father (because Stephen E. Hale recommended child-abusive treatments without a medical license nor a psychologist license), her continued progressive chronic brain damage by her father hitting/smacking her head, medical, dental and school neglects, child-endangerment, among many other abuses while under her father's care, too gross and too numerous to retype here).

Sincerely,

Linh Tran Stephens, D.O.,
A woman, a mother, and a victim among many victims of Stephen Edward Hale,

STATE OF OKLAHOMA )
                                   ) ss
COUNTY OF TULSA   )

Sign name: _Linh Stephens_  Printed name: Linh Stephens

The undersigned, a Notary Public in and for said County, in said State, hereby certify that _Linh Stephens_ whose name is signed to the foregoing instrument, and who is known to me, or provided the following identification document(s) _Driver License_ subscribed and sworn before me on this day that, being informed of the contents of the instrument, s/he executed the same voluntarily on the day the same bears date.

Dated this 09" day of _January_, 2023.

_signature_

**NOTARY PUBLIC's** signature
My commission expires: _06/20/2023_

[SEAL]
WILLIAM HUCKABY
Notary Public in and for
STATE OF OKLAHOMA
Commission #19000216
Expires: June 20, 2023

---

Affidavit by Dr. Linh Stephens, D.O., on January 09, 2023 - Page 2 of 4

**SCIENTIFIC RESEARCH ON THE EFFECTS OF REMOVAL FROM MOTHERS**

1. Allison Eck, <u>Psychological Damage Inflicted by Parent-Child Separation is Deep, LongLasting</u>, NOVA Next (June 20, 2018)
2. Sara Goydarzi, <u>Separating Families May Cause Lifelong Health Damage</u>, Scientific American (June 2018)
3. Kimberly Howard et al., <u>Early Mother-Child Separation, Parenting, and Child WellBeing in Early Head Start Families</u>, 13 Attachment & Human Development 5 (2009), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3115616/
4. NOVA PBS Official, <u>Inside the Brains of Children Separated from Parents</u>, YouTube (June 25, 2018), https://www.youtube.com/watch?v=bwpcn8sRtqg&feature=youtu.be.
5. William Wan, <u>What Separation from Parents Does to Children: 'The Effect is Catastrophic'</u>, Washington Post (June 18, 2018),
6. <u>The Science of Childhood Trauma and Family Separation: A Discussion of Short – and Long-Term Effects</u>, Cynthia García Coll, Ph.D; Gabriela Livas Stein, Ph.D; Nim Tottenham, Ph.D; D, Youtube (June 28, 2018) https://www.youtube.com/watch?v=934LJoM1HY&t=3s
7. Stephanie Carnes, <u>The Trauma of Family Separation Will Haunt Children for Decades</u>, HUFFINGTON POST, June 22, 2018.

**CASE LAWS ABOUT SEPARATION OF CHILDREN FROM MOTHERS IS CHILD-ABUSE**

1. *Nicholson v. Williams*, 203 F. Supp. 2d 153 (E.D.N.Y. 2002) (subsequent history before Second Circuit and N.Y. Court of Appeals follows)
   a. This was an action brought by mothers individually and on behalf of their children in which the mothers alleged that they were separated from their children because the New York City Administration for Child Services ("ACS") determined that the children had been neglected solely due to their observance of domestic violence against their mothers. The plaintiffs alleged that these separations violated both the substantive due process rights of mothers and children and their procedural due process rights. In considering the plaintiffs' claims, the court relied in part on expert testimony regarding the harm that occurs as a result of child-parent separation. Noting that "attachment between parent and child forms the basis of who we are as humans" and that the continuity of "that attachment is essential to a child's natural development," 203 F. Supp. 2d at 198-99, plaintiffs' experts testified that removal of children from parents results in:
      i. **fear and anxiety;**
      ii. **diminished sense of stability and self;**
      iii. **despair accompanied by hyper-vigilant looking, waiting, and hoping for parents' return;** and
      iv. **heightened sense of self-blame.**
   b. <u>Id.</u> at 199. The experts also noted that "another serious implication of removal is that it introduces children to the foster system which can be much more dangerous and debilitating than the home situation." Such dangers include:
      i. **risk of additional exposure to domestic violence;**
      ii. **increased risk of abuse and child fatality;**
      iii. **lack of adequate medical care;** and
      iv. **disruption of contact with community, school, and siblings.**
2. *Ms. L. v. U.S. Immigration & Customs Enforcement*, 310 F. Supp. 3d 1133 (S.D. Cal. 2018)
   a. In a decision entering a preliminary class-wide injunction with respect to ICE's practice of separating the minor children of parents detained for illegally crossing the border, the court discussed the harms associated with forced parent-child separations in considerable detail. Drawing from an amicus brief submitted by the Children's Defense Fund, the court posited that "there is ample evidence that separating children from their mothers or fathers leads to serious, negative consequences to children's health and development."1 <u>Id.</u> at 1146. The disruption that forced separations "put[] children at increased risk for both physical and mental illness . . . . And the psychological distress, anxiety, and depression associated with separation from a parent would follow the children well after the immediate period of separation—even after eventual reunification with a parent or other family." <u>Id.</u> at 1147. The court pointed to other evidence establishing "that separating children from parents is a highly

destabilizing, traumatic experience that has long term consequences on child well-being, safety, and development." Id. The court continued:

    i.   Separation from family leaves children more vulnerable to exploitation and abuse, no matter what the care setting. In addition, traumatic separation from parents creates toxic stress in children and adolescents that can profoundly impact their development. Strong scientific evidence shows that toxic stress disrupts the development of brain architecture and other organ systems, and increases the risk for stress-related disease and cognitive impairment well into adult years. Studies have shown that children who experience such traumatic events can suffer from symptoms of anxiety and PTSD, have poorer behavioral and educational outcomes, and experience higher rates of poverty and food insecurity.

  b.  Id. The court determined that the evidence "conclusively shows that Plaintiffs and the class members are likely to suffer irreparable injury if a preliminary injunction does not issue."

    i.   Children's Defense Fund – Amicus Brief

       1.  The amicus brief referenced above is packed with information regarding the effects of child separation. The brief also includes a compilation of the laws in every state governing the circumstances under which a child may be separated from his or her parents. The brief asserts that those laws "reflect the universal belief that a child should remain with her parent unless doing so would be severely detrimental to the child's welfare, and, even then, separation should be a last resort. Id. at 7. Further, the brief points to the standards espoused by the Council on Accreditation, an international human service accrediting organization, affirming that "it is in a child's best interest to remain with her parent whenever possible." Id. at 9-10.

3.  *Jacinto-Castanon de Nolasco v. U.S. Immigration & Customs Enforcement*, 319 F. Supp. 3d 491 (D.D.C. 2018)

  a.  In this case, the court also recognized "the profound and long-term consequences that separation can have on a child's well-being." Id. at 503. Relying on the same authority as the Ms. L. court, the court noted the American Academy of Pediatrics' research indicating that "[t]he psychological distress, anxiety, and depression associated with separation from a parent would follow the children well after the immediate period of separation – even after the eventual reunification with a parent or other family." Id. The effects of separation can be so extreme in some circumstances that the "children may experience high rates of PTSD, anxiety, depression, and suicidal ideation, in addition to developmental delays or poor psychological adjustment." Id. The court accordingly concluded that the plaintiffs had established that they would suffer irreparable harm absent an injunction. Id.

4.  *M.G.U. v. Nielsen*, 325 F. Supp. 3d 111 (D.D.C. 2018)

  a.  The same court relied on essentially the same medical findings, emphasizing that separation may result in "toxic stress, a form of extreme and repetitive stress that adversely affects brain development," a concept discussed more fully below, and that the effects can be devastating and long lasting. Id. at 122.

5.  *Nicholson v. Scoppetta*, 344 F.3d 154 (2d Cir. 2003)

  a.  On appeal, the Second Circuit held that the District Court had not abused its discretion in concluding that, in some instances, removals based solely on the child's exposure to domestic violence suffered by mother may raise serious questions of federal constitutional law. However, given the strong preference for avoiding unnecessary constitutional adjudication, the Second Circuit certified the matter to the Court of Appeals of New York to be resolved under state statutory law.

6.  *Nicholson v. Scoppetta*, 3 N.Y.3d 357 (2004)

  a.  The New York Court of Appeals held that far more was required to find neglect and justify the removal than a showing that the parent had been a victim of domestic violence. According to the Court, the plain language of the statute and its legislative history demonstrate that "a blanket presumption favoring removal was never intended." Rather, it concluded, "a court must weigh, in the factual setting before it, whether the imminent risk to the child can be mitigated by reasonable efforts to avoid removal" and it "must balance that risk against the harm removal may bring" to determine factually which course is in the child's best interests. Id. at 378. For New York-specific cases, the cases applying this standard will be particularly relevant. Because this memorandum is focused on identifying relevant authority discussing the general harms associated with removal, those cases are not discussed here.



AMERICAN
PSYCHOLOGICAL
ASSOCIATION

June 14, 2018

President Donald Trump
The White House
1600 Pennsylvania Avenue
Washington, DC 20500

Dear President Trump:

On behalf of the American Psychological Association (APA), we are writing to express
our deep concern and strong opposition to the Administration's new policy of separating
immigrant parents and children who are detained while crossing the border. We
previously wrote to then Secretary of Homeland Security John Kelly on April 5, 2017,
about this matter. Based on empirical evidence of the psychological harm that children
and parents experience when separated, we implore you to reconsider this policy and
commit to the more humane practice of housing families together pending immigration
proceedings to protect them from further trauma.

APA is the leading scientific and professional organization representing psychology in
the United States. Our membership includes researchers, educators, clinicians,
consultants, and students. APA works to advance the creation, communication, and
application of psychological knowledge to benefit society and improve people's lives.
We have 115,700 members and affiliates across the United States and in many other
countries, many of whom serve immigrant youth and adults in a wide range of settings,
including schools, community centers, hospitals and refugee resettlement centers.

The current policy calls for children to be removed from their parents and placed for an
often indeterminate period of time in the custody of the Office of Refugee Resettlement.
Decades of psychological research have determined that it is in the best interest of the
child and the family to keep families together. Families fleeing their homes to seek
sanctuary in the United States are already under a tremendous amount of stress.[1] Sudden
and unexpected family separation, such as separating families at the border, can add to
that stress, leading to emotional trauma in children.[2] Research also suggests that the
longer that parents and children are separated, the greater the reported symptoms of
anxiety and depression are for children.[3] Adverse childhood experiences, such as parent-

---

[1] Chaudry, A. (2011). Children in the aftermath of immigration enforcement. *The Journal of the History of Childhood and Youth,* 4 (1), 137-154.

[2] Dreby, J. (2012). The burden of deportation on children in Mexican immigrant families. *Journal of Marriage and Family,*74, 829-845. Doi:10.1111/j.1741-3737.2012.00989x

[3] Suárez-Orozco, C., Bang, H.J. & Kim, H.Y (2010). I felt like my heart was staying behind: Psychological implications of family separations and reunifications for immigrant youth. *Journal of Adolescent Research 26(2),* 222-257.

750 First Street, NE
Washington, DC 20002-4242
(202) 336-5500
(202) 336-6123 TDD

www.apa.org



Please Recycle

child separation, are important social determinants of mental disorders. For children, traumatic events can lead to the development of post-traumatic stress disorder and other mental health disorders that can cause long lasting effects.[4] Furthermore, immigration policies, such as separating families at the border, can also adversely impact those immigrants who are already in the United States. They can suffer from feelings of stigmatization, social exclusion, anger, and hopelessness, as well as fear for the future.[5]

As a tragic example of the current policy's serious potential for harm, a Honduran man who was separated from his wife and 3-year-old son after he crossed the border into Texas recently took his own life while detained in a holding cell, according to the Customs and Border Protection officials, public records, and media reports.[6] There are also reports of detained immigrants foregoing legitimate claims for asylum by pleading guilty to expedite the return of their separated children and reports of parents being deported while their children, including infants, remain in custody. These incidents serve to highlight the mental health crisis for many families caused by the Administration's policy.

Given these considerations, a change in immigration policy regarding the detention of immigrant families at the border is desperately needed – from separating parents and children to housing them together and providing needed physical and mental health services. As psychologists, we have documented multiple harmful effects of parent-child separation on children's emotional and psychological development and well-being and urge that the current policy of family separation be reversed. Should you have any questions regarding these comments, please contact Serena Dávila, J.D., with our Public Interest Directorate at sdavila@apa.org or 202-336-6061.

Sincerely,

_Jessica Henderson Daniel, PhD, ABPP_                _Arthur C. Evans, Ph.D._

Jessica Henderson Daniel, Ph.D., ABPP        Arthur C. Evans, Jr., Ph. D.
President                                                          Chief Executive Officer


cc:    U.S. Attorney General Jeff Sessions
       U.S. Secretary of Homeland Security Kirstjen Nielsen

---

[4] Rojas-Flores, L., Clements, M., Koo, J. London, J. (2017). Trauma and Psychological Distress in Latino Citizen Children Following Parental Detention and Deportation. *Psychological Trauma: Theory, Research, Practice, and Policy,* Vol 9, No. 3, 352.

[5] Suárez-Orozco, C., (2017). Conferring Disadvantage: Behavioral and Developmental Implications for Children Growing up in the Shadow of Undocumented Immigration Status. *Wolters Kluwer Health, Inc., 426.*

[6] Mays J. & Stevens M. (2018, June 10). Honduran Man Kills Himself After Being Separated From Family at U.S. Border, Reports Say. *The New York Times.* Retrieved from https://www.nytimes.com/2018/06/10/us/border-patrol-texas-family-separated-suicide.html.

 Gmail

L T <drlinhstephens@gmail.com>

---

**Linh Stephens, D.O. - Call**
12 messages

**Michael Leake** <Michael.Leake@osboe.ok.gov>                                        Wed, Feb 1, 2023 at 1:37 PM
To: "drlinhstephens@gmail.com" <drlinhstephens@gmail.com>
Cc: OSBOE Investigations <Investigations@osboe.ok.gov>, "rick.zimmer@osboe.ok.gov" <rick.zimmer@osboe.ok.gov>



Dear Dr. Stephens:

I am writing to request a meeting with you to discuss the complaint you submitted and a few other matters. Please call our office so we can set up a meeting in Tulsa in the next few weeks.

Very truly yours,

**Michael T. Leake Jr., J.D.**

Executive Director

State Board of Osteopathic Examiners

4848 N. Lincoln Blvd., Suite 100

Oklahoma City, OK  73105

405/528-8625

405/557-0653 (Facsimile)

www.osboe.ok.gov



**CONFIDENTIALITY NOTE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the intended recipient.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately by telephone (405) 528-8625 at our expense, or by electronic mail to** mleake@osboe.ok.gov**, and delete this message and all copies and backups thereof.  Thank you.**

---

**L T** <drlinhstephens@gmail.com>
To: Michael Leake <Michael.Leake@osboe.ok.gov>
Cc: Linh Stephens <drlinhstephens@gmail.com>



Thank you for reaching out to me. Monday 02-20-2023 is best, else Tuesday 02-21-2023. 10am or after? Please let me know.

V/R,

Linh Stephens, D.O.

On Feb 1, 2023, at 13:37, Michael Leake <Michael.Leake@osboe.ok.gov> wrote:

Dear Dr. Stephens:

I am writing to request a meeting with you to discuss the complaint you submitted and a few other matters. Please call our office so we can set up a meeting in Tuls

Very truly yours,

**Michael T. Leake Jr., J.D.**

Executive Director

State Board of Osteopathic Examiners

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 403



L T <drlinhstephens@gmail.com>

---

## Linh Stephens, D.O. - Call

L T <drlinhstephens@gmail.com>
To: Michael Leake <Michael.Leake@osboe.ok.gov>
Cc: Richard Zimmer <Richard.Zimmer@osboe.ok.gov>
Bcc: heathercollins.ok@gmail.com



What about Tuesday 02/07/2023 at 2PM or after? Where is the location for meeting in Tulsa?

Thank you and have a wonderful day!

Linh Stephens, D.O.

~~~ "and this is what the Lord of Heaven's Armies says: I am sending this curse into the house of every thief [THEFT] and into the house of everyone who swears falsel
hands will not touch you (1Samuel 24:12). If you said, "But we knew nothing about this," does not He who weighs the heart perceive it? Does not He who guards your li
will come to an end (Proverbs 22:8). Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and swee
drowned in the depth of the sea", Jesus said (Matthew 18:6). The greedy bring ruin to their households, but the one who hates bribes will live (Proverbs 15:27). People o

On Feb 1, 2023, at 16:05, Michael Leake <Michael.Leake@osboe.ok.gov> wrote:    ←



Hi Doctor,

Can we please arrange a time to meet sooner than the last half of February? Thank you.

Michael Leake

Get Outlook for iOS

---

**From:** L T <drlinhstephens@gmail.com>
**Sent:** Wednesday, February 1, 2023 3:35 PM
**To:** Michael Leake <Michael.Leake@osboe.ok.gov>
**Cc:** Linh Stephens <drlinhstephens@gmail.com>
**Subject:** [EXTERNAL] Re: Linh Stephens, D.O. - Call

Thank you for reaching out to me. Monday 02-20-2023 is best, else Tuesday 02-21-2023. 10am or after? Please let me know.

V/R,

Linh Stephens, D.O.

On Feb 1, 2023, at 13:37, Michael Leake <Michael.Leake@osboe.ok.gov> wrote:

Dear Dr. Stephens:

I am writing to request a meeting with you to discuss the complaint you submitted and a few other matters. Please call our office so we can set up a meetin

Very truly yours,

**Michael T. Leake Jr., J.D.**
Executive Director
State Board of Osteopathic Examiners
4848 N. Lincoln Blvd., Suite 100
Oklahoma City, OK 73105
405/528-8625
405/557-0653 (Facsimile)
www.osboe.ok.gov

 Gmail                                                    L T <drlinhstephens@gmail.com>

---

**Linh Stephens, D.O. - Call**

**Richard Zimmer** <Richard.Zimmer@osboe.ok.gov>
To: L T <drlinhstephens@gmail.com>, Michael Leake <Michael.Leake@osboe.ok.gov>



Dr. Stephens, Thank you for agreeing to meet with us.  We will come to your office on Tuesday, February 7, 2023 at 2 pm.  Are you still working at the Peace Joy Clinic, 8212 East 111th Place

Thank you .

Sincerely

**Richard L. Zimmer, CMBI**

Chief Investigator

Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Blvd., Suite 100

Oklahoma City, Oklahoma 73105

Office: 405.528.8625

Cell: 405.641.0740

Fax: 405.557.0653

Richard.zimmer@osboe.ok.gov





[Quoted text hidden]


[Quoted text hidden]


[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]


[Quoted text hidden]
[Quoted text hidden]

 Gmail

**L T <drlinhstephens@gmail.com>**

## Linh Stephens, D.O. - Call



**L T** <drlinhstephens@gmail.com>                                    Thu, Feb 2, 2023 at 4:39 PM
To: Richard Zimmer <Richard.Zimmer@osboe.ok.gov>
Cc: Michael Leake <Michael.Leake@osboe.ok.gov>, Linh Stephens <drlinhstephens@gmail.com>
Bcc: heathercollins.ok@gmail.com

Good afternoon,

My clinic is for my patients and you guys are NOT my patients, and I expect to address my complaints against Stephen E
Hale for practicing medicine without a license at YOUR office, which I assumed you have a Tulsa branch somewhere in
Tandy Building (OSU) downtown! Any disclosures and possible conflict of interests with the person I was complaining
about?

Second of all, have you even reached out to Heather Collins yet; when are you planning to meet her, is it going to be at
her house instead of at YOUR office?

I have other priorities and to-dos, and I don't want to have a meeting with just TWO lawyers and then having to repeat
myself the same story to the rest of the medical board. I do NOT want you or anyone to speak about my complaints to the
WHOLE medical board (including doctors, and citizens who are not doctors nor lawyers) on my behalf because I want to
do it MYSELF to the whole medical board, so no one can twist my words or put words into my mouth.

Sincerely,

Linh Stephens, D.O.


On Feb 2, 2023, at 13:01, L T <drlinhstephens@gmail.com> wrote:


[Quoted text hidden]

 Gmail                                                                                    L T <drlinhstephens@gmail.com>

---

**Linh Stephens, D.O. - Call**

Michael Leake <Michael.Leake@osboe.ok.gov>
To: L T <drlinhstephens@gmail.com>, Richard Zimmer <Richard.Zimmer@osboe.ok.gov>
Cc: Linh Stephens <drlinhstephens@gmail.com>                                                           **13**

Dr. Stephens,

I am the Executive Director of the DO Board—the DO Board oversees your license to practice Osteopathic medicine in Oklahoma and is also the office where you filed your complaint on the O
with you to discuss your arrest from last year. I am happy to arrange a meeting following your court hearing on February 14 in Tulsa County. Of course, you're welcome to bring a lawyer to this

Michael Leake

Get Outlook for iOS

---

**From:** L T <drlinhstephens@gmail.com>
**Sent:** Thursday, February 2, 2023 4:47 PM
**To:** Richard Zimmer <Richard.Zimmer@osboe.ok.gov>                                                    **12**
**Cc:** Michael Leake <Michael.Leake@osboe.ok.gov>; Linh Stephens <drlinhstephens@gmail.com>
**Subject:** Re: [EXTERNAL] Re: Linh Stephens, D.O. - Call

Additionally, my complaint was to medical board, why am I meeting with attorneys and not medical doctors who actually licensed to make mental health diagnoses?

Sincerely,

Linh Stephens , D.O.

On Feb 2, 2023, at 16:40, L T <drlinhstephens@gmail.com> wrote: ◄────────────────────  **11**

Good afternoon,

My clinic is for my patients and you guys are NOT my patients, and I expect to address my complaints against Stephen E Hale for practicing medicine without a license at YOUR office, which

Second of all, have you even reached out to Heather Collins yet; when are you planning to meet her, is it going to be at her house instead of at YOUR office?

I have other priorities and to-dos, and I don't want to have a meeting with just TWO lawyers and then having to repeat myself the same story to the rest of the medical board. I do NOT want yo

Sincerely,

Linh Stephens, D.O.

On Feb 2, 2023, at 13:01, L T <drlinhstephens@gmail.com> wrote: ◄────────────────────  **10**

Dear Richard Zimmerman and Michael Leake,

I will contact you later in the month if/when I have time to actually come to your office in OKC.

Sincerely,

Linh Stephens, D.O.
~~~ "and this is what the Lord of Heaven's Armies says: I am sending this curse into the house of every thief [THEFT] and into the house of everyone who swears falsel
hands will not touch you (1Samuel 24:12). If you said, "But we knew nothing about this," does not He who weighs the heart perceive it? Does not He who guards your li
will come to an end (Proverbs 22:8). Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and swee
drowned in the depth of the sea," Jesus said (Matthew 18:6). The greedy bring ruin to their households, but the one who hates bribes will live (Proverbs 15:27). People o

On Feb 2, 2023, at 10:55, Richard Zimmer <Richard.Zimmer@osboe.ok.gov> wrote:

Dr. Stephens, Thank you for agreeing to meet with us.  We will come to your office on Tuesday, February 7, 2023 at 2 pm.  Are you still working at the Peace Joy Clinic, 8212 East 111th

Thank you .

Sincerely

**Richard L. Zimmer, CMBI**
Chief Investigator
Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd., Suite 100
Oklahoma City, Oklahoma 73105
Office: 405.528.8625
Cell: 405.641.0740
Fax: 405.557.0653
Richard.zimmer@osboe.ok.gov

 Gmail

**L T <drlinhstephens@gmail.com>**

## Linh Stephens, D.O. - Call

**Michael Leake** <Michael.Leake@osboe.ok.gov>                    Thu, Feb 2, 2023 at 4:59 PM
To: L T <drlinhstephens@gmail.com>, Richard Zimmer <Richard.Zimmer@osboe.ok.gov>
Cc: Linh Stephens <drlinhstephens@gmail.com>

**14**

I apologize Doctor, Rogers County, not Tulsa County re the arrest. Thanks.

Michael Leake

Get Outlook for iOS

---

**From:** Michael Leake <Michael.Leake@osboe.ok.gov>
**Sent:** Thursday, February 2, 2023 4:53:25 PM
**To:** L T <drlinhstephens@gmail.com>; Richard Zimmer <Richard.Zimmer@osboe.ok.gov>
**Cc:** Linh Stephens <drlinhstephens@gmail.com>
[Quoted text hidden]

[Quoted text hidden]



**L T <drlinhstephens@gmail.com>**

# Linh Stephens, D.O. - Call

**L T** <drlinhstephens@gmail.com>                                    Tue, Feb 14, 2023 at 3:24 PM
To: Michael.Leake@osboe.ok.gov, Richard.Zimmer@osboe.ok.gov
Cc: Shar Agosta <shar@augustlawfirm.com>, investigations@osboe.ok.gov, Linh Stephens <drlinhstephens@gmail.com>
Bcc:

Hello Michael Leake and Richard Zimmer,

I do want to have a meeting in front of the whole medical board (with doctors, and normal civilians as well) NEXT week. For emphasis, with everyone on the medical board (not just lawyers like yourselves who are friends with Stephen E Hale per your undertone underhanded threats of retaliation against my medical license in email as attached below despite I'm the whistleblower); my criminal defense attorney will be there also, where I am a victim reporting crime committed by Stephen E Hale (a lawyer like yourself) practicing medicine WITHOUT any medical license, and THEN & THERE while in front of the whole board (with doctors and civilians nonlawyers) feel free to ask about false retaliation protective order against me (80 pounds Asian American female) by a 220+ pounds angry white male (same race and gender as you both) that has not been adjudicated at all nor charged at all followed by my abusive exhusband's perjurious false VPO—I wasn't served properly with VPO either.

My criminal defense attorney and I do NOT agree to meet you two biased lawyers outside of whole medical board, as you have NEVER denied IN WRITING your conflict of interest with Stephen E Hale and his law firm—who practiced medicine without a license by declaring multiple mothers in Oklahoma "crazy" or other made-up diagnoses with required treatment of their children to never to see their mothers again, while the truly mentally-ill father who-was-already-diagnosed by numerous licensed doctors was MISDIAGNOSED (again WITHOUT a medical license) by Stephen E Hale as "not mentally ill, no need for psych Eval, very fit father and recommend child(ren) taken away from currently safe, fit mother, while bypassing maternal safe/fit grandparents or extended safe relatives and close family friends, but given directly to abusive+/- mentally-ill fathers [to abuse the children 24/7]"

**Please coordinate the schedule with my lawyer Shar, whose email is in the CC.**

Original affidavit I submitted to medical board can be found here https://drive.google.com/file/d/1DKo29Md_oFEAxKorutGCDO7Lx32pDhpj/ and evidence of father's abuse and mental illnesses can be found here https://drive.google.com/drive/folders/14I4cntRRI8op1tJkttvus7pdbAr9BBfM

[Quoted text hidden]

## STATE BOARD OF OSTEOPATHIC EXAMINERS
## STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel., ) <br> STATE BOARD OF OSTEOPATHIC ) <br> EXAMINERS, ) <br> ) <br>       Petitioners, ) <br> ) <br> v. ) <br> ) <br> LINH STEPHENS, D.O. ) <br> Osteopathic Medicine License No. 5127, ) <br> ) <br>       Respondent. ) | Case No. 2023-011 |

## CITATION AND NOTICE OF HEARING

**TO: LINH STEPHENS, D.O. License No. 5127**

YOU ARE GIVEN NOTICE that pursuant to the Oklahoma Osteopathic Medicine Act (Act), Title 59 O.S. 1991, §620, *et seq.* and the Oklahoma Administrative Procedures Act Title 75 O.S. 1991, §301. *et seq.* you are commanded to appear at a hearing held before the Oklahoma State Board of Osteopathic Examiners, (Board), at the OSBOE Board Room, 4848 North Lincoln Blvd., Suite 100, Oklahoma City, Oklahoma 73105, on March 16, 2023. All hearings will begin at 9:00 o'clock a.m.

## NATURE OF THE HEARING

The purpose of the hearing will be to show cause why your license to practice osteopathic medicine in the State of Oklahoma, issued by the Board, should be suspended or revoked, or any other disciplinary action imposed by the Board as authorized by law for violation of the Act as specified in the Complaint containing the matters asserted and entered against you. A copy of said Complaint is included with this Citation and Notice

1

and incorporated herein by reference. Licensee is the holder of the above-listed osteopathic medical license issued by the Board authorizing Licensee to practice as an osteopathic physician in the State of Oklahoma. At the time of this Complaint, her license is in good standing.

## LEGAL AUTHORITY AND JURISDICTION FOR HEARING

The hearing is ordered pursuant to the authority and jurisdiction conferred upon the Board by Title 59 O.S. 1991, §637 and §631.1 and will be conducted according to the procedures set forth in the Oklahoma Administrative Procedures Act, Title 75 O.S. §301, *et seq*, and the Rules and Regulations of the Board.

## RIGHTS OF RESPONDENT

Be advised of your rights, which are as follows:

1. To be represented by legal counsel at this hearing;

2. To respond and present evidence on any relevant issue;

3. To subpoena witnesses and documentary evidence through the Board; and

4. Such other rights as are conferred by the Board and Board Rules and Regulations.

Respectfully submitted,

J. PATRICK QUILLIAN,          OBA #20811
Phillips, Coventon, Quillian, & Banner, PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, Oklahoma 73118
Phone: (405) 418-8888
Facsimile: (405) 260-9573
*jpatrickquillianpc@gmail.com*
SPECIAL PROSECUTOR FOR PETITIONER

2

STATE BOARD OF OSTEOPATHIC EXAMINERS
STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel., | ) |
| STATE BOARD OF OSTEOPATHIC | ) |
| EXAMINERS, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )    Case No. 2023-011 |
| | ) |
| LINH STEPHENS, D.O. | ) |
| Osteopathic Medicine License No. 5127, | ) |
| | ) |
| Respondent. | ) |

## COMPLAINT

The Prosecutor for the State Board of Osteopathic Examiners (the "Board"), J.

Patrick Quillian, states as follows:

1.    Dr. Linh Stephens, D.O., is the holder of a license to practice as an

osteopathic physician in the State of Oklahoma, license number 5127.

2.    Dr. Stephens is in violation of the Oklahoma Osteopathic Medicine Act, 59

O.S. 2021, §626(D) and §637(A)(7) and (A)(11) which state:

> "D. Any licensee or applicant for license subject to the provisions of
> the Oklahoma Osteopathic Medicine Act shall be deemed to have
> given consent to any duly authorized employee or agent of the Board
> to access, enter, or inspect, the records, either on site or at the Board
> office, or facilities of such licensee or applicant subject to the
> Oklahoma Osteopathic Medicine Act. Refusal to allow such access,
> entry, or inspection may constitute grounds for the denial, non-
> renewal, suspension, or revocation of a license."

> "Section 637

I

A. The State Board of Osteopathic Examiners may. . . . . suspend or revoke any license issued or reinstated by the Board upon proof that the applicant or holder of such a license:

> 7. Has violated or failed to comply with provisions of any act or regulation administered by the Board

> 11. Has violated or refused to comply with the lawful order of the Board."

3. On February 2, 2023, Dr. Stephens agreed to meet with Board Executive Director Michael Leake and Investigator Richard Zimmer at her office at 2:00 p.m. on February 7, 2023.

4. Later on February 2, 2023, Dr. Stephens declined and refused to meet with the Board Executive Director Michael Leake and the Board Investigator. Dr. Stephens' email provided in pertinent part:

"Good afternoon,

My clinic is for my patients and you guys are all NOT my patients, and expect to address my complaints against Stephen E. Hale for practicing medicine without a license at YOUR office, which I assume you have a Tulsa branch somewhere in (the) Tandy Building (OSU) downtown! Any disclosures and possible conflict of interests with the person I was complaining about?

I have other priorities and to-dos, and I don't want to have a meeting with just TWO lawyers and then having to repeat myself the same story to the rest of the medical board. I do NOT want you or anyone to speak about my complaints to the WHOLE medical board (including doctors, and citizens who are not doctors nor lawyers) on my behalf because I want to do it MYSELF to the whole medical board, so no one can twist my words or put words into my mouth." (Capitals in the original).

5. Later still on February 2, 2023, Mr. Leake responded to Dr. Stephens by email, to-wit:

"I am the Executive Director of the DO Board--the DO Board oversees your license to practice osteopathic medicine in Oklahoma and is also the office where you filed your complaint on the GAL attorney alleging the unauthorized practice of medicine. Are you asking to appear before the DO Board to talk to the whole Board about your complaint on Mr. Hale? The DO Board does have osteopathic doctors on it. If so, I'm happy to put you on the agenda. Lastly, I would still like to meet with you to discuss your arrest from last year. I am happy to arrange a meeting following your court hearing on February 14th in Tulsa County. Of course, you are welcome to bring a lawyer to this meeting. Many thanks.

Michael Leake"

6.     Dr. Stephens did not reschedule the informal meeting requested by Mr. Leake

and Investigator Zimmer.

7.     On February 14, 2023, Dr. Stephens sent the below email to Mr. Leake and

Mr. Zimmer, to-wit:

"I do want to have a meeting in front of the whole medical board (with doctors, and normal civilians as well) NEXT WEEK. For emphasis, with everyone on the medical board (not just lawyers like yourselves who are friends with Stephen E. Hale per your undertone underhanded threats of retaliation against my medical license in email as attached below despite I'm the whistleblower); my criminal defense lawyer will be there also, where I am a victim reporting crime committed by Stephen E. Hale (a lawyer like yourself) practicing medicine WITHOUT any medical license, and THEN & THERE while in front of the whole board (with doctors and civilians non-lawyers) feel free to ask about false retaliation protective order against me (80 pounds Asian American female) by a 220 plus pounds angry white male (same race and gender as you both). This has not been adjudicated at all nor charged at all followed by my abusive ex-husband's perjurious false VPO--I wasn't served properly with VPO either.

My criminal defense attorney and I do NOT agree to meet you two biased lawyers outside of whole medical board, as you have NEVER denied IN WRITING your conflict of interest with Stephen E. Hale and his law firm--who practice medicine without a license by declaring multiple mothers in Oklahoma "crazy" or other made up diagnosis with required treatment of their children to never to see their mothers again, while the truly mentally-ill father who was already-diagnosed by numerous licensed doctors was

MISDIAGNOSED (again without a medical license) by Stephen E. Hale as 'not mentally ill, no need for psyche eval, very fit father and recommended child(ren) taken away from currently safe, fit mother, while bypassing material safe/fit grandparents or extended safe relatives and close family friends, but given directly to abusive plus/minus mentally-ill fathers to abuse the children 24/7.'

**Please coordinate the schedule if my lawyer Shar, whose email is in the CC."**

8.    A review of records shows the following pending cases concerning Dr.

Stephens, to-wit:

Rogers County
CM-2022-157 filed 2-31-2022
Violation of VPO-arrested by Owasso PD

Rogers County
CM-2022-286 filed 5-24-2022
Violation of VPO-arrested by Owasso PD 3-26-2022
Hearing on both cases in Rogers County on 2-14-2023

Tulsa County
PO-2021-4059 pending
In OSCN record mentioned GAL (Stephen Hale) FD-15-2228
A full day scheduled for trial on PO-2021-3843, PO-2021-4059 set on 3-22-2023

List of cases Dr. Stephens has in Tulsa County:
FD-2015-2228
PO-2017-3292
PO-2021-3843
PO-2021-4059

Board Prosecutor prays that this matter be set for hearing and that Dr. Linh Stephens,

D.O. appear for hearing before the Board en banc on the above referenced allegations and

that the Board take any and all appropriate action based on that evidence.

Respectfully submitted,

4

J. PATRICK QUILLIAN,          OBA #20811
Phillips, Coventon, Quillian, & Banner, PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, Oklahoma 73118
Phone: (405) 418-8888
Facsimile: (405) 260-9573
jpatrickquillianpci@gmail.com
SPECIAL PROSECUTOR FOR PETITIONER



National Practitioner Data Bank
Health Resources and Services Administration
U.S. Department of Health and Human Services
P.O. Box 10832
Chantilly, VA 20153-0832
https://www.npdb.hrsa.gov

```
DCN: 5500000248322043
Process Date: 09/25/2024
Page: 1    of    3
STEPHENS, LINH TRAN
For authorized use by:
STEPHENS, LINH TRAN
```

# STEPHENS, LINH TRAN

| **OK STATE BOARD OF OSTEOPATHIC EXAMINERS** | |
|---|---|
| **STATE LICENSURE OR CERTIFICATION ACTION** | **Date of Action:** 03/16/2023 |
| **Initial Action** | **Basis for Initial Action** |
| - REPRIMAND OR CENSURE | - OTHER, SEE SECTION C. OF THE REPORT FOR DETAILS |

| **A. REPORTING ENTITY** | | |
|---|---|---|
| | Entity Name: | OK STATE BOARD OF OSTEOPATHIC EXAMINERS |
| | Address: | 4848 N LINCOLN BLVD STE 100 |
| | City, State, Zip: | OKLAHOMA CITY, OK 73105-3340 |
| | Country: | |
| | Name or Office: | CHRISTI AQUINO |
| | Title or Department: | DIRECTOR OF LICENSING |
| | Telephone: | (405) 528-8625 |
| | Entity Internal Report Reference: | CA |
| | Type of Report: | INITIAL |

| **B. SUBJECT IDENTIFICATION INFORMATION (INDIVIDUAL)** | | |
|---|---|---|
| | Subject Name: | STEPHENS, LINH TRAN |
| | Other Name(s) Used: | |
| | Gender: | FEMALE |
| | Date of Birth: | 01/24/1984 |
| | Organization Name: | |
| | Work Address: | |
| | City, State, ZIP: | |
| | Organization Type: | |
| | Home Address: | 8214 E 111TH PL S UNIT 100 |
| | City, State, ZIP: | BIXBY, OK 74008-2452 |
| | Deceased: | NO |
| | Federal Employer Identification Numbers (FEIN): | |
| | Social Security Numbers (SSN): | ***-**-5094 |
| | Individual Taxpayer Identification Numbers (ITIN): | |
| | National Provider Identifiers (NPI): | |
| | Professional School(s) & Year(s) of Graduation: | OKLAHOMA STATE UNIVERSITY CENTER FOR HEALTH SCIENCES COLLEGE OF OSTEOPATHIC MEDICINE (2010) |
| | Occupation/Field of Licensure: | OSTEOPATHIC PHYSICIAN (DO) |
| | State License Number, State of Licensure: | 5127, OK |
| | Specialty: | GENERAL PRACTICE/FAMILY PRACTICE |
| | Drug Enforcement Administration (DEA) Numbers: | |
| | Unique Physician Identification Numbers (UPIN): | |
| | Name(s) of Health Care Entity (Entities) With Which Subject Is Affiliated or Associated (Inclusion Does Not Imply Complicity in the Reported Action): | |
| | Business Address of Affiliate: | |
| | City, State, ZIP: | |
| | Nature of Relationship(s): | |

**CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY**

National Practitioner Data Bank
Health Resources and Services Administration
U.S. Department of Health and Human Services
P.O. Box 10832
Chantilly, VA 20151-0832
https://www.npdb.hrsa.gov

DCN: 5500000248322043
Process Date: 09/25/2024
Page: 2    of    3
STEPHENS, LINH TRAN
For authorized use by:
STEPHENS, LINH TRAN

| | |
|---|---|
| **C. INFORMATION REPORTED** | |

Type of Adverse Action: STATE LICENSURE OR CERTIFICATION

Basis for Action: OTHER - NOT CLASSIFIED, SPECIFY (99)

Other, as Specified: FAILURE TO COMPLY WITH THE OK BOARD

Name of Agency or Program
That Took the Adverse Action
Specified in This Report: OK STATE BOARD OF OSTEOPATHIC EXAMINERS

Adverse Action
Classification Code(s): REPRIMAND OR CENSURE (1140)

Date Action Was Taken: 03/16/2023

Date Action Became Effective: 03/16/2023

Total Amount of Monetary Penalty,
Assessment and/or Restitution:

Is the subject automatically reinstated
after the adverse action period is completed?:

Description of Subject's Act(s) or Omission(s) or Other
Reasons for Action(s) Taken and Description of Action(s) Taken
by Reporting Entity: Dr. Stephens failed to comply with the Board when she refused to let our board investigators access, enter, or inspect the facility where she worked. Therefore, Dr. Stephens was reprimanded.

Is the adverse action specified in this report based on the
subject's professional competence or conduct, which adversely
affected, or could have adversely affected, the
health or welfare of patient(s)?: NO

☐ Subject identified in Section B has appealed the reported adverse action.

| | |
|---|---|
| **D. SUBJECT STATEMENT** | If the subject identified in Section B of this report has submitted a statement, it appears in this section. |

| | |
|---|---|
| **E. REPORT STATUS** | Unless a box below is checked, the subject of this report identified in Section B has not contested this report. |

☐ This report has been disputed by the subject identified in Section B.

☐ At the request of the subject identified in Section B, this report is being reviewed by the Secretary of the U.S. Department of Health and Human Services to determine its accuracy and/or whether it complies with reporting requirements. No decision has been reached.

☐ At the request of the subject identified in Section B, this report was reviewed by the Secretary of the U.S. Department of Health and Human Services and a decision was reached. The subject has requested that the Secretary reconsider the original decision.

☐ At the request of the subject identified in Section B, this report was reviewed by the Secretary of the U.S. Department of Health and Human Services. The Secretary's decision is shown below:

Date of Original Submission: 09/25/2024

Date of Most Recent Change: 09/25/2024



National Practitioner Data Bank
Health Resources and Services Administration
U.S. Department of Health and Human Services
P.O. Box 10832
Chantilly, VA 20153-0832
https://www.npdb.hrsa.gov

| DCN: 5500000248322043 |
| Process Date: 09/25/2024 |
| Page: 3  of  3 |
| STEPHENS, LINH TRAN |
| For authorized use by: |
| STEPHENS, LINH TRAN |

| **F. SUPPLEMENTAL SUBJECT INFORMATION ON FILE WITH DATA BANK** | The following information was not provided by the reporting entity identified in Section A of this report. The information was submitted to the Data Bank from other sources and is intended to supplement the information contained in this report. |

Subject Name(s): STEPHENS, LINH
Date of Birth(s): 01/24/1984
Social Security Numbers (SSN): ***-**-5094

---

**This report is maintained under the provisions of:** Section 1921

The information contained in this report is maintained by the National Practitioner Data Bank for restricted use under the provisions of Section 1921 of the Social Security Act, and 45 CFR Part 60. All information is confidential and may be used only for the purpose for which it was disclosed. Disclosure or use of confidential information for other purposes is a violation of federal law. For additional information or clarification, contact the reporting entity identified in Section A.

---

━━━━━━━━━━━━ **END OF REPORT** ━━━━━━━━━━━━

**CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY**



# SUBJECT STATEMENT AND DISPUTE STATUS

Your Account  >  Your Reports  >  Report Response  >  Respond To Report 5500-0002-4832-2043

## You submitted the following statement for review:

The report's facts are inaccurate and it was not submitted as per NPDB requirements. For public safety, on 07JAN2023, Linh Tran Stephens, in her individual capacity (not as a doctor or corporation), filed a complaint with the Oklahoma State Board of Osteopathic Examiners (OSBOE), against lawyer Stephen E. Hale, who practiced medicine without a license. He diagnosed individuals with mental illnesses and recommended harmful treatments while dismissing board-certified doctors' notes indicating otherwise. For example, a licensed D.O. and many colleagues noted "zero concern for mental health," yet family-law lawyer Hale labeled Dr. Stephens as mentally ill, influencing Tulsa County Family Court to unjustly revoke custody for his paying client-Linh's long-divorced exhusband. Heather Collins, another victim, was cleared by two Ph.D. but was deemed too mentally ill by lawyer Hale to regain custody of her daughter. On 01FEB2023, OSBOE lawyer and director Michael Leake (same law school as Mr. Hale) reached out to Linh regarding her complaint against Hale, requesting a meeting, "Dear Dr. Stephens: I am writing to request a meeting with you to discuss the complaint you submitted and a few other matters. Please call our office so we can set up a meeting in Tulsa in the next few weeks.Very truly yours, Michael T. Leake Jr., J.D., Executive Director, State Board of Osteopathic Examiners..." Linh replied: "Thank you for reaching out to me. Monday 02-20-2023 is best, else Tuesday 02-21-2023. 10am or after? Please let me know". Mr. Leake: "Hi Doctor, Can we please arrange a time to meet sooner than the last half of February?" Linh: "What about Tuesday 02/07/2023 at 2PM or after? Where is the location for meeting in Tulsa?" (Linh did not know their Tulsa branch office address, only the OKC address). After further clarifications back and forth, OSBOE officials Mr Michael Leake(Oklahoma Bar License No. 32817), Richard Zimmer, J. Patrick Quillian, and Daniel Gamino(OBA #3227) instead of investigating their best friend/fraternity state-bar-member lawyer Mr. Stephen E. Hale(OBA #15777), they turned it around and retaliated against Linh (the whistleblower) with false allegations, engaging in abuse of power, nepotism, victim intimidation, and misappropriation of funds, thereby violating the Whistleblower Protection Act. About a month post-complaint, OSBOE served Linh a "Medical Board vs. Linh Stephens" notice despite no complaints against her (no patient, no non-patient ever complained against Dr. Linh Tran Stephens; patients only have praises for her), which the Board admitted on record on transcript of 16MAR2023 there was no patient nor safety complaint against Dr. Stephens for them to start this malicious "investigation" followed by malicious "public reprimand" without due process and without a jury of her peers that Dr. Stephens demanded when her name was defamed by this "public reprimand". Leake falsely accused Linh of not allowing him access to her clinic to examine the physical building and all medical charts, without any probable cause nor any victim statements, violating Dr. Stephens' Fourth Amendment right, Seventh Amendment right, all patients' HIPAA rights to privacy. Medical board was asking Dr. Stephens to participate in violating HIPAA's rights of patients without consent and Dr. Stephens declined to commit federal crime. Linh, employed by Peace Joy Clinic PLLC (not federally funded), has no authority to grant access beyond clinic patients, and the Board never contacted the property owner nor PLLC owners. Additionally, Mr. Gamino, a Board lawyer, failed to disclose a conflict of interest due to his friendship with Hale and his position in the DHS Union, aware of Linh's previous federal lawsuit against OKDHS. To date, the Board has refused to meet with Linh to address her original complaint and has not forwarded her concerns about Hale practicing medicine without a medical license to the Attorney General nor the District Attorney.

**Subject statement:** *In review*

We will review your statement, remove any personally identifiable information such as names, addresses, or phone numbers, and mark redacted information as "Name Deleted" or "Data Deleted."

After we review your statement, we will add it to the report and send you a copy of the amended report.  To change your statement return to Options page and select Add, Edit, or Withdraw.

**Dispute status:** *Pending*

Once we have reviewed your statement, section E of the report will state that you disputed this report.  You must contact the reporting entity in Section A to resolve your dispute.  Placing a report in dispute does not remove it from the NPDB.

To change your dispute status return to the Options page and select Add, Edit, or Withdraw.

## Is your contact information correct?

To update your contact information, return to the Options page and select Update.

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 420

Email Address(es):     linnstephens7@gmail.com

Mailing Address:       8214 E 111TH PL S UNIT 100
                       BIXBY, OK 74008-2452

We will notify you if this report is updated.  We also notify the reporting organization and any other organizations that may have received this report in the past 3 years.

## View Report

Return to Options



# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

Dr. Linh Stephens,
Plaintiff/Appellant,

vs

State of Oklahoma, ex rel. State Board of Osteopathic
Examiners,
Defendant/Appellee.

)
) Supreme Court Case Number: 121740
)
) Lower Court Case Number: CV-2023-995
)
) Lower Court  Oklahoma County District Court
)

## MANDATE

On the 27th day of March , 2025 , the Honorable Chief Justice Dustin P. Rowe of the Oklahoma Supreme Court ordered the Clerk of the Supreme Court to issue mandate, pursuant to the rules of the Oklahoma Supreme Court, in the above-styled appeal from the Oklahoma County District Court.

On appeal, the following judgment was entered on March 3rd, 2025

### REVERSED

Costs of $0.00 are taxed and allowed pursuant to Section 978 of Title 12 of the Oklahoma Statutes and the rules of the Oklahoma Supreme Court

Therefore, the Oklahoma County District Court is directed to enter of record the above judgments and to issue process or take further action as required by the order or opinion issued in this appeal.

JOHN D. HADDEN
Clerk of the Appellate Courts

By Julie McAllister, Deputy

# OKLAHOMA
## State Courts Network

**Previous Case**    **Top Of Index**    **This Point in Index**    **Citationize**    **Next Case**



## STEPHENS vs STATE OF OKLAHOMA EX REL STATE BD OF OSTEOPATHIC EXAMINERS

### 2025 OK CIV APP 9
### Case Number: 121740
### Decided: 03/03/2025
### Mandate Issued: 03/27/2025
### THE COURT OF CIVIL APPEALS OF THE STATE OF OKLAHOMA, DIVISION II

Cite as: 2025 OK CIV APP 9, __ P.3d __

DR. LINH STEPHENS, Plaintiff/Appellant,

vs.

STATE OF OKLAHOMA, ex rel. State Board of Osteopathic Examiners, Defendant/Appellee.

APPEAL FROM THE DISTRICT COURT OF
OKLAHOMA COUNTY, OKLAHOMA

HONORABLE ALETIA HAYNES TIMMONS, DISTRICT JUDGE

### REVERSED

Linh Stephens, Tulsa, Oklahoma, *Pro Se*

Daniel J. Gamino, DANIEL J. GAMINO & ASSOCIATES, P.C., Oklahoma City, Oklahoma, for Defendant/Appellee

GREGORY C. BLACKWELL, JUDGE:

¶1 Dr. Linh Stephens appeals the trial court's decision affirming the Oklahoma Board of Osteopathic Examiners' order of public reprimand issued to Dr. Stephens for violation of the Oklahoma Osteopathic Medicine Act, 59 O.S. § 620 *et seq*. Upon review, we reverse, holding that, on this record, Dr. Stephens could not have been reprimanded because she did not violate the portion of the act for which she was cited.

### BACKGROUND

¶2 Dr. Stephens filed a complaint with the Board regarding Stephen Hale, alleging that Mr. Hale engaged in the unlicensed practice of medicine while serving as the guardian ad litem in her divorce case. As Mr. Hale is not a doctor of osteopathy subject to the Board's jurisdiction, Dr. Stephens's complaint ultimately went nowhere. However, unbeknownst to Dr. Stephens, in the course of its investigation the Board discovered several legal matters pending against Dr. Stephens that the Board wished to question her about.

¶3 On February 1, 2023, executive director for the Board, Michael Leake, emailed Dr. Stephens requesting a meeting to discuss her complaint against Mr. Hale and "a few other matters." OR 21. The email did not elaborate on what the other matters were. Dr. Stephens responded, offering to meet at the end of February. Mr. Leake requested that they meet sooner than the end of February. Dr. Stephens suggested meeting on February 2 at 2:00 p.m. and inquired about the meeting location. Richard Zimmer, Chief Investigator for the Board, (who had been copied on Mr. Leake's initial query) intervened, stating: "Dr. Stephens, thank you for agreeing to meet with us. We will come to your office on Tuesday February 7, 2023, at 2 p.m." Dr. Stephens responded with the following:

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 423

My clinic is for my patients and you guys are NOT my patients, and I expect to address my complaints against Stephen E. Hale for practicing medicine without a license at YOUR office ... Any disclosures and possible conflict of interests with the person I was complaining about? ... I have other priorities and to-dos, I don't want to have a meeting with just TWO lawyers and then having to repeat myself the same story to the rest of the medical board. I do NOT want you or anyone to speak about my complaints to the WHOLE medical board ....

*Id.* at 24. Dr. Stephens also inquired in additional emails as to why she would be meeting with lawyers, not doctors, [1] and indicating that she would contact them later in the month to let them know if she would have time to go to their office in Oklahoma City.

¶4 Mr. Leake responded that he was the executive director of the Board that directly oversees individual's licenses to practice medicine, that he wanted to meet with her to discuss her prior arrest, and that she was more than welcome to bring counsel to the meeting. *Id.* at 25. Dr. Stephens then responded, stating among other things, the following:

I do want to have a meeting in front of the whole Medical Board (with doctors, and normal civilians as well) NEXT week. For emphasis, with everyone on the Medical Board ... My criminal defense lawyer and I do NOT agree to meet with you two biased lawyers outside of whole Medical Board, as you have NEVER denied IN WRITING your conflict of interest with Stephen E. Hale... Please coordinate the schedule with my lawyer, Shar, whose email is in the cc.

*Id.* at 27.

¶5 Without further notice, the Board then issued Dr. Stephens a citation, a complaint, and a notice for a hearing on the complaint. The hearing was set for March 16, 2023. The complaint alleged that Dr. Stephens had violated the Oklahoma Osteopathic Medicine Act due to her failure to allow the Board members to visit and inspect her office. Specifically, the complaint cited section 626(D) of the applicable act, which states:

Any licensee or applicant for license subject to the provisions of the Oklahoma Osteopathic Medicine Act shall be deemed to have given consent to any duly authorized employee or agent of the Board to access, enter, or inspect the records, either on-site or at the Board office, or facilities of such licensee or applicant subject to the Oklahoma Osteopathic Medicine Act. Refusal to allow such access, entry, or inspection may constitute grounds for the denial, nonrenewal, suspension, or revocation of a license.

OR, 4 (quoting 59 O.S. § 626(D)). A hearing was set at which Dr. Stephens was to show cause why she should not be disciplined, including the possibility of the revocation of her medical license, for violation of this statute.

¶6 At the hearing, the Board heard from Dr. Stephens, Mr. Leake, Mr. Zimmer, counsel for the Board, and counsel for Dr. Stephens. The Board found against Dr. Stephens but elected to issue a public reprimand in lieu of more draconian action. [2] Dr. Stephens then appealed the ruling to the district court in Oklahoma County pursuant to 75 O.S. § 322. Oral argument was held September 22, 2023. After hearing from both parties, the court affirmed the Board's decision, finding that the Board was entitled to visit and inspect Dr. Stephens's office, that she had refused to allow anyone from the Board to visit, and that her refusal constituted a violation of the Osteopathic Medicine Act. Dr. Stephens appeals.

## STANDARD OF REVIEW

¶7 In that the correctness of an administrative agency order is before us, the Oklahoma Administrative Procedures Act (OAPA), 75 O.S. § 250 *et seq*., governs our review. *City of Tulsa v. State ex rel. Pub. Employees Realtions Bd.*, 1998 OK 92, ¶ 12, 967 P.2d 1214, 1219. Generally, an administrative decision should be affirmed if it is a valid order and the administrative proceedings are free from error prejudicial to the appealing party. *Id.* (citing 75 O.S. § 322(3)). An administrative order, however, is subject to reversal if an appealing party's substantial rights are prejudiced because the agency's decision is entered in excess of statutory authority or jurisdiction, or an order is entered based on an error of law. *Id.* (citing 75 O.S. § 322(1)(b) & (d)).

## ANALYSIS

¶8 As relevant here, Dr. Stephens argues that the court erred in misapplying and misinterpreting 59 O.S. § 626(D). Section 626(D) reads in its entirety:

Any licensee or applicant for license subject to the provisions of the Oklahoma Osteopathic Medicine Act shall be deemed to have given consent to any duly authorized employee or agent of the Board to access, enter, or inspect the records, either on-site or at the Board office, or facilities of such licensee or applicant subject to the Oklahoma Osteopathic Medicine Act. Refusal to allow such access, entry, or inspection may constitute grounds for the denial, nonrenewal, suspension, or revocation of a license. Upon refusal of such access, entry, or inspection, pursuant to this section, the Board or a duly authorized representative may make application for and obtain a search warrant from the district court where the facility or records are located to allow such access, entry, or inspection.

*Id.* Dr. Stephens argues that the Board erred in publicly reprimanding her because the Board did not present any evidence of Dr. Stephens's alleged violation of this statute. She argues that the Board never requested access to her records or facilities as provided for in this statute, and that she cannot, therefore, have denied the same. Upon review, we agree.

¶9 Read in the light most favorable to the Board, the above statute allows the Board access to both Dr. Stephens's records and facilities for the purpose of accessing, inspecting, or entering those same records or facilities. Because in exchange for her license to practice medicine Dr. Stephens has been deemed to consent to such access, the refusal to allow such access to either her records or facilities would be a violation of the statute. Thus, the relevant question here is whether Dr. Stephens's responses to the Board constituted a refusal to access, enter, or inspect either her records or her facilities, or both.

¶10 In responding to Dr. Stephens's inquiry about the meeting's proposed location, Mr. Zimmer responded: "[W]e will come to your office." OR 23. Notably, Mr. Zimmer did not state they needed to come to her office to access her records or inspect facilities, or reference section 626(D) in any way. Rather, in the context of these emails, we find it clear that the Board was merely requesting to meet with Dr. Stephens. The statute notably does not require Dr. Stephens to have a meeting with an agent of the Board at her office or any other place, but simply requires Dr. Stephens to allow access, entry, and inspection of her records and facilities. Further, Dr. Stephens's response to Mr. Zimmer was that "her clinic was for her patients" and that she wanted to address her complaints against Mr. Hale at the Board's office. OR 24. She also stated that she did not want to have a meeting with "just two lawyers." *Id.* Mr. Leake responded, stating that he is the executive director of the Board, and he wanted to "discuss" her arrest from the year prior. *Id.* at 25. Dr. Stephens then replied that she wanted to have a meeting in front of the entire medical Board the following week and that she and her lawyer did not agree to meet with Mr. Zimmer or Mr. Leake outside of the Board. *Id.* at 27.

¶11 Upon review of the correspondence between Dr. Stephens, Mr. Zimmer, and Mr. Leake we find that there was never a request to access or enter Dr. Stephens's facilities or inspect any of her records. Instead, the Board's agents indicated that they wanted to meet with her at her office and discuss her arrest. Dr. Stephens is not required to host a meeting at her office or to have any sort of discussion with the Board should she not wish to do so. While she is required to allow entry to her facilities to inspect records or the facilities should such a request be made, we decline to construe the Board's request here as one made under the authority of 59 O.S. § 626(D).

¶12 Dr. Stephens's position is further supported by the testimony of the Board's agents at the administrative hearing. Mr. Zimmer testified that the Board simply wanted to talk to her and visit her at her office. OR 115. Dr. Stephens's counsel then asked why, if they were only wanting a meeting with Dr. Stephens to discuss her arrest, they could not have offered to meet her at a public place. *Id.* at 116. Mr. Zimmer replied, "That's what we chose to do." *Id.* He then stated that their intent was to "sit down and meet with her about this complaint against Mr. Hale." *Id.* Further, Mr. Leake testified that he and Mr. Zimmer were not refused physical access to the building. *Id.* at 199. Mr. Leake later added that Dr. Stephens was cited for violating 59 O.S. § 626(D) because she refused to talk to the Board. *Id.* at 124-25. Dr. Stephen's counsel even clarified asking Mr. Leake, "you are saying that her refusing to meet you is a violation of Title 59 § 626(D), period?" *Id.* at 127. Mr. Leake responded, "correct." *Id.*

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 425

¶13 We disagree with the Board's interpretation of 59 O.S. § 626(D) as it clearly does not require Dr. Stephens, or any other doctor, to talk to the Board about any matter. Put another way, refusing to have a meeting with the Board at one's office about a matter is not a violation of the statute unless it is clear that the purpose of the meeting is to permit the thing which § 626(D) permits: the inspection of records or facilities, or both. Dr. Stephens clearly did not wish to allow the Board to come to her office to speak with her, and she was not required under these circumstances to host a meeting unrelated to the purposes of § 626(D) in her office. Further, should the Board wish to cite a licensee for violation of 59 O.S. § 626(D), they should make it clear to the individual that they are requesting entry or access to records or facilities under the authority of that statute.

¶14 In reviewing Dr. Stephens's hearing before the trial court, we find that the court made erroneous findings of both fact and law. As to the facts, the trial court erroneously found that Dr. Stephens originally agreed to meet with the Board in her office prior to refusal. Tr. (Sept. 22, 2023), 18 (finding that Dr. Stephens "agreed to meet [Mr. Leake and Mr. Zimmer] in her office at 2:00 o'clock on February 7th."). However, upon review of the record, we find that Dr. Stephens made no such agreement. Rather, at all times, she made it clear that she did not desire to hold the suggested meeting at her office.

¶15 More to the point, and as to the law, the trial court stated that the "statute says they can come at anytime ... to meet with her ...." Tr. (Sept. 22, 2023), 14. However, as outlined above, we disagree with this interpretation of the statute. Section 626(D) does not permit the Board to require its licensees to hold their offices open for any meeting desired by the Board. Rather, the statute empowers the Board to "to access, enter, or inspect the records, either on-site or at the Board office, or facilities of such licensee ...." While we interpret this language broadly--to allow the Board to send it agents to either (1) access and inspect records of the licensee *and* (2) to access, enter, and inspect the facilities of the licensee--we cannot interpret it to allow unfettered access, for any purpose desired by the Board. If done under the auspices of § 626(D), the entry to the facilities must be for one of the statute's designated purposes, such as inspection of records or facilities, or both. [3] As such, the trial court's affirmance of the Board's reprimand was premised on an error of law and must be reversed. [4]

¶16 **REVERSED**.

WISEMAN, P.J., and FISCHER, J., concur.

March 3, 2025

**FOOTNOTES**

GREGORY C. BLACKWELL, JUDGE:

[1] Mr. Zimmer is not a lawyer.

[2] Despite Dr. Stephens's protestations to the contrary, such is permitted under the act. 59 O.S. § 637.1(A)(2) ("In addition or as an alternative, as the case may be, to revoking, conditioning, suspending, reinstating or refusing to renew any license, the State Board of Osteopathic Examiners may, after affording opportunity to be heard ... [i]ssue an order of warning, reprimand or censure with regard to any act, conduct or practice which, in the judgment of the Board upon consideration of all relevant facts and circumstances, does not warrant the initiation of formal action ....").

[3] The trial court also spent significant time focused on subsection (C)(3) of section 626. *See* Tr. (September 22, 2023), 15-16, 21-22. That portion of the statute allows the Board to hire a CLEET-certified peace officer to "investigate and inspect the nonfinancial business records of all persons licensed pursuant to the Oklahoma Osteopathic Medicine Act in order to determine whether or not licensees are in compliance with the Oklahoma Osteopathic Medicine Act and the Uniform Controlled Dangerous Substances Act *or any other law* ...." 59 O.S. § 626(C)(3) (emphasis supplied). We find that this provision, which was not cited in the complaint, has no relevance here. It empowers the Board to hire an investigator and permits the Board to delegate broad investigatory powers to that investigator. It does not in any way dictate the degree to which an osteopath must cooperate with any particular investigation. While the lack of cooperation may have consequences not presented here, and subsection (D) empowers the Board to obtain search warrants for records to which the Board is entitled should they not be turned over voluntarily, nothing in section 626(C)(3) justifies the Board's letter of reprimand under review.

[4] As resolution of this proposition of error decides the case in Dr. Stephens's favor, we decline to review any of her other claims of error.

## Citationizer© Summary of Documents Citing This Document

| Cite | Name | Level |
|------|------|-------|

None Found.

## Citationizer: Table of Authority

| Cite | Name | Level |
|------|------|-------|

**Oklahoma Supreme Court Cases**

| Cite | Name | Level |
|------|------|-------|
| 1998 OK 92, 967 P.2d 1214, 69 OBJ 3242, | City of Tulsa v. State ex rel. Public Employees Relations Board | Discussed |

**Title 59. Professions and Occupations**

| Cite | Name | Level |
|------|------|-------|
| 59 O.S. 620, | Short Title | Cited |
| 59 O.S. 626, | Election of Officers - Bonds - Expenditures - Consent to Inspect Records | Discussed at Length |
| 59 O.S. 637.1, | Additions or Alternatives to Revoking, Conditioning, Suspending, Reinstating or Refusing to Renew Licenses | Cited |

**Title 75. Statutes and Reports**

| Cite | Name | Level |
|------|------|-------|
| 75 O.S. 250, | Short Title | Cited |
| 75 O.S. 322, | Setting Aside, Modifying, or Reversing of Orders - Remand - Affirmance | Discussed at Length |

6/23/25, 5:53 PM
Gmail - NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else fac…

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 427

 Gmail

**L T <drlinhstephens@gmail.com>**

---

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else face federal lawsuit

**L T <drlinhstephens@gmail.com>**                              Thu, Jun 13, 2024 at 11:32 AM
To: Joshua Freeman <Joshua.Freeman@osboe.ok.gov>, investigations@osboe.ok.gov
Cc: Christi Aquino <christi.aquino@osboe.ok.gov>
Bcc: mister.gau87@gmail.com, hesteranne1@gmail.com, jimlovett@yahoo.com, augustlawfirm@gmail.com, drlinhstephens@gmail.com

Today 05/13/2024, I would like to withdraw OSBOE renewal application of Dr. Stephens, Linh Tran. Just for the record, You have failed to accept my conditional acceptance (whose deadline was yesterday 06/12/2024) as I have not received your response to my conditional acceptance letter. Peace out.

Sincerely,

Linh-Tran:Stephens, Agent
Without prejudice; all rights reserved. Without recourse.
Free Rural Delivery, Broken Arrow, Oklahoma

On May 29, 2024, at 07:59, Joshua Freeman <Joshua.Freeman@osboe.ok.gov> wrote:

I am not an attorney. I am Investigator Joshua Freeman, a peace officer for the State of Oklahoma and Investigator with the Oklahoma Board of Osteopathic Examiners. You have been given notice for the June 20, 2024 Board Meeting. If you have any problems, you are welcome to call the office and speak with me. You may either withdraw your renewal application or appear before the Board on June 20, 2024. Whether you attend or not is on your discretion, the Board will be meeting regardless of your attendance. Please advise the Board what your intention is by June 13th, 2024. Again, you are welcome and encouraged to retain and have counsel present.

---

**From:** L T <drlinhstephens@gmail.com>
**Sent:** Tuesday, May 28, 2024 5:18 PM
**To:** Joshua Freeman <Joshua.Freeman@osboe.ok.gov>
**Cc:** L T <drlinhstephens@gmail.com>
**Subject:** [EXTERNAL] Re: NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else face federal lawsuit

I am NOT acknowledging receipt nor jurisdiction. I am entering SPECIAL ENTRY OF APPEARANCE and self representing and your attachments are all hearsay WITHOUT ANY notarized wet ink sworn statement (affidavit) of first hand witnesses against me. This is your final notice and final warning. By disregarding what I just demanded less than an hour ago, you are admitting guilt that you are maliciously prosecuting me without any harmed victim, without proper jurisdiction, ignoring common law and ignoring human rights that I'm invoking and am entitled to.

**What is your full legal name and your OBA number, sir?**

V/R,

/s/ linh-tran: stephens, Agent

Linh-Tran: Stephens, Authorized Representative

6/23/25, 5:53 PM                Gmail - NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else fac…

Appellate Case: 25-5063    Document: 36    Date Filed: 06/25/2025    Page: 428

# Reserving all my rights Without Prejudice, Without Recourse, UCC §1-308
# A natural living breathing woman with a living soul,
# living on the land of the Republic of Oklahoma with full human rights, Sui Juris, One of the People,
# Attorney-in-fact, Agent, Representative for Legal Fiction,
# Acting as Beneficiary of LINH TRAN STEPHENS
# General Delivery Town Post
# c/o <u>11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma</u> [74133-7366]
# LinhStephens7@gmail.com

On May 28, 2024, at 17:07, L T <drlinhstephens@gmail.com> wrote:

You (Mr. Joshua Freemen, a lawyer) and STATE OF OKLAHOMA and OSBOE also have no jurisdiction over me as per previous email of my nationality declaration; I also am a citizen of Viet Nam, therefore I'm noncitizen foreign national. You must refile your false allegations against me to federal court and NOT local state courts and not its administrative courts as diversity in citizenship. See you in federal court, malicious prosecutor !

V/R,

Linh Tran Stephens

On May 28, 2024, at 16:53, L T <drlinhstephens@gmail.com> wrote:

Begin forwarded message:

**From:** L T <drlinhstephens@gmail.com>
**Date:** May 28, 2024 at 16:48:07 CDT
**To:** Joshua Freeman <Joshua.Freeman@osboe.ok.gov>
**Cc:** L T <drlinhstephens@gmail.com>
**Subject: NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else face federal lawsuit**

Just to clarify, I have NOT been criminally charged, but yes I was civilly charged by family court for contempt of erroneous court child support orders—being on appeal all the way to higher courts.

6/23/25, 5:53 PM                Gmail - NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else fac…

Appellate Case: 25-5063   Document: 26   Date Filed: 06/25/2025   Page: 429

I also need your discovery, names and names of witnesses, and affidavit of alleged harms that you fabricated against me to be forwarded to me immediately— including the name of any doctor or psychiatrist that you alleging diagnosing me as mentally ill and or any patients alleging I have done harm to them (if none available then I MOTION TO DISMISS the case). You as a lawyer is mentally ill and delusional to be diagnosing me as mentally ill when no doctor nor psychiatrist has ever diagnosed me with any psychiatric diagnoses.  I am rebutting and objected to all your inadmissible hearsay and false-and-vague allegations.

Without a response back to me within 24 hours, you are defaulted and admitting that you and your medical board have done harm to me and malicious persecuting me, and you are asking me to take further legal actions against you personally, and against the medical board for harassment, intimidation, discrimination (not renewing license without any probable cause compare to other doctors, retaliation for reporting your lawyer friend GAL Stephen E Hale for practicing mental health without a medical license) and defamation, etc. in Federal Court and U.S. Federal Claim Courts.

Additionally, all my previous statements or affidavits of naturalization are all hereby null and void. I am hereby issuing a new statement or affidavit of naturalization for Linh Tran Stephens (myself), LINH TRAN STEPHENS, PEACE JOY CLINIC PLLC, my current and future organizations, and my current and future trusts; by power of naturalization given by **8 USC §1101(a)(23)**, I hereby confer the nationality of the Family of Tran Nation upon all of the previously mentioned persons after birth, by any means whatsoever. Previously, I was unaware of the definition of the various words, terms, and phrases. Aforementioned persons are not located, are not domiciled, are not a resident of, nor ever has been a resident of any of the following places or businesses: UNITED STATES (located in Washington District of Columbia), STATE OF OKLAHOMA, STATE OF TEXAS, STATE OF OREGON, or any other incorporated entity or business at all anywhere— or any other incorporated entity or business at all anywhere.

Pursuant to **8 USC §1408**, all of the above persons are "nationals but not citizens of the United States since birth". The United Nations' **Universal Declaration of Human Rights Article 15, section 2**, written by Teddy Rosevelt's wife, states that "no one can be arbitrarily deprived of their nationality or denied the right to change it"--if deprived of such right, it would be considered as "international human rights violation" and "involuntary servitude", which are crimes punishable by law.

6/23/25, 5:53 PM          Gmail - NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else fac…

Appellate Case: 25-5063          Document: 26          Date Filed: 06/25/2025          Page: 430

I hereby issue a qualified and temporary statement of allegiance between the above persons and the person called the United States as per the following contractual situation:

*"Linh Tran Stephens (myself), LINH TRAN STEPHENS, Peace Joy Clinic PLLC, my current and future businesses, my current and future organizations, my current and future trusts, all pledge allegiance to the Flag and the Republic of the unincorporated United States for America, for which it stands, one nation, under Yahuah, indivisible, with liberty and justice for all."*

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT—Cease and Desist else face federal claims**

V/R,

linh-tran: stephens, Authorized Representative
Reserving all my rights Without Prejudice, Without Recourse, UCC §1-308
A natural living breathing woman with a living soul, living on the land of the Republic of Oklahoma with full human rights, Sui Juris, One of the People, Attorney-in-fact, Agent, Representative for Legal Fiction, Acting as Beneficiary of LINH TRAN STEPHENS General Delivery Town Post
c/o 11063 S Memorial Dr Ste D #235, Tulsa, Oklahoma [74133-7366]
LinhStephens7@gmail.com

On May 24, 2024, at 11:37, L T <drlinhstephens@gmail.com> wrote:

The answer is no. Sorry, I misunderstood the legal jargon, but my pro bono lawyer cleared that up.

Appellate Case: 25-5063      Document: 26      Date Filed: 06/25/2025      Page: 431

V/R,


Linh Tran Stephens, D.O.



On May 24, 2024, at 11:32, Joshua Freeman <Joshua.Freeman@osboe.ok.gov> wrote:


Dr. Stephens, with all due respect, that did not clear it up. Are you now stating the answer to question 7 is "no"?


If not, for the 2nd time, please give the rest of the context for the question. Here is the question again. If the answer is "yes," finish answering the question in its entirety.


**"7. Within the last (12) months, or since your last renewal, were you arrested, indicted, charged with, agreed to a deferred sentence, or convicted of any crime other than traffic violation? Pleas of guilty, non-fault, nolo contendere, deferred sentence, Alford plea, or other such plea for the alleged criminal activity shall be deemed a conviction. All arrests should be reported here.** if Yes: explain in detail. If you answered "yes" regarding an arrest, indictment, or charge, **please provide the following**: date and time of arrest or filing of charges, arresting department/agency, report or case numbers, and the county or city where the arrest or charges occurred. It is not uncommon for physicians to contact their legal counsel for assistance in responding to this question."


---

**From:** L T <drlinhstephens@gmail.com>
**Sent:** Friday, May 24, 2024 11:24 AM
**To:** Joshua Freeman <Joshua.Freeman@osboe.ok.gov>
**Cc:** L T <drlinhstephens@gmail.com>; Shar Agosto <shar@augustlawfirm.com>
**Subject:** [EXTERNAL] Fwd: OSBOE Renewal


Please see the answer below from my pro bono lawyer. Hopefully that cleared it up?


Sincerely,


Linh Tran Stephens, D.O.


Begin forwarded message:


**From:** Shar Agosto <augustlawfirm@gmail.com>
**Date:** May 24, 2024 at 09:44:56 CDT
**To:** L T <drlinhstephens@gmail.com>
**Subject: Re: OSBOE Renewal**


Wouldn't the answer be no? You weren't charged criminally or under any criminal statute.

Shar Agosto
August Law Firm PLLC
shar@augustlawfirm.com
(918) 401-0277

On Fri, May 24, 2024 at 09:34 L T <drlinhstephens@gmail.com> wrote:

Morning,

I did not waive any rights (nor ever in past or future), as I am a citizen of Viet Nam, not a citizen of United States INC, and I demand full disclosures from you and all your associates. Are you in any shape or form (even if far removed), related to Cierra Freeman via blood, marriage, association, financially, etc—FULL DISCLOSURE is demanded? I am requesting full disclosure from you and all the board-members and board's attorney, especially if any conflict of interest to Stephen Hale, Riggs Abney Law Firm, OKDHS, or Maria Chico.

V/R,

Linh Tran Stephens, D.O.

Without Prejudice, Without Recourse

Sui Juris

On May 24, 2024, at 08:49, Joshua Freeman <Joshua.Freeman@osboe.ok.gov> wrote:

Hello Dr. Stephens,

I am Inv. Josh Freeman with the Oklahoma Osteopathic Board. We have received your renewal application and have observed you answered "yes" to question 7. Below is the question and your answer for reference. Your answer did not satisfy the requirements stated in the question and left out key details. Please provide the required information for your renewal application to be processed. If you have any questions or concerns, please reach out to me.

Question 7

**"7. Within the last (12) months, or since your last renewal, were you arrested, indicted, charged with, agreed to a deferred sentence, or convicted of any crime other than traffic violation? Pleas of guilty, non-fault, nolo contendere, deferred sentence, Alford plea, or other such plea for the alleged criminal activity shall be deemed a conviction. All arrests should be reported here.** if Yes: explain in detail. If you answered "yes" regarding an arrest, indictment, or charge, **please provide the following**: date and time of arrest or filing of charges, arresting department/agency, report or case numbers, and the county or city where the arrest or charges occurred. It is not uncommon for physicians to contact their legal counsel for assistance in responding to this question."

Your Answer

"Alleged contempt of court for inability to pay alleged child support (victimless crime, unconstitutional debtor-incarceration, where there was no witness nor evidence presented by the State during jury trial that was tainted) in

family court despite I rescinded all alleged contracts with all state courts/agencies and despite I has NEVER consented to their jurisdiction; this is currently on appeal"

Thank you,

**Joshua Freeman** I **Special Investigator**

State Board of Osteopathic Examiners

4848 N. Lincoln Blvd. Ste. 100 Oklahoma City, Oklahoma 73105

Office: 405-528-8625 I Direct: 405-724-9323 I Cell: 405-778-4939

Email: Joshua.Freeman@osboe.ok.gov

https://oklahoma.gov/osboe/forms.html for Compliance Forms



# Exhibit B

FILED

JUN 0 6 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

25 CV - 2 8 5 GKF - MTS

**PARTIES for Habeas Corpus for Linh**

0) *Plaintiff:* **Linh Tran Stephens**, sui juris
Rural Free Delivery, Non-Domestic 0000u,
% 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt,near 29407] without U.S. Washington, D.C.
Phone: 817-631-3223 (donotcall.gov)
*Defendants:*

1) **STATE OF OKLAHOMA and its divisions and employees/successors;**
2) Loretta Radford a/k/a **LORETTA RADFORD**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court; docket F;
3) Deborrah Ludi-Leitch a/k/a **DEBORRAH LUDI LEITCH**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court; docket F;
4) Emmalene Stringer a/k/a **EMMALENE STRINGER**, in her individual capacity and in official capacity as State Attorney of Child Support Services
5) Jacob R. Williamson a/k/a **JACOB R WILLIAMSON**, in his individual capacity and in official capacity as Tulsa County District Court Sheriff employee;
6) Vic Regalado a/k/a **VIC REGALADO**, in his individual capacity and in official capacity as SHERIFF OF TULSA COUNTY;
7) Kim Hall a/k/a **KIM HALL**, in her individual capacity and in official capacity as Court Clerk of Tulsa County District Court;
8) Jeffrey Cartmell, a/k/a **JEFFREY CARTMELL** in his individual capacity and in official capacity as DIRECTOR OF OKDHS since 2024 replacing DEBORAH SHROPSHIRE;
9) Gentner Drummond, a/k/a **GENTNER FREDERICK DRUMMOND** in his individual capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since 2023;
10) John Kevin Stitt, a/k/a, **J. KEVIN STITT**, in his individual capacity and in official capacity as GOVERNOR OF OKLAHOMA;
11) **TULSA COUNTY DISTRICT COURT and its divisions** (Family Court, Juvenile Court, Civil Court, Small Claim Court Division) **and its employees/successors**
12) **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and its divisions and its employees/successors;**
13) **OKLAHOMA CHILD SUPPORT SERVICES (CSS)**
14) **OKLAHOMA SHERIFFS' ASSOCIATION;**
15) **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG);**
16) **OKLAHOMA SECRETARY OF STATE (SOS);**
17) **OKLAHOMA STATE GOVERNOR'S OFFICE;**
18) **DAVID L. MOSS JUSTICE CENTER/TULSA COUNTY JAIL**
19) **DOES #1-99** known but unidentified STATE OF OKLAHOMA's employees;

- *Defendants # 1, 9, 15, and all defendants:*
Oklahoma Attorney General Gentner Drummond for **STATE OF OKLAHOMA and all its employees/successors**
313 NE 21st Street, Oklahoma City, OK 73105
- *Defendant # 2, 3, 11*
**Tulsa County District Court and all its divisions:**
ATTN: Clerk's Office, Presiding Judge, and Board of County Commissioners, Judges of docket F: Loretta Radford, Deborah Ludi Letich
500 S. Denver Avenue, Tulsa, OK 74103
- *Defendants # 4, 8, 12, 13*
**Oklahoma Department of Human Services and its divisions including CSS**, Emallene Stringer, director Jerrey Cartmell and Deborah Shropshire
2400 N. Lincoln Blvd., Oklahoma City, OK 73105
- *Defendant # 5, 6*
Tulsa County Sheriff's Office
ATTN: Sheriff Vic Regalado and Jacob Williamson
500 S Denver Ave, Tulsa, OK 74103-3832
- *Defendant # 7*
Tulsa County Court Clerk's Office; ATTN: **Kim Hall**
500 S. Denver Avenue, 3rd Floor
Tulsa, OK 74103
- *Defendant # 13:* CSS
P.O. Box 268849, Oklahoma City, OK 73126-8849
- *Defendant # 14*
OKLAHOMA SHERIFFS' ASSOCIATION ATTN:
Executive Director Ray and Registered Agent for Service of Process:
1615 South State Street, Edmond, OK 73013
- *Defendant # 16*
Service of Process Division, **Oklahoma Secretary of State**
2300 N Lincoln Blvd, Suite 101
Oklahoma City, OK 73105-4897
- *Defendant # 10, 17*
Office of the Governor, ATTN: J. Kevin Stitt
Oklahoma State Capitol
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
- *Defendant # 18*: **DAVID L. MOSS JUSTICE CENTER**, 300 N. Denver Ave. Tulsa, OK 74107
- CC: **The Board of County Commissioners**, Tulsa County Headquarters
218 W. 6th St., Tulsa, OK 74119-1004

*Fee paid & Summons*

OKND 2254 Mod 07/2019

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Northern District of Oklahoma |
|---|---|

| Name: (under which you were convicted): | Docket or Case No.: |
|---|---|
| LINH TRAN STEPHENS | FD-2015-2228 |

| Place of Confinement : | Prisoner No.: |
|---|---|
| David L. Moss | 1282383 |

| Petitioner (include the name under which you were convicted) | | Respondent (authorized person having custody of petitioner) |
|---|---|---|
| LINH TRAN STEPHENS | v. | STATE OF OKLAHOMA, Loretta Radford, DAVID L. MOSS, TULSA SHERIFF'S ASSOCIATION, OKDHS, CSS |

| The Attorney General of the State of: | DOUG DRUMMOND |
|---|---|

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    TULSA COUNTY DISTRICT COURT

    (b) Criminal docket or case number (if you know):     FD-2015-2228

2.  (a) Date of the judgment of conviction (if you know):     allegedly 05/02/2025 (ordered 05/08/2025?)

    (b) Date of sentencing:     05/08/2025

3.  Length of sentence:     6 months

4.  In this case, were you convicted on more than one count or of more than one     ☐ Yes   ☒ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    contempt of court for unvalidated fraudulent debt that I don't owe

6.  (a) What was your plea? (Check one) I did not plea because Court refused to answer Jurisdiction challenges & others

    ☐ (1)   Not guilty      ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty          ☐ (4)   Insanity plea

Page 2 of 16

OKND 2254 Mod 07/2019

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?          N/A

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

         ☐ Jury     ☐ Judge only N/A I was blocked out of pretrial hearings; Removal to Federal filings;

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

         ☐ Yes     ☐ No N/A, see above

8.    Did you appeal from the judgment of conviction?

         ☐ Yes     ☒ No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes     ☐ No

     If yes, answer the following:

     (1) Name of court: _____

     (2) Docket or case number (if you know): _____

     (3) Result: _____

OKND 2254 Mod 07/2019

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

    _____

    _____

    (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Y ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: U.S. DISTRICT COURT NORTHERN DISTRICT OF OKLAHOMA

    (2) Docket or case number (if you know): 24-CV-216-JDR-CDL

    (3) Date of filing (if you know): 03/06/2025

    (4) Nature of the proceeding: PENDING appeal in 10th circuit

    (5) Grounds raised: jurisdictional challenge: Proceeding Without Jurisdiction (Viet Nam nation)

      Double Jeopardy (Violation of 5th Amendment), pending appeal from same conviction 02/2024

      Unconstitutional Imprisonment for Debt (Violation of 14th Amendment Due Process)

      Violation of Equal Protection and Due Process (14th Amendment) : court imposed financial

      barriers to justice by conditioning my right to a jury trial on payment of fees despite my documented

      financial indigency; court granted accommodations for virtual attendance to opposing parties while

      denying me the same accommodation despite my residence in South Carolina and documented

      financial inability to travel and without a car had to borrow others. Denial of Right to Be Heard;

      (due process 14th Amend): labeled me as "no show" after blocked me out; threaten arrest advocate

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes ☒ No

    (7) Result: depriv of rights: lack of jurisdiction, double jeopardy, debtor prison inability to pay

OKND 2254 Mod 07/2019

    (8) Date of result (if you know):    05/02/2025

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    U.S. DISTRICT OKND+ TULSA COUNTY DISTRICT COURT

    (2) Docket or case number (if you know):    FD-2015-2228 and 24-CV-216-JDR-CDL

    (3) Date of filing (if you know):    03/06/2025

    (4) Nature of the proceeding:    NOTICE OF REMOVAL FROM STATE COURT...

    (5) Grounds raised:    Diversity Jurisdiction under 28 U.S.C. §1332 Viet Nam citizen, NOT U.S. citizen

        Civil Rights Removal under 28 U.S.C. § 1443

        Federal Question Jurisdiction under 28 U.S.C. § 1331

        28 U.S.C. § 1441 (in addition to §§ 1331, 1332, 1443, and 1446)

        FDCPA violations, ADA rights violations,

        Violation of Civil Rights 42 USC §1983; Deprivation of Rights Under Color of Law 18 USC §242

        Kidnapping (18 U.S.C. §1201); Extortion; R.I.C.O.,

        Conspiracy to Deprive of Rights (18 U.S.C. §241)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☒ No

    (7) Result:    deprivation of rights, denial without hearing; refusal to STAY all proceedings

    (8) Date of result (if you know):    05/02/2025

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:    TULSA COUNTY DISTRICT COURT

    (2) Docket or case number (if you know):    FD-2015-2228

    (3) Date of filing (if you know):    03/06/2025 + 03/07/2025 + 05/01/2025

    (4) Nature of the proceeding:    **Notice/Affidavit jurisdiction+ COL form+formal protest**

    (5) Grounds raised:    Lack of jurisdiction over a natural person Viet Nam nation. Gov acting as a

        private corporation under the Clearfield Doctrine. Absence of a valid complainant with firsthand

        knowledge. Rebuttal of presumption that the individual is a legal entity.

        Challenge to contractual obligations. Tax exemption for natural persons.

        Challenge to attorneys' authority.

        Demand for proof of authority and oath of office as article iii judge

        Objection of special judges' jurisdiction

        form COL "violation warning Denial of Rights" served directly to judge and also filed 03/07/2025

OKND 2254 Mod 07/2019

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____ denied without hearing, deprivation of rights _____

(8) Date of result (if you know): _____ 05/02/2025 _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:    ☒ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

_____ N/A _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _____ SEE ATTACHED for 11 grounds _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why:    _____

_____

_____

_____

_____

_____

_____

OKND 2254 Mod 07/2019

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐    Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐    Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐    Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the    ☐    Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

OKND 2254 Mod 07/2019

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

_____

_____

| **GROUND TWO:** | SEE ATTACHED for 11 grounds |
| --- | --- |

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why:

_____

_____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐  Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Page 8 of 16

OKND 2254 Mod 07/2019

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

_____

_____

**GROUND THREE:**                    SEE ATTACHED for 11 grounds

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

OKND 2254 Mod 07/2019

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐  Yes  ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐  Yes  ☐  No

(4) Did you appeal from the denial of your motion or petition?  ☐  Yes  ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the  ☐  Yes  ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

OKND 2254 Mod 07/2019

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:  _____

_____

_____

**GROUND FOUR:**          SEE ATTACHED for 11 grounds

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:  _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐    Yes    ☐    No

(2) If you did not raise this issue in your direct appeal, explain why:  _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  _____

OKND 2254 Mod 07/2019

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:    SEE ATTACHED last paragraph under

Section *STATEMENT OF FACTS* and also section *EXHAUSTION OF STATE REMEDIES*

_____

_____

_____

_____

OKND 2254 Mod 07/2019

13. Please answer these additional questions about the petition you are filing:

   (a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☒ Yes    ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   _____

   (b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   N/A _____

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

   _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    N/A _____

   _____

   _____

   _____

   _____

OKND 2254 Mod 07/2019

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:        N/A since I am sui juris self presenting as a Viet Nam national

(b) At arraignment and plea:        N/A since I am sui juris self presenting as a Viet Nam national

(c) At trial:        N/A since I am sui juris self presenting as a Viet Nam national

(d) At sentencing:        N/A since I am sui juris self presenting as a Viet Nam national

(e) On appeal:        N/A since I am sui juris self presenting as a Viet Nam national

(f) In any post-conviction proceeding:        N/A since I am sui juris self presenting as a Viet Nam

(g) On appeal from any ruling against you in a post-conviction proceeding:

        N/A since I am sui juris self presenting as a Viet Nam national

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

        N/A but the court likely will do triple and quadruple jeopardy as they have zero respect for LAW,

        for CREATOR, nor for men/women that sacrificed for freedom and for the U.S. Constitution court shit on

(b) Give the date the other sentence was imposed:        N/A

(c) Give the length of the other sentence:        N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes   ☐ No N/A

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        N/A this is a timely filed habeas

OKND 2254 Mod 07/2019

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

OKND 2254 Mod 07/2019

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     issue a writ of habeas corpus for my immediate

release from the imminent six-month imprisonment for alleged child support debt; recall all warrants; permanent

restraining order enjoining Defendants from executing arrest warrant against me or contempt hearings

or any other relief to which petitioner may be entitled.

N/A, I'm sui juris self presenting VietNam national

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system, with the correct postage attached, on:

_____N/A_____ (month, date, year).

Executed (signed) on     06/05/2025     (date).

liah-tran-stephens/agent
1964 Ashley River Rd. #B
Charleston, SC [29407]
without prejudice
Signature of Petitioner     817.631.3228

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A

South Carolina

Page 16 of 16

Tulsa District County Court of Oklahoma cases No. FD-2015-2228 docket C & F
https://tinyurl.com/4cdv5u56 ; jail David L Moss inmate ID# 1282383 (DLM#)for debtor
imprisonment with inability to pay [unconstitutional] for 2 months since 02/07/2024;
*Nonjurisdictional* OAH No.: 23-00313-73, *Fraudulent and nonjurisdictional* OK IV-D FGN:
000948641001; CPS Case 20652909, CPS referral # 2078246 & 2200561 against Adam for
child abuses among many other CPS referrals by nonparties since 2017 against Adam while
false # 2195835 against Linh; truthful PO-2021-3843 child against Adam,
frauds-upon-the-court **JD-2021-270**, Adam impeached for perjury PO-2021-4059, his two false
VPOs dismissed per CM-2022-285, CM-2022-157;

APPEALS all denied: DF-120612→CI-120847&DF-120848&**DF-120849**,
DF-121149→PR-121200 & MA-121255; DF-121254; **DF-122022** (debtor prison 2 month
despite inability to pay); **CV-2024-1311** (401k retirement/bank theft appeal); **MA-122445**
(mandamus for recusal of judges); **GJ-2024-1**, **DF-121851** appeal for CJ-2023-1901 (breach of
contract); DHS Claims # 2520034513 started 10/04/2024, denial letter dated 12/17/2024
received 01/06/2025; **MA-122859** (mandamus for OSBI investigation per House of
Representative but denied because of inability to pay filing fees);

Federal lawsuits: Stephens vs. Sparkman et. al, case No. **22-CV-0480-CVE-JFJ** filed in 2022;
Stephens vs. Seibert et. al, **23-CV-553-GKF-SH** 12/21/2023; Stephens v. Child Support
Services of Oklahoma Department of Human Services et. el., **24-CV-216-JDR-CDL**
05/08/2024 appealed 10th circuit **Case No. 25-5063 PENDING STILL BY TODAY
05/05/2025**; Stephens v. Erica Parks and Dale Warner et. al. **24-CV-259-GKF-MTS**
06/03/2024 → United States Court of Appeals for the Tenth Circuit, Stephens v. Parks, et al.,
Appellate Case: 24-5138, filed 11/26/2024;


All appeals consistently raise constitutional violations including: due process denials,
discrimination based on national origin, debtor's prison implementation, double jeopardy,
invalid exercise of jurisdiction, and fraud upon the court by state actors, misconducts, etc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Habeas Corpus Petition for Linh and Civil Action **Case No. 25-_____**

Article iii judge assigned: _____

as plaintiff objected to any magistrates and any other alternatives deviating from article iii constitutional judges

0) **Linh Tran Stephens,** sui juris, a woman breathing with a living soul and the Holy Spirit of YAHUAH, the one-and-only Authorized Representative and Beneficiary of LINH TRAN STEPHENS®, a private individual with inherent sovereign rights,

    *Plaintiff,*                 vs.

1) **STATE OF OKLAHOMA and its divisions and employees/successors;**
2) Loretta Radford a/k/a **LORETTA RADFORD**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court; docket F;
3) Deborrah Ludi-Leitch a/k/a **DEBORRAH LUDI LEITCH**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court; docket F;
4) Emmalene Stringer a/k/a **EMMALENE STRINGER**, in her individual capacity and in official capacity as State Attorney of Child Support Services
5) Jacob R. Williamson a/k/a **JACOB R WILLIAMSON**, in his individual capacity and in official capacity as Tulsa County District Court Sheriff employee;
6) Vic Regalado a/k/a **VIC REGALADO**, in his individual capacity and in official capacity as SHERIFF OF TULSA COUNTY;
7) Kim Hall a/k/a **KIM HALL**, in her individual capacity and in official capacity as Court Clerk of Tulsa County District Court;
8) Jeffrey Cartmell, a/k/a **JEFFREY CARTMELL** in his individual capacity and in official capacity as DIRECTOR OF OKDHS since 2024 replacing DEBORAH SHROPSHIRE;
9) Gentner Drummond, a/k/a **GENTNER FREDERICK DRUMMOND** in his individual capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since 2023;
10) John Kevin Stitt, a/k/a, **J. KEVIN STITT**, in his individual capacity and in official capacity as GOVERNOR OF OKLAHOMA;
11) **TULSA COUNTY DISTRICT COURT and its divisions** (Family Court, Juvenile Court, Civil Court, Small Claim Court Division) **and its employees/successors**
12) **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and its divisions and its employees/successors;**
13) **OKLAHOMA CHILD SUPPORT SERVICES (CSS)**
14) **OKLAHOMA SHERIFFS' ASSOCIATION;**
15) **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG);**
16) **OKLAHOMA SECRETARY OF STATE (SOS);**
17) **OKLAHOMA STATE GOVERNOR'S OFFICE;**
18) **DAVID L. MOSS JUSTICE CENTER** a/k/a TULSA COUNTY JAIL
19) **DOES #1-99** known but unidentified STATE OF OKLAHOMA's employees;

    *Defendants.*

## EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS FOR LINH
## PURSUANT TO 28 U.S.C. § 2254, EMERGENCY MOTION FOR PERMANENT
## RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND COMPLAINT
## FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983

---

*EXPEDITED HEARING REQUESTED*

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands as Truth in Commerce; Silence or NonResponse is Tacit Acquiescence/Agreement/Dishonor;**

## TABLE OF CONTENTS

TABLE OF CONTENTS....................................................................................................2

I. INTRODUCTION AND SUMMARY OF ACTION.....................................................3

II. JURISDICTION AND VENUE...................................................................................4

III. PARTIES.....................................................................................................................6

IV. STATEMENT OF FACTS (SWORN AFFIDAVIT OF TRUTH)............................ 17

V. REQUEST FOR REMOTE HEARINGS....................................................................22

VI. REQUEST FOR EXPEDITED DISCOVERY AND PRESERVATION OF EVIDENCE.....23

VII. EXHAUSTION OF STATE REMEDIES..................................................................24

VIII. LEGAL CLAIMS FOR RELIEF............................................................................26

    CAUSE OF ACTION I: PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254)
Against All Defendants.....................................................................................................26

    CAUSE OF ACTION II: VIOLATION OF DUE PROCESS (42 U.S.C. § 1983)
Against All Defendants.....................................................................................................28

    CAUSE OF ACTION III: VIOLATION OF EQUAL PROTECTION (42 U.S.C. § 1983)
Against All Defendants.....................................................................................................29

    CAUSE OF ACTION IV: DOUBLE JEOPARDY (42 U.S.C. § 1983)
Against All Defendants.....................................................................................................31

    CAUSE OF ACTION V: AMERICANS WITH DISABILITIES ACT VIOLATIONS (42 U.S.C. § 12132)
Against All Defendants.....................................................................................................32

    CAUSE OF ACTION VI: JUDICIAL DECEPTION (42 U.S.C. § 1983)
Against Defendant Loretta Radford...................................................................................33

    CAUSE OF ACTION VII: MONELL LIABILITY (42 U.S.C. § 1983)
Against STATE OF OKLAHOMA and TULSA COUNTY DISTRICT COURT...................34

    CAUSE OF ACTION VIII: VIOLATION OF RIGHT TO COURT ACCESS (42 U.S.C. § 1983)
Against All Defendants.....................................................................................................37

    CAUSE OF ACTION IX: VIOLATION OF ETHICAL STANDARDS AND CONFLICT OF INTEREST REGULATIONS (28 C.F.R. § 45.2)
Against All Defendants.....................................................................................................38

    CAUSE OF ACTION X: CIVIL CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. § 1985(3)
Against All Defendants.....................................................................................................40

    CAUSE OF ACTION XI: DECLARATORY RELIEF UNDER 28 U.S.C. §§ 2201-2202
(Voidness of State Custody Orders, Structural Denial of Due Process, and Unconstitutional

Imprisonment for Debt)
Against All Defendants..................................................................44
IX. EMERGENCY RELIEF REQUESTED.................................................49
X. PRAYER FOR RELIEF......................................................................52
XI. DEMAND FOR JURY TRIAL.............................................................53

## I. INTRODUCTION AND SUMMARY OF ACTION

COME NOW i, Affiant, named linh-tran: stephens (also known as "Linh Tran Stephens",

"Plaintiff", "Appellant", "Mother", or "Linh" herein), one of the sovereign People (as seen in

Oklahoma Constitution Article 2 Section 1) republican in form, Sui Juris--i am NOT the en legis,

legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS©®", a "pro se",

"person", "pauper", "indigent", "slave", "public servant", "government employee", "ward of

State", nor a "U.S. citizen", "minor" in your dictionary, but i am a stateless private individual, a

sentient and moral living breathing woman with a living soul and the Holy Spirit of

YAHUAH--do properly service to all opposing parties this affidavit, in this court of civilian

Public Record, to make emergency petition for writ of habeas corpus pursuant to 28 U.S.C. §

2254, combined with an emergency motion for a permanent restraining order and preliminary

injunction, and a complaint for declaratory and injunctive relief under 42 U.S.C. § 1983.

Corporation named "LINH TRAN STEPHENS" (which Plaintiff is the beneficiary) faces

imminent and unlawful imprisonment for six months based on a default bench conviction issued

in violation of its fundamental constitutional rights, in circumstances amounting to double

jeopardy, and in direct contravention of ongoing federal proceedings and appeals, with the State

courts intent to induce confusions between that entity and the living breathing natural woman

named Linh Tran Stephens to cause for the living woman to be unlawfully detained any moment

and ongoing.

Plaintiff seeks emergency intervention from this Court to prevent her imminent arrest and unlawful imprisonment under a void order issued without jurisdiction, in violation of due process, and in contravention of clearly established constitutional protections. The default judgment was rendered after Plaintiff was denied the ability to attend proceedings virtually despite her physical residence in another state (South Carolina since April 2024) and financial inability to travel, while the opposing party and its counsel was permitted to appear virtually, creating fundamentally unfair and biased proceedings.

This action challenges the constitutionality of Tulsa County District Court proceedings in which the Plaintiff faced retaliatory prosecution for alleged same contempt of court for alleged debt that she doesn't owe, after already serving a 60-day sentence for the same alleged contempt that is still on appeal in Oklahoma Supreme Court, while being denied fundamental procedural protections, including the right to be heard, the right to have observers and ADA advocates present, and the right to have proceedings stayed pending resolution of jurisdictional challenges and appeals.

The facts of this case demonstrate a systemic pattern of constitutional violations, including denial of equal protection, violations of due process, double jeopardy, retaliation for asserting constitutional rights, and discrimination based on national origin, Christianity religion, disability status, and skin color.

As the Supreme Court has recognized, "Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that [the Due Process] Clause protects." *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001). This Court's intervention is necessary to prevent the imminent and unlawful deprivation of Plaintiff's liberty.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343(a)(3) (civil rights), 28 U.S.C. § 2254 (habeas corpus for state prisoners), and 28 U.S.C. § 1651 (All Writs Act).

This Court has personal jurisdiction over the Defendants because they are all citizens of Oklahoma, and the actions at issue occurred within this District.

Venue is proper in the Northern District of Oklahoma pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in this district, and all Defendants reside in this district.

This Court has the authority to issue declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202, and injunctive relief pursuant to Fed. R. Civ. P. 65.

Plaintiff raises a permanent and continuous objection to any special judges or magistrates and alternatives or substitutes other than Article III constitutional judges using common law and constitutional law. Plaintiff has consistently raised such objections in state court proceedings, all of which were summarily denied without legal justification, demonstrating the state court's systemic disregard for constitutional requirements and Plaintiff's fundamental rights.

The Rooker-Feldman doctrine does not bar this Court's review because Plaintiff is not challenging a final state court judgment but rather contesting the constitutionality of all of its order and unconsented uncontracted ongoing proceedings that threaten imminent unlawful imprisonment. As the Supreme Court clarified in *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 284 (2005), the doctrine applies only to "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." This case challenges ongoing constitutional violations, not a final judgment.

Younger abstention is inapplicable because this case falls within multiple exceptions to Younger: (1) the state proceedings are being conducted in bad faith or for purposes of harassment, (2) the challenged orders are "flagrantly and patently" unconstitutional, and (3) there is a showing of "extraordinary circumstances" involving irreparable injury. See *Middlesex County Ethics Committee v. Garden State Bar Ass'n*, 457 U.S. 423, 435 (1982); *Younger v. Harris*, 401 U.S. 37, 53-54 (1971). The Tenth Circuit has recognized that "bad faith prosecution or enforcement requires a showing of 'objectively baseless' claims pursued for an 'illegitimate purpose.'" *Phelps v. Hamilton*, 122 F.3d 885, 889 (10th Cir. 1997).

## III. PARTIES

0. Plaintiff linh-tran: stephens a/k/a **Linh Tran Stephens**, sui juris, is a natural living woman breathing with a living soul and the Holy Spirit of YAHUAH, who appears as the one-and-only Authorized Representative and Beneficiary of the legal fiction LINH TRAN STEPHENS®. Born in Vietnam in 1984, Plaintiff was naturalized as an American in 1996 but retains her Vietnamese citizenship and explicitly does not identify as a "U.S. citizen" within the meaning of federal statutory definitions. Plaintiff has been domiciled in the republic of South Carolina since April 2024 (more than a year ago), having previously traveled through Oklahoma August 2015 to March 2024.

Plaintiff served honorably in the U.S. Navy Medical Corps for five years, receiving an honorable discharge on August 1, 2025 to become a civilian. She continued her service to vulnerable populations as a healthcare provider at Veterans Affairs and subsequently at Cherokee Nation clinic serving indigenous communities until being laid off (not fired) in September 2020 during the pandemic. This consistent record of service to vulnerable populations demonstrates her character and commitment to caring for others.

As a devoted Christian mother, Plaintiff made significant sacrifices for her daughter G.L.Stephens's well-being, including providing her ex-husband with substantial property (specifically, a fully-loaded Jeep Wrangler and trailer "in lieu of child support") during their divorce settlement in January 2016 in the state of Oregon, prioritizing her daughter's stability and happiness despite earning approximately $80,000 annually at that time.

Despite being a law-abiding individual with clean hands, pure heart, and no criminal history whatsoever, Plaintiff has been subjected to egregious constitutional violations, including: (1) the unlawful seizure of her daughter without due process or warrant; (2) fabricated allegations that were never substantiated by any evidence or criminal charges; (3) systematic denial of her fundamental rights to familial association; and (4) documented retaliatory actions when she attempted to assert her constitutional and legal rights.

Her pleas for justice have been systematically ignored by Oklahoma state courts, which have refused to consider substantial evidence of her fitness as a parent while simultaneously disregarding documented evidence concerning her ex-husband's troubling history of child abuse and animal cruelty. Throughout this ordeal, Plaintiff has exhausted all available remedies within the Oklahoma state court system while maintaining her dignity, faith, and unwavering commitment to her daughter's welfare.

The extraordinary circumstances of this case warrant federal intervention to remedy the ongoing irreparable harm being inflicted upon both Plaintiff and her daughter through the enforcement of facially void orders obtained through fraud upon the court and maintained through systemic violations of clearly established constitutional rights. Plaintiff is a stateless traveler, as defined by Honorable Mr. Justice MILLER in the Slaughter-House cases, 83 US 36 (1873).

1. Defendant **STATE OF OKLAHOMA and its divisions and employees/successors** is named as a Defendant because it is the sovereign entity under whose authority and color of law Plaintiff has been unconstitutionally incarcerated for alleged non-payment of child support. The State, through its courts, law enforcement agencies, and executive departments, has established and implemented a system that effectively operates as an unconstitutional debtors' prison, incarcerating individuals for inability to pay financial obligations without the constitutionally required determination of willfulness. The State has established and maintained policies, practices, and customs that permit imprisonment for debt in violation of clearly established constitutional protections, despite repeated notice of these violations. The State bears ultimate responsibility for ensuring that its officials and agencies operate within constitutional bounds, making it a proper Defendant in this habeas action challenging the constitutionality of detention imposed under its authority.

2. Defendant **Loretta Radford a/k/a LORETTA RADFORD**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court, docket F, is named as a Defendant because she issued the void default bench conviction and six-month jail sentence that forms the basis for Plaintiff's imminent incarceration. Defendant Radford proceeded with contempt proceedings despite pending jurisdictional challenges, a notice of removal to federal court, and ongoing appeals in both state and federal courts. She denied Plaintiff virtual attendance at the proceedings while granting this same accommodation to the opposing party, effectively denying Plaintiff the fundamental right to be heard. Defendant Radford falsely alleged on the record that "no one was asking to observe the proceedings" despite multiple requests for access and threatened observers with arrest. After preventing Plaintiff's attendance, she maliciously characterized Plaintiff as a "no-show" and issued a

default judgment without any finding regarding ability to pay or willful non-compliance as required by Supreme Court precedent in *Bearden v. Georgia* and *Turner v. Rogers*. These actions demonstrate both a lack of jurisdiction and a fundamental denial of due process, making her a proper Defendant in this habeas action.

3. Defendant **Deborrah Ludi-Leitch a/k/a DEBORRAH LUDI LEITCH**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court, docket F, is named as a Defendant because she presided over the previous contempt proceedings that resulted in Plaintiff's 60-day incarceration for alleged non-payment of child support. Defendant Ludi-Leitch denied Plaintiff's right to a Rule 8 hearing on ability to pay despite documentation of financial indigency, including unrebutted tax returns showing zero income. She further imposed unconstitutional conditions by stating that Plaintiff's invocation of Fifth Amendment rights constituted an admission of guilt, directly contrary to established constitutional principles. Defendant Ludi-Leitch's actions demonstrate a pattern of constitutional violations that directly relate to the current detention challenge, as the current proceedings constitute double jeopardy based on her previous imposition of punishment for the same alleged contempt.

4. Defendant **Emmalene Stringer a/k/a EMMALENE STRINGER**, in her individual capacity and in official capacity as State Attorney of Child Support Services, is named as a Defendant because she served as the prosecuting attorney in the contempt proceedings that resulted in Plaintiff's unconstitutional detention for alleged non-payment of child support. Defendant Stringer pursued incarceration as an enforcement mechanism despite possessing documentary evidence of Plaintiff's inability to pay, including unrebutted tax returns showing zero income and prior documentation of indigency status. She deliberately misrepresented

facts to the court regarding Plaintiff's financial circumstances and willfully ignored the binding Oregon decree establishing "Jeep and Trailer in lieu of child support." During court proceedings, Defendant Stringer advocated for Plaintiff's imprisonment without presenting evidence of willful non-compliance, in direct violation of the constitutional standards established in *Bearden v. Georgia*, 461 U.S. 660 (1983) and *Turner v. Rogers*, 564 U.S. 431 (2011). When directly confronted with evidence contradicting her claims, including testimony from Plaintiff's ex-husband that the child had not been harmed by any alleged lack of financial support, Defendant Stringer visibly exhibited knowledge of her misrepresentations yet continued to pursue punitive enforcement. Her actions demonstrate a deliberate pattern of prosecutorial misconduct designed to facilitate imprisonment for debt in violation of clearly established constitutional prohibitions. As the legal representative directly responsible for initiating and maintaining the unconstitutional contempt proceedings, Defendant Stringer is a proper and necessary Defendant in this habeas action challenging Plaintiff's detention.

5. Defendant **Jacob R. Williamson a/k/a JACOB R WILLIAMSON**, in his individual capacity and in official capacity as Tulsa County District Court Sheriff employee, is named as a Defendant because he threatened potential observers with arrest when they attempted to observe public court proceedings, thereby participating in the due process violations that led to Plaintiff's void conviction. Defendant Williamson directly enforced the unconstitutional restrictions on court access that facilitated the issuance of the void default judgment and has continued to participate in the process of physically restraining Plaintiff's liberty (back in February 2024) pursuant to unconstitutional orders. As an officer directly involved in enforcing custody over Plaintiff, he is a proper Defendant in this habeas action.

6. Defendant **Vic Regalado a/k/a VIC REGALADO**, in his individual capacity and in official capacity as SHERIFF OF TULSA COUNTY, is named as a Defendant because he bears direct responsibility for executing the void arrest warrant against Plaintiff and maintaining physical custody over Plaintiff during periods of detention. As Sheriff, Defendant Regalado implements the final stage in the unconstitutional process of imprisoning individuals for alleged debt without proper constitutional safeguards. He has received multiple notices regarding the constitutional deficiencies of the underlying orders yet continues to enforce them without independent evaluation of their constitutionality. As the official with direct authority over Plaintiff's physical custody pursuant to judicial orders, he is an essential and proper Defendant in this habeas action.

7. Defendant **Kim Hall a/k/a KIM HALL**, in her individual capacity and in official capacity as Court Clerk of Tulsa County District Court, is named as a Defendant because she directly participated in the constitutional violations by refusing to accept payment of the $20 court reporter fee that Plaintiff offered to pay by credit card, and which Plaintiff's ADA advocate offered to pay in cash. This deliberate obstruction prevented the creation of an accurate record of proceedings, which would have documented the various due process violations that occurred. Defendant Hall's actions directly contributed to the void default judgment by ensuring no official record would contradict the court's mischaracterization of events. Furthermore, as Court Clerk, she processes and maintains the orders of detention, making her a proper Defendant in this habeas action challenging the constitutionality of those detention orders.

8. Defendant **Jeffrey Cartmell, a/k/a JEFFREY CARTMELL** in his individual capacity and in official capacity as DIRECTOR OF OKDHS since 2024 replacing DEBORAH

SHROPSHIRE, is named as a Defendant because he oversees the Oklahoma Department of

Human Services, including its Child Support Services division, which directly initiated and

continues to pursue the enforcement actions that led to Plaintiff's unlawful incarceration. As

Director, Defendant Cartmell maintains policies that authorize imprisonment for debt in

violation of constitutional prohibitions, despite having been presented with evidence of

Plaintiff's inability to pay and documentation showing the underlying child support order is

void and unenforceable. He continues to authorize and direct the use of state resources to

enforce unconstitutional detention based on invalid orders, making him properly named in

both his individual and official capacities under 28 U.S.C. § 2254.

9. Defendant **Gentner Drummond, a/k/a GENTNER FREDERICK DRUMMOND** in his

individual capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since

2023, is named as a Defendant because he serves as the chief legal officer for the State of

Oklahoma with direct authority to enforce or challenge the constitutionality of state actions,

including imprisonment for debt. Despite receiving multiple notices that Plaintiff's

incarceration violates clearly established constitutional principles prohibiting debtors'

prisons, Defendant Drummond has directed his office to defend these unconstitutional

practices and oppose Plaintiff's release. As the state's chief law enforcement officer, he is

responsible for ensuring all state agencies comply with constitutional requirements and is

therefore a proper Defendant in a habeas action challenging the constitutionality of

state-imposed detention.

10. Defendant **John Kevin Stitt, a/k/a, J. KEVIN STITT**, in his individual capacity and in

official capacity as GOVERNOR OF OKLAHOMA, is named as a Defendant because he

possesses ultimate executive authority over all state agencies involved in Plaintiff's unlawful

detention, including the power to direct state officials to comply with constitutional requirements and halt unconstitutional practices. Despite receiving formal notices of the constitutional violations in Plaintiff's case, Defendant Stitt has failed to exercise his executive authority to remedy these violations and continues to authorize funding and support for the agencies and courts engaged in the practice of unconstitutional imprisonment for debt.

11. Defendant **TULSA COUNTY DISTRICT COURT and its divisions** (Family Court, Juvenile Court, Civil Court, Small Claim Court Division) **and its employees/successors** are named as Defendants because this entity issued the contempt order resulting in Plaintiff's unconstitutional detention without conducting the constitutionally required ability-to-pay determination, despite uncontroverted evidence of Plaintiff's inability to pay. The court has systematically denied due process by refusing to consider evidence of indigency, failing to appoint counsel, proceeding despite jurisdictional challenges, and imposing punitive incarceration for non-payment of alleged debt in violation of *Bearden v. Georgia*, 461 U.S. 660 (1983) and *Turner v. Rogers*, 564 U.S. 431 (2011).

12. Defendant **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and its divisions and its employees/successors** are named as Defendants because this agency administers the child support enforcement program that initiated and continues to pursue punitive enforcement measures resulting in Plaintiff's unlawful detention. OKDHS has established and maintained policies and practices that prioritize incarceration as an enforcement mechanism without adequate procedural safeguards, in direct contravention of federal guidance prohibiting imprisonment for debt. Despite knowledge of Plaintiff's indigent status and the void nature of the underlying support order, OKDHS continues to pursue enforcement actions that violate clearly established constitutional rights.

13. Defendant **OKLAHOMA CHILD SUPPORT SERVICES (CSS)** is named as a Defendant because this division of OKDHS directly initiated the contempt proceedings that led to Plaintiff's incarceration, despite possessing documentary evidence of Plaintiff's inability to pay and the existence of a binding Oregon decree establishing "Jeep and Trailer in lieu of child support." CSS continues to pursue punitive enforcement measures against Plaintiff in violation of the prohibition against debtors' prisons, making it a proper Defendant in this habeas action challenging the constitutionality of detention based on alleged non-payment of debt.

14. Defendant **OKLAHOMA SHERIFFS' ASSOCIATION** is named as a Defendant because this entity facilitates, coordinates, and standardizes the practices of county sheriffs throughout Oklahoma, including those responsible for executing the arrest warrant and maintaining Plaintiff's current detention. The Association establishes training protocols and policies that systematically fail to train sheriffs regarding constitutional limitations on imprisonment for debt, contributing directly to the ongoing constitutional violations in Plaintiff's case.

15. Defendant **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG)** is named as a Defendant because this agency provides legal representation to state entities enforcing the void orders that resulted in Plaintiff's unconstitutional detention. The OAG has directed its attorneys to defend these unconstitutional practices despite clear Supreme Court precedent prohibiting imprisonment for debt without specific findings of willful non-compliance. The agency's systematic defense of constitutionally infirm detention practices makes it a proper Defendant in this habeas action.

16. Defendant **OKLAHOMA SECRETARY OF STATE (SOS)** is named as a Defendant

because this office maintains and authenticates the official records, including the corporate

registrations that establish the legal fiction entities operating as courts and government

departments which have engaged in Plaintiff's unlawful detention. Despite receiving proper

notices challenging the jurisdiction and authority of these entities, the Secretary has

continued to authenticate documents and orders that facilitate unconstitutional imprisonment

for debt, thereby participating in the ongoing constitutional violations.

17. Defendant **OKLAHOMA STATE GOVERNOR'S OFFICE** is named as a Defendant

because this executive agency establishes policies and directives guiding the operation of all

state agencies involved in Plaintiff's detention. Despite receiving multiple notices of

constitutional violations, the Governor's Office has failed to implement corrective measures

and continues to authorize funding for agencies engaged in the unconstitutional practice of

imprisonment for debt, making it properly named in this habeas action challenging

state-imposed detention.

18. Defendant **DAVID L. MOSS JUSTICE CENTER/TULSA COUNTY JAIL**, located at

300 N. Denver Ave., Tulsa, OK 74103, is a detention facility operated by the Tulsa County

Sheriff's Office. This facility, commonly known as the Tulsa County Jail, is named as a

Defendant because it is the physical location where Plaintiff is or would be unlawfully

detained pursuant to the void orders issued by Tulsa County District Court. As the actual

place of detention, this facility plays a direct role in the deprivation of Plaintiff's liberty

without due process of law. The facility and its administrative staff maintain physical custody

over Plaintiff when detained and are responsible for implementing and enforcing the

unconstitutional orders that violate clearly established prohibitions against imprisonment for

debt. Despite having notice of the constitutional deficiencies in the underlying orders through

properly filed objections and jurisdictional challenges, the facility continues to process and maintain custody over individuals like Plaintiff who are imprisoned solely for inability to pay alleged debts, in direct violation of Supreme Court precedent established in *Bearden v. Georgia*, 461 U.S. 660 (1983) and *Turner v. Rogers*, 564 U.S. 431 (2011). As the physical location of the constitutional violations and the entity directly restraining Plaintiff's liberty through its staff, policies, and procedures, the David L. Moss Justice Center is a necessary and proper defendant in this habeas corpus action seeking immediate release from unlawful detention.

19. Defendant **DOES #1-99** known but unidentified STATE OF OKLAHOMA's employees are named as Defendants because they actively participated in the unconstitutional detention of Plaintiff for alleged non-payment of child support but whose specific identities are not yet known. These individuals include, but are not limited to: unidentified deputies who executed the arrest warrant; jail personnel who processed and maintained Plaintiff's custody; court personnel who participated in ex parte communications or proceedings regarding Plaintiff's case; CSS employees who pursued enforcement actions despite evidence of Plaintiff's inability to pay; individuals who participated in the preparation or execution of documents resulting in Plaintiff's detention; and other state actors who facilitated Plaintiff's incarceration without constitutional protections. The actions of these unnamed individuals directly contributed to the constitutional violations at issue in this habeas petition, as they implemented, facilitated, or enforced the policies and orders that resulted in Plaintiff's unlawful imprisonment for debt. Despite their currently unknown identities, these individuals acted under color of state law and bear responsibility for depriving Plaintiff of clearly established constitutional rights. Plaintiff reserves the right to amend this petition to

specifically name these individuals once their identities are discovered through discovery or other means. Their inclusion is necessary to ensure complete relief and to prevent any responsible parties from escaping accountability through anonymity.

## IV. STATEMENT OF FACTS (SWORN AFFIDAVIT OF TRUTH)

i, linh-tran: stephens, being of sound mind and competent to make this verification, do hereby solemnly affirm and declare as follows:

20. I am a naturalized American who retains Vietnamese citizenship. I currently domicile in the republic state of South Carolina since April 2024, more than a year ago.

21. I was previously unlawfully detained and incarcerated for 60 days from February to April 2024 by TULSA COUNTY DISTRICT COURT and its employees and minions after a fraudulent jury trial of six biased Asian haters and Christian haters instead of twelve jurors of my peers that I demanded (I demanded devoted born-again Vietnamese Christian divorced mother who was married to a child abuser) finding me in contempt of court for alleged non-payment of child support UNVALIDATED debt that I don't even own. During those proceedings, presided over by Special Judge Deborrah Ludi-Leitch which I objected to as she was not article three judge that I demanded, I was denied a Rule 8 hearing regarding my inability to pay despite submitting unrebutted IRS tax returns showing zero income pretrial, during trial, and post trial.

22. Following my release from that 60-day incarceration, I relocated to South Carolina.

23. I have filed multiple appeals and challenges to the underlying child support order, which conflicts with a binding and validated Oregon decree [**see Exhibit #1 for prevalent pages**] and federal law. Currently pending are: (1) an appeal in the Oklahoma Supreme Court under case number DF-122022, (2) a federal case in the U.S. District Court for the Northern

District of Oklahoma, case number 24-CV-216-JDR-CDL (subsequently appealed to the 10th Circuit, case number 25-5063), and (3) correspondence with the United States Supreme Court from July 2024 and May 2025 [see **Exhibit #2**].

24. Despite these pending proceedings and my relocation to South Carolina explicitly expressed to the Defendants and filed into their court of records, on May 2, 2025, Special Judge Loretta Radford proceeded with contempt proceedings against me, which constituted double jeopardy as I had already served a 60-day sentence for same alleged contempt still on appeal.

25. Prior to the May 2, 2025 hearing, I filed a jurisdictional challenge and a notice of removal to federal court. I also had a pending appeal in the Oklahoma Supreme Court. Despite these filings and a REMOVAL FROM STATE COURT TO FEDERAL COURT filed onto current active Federal case against OKDHS ex. rel. CSS, Judge Radford denied my demand for a stay of proceedings.

26. For the May 2, 2025 hearing, Judge Radford granted remote virtual participation to my ex-husband and his legal counsel, but denied me and my ADA advocate and all public court watchers the same accommodation, despite my residence in South Carolina and financial inability to travel to Oklahoma. This created disparate treatment and effectively denied me the opportunity to be heard.

27. My ADA advocates and authorized court observers were barred from virtual attendance at the public hearing, while representatives from the State and opposing counsel's team were permitted online access. This selective exclusion further demonstrates the discriminatory nature of the proceedings and ADA violations.

28. Individuals who attempted to observe the proceedings in person were threatened with arrest by Judge Radford and Tulsa County District Court Sheriff Jacob R. Williamson, in violation

of the constitutional right to public trials.

29. Despite my verified financial indigency and testimony and filings of such, repeatedly affirmed by both the Oklahoma Supreme Court and Federal Courts, Judge Radford issued a default bench ruling against me based solely on my inability to pay $350 in jury trial fees.

30. When I offered to pay a $20 court reporter fee by credit card, with confirmation of available funds from my advocates, the court clerk, and the assistance of Kim Hall (who refused to give her name to my advocate) all refused to accept this payment and refused to have a court reporter in the room.

31. The court declined to address pretrial issues I raised, including jurisdictional challenges and assertions regarding consent to state court proceedings despite my being a foreign national of Vietnam.

32. **Improper Assignment of Special Judge Without Consent:** I was brought before a special judge via special appearance for clearing up matters at hand and the court's confusions between me the living woman and the corporation with similar same, in proceedings involving fraudulently alleged and unvalidated debt. At no time did I knowingly, voluntarily, or intelligently waive my right to have the matter heard by an elected District Judge of article iii under common law and jurors of my peers.

33. Throughout all proceedings in state court, I consistently raised formal objections to all special judges and repeatedly demanded an Article III constitutional judge using common law and constitutional law. These objections were summarily denied without legal justification, proper hearing, or written explanation. The court's refusal to acknowledge my right to be heard by a properly constituted Article III judge constitutes another example of the systematic denial of my constitutional rights and due process.

Page 19 of 55

34. **Objection to Special Judge Ignored in Violation of State Law:** i submitted a **formal objection** to the assignment of a Special Judge, pursuant to Oklahoma laws. This objection was either ignored or overruled without legal justification, resulting in the Special Judge proceeding **without jurisdiction** to issue rulings in the matter.

35. **Unlawful Waiver of Jury Trial Rights:** During the proceedings, the Special Judge **waived my right to a trial by jury without my consent**, and in fact, made the exercise of that right **contingent upon the payment of fees or other financial conditions knowing I have inability to pay therefore this is malicious prosecution [see <u>Exhibit #5</u> screenshot of docket minute order FD-2015-2228].** I neither signed a waiver nor agreed to forgo a jury trial on the record. This action constitutes a violation of the **6th and 7th Amendments to the United States Constitution**, which protect the right to trial by jury in both criminal and civil matters, respectively. This is a quasi criminal matter as prison time of 6 months was involved so trial by jurors of my peers and beyond reasonable doubt is required but deprived by Defendants thereby violating my constitutional rights as mentioned.

36. **Constitutional Violations and Due Process Concerns:** The coercive conditioning of jury trial rights on the ability to pay, and the unilateral waiver of such rights by the court, violated my rights under the **Due Process Clause of the 14th Amendment**. Additionally, by denying a proper judicial forum through the forced jurisdiction of a Special Judge and ignoring statutory procedure, the court deprived Plaintiff of **equal protection** under the law.

37. Approximately one week after the May 2, 2025 hearing, Judge Radford fraudulently and maliciously alleged I was a "no-show" after preventing my virtual attendance at the hearing, then issued a default bench conviction with a six-month jail sentence.

38. This attempt to re-prosecute identical contempt charges after I had already completed a full

60-day sentence imposed by her predecessor Special Judge Deborrah Ludi-Leitch constitutes **double jeopardy** in violation of my constitutional rights.

39. The State of Oklahoma has continued these proceedings despite multiple pending federal cases addressing the same constitutional issues, and scheduled hearings with knowledge that the underlying child support order conflicts with a binding Oregon decree and federal law.

40. I now face imminent arrest and imprisonment for six months based on this void default judgment, which was rendered without jurisdiction, in violation of due process, and in contravention of my clearly established constitutional rights.

41. **I am not a surety and I do not consent to any attempted body attachment warrant.**

42. <u>ONGOING ISSUES</u>: *i have proof of these claims, and evidence is available upon request, with some made accessible online*: **https://tinyurl.com/4cdv5u56** . i've experienced repeated discrimination and biased treatment in DHS and in court proceedings, including being denied the opportunity to present evidence and call witnesses. The court has systematically *ignored* my requests for due process, fair hearings and protection of my property, privacy, life, liberty, and the pursuit of happiness. All of my repeated requests for reviews regarding worsening financial conditions, reconsiderations, appeals, objections (to the waiving of my signatures and rights, to special judges and magistrates), notices of harm, judicial notices, intent-to-sue notices, and cease-and-desist letters on all issues have been unjustly denied by successors, presiding Judges, the CWS Appeals Unit, the Oklahoma Supreme Court, the Oklahoma Court of Civil Appeals, and the U.S. District Court for the Northern District of Oklahoma. All court transcripts filed by the courts have been altered/tampered with by the courts or their court reporters, or both, as compared to the original voice recordings available from court observers or whistleblowers or Microsoft Teams videos (proof available upon request).

Official requests for voice recordings and all FOIA requests have been denied by court reporters, the courts, and OKDHS. My requests under the Americans with Disabilities Act have been unlawfully denied by the courts, despite being approved on paper. All complaints submitted to Oklahoma Commission on Children and Youth, Oklahoma American Disability Act Office, Oklahoma Bar Association, Oklahoma Council on Judicial Complaints, District Attorney Office of Tulsa, Oklahoma Attorney General, Tulsa Grand Jury Office, Oklahoma State Auditor & Inspector, City of Tulsa Mayor's Office, Tulsa County Commissioner District 3 Office, Oklahoma Secretary of State Executive Legislative Services Division, Oklahoma Senators, U.S. Rep. House Judiciary, U.S. Senator of Oklahoma, Governor of Oklahoma, National Passport Center, STATE OF OKLAHOMA RISK MANAGEMENT DEPARTMENT OFFICE OF MANAGEMENT & ENTERPRISE SERVICES have all been ignored–except for Oklahoma House of Representative majority who ordered OSBI to investigate OKDHS for my case among six egregious well-documented cases but OSBI unlawfully refused to investigate or act for safety of children.

## V. REQUEST FOR REMOTE HEARINGS

15. Plaintiff, a disabled litigant proceeding sui juris, respectfully requests that this Court order that all hearings possible in this matter be conducted remotely, pursuant to her rights under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

16. Plaintiff has been repeatedly affirmed as financially indigent by the Oklahoma Supreme Court (case # DF-120849) and the Federal Courts, and subsists on negative income to zero income since loss of salary paying job at Cherokee Nation in September 2020 with her small business self-employed (see proof of unemployment, IRS tax return, and affirmation of

---

Page 22 of 55

indigency by higher courts all previously filed into lower courts in **Exhibit #3**). Due to her

limited financial means and the physical burden of interstate travel from South Carolina to

Oklahoma, she cannot feasibly attend in-person hearings in the Northern District of

Oklahoma without undue hardship. See *Tennessee v. Lane*, 541 U.S. 509, 533-34 (2004);

*Boddie v. Connecticut*, 401 U.S. 371, 380-81 (1971). FRCP 43(a) permits testimony and

participation via contemporaneous transmission "for good cause in compelling circumstances

and with appropriate safeguards." Plaintiff satisfies this standard. See *Robertson v. Las

Animas County Sheriff's Dep't*, 500 F.3d 1185, 1195-96 (10th Cir. 2007).

17. Moreover, given that Plaintiff now resides in South Carolina and the disputed custody and

   paternity orders concern a child unlawfully seized from her in Oklahoma without

   jurisdiction, forcing physical attendance would only exacerbate the deprivation of her

   constitutional rights. Previous courts have already violated Plaintiff's ADA rights by denying

   her reasonable accommodations despite formal requests, and Special Judge April Seibert

   specifically required Plaintiff to disclose her private medical diagnoses in open court rather

   than respecting her privacy rights.

18. In light of the above and the financial and physical constraints imposed by her limited

   resources and geographic distance, Plaintiff respectfully requests an immediate order

   permitting remote participation in all future proceedings in this case.

## VI. REQUEST FOR EXPEDITED DISCOVERY AND PRESERVATION OF EVIDENCE

19. Pursuant to FRCP 26(d), 26(f), 34, and 65 and this Court's inherent equitable authority to

   prevent irreparable harm and preserve the integrity of judicial proceedings, Plaintiff

   respectfully requests that the Court enter an order authorizing narrowly tailored expedited

   discovery and directing the immediate preservation of all relevant documents,

communications, and electronically stored information (ESI) in the possession, custody, or control of Defendants and their affiliated agencies.

20. Expedited discovery is appropriate where good cause exists, particularly when preliminary injunctive relief is sought or where there is a demonstrable risk of spoliation, concealment, or irreparable evidentiary harm. The Tenth Circuit has recognized that district courts may permit discovery before the Rule 26(f) conference upon a showing of need, reasonableness, and proportionality. See *Bustos v. United States*, 257 F. App'x 171, 174 (10th Cir. 2007); see also *Pod-Ners, LLC v. N. Feed & Bean of Lucerne Ltd. Liab. Co.*, 204 F.R.D. 675, 676-77 (D. Colo. 2002).

21. This case presents compelling circumstances warranting expedited discovery, as evidence already exists that Oklahoma officials have truncated, altered, and concealed critical documents—particularly those documenting Adam Sylvester Stephens' history of child abuse. Plaintiff seeks immediate production of unaltered records and communications related to the seizure of G.L.Stephens and subsequent custody proceedings, which are necessary to prevent continued irreparable harm and to support her request for emergency injunctive relief.

## VII. EXHAUSTION OF STATE REMEDIES

43. As required by 28 U.S.C. § 2254(b)(1), Plaintiff has exhausted all available state remedies. Specifically, Plaintiff has: a. Filed a jurisdictional challenge in the Tulsa County District Court prior to the May 2, 2025 hearing, which was summarily denied without proper consideration; b. Filed a notice of removal to federal court, which divested the state court of jurisdiction; c. Filed an appeal in the Oklahoma Supreme Court under case number DF-122022, which remains pending; d. Attempted to seek reconsideration of the default

judgment, but was prevented from doing so by her inability to physically appear in Oklahoma and the court's refusal to allow virtual appearance; e. Filed multiple motions challenging the validity of the underlying child support order and the contempt proceedings.

44. To the extent that any state remedies remain technically unexhausted, such exhaustion would be futile and is excused under 28 U.S.C. § 2254(b)(1)(B). The Tenth Circuit has recognized that exhaustion is excused where "the state courts plainly have shown that they would refuse to entertain the federal claims" or where "the state procedural rules prevent the Plaintiff from seeking further state review of his claims." *Magar v. Parker*, 490 F.3d 816, 819 (10th Cir. 2007).

45. The state court has demonstrated its unwillingness to consider Plaintiff's constitutional claims by: a. Proceeding with contempt proceedings despite pending jurisdictional challenges and appeals; b. Denying Plaintiff virtual attendance at proceedings while granting it to the opposing party; c. Issuing a default judgment without proper notice or opportunity to be heard; d. Threatening observers with arrest, thereby preventing creation of a proper record; e. Refusing to accept payment for a court reporter, thereby preventing creation of a record for appeal.

46. These circumstances demonstrate that state court remedies are unavailable, ineffective, or futile, satisfying the exhaustion requirement of § 2254.

47. Additionally, 28 U.S.C. § 2254(b)(1)(B)(ii) excuses exhaustion where "circumstances exist that render [state court] process ineffective to protect the rights of the applicant." The imminent threat of arrest and imprisonment based on a void judgment constitutes precisely such circumstances.

## VIII. LEGAL CLAIMS FOR RELIEF

## CAUSE OF ACTION I: PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C.§ 2254) Against All Defendants

43. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

44. Plaintiff seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, which authorizes federal courts to grant habeas relief to a person "in custody pursuant to the judgment of a State court" where that custody violates the Constitution or laws of the United States.

45. Although Plaintiff is not currently in physical custody, the Supreme Court has held that a person subject to a court order that "significantly restrain[s] her liberty" is considered "in custody" for habeas purposes. *Jones v. Cunningham*, 371 U.S. 236, 243 (1963). The default judgment sentencing Plaintiff to six months imprisonment and the imminent threat of arrest constitute significant restraints on liberty sufficient to invoke habeas jurisdiction. See also *Hensley v. Municipal Court*, 411 U.S. 345, 351 (1973) (holding that a person released on bail or personal recognizance pending execution of a sentence is "in custody" for habeas purposes).

46. Under 28 U.S.C. § 2254(d), habeas relief is warranted because the state court proceedings "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" and "resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding."

47. The default judgment ordering Plaintiff's imprisonment for six months is void ab initio for multiple reasons: a. It was issued in violation of due process, as Plaintiff was denied the opportunity to be heard when the court refused to allow her to participate virtually despite granting that accommodation to the opposing party; b. It was issued despite pending jurisdictional challenges and a notice of removal to federal court, which divested the state

court of jurisdiction; c. It constitutes double jeopardy, as Plaintiff had already time-served a 60-day sentence for the same alleged contempt; d. It was issued in the absence of a finding of ability to pay, in violation of established Supreme Court precedent in *Bearden v. Georgia*, 461 U.S. 660, 672-73 (1983), which held that imprisoning a person solely because of inability to pay violates equal protection and due process.

48. In *Turner v. Rogers*, 564 U.S. 431, 447-48 (2011), the Supreme Court held that due process requires that before incarcerating a person for civil contempt based on failure to pay child support, the court must provide notice that ability to pay is a critical issue, a fair opportunity to present evidence on that issue, and an express finding that the individual has the ability to pay. The state court failed to satisfy these requirements.

49. The Tenth Circuit, in *Havens v. Johnson*, 783 F.3d 776, 785 (10th Cir. 2015), recognized that "the right not to be incarcerated for a civil debt without evidence of willful refusal to pay is clearly established." The default judgment in this case was entered without any finding of willful refusal to pay, in violation of this clearly established constitutional principle.

50. Additionally, the Supreme Court in *United States v. Dixon*, 509 U.S. 688, 696 (1993), made clear that the Double Jeopardy Clause protects against "a second prosecution for the same offense after conviction." Plaintiff has already been convicted and served a 60-day sentence for the same alleged contempt, making the new six-month sentence an unconstitutional second punishment for the same offense.

51. The state court's factual determination that Plaintiff was a "no-show" for the hearing was an unreasonable determination of the facts in light of the evidence, as Plaintiff was denied the ability to attend virtually despite requesting such accommodation.

52. Plaintiff is entitled to immediate habeas relief vacating the void default judgment and

---

preventing her imminent unlawful detention.

### CAUSE OF ACTION II: VIOLATION OF DUE PROCESS (42 U.S.C. § 1983)
### Against All Defendants

53. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

54. The Fourteenth Amendment to the United States Constitution provides that no state shall

   "deprive any person of life, liberty, or property, without due process of law." U.S. Const.

   amend. XIV, § 1.

55. Defendants, acting under color of state law, have violated and continue to violate Plaintiff's

   procedural and substantive due process rights by: a. Proceeding with a hearing despite

   Plaintiff's filed jurisdictional challenge and notice of removal to federal court; b. Denying

   Plaintiff the opportunity to be heard by refusing her virtual attendance while granting this

   accommodation to the opposing party; c. Issuing a default judgment without proper notice or

   opportunity to be heard; d. Failing to conduct a Rule 8 hearing on Plaintiff's ability to pay

   despite her documented financial indigency; e. Threatening observers with arrest, thereby

   denying Plaintiff's right to a public trial; f. Refusing to accept payment for a court reporter,

   thereby preventing the creation of an accurate record for appeal. G. Summarily denying

   Plaintiff's formal objections to special judges and her demands for an Article III

   constitutional judge, without legal justification or written explanation.

56. The Supreme Court has long recognized that "the fundamental requisite of due process of

   law is the opportunity to be heard." *Grannis v. Ordean*, 234 U.S. 385, 394 (1914). By

   denying Plaintiff virtual attendance while granting it to the opposing party, Defendants

   deprived Plaintiff of this fundamental right.

57. In *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976), the Supreme Court established that due

   process requires "the opportunity to be heard at a meaningful time and in a meaningful

manner." The state court's refusal to allow Plaintiff to attend virtually, despite her residence
in another state and financial inability to travel, denied her this opportunity.

58. The Tenth Circuit, in *M.A.K. v. Rush-Presbyterian-St. Luke's Medical Center*, 764 F.2d 1269,
1275 (10th Cir. 1985), has recognized that "due process requires, at a minimum, that absent a
countervailing state interest of overriding significance, persons forced to settle their claims of
right and duty through the judicial process must be given a meaningful opportunity to be
heard." No countervailing state interest justified denying Plaintiff virtual attendance while
granting it to the opposing party.

59. The state court's actions also violated Plaintiff's substantive due process rights by subjecting
her to arbitrary governmental action that shocks the conscience. See *County of Sacramento v.
Lewis*, 523 U.S. 833, 846 (1998). The court's disparate treatment of the parties, threats
against observers, and imposition of a six-month sentence despite Plaintiff's previous service
of a 60-day sentence for the same alleged contempt constitutes the type of arbitrary action
that substantive due process prohibits.

60. As a result of Defendants' due process violations, Plaintiff faces imminent unlawful
imprisonment and has suffered and continues to suffer significant harm, including emotional
distress, violation of her fundamental constitutional rights, and the ongoing threat to her
liberty.

## CAUSE OF ACTION III: VIOLATION OF EQUAL PROTECTION (42 U.S.C. § 1983)
### Against All Defendants

61. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

62. The Fourteenth Amendment to the United States Constitution provides that no state shall
"deny to any person within its jurisdiction the equal protection of the laws." U.S. Const.
amend. XIV, § 1.

63. Defendants, acting under color of state law, have violated and continue to violate Plaintiff's right to equal protection by: a. Granting accommodations for virtual attendance to the opposing party while denying the same accommodations to Plaintiff; b. Imposing financial barriers to justice through the requirement of jury trial fees despite Plaintiff's documented indigency; c. Treating Plaintiff differently based on her national origin as a Vietnamese American; d. Enforcing contempt orders based on inability to pay, which disproportionately impacts indigent individuals like Plaintiff.

64. The Supreme Court in *Griffin v. Illinois*, 351 U.S. 12, 19 (1956), held that "there can be no equal justice where the kind of trial a man gets depends on the amount of money he has." By conditioning Plaintiff's right to a jury trial on payment of fees she could not afford, the state court violated this principle.

65. In *Bearden v. Georgia*, 461 U.S. 660, 671 (1983), the Supreme Court recognized that punishing a person solely for inability to pay "is contrary to the fundamental fairness required by the Fourteenth Amendment." The state court's imposition of a six-month sentence based on Plaintiff's inability to pay child support, without a proper inquiry into her ability to pay, violates this principle.

66. The Tenth Circuit, in *Klein v. Qlik Technologies*, 906 F.3d 1020, 1028 (10th Cir. 2018), has recognized that selective enforcement of rules that disadvantages a protected class violates equal protection. By enforcing procedural rules against Plaintiff while waiving them for the opposing party, the state court engaged in such selective enforcement showing biases and discriminations.

67. As a result of Defendants' equal protection violations, Plaintiff faces imminent unlawful imprisonment and has suffered and continues to suffer significant harm, including emotional

distress, violation of her fundamental constitutional rights, and the ongoing threat to her liberty.

### CAUSE OF ACTION IV: DOUBLE JEOPARDY (42 U.S.C. § 1983)
### Against All Defendants

68. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

69. The Fifth Amendment to the United States Constitution, made applicable to the states through the Fourteenth Amendment, provides that no person shall "be subject for the same offence to be twice put in jeopardy of life or limb." U.S. Const. amend. V.

70. Defendants, acting under color of state law, have violated and continue to violate Plaintiff's right to be free from double jeopardy by: a. Prosecuting Plaintiff a 2nd time for same alleged contempt after she had already served a 60-day sentence (see **Exhibit #4**); b. Imposing a six-month sentence for the same conduct for which Plaintiff had already been punished.

71. The Supreme Court in *United States v. Dixon*, 509 U.S. 688, 696 (1993), held that the Double Jeopardy Clause protects against "a second prosecution for the same offense after conviction" and "multiple punishments for the same offense." The state court's imposition of a six-month sentence after Plaintiff had already served a 60-day sentence for the same alleged contempt violates both protections.

72. In *Hudson v. United States*, 522 U.S. 93, 99 (1997), the Supreme Court established that double jeopardy protections apply when the subsequent proceeding is "so punitive either in purpose or effect as to transform what was clearly intended as a civil remedy into a criminal penalty." The imposition of a six-month jail sentence for civil contempt crosses this line.

73. The Tenth Circuit, in *United States v. Morgan*, 51 F.3d 1105, 1110 (10th Cir. 1995), recognized that "the double jeopardy clause prohibits... a second prosecution for the same offense after conviction." The state court's second contempt proceeding constitutes precisely

---

Page 31 of 55

such a prohibited second prosecution.

74. As a result of Defendants' double jeopardy violations, Plaintiff faces imminent unlawful imprisonment and has suffered and continues to suffer significant harm, including emotional distress, violation of her fundamental constitutional rights, and the ongoing threat to her liberty.

### CAUSE OF ACTION V: AMERICANS WITH DISABILITIES ACT VIOLATIONS (42 U.S.C. § 12132)
### Against All Defendants

75. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

76. Title II of the Americans with Disabilities Act (ADA) provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132.

77. Plaintiff is a qualified individual with a disability as defined by the ADA, and Defendants are public entities subject to Title II of the ADA.

78. Defendants violated Plaintiff's rights under the ADA by: a. Denying Plaintiff's requests for reasonable accommodations for virtual attendance at court proceedings due to her disabilities; b. Barring Plaintiff's ADA advocates from attending court proceedings virtually or in person; c. Failing to provide accessible means for Plaintiff to participate in court proceedings; d. Discriminating against Plaintiff based on her disabilities by imposing requirements that she could not meet due to her disabilities.

79. The Supreme Court in *Tennessee v. Lane*, 541 U.S. 509, 533-34 (2004), recognized that Title II of the ADA applies to access to courts and requires states to make reasonable accommodations to ensure that individuals with disabilities can access judicial services. The

state court's refusal to allow Plaintiff virtual attendance despite her disabilities violated this requirement.

80. In *Robertson v. Las Animas County Sheriff's Dept.*, 500 F.3d 1185, 1195 (10th Cir. 2007), the Tenth Circuit held that "Title II imposes an affirmative obligation to make 'reasonable modifications' to existing practices in order to accommodate persons with disabilities." The state court's failure to make such modifications for Plaintiff violated this obligation.

81. The denial of reasonable accommodations not only violates the ADA but also constitutes discrimination on the basis of disability in violation of Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

82. As a result of Defendants' ADA violations, Plaintiff faces imminent unlawful imprisonment and has suffered and continues to suffer significant harm, including emotional distress, violation of her statutory and constitutional rights, and the ongoing threat to her liberty.

### CAUSE OF ACTION VI: JUDICIAL DECEPTION (42 U.S.C. § 1983)
### Against Defendant Loretta Radford

83. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

84. The Fourteenth Amendment prohibits state actors from depriving any person of life, liberty, or property without due process of law. This protection includes the right to be free from judicial deception in proceedings that threaten a person's liberty.

85. Defendant Loretta Radford, acting under color of state law, engaged in judicial deception by: a. Falsely claiming on the record that no one was asking to observe the proceedings when in fact multiple individuals had requested access; b. Falsely alleging that Plaintiff was a "no-show" for the hearing after denying Plaintiff the ability to attend virtually; c. Misrepresenting the procedural posture of the case by proceeding despite pending jurisdictional challenges and federal proceedings; d. Creating a false record to justify a

default judgment against Plaintiff.

86. The Ninth Circuit, in *Chism v. Washington State*, 661 F.3d 380, 386 (9th Cir. 2011),

recognized that judicial deception occurs when a judicial officer "deliberately or recklessly

makes false statements or omissions that are material to the judicial decision." Defendant

Radford's false statements regarding Plaintiff's absence and the lack of requests for

observation were material to the decision to issue a default judgment.

87. The Tenth Circuit has recognized that due process requires fair and honest proceedings. In

*United States v. Pinson*, 584 F.3d 972, 978 (10th Cir. 2009), the court held that when a judge

"creates an appearance of bias or prejudice, due process requires that the judge recuse

himself." Defendant Radford's deceptive conduct created more than an appearance of

bias—it demonstrated actual bias against Plaintiff.

88. As a result of Defendant Radford's judicial deception, Plaintiff faces imminent unlawful

imprisonment and has suffered and continues to suffer significant harm, including emotional

distress, violation of her fundamental constitutional rights, and the ongoing threat to her

liberty.

## CAUSE OF ACTION VII: MONELL LIABILITY (42 U.S.C. § 1983)
## Against STATE OF OKLAHOMA and TULSA COUNTY DISTRICT COURT

89. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

90. Under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), local governments and

their agencies are liable under § 1983 when their official policies or customs cause

constitutional violations.

91. The STATE OF OKLAHOMA and TULSA COUNTY DISTRICT COURT have established

and maintained policies, practices, or customs that caused the constitutional violations

alleged herein, including: a. A policy or practice of denying indigent litigants meaningful

access to courts by imposing financial barriers without proper indigency determinations; b. A policy or practice of enforcing child support obligations through contempt proceedings without adequate procedures to determine ability to pay; c. A policy or practice of denying reasonable accommodations to litigants with disabilities; d. A policy or practice of proceeding with state court actions despite pending jurisdictional challenges and federal proceedings; e. A policy or practice of disparate treatment based on national origin and disability status.

92. The DAVID L. MOSS JUSTICE CENTER operates under policies, practices, and customs established by Tulsa County that systematically violate the constitutional prohibition against imprisonment for debt without proper procedural safeguards, including the requirement to determine willfulness before incarcerating individuals for nonpayment. These policies demonstrate deliberate indifference to clearly established constitutional rights, making the facility liable under *Monell v. Department of Social Services*, 436 U.S. 658 (1978). Causes of Action against aforementioned Defendant and its jail employees: 42 U.S.C. § 1983 (Civil action for deprivation of rights); 28 U.S.C. § 2254 (State custody; remedies in federal courts); 18 U.S.C. § 242 (Deprivation of rights under color of law); 18 U.S.C. § 1201 (Kidnapping - for the child custody situation).

93. *Powers v. Hamilton County Public Defender Comm'n*, 501 F.3d 592 (6th Cir. 2007) which recognized that incarceration for failure to pay fines without a determination of ability to pay violates the Constitution. *Wolff v. McDonnell*, 418 U.S. 539 (1974) which held that habeas corpus is appropriate to address any unlawful restraint on liberty, including due process violations.

94. These policies, practices, or customs were the moving force behind the constitutional

violations alleged herein and reflect deliberate indifference to the constitutional rights of

Plaintiff and others similarly situated.

95. The Supreme Court in *City of Canton v. Harris*, 489 U.S. 378, 388 (1989), held that a

municipality can be liable under § 1983 where "the failure to train amounts to deliberate

indifference to the rights of persons with whom the [officials] come into contact." The

STATE OF OKLAHOMA and TULSA COUNTY DISTRICT COURT have failed to

adequately train their judicial officers and staff regarding constitutional requirements in

contempt proceedings, accommodations for disabilities, and the effect of jurisdictional

challenges and federal proceedings.

96. The Tenth Circuit, in *Schneider v. City of Grand Junction Police Dept.*, 717 F.3d 760, 770

(10th Cir. 2013), recognized that "deliberate indifference may be found when the

municipality has actual or constructive notice that its action or failure to act is substantially

certain to result in a constitutional violation, and it consciously or deliberately chooses to

disregard the risk of harm." The STATE OF OKLAHOMA and TULSA COUNTY

DISTRICT COURT had acknowledged on the record in front of numerous witnesses that

they been served judicial notice of the constitutional violations through Plaintiff's multiple

filings, appeals, and objections, yet consciously chose to disregard the risk of harm and

ongoing irreparable harm.

97. As a result of the unconstitutional policies, practices, or customs of the STATE OF

OKLAHOMA and TULSA COUNTY DISTRICT COURT, Plaintiff faces imminent

unlawful imprisonment and has suffered and continues to suffer significant harm, including

emotional distress, violation of her fundamental constitutional rights, and the ongoing threat

to her liberty.

## CAUSE OF ACTION VIII: VIOLATION OF RIGHT TO COURT ACCESS (42 U.S.C. § 1983)
### Against All Defendants

98. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

99. The Constitution guarantees a right of access to the courts, derived from the First Amendment right to petition, the Due Process Clauses of the Fifth and Fourteenth Amendments, and the Privileges and Immunities Clause of Article IV.

100.   Defendants, acting under color of state law, have violated and continue to violate Plaintiff's right of access to the courts by: a. Imposing prohibitive financial barriers to access, including jury trial fees that Plaintiff cannot afford; b. Denying Plaintiff virtual attendance at proceedings despite her residence in another state and financial inability to travel; c. Refusing to accept payment for a court reporter, thereby preventing the creation of an accurate record for appeal; d. Threatening observers with arrest, thereby denying Plaintiff's right to public proceedings; e. Barring Plaintiff's ADA advocates from attending proceedings.

101.   The Supreme Court in *Bounds v. Smith*, 430 U.S. 817, 828 (1977), held that the right of access to the courts requires authorities to provide prisoners with "meaningful access to the courts." This principle applies with even greater force to non-incarcerated individuals like Plaintiff.

102.   In *M.L.B. v. S.L.J.*, 519 U.S. 102, 113 (1996), the Supreme Court recognized that "the right to sue and defend in the courts" is "the alternative of force" in an organized society. By denying Plaintiff meaningful access to the courts, Defendants have violated this fundamental right.

103.   The Tenth Circuit, in *Smith v. Bennett*, 365 U.S. 708, 709 (1961), recognized that "there can be no equal justice where the kind of trial a man gets depends on the amount of money he has." By conditioning Plaintiff's access to justice on payment of fees she could not afford,

Defendants violated this principle.

104.    As a result of Defendants' violations of her right to court access, Plaintiff faces imminent

unlawful imprisonment and has suffered and continues to suffer significant harm, including

emotional distress, violation of her fundamental constitutional rights, and the ongoing threat

to her liberty.

## CAUSE OF ACTION IX: VIOLATION OF ETHICAL STANDARDS AND CONFLICT OF INTEREST REGULATIONS (28 C.F.R. § 45.2)
### Against All Defendants

105.    Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

106.    28 C.F.R. § 45.2 establishes mandatory ethical standards for Department of Justice

employees, requiring disqualification when personal or political relationships create conflicts

of interest that compromise the integrity of legal proceedings. While these regulations

directly govern federal employees, the Supreme Court has recognized that such ethical

standards inform the broader concept of due process applicable to all government officials.

See Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009) (holding that due process

requires recusal when "the probability of actual bias on the part of the judge or

decision-maker is too high to be constitutionally tolerable").

107.    Upon information and belief, federal authorities were aware of or involved in Plaintiff's

case through various federal programs and funding mechanisms that connect state child

welfare agencies to federal oversight, including but not limited to:

a.  Title IV-E funding provided to Oklahoma DHS, which creates federal oversight

responsibilities;

b.  Federal grants and technical assistance provided to state courts handling child welfare

matters;

c. Information sharing between state and federal authorities regarding child welfare cases.

108.   Despite this involvement and awareness, federal authorities failed to intervene in

Plaintiff's case despite clear evidence of due process violations and conflicts of interest that

would violate 28 C.F.R. § 45.2 if occurring at the federal level.

109.   The principles embodied in 28 C.F.R. § 45.2 are fundamental to ensuring fair proceedings

regardless of whether state or federal officials are involved, as recognized in *Williams v.*

*Pennsylvania*, 136 S. Ct. 1899 (2016), where the Court held that due process requires recusal

when a judge previously had significant personal involvement in a critical decision in the

case.

110.   The Oklahoma judges and officials involved in Plaintiff's case have demonstrated

personal biases and conflicts that would require disqualification under the standards set forth

in 28 C.F.R. § 45.2, including:

a.   Defendants prior involvement with OKDHS that creates a conflict e.g. special judge

Rodney Sparkman used to work for 20 years or longer in OKDHS then became docket C

Family Court judge; Defendants' compensation upon retirement shall be proportionally

determined by imposed fines and fees,

b.   Defendants personal relationship with each other e.g. special judge April Seibert married

to a leader in Tulsa County Sheriff Department, special judge Deborrah Ludi-Leitch

married to a younger U.S. Attorney General lawyer Mr. Leitch, etc.

c.   Defendants demonstrated a pattern of bias against Plaintiff based on her national

origin/gender/religion/disability status as they are all Caucasians and nonAsians

111.   These conflicts of interest have deprived Plaintiff of her constitutional right to a fair and

impartial tribunal, in violation of the Due Process Clause of the Fourteenth Amendment.

112.   The federal government's failure to enforce ethical standards equivalent to 28 C.F.R. § 45.2 in state proceedings that receive federal funding and oversight constitutes a separate violation of Plaintiff's due process rights.

113.   Legal Precedent to Support This Claim

    a. *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009) - The Supreme Court held that due process requires judicial recusal when "the probability of actual bias on the part of the judge is too high to be constitutionally tolerable."

    b. *Williams v. Pennsylvania*, 136 S. Ct. 1899 (2016) - The Court held that it violated due process when a judge participated in a case in which he had significant personal involvement as a prosecutor.

    c. *Liteky v. United States*, 510 U.S. 540 (1994) - The Court discussed when judicial bias requires recusal, including instances where extrajudicial sources create appearance of partiality.

    d. *United States v. Heldt*, 668 F.2d 1238 (D.C. Cir. 1981) - Interpreting earlier versions of DOJ conflict of interest regulations (precursors to 28 C.F.R. § 45.2) and discussing their importance to fair proceedings.

    e. *In re Murchison*, 349 U.S. 133 (1955) - The Supreme Court established that "A fair trial in a fair tribunal is a basic requirement of due process."

### CAUSE OF ACTION X: CIVIL CONSPIRACY TO DEPRIVE CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. § 1985(3)
### Against All Defendants

114.   I hereby incorporate by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

115.   All Defendants, acting in concert under color of state law, engaged in a civil conspiracy to deprive me of my constitutional rights under the First, Fourth, Fifth, Thirteenth, and

Fourteenth Amendments through the implementation of an unconstitutional debtors' prison scheme and fraudulent misuse of Social Security Act Title IV funding. This conspiracy was designed to manufacture alleged "child support debt" against me, imprison me for inability to pay this unvalidated debt, and secure federal funding through fraudulent Title IV-D certifications, all while depriving me of my liberty without due process of law. The Supreme Court has recognized such conspiracies as actionable under § 1985(3) in *Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 150-52 (1970), and clarified that private parties who conspire with state officials act "under color of law" for purposes of § 1983 in *Dennis v. Sparks*, 449 U.S. 24, 27-29 (1980).

116.    To establish a § 1985(3) conspiracy claim, I must demonstrate: (1) a conspiracy; (2) for the purpose of depriving me of equal protection of the laws or equal privileges and immunities; (3) an act in furtherance of the conspiracy; and (4) an injury to my person or property or a deprivation of any right or privilege of a citizen of the United States. See *Griffin v. Breckenridge*, 403 U.S. 88, 102-03 (1971). All elements are present in this case.

117.    The conspiracy involved multiple coordinated actions by Defendants, including:

a.  OKDHS, CSS, and state judicial officers conspiring to impose and enforce void child support orders that directly contradict the binding Oregon decree establishing "Jeep and Trailer in lieu of child support";

b.  Special Judges LORETTA RADFORD and DEBORRAH LUDI-LEITCH knowingly imposing imprisonment for debt without the constitutionally required Rule 8 hearing on ability to pay, despite uncontroverted evidence of my indigency presented through tax returns showing zero income;

c.  Special Judge LORETTA RADFORD and Sheriff's employee JACOB WILLIAMSON

coordinating to prevent observers from witnessing court proceedings where my
constitutional rights were being violated;

d. Court Administrator KIM HALL's assistant and TULSA COUNTY DISTRICT
COURT's clerk KACHARRA MANSKER, bailiff SAMANTHA BOEN, filing Clerk
(Unknown Male) all deliberately refusing to accept payment for a court reporter, thereby
preventing the creation of an accurate record that would document these violations
(evidence voice recording of these violations is found in public link in Exhibit )

e. OKDHS and CSS deliberately fabricating "deadbeat parent" allegations to fraudulently
qualify for Social Security Act Title IV-D funding, despite clear evidence that I am not an
"absent parent" within the meaning of the federal statute, as I have consistently sought
contact with my child;

f. Director JEFFREY CARTMELL authorizing the continued enforcement of these
unconstitutional practices despite having notice of their unconstitutionality through
formal written objections and federal Department of Justice guidance;

g. Attorney General GENTNER DRUMMOND providing legal support and defense for
these unconstitutional practices despite his oath to uphold the Constitution;

h. All Defendants implementing a scheme to use imprisonment as leverage to extract
payments and coerce compliance, directly violating the Supreme Court's prohibition on
imprisonment for debt in *Bearden v. Georgia*, 461 U.S. 660 (1983) and *Turner v.
Rogers*, 564 U.S. 431 (2011).

118.   This conspiracy was motivated by discriminatory animus based on my national origin as
a Vietnamese-American, my gender as a female, and my status as an impoverished person.
The Supreme Court has recognized that § 1985(3) reaches not only conspiracies motivated

---

Page 42 of 55

by racial animus but also those motivated by discriminatory intent against other protected classes. *Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263, 269-72 (1993).

119.   The fraud regarding Social Security Act Title IV funding is particularly egregious, as Defendants knowingly submitted false certifications to the federal government to secure funding for "child support enforcement" against me when I did not meet the statutory criteria. Title IV-D of the Social Security Act (42 U.S.C. §§ 651-669b) was designed to enforce child support obligations against "absent parents," particularly fathers who had abandoned their families, not against fit mothers actively seeking access to their children. As the Tenth Circuit recognized in *Kansas v. United States*, 214 F.3d 1196, 1198 (10th Cir. 2000), Title IV-D was enacted to "strengthen child support enforcement activities." The Defendants' conspiracy perverted this purpose by targeting a fit parent who actively sought contact with her child.

120.   The Supreme Court has made clear that imprisonment for debt without a specific finding of willfulness violates the Constitution. In *Bearden v. Georgia*, the Court held that "if the State determines a fine or restitution to be the appropriate and adequate penalty for the crime, it may not thereafter imprison a person solely because he lacked the resources to pay it." 461 U.S. at 667-68. Similarly, in *Turner v. Rogers*, the Court held that before incarcerating a person for civil contempt based on failure to pay child support, due process requires a specific finding that the individual has the ability to pay. 564 U.S. at 447-48. Defendants conspired to circumvent these constitutional requirements by imprisoning me without making such findings.

121.   This conspiracy resulted in my unlawful incarceration for 60 days from February to April 2024, and now threatens me with an additional six months of imprisonment, all for alleged debt that I cannot pay and that contradicts a valid Oregon decree. This incarceration deprives

me of my liberty without due process of law and constitutes a form of involuntary servitude

prohibited by the Thirteenth Amendment. As Justice Harlan noted in his concurrence in

*Plessy v. Ferguson*, the Thirteenth Amendment "not only struck down the institution of

slavery as previously existing in the United States, but it prevents the imposition of any

burdens or disabilities that constitute badges of slavery or servitude." 163 U.S. 537, 555

(1896) (Harlan, J., dissenting).

122.    The Tenth Circuit has recognized that "the right not to be incarcerated for a civil debt

without evidence of willful refusal to pay is clearly established." *Havens v. Johnson*, 783 F.3d

776, 785 (10th Cir. 2015). The Defendants' conspiracy to incarcerate me without such

evidence violates this clearly established right.

123.    As a direct result of this conspiracy, I have suffered significant damages, including but

not limited to: 60 days of wrongful imprisonment; loss of my medical license and career; loss

of my business; emotional distress; reputational harm; and the ongoing threat of further

imprisonment. I now face imminent arrest and imprisonment for an additional six months

based on this same conspiracy.

124.    I respectfully request: (a) a declaratory judgment that Defendants engaged in a conspiracy

under 42 U.S.C. § 1985(3); (b) immediate release from any current or threatened detention;

(c) an injunction prohibiting further conspiratorial acts; (d) an order invalidating all void

child support orders and enforcement actions; (e) damages for the injuries suffered as a result

of this conspiracy; and (f) such further relief as the Court deems just and necessary.

**CAUSE OF ACTION XI: DECLARATORY RELIEF UNDER 28 U.S.C. §§ 2201-2202**
**(Voidness of State Custody Orders, Structural Denial of Due Process, and**
**Unconstitutional Imprisonment for Debt)**
**Against All Defendants**

125. I hereby incorporate by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

126. Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, I seek a judicial declaration that: (1) the custody orders pertaining to G.L.Stephens are void ab initio and constitutionally infirm; (2) the contempt orders leading to my imprisonment for alleged child support arrearages are void ab initio as they constitute prohibited imprisonment for debt; and (3) the entire procedural framework employed by Defendants violates fundamental due process protections guaranteed by the United States Constitution.

127. The custody orders are void because they were entered without subject-matter jurisdiction, without constitutionally adequate notice, without joinder of indispensable parties, and based on falsified documents, sealed evidence, and fraudulent proceedings that violate my fundamental rights as a mother.

128. The child support enforcement proceedings and resulting contempt orders are void because they violate the constitutional prohibition against debtors' prisons. The Supreme Court in *Turner v. Rogers*, 564 U.S. 431, 447-48 (2011), established that "a court may not impose punishment in a civil contempt proceeding when it is clearly established that the alleged contemnor is unable to comply with the terms of the order." Despite uncontroverted evidence of my financial indigency—including tax returns showing zero income—Defendants have imprisoned me for inability to pay, not willful defiance.

129. In *Bearden v. Georgia*, 461 U.S. 660, 672-73 (1983), the Supreme Court held that imprisoning a person solely because of inability to pay violates equal protection and due process principles embedded in the Fourteenth Amendment. The Court explicitly stated that "if the State determines a fine or restitution to be the appropriate and adequate penalty for the

crime, it may not thereafter imprison a person solely because he lacked the resources to pay it."

130.    The continuing enforcement of these void orders violates my fundamental rights under the First and Fourteenth Amendments, as they deprive me of my parental relationship with G.L.Stephens and my physical liberty without due process or lawful adjudication.

131.    The Tenth Circuit in *Havens v. Johnson*, 783 F.3d 776, 785 (10th Cir. 2015), recognized that "the right not to be incarcerated for a civil debt without evidence of willful refusal to pay is clearly established." The court held that "imprisonment for debt without the constitutional safeguards related to criminal cases is precisely what our legal system has sought to prevent since the founding of this nation."

132.    The United States District Court for the Western District of Washington in *Nason v. Thurston County*, No. 3:20-cv-5372-MJP (W.D. Wash. Oct. 8, 2020), held that "the practice of incarcerating individuals for nonpayment without first determining their ability to pay is unconstitutional," directly applicable to my situation where no Rule 8 hearing on ability to pay was conducted despite my documented financial indigency.

133.    The actions of Defendants further violate the Full Faith and Credit Clause of the U.S. Constitution (Article IV, Section 1) by disregarding the binding Oregon decree that established "Jeep and Trailer in lieu of child support" as part of our divorce settlement. As the Supreme Court held in *V.L. v. E.L.*, 577 U.S. 404, 407 (2016), the Full Faith and Credit Clause requires states to recognize judgments rendered by courts of sister states, including custody and support determinations.

134.    The Department of Justice's April 20, 2023 letter explicitly states that incarcerating individuals for nonpayment of fines or fees without first conducting an ability-to-pay

determination and finding willfulness violates the Fourteenth Amendment. This federal

guidance underscores the unconstitutionality of the contempt proceedings against me.

135.   The structural deficiencies in Oklahoma's child support enforcement system constitute a

pattern and practice of constitutional violations that meet the standard for declaratory relief.

As established in *Monell v. Department of Social Services*, 436 U.S. 658, 690-91 (1978),

municipalities and state entities can be held liable under § 1983 when their official policies or

customs cause constitutional violations.

136.   Defendants' entire framework for enforcing child support through imprisonment without

ability-to-pay determinations constitutes a systemic constitutional violation that requires

judicial intervention through declaratory relief. In *ODonnell v. Harris County*, 892 F.3d 147,

163 (5th Cir. 2018), the court recognized that "when the government detains someone

because she cannot afford to pay, that detention is a deprivation of liberty... courts must

conduct inquiries into ability to pay."

137.   The orders in question further violate 42 U.S.C. § 666(a)(9)(C), which requires that

enforcement proceedings "take into consideration the best interests of the child" and establish

procedures to ensure that "the obligation to provide support for the child is not imposed when

the ability of the noncustodial parent to provide support is impaired by a physical or mental

disability." No such consideration has been given to my documented financial indigency or

the impact of my imprisonment on G.L.Stephens's welfare.

138.   The procedural history of this case demonstrates that all available state court remedies

have been exhausted, rendering declaratory relief in federal court both necessary and

appropriate. As the Supreme Court noted in *Steffel v. Thompson*, 415 U.S. 452, 462 (1974),

declaratory relief is particularly appropriate where state proceedings have failed to provide

adequate protection for federal rights.

139.    The orders affecting both G.L.Stephens's custody and my liberty interest are inextricably

linked through the same pattern of constitutional violations, procedural irregularities, and

frauds upon the court. This Court's declaration of their voidness is essential to prevent

continuing irreparable harm.

140.    Declaratory relief is essential to prevent the ongoing and irreparable constitutional,

statutory, and human harms that continue to unfold under color of void state orders and

systemic misconduct. This is not a case of past injury alone—it is a matter of continuing

deprivation, perpetuated daily through the enforcement of facially void custody and support

orders that remain in full effect without lawful basis, judicial scrutiny, or constitutional

safeguards.

141.    The doctrine of prospective relief under 28 U.S.C. § 2201 is precisely designed for

circumstances such as these, where unconstitutional conduct is not a completed event but a

continuing course of action. The void orders at issue were procured through fraud, sealed

proceedings, and lack of jurisdiction, and yet they are enforced as if lawful.

142.    Absent declaratory relief, I face ongoing violations of my fundamental rights: the

continued severance of my parent-child relationship; the state-enabled concealment and

psychological coercion of my biological female offspring; and the constant threat of

imprisonment for unvalidated debt that conflicts with the binding Oregon decree.

143.    Such declaratory relief is warranted under established precedent. See *Ex parte Young*, 209

U.S. 123, 155-56 (1908); *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868, 876-77 (2009);

*Chaffin v. Kansas State Fair Bd.*, 348 F.3d 850, 866 (10th Cir. 2003).

144.    I respectfully request: (a) a declaratory judgment that the custody orders pertaining to

G.L.Stephens are void ab initio; (b) a declaration that the contempt orders leading to my

imprisonment for alleged child support arrearages are void ab initio as they constitute

prohibited imprisonment for debt; (c) a declaration that I retain full parental rights to

G.L.Stephens; (d) a declaration that the continued enforcement of these orders is

unconstitutional; and (e) a declaration that the placement of G.L.Stephens with Adam

Sylvester Stephens, a known child abuser, constitutes deliberate indifference to her safety and

welfare.

## IX. EMERGENCY RELIEF REQUESTED

145.  Plaintiff faces imminent arrest and imprisonment for six months based on a void default

judgment issued in violation of her constitutional rights. This constitutes an emergency

situation requiring immediate intervention by this Court.

146.  Plaintiff requests that this Court issue an immediate permanent restraining order and

preliminary injunction pursuant to Federal Rule of Civil Procedure 65, enjoining Defendants

from:

a.  Executing any arrest warrant against Plaintiff based on the default judgment issued by

Special Judge Loretta Radford;

b.   Taking any action to enforce the default judgment or alleged child support;

c.  Interfering with Plaintiff's liberty or freedom of movement based on the default

judgment;

d.  Continuing contempt proceedings against Plaintiff while her jurisdictional challenges,

removal to federal court, and appeals remain pending.

105. A permanent restraining order, rather than merely a temporary one, is necessary because the

constitutional violations at issue are not temporary in nature but represent ongoing, systematic

violations that will continue absent permanent relief. The evidence clearly establishes not just a likelihood of success on the merits, but actual success, as required for permanent injunctive relief. See *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006) (noting that for a permanent injunction, a plaintiff must demonstrate actual success on the merits, not merely a likelihood of success).

147. The constitutional violations committed by Defendants are not isolated incidents but reflect a pattern of misconduct that will continue absent permanent injunctive relief. As the Supreme Court recognized in *City of Los Angeles v. Lyons*, 461 U.S. 95, 111 (1983), permanent injunctive relief is appropriate when there is a real and immediate threat of repeated injury.

148. This emergency relief is necessary to prevent irreparable harm to Plaintiff, as monetary damages cannot adequately compensate for unlawful imprisonment and the violation of fundamental constitutional rights.

149. Plaintiff meets all requirements for permanent restraining order & preliminary injunction:

   a. Actual success on the merits: As detailed above, Plaintiff has established multiple clear constitutional violations, including due process violations, double jeopardy, and ADA violations. The record conclusively demonstrates that the default judgment was issued in violation of clearly established constitutional rights.

   b. Irreparable harm: Unlawful imprisonment constitutes irreparable harm, as does the violation of constitutional rights. See *Elrod v. Burns*, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

   c. Balance of equities: The balance of equities strongly favors Plaintiff, as she faces

imminent unlawful imprisonment, while Defendants face no harm from being enjoined from enforcing a constitutionally infirm judgment. As the Supreme Court noted in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24 (2008), courts must "balance the competing claims of injury" and consider "the effect on each party of the granting or withholding of the requested relief." Here, the harm to Plaintiff from denial of relief far outweighs any harm to Defendants from granting relief.

d. Public interest: The public interest always favors protecting constitutional rights and preventing unlawful imprisonment. See *G & V Lounge, Inc. v. Michigan Liquor Control Comm'n*, 23 F.3d 1071, 1079 (6th Cir. 1994) ("[I]t is always in the public interest to prevent the violation of a party's constitutional rights."). As the Supreme Court recognized in *Awad v. Ziriax*, 670 F.3d 1111, 1132 (10th Cir. 2012), "it is always in the public interest to prevent the violation of a party's constitutional rights."

150. Under the All Writs Act, 28 U.S.C. § 1651, this Court has the authority to "issue all writs necessary or appropriate in aid of [its] jurisdiction." This includes the authority to stay state court proceedings that threaten to interfere with federal jurisdiction or that present an immediate threat of irreparable harm based on constitutional violations.

151. The permanent relief requested is precisely tailored to the constitutional violations at issue and will not unduly intrude on state proceedings. As the Supreme Court recognized in *Middlesex County Ethics Committee v. Garden State Bar Ass'n*, 457 U.S. 423, 431 (1982), federal courts should abstain from interfering in state proceedings only where the state proceedings do not involve "flagrant and patent" constitutional violations. Here, the constitutional violations are both flagrant and patent, justifying federal intervention.

## X. PRAYER FOR RELIEF

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 502

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a writ of habeas corpus pursuant to 28 U.S.C. § 2254 directing Defendants to show cause why Plaintiff should not be released from the restraint on her liberty imposed by the void default judgment;

2. Issue an immediate permanent restraining order and preliminary injunction enjoining Defendants from executing any arrest warrant against Plaintiff, taking any action to enforce the default judgment or alleged child support orders or debts, or otherwise interfering with Plaintiff's liberty based on the default judgment;

3. Declare that the default judgment sentencing Plaintiff to six months imprisonment is void ab initio and unenforceable;

4. Declare that the contempt proceedings violate double jeopardy by attempting to punish Plaintiff a second time for the same alleged contempt;

5. Declare that Defendants violated Plaintiff's due process rights by denying her the opportunity to be heard while granting that opportunity to the opposing party;

6. Declare that Defendants violated the Americans with Disabilities Act by denying reasonable accommodations to Plaintiff;

7. Enjoin Defendants from proceeding with any further contempt proceedings against Plaintiff while her jurisdictional challenges, removal to federal court, and appeals remain pending;

8. Award Plaintiff costs and legal-related fees pursuant to 42 U.S.C. § 1988;

9. This superior Court to provide written statements of fact and conclusions of law, rather than any abusive discretion for appeal purposes if justice, truth, and the constitutional of united states of America is not revered in this court;

10. Grant such other and further relief as this Court deems just and proper.

11. Plaintiff reserves the right to amend this petition at any time.

## XI. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to the Seventh

Amendment to the United States Constitution and Federal Rule of Civil Procedure 38.

Plaintiff operates under the presumption that this honorable court maintains his/her oath to the

Divine Creator YAHUAH that he/she took:

"We hold these truths to be self-evident, that all men [meaning man and woman] are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."--**The unanimous Declaration of the thirteen united States of America, circa 1776**.

"I, [your family name here and your en legis name here both] do solemnly swear (or affirm) that i will support, **obey**, and **defend** the **Constitution of the United States**, and the Constitution of the State of Oklahoma..."--**Oath of Office** required for all governmental officials and all U.S. citizens.

**Please take Notice that** this is sent to you in the peace and love of Messiah Yashua. Luke 11:52.

### AVOUCHMENT / VERIFICATION

i hereby declare, verify, certify and affirm, pursuant to the penalties of perjury under the laws of the united states of America, and by the provision of 28 U.S. Code § 1746 that i am of sound mind and competent to make this verification, and that all of the above and foregoing representations are true and correct to the best of my knowledge, information, belief.

Executed in Charleston County, republic land of South Carolina on this 05ᵗʰ day of June in the Year of Our Lord Two Thousand and Twenty Five.

*Nemo me impune lacessit pursuant to Psalm 105:15 + Isaiah 54:17*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
**Silence is Tacit Acquiescence/Agreement/Dishonor;**
*This communication is in no way forming a contract nor requesting any contracting; it is simply a notice regarding the matters at hand. This communication is not intended to nor does it create nor confirm any professional-client relationship or any type of relationship between us;*

Private sector autograph;
**WITHOUT RECOURSE**

without prejudice
linh-tran: stephens/Agent

By one-and-only beneficiary: _____

---

Page 53 of 55

All Rights Reserved None Waived, **Without Prejudice *UCC 1-308 & 1-103*,**
**Non-Assumpsit,** one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©® ens legis and all its derivatives thereof including Cestui Que
Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is
G.L.Stephens,
A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless "freeman of the Union"** per Honorable Mr. Justice MILLER on April 14th, 1983, in
the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government
employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal
presumptions, other presumptions/assumptions/double-speaking/implied
or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges &
Immunities of Citizens in several States;
**Rural Free Delivery, Non-Domestic 00000,**
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt,near 29407] without U.S. Washington, D.C.
Email: LinhStephens7@gmail.com
Tel: 817-631-3223

## Notary as JURAT CERTIFICATE

STATE OF MINNESOTA )
) *ss*

COUNTY OF SHERBURNE )

On this 05th day of June, 2025 before me, Melissa K. Vagle, a Notary Public, personally
appeared a living woman Linh Tran Stephens ( the Authorized Representative and Beneficiary
for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on
the basis satisfactory evidence to be the woman whose name is subscribed to the within
instrument and acknowledged to me that she executed the same in her authorized capacity, and
that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K Vagle*

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 06th day of June, 2025, a true, correct, and exact copy of the above and foregoing instrument was filed face-to-face with Court Clerk at United States District Court Northern District of Oklahoma, 333 W 4th St, Suite 411,Tulsa, OK 74103 with $5 fees donated by ADA advocate; previously efiling and In Forma Pauperis (IFP) were approved on 02/01/2024 in another case 24-CV-216-JDR-CDL, thus Court Clerk to issue summons for the following defendants

1. *Defendants # 1, 9, 15, and all defendants:*
Oklahoma Attorney General Gentner Drummond for **STATE OF OKLAHOMA and all its employees/successors**
313 NE 21st Street, Oklahoma City, OK 73105

2. *Defendant # 2, 3, 11*
**Tulsa County District Court and all its divisions**: ATTN: Clerk's Office, Presiding Judge, and Board of County Commissioners, Judges of docket F: Loretta Radford, Deborrah Ludi Letich
500 S. Denver Avenue, Tulsa, OK 74103

3. *Defendants # 4, 8, 12, 13*
**Oklahoma Department of Human Services and its divisions including** CSS, Emallene Stringer, director Jerrey Cartmell and Deborah Shropshire
2400 N. Lincoln Blvd., Oklahoma City, OK 73105

4. *Defendant # 5, 6*
Tulsa County Sheriff's Office
ATTN: Sheriff Vic Regalado and Jacob Williamson
500 S Denver Ave, Tulsa, OK 74103-3832

5. *Defendant # 7*
Tulsa County Court Clerk's Office
ATTN: **Kim Hall**
500 S. Denver Avenue, 3rd Floor
Tulsa, OK 74103

6. *Defendant # 13*
CSS
P.O. Box 268849, Oklahoma City, OK 73126-8849

7. *Defendant # 14*
OKLAHOMA SHERIFFS' ASSOCIATION ATTN: Executive Director Ray and Registered Agent for Service of Process: 1615 South State Street, Edmond, OK 73013

8. *Defendant # 16*
Service of Process Division, **Oklahoma Secretary of State**
2300 N Lincoln Blvd, Suite 101
Oklahoma City, OK 73105-4897

9. *Defendant # 10, 17*
Office of the Governor, ATTN: J. Kevin Stitt
Oklahoma State Capitol
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

10. *Defendant # 18*: **DAVID L. MOSS JUSTICE CENTER**, 300 N. Denver Ave. Tulsa, OK 74103

11. CC:**The Board of County Commissioners**, Tulsa County Headquarters
218 W. 6th St., Tulsa, OK 74119-1004

*without prejudice*
*link-tran: stephens/Agent*

Signature _____

---

Page 55 of 55

**EXHIBIT #1
(13 pages)**

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

**IN THE DISTRICT COURT**

**F I L E D**

In Re the Marriage of:

LINH TRAN STEPHENS,

    Petitioner,

and

ADAM SYLVESTER STEPHENS,

    Respondent.

DON NEWBERRY
COURT CLERK

JUL 1 1 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Case No. FD-2015-2228

FD Docket B
Judge Theresa Dreiling

## CONFIRMATION OF REGISTRATION OF FOREIGN ORDER

NOW on this _11th_ day of _July_, 2017, this matter comes before the undersigned Judge of the District Court concerning registration of a foreign order. Petitioner is represented by her counsel, David W. Davis; and Respondent is represented by his counsel, Charles M. Parrish. Petitioner and Respondent agree to register their Columbia County, Oregon dissolution order with the Tulsa County, Oklahoma Court. The Court, having reviewed the file and considered the premises, finds that the parties have reached an agreement and finds and orders as follows:

1.    The parties were divorced in Columbia County, Oregon. The Stipulated General Judgment of Dissolution of Marriage; and Money Award (hereinafter "Oregon Decree") was filed on January 8, 2016.

2.    The parties desire to register the Oregon Decree with the Tulsa County Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Oregon Decree be and is hereby confirmed as a registered order and a certified copy of the Oregon Decree shall be filed simultaneously herewith.

1

Signature page to Confirmation of Registration of Foreign Order, *Linh Tran Stephens and Adam Sylvester Stephens,* Tulsa County Case No. FD-2015-2228

Judge Theresa Dreiling

APPROVED AS TO FORM AND CONTENT:

David W Davis, OBA #15067
David W. Davis, P.C.
601 S. Boulder, Suite 100
Tulsa, Oklahoma 74119
(918) 592-2007

Attorney for Petitioner

Charles M. Parrish, OBA #30206
Wirth Law Office
201 W. 5th Street, Suite 407
Tulsa, OK 74103
(918) 932-2800
Fax: (918) 932-2900

Attorney for Respondent

2

2017 JUL 11 PM 1:07

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COLUMBIA

**Department of Domestic Relations**

DISTRICT COURT
**FILED**

JUL 1 1 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

In the Matter of the Marriage of

NO.

**15DR18623**
Judge: Callahan, Cathleen B

**Adam Sylvester Stephens**

|  |  |  |
|---|---|---|
| Co-Petitioner, | ) | **STIPULATED GENERAL** |
|  | ) | **JUDGMENT OF DISSOLUTION** |
| and | ) | **OF MARRIAGE;** |
|  | ) | **AND MONEY AWARD** |
|  | ) |  |
|  | ) | **(CO-PETITIONERS)** |

**Linh Tran Stephens**

Co-Petitioner.

This matter came before the court on the motion and affidavit of Co-Petitioning

husband and wife and the stipulation of the parties for the entry of a judgment dissolving

their marriage. Co-Petitioner husband is filing Pro-Se. Co-Petitioner wife is filing Pro-Se.

The court having been presented with this form of stipulated judgment of dissolution,

having reviewed the records and documents on file herein, and being fully advised in the

premises, makes the following findings:

**1.**

Co-petitioners are jointly and in agreement filing this judgment for

Page 1 of 28 Stipulated General Judgment Co-Petition

Verified Correct Copy of Original 1/8/2016.

entry of such an order is appropriate because the continued pendency of this suit would

hinder the situation with regard to the parties' business interests. As a part of that waiver,

Husband and Wife consent to the waiver of the provisions of ORS 107.089, which require

the production of documents.

16.

Husband and Wife's signatures on this stipulated judgment evidence their intent

that the agreement embodied in this stipulated judgment will be enforceable in the manner

described in ORS 107.135.

17.

Spousal support is not to be paid.

18.

Husband and Wife have each completed the seminar for parenting if

required by this court.

19.

Co-Petitioners agree and request that no court appearances should be

required and allowing Co-Petitioners entry of judgment on affidavit in lieu of hearing.

20.

This marriage should be dissolved and Husband and Wife should be granted

the relief hereinafter set forth.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.

The marital status of the parties is hereby terminated. The provisions of this

Verified Correct Copy of Original 1/8/2016

Co-Petitioners desire that the Parties shall be awarded Joint legal and physical custody of the children of the marriage.

### 2.1

Non-custodial parent is entitled to frequent and unhampered continuing contact with the children at such times as the parties may mutually agree, but in no event less than is set forth below, which is part of this judgment.

Parenting time and parenting plan shall be:

Mother will have Parenting Time for two weeks every June, during summer vacation. Holidays – 50/50.

### 2.1.1

The parenting plan will be construed and implemented in a way that fosters the children's best interests by providing liberal, predictable, and wholesome time between the children and the non-custodial parent.

### 2.1.2

Although a written plan promotes stability for the children each parent acknowledges that reasonable adjustments will be needed from time to time and that an element of flexibility will be required in administering the plan. Each parent will be flexible in arranging dates and times with the children so that important family events and the children's activities are maintained with minimal disruption or hard feelings.

### 2.1.3

Each parent will act reasonably in registering the children for activities,

_Verified Correct Copy of Original 1/8/2016,_

health insurance will not be considered a reasonable expense that the other parent would need to pay a part of. Claim Against Estate: Support receiving parent shall have a claim against the estate of the ordered child support paying parent for any monies due pursuant to this judgment for any arrearages that has accrued as of the time of child support ordered parent's death for unpaid support and periodic payments.

### 4.2

Mother will pay half of all the child/ren's reasonably incurred medical, optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

Father will pay the other half of all the child/ren's reasonably incurred medical, optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

### 4.3

This judgment makes no provision for the maintenance of life insurance.

### 5.

The property of the parties will be divided as follows:

### 5.1

Husband is hereby awarded and will receive free from any claim of wife:

### 5.1.1

Any and all personal effects and personal property in party's possession and/or control.

In lieu of Child Support from the wife:

It is agreed by both parties that wife shall assume the following debts of the

Verified Correct Copy of Original 1/6/2016.

**husband:**

> 2013 Jeep Wrangler Rubicon
> $692.17 monthly payment
> Vin# 1C4HJWFG6DL616149
> Wa. License Plate# ALT5054

> 2014 Jayco Baha 18' trailer
> $192.43 monthly payment
> Vin# 1UJBJ0AJ0E77F0229
> Wa. license Plat# 1960YR

> Insurance for both Jeep and Trailer - $179.23 monthly payment

> Total of $1063.83 / month

> At such time the debts are paid in full, wife will sign-over the property to the husband.

> Husband also receives $325.40 per month SSI for the benefit of Grace Stephens.

### 5.2

Wife is hereby awarded and will receive free from any claim of husband:

### 5.2.1

Any and all personal effects and personal property in party's possession and/or control.

### 5.3

A party's personal papers are specifically awarded to that party. Each party will use their best effort now and in the future to provide the other party with that party's personal papers and records. These include, but are not limited to, birth certificates, passports, baptismal records, wills, military discharge papers, etc. Each party will also cooperate with the other in providing financial documents that may from time to time be necessary. For example, one party may in the future need a copy of a previously filed joint

Verified Correct Copy of Original 1/8/2016

tax return.

5.4

All fire and extended coverage, and liability and casualty insurance policies on or relating to any real or personal property herein described or referred to, and now in existence, will be transferred with the property to which the same pertains to the party receiving that property pursuant to this judgment, without charge or credit to either party in respect of the surrender value thereof.

7.

Each Party will keep their own retirement accounts and pensions, unless specifically stated otherwise herein.

8.

The liabilities and debts of the parties will be paid as follows:

8.1

Husband will pay, defend, indemnify, and hold wife harmless from any debt in his name alone not otherwise specifically described herein. The husband shall pay the following debts:

He is required to pay all personally incurred debts and expenses, including personal debt incurred during marriage and collections in his name.

8.2

Wife will pay, defend, indemnify, and hold husband harmless from any debt in his name alone not otherwise specifically described herein. The wife shall pay the following debts:

Verified Correct Copy of Original 1/8/2016.

She is required to pay all personally incurred debts and expenses, including

her car payments, real property at 8519 E. 75th St., Tulsa, OK 94133, all credit cards in her

name; her student loans.

In lieu of Child Support to husband:

It is agreed by both parties that wife shall assume the following debts of the

husband:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the
husband.

## 8.3

If either party fails to pay any debt or liability as set forth herein, the other

party will have the right, but not the obligation, to make any payment due, provided the

nonpaying party is given 10 days prior notice of the party's plan to make payment. If

payment is made, the party who failed to pay will be responsible for reimbursing the

amount paid to the party who made the payment, together with interest computed at the

same rate charged by the creditor on the obligation to which payment was made. Interest

will accrue from the time payment is made until full reimbursement is made. A party who

pays the other party's debt pursuant to this provision is hereby authorized to deduct the

amount of money paid from any payment then or thereafter due or owing the other party,

including from any obligation to pay support.

### 8.5

The obligation of a party to pay, defend, indemnify, and hold the other party

harmless from the payment of any debt described in this judgment is a support obligation

under 11 USC §523(5), which is not dischargeable in bankruptcy as to the other party.

### 9.

Spousal support is not to be paid.

### 10.

No name change is requested.

ATTORNEY FEES: None. Pro-Se filing.

### 11.

Each party will pay his or her own attorney fees and court costs incurred in

this proceeding unless otherwise stated herein.

### 12.

There are no attorney fees for judgment, as Co-Petitioners are filing Pro-Se

and have chosen not to use the services of an attorney.

### 13.

Each party will, within 30 days of the date of this judgment, execute,

acknowledge and deliver any and all documents and instruments necessary to complete the

transfer of any property as ordered in this judgment of dissolution. This judgment will

operate to convey title to the party to whom such property is awarded if the other party

Verified Correct Copy of Original 1/8/2016.

Verified Correct Copy of Original 1/8/2016.

Child support award in the amount of $586.00 accrues on the first day of each month

commencing the first day of the first month following the date of the judgment.

**However:**

In lieu of Child Support:

It is agreed by both parties that wife shall assume the following debts on

behalf of the husband, until paid in full:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83

At such time the debts are paid in full, wife will sign-over the property to the
husband.

Signed: 1/16/2016 4:32:52 PM

DATED _____, 20___, at _____, Oregon.

X_____
Circuit Court Judge
**Circuit Court Judge Cathleen B. Callahan**

Judge's name: _____

We sign this stipulated judgment on our own volition, with full knowledge of the facts, and

with full information as to our legal rights and liabilities. In some instances, the terms of



CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL DOCUMENT
TRIAL COURT ADMINISTRATOR
COLUMBIA COUNTY, OREGON
BY C. Patrieau
DATED 4/11/17

Verified Correct Copy of Original 1/8/2016

this stipulated judgment represent a compromise of disputed issues. However, We believe

the terms and conditions to be fair and reasonable under the circumstances. We have read

the stipulated judgment and agree that it accurately reflects our agreement.

X _____

Adam Sylvester Stephens, Co-Petitioner husband

Date: X NOV 30 2015

SUBSCRIBED AND SWORN to before me on NOV 30 , 20 15

Notary Public
State of Washington
B L SALMAN
MY COMMISSION EXPIRES
February 20, 2018

Notary Public for Oregon Washington .

My commission expires: Feb 20, 2018

X _____

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/24/2015

SUBSCRIBED AND SWORN to before me on Dr. 21 , 20 15

JEANNE WILSON
NOTARY PUBLIC · STATE OF OKLAHOMA
MY COMMISSION EXPIRES OCT 00, 2018
COMMISSION # 04010608

Notary Public for Oregon Oklahoma

My commission expires: October 2020 -6

Minor children:

G█████ L████ Stephens - Age; 02; birth year: 2013; SS# is protected and provided

separately in UTCR 2.130.1 affidavit.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRO-SE CERTIFICATION

These documents were prepared by Legal Alternatives for a fee of $155.00. No personal contact was initiated nor was any legal advice given. All information in these documents was supplied to preparers by ourselves through the mail or over the internet. All information is accurate to the best of our knowledge and that we have filed the Dissolution of Marriage as Co-Petitioners, jointly attesting and agreeing to all terms herein.

X _Adam Stept_

Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11-30-15

X _Linh Stephens_

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015

## NOTICE OF INCOME WITHHOLDING

The support order is enforceable by income withholding under ORS 25.311-25.318, 25.351-25.367, and 25.722. Withholding will occur immediately, whenever there are arrearages at least equal to the support payment for one month, whenever the obligated parent requests withholding, or whenever the obligee requests withholding for good cause. The district attorney or, as appropriate, the Support Enforcement Division of the Department of Justice will assist in securing such withholding. Exceptions may apply in

# EXHIBIT #2
## (3 pages of 2 latest SCOTUS letters)

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

July 11, 2024

Linh Stephens
C/O 11063 S Memorial Dr.
Suite D. #235
Tulsa, OK 74133

RE: Stephens v. Stephens
OK Ct. of Civil App. No. 120,849

Dear Ms. Stephens:

The above-entitled petition for a writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s):

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Emily Walker
(202) 479-5955

Enclosures

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

May 13, 2025

Linh Tran Stephens
C/O 1964 Ashley River Rd Ste B
Unit 80112
Charleston, SC 29416

RE: Stephens v. Stephens/Stephens v. Stephens/Stephens v. April Seibert, et al
SC OK Nos. 120,849; 122,022; 122,445

Dear Ms. Stephens:

The above-entitled petition for a writ of certiorari was postmarked April 25, 2025 and received May 5, 2025. The papers are returned for the following reason(s):

To the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 120,849, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was May 14, 2024. Therefore, the petition was due on or before August 12, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Please be advised that if you are intending for this Court to review a decision by the Supreme Court of Oklahoma in case number 122,022, it appears this case is currently pending in the Supreme Court of Oklahoma. Your case must first be reviewed by that court.

Additionally, to the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 122,445, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was September 30, 2024. Therefore, the petition was due on or before December 29, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Sincerely,
Scott S. Harris, Clerk
By:

Pipa Fisher
(202) 479-3019

Enclosures

**EXHIBIT #3**
**(12 pages)**



GWY.D LIJP
CHEROKEE NATION®

Office of the Chief

Chuck Hoskin Jr.
*Principal Chief*

Bryan Warner
*Deputy Principal Chief*

August 12, 2020

Linh Stephens

▬▬▬▬▬▬

Tulsa, OK ▬▬▬▬

Dr. Stephens,

This letter is to provide notice that Cherokee Nation will not renew your agreement at the end of the term. Article VII, Section A. and Article VIII, Section B. allows for non-renewal at the end of the term of the agreement by 30 days notice. The end of the term of your agreement is September 30, 2020. Effective August 13, 2020 you will be placed on administrative leave through September 30, 2020. You will continue to receive any compensation due to you according to your agreement through the end of the term. Your remaining annual leave balance on September 30, 2020 will be paid to you after the term of your agreement. We appreciate your time and contribution to Cherokee Nation Health Services.

Sincerely,

DocuSigned by:

R. Stephen Jones DDS

R. Stephen Jones
Executive Director
Cherokee Nation Health Services

cc:    file

363a

12/5/21, 10:56 AM    Payment Information

# OKLAHOMA
www.ok.gov

## Oklahoma Employment Security Commission

### Payment Information

ClaimID:595792791    Page:P5.7

| Week-date-end | Amount Paid | | Amount Deductble | | Total Weekly Benefits |
|---|---|---|---|---|---|
| 6/26/2021 | 274.00 | + | 380.00 | = | 654.00 |
| 6/19/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 6/12/2021 | 291.00 | + | 548.00 | = | 839.00 |
| 6/5/2021 | 561.00 | + | 278.00 | = | 839.00 |
| 5/29/2021 | 0 | + | 0 | = | 0 |
| 5/22/2021 | 421.00 | + | 418.00 | = | 839.00 |
| 5/15/2021 | 0 | + | 0 | = | 0 |
| 5/8/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 5/1/2021 | 448.00 | + | 391.00 | = | 839.00 |
| 4/24/2021 | 656.00 | + | 283.00 | = | 839.00 |
| 4/17/2021 | 387.00 | + | 452.00 | = | 839.00 |
| 4/10/2021 | 558.00 | + | 281.00 | = | 839.00 |
| 4/3/2021 | 338.00 | + | 501.00 | = | 839.00 |
| 3/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 3/20/2021 | 0 | + | 0 | = | 0 |
| 3/13/2021 | 462.00 | + | 377.00 | = | 839.00 |
| 3/6/2021 | 394.00 | + | 445.00 | = | 839.00 |
| 2/27/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/20/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/13/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 2/6/2021 | 326.00 | + | 513.00 | = | 839.00 |
| 1/30/2021 | 0 | + | 0 | = | 0 |
| 1/23/2021 | 300.00 | + | 539.00 | = | 839.00 |
| 1/16/2021 | 431.00 | + | 408.00 | = | 839.00 |
| 1/9/2021 | 730.00 | + | 109.00 | = | 839.00 |
| 1/2/2021 | 543.00 | + | 296.00 | = | 839.00 |
| 12/26/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/19/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/12/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 12/5/2020 | 282.00 | + | 257.00 | = | 539.00 |
| 11/28/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/21/2020 | 164.00 | + | 375.00 | = | 539.00 |
| 11/14/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 11/7/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/31/2020 | 184.00 | + | 355.00 | = | 539.00 |
| 10/24/2020 | 144.00 | + | 395.00 | = | 539.00 |
| 10/17/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/10/2020 | 469.00 | + | 70.00 | = | 539.00 |
| 10/3/2020 | 0 | + | 0 | = | 0 |

Return to Menu    Return to Previous Page

https://unemployment.state.ok.us/P5.7.aspx    1/1

Appellate Case: 25-5063    Document: 26    Date Filed: 06/25/2025    Page: 527



Form **1040** Department of the Treasury-Internal Revenue Service (99) **U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

**Filing Status** Check only one box.

☐ Single ☐ Married filing jointly ☒ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ► XXXXXXX

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXXX5094 |

If joint return, spouse's first name and middle initial | Last name | **Spouse's social security number** XXXXXXX

Home address (number and street). If you have a P.O. box, see instructions. XXXXXXXXXX | Apt. no.

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

City, town, or post office. If you have a foreign address, also complete spaces below. XXXXXXX | State OK | ZIP code XXXXXX

Foreign country name | Foreign province/state/county | Foreign postal code

☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**

Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ► ☐

| (1) First name Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | | 2b | 301 |
| 3a | Qualified dividends | 3a 79 | b Ordinary dividends | | 3b | 79 |
| 4a | IRA distributions | 4a | b Taxable amount | | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | | | | 7 | 6,493 |
| 8 | Other income from Schedule 1, line 10 | | | | 8 | 17,302 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ► | | | | 9 | 24,175 |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | 10 | 297 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ► | | | | 11 | 23,878 |

**Standard Deduction for-**

- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 12a | Standard deduction or Itemized deductions (from Schedule A) | 12a 12,550 | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b 300 | | | |
| c | Add lines 12a and 12b | | | 12c | 12,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | 13 | 781 |
| 14 | Add lines 12c and 13 | | | 14 | 13,631 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | 15 | 10,247 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1040** (2021)

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | | OMB No. 1545-0074 |
|---|---|---|---|

**Additional Income and Adjustments to Income**

Department of the Treasury
Internal Revenue Service

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to www.irs.gov/Form1040 for instructions and the latest information.

**2021**

Attachment Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
Linh T Stephens

Your social security number
XXXX 5094

### Part I    Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions)  ► | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | 4,204 |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | 13,098 |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling income | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Taxable Health Savings Account distribution | 8e | |
| f | Alaska Permanent Fund dividends | 8f | |
| g | Jury duty pay | 8g | |
| h | Prizes and awards | 8h | |
| i | Activity not engaged in for profit income | 8i | |
| j | Stock options | 8j | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8k | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) | 8l | |
| m | Section 951(a) inclusion (see instructions) | 8m | |
| n | Section 951A(a) inclusion (see instructions) | 8n | |
| o | Section 461(l) excess business loss adjustment | 8o | |
| p | Taxable distributions from an ABLE account (see instructions) | 8p | |
| z | Other income. List type and amount   ► | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR line 8 | 10 | 17,302 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Schedule 1 (Form 1040) 2021
EEA

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948470862

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
6214 B

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00               AS OF: Mar. 13, 2023
ACCRUED PENALTY:        0.00               AS OF: Mar. 13, 2023

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            01
FILING STATUS:        Married Filing Separate
ADJUSTED GROSS
   INCOME:            -12,163.00
TAXABLE INCOME:        0.00
TAX PER RETURN:        0.00
SE TAXABLE INCOME
   TAXPAYER:           0.00
SE TAXABLE INCOME
   SPOUSE:             0.00
TOTAL SELF
   EMPLOYMENT TAX:     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2023
PROCESSING DATE                                                Mar. 13, 2023

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150  | Tax return filed          | 20230801 | 03-13-2023 | 50.00 |
|      | 16211-446-66072-3         |       |      |        |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2022

The following items reflect the amount as shown on the return (PR), and
the amount as adjusted (PC), if applicable. They do not show subsequent
activity on the account.

# Form 1040  U.S. Individual Income Tax Return  2022

Department of the Treasury-Internal Revenue Service

OMB No. 1545-0074   IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single  ☐ Married filing jointly  ☒ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: ☒▬▬▬ ▮▬

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Linh T | Stephens | XXX-XX-5094 |

If joint return, spouse's first name and middle initial / Last name — Spouse's social security number: XXX-XX-▬▬

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no.

8214 E 111th PL S Unit 100

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

Bixby   OK   74008-2452

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse

**Digital Assets**
At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim:  ☐ You as a dependent   ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: ☐ Were born before January 2, 1958  ☐ Are blind   Spouse: ☐ Was born before January 2, 1958  ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit / Credit for other dependents |
|---|---|---|---|
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |
| | | | ☐ ☐ |

If more than four dependents, see instructions and check here .. ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions) ... 1i | |
| z | Add lines 1a through 1h | 1z |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 2a | Tax-exempt interest ... 2a | | b Taxable interest | 2b | 1 |
| 3a | Qualified dividends ... 3a | 13 | b Ordinary dividends | 3b | 13 |
| 4a | IRA distributions ... 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities ... 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits ... 6a | | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ... ☐ | 7 | 3,496 |
| 8 | Other income from Schedule 1, line 10 | 8 | (15,673) |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | (12,163) |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | (12,163) |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2022)



**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-07-2024
Response Date: 05-07-2024
Tracking Number: 105948456748

Record of Account

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2023

TAXPAYER IDENTIFICATION NUMBER:          XXX-XX-5094

LIN T STEP
8214 E

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        0.00
ACCRUED INTEREST:       0.00           AS OF: May  13, 2024
ACCRUED PENALTY:        0.00           AS OF: May  13, 2024

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:            01
FILING STATUS:         Married Filing Separate
ADJUSTED GROSS
   INCOME:            -11,948.00
TAXABLE INCOME:        0.00
TAX PER RETURN:        0.00
SE TAXABLE INCOME
   TAXPAYER:           0.00
SE TAXABLE INCOME
   SPOUSE:             0.00
TOTAL SELF
   EMPLOYMENT TAX:     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Apr. 15, 2024
PROCESSING DATE                                              May  13, 2024

TRANSACTIONS
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed<br>14211-517-34065-4 | 20241703 | 05-13-2024 | 50.00 |
| 460 | Extension of time to file tax return<br>ext. Date 10-15-2024 | | 04-05-2024 | $0.00 |

SSN Provided: XXX-XX-5094
Tax Period Ending: Dec. 31, 2023

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

FILED
SUPREME COURT
STATE OF OKLAHOMA
JAN 23 2023
JOHN D. HADDEN
CLERK

IN RE THE MARRIAGE OF
LINH TRAN STEPHENS,

Appellant,

v.

ADAM SYLVESTER STEPHENS,

Appellee.

No. 120,849

ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted

in part, and denied in part. 12 O.S. 2021, §§ 952 & 993.

The motion to dismiss is granted as to the October 17, 2022 order awarding

temporary child support in accordance with the temporary custody order and the

October 31, 2022 order denying Appellant's objection and motion to recalculate.

Such orders are interlocutory and not immediately appealable. S.W. v. Duncan, 2001

OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory

or rule-based categories of orders appealable by right. See 12 O.S. 2021, §§

952(b)(2), 993(A), and Rule 1.60, Oklahoma Supreme Court Rules, Tit. 12, ch. 15.

App. 1. See also Kuntze v. Kuntze, 1994 OK 132, ¶ 2, 886 P.2d 480.
*More unlawful Order by lower court for RECORDS TO BE SEALED (01-17-2023)*

To the extent Appellant challenges the November 2, 2022 order sealing

records, Appellee's motion to dismiss is denied. The order sealing records is the

functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. Collier v. Reese, 2009 OK 86, ¶ 11,

222 P.3d 966. See Rule 1.60(c), Oklahoma Supreme Court Rules, Tit. 12, ch. 15.

App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and

October 31, 2022 orders upon a final adjudication of the parties motions to modify

custody filed in the district court case. Appellee's Objection to Appellant's Pauper's *Mother = Appellant*

Affidavit is denied.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS

23RD DAY OF JANUARY, 2023.

CHIEF JUSTICE

ALL JUSTICES CONCUR

2.



**ORIGINAL**

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

IN RE THE MARRIAGE OF: )
LINH TRAN STEPHENS, )
)
Appellant, )
)
v. )   No. 120,849
)
ADAM SYLVESTER STEPHENS, )
)
Appellee. )

FILED
SUPREME COURT
STATE OF OKLAHOMA

JAN 23 2023

JOHN D. HADDEN
CLERK

Rec'd (date) 1-23-23
Posted
Mailed
Distrib
Publish ___ yes _X_ no

### ORDER

Appellee's Motion to Dismiss Appeal for lack of an appealable order is granted

in part, and denied in part. 12 O.S. 2021, §§ 952 & 953.

The motion to dismiss is granted as to the October 17, 2022 order awarding

temporary child support in accordance with the temporary custody order and the

October 31, 2022 order denying Appellant's objection and motion to recalculate.

Such orders are interlocutory and not immediately appealable. *S.W. v. Duncan*, 2001

OK 39, ¶ 11, 24 P.3d 846. Moreover, the orders do not fall into any of the statutory

or rule-based categories of orders appealable by right. *See* 12 O.S. 2021, §§

952(b)(2), 993(A), and Rule 1.60, *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15,

App. 1. *See also Kantor v. Kantor*, 1994 OK 132, ¶ 2, 886 P.2d 480.

To the extent Appellant challenges the November 2, 2022 order sealing

records, Appellee's motion to dismiss is denied. The order sealing records is the

functional equivalent of an injunction, therefore the appeal of this order shall proceed

as an appeal from an order appealable by right. *Collier v. Reese*, 2009 OK 86, ¶ 11, 222 P.3d 966. *See* Rule 1.60(c), *Oklahoma Supreme Court Rules*, Tit. 12, ch. 15, App. 1.

Appellant will have the opportunity to seek review of the October 17, 2022 and October 31, 2022 orders upon a final adjudication of the parties' motions to modify custody filed in the district court case. Appellee's Objection to Appellant's Pauper's Affidavit is denied.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 23RD DAY OF JANUARY, 2023.

_____
CHIEF JUSTICE

ALL JUSTICES CONCUR

-2-

# United States District Court
## for the Northern District of Oklahoma

Case No. 24-CV-216-JDR-CDL

LINH TRAN STEPHENS,

*Plaintiff*,

*versus*

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF
HUMAN SERVICES; *et al.*,

*Defendant.*

## ORDER

Before the Court is Plaintiff Linh Tran Stephens's motion for leave to
proceed in forma pauperis. Dkt. 3. In reliance upon the representations and
information set forth in the motion and supporting affidavit, Ms. Stephens is
permitted to file and maintain this action to conclusion without prepayment
of fees and costs. Ms. Stephens's motion to proceed in forma pauperis is
GRANTED.

Ms. Stephens is advised that the court will dismiss all or part of the
Complaint if it is determined that (A) the allegation of poverty is untrue; or
(B) that the action: (1) is frivolous or malicious, (2) fails to state a claim on
which relief can be granted, or (3) seeks monetary relief against a defendant
who is immune from such relief. 28 U.S.C. § 1915(e)(2). Because Ms. Ste-
phens has been given leave to proceed in forma pauperis, she is entitled to
rely on the Court to effect proper service. *See Olsen v. Mapes*, 333 F.3d 1199,
1205 (10th Cir. 2003). The U.S. Marshal will effect service once Ms.

No. 24-CV-216

Stephens has submitted a complete summons, a U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS THEREFORE ORDERED that Ms. Stephens's motion for leave to proceed in forma pauperis [Dkt. 3] is GRANTED.

IT IS FURTHER ORDERED that within thirty (30) days of the entry of this Order, or by June 12, 2024, Ms. Stephens shall submit one completed summons, one completed U.S. Marshal Service form (form USM-285), and one copy of the complaint for each named defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff seven blank USM-285 forms for Ms. Stephens's use in complying with this Order. Ms. Stephens's address is set forth in the complaint. Dkt. 2 at 3.

IT IS FURTHER ORDERED that, upon receipt of the summonses and USM-285 forms, the U.S. Marshal Service is directed to perfect service upon the defendants in accordance with Federal Rule of Civil Procedure 4 and Oklahoma Statute title 12, section 2004.

DATED this 23rd day of May 2024.

JOHN D. RUSSELL
*United States District Judge*

2

**EXHIBIT #4**
**(1 page)**

Appellate Case: 25-5063     Document: 26     Date Filed: 06/25/2025     Page: 539

**ORDER OF RELEASE FROM CUSTODY**

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias')

Stephens Linh Tken                                    1292383.0?

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| ED-16-2228 | Time served | Indirect contempt |
| | | |
| | | |
| | | |
| | | |

DISTRICT COURT
**F I L E D**

MAR 2 8 2024

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

☐ ELECTRONIC MONITOR REQUIRED BEFORE RELEASE

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the 28 day of March, 20 24.

Division/Court Family/Juvenile Leitch

DON NEWBERRY, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By _____
Deputy Court Clerk
(Court Seal)

Received by: _____
Deputy Sheriff

Received by: _____ 1514
JAIL

Form 9421 (Rev 1-17)

**APPENDIX C**

**APPENDIX C**

102a

**EXHIBIT #5**
**(1 page)**

20:51

# oscn.net

PRIVATE ARRAIGNMENT OF LINH TRAN
STEPHENS HELD ON THE RECORDER. COURT
ENTERS A PLEA OF NOT GUILTY AND THE
PETITIONER REQUESTS A JURY TRIAL.
PRETRIAL CONFERENCE SET FOR MAY 2, 2025
AT 9:00 AM BEFORE JUDGE LORETTA RADFORD
IN COURTROOM 605. PETITIONER RECOGNIZED
BACK Special judge practicing law from bench as my attorney
without my consent and overruling my repeated
objections—witnessed by room fulls of lawyers
JURY TRIAL FEE'S MUST BE PAID PRIOR TO
PRETRIAL CONFERENCE OR THE COURT MAY
PROCEED WITH AN NON JURY TRIAL ON THAT
DATE. Judge ignored pauper affidavit financially
indigency

03-17-2025

MOTION TO DISMISS/RESPONSE TO
PETITIONER'S NOTICE OF REMOVAL FROM prosecutor OKDHS CSS filed motion
STATE COURT TO FEDERAL COURT RE: STATE in limine for them being the
OF OKLAHOMA VS LINH TRAN STETPEHNES prosecutor to BLOCK OUT
FOR CONTEMPT OF COURT FOR exculpatory EVIDENCE. That motion
is for me the Defendant of Contempt
FRAUDULENTLY-ALLEGED-AND-UNVALIDATED
DEBT AND ALL CASES RELATED TO LINH proceedings to block out Prejudicial
INCLUDING FD-2015-2228 AND JD-2021-270, evidence and they using it to block
ETC out exculpatory evidence (truthful
Document Available (#1061157102) TIFF PDF evidence that sets me Defendant free
CORRUPT MUCH?

03-24-2025

DEPARTMENT OF HUMAN SERVICES' MOTION IN
LIMINE

Document Available (#1061157899) TIFF PDF

52

# Exhibit C

# FILED

JUN 0 6 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**2 5 CV - 2 8 6 CVE - MTS**

### PARTIES for Habeas Corpus for G.L. Stephens

0) *Plaintiff:* **Linh Tran Stephens**, sui juris
Rural Free Delivery, Non-Domestic 00000,
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt, near 29407] without U.S. Washington, D.C.
Phone: 817-631-3223 (donotcall.gov)

*Defendants:*

0) **STATE OF OKLAHOMA and its divisions and employees/successors;**
1) **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and its divisions and its employees/successors;**
2) Bridget O'brien a/k/a **BRIDGET O'BRIEN** or BRIDGET KAY MENSER, in her individual capacity and in official capacity as OKDHS caseworker;
3) April Seibert a/k/a **APRIL SEIBERT**, in her individual capacity and in official capacity as Special Judge of Tulsa County District Court, Docket C;
4) Rodney Sparkman a/k/a **RODNEY SPARKMAN**, in his individual capacity and in official capacity as Special Judge of Tulsa County District Court, Docket C;
5) Todd Chesbro a/k/a **TODD CHESBRO**, in his individual capacity and in official capacity as Special Judge of Tulsa County District Court, Docket C;
6) Jeffrey Cartmell, a/k/a **JEFFREY CARTMELL** in his individual capacity and in official capacity as DIRECTOR OF OKDHS since 2024 replacing DEBORAH SHROPSHIRE
7) Gentner Drummond, a/k/a **GENTNER FREDERICK DRUMMOND** in his individual capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since 2023;
8) John Kevin Stitt, a/k/a **J, KEVIN STITT**, in his individual capacity and in official capacity as GOVERNOR OF OKLAHOMA;
9) **OKLAHOMA CHILD PROTECTIVE SERVICES (CPS)**;
10) **OKLAHOMA CHILD SUPPORT SERVICES (CSS)**
11) **TULSA COUNTY DISTRICT COURT and its divisions** (Family Court, Juvenile Court, Civil Court, Small Claim Court Division) **and its employees/successors**
12) **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG)**;
13) **OKLAHOMA SECRETARY OF STATE (SOS)**;
14) **OKLAHOMA STATE GOVERNOR'S OFFICE;**
15) **ADAM SYLVESTER STEPHENS**, ex-husband of Linh Tran Stephen whose divorce was finalized in State of Oregon January 08, 2016
16) **DOES #1-99** known but unidentified STATE OF OKLAHOMA's employees,

- *Defendants # 1, 8, 13, and all defendants except # 16 :*
Oklahoma Attorney General Gentner Drummond for STATE OF OKLAHOMA and all its employees/successors
313 NE 21st Street
Oklahoma City, OK 73105
- *Defendants # 2, 3, 7, 10, 11, 17*
**Oklahoma Department of Human Services and its divisions CPS and CSS**, Director Jerrey Cartmell and Deborah Shropshire, Bridget O'brien, 2400 N. Lincoln Blvd.
Oklahoma City, OK 73105
- *Defendant # 11*
Child Support Services (CSS)
PO Box 248822
Oklahoma City, OK 73124
- *Defendant # 12, 4, 5, 6*
**Tulsa County District Court and all its divisions:** ATTN: Clerk's Office, Presiding Judge, and Board of County Commissioners, Judges of docket C April Seibert, Rodney Sparkman, Todd Chesbro, 500 S. Denver Avenue
Tulsa, OK 74103
- *Defendant # 14*
Service of Process Division, **Oklahoma Secretary of State**
2300 N Lincoln Blvd, Suite 101
Oklahoma City, OK 73105-4897
- *Defendant # 9, 15*
Office of the Governor, ATTN: J. Kevin Stitt
Oklahoma State Capitol
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
- *Defendant # 16*
Adam Sylvester Stephens (return address to ADA advocate Carol who serviced Adam)
7508 Ross Rd, Apt 5303, Del Valle, TX 78617
- CC: **The Board of County Commissioners**
Tulsa County Headquarters
218 W. 6th St., Tulsa, OK 74119-1004

Fee paid
& Summons

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Linh Tran Stephens, sui juris, a woman breathing with a living soul and the Holy Spirit, owner of biological offspring G.L.Stephens | ) ) ) |
| _____ Petitioner | ) ) |
| v. | )   Case No. _____ |
| STATE OF OKLAHOMA, OKLAHOMA DEPARTMENT OF HUMAN SERVICES, BRIDGET O'BRIEN, APRIL SEIBERT, ET. AL.. | )      (Supplied by Clerk of Court) ) ) ) |
| _____ Respondent (name of warden or authorized person having custody of petitioner) | ) ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.    (a)  Your full name:    Linh Tran Stephens, on behalf of my biological female offspring G.L.Stephens _____

     (b)  Other names you have used: _____

2.    Place of confinement:

     (a)  Name of institution:    OKDHS and ADAM SYLVESTER STEPHENS _____

     (b)  Address:    Unsure _____

     (c)  Your identification number: _____

3.    Are you currently being held on orders by:

     ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4.    Are you currently:

     ☐ A pretrial detainee (waiting for trial on criminal charges)

     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

     If you are currently serving a sentence, provide:

          (a)  Name and location of court that sentenced you: _____

     _____

          (b)  Docket number of criminal case: _____

          (c)  Date of sentencing: _____

     ☐ Being held on an immigration charge

     ☒ Other (explain):   Petitioner is owner of biological property female offspring seeking habeas relief of

     her female offspring G.L.Stephens who was and still is unlawfully restrained under void custody-modification

     orders entered without jurisdiction in Oklahoma state court _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

     ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☒ Other *(explain)*:   all orders entered by Tulsa County District Court and all of its divisions since DEC 03, 2021

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   TULSA COUNTY COURT, OKDHS, CPS, CSS, OAH

   (b) Docket number, case number, or opinion number   FD-2015-2228, JD-2021-270

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   all of the decisions since DEC 03, 2021

   (d) Date of the decision or action·   02/07/2024, 02/20/2024 and 05/02/2025, and all orders since 12/03/2021

### Your Earlier Challenges of the Decision or Action

7  **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   > (1) Name of the authority, agency, or court:   APPEAL BOARD OF OKDHS, STATE DISTRICT COURT OF TULSA COUNTY

   > (2) Date of filing:   see attached (too many)

   > (3) Docket number, case number, or opinion number:   see attached (too many)

   > (4) Result:   denied

   > (5) Date of result:   see attached (too many)

   > (6) Issues raised   see attached (too many)

   (b) If you answered "No," explain why you did not appeal:

8.  **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes          ☐ No

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   COURT OF CIVIL APPEAL, OKLAHOMA SUPREME COURT

(2) Date of filing:   see attached (too many)

(3) Docket number, case number, or opinion number:   see attached (too many)

(4) Result:   denied

(5) Date of result:   see attached (too many)

(6) Issues raised:   see attached (too many)

(b) If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   UNITED STATES SUPREME COURT

(2) Date of filing:   07/2024 and 05/2025

(3) Docket number, case number, or opinion number:

(4) Result:   "missed the deadline"

(5) Date of result   05/05/2025

(6) Issues raised:   see Exhibits in filing, also see attached

(b) If you answered "No," explain why you did not file a third appeal:

10    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following.

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☐ No

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

_____

_____

_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

If "Yes," provide:

(1) Date of filing: _____    _____

(2) Case number: _____    _____

(3) Result: _____    _____

(4) Date of result: _____    _____

(5) Issues raised: _____    _____

_____    _____

_____    _____

_____    _____

_____    _____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____    _____

(2) Date of filing: _____    _____

(3) Case number: _____    _____

(4) Result: _____    _____

(5) Date of result: _____    _____

(6) Issues raised: _____    _____

_____    _____

_____    _____

_____    _____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____    _____

_____    _____

_____    _____

_____    _____

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Unlawful Seizure of Child Without Warrant or Exigent Circumstances (4th Amendment)

(a) Supporting facts *(Be brief. Do not cite cases or law )*.

DEC 03, 2021, OKDHS CPS seized my biological property female offspring G.L.Stephens from private school without a warrant and without exigent/emergent circumstances by a felon. No evidence of imminent danger. I had protective order (PO-2021-3843) that she obtained against her father Adam; she was 8.5 y/o can speak for self and she wanted to speak directly to judge but court actors won't let her. Seizure of offspring occurred without proper notice nor opportunity to respond to false allegations

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** Violation of Due Process Rights in Child Removal Proceedings

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Lack of any evidentiary hearing, and without joining indispensable parties at protective order and DHS Secret hearings 12/08/2021. OKDHS did not have adjudication hearing, forensic interview of child, Hearsays by convicted felon whose words are not to be believed per law were taken as absolute truth, while expert witnesses like physicians, advanced nurse practitioner, primary care physician, child psychologists, whistleblower in OKDHS, reliable mother, grandparents, church deacons, etc, were all ignored by Respondents

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** Placement with Documented Child Abuser

H

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

G.L.Stephens was placed in the custody of her father, Adam Sylvester Stephens, despite his documented history of child abuse substantiated by both Oregon DHS (involving his 15-year-old daughter) and Oklahoma DHS whistleblower Maria Chico. OKDHS supervisors Leah Sukovaty and Shasta Miller deliberately truncated official reports documenting this abuse history. This placement created an immediate and ongoing risk to G.L.S' safety. Court excluded evidence of Adam's abuse hx

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

**GROUND FOUR:**    Disregard of Valid Oregon Custody Decree. SEE ATTACHED FILING FOR MORE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Oklahoma courts failed to honor a valid and binding Oregon divorce decree dated January 8, 2016,
which established "50/50 joint legal and physical custody" of G.L.Stephens with "unhampered access to
child for both parties." The decree also established "Jeep and Trailer in lieu of child support."
By disregarding this valid Oregon judgment and creating a contradictory custody arrangement without
proper jurisdiction, Oklahoma violated this agreement. No proper jurisdiction existed under the Uniform
Child Custody Jurisdiction and Enforcement Act to modify the Oregon decree.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not:    N/A

### Request for Relief

15. State exactly what you want the court to do:    Issue a Writ of Habeas Corpus ordering the immediate release of
G.L.Stephens from Adam Sylvester Stephens' custody and restore custody to me, her biological owner/mother;
Declare all custody, support, and enforcement orders, contempt orders, conviction or sentencing orders as
they were all procured without jurisdiction, due process, or lawful adjudication; Issue a Permanent Restraining
Order enjoining Defendants from enforcing these void orders; Order disclosure of unaltered reports
documenting Adam Stephens' history of child abuse;
Return my passport and freedom to travel internationally and locally;
Recall false and malicious warrants for arrest of a corporation with name similar to mine;
Return my retirements including rolled over 401(k) with interested;
Remove all liens against properties of my landlord or anything assumed to be mine;
Unfreeze all my bank accounts;
Stop all garnishments;
Stop all predatory debt collection practices by CSS and its extensions/partners;
Prohibit retaliation against me for protected federal advocacy;
grant remote hearing access pursuant to my ADA rights;
Provide written findings of fact and conclusions of law; and
Grant such additional relief as justice requires to remedy these constitutional violations.

Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (OKND 2241 Mod 07-2019)

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system with the correct postage attached:

N/A

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        06/05/2025

*Without prejudice*
*linh-tran: stephens/Agent*

_____
Signature of Petitioner

*unit
80112*
*1964 Ashley River Rd#B*
*Charleston, SC [29407]*
*817.631.3223*
*South Carolina*

N/A
_____
Signature of Attorney or other authorized person, if any

### Notary as JURAT CERTIFICATE

STATE OF MINNESOTA        )
                          ) ss
COUNTY OF SHERBURNE )

On this 05th day of June, 2025 before me, Melissa K. Vagle, a Notary Public, personally appeared a living woman Linh Tran Stephens ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Melissa K. Vagle*
Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

Tulsa District County Court of Oklahoma cases No. FD-2015-2228 docket C & F
https://tinyurl.com/4cdv5uS6 ; jail David L Moss inmate ID# 1282383 (DLM#)for debtor
imprisonment with inability to pay [unconstitutional] for 2 months since 02/07/2024;
*Nonjurisdictional* OAH No.: 23-00313-73, *Fraudulent and nonjurisdictional* OK IV-D FGN:
000948641001; CPS Case 20652909, CPS referral # 2078246 & 2200561 against Adam for
child abuses among many other CPS referrals by nonparties since 2017 against Adam while
false # 2195835 against Linh; truthful PO-2021-3843 child against Adam,
frauds-upon-the-court **JD-2021-270**, Adam impeached for perjury PO-2021-4059, his two false
VPOs dismissed per CM-2022-285; CM-2022-157;

APPEALS all denied: DF-120612→CI-120847&DF-120848&DF-120849,
DF-121149→PR-121200 & MA-121255; DF-121254; **DF-122022** (debtor prison 2 month
despite inability to pay); **CV-2024-1311** (401k retirement/bank theft appeal); **MA-122445**
(mandamus for recusal of judges); GJ-2024-1, **DF-121851** appeal for CJ-2023-1901 (breach of
contract); DHS Claims # 2520034513 started 10/04/2024, denial letter dated 12/17/2024
received 01/06/2025; **MA-122859** (mandamus for OSBI investigation per House of
Representative but denied because of inability to pay filing fees);

Federal lawsuits: Stephens vs. Sparkman et. al, case No. **22-CV-0480-CVE-JFJ** filed in 2022;
Stephens vs. Seibert et. al, **23-CV-553-GKF-SH** 12/21/2023; Stephens v. Child Support
Services of Oklahoma Department of Human Services et. el., **24-CV-216-JDR-CDL**
05/08/2024 appealed 10th circuit **Case No. 25-5063 PENDING STILL BY TODAY**
**05/05/2025**; Stephens v. Erica Parks and Dale Warner et. al, **24-CV-259-GKF-MTS**
06/03/2024 → United States Court of Appeals for the Tenth Circuit, Stephens v. Parks, et al.,
Appellate Case: 24-5138, filed 11/26/2024;


All appeals consistently raise constitutional violations including: due process denials,
discrimination based on national origin, debtor's prison implementation, double jeopardy,
invalid exercise of jurisdiction, and fraud upon the court by state actors, misconducts, etc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Habeas Corpus Petition for G.L.Stephens and Civil Action Case No. 25-_____
Article iii judge assigned: _____
as plaintiff permanently objected to any magistrates, clerks, and any other alternatives deviating
from article iii constitutional judges under common law

0) **Linh Tran Stephens**, sui juris, a woman breathing with a living soul and the Holy Spirit of
YAHUAH, the one-and-only Authorized Representative and Beneficiary of LINH TRAN
STEPHENS®, the only rightful owner of her biological property female offspring
G.L.Stephens, is a private individual with inherent sovereign rights,
    *Plaintiff*,           vs.

1) **STATE OF OKLAHOMA and its divisions and employees/successors;**
2) **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS) and its divisions
and its employees/successors;**
3) Bridget O'brien a/k/a **BRIDGET O'BRIEN** or BRIDGET KAY MENSER, in her individual
capacity and in official capacity as OKDHS caseworker;
4) April Seibert a/k/a **APRIL SEIBERT**, in her individual capacity and in official capacity as
Special Judge of Tulsa County District Court, Docket C;
5) Rodney Sparkman a/k/a **RODNEY SPARKMAN**, in his individual capacity and in official
capacity as Special Judge of Tulsa County District Court, Docket C;
6) Todd Chesbro a/k/a **TODD CHESBRO**, in his individual capacity and in official capacity as
Special Judge of Tulsa County District Court, Docket C;
7) Jeffrey Cartmell, a/k/a **JEFFREY CARTMELL** in his individual capacity and in official
capacity as DIRECTOR OF OKDHS since 2024 replacing DEBORAH SHROPSHIRE
8) Gentner Drummond, a/k/a **GENTNER FREDERICK DRUMMOND** in his individual
capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since 2023;
9) John Kevin Stitt, a/k/a, **J. KEVIN STITT**, in his individual capacity and in official capacity
as GOVERNOR OF OKLAHOMA;
10) **OKLAHOMA CHILD PROTECTIVE SERVICES (CPS);**
11) **OKLAHOMA CHILD SUPPORT SERVICES (CSS)**
12) **TULSA COUNTY DISTRICT COURT and its divisions (Family Court, Juvenile Court,
Civil Court, Small Claim Court Division) and its employees/successors**
13) **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG);**
14) **OKLAHOMA SECRETARY OF STATE (SOS);**
15) **OKLAHOMA STATE GOVERNOR'S OFFICE;**
16) **ADAM SYLVESTER STEPHENS**, ex-husband of Linh Tran Stephen whose divorce was
finalized in State of Oregon January 08, 2016
17) **DOES #1-99** known but unidentified STATE OF OKLAHOMA's employees,
    *Defendants*

---

**HYBRID EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS FOR
G.L.STEPHENS PURSUANT TO 28 U.S.C. § 2241, 28 U.S.C. § 1651, 12 O.S. §
1331, AND FOR INJUNCTIVE AND DECLARATORY RELIEF UNDER 42
U.S.C. § 1983 WITH REQUEST FOR PERMANENT RESTRAINING ORDER**

---

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent, Notice applies
to all successors and assigns; Affidavit is a Form of Evidence; Unrebutted Affidavit Stands
as Truth in Commerce; Silence or NonResponse is Tacit
Acquiescence/Agreement/Dishonor;

## TABLE OF CONTENTS

TABLE OF CONTENTS................................................................................................... 2

I. INTRODUCTION AND SUMMARY OF ACTION...................................................... 3

II. JURISDICTION & VENUE......................................................................................... 4

III. JUSTICIABILITY DOCTRINES INAPPLICABLE.................................................. 5

IV. LEGAL STANDARD................................................................................................. 7

V. CERTIFICATION UNDER FRCP 65(B)(1)(B)............................................................ 9

VI. PARTIES.................................................................................................................. 10

VII. STANDING AND NEXT FRIEND CAPACITY...................................................... 23

VIII. PRELIMINARY STATEMENT............................................................................. 27

IX. REQUEST FOR REMOTE HEARINGS.................................................................. 28

X. REQUEST FOR EXPEDITED DISCOVERY AND PRESERVATION OF EVIDENCE ...... 30

XI STATEMENT OF FACTS Sworn Affidavit of Truth................................................. 30

XII. LEGAL CLAIMS FOR RELIEF............................................................................. 64

    CAUSE OF ACTION I: PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241,
    28 U.S.C. § 1651, and 12 O.S. § 1331)
    (Unlawful Detention of biological property (female offspring) G.L.Stephens in Violation of
    Constitutional Rights)
    All Defendants........................................................................................................... 64

    CAUSE OF ACTION II: VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983) AND
    DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 U.S.C. § 242)...... .......... .. .68

    CAUSE OF ACTION III: JUDICIAL DECEPTION AND INTERFERENCE WITH
    FAMILIAL ASSOCIATION (42 U.S.C. § 1983)
    All Defendants........................................................................................................... 71

    CAUSE OF ACTION IV: FALSE ARREST AND JUDICIAL DECEPTION (42 U.S.C. §
    1983)
    All Defendants........................................................................................................... 72

    CAUSE OF ACTION V: MALICIOUS PROSECUTION (42 U.S.C. § 1983)..................... 73

    CAUSE OF ACTION VI: FIRST AMENDMENT RETALIATION (42 U.S.C. § 1983)
    All Defendants........................................................................................................... 74

    CAUSE OF ACTION VII: DISCRIMINATION BASED ON NATIONAL ORIGIN,
    GENDER, RELIGION, ADA RIGHTS, AND OTHER RIGHTS
    All Defendants........................................................................................................... 76

    CAUSE OF ACTION VIII: FRAUD UPON THE COURT
    All Defendants........................................................................................................... 77

    CAUSE OF ACTION IX: ONGOING HARASSMENT AND DENIAL OF RIGHTS
    All Defendants........................................................................................................... 78

CAUSE OF ACTION X: CIVIL CONSPIRACY TO DEPRIVE CONSTITUTIONAL
RIGHTS UNDER 42 U.S.C. § 1985(3)
All Defendants.................................................................................................. 79
CAUSE OF ACTION XI: DECLARATORY RELIEF UNDER 28 U.S.C. §§ 2201-2202
(Voidness of State Custody Orders, Structural Denial of Due Process)
All Defendants.................................................................................... 80
CAUSE OF ACTION XII: VIOLATION OF FULL FAITH AND CREDIT CLAUSE (U.S.
CONST. ART. IV, § 1)...................................................................................... 82
CAUSE OF ACTION XIII: MONELL LIABILITY FOR UNCONSTITUTIONAL
CUSTOMS, POLICIES, AND PRACTICES (42 U.S.C. § 1983)............................. 85
CAUSE OF ACTION XIV: VIOLATION OF THE UNCONSTITUTIONAL CONDITIONS
DOCTRINE................................................................................................... 87
CAUSE OF ACTION XV: VIOLATION OF FEDERAL PROTECTION OF CHILDREN
AGAINST SEXUAL EXPLOITATION ACT (18 U.S.C. §§ 2251-2260A)................ 90
CAUSE OF ACTION XVI: VIOLATION OF RIGHT TO TRAVEL (U.S. CONST. AMEND.
XIV)........................................................................................................... 92
CAUSE OF ACTION XVII: VIOLATION OF THE TAKINGS CLAUSE (U.S. CONST.
AMEND. V)................................................................................................... 94
CAUSE OF ACTION XVIII. VIOLATION OF ETHICAL STANDARDS AND CONFLICT
OF INTEREST REGULATIONS (28 C.F.R. § 45.2)............................................. 96
XIII. REQUEST FOR EXPEDITED CONSIDERATION.......................................... 99
XIV. PRAYER FOR RELIEF................................................................................ 100
XV. DEMAND FOR JURY TRIAL......................................................................... 102

## I. INTRODUCTION AND SUMMARY OF ACTION

COME NOW I, Affiant, named linh-tran: stephens (also known as "Linh Tran Stephens",

"Plaintiff", "Appellant", "Mother", or "Linh" herein), one of the sovereign People (as seen in

Oklahoma Constitution Article 2 Section 1) republican in form, Sui Juris–I am NOT the en legis,

legal fiction, trust, corporation, sole proprietor "LINH TRAN STEPHENS©®", a "pro se",

"person", "pauper", "indigent", "slave", "public servant", "government employee", "ward of

State", nor a "U.S. citizen", "minor" in your dictionary, but Ii am a stateless private individual, a

sentient and moral living breathing woman with a living soul and the Holy Spirit of

YAHUAH--do properly service to all opposing parties this affidavit, in this court of civilian

Public Record, to make this EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

pursuant to 28 U.S.C. § 2241, 28 U.S.C. § 1651 (the All Writs Act), and 12 O.S. § 1331,

combined with a request for Injunctive and Declaratory Relief under 42 U.S.C. § 1983, is hereby

submitted against all Defendants, including but not limited to STATE OF OKLAHOMA,

OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS), OKLAHOMA CHILD

PROTECTIVE SERVICES (CPS), OKLAHOMA CHILD SUPPORT SERVICES (CSS),

TULSA COUNTY DISTRICT COURT, and their respective previous, current, and future

employees, divisions, agencies, partners, contractors, and successors, etc. Plaintiff seeks the

immediate release of G.L.Stephens from the unsafe and unlawful sole custody of Adam

Sylvester Stephens and of fraudulent SSA Title IV (social security act title four grant is

fraudulent because this family does NOT meet any criteria for SSA title IV) , which was

obtained through frauds-upon-the-court (for which there is no statute of limitations), and whose

paternity of G.L.Stephens is contested repeatedly but ignored by OKDHS. Plaintiff further seeks

injunctive and declaratory relief under 42 U.S.C. § 1983 to address the ongoing violations of the

Fourteenth Amendment rights of both Plaintiff and G.L.Stephens. Additionally, Plaintiff requests

a Permanent Restraining Order enjoining all Defendants from enforcing the constitutionally void

orders issued in Tulsa District Court Case No. FD-2015-2228, asserting that said orders

constitute acts of kidnapping and conspiracy perpetrated under color of law in violation of

clearly established federal rights. In support thereof, Plaintiff states:

## II. JURISDICTION & VENUE

This Court has jurisdiction over this Petition for a Writ of Habeas Corpus under 28

U.S.C. § 2241(a), 28 U.S.C. § 1651 (the All Writs Act), and 12 O.S. § 1331, as Plaintiff's female

offspring, G.L.Stephens, is detained after seizure without a warrant against the will of herself and

the biological owner/Trustee (biological flesh and blood and alive mother) under void state court

orders violating the Fourteenth Amendment, within this Court's territorial jurisdiction.

Jurisdiction over the 42 U.S.C. § 1983 claim is proper under 28 U.S.C. §§ 1331 and 1343(a)(3),

based on deprivations of due process and familial association by state

actors/employees/representatives. This Court has jurisdiction under 28 U.S.C. § 1331, as this

matter arises under the Constitution, laws, and treaties of the United States of America. The

Plaintiff invokes this Court's inherent authority to issue a writ of habeas corpus to secure the

welfare of her biological property/beneficiary(female offspring), G.L.Stephens, and restore her to

her lawful custodial parent/Trustee. This Court also has jurisdiction under **28 U.S. Code § 1332 –**

**Diversity of Citizenship**, or Amount in Controversy over $75,000;

Venue is appropriate under 28 U.S.C. § 1391(b)(1) and (2), as the events occurred in

Oklahoma, and majority of Defendants reside or resided within the Northern District of

Oklahoma–except Adam Sylvester Stephens was, by court order in January 2024 issued by April

Seibert (an employee of the State of Oklahoma and representative of judicial system), directed

Adam to relocate the child to State of Texas far away from Plaintiff/Mother. This order was

issued without proper jurisdiction and resulted in the concealment of the child from Plaintiff.

Plaintiff has exhausted available state remedies, including filing multiple motions to

challenge the validity of the underlying orders, all of which have been summarily denied without

factual statement of facts and without lawful conclusions of law addressing the substantive

constitutional claims, rendering further state court proceedings futile.

## III. JUSTICIABILITY DOCTRINES INAPPLICABLE

The **Rooker-Feldman doctrine** does not bar federal review in this case because Plaintiff

challenges not the outcome of a valid judgment but the ongoing enforcement of void orders

entered entirely without jurisdiction. The Tenth Circuit has made clear that Rooker-Feldman does

not apply where, as here, Plaintiff alleged independent constitutional violations by state actors/employees/representatives under color of law, not mere legal error. *Mo's Express, LLC v. Sopkin*, 441 F.3d 1229, 1237-38 (10th Cir. 2006).

**Younger abstention** is equally inapplicable. Federal courts may NOT abstain where the state forum is procedurally or structurally incapable of providing adequate relief, where bad faith or retaliatory motives infect the proceedings, or where extraordinary circumstances exist. *Phelps v. Hamilton*, 59 F.3d 1058, 1065 (10th Cir. 1995). The record here reflects all three exceptions. The Oklahoma judiciary has systematically denied Plaintiff access to meaningful review of her constitutional claims.

The domestic relations exception does NOT deprive this Federal Court of jurisdiction That doctrine applies only to cases involving divorce, alimony, or child custody disputes between private parties that seek federal adjudication of traditional family law matters. It does not extend to federal constitutional claims against state actors who operate outside the bounds of lawful jurisdiction or who engage in systemic misconduct under color of law. Here, no proper paternity proceeding was ever commenced in a court with jurisdiction despite it being demanded numerous times through written and filed civilian public filings. Furthermore, the biological property (female offspring) G.L. Stephens was not included as a party in any adjudicative proceedings. Allegations of "Mother waiving all her rights" asserted by court officials, which contradict the Mother's sworn testimony and written affidavit, are in violation of due process. This action does not concern a domestic relations dispute, but rather a constitutional violation involving the unlawful seizure, detention, and restraint of a biological property (female offspring). Said actions were executed pursuant to duplicated and voided state court orders issued by the State of Oklahoma, which superseded the original order of the State of Oregon of

joint legal 50/50 custody order and "Jeep and Trailer in lieu of child support for G.L.Stephens" **(see Exhibit #1 for its relevant pages).** Furthermore, the State of Oklahoma's orders were procured through fraudulent means and enforced without adherence to due process. These actions occurred despite numerous written demands from the House of Representatives of Oklahoma x 2 and District Attorney Adam Panter advocating for the release of G.L.Stephens to me/Plaintiff who is the fit, loving, and safe parent (See **Exhibit #2**). Plaintiff repeatedly asserted a refusal to contract with the State of Oklahoma, rejection of all offers and deals, and a demand for the State to refrain from interacting with her and her children. Furthermore, Plaintiff explicitly declared not being a U.S. citizen nor a citizen of the State of Oklahoma but a citizen of the country of Viet Nam in South Asia continent (not in Washington D.C.), and subsequently clarified her status as a stateless traveler domiciled in the Republic of South Carolina. As the Tenth Circuit has made clear, "Federal courts retain authority to adjudicate cases raising constitutional violations, even if the underlying facts relate to domestic relations." *Vaughan v. Smithson*, 883 F.2d 63, 64 (10th Cir. 1989). This case squarely falls within that exception to the exception.

Plaintiff does NOT seek to relitigate a custody matter. She seeks redress for a federal due process crisis: the unlawful seizure of her biological property i.e. female biological offspring through fraudulent orders and frauds-upon-the-courts by state actors and its employees, enforced by officials without lawful authority, and preserved through a coordinated campaign of obstruction, retaliations, and abuse. These are precisely the circumstances where federal intervention is NOT only appropriate but it is constitutional required.

## IV. LEGAL STANDARD

This Court's jurisdiction to grant a Writ of Habeas Corpus under 28 U.S.C. § 2241 is a cornerstone of federal authority to redress unconstitutional detentions by state actors, particularly where, as here, a minor child, G.L.Stephens, is unlawfully restrained under void state court orders procured through fraud and enforced without jurisdiction. *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Unlike typical custody disputes, this case involves a state-sanctioned kidnapping under color of law, rendering habeas relief appropriate when state remedies are exhausted or demonstrably futile. *Lehman v. Lycoming County Children's Services Agency*, 458 U.S. 502, 511-12 (1982). The Oklahoma Supreme Court's dismissal of all writs of mandamus, writs of inhibitions, recusal of nonjurisdictional special judges, and its refusal to reverse modification of custody and child support orders without corrective action confirms the collapse of impartial state adjudication, vesting this Court with the solemn duty to restore constitutional order.

For claims under 42 U.S.C. § 1983, this Court may grant injunctive and declaratory relief against ongoing violations of federal rights by state officials acting under color of law, unshielded by immunity when acting in clear absence of jurisdiction. *Ex parte Young*, 209 U.S. 123, 159-60 (1908); *Pulliam v. Allen*, 466 U.S. 522, 541-42 (1984). The continuing enforcement of constitutionally void orders constitutes an ongoing violation of clearly established federal rights. Such ongoing conduct justifies prospective relief where each day of enforcement inflicts new harm. *Wilkinson v. Dotson*, 544 U.S. 74, 81-82 (2005).

A permanent restraining order under FRCP 65(b) requires: (1) a substantial likelihood of success on the merits; (2) a significant risk of irreparable harm absent relief; (3) that the balance of equities tips in the movant's favor; and (4) that an injunction serves the public interest. *Prairie Band of Potawatomi Indians v. Pierce*, 253 F.3d 1234, 1246 (10th Cir. 2001). Plaintiff easily

satisfies this standard, as the continued enforcement of void custody orders and child support orders—entered without jurisdiction or due process— causes ongoing and irreparable injury by unlawfully severing her relationship with G.L.Stephens, a harm no legitimate state interest can justify. See also *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). The continued enforcement of void orders causes irreparable injury each day by severing the mother-child relationship without lawful justification. The equities and public interest overwhelmingly favor intervention, as no legitimate state interest can justify the ongoing enforcement of judicial orders that violate the sanctity of the parent-child bond. See *Santosky v. Kramer*, 455 U.S. 745, 753 (1982); *Troxel v. Granville*, 530 U.S. 57, 65-66 (2000).

Plaintiff respectfully requests that this Court take judicial notice under Federal Rule of Evidence 201 of *Stephens v. Child Support Services of Oklahoma Department of Human Services et al., 24-CV-216-JDR-CDL*, currently pending before this same District, which involves some overlapping parties, factual allegations, and systemic misconduct within the Oklahoma judiciary. The constitutional violations at issue here—rooted in the same pattern of fraud, abuse of process, and obstruction—require coordinated review and urgent relief to vindicate the Fourteenth Amendment and prevent further irreparable harm.

## V. CERTIFICATION UNDER FRCP 65(B)(1)(B)

The Plaintiff hereby certifies that from November 2022 to the present date, numerous advance notices have been duly provided to both the Office of the U.S. Attorney General and the Office of the Oklahoma Attorney General. As all Defendants are current state officials, or in the case of *Traskos*, a federal employee, the Plaintiff has formally informed them of the emergency relief being sought, inclusive of this application for an Emergent PRO, injunctive relief, and declaratory judgment.

As of the time of this filing, no confirmation or response has been received but simply
just ongoing retaliation by the very state actors named in this action. As in *Dees v. Hood et al.*,
where this issue remains unaddressed despite multiple contesting/objecting/protesting filings,
Exhusband and STATE OF OKLAHOMA previously filed criminal charges "Violation of
Protective Order" against Plaintiff for "calling 911". Accordingly, Plaintiff certifies that she
made more than good faith efforts to provide notices where practicable. However, in light of the
Defendants' failure to respond, the ongoing pattern of retaliation and obstruction, and the
immediate risk of irreparable harm, emergency relief without further notice is warranted under
Rule 6s(b)(1)(B).

## VI. PARTIES

0. Plaintiff **Linh Tran Stephens**, sui juris, a woman breathing with a living soul and the Holy
   Spirit of YAHUAH, the one-and-only Authorized Representative and Beneficiary of LINH
   TRAN STEPHENS®. is the biological owner/mother of female biological offspring
   G.L.Stephens, appearing as her next friend to vindicate their Fourteenth Amendment rights.
   Plaintiff is a naturalized American who retains her Vietnamese citizenship (again, she is not a
   "U.S. citizen") and domiciles in South Carolina since April 2024 (more than a year ago) and
   traveled through Oklahoma from August 2015 to March 2024. Plaintiff Linh Tran Stephens is
   an honorably discharged U.S. Navy Medical Corps veteran who served America country
   faithfully for five years and was honorably discharged to become a civilian on 01 AUG 2025,
   followed by dedicated service to veterans at the Veterans Affairs and to indigenous
   communities at Cherokee Nation clinic and was laid off (not fired) in September 2020. She
   has consistently demonstrated her commitment to caring for vulnerable populations as a
   healthcare provider. As a devoted Christian mother, she has made significant sacrifices for

her daughter's well-being, including providing her ex-husband with substantial properties
fully loaded "Jeep and trailer in lieu of child support" during their divorce settlement in
January 2016 in state of Oregon to ensure G.L.Stephens's stability and happiness. Despite
being law-abiding sentient being with clean hands and pure heart, with no criminal history,
Plaintiff has been subjected to egregious constitutional violations, including the unlawful
seizure of her daughter without due process, fabricated allegations that were never
substantiated, denial of her rights to familial association, and retaliatory actions when she
attempted to assert her legal rights. Her pleas for justice have been systematically ignored by
state courts, which have refused to consider substantial evidence of her fitness as a parent and
the documented concerns regarding her ex-husband's history of child-abuse and pet-abuse.
Throughout this ordeal, Plaintiff has exhausted all available remedies within the state court
system while maintaining her dignity, faith, and unwavering commitment to her daughter's
welfare. She seeks not only to be reunited with her child but also to ensure that similar
constitutional violations do not continue to affect other families. The extraordinary
circumstances of this case warrant the intervention of this Court to remedy the ongoing
irreparable harm being inflicted upon both Plaintiff and her daughter through the
enforcement of facially void orders obtained through fraud upon the court and maintained
through the systemic violation of clearly established constitutional rights. Plaintiff is a
stateless traveler, as defined by Honorable Mr. Justice MILLER in the Slaughter-House
cases, 83 US 36 (1873).

1. Defendant **STATE OF OKLAHOMA**, through its judicial and executive officers, has
   enforced and continues to enforce void custody orders that unconstitutionally separate
   G.L.Stephens from her biological owner/mother. The State, acting through its various

departments and agencies, has systematically violated clearly established constitutional rights
by seizing and continuing to detain G.L.Stephens without due process, proper jurisdiction, or
factual basis. The State has established and maintained policies, practices, and customs that
permit the unlawful separation of children from fit parents without adequate procedural
safeguards, resulting in the ongoing violation of fundamental familial rights protected by the
First and Fourteenth Amendments. Despite numerous notices, appeals, and judicial filings
demonstrating these violations, the State has persisted in enforcing constitutionally void
orders and has failed to implement corrective measures to prevent similar violations.

2. Defendant **OKLAHOMA DEPARTMENT OF HUMAN SERVICES (OKDHS)** is the
state agency responsible for child welfare services in Oklahoma, operating through its
division Oklahoma Child Protective Services (CPS) and Oklahoma Child Support Services
(CSS). OKDHS orchestrated the unlawful removal of G.L.Stephens from Plaintiff's
protective custody on December 3, 2021, without a warrant, without exigent circumstances,
and without joining indispensable parties. OKDHS employees deliberately concealed
evidence of abuse by Adam Sylvester Stephens, including the truncation of official reports,
while simultaneously fabricating allegations against Plaintiff. The department has
systematically failed to follow its own protocols for investigating abuse, ignored evidence
presented by Plaintiff, refused to conduct forensic interviews of G.L.Stephens, denied
kinship placement despite an extensive list of available relatives, and made no efforts toward
reunification. OKDHS has established a pattern and practice of violating clearly established
constitutional rights through policy directives that incentivize the removal of children from
fit parents without adequate procedural protections.

3. Defendant **Bridget O'Brien a/k/a BRIDGET O'BRIEN or BRIDGET KAY MENSER, in**
her individual capacity and in official capacity as OKDHS caseworker, perpetuated
unsubstantiated allegations that led to the unlawful seizure of G.L.Stephens and has
continued to participate in the enforcement of void orders. Evidence indicates she has a
criminal history, including a felony conviction in Tulsa County case # CF-1999-2911 for
selling alcohol to minors. O'Brien deliberately misrepresented statements made by
G.L.Stephens during interviews, falsely claiming the child feared her mother when
G.L.Stephens had actually disclosed abuse by her father. She refused to document or accept
evidence of abuse presented by Plaintiff, declined to interview witnesses who could
corroborate Plaintiff's claims, and failed to follow standard DHS protocols for investigating
child abuse allegations. When confronted with evidence contradicting her allegations,
O'Brien altered her claims multiple times, ultimately declaring "I KNOW YOU'RE GUILTY
JUST BY LOOKING AT YOU!" under oath and on transcript (this transcript is in court
filings and can be made available upon request to Plaintiff by this Court and by the jurors)
without reviewing any devices or evidence. Her fabricated allegations and procedural
violations directly led to G.L.Stephens's removal from her mother's protective custody and
placement with a documented child abuser, acting in clear violation of established
constitutional rights and professional standards.

4. Defendant **April Seibert a/k/a APRIL SEIBERT,** in her individual capacity and in official
capacity as Special Judge of Tulsa County District Court, Docket C, is a state actor who
presided over custody proceedings concerning G.L.Stephens. Evidence indicates Special
Judge Seibert exceeded her judicial authority by making unauthorized mental health
diagnoses against Plaintiff, overruling testimony from qualified mental health experts,

systematically excluding crucial expert witnesses who submitted notarized affidavits
supporting Plaintiff's case, and imposing unconstitutional punitive actions amounting to cruel
and unusual punishment including: (1) prohibiting all phone/video and physical contact
between Plaintiff and her daughter under threat of imprisonment; (2) imposing restrictive and
financially burdensome visitation conditions requiring $150/hour payments; (3) denying
Plaintiff's American Disability Act accommodations by requiring sensitive diagnoses to be
stated aloud in open court; and (4) retaliating against Plaintiff for asserting constitutional
rights. Special Judge Seibert acted without proper jurisdiction and in clear absence of
authority when modifying custody from 50/50 to zero contact, operating outside the bounds
of judicial immunity when knowingly violating clearly established constitutional rights.

5. Defendant **Rodney Sparkman a/k/a RODNEY SPARKMAN**, in his individual capacity
and in official capacity as Special Judge of Tulsa County District Court, Docket C, is a state
actor who presided over critical hearings related to G.L.Stephens's custody. Evidence
indicates that Special Judge Sparkman previously worked for DHS for decades and failed to
disclose this significant conflict of interest when ruling on matters involving OKDHS. On
December 17, 2021, Special Judge Sparkman signed an ex parte Emergency Custody Order
without any argument, evidence, reliable witnesses, or cross-examination presented, and
without a jury trial as demanded by Plaintiff. This order facilitated the continued separation
of G.L.Stephens from her mother despite the absence of proper jurisdiction, due process, or
factual basis. Special Judge Sparkman systematically excluded exculpatory evidence,
including documentation of Adam Sylvester Stephens' history of child abuse, while accepting
unsubstantiated allegations against Plaintiff without proper evidentiary standards. By acting
without jurisdiction and in clear violation of established constitutional protections for

parental rights, Special Judge Sparkman exceeded the bounds of judicial immunity and directly contributed to the ongoing constitutional violations against Plaintiff and G.L.Stephens. His actions reflect a pattern of procedural irregularities that have prevented meaningful review of Plaintiff's constitutional claims and perpetuated the unlawful detention of G.L.Stephens in violation of clearly established rights.

6. Defendant **Todd Chesbro a/k/a TODD CHESBRO**, in his individual capacity and in official capacity as Special Judge of Tulsa County District Court, Docket C, is a state actor who participated in judicial proceedings related to G.L.Stephens' custody matter. As successor or concurrent judge with Special Judge Seibert on Docket C, Special Judge Chesbro continued to enforce unconstitutional orders, ignored evidence of child abuse by Adam Sylvester Stephens, disregarded Plaintiff's objections to jurisdiction, and participated in the systemic denial of due process. By enforcing void orders issued without proper jurisdiction and continuing the unlawful detention of G.L.Stephens, Special Judge Chesbro acted outside the bounds of judicial immunity when knowingly perpetuating constitutional violations despite Plaintiff's repeated notices, objections, and appeals. His actions contributed to the ongoing separation of G.L.Stephens from her biological mother without lawful justification and in violation of clearly established constitutional rights.

7. Defendant **Jeffrey Cartmell, a/k/a JEFFREY CARTMELL** in his individual capacity and in official capacity as Director of OKDHS since August 28, 2024 replacing Deborah Shropshire, a/k/a DEBORAH SHROPSHIRE, is the highest administrative official responsible for overseeing all operations, policies, and practices of the Oklahoma Department of Human Services, including its Child Protective Services and Child Support Services divisions. As the current Director, Defendant Cartmell bears ultimate responsibility

for ensuring the agency's compliance with constitutional requirements, federal and state laws, and professional standards in child welfare cases. Upon assuming office, Defendant Cartmell was provided with multiple communications, affidavits, and formal notices regarding the ongoing constitutional violations in Plaintiff's case, including evidence that OKDHS employees had deliberately truncated reports documenting Adam Sylvester Stephens' history of child abuse, yet he has taken no corrective action and has continued the policies and practices of his predecessor. In his individual capacity, Defendant Cartmell has demonstrated deliberate indifference to clearly established constitutional rights by maintaining policies and practices that incentivize the removal of children without adequate due process and by failing to discipline employees who fabricated allegations or concealed exculpatory evidence. His continued authorization of OKDHS resources to enforce facially void orders despite notice of their constitutional infirmities directly contributes to the ongoing deprivation of Plaintiff's fundamental rights. Despite having the authority and obligation to remedy these violations upon taking office, Defendant Cartmell has instead chosen to perpetuate the unlawful separation of G.L.Stephens from her mother and the enforcement of void custody and support orders in violation of clearly established law. PREVIOUSLY in his place was **Defendant Deborah Shropshire, M.D., in** her individual capacity and in official capacity as Director of OKDHS since her appointment, is the highest administrative official responsible for overseeing all operations, policies, and practices of the Oklahoma Department of Human Services, including its Child Protective Services and Child Support Services divisions. As Director, Dr. Shropshire bears ultimate responsibility for ensuring the agency's compliance with constitutional requirements, federal and state laws, and professional standards in child welfare cases. Despite her professional background as a physician, Dr. Shropshire has failed

to implement adequate safeguards to prevent the unconstitutional removal of children from

fit parents, ignored documented evidence of procedural violations within her agency, and

permitted the continued enforcement of void orders separating G.L.Stephens from her

mother. Dr. Shropshire received multiple communications, affidavits, and formal notices

regarding the constitutional violations in Plaintiff's case, including evidence that OKDHS

employees had deliberately truncated reports documenting Adam Sylvester Stephens' history

of child abuse, yet took no corrective action. In her individual capacity, Dr. Shropshire

demonstrated deliberate indifference to clearly established constitutional rights by

maintaining policies and practices that incentivize the removal of children without adequate

due process and by failing to discipline employees who fabricated allegations or concealed

exculpatory evidence. Her continued authorization of OKDHS resources to enforce facially

void orders despite notice of their constitutional infirmities directly contributes to the

ongoing deprivation of Plaintiff's fundamental rights

8.  Defendant **Gentner Drummond**, a/k/a **GENTNER FREDERICK DRUMMOND** in his

individual capacity and in official capacity as OKLAHOMA ATTORNEY GENERAL since

2023, is the chief legal officer for the State of Oklahoma with supervisory authority over

legal matters involving state agencies, including OKDHS and its divisions. As Attorney

General, Defendant Drummond bears responsibility for ensuring state agencies operate

within constitutional boundaries and comply with federal and state law. Despite receiving

numerous communications, affidavits, and formal notices regarding the unconstitutional

actions taken against Plaintiff and her daughter, Defendant Drummond failed to investigate

or intervene to remedy the ongoing constitutional violations. He further directed his office to

defend and perpetuate the unlawful actions of state actors rather than fulfilling his oath to

uphold the Constitution. In his individual capacity, Defendant Drummond had knowledge of the constitutional violations occurring in Plaintiff's case yet chose to ratify and facilitate these violations through deliberate inaction and continued legal support for unconstitutional practices.

9. Defendant **John Kevin Stitt, a/k/a, J. KEVIN STITT**, in his individual capacity and in official capacity as GOVERNOR OF OKLAHOMA, is the chief executive officer of the State of Oklahoma with ultimate supervisory authority over all executive branch agencies, including OKDHS, CPS, and CSS. As Governor, Defendant Stitt establishes policies, appoints directors, and bears responsibility for ensuring state agencies comply with constitutional requirements in their operations. Despite receiving multiple communications, legislative inquiries, and formal notices regarding the systemic constitutional violations in Plaintiff's case and others similarly situated, Defendant Stitt failed to exercise his executive authority to investigate, remedy, or prevent continued violations. He continued to approve funding and support for agencies engaged in unconstitutional practices while ignoring documented evidence of widespread due process violations. In his individual capacity, Defendant Stitt had actual knowledge of the constitutional violations occurring within agencies under his supervision yet chose to permit these violations to continue unabated, demonstrating deliberate indifference to clearly established constitutional rights.

10. Defendant **OKLAHOMA CHILD PROTECTIVE SERVICES (CPS)** is a division of OKDHS that effectuated the unlawful removal of G.L.Stephens from Plaintiff's custody on December 3, 2021. The Defendant seized Plaintiff's biological property without a warrant and in the absence of exigent circumstances, despite the offspring's well-being and safety while under Plaintiff's protective custody and child's own protective order against her

biological father, Adam Sylvester Stephens. Furthermore, the Defendant persists in enforcing

custody orders deemed void due to a lack of jurisdiction. The Defendant lacked proper

standing in contract and commercial law, as all alleged signatures were forged,

photoshopped, or waived without informed consent. The Mother never granted full power of

attorney over herself or her children to any party nor any state actors ever.

11. Defendant **OKLAHOMA CHILD SUPPORT SERVICES (CSS)** is a division of OKDHS

that has pursued punitive enforcement actions against Plaintiff for alleged child support

arrearages, despite the existence of a binding Oregon decree that specifically established

"Jeep and Trailer in lieu of child support" and despite Plaintiff's documented financial

indigency. CSS has instituted unconstitutional collection practices including imprisonment

for debt, passport seizure preventing international travel, improper garnishment of retirement

accounts (including Rolled Over 401(k)) established during a subsequent marriage, and other

coercive measures without affording due process protections. CSS has enforced duplicated

and void child support orders that violate judicial estoppel, res judicata, and other established

legal principles, and has continued these enforcement actions despite Plaintiff's repeated

objections, appeals, and proof of financial hardship. These actions constitute a violation of

clearly established constitutional prohibitions against debtors' prisons and the right to travel,

as well as violations of federal law regarding the protection of retirement accounts.

12. **TULSA COUNTY DISTRICT COURT** and its divisions (Family Court, Juvenile Court,

Civil Court, Small Claim Court Division) and its employees are state actors who have

systematically facilitated the constitutional violations against Plaintiff and G.L.Stephens. The

Court has repeatedly enforced void orders, denied Plaintiff's constitutional right to due

process, refused to acknowledge valid jurisdictional challenges, sealed evidence unfavorable

to the state's position, obstructed meaningful review of constitutional claims, and facilitated the unlawful separation of Plaintiff from her biological property after their unwarranted seizure of her biological property. Court employees have consistently disregarded evidence of abuse by Adam Sylvester Stephens while accepting unsubstantiated allegations against Plaintiff without proper evidentiary hearings. The Court has further violated Plaintiff's rights by denying her in forma pauperis status despite documented financial hardship, preventing access to court records and transcripts necessary for meaningful appellate review, and imposing punitive financial barriers to justice. Through these actions, the Court has established a pattern and practice of constitutional violations that continue to deprive Plaintiff of her fundamental rights.

13. Defendant **OKLAHOMA ATTORNEY GENERAL OFFICE (OAG)** is the state agency responsible for providing legal representation to the State of Oklahoma and its agencies, including OKDHS, CPS, and CSS. The OAG has facilitated the ongoing constitutional violations by providing legal support and representation to state actors engaged in unlawful conduct, despite receiving notice of these violations. The OAG has defended demonstrably void orders in state court proceedings, opposed Plaintiff's efforts to obtain relief through proper legal channels, and contributed to the systemic obstruction of justice that has prevented meaningful review of Plaintiff's constitutional claims. Despite its obligation to uphold the law and protect citizens from constitutional violations, the OAG has instead used its resources and authority to perpetuate and defend the unlawful actions of other state defendants.

14. Defendant **OKLAHOMA SECRETARY OF STATE**, in their individual capacity and in official capacity as the chief authenticating officer for the State of Oklahoma, is responsible

for maintaining all official records, authenticating documents, and overseeing the registration of corporations, limited liability companies, and other business entities within the state. The Secretary of State bears responsibility for maintaining the corporate registrations that establish the legal fiction entities operating as courts, agencies, and government departments which have engaged in constitutional violations against Plaintiff. Despite receiving proper notices, affidavits, and legal documentation from Plaintiff challenging the jurisdiction and authority of these entities, the Secretary of State has failed to take appropriate action to ensure these entities operate within their lawful bounds. The Secretary has continued to authenticate documents, orders, and warrants issued without proper jurisdiction or constitutional authority, thereby facilitating the ongoing constitutional violations against Plaintiff and her daughter. The Secretary of State has knowledge of the commercial nature of court proceedings under the Court Registry Investment System (CRIS) yet continues to authenticate and legitimize void orders that violate Plaintiff's fundamental rights. By refusing to acknowledge Plaintiff's properly filed notices and declarations regarding her status as a living woman with a soul, separate from the legal fiction LINH TRAN STEPHENS®, the Secretary of State has contributed to the systemic deprivation of rights by maintaining the administrative infrastructure that enables these constitutional violations to continue unchecked.

15. Defendant **OKLAHOMA STATE GOVERNOR'S OFFICE** is the executive branch agency with ultimate supervisory authority over all state agencies, including OKDHS, CPS, and CSS. The Governor's Office establishes policies, procedures, and directives that guide the operation of these agencies, and bears responsibility for ensuring constitutional compliance. Despite receiving multiple notices, legislative inquiries, and documented evidence of

truncated from official reports by a DHS supervisor Leah Sukovaty and Shasta Miller in an

apparent attempt to conceal Adam Sylvester Stephens' history of child abuse.

## VII. STANDING AND NEXT FRIEND CAPACITY

15. Plaintiff brings this action as the biological owner (mother) and lawful custodian of

    G.L.Stephens, a minor child unlawfully restrained under color of law by Defendants. Plaintiff

    has never had her parental rights terminated through any lawful judicial proceeding, has

    never been adjudicated unfit by any court of competent jurisdiction, and retains all

    constitutionally protected interests in the care, custody, and control of her child. The Supreme

    Court has long recognized that the "liberty" protected by the Due Process Clause includes the

    right of parents to "establish a home and bring up children" and "to control the education of

    their own." *Meyer v. Nebraska*, 262 U.S. 390, 399, 401 (1923); *Troxel v. Granville*, 530 U.S.

    57, 65 (2000) (recognizing parental rights as "perhaps the oldest of the fundamental liberty

    interests recognized by this Court").

16. As such, Plaintiff proceeds as G.L.Stephens's next friend, authorized under *Whitmore v.

    Arkansas*, 495 U.S. 149, 163-64 (1990), which permits a competent adult to litigate on behalf

    of a minor who is unable to pursue relief independently and where the next friend is "truly

    dedicated to the best interests of the person on whose behalf [she] seeks to litigate." The

    Supreme Court in *Whitmore* established a two-part test for next friend standing: (1) providing

    an adequate explanation why the real party in interest cannot appear on their own behalf, and

    (2) demonstrating that the next friend is "truly dedicated to the best interests of the person on

    whose behalf [she] seeks to litigate." Id. at 163-64. Both elements are satisfied here, as

    G.L.Stephens is a minor child lacking legal capacity to bring suit independently, and

    Plaintiff, as the biological mother who has demonstrated ongoing dedication to her child's

welfare, is unquestionably committed to G L.Stephens's best interests. See also *T.W. v. Brophy*, 124 F.3d 893, 897 (7th Cir. 1997) (recognizing natural parents' presumptive qualification to represent their children's interests).

17 The contention that only Bar Association members may bring habeas corpus petitions on behalf of children is demonstrably incorrect and constitutionally unsound. The Supreme Court in *M.L.B. v. S.L.J.*, 519 U.S. 102, 116-17 (1996), explicitly recognized that the right to maintain the parent-child relationship cannot be conditioned on one's ability to retain counsel, holding that "the interest of parents in their relationship with their children is sufficiently fundamental to come within the finite class of liberty interests protected by the Fourteenth Amendment." This constitutional protection would be rendered meaningless if parents were categorically barred from seeking habeas relief for their unlawfully detained children merely because they proceed without attorney representation.

18. Furthermore, 28 U.S.C. § 2242 explicitly provides that an application for a writ of habeas corpus "shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his [or her] behalf." The statute imposes no requirement that the person acting on behalf of the detained individual be a licensed attorney. As the Supreme Court noted in *Bounds v. Smith*, 430 U.S. 817, 821 (1977), "the fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers " This principle applies with even greater force to parents seeking to vindicate the liberty interests of their unlawfully detained children.

19. In *Whitmore*, the Supreme Court traced the history of "next friend" standing back to English common law, noting that it has been "long accepted" that "next friends" may appear in court on behalf of detained prisoners who are unable to seek relief themselves. 495 U.S. at 162.

Notably, the Court placed no attorney requirement on this historical practice. The Ninth

Circuit in *Coalition of Clergy v. Bush*, 310 F.3d 1153, 1159 (9th Cir. 2002), while addressing

next friend standing requirements, emphasized that "there are no federal cases requiring next

friends to be attorneys," directly contradicting any contention that BAR membership is a

prerequisite for filing habeas petitions on behalf of another.

20. The Federal Rules of Civil Procedure recognize that parents may represent their minor

children's interests in federal court without attorney representation. Fed. R. Civ. P. 17(c)(1)

provides that "a general guardian, a committee, a conservator, or a like fiduciary" may sue on

behalf of a minor. The Supreme Court has recognized that parents naturally fall within this

category. *Cf. Elk Grove Unified School District v Newdow*, 542 U.S. 1, 15 (2004)

(recognizing that parents generally have standing to sue on behalf of their minor children).

21. Moreover, in *Lehman v. Lycoming County Children's Services Agency*, 458 U.S. 502, 513-14

(1982), while addressing the availability of federal habeas corpus to challenge state child

custody determinations, the Court acknowledged that parents have standing to pursue such

claims, stating only that "federal habeas has never been available to challenge parental rights

or child custody" without imposing any requirement that such challenges must be brought by

licensed attorneys. The Court's analysis focused on the nature of the claims, not the

professional status of the person bringing them.

22. In *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973), the Supreme Court emphasized that

habeas corpus is fundamentally a remedy for unlawful restraint of liberty, regardless of who

brings the petition. The Court has consistently focused on the liberty interest at stake rather

than the identity or professional credentials of the Plaintiff. This aligns with the fundamental

purpose of the Great Writ—to provide an effective remedy against unlawful

detention—which would be frustrated by imposing artificial barriers like mandatory attorney representation.

23. Finally, the Supreme Court's decision in *Turner v. Rogers*, 564 U.S. 431, 448 (2011), recognized that in certain civil proceedings—specifically including those that might result in deprivation of liberty—due process does not categorically require representation by counsel. If individuals may represent themselves in proceedings where their own liberty is at stake, it would be illogical and unjust to prohibit parents from seeking habeas relief for their children without attorney representation.

24. Plaintiff is also the attorney-in-fact for G.L. Stephens pursuant to inherent parental authority recognized in *Wisconsin v. Yoder*, 406 U.S. 205, 232 (1972) (acknowledging "the fundamental interest of parents in the religious upbringing of their children" and broader decision-making authority). Plaintiff satisfies all standing requirements under Article III as articulated in *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992) and reaffirmed in *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2203 (2021): (1) she has suffered a concrete, particularized injury in fact through the unlawful seizure and continued detention of her child; (2) this harm is directly traceable to Defendants' actions undertaken under color of law; and (3) the requested relief—immediate return of G.L. Stephens to her lawful custodian—will unquestionably redress that injury.

25. The Third Circuit in *B.S. v. Somerset County*, 704 F.3d 250, 259-60 (3d Cir. 2013), explicitly recognized that "a parent deprived of custody of his or her child is clearly injured by the interference with the parent's right to the companionship, care, custody, and management of their children," thereby establishing an injury-in-fact for standing purposes. See also *Duchesne v. Sugarman*, 566 F.2d 817, 825 (2d Cir. 1977) (holding that "the right of the

family to remain together without the coercive interference of the awesome power of the
state" is a fundamental liberty interest protected by the Fourteenth Amendment).

26. Pursuant to 28 U.S.C. § 2242, an application for a writ of habeas corpus may be made by the
person detained or "by someone acting on his behalf," further establishing statutory authority
for Plaintiff's capacity to bring this action as next friend. The "constitutional imperative to
preserve familial bonds" recognized in *Santosky v. Kramer*, 455 U.S. 745, 753 (1982),
provides additional foundation for Plaintiff's standing in this proceeding.

## VIII. PRELIMINARY STATEMENT

27. This case represents an extraordinary miscarriage of justice that strikes at the heart of our
constitutional order. Plaintiff Linh Tran Stephens, an honorably discharged U.S. Navy
veteran and devoted mother, seeks emergency relief from this Court to remedy the unlawful
seizure and continuing detention of her daughter, G.L.Stephens, by state actors operating
without lawful jurisdiction and in flagrant violation of clearly established constitutional
rights.

28. On December 3, 2021, without a warrant, without exigent circumstances, and without due
process, Oklahoma Child Protective Services seized G.L.Stephens from her private school
and placed her in the sole custody of Adam Sylvester Stephens—a man with a documented
history of child abuse substantiated by both Oregon and Oklahoma authorities. This
extraordinary state action occurred despite the existence of a valid Oregon custody decree
establishing 50/50 joint custody, and despite the availability of extensive evidence
demonstrating that G.L.Stephens was safe in her mother's care.

29. In the years since this unlawful seizure, Oklahoma officials have systematically obstructed
Plaintiff's access to meaningful judicial review, sealed exculpatory evidence, concealed

documentation of Adam Sylvester Stephens' history of child abuse, and repeatedly retaliated against Plaintiff for asserting her constitutional rights. The state has fabricated a series of unfounded allegations to justify its actions, while simultaneously blocking Plaintiff's access to court records, denying her the opportunity to present contrary evidence, and ignoring the testimony of qualified experts who have affirmed her fitness as a parent.

30. This case transcends a mere custody dispute between private parties. It represents a systemic failure of the Oklahoma judiciary to protect the fundamental constitutional rights of both parent and child against arbitrary state action. The Fourteenth Amendment's due process guarantees and the sanctity of the parent-child relationship—repeatedly affirmed by the Supreme Court as "perhaps the oldest of the fundamental liberty interests recognized"—have been sacrificed on the altar of administrative convenience and institutional self-protection.

31. Every day that G.L.Stephens remains separated from her fit and loving mother under these constitutionally void orders represents a continuing violation of federal rights that inflicts irreparable harm on both mother and child. The integrity of our constitutional system demands immediate judicial intervention to halt this ongoing deprivation of liberty and to restore G.L.Stephens to her rightful custodian

32. This petition invokes this Court's solemn responsibility to serve as the guardian of constitutional rights when state processes have failed. As the Supreme Court recognized in *Ex parte Young*, federal courts have not only the authority but the duty to intervene when state officials act in violation of the Constitution. That duty is especially compelling when, as here, the state's actions sever the sacred bond between parent and child without lawful justification.

## IX. REQUEST FOR REMOTE HEARINGS

33. Plaintiff, a disabled litigant proceeding sui juris, respectfully requests that this Court order
that all hearings possible in this matter be conducted remotely, pursuant to her rights under
the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Due Process
Clause of the Fourteenth Amendment to the United States Constitution.

34. Plaintiff has been repeatedly affirmed as financially indigent by the Oklahoma Supreme
Court (case # DF-120849) and the Federal Courts, and subsists on zero income. Due to her
limited financial means and the physical burden of interstate travel from South Carolina to
Oklahoma, she cannot feasibly attend in-person hearings in the Northern District of
Oklahoma without undue hardship. See *Tennessee v. Lane*, 541 U.S. 509, 533-34 (2004);
*Boddie v. Connecticut*, 401 U.S. 371, 380-81 (1971). FRCP 43(a) permits testimony and
participation via contemporaneous transmission "for good cause in compelling circumstances
and with appropriate safeguards." Plaintiff satisfies this standard. See *Robertson v. Las
Animas County Sheriff's Dep't*, 500 F.3d 1185, 1195-96 (10th Cir. 2007).

35. Moreover, given that Plaintiff now resides in South Carolina and the disputed custody and
paternity orders concern a child unlawfully seized from her in Oklahoma without
jurisdiction, forcing physical attendance would only exacerbate the deprivation of her
constitutional rights. Previous courts have already violated Plaintiff's ADA rights by denying
her reasonable accommodations despite formal requests, and Special Judge April Seibert
specifically required Plaintiff to disclose her private medical diagnoses in open court rather
than respecting her privacy rights.

36. In light of the above and the financial and physical constraints imposed by her limited
resources and geographic distance, Plaintiff respectfully requests an immediate order
permitting remote participation in all future proceedings in this case.

## X. REQUEST FOR EXPEDITED DISCOVERY AND PRESERVATION OF EVIDENCE

37. Pursuant to FRCP 26(d), 26(f), 34, and 65 and this Court's inherent equitable authority to
prevent irreparable harm and preserve the integrity of judicial proceedings, Plaintiff
respectfully requests that the Court enter an order authorizing narrowly tailored expedited
discovery and directing the immediate preservation of all relevant documents,
communications, and electronically stored information (ESI) in the possession, custody, or
control of Defendants and their affiliated agencies.

38. Expedited discovery is appropriate where good cause exists, particularly when preliminary
injunctive relief is sought or where there is a demonstrable risk of spoliation, concealment, or
irreparable evidentiary harm. The Tenth Circuit has recognized that district courts may permit
discovery before the Rule 26(f) conference upon a showing of need, reasonableness, and
proportionality. See *Bustos v. United States*, 257 F. App'x 171, 174 (10th Cir. 2007); see also
*Pod-Ners, LLC v. N. Feed & Bean of Lucerne Ltd. Liab. Co.*, 204 F.R.D. 675, 676-77 (D.
Colo. 2002).

39. This case presents compelling circumstances warranting expedited discovery, as evidence
already exists that Oklahoma officials have truncated, altered, and concealed critical
documents—particularly those documenting Adam Sylvester Stephens' history of child
abuse. Plaintiff seeks immediate production of unaltered records and communications related
to the seizure of G.L.Stephens and subsequent custody proceedings, which are necessary to
prevent continued irreparable harm and to support her request for emergency injunctive
relief.

## XI. STATEMENT OF FACTS *Sworn Affidavit of Truth*

republic South Carolina }       *Notice to Agent is Notice to Principal, Notice to Principal is Notice*
                    }ss *to Agent, Notice applies to all successors and assigns; Affidavit is a*
county Charleston      }    *Form of Evidence; Unrebutted Affidavit Stands as Truth in*
                             *Commerce; Silence or NonResponse is Tacit*
                             *Acquiescence/Agreement/Dishonor:*

i, linh-tran: stephens, being of sound mind and competent to make this verification, do hereby

solemnly affirm and declare as follows:

## CONCISE SUMMARY:

18. i am the flesh and blood natural living woman breathing with a soul and a Holy Spirit and my

name is Linh Tran Stephens; i have served honorably in the U.S. Navy Medical Corps for

five years then became a civilian, followed by two years serving the Veterans Affairs and two

years serving Indian Health Services at Cherokee Nation clinic followed by being laid off

during pandemic 09/2020 then small business owner, dedicating my life to the service and

protection of our nation and defending the United States Constitution. Obeying my religious

beliefs as a Christian, i granted my ex-husband, Adam Sylvester Stephens, 50/50 custody of

our daughter, G.L.Stephens, without demanding child support during our finalized divorce in

State of Oregon in January 2016; as part of this agreement, despite earning $80,000 a year or

so, i also provided Adam with a fully loaded Jeep Wrangler and a trailer in lieu of child

support, prioritizing the young woman G.L.Stephens' stability and happiness. This agreement

was duly autographed in the presence of public notaries and was finalized by a district court

judge without any objections from either party.

19. Horrifically, on December 03, 2021, young woman G.L.Stephens (8.5 years old) was forcibly

kidnapped from my safe, protective custody (case # PO-2021-3843 against Adam) by

Oklahoma Child Protective Services ("*CPS*") without a warrant, without criminal charges,

documented evidence, or credible witnesses against me then inexplicably awarded

emergency sole custody to Adam, a known and documented child abuser. CPS deprived

kinship placement despite having a comprehensive seven-page list of safe, fit, available, and willing family members and close family friends in Oklahoma, Texas, and Oregon. There were no efforts made by CPS for reunification even now. False allegations of "child pornography, therefore mental injury" were levied against me still despite absence of any criminal charges and despite my innocence was confirmed by forensic analysis and testimonies by the reputable individuals such as private investigator David Ballard, child psychologist Jim Lovett's, OKLAHOMA DHS child investigator OKDHS whistleblower Maria Chico, 30+ year experience child psychologist Jim Lovett, 20+ year school director Jayme Wingo-Martin and 20+ year school teacher Susie Panzer, medical providers Jeri Townsend, Moris Laca, Helen Johnson church's family, grandma and great aunt. Adam's prior termination of parental rights by the Oregon DHS for his personal 15-year-old daughter, Ariel Stephens (a fact known to all Oklahoma courts and readily available), and her subsequent court-ordered name change, social security number change, and date of birth change for Ariel, and the mysterious disappearance of her mother years ago are deeply troubling facts that have been consistently ignored by the court actors. Furthermore, Special Judge April Seibert systematically excluded crucial expert witnesses who had submitted notarized affidavits supporting my case against DHS and my long-divorced exhusband Adam, which all were filed onto courts but unlawfully sealed and ignored by judges and appeal courts. This includes the reports by my primary care medical doctors (Jeremy Ransdell, D.O.) and my Guardian ad Litem ("GAL") Valeria Blackstock. Special Judge Seibert and OKDHS CPS also immediately removed a reliable witness, Heather Collins, from the stand after Ms. Collins sworn in and offered valid proofs and first hand witness testimony against the same unreliable and child-abusive GAL, Stephen E. Hale, who

recommended her daughter be cruelly isolated with a five-time substantiated child-sexual abuser via forensic exam reports by child experts and by same OKDHS CPS. My daughter G.L.Stephens was subpoenaed numerous times to speak in courts but was never allowed in.

20. Meanwhile, Special Judge April Seibert and dishonest, child abusive GAL Stephen E. Hale exceeded their judicial authority by making defamatory and invalid mental health diagnoses and child-abuse determinations against me while simultaneously overruling truthful testimony from qualified mental health experts who are not connected to the court and overruled my objections or my questioning of the court's jurisdiction/authority without any lawful justification nor valid contracts between us. The judge improperly assumed the role of mental health expert and child expert, making clinical determinations outside her judicial capacity and without supporting expert testimony and biasedly against me, while biasedly ignoring condemning testimonies and evidence against Adam, my long divorced exhuband. The nonjurisdictional Oklahoman judge modified Oregon's finalized custody from 50/50 to zero contact with the child ever—unless I pay $150/hour for therapeutic supervised visits with her chosen therapist (she denied three therapists of my choice, also denied option with Jim Lovett—child's previous and available therapist) that i did not consent to and objected repeatedly and appealed higher up—I have exhausted all state remedies without any justice, repentance, nor remedy. She unlawfully terminated my fundamental parental right to access my biological property with zero spect of evidence and zero first hand witnesses and zero demanded jury trial of my peers, depriving me of any custody or meaningful contact with my daughter; her decision cited "contempt of court" based on my compliance with a court-ordered psychological evaluation from a board-certified physician (MD/DO) INSTEAD OF going to the court's preferred non-clinical Ph.D. psychologist who has

financial connections to the court systems charging $2,500 that i don't have.

21. The court's final decision 2.5 years later on February 20th, 2024, which granted finalized
sole custody to Adam and allowed him to relocate with my offspring permanently to Texas
(again overruling my objections and my valid justifications that any other ethical judge
would agree with me), posed serious ethical questions, especially given Adam's documented
history of abuse towards children and pets on top of his history of documented visual and
audible hallucinations and seizures, and terminated parental rights court orders and a
permanent protective order from female children aged fifteen and his strangulation of pets.

22. Special Judge April Seibert and OKDHS employees without my consent nor valid contracts
continued to impose a series of unconstitutional punitive actions amounting to cruel and
unusual punishment:

(1) Prohibited all phone/video and physical contact with my daughter under threat of
imprisonment, overruling my repeated objections;

(2) Imprisoned me for two months due to inability to pay court-ordered child support of
court-inflated, court-fabricated after unlawfully imputed-income calculations to alleged debt
of $2,360.24/month to the State of Oklahoma despite my submitted unrebutted IRS records
and accountants' records proving my documented financial hardship and despite my
assignment of indigent attorney and despite affirmation of financial indigency by Oklahoma
Supreme Court case # DF-120849 with clear and convincing proofs; this is cruel and usual
punishment for nonviolent crime of owing alleged "debt" that was not validated but was
fraudulent to unjustly enrich the State and OKDHS.

(3) Authorized DHS CSS to seize my U.S. passport, preventing me from visiting terminally
ill relatives overseas, deprivation of freedom to travel without any jury trial as i demanded;

(4) My 401k retirement, earned during my second marriage, was illegally seized without a warrant or any spousal consent; our $64,445.92 was taken against both owners' objections for alleged child support owed to my ex-husband Adam from my first marriage, despite the ERISA fund having been established two years AFTER my finalized divorce to Adam and was earned during another marriage (nonparty did NOT give consent to garnishment of his marital asset either and neither did i).

(5) Blocked my medical license renewal after DHS union lawyer on medical board State Board of Osteopathic Examiners (OSBOE) publicly reprimanded me (despite no complaint from any patients nor citizens) and forwarded that to National Practitioner Data Bank ("NPDB"), forcing closure of my private practice and ending life-long career of medicine after 14 years of expertise experience in high risk patients yet extremely high praises and no malpractice lawsuits;

(6) Placed liens on my landlord's rental residence for alleged attorney fees owed by ex-husband Adam to Mr. Gilbert Pilkington Jr.--an attorney i have never hired nor ever agreed to pay to, is a clear injustice and legal abuse especially when i have been forced to self-represent throughout these proceedings when English is my second language and my exhusband is American born here and fourteen years older than me he can represent himself fine in his relitigation of our finalized divorce he did not have to hire an attorney; this caused unnecessary stress in my relationship with my current husband of eight year marriage and with his landlord; the fact that i had court-appointed attorney provided at no cost to me (being financially indigent) during contempts of court hearings for child support showed that i should NOT pay legal fees for myself nor for anyone else and especially not for the prosecutors;

(7) For the past three years, i have been denied the ability to choose a therapist or supervisor for visitation. i have been restricted to only 30 hours of visitation with my daughter due to the court-appointed therapist, Amanda Hall (HALL'S ANCHOR OF HOPE), who requires costly prepayments of $150 per hour for therapeutic supervised visits that are not medically indicated, while visitation-supervisor Cheryl Hall (FAMILY VISITATION & SOLUTIONS) also refuses to accept insurance or credit cards, only allowing cash payments (e.g., Apple Cash), despite my financial situation where i have no money left in my accounts and rely solely on credit cards and borrowing from friends and relatives for daily needs. Additionally, court orders have prohibited any phone or video calls between me and my daughter, accompanied by threats of imprisonment, while overruled my objections and my dissent.

23. The baseless allegations and the unjust substantiation of abuse against me by Oklahoma DHS and court actors without due process or a jury of my peers (Vietnamese immigrant), have caused irreparable harm to me and to my whole extended family: loss of consortium and family relations with my daughter who is my "biological property/offspring/happiness" per legal definition and my "gift and heritage from the Lord" per my religious definition, loss of my reputation via defamations, loss of lifelong career of medicine, deterioration of my health (headaches, vision changes, weight loss, diseases, etc.), significant mental anguish and emotional distress, disruptions of peace and privacy by governmental overreach, permanent closure of my small private direct primary care clinic (Peace Joy Clinic PLLC), loss of precious time, loss of freedom to travel to free speech, opportunistic financial investments loss, unnecessary tax penalty for unconsented early-seizure-of-retirement-at-age-forty as i have not retired, loss of all future earnings as a primary care doctor, false imprisonment of two month sentence (cruel and unusual punishment), ongoing and constant harassments with

debt collection efforts and constant threats of recurrent incarcerations, being summoned to courts monthly on average.

**DETAILED TIMELINE**:

24. Plaintiff Linh Tran Stephens was born in 1984, in Viet Nam of Asia continent (NOT born in Washington D.C.) and naturalized as an American at age 12 (not a U.S. Citizen and has never resided nor domiciled in Washington D.C.).

25. May 17, 2012: i, Linh Tran Stephens ("*Mother/Linh/Plaintiff*" herein) married Adam Sylvester Stephens ("*Adam/Father*" herein) in Maricopa County, Republic State of Arizona. At the time, i was serving as an active duty officer in the U.S. Navy Medical Corps. i served for five (5) years and was honorably discharged in 2015, having received multiple commendations during service. Upon my first marriage to Adam and his fifth marriage to me, i was 28 years old and he was 42 (14 years age difference). How we met: Adam located my profile on Facebook and sent me a friend request. In 2010, he orchestrated what seemed to be a chance meeting at a Starbucks, where he presented himself with a "cute puppy." Following this encounter, he actively pursued me for approximately one year. i had no prior experience with law enforcement or the legal system, and i was completely unaware of the abusive dynamics that would unfold.

26. Abuses began post-honeymoon, including physical, emotional, and financial abuse. Adam accumulated over $100,000 in credit card debt charged to my name (proof available upon request with credit history). After the divorce private investigator of a nonprofit showed that Adam was irresponsible and frivolous with money and prior to our marriage had *four* bankruptcies, many defaulted student loans, unpaid child supports, many legal infringements and stolen valor (proof made available to all courts and will be available upon request

anytime). Examples of physical abuse: Adam punched my face and missed thus hit the wall, unconsented sex, screamed and cursed at me until my ears rang, kicked our dogs, drove our car into oncoming traffic if he didn't get his ways, falsely accused me daily of sleeping with every coworker and every man walking by, emotionally cheated on me by texting other women as i caught him, etc.

27. July 2013: Birth of our daughter, G___ L____ Stephens ("G.L.Stephens" herein), the first child of my first marriage and Adam's seventh child from his fifth marriage.

28. On and Off Separation: i intermittently separated from Adam in hopes of his behavioral changes particularly regarding his anger and refusal to adhere to psychiatric counseling for delusions, hallucinations, and anger outbursts.

29. January 08, 2016: The divorce was finalized in Columbia County, republic of Oregon, establishing custody agreement of "*50/50 joint legal and physical custody*" and "unhampered access to child for both parties" per the Oregon divorce decree/court-order/the-only-binding-valid-written contract between us; the decree stipulated, "*Jeep and Trailer [from Linh to Adam] in lieu of child support [until child ages out]*." The finalized divorce decree was titled "*Stipulated General Judgment of Dissolution of Marriage; and Money Award (Co-Plaintiffs)*" (the "*Contract*" herein) officially executed on 08 JAN 2016 in the "Circuit court of the State of Oregon for the County of Columbia, Department of Domestic Relations, case No. 15DR18623, Judge Cathleen B. Callahan."

30. July 11, 2017: After i faced repeated custodial interferences from Adam, who kidnapped young woman G.L.Stephens for four months, Tulsa Police ill-advised me to seek intervention from the Tulsa Courts, alleging that Tulsa Police do not enforce divorce decrees finalized in other states e.g. Oregon, even if residency is established and driver's licenses of Oklahoma

were already obtained. i requested the Tulsa Oklahoma court for enforcement of the custody terms.

31. In mid-November 2021: my then 8 year-old daughter, G.L.Stephens, tearfully disclosed to me and other relatives that Adam choked her dog, Gizmo, nearly to death in front of her. Attempting to intervene, she hit his arms. G.L.Stephens expressed fear for her own life, worried she'd suffer the same fate. She felt compelled to visit Adam's home to protect her dog. She further disclosed that Adam "attempted to choke their cat but was unable to do so because the cat has sharp claws and ran away." Prior to this, Adam's escalating abuse included throwing and kicking dogs, behaviors G.L.Stephens began mimicking until corrected. The GAL was informed but remained indifferent. G.L.Stephens further detailed Adam's escalating physical abuse, including forceful slaps to her head and body, distinct from earlier spankings or belt beatings. Despite prior "Conduct Order," (see top half of page 8 above), Adam continued to force G.L.Stephens to sleep naked with him, though less frequently, causing her to forget to disclose this unless directly asked. Evidence (recordings, pictures, videos, diary entries) has been provided to OKDHS and the courts and is available upon request, with some accessible online: **https://tinyurl.com/4cdv5u56 or https://drive.google.com/drive/u/0/mobile/folders/14I4cntRRI8op1tJkttvus7pdbAr9BBfM**

32. On 11/23/2021: i filed police reports in Owasso (Report # 2021-2553, Rogers County) and Tulsa (Report # 2021-060000, Tulsa County) regarding Adam's abuse of G.L.Stephens and her pets. i was referred by a Tulsa police officer named Keoshia Savage to D.V.I.S. Family Safety Center ("Domestic Violence Intervention Services") to file a Protective Order against my ex-husband (case # PO-2021-3843), which was signed by Judge Julie Doss on November

24, 2021. i was advised by the Protective Order Advocate, Gory, to bring G.L.Stephens to
testify at the upcoming hearing scheduled for December 08, 2021, citing precedent for
younger children, even five year olds, and noting G.L.Stephens's intellectual brightness and
articulation at age 8.5 year-old making straight A's in private school. Bailiff Amira El Hassan
confirmed Dr. Jim Lovett's virtual testimony and G.L.Stephens's in-person or virtual
testimony were permissible (via video (Microsoft Teams); i was instructed to keep the
original diary, as the judge already possessed a copy detailing the abuse.

33. On 11/29/2021: i filed a DHS referral (# 2199067). To file its required Motion for Emergency
Custody, i retained attorneys Erica Parks (Bar #20532) and her partner Dale Warner (Bar
#9359) using borrowed funds of $5,000 for retainer fee from relatives. Despite my repeated
urgent requests for immediate action and a provided timeline, these attorneys delayed filing;
even after they drafted the Motion and proposed Order, they have never filed them, but
appeared to collude with Guardian ad Litem ("GAL") Stephen E. Hale, resulting in my
daughter being removed from my protective order and custody. This was facilitated by the
involvement of a felon, Bridget O'Brien (also known as Bridget Menser), who works for
DHS CPS. O'Brien has a criminal history, including a felony conviction in Tulsa County
case # CF-1999-2911 for selling alcohol to minors; she also has multiple speeding tickets,
and a history of bankruptcy.

ABRUPT DHS REMOVAL AND SYSTEMIC FRAUDS:

34. December 1-2, 2021 events keynotes: Eight-year-old G.L.Stephens denied DHS worker
Bridget's fabricated claims about fearing mother; G.L.Stephens expressed to school director
strong bond with mother; At neighbor Jeri Townsend's home, G.L.Stephens shared plans to
testify about father's abuse, questioned GAL Stephen Hale's failure to protect her, and

expressed fear of father potentially killing other family members:

On 12/01/2021, DHS worker/felon Bridget O'Brien ("*CW*" from now on) came to my
house pretending to investigate Adam but refused to document anything i reported, refused to
take any evidence submitted, refused to call any witnesses including my current husband,
while being dismissive of all my raised concerns or G.L.Stephens's written concerns, refused
to interview G.L.Stephens and i together for our loving interactions, but biasedly insisted in
interviewing G.L.Stephens and Adam together without any video recording (required for
analysis by child experts). Bridget O'brien refused to review G.L.Stephens's diary, falsely
claiming it was fabricated, despite evidence of G.L.Stephens writing it herself (video
evidence, psychologist confirmation, school director testimony, teacher handwriting
comparison) and its inclusion of positive entries. The school even submitted the diary to the
court on G.L.Stephens's behalf (Court Minute Order 06-23-2021), but it was returned after
being read alleging "ex parte communication" which courts violated all the time previously:
"*06-23-2021 DOCKET C: THE COURT RECEIVED AFFIDAVITS FROM THIRD PARTIES;
THE COURT DID NOT READ THE AFFIDAVITS AS IT WOULD BE EX PARTE
COMMUNICATION; DOCUMENTS RETURNED TO SENDER. "M.H.P.S.";*"

Caseworker Bridget O'Brien misrepresented her visit in her report regarding my younger
son, stating both in court and during a CPS safety meeting that my second child's living
environment lacked essential items such as a bed, toys, and clothing–pictures of truth
contrary to her lies are available upon request. She refused to interview any witnesses that i
and my attorneys provided, including child psychologist Jim Lovett, school director Jayme
Wingo-Martin, teacher Susie Panzer, former DHS investigator Maria Chico, and neighbor
Jeri Townsend, who G.L.Stephens trusted and confided in regarding her father's abusive

behavior and other concerning incidents.

Despite repeated requests from me and the child advocacy center, Muskogee Kids Space, Bridget O'Brien and OKDHS and court actors declined to initiate a forensic interview and violated DHS/child safety protocols by refusing to: (1) activate a forensic interview, (2) allow medical exam with both parents present for sexual abuse allegations, (3) contact the FBI for alleged child-porn, (4) notification to both parents PRIOR to child removal from school ground, (5) obtain a warrant for removal of child from mother's protective order and custody, (6) disregard hearsays and testimony from convicted felons, (7) record what child disclosed at school when mother not being notified nor consented prior to interview, (8) provide kinship paperwork or kinship placement to mother, (9) hold an evidentiary hearing (none have been conducted in Juvenile Court to date, and the case was closed due to allegedly "the lack of objections from me or my attorneys"—this is utterly untrue and strictly frauds-upon-the-court committed by court actors against me as i have testified numerous times and again today, (10) child's right to testify despite age-appropriate capacity with GAL and DHS refused to subpoena child, (11) release DHS records to both parents, (12) facilitate reunification efforts. There has been no contact allowed between G.L.Stephens and me despite our numerous requests for phone calls, video calls, or visits, unless i paid exorbitant fees of $150 per hour for supervised visits, with restricted freedom of speech and freedom of religion (Jesus and Bible were forbidden).

When my attorney confronted O'Brien with evidence that the Netflix film Taken was not in my possession and clarified that it is PG-13 without any "rape scenes" as alleged, O'Brien altered her allegations to include claims of "adult porn" during a Juvenile Court hearing on December 07, 2021. Upon further confrontation using evidence proving i lacked cable

television access, she changed her statements again during a CPS safety meeting on December 08, 2021, claiming i had shown my daughter child pornography based on "other additional interviews with the child"—without presenting any corroborating evidence/documentation. This raises concerns about why a caseworker who claimed to be "too busy and overworked" had numerous interactions with my daughter when only one interview should have been necessary, delegating further inquiries to child-experts. Additionally, i noted a potential conflict of interest as O'Brien was frequently seen hanging out with Adam, my ex-husband. When i offered O'Brien my devices for review, she refused, stating, "I KNOW YOU'RE GUILTY JUST BY LOOKING AT YOU!" This statement is documented in the court transcript as later, during the June 01, 2022 court hearing [available upon request], she admitted to not reviewing any of my devices, indicating her assertions relied solely on hearsay claims from the child, which are inadmissible and unverified by any neutral parties. Both the Guardian ad Litem, Stephen E. Hale, and caseworker Bridget O'Brien appear to have financial incentives to provide testimony against me that contradicts the truth: G.L.Stephens's consistent statements and expressions of affection towards me, which have been articulated to numerous witnesses and documented in her artwork, journals, and recorded songs on her iPad; these include declarations such as, *"Mommy is the best mommy in the whole wide world; I love mommy 100%; I want to stay with mommy forever; I never want to see daddy again; daddy lied to me all the time; daddy is angry all the time; daddy made me sleep naked with him; daddy beats me..."*

Later that day, on 12/01/2021, after G.L.Stephens, eight years old, returned from school, i informed her, "Bridget told me you told her I forced you to watch scary movies and that you're scared of me, wanting to live with Daddy and never see Mommy again."

G.L.Stephens, visibly upset, replied, "What! I didn't say that! I told her about Dad choking my dog, and she just said 'oh.' She promised to help me with 'meanie daddy.' Why does Bridget lie?" i told her, "I don't know, honey, but continue to speak your truth, and God shall judge her."

The next day, 12/02/2021, during pick-up at Miss Helen's Private School, i overheard G.L.Stephens telling her school director Jayme Wingo-Martin, "I'm almost Mommy's size; look, we're twins! She's the best mommy in the whole world..." That evening, during dinner with our neighbor Jeri Townsend, G.L.Stephens expressed her excitement about speaking to the judge next Wednesday regarding her father's behavior, hoping for rescue from him. She questioned why Stephen E. Hale hadn't saved her as he promised her. G.L.Stephens showed Jeri Townsend her personal diary, highlighting plans to present it in court. As we drove home from our neighbor Jeri Townsend's house, G.L.Stephens said, "If you and step-dad ever die, and if Grandma dies too, I want to live with Jeri!" while explaining she was afraid of us being killed by Adam, her father.

35. On Friday, 12/03/2021, around 6 P.M. -- DHS REMOVAL WITHOUT WARRANT:
G.L.Stephens was taken by DHS from school to a foster home without the chance to say goodbye to me. This decision by Judge Theresa Dreiling was based on hearsay from caseworker Bridget, who has a felony record. No forensic interview or medical examination was conducted to assess possible sexual abuse by her father, and no kinship placements were arranged, despite the availability of extensive relatives in Oklahoma and Texas, a supportive church community, and a tightly-knit neighborhood with many foster parents friends. No reunification efforts were made. Despite G.L.Stephens's capacity to provide reliable testimony, the lawyers refused to let her on the stand even after she was subpoenaed

numerous times properly with the seal of the court. The Guardian ad Litem and DHS also
refused to call her to the stand, ignoring my repeated demands for her involvement.
Additionally, the entire DHS department, including its legal team—Leah Sukovaty, Taylor
Hendricks, Jessica Martin, Laurie Anne Morris, Deborah L. Eddingfield, Lynnette
McKelvey, Jennifer Fullerton, Jerica Carmichael, Tricia Howell, Dr. Deborah Shropshire
(who was replaced by Jeffrey Cartmell on August 28, 2024), Pegi Haddock, Kimberly Jantz,
Larisa Grecu-Radu, and Ronald Baze—has denied my requests for access to DHS records.

SYSTEMATIC DENIAL OF CHILD PROTECTION AND OF DUE PROCESS:

36. On morning of 12/08/2021 - Protective Order Dismissal: G.L.Stephens's protective order
against her father (case No. PO-2021-3843) was unjustly dismissed by Judge Julie Doss,
without allowing young woman G.L.Stephens to testify, without proper representation for me
(my attorney Erica Parks and Dale Warner falsely claimed "no objection"), without any due
process considerations. The evidence of these malpractice events available upon request.
Minute Order stated, "12-08-2021 JUDGE JULIE C DOSS.PLAINTIFF [Linh] NOT
PRESENT, REPRESENTED BY ERICA PARKS, PRESENT, DEFENDANT [Adam] NOT
PRESENT, REPRESENTED BY GIL PILKINGTON, PRESENT, EMERGENCY
PROTECTIVE ORDER CONTINUED AND SET FOR 12/20/2021 AT 9:00AM JUDGE
SPARKMAN . SEE PO 21 3843 AND FD 15-2228 ORDER OF CONSOLIDATION
SIGNED AND ENTERED. FOR BLUE JEAN VIDEO INSTRUCTIONS, SEE
CONDITION 11 SEE JD 21-270, *G.L.Stephens LINH STEPHENS WAS REMOVED FROM
THIS EMERGENCY PROTECTIVE ORDER.*"

37. On afternoon of 12/08/2021 - Ex Parte Custody Transfer: a "secret" meeting ("undisclosed
hearing") was held without proper notice to me; this meeting involved DHS caseworker

Bridget O'Brien, state attorney Kimberly Jantz, and JUDGE OF TULSA COUNTY

JUVENILE CENTER Martha Rupp Carter (supervised by Judge Kevin Gray). i was not

notified of this meeting, nor were my attorneys present to object, as they alleged they were

not informed of its occurrence. There was no court reporter present for this significant

meeting, which raised concerns to me about potential concealment of judicial misconduct.

Minute order falsely claimed, *"there are no objections by the parties for the proposed release*

*of the children from emergency custody... IT IS FURTHER ORDERED that the above-named*

*children be released to Adam Stephens, natural father, without DHS supervision."* This marks

a second instance of FRAUD ON THE COURT. i was deceived by attorneys into believing

this hearing never occurred and that i would have a future opportunity to object. That

opportunity never materialized. Its outcome: Immediate custody transfer to perjurious,

unsafe, unfit father without DHS supervision nor Dr. Lovett's supervision.

38. On 12/10/2021 – LAW ENFORCEMENT OBSTRUCTION: Owasso Detective Penny

Hamrick finally met with me regarding police report #2021-2553, filed on November 23,

2021, after previously ignoring my calls and emails. Detective Hamrick denied my request

for a referral to Muskogee Kids Space for my daughter's forensic interview and forensic

medical exam, refused to accept evidence including G.L.Stephens's diary, treated protective

parent as a perpetrator and vice versa, and attempted to coerce me into taking a lie detector

test while denying the same request to Adam.

39. On 12/14/2021 - RETALIATORY PROTECTIVE ORDER: Adam filed a fraudulent and

perjurious Protective Order (PO-2021-4509) against me, falsely accusing me (a traditional

Vietnamese devoted Christian female) of "watching child porn with young woman

G.L.Stephens" and "kidnapping young woman G.L.Stephens from school." These claims are

contrary to evidence from the school, including camera footage and testimony from school director Jayme Wingo-Martin, as well as device clearance by private investigator David Ballard using an FBI-grade scanner. All evidence has confirmed my innocence and demonstrated Adam's pattern of PERJURY AND FALSE POLICE REPORTS, with actionable charges not pursued by colluding law enforcement and by judges despite my demands. Nonetheless, Judge Julie Doss, who had previously approved a Protective Order for my daughter, son, and me based on credible affidavits and evidence against my ex-husband, now granted a protective order to Adam against me with unbelievable affidavit and hearsay testimony. In summary, Judge Doss facilitated a reversal of the narrative to protect a known abuser while maliciously prosecuting the victim of abuse. Court Minute Order stated, "*12-14-2021 JUDGE JULIE C DOSS:* UPON SWORN AFFIDAVIT. *THE EMERGENCY PROTECTIVE ORDER GRANTED FOR SELF [Adam], AND CHILD...*" There was no cross-examination or sworn testimony, no proper service to me; instead, Adam's obviously fabricated hearsay affidavit was accepted as absolute truth without further verification.

40. On 12/17/2021 - Ex Parte Emergency Order [ex parte only allowed for Adam but never for me]: Adam applied for an Emergency Custody Order hearing, which Special Judge Rodney Sparkman signed without any argument, evidence, reliable witnesses, or cross-examination presented, and without a jury trial of my peers the alleged Defendant of "abusing young woman G.L.Stephens". Special Judge Rodney Sparkman had previously worked for DHS for decades and failed to disclose this.

41. On 12/20/2021, during a virtual emergency custody hearing, i was wrongfully designated as the abuser while my ex-husband Adam was improperly depicted as a safe parent, despite his

extensive history of children' abuses and mental health diagnoses. Since that time. i have

filed multiple motions and requests for jury trials under common law and article three courts

regarding the custody and welfare of G L.Stephens, all of which the courts have ignored or

blocked. Additionally, i discovered that the public defender Sadie Temple and Meagan Beck

assigned to my daughter did not act on significant evidence related to her being unsafe with

Adam and being safe with me and extensive relatives.

42. PROCEDURAL MALFEASANCE & LEGAL MALPRACTICE, NEGLIGENCE, DENIAL

OF RIGHTS: Since then, i faced several delays in court hearings, and vital procedural rights

were denied, including adequate representation and the opportunity to present my case. My

attorneys and my daughter's public defenders not only failed but refused to present key

evidence in our favor during hearings; subsequent investigations revealed that critical

hearings were waived without my consent.

43. On 03/21/2022: During a hearing with my new attorney, Chandler Moxley, Judge April

Seibert violated Americans with Disabilities Act ("ADA") by requiring my disability

diagnoses to be stated aloud in open court, These diagnoses had been emailed to the ADA

coordinator weeks prior. My ADA advocate this hearing was Ms. Melissa Vagle (other times,

Francesca Amato or Marieke Randoy), who requested a private breakout room with the

judge, which Judge Seibert denied, insisting the diagnoses be spoken out loud in public to

embarrass me and to violate my privacy, then kicked her out of the hearing. The judge

subsequently retaliated for ADA requests by ordering psychological evaluation based on the

actions of others: Judge stated that i must be crazy because my ADA advocates sent "too

many" correspondences to the ADA Coordinator, Vicki Cox, requesting accommodations for

me. These ADA requests were ignored by ADA coordinators, even after complying with her

demand for official medical doctor's note. (See the March 21, 2022, transcript, page 4, line 19

to page 5, line 17, and page 10, line 17 to page 11, line 5). All judges excluded my advocates

from participating virtually while allowing opposing parties and other individuals to appear

in the same hearings. This occurred despite the approval of ADA accommodations for me,

which existed solely on paper to fraudulently secure federal funding for services that were

not actually provided by Oklahoma.

Furthermore, Ms. Sadie Temple emotionally and mentally abused my daughter and

endangered her by recommending zero contact with me, despite my being her primary caretaker

since birth. Ms. Temple irresponsibly advocated for full contact with Adam, despite documented

evidence of his abuse were all emailed to both her and Marci Jefferson, which they both ignored.

She perjured herself in court [see transcript page 6] by stating, *"whether or not her*

*[G.L.Stephens] preference is totally voluntary, I -- I don't -- I can't comment on that. All I can do*

*is advocate for the preference that she's expressed to me. So based on that preference, my -- my*

*first request would be no contact with mom."*. These are false statements because young lady

G.L.Stephens would never say she never wants to see me again, even under duress. G.L.Stephens

is intelligent and capable of expressing her wishes, and i repeatedly requested that she be allowed

to speak for herself in court, but this request was denied. Evidence, including G.L.Stephens's

artwork, personal diary, homework, handwriting samples, school projects, songs recorded by

G.L.Stephens on her iPad, and testimonies from various corroborating witnesses, supports her

affection and safety with me, as "the best mother in the whole wide world." These materials are

available upon request.

Following the hearing, i instructed my BAR CARD ATTORNEY Chandler Moxley to

demand the dismissal of the Department of Human Services (DHS) case as more than 90 days

had passed without substantiation of abuse. i notified DHS caseworker Bridget O'brien and her supervisor Leah Sukovaty, and DHS attorney Larisa Grecu-Radu of this legal requirement via email. Despite this notification and the clear language of Oklahoma law quoted, they refused to dismiss the case against me. Oklahoma's Juvenile Bench Book (p. 124) stated, *"The hearing must be held within ninety (90) calendar days following the filing of the petition. If not held within this time frame, the child must be released from emergency custody. If an adjudication hearing is not conducted within this time frame, the emergency custody order expires and the child is released from emergency custody."*

44. Despite numerous hearings before Special Judge April Seibert, no resolution nor justice was achieved  She repeatedly violated child's right to testify. my American Disability Act (*"ADA"*) rights, due process rights, constitutional rights, human rights, equality rights, trust laws, contract laws, dismissing all my objections/appeals/notices/reconsiderations, and denying my in forma pauperis status despite documented financial hardship.

45. On 05/18/2022- Owasso Police and Rogers County District Attorney Office (see long list of Imposters/Wrong-doers) issued two (2) false arrest warrants against me to protect Adam under judge Lara M. Russell based on unsubstantiated protective order PO-2021-4509, leading to my two arrests and subsequent and two-year legal battle that ultimately resulted in dismissals of both defamatory charges of violating protective orders, with their numerous court dates that disrupted my peace and my ability to work.

46. My repeated requests for court records were met with delays and incomplete responses, claiming no transcripts were made for critical hearings, undisclosed emergency custody release, lack of proper documentation/transparency, specifically on 05/25/2022 at 8:31 AM, i finally received an email in response to my persistent records-request for the last 1.5 years of

juvenile court, stating, "*Judge Dreiling approved your request. Here is the docket with the minutes and the orders of the hearing  Filing announcement did not happen due to ORDER RELEASING CHILD(REN) FROM EMERGENCY CUSTODY. A court reporter was never requested, so no transcripts were made.*" The prior email i sent on May 13, 2022, at 3:06 PM to Allen.Woodworth@oscn.net was with the subject line, "[EXTERNAL]: Expedited transcripts requests for JD-2021-270 both 12/07/21 and 12/08/21", and body of the email said,"*Good afternoon, I would like to have an expedited order of transcripts for all JD-2021-270 hearings on 12/07/21 and 12/08/21 and any other hearings I wasn't made aware of. Thank you so much, and may God bless you with health and happiness! Sincerely, Linh Stephens, D.O.*"

47. Numerous hearings took place, but a particularly significant one occurred during the recusal hearing of Special Judge April Seibert on 12/22/2022, significant evidence of two-inch thick binder and a USB drive with voice recordings and recorded videos were all admitted as evidence. Additionally, during a Pretrial hearing on 01/18/2024 at 9:00 AM, another substantial binder and USB drive were exchanged and offered into evidence but were unjustly precluded. Some evidence and affidavits are available at https://tinyurl.com/4cdv5uS6 more available upon requests.

48. On 09/08/2023; the first therapeutic supervised visit occurred nearly ten months later after numerous motions and hearings, but only with a therapist i didn't choose, Amanda Hall. My three choices of other therapists i requested were denied without any lawful reason). Subsequently, an additional supervisor, Cheryl Hall, was assigned, which I did not choose. The judge continually denied my request for Jim Lovett to continue therapy for G.L.Stephens, despite him having been relocated back to Tulsa, Oklahoma after a brief

period visiting Georgia.

49. On 01/26/2024: GAL Stephen E. Hale submitted false and damaging reports dated January
26, 2024, against me, favoring the father. i received these reports only four (4) days prior to
the trial, leaving me insufficient time to prepare adequately.

50. On 01/31/2024: a five-day bench trial in front of Special Judge April Seibert commenced
against what i demanded—i demanded "a trial in front of 12 peers of mine (thus second
generation Asian American family physicians) in common law court under article three
court, with observation by an article three court NONspecial judge federal judge". During
this fraudulent bench trial overruling my objections threatening defaulted judgment if i don't
show up, i was ordered to have only 10 hours to testify (with a countdown clock by a special
judge which i objected to repeatedly pretrial, during trial, and post trial), to present witnesses,
to cross-examine all witnesses regarding all topics of custody, child support, and 10 contempt
filings, defense against five (5) contempt allegations, while all other parties had the
remainder of the time and plenty of court days prior to trial. OUTCOME: All contempt
charges against me were substantiated, while all charges against Adam were dismissed
without due process, without impartiality.

51. I have NEVER agreed to a restraining order with Adam, contrary to April Seibert's
allegation. I have proof of my objection. I also did not agree to my signature being waived.
This is significant because Adam previously filed a false Protective Order (PO), and later
Adam Sylvester Stephens admitted under oath that he committed perjury on the police report
and lied under oath further that he is unaware that perjury was a crime despite
acknowledging his law enforcement background and dismissal from police force due to anger
issues (available on transcript in courts). Two false Violations of Protective Orders (VPO)

against me were eventually dismissed after 2 years of legal abuse by the Defendants.

Regarding the subsequently alleged 'Mutual Civil Restraining Order' from October 30-31,

2023, Gilbert Pilkington, opposing counsel, fraudulently filed it as "*MUTUAL CIVIL

RESTRAINING ORDER Document Available (#1056644528)*" *without* my signature or

consent to waive it. Following this, the "**10-31-2023 Plaintiff'S SIGNATURE PAGE &

STIPULATION OF MUTUAL CIVIL RESTRAINING ORDER**" shows that instead of

signing, I submitted a formal OBJECTION before opposing counsel's filing, where he falsely

claimed "waiving of [my] signature by Court" Document Available (#1056657475) – see

**Exhibit #3 of my actual documents and his fraud-upon-the-court filing!**

52. i state under OATH and will state under oath in a judicial setting or otherwise that (1) i am

NOT nor have i ever been an "absent Father" whose child required Federal or state funded

welfare assistance because of his absence and parental power was neither lost through any

fault of his own. (2) there is no evidence out there and there was no evidence presented at the

time of the *alleged* initial support-orders 10/17/2022 and 02/20/2024 [*duplicated orders

violating judicial estoppel, res judicata, nisi prius, and stare decisis of binding finalized child

support order 01/10/2016 in Columbia County, state of Oregon between Adam and i*] or at

the time of any request for application of services by the custodial parent named in the

account that i was an "absent Father" whose child required Federal or state funded welfare

assistance because of my absence. (3) i have always been a non-Absent Mother, still am, and

forever will be a non-Absent Mother. (4) i declare not to be subject to restraints not shared by

the public generally *(See Jones v Cunningham)*. There has never been a motion to modify

child support in Oklahoma, filed by either the ex-husband or the Plaintiff, nor has the

Plaintiff ever consented to or signed any such motion. Some evidence and affidavits are

available at **https://tinyurl.com/4edv5u56** and more is available upon request.

53. On 02/20/2024: an unjust and unconstitutional duplicated child support order was issued by Special Judge April Seibert, ordering me to pay $2,360.24/month.

54. May 2024: OKDHS billed me *$2,360.24/month and illegally seized $64,445.92 from my 401(k) retirement account @ my age of 40, despite my non-retirement status.* These accounts, earned during my employment with Cherokee Nation from August 2018 to September 2020 and during a subsequent marriage, are federally protected from child support garnishment. My judicial notices, objections, and motion to change venue to federal court article three court, etc, were disregarded by the judges, court actors, bank BAR CARD ATTORNEY Mary Johnmeyer, and OKDHS CSS employees. This seizure of ERISA funds occurred in front of Administrative Special Judge Robert Perugino on May 08, 2024, during the Office of Administrative Hearing. It is important to note that my divorce was finalized in January 2016, long before the establishment of that 401(k). The 401(k) was liquidated, as indicated in a bank-email dated May 07, 2024, which was one day before the scheduled DHS liquidation of 401(k) hearing.

55. On 02/06/2024-02/07/2024: a six-membered jury trial was held regarding contempt of court for my inability to pay child support in front of Special Judge Deborrah Ludi-Leitch (who will be succeeded by Loretta Radford). Jury trial resulted in a guilty verdict against me, sentencing me to 60 DAYS IN JAIL and a purging fee of $12,913.40 IN CASH BOND, while ignoring my inability to pay and prior affirmations of indigent status. The trial included numerous procedural errors and a deprivation of rights. Special Judge Deborrah Ludi-Leitch denied my request to serve my sentence on weekends—i wanted to work on weekdays to pay alleged fines, fees, and debts—thereby causing my direct primary care clinic to close

permanently. This punished me in a cruel and unusual manner, and destroyed my business.

Pretrial, during trial, and posttrial, the courts repeatedly denied my requests to invoke a Rule

8 Hearing regarding my inability to pay and to present evidence of fraud and misconduct

regarding an unconstitutional child support order that was issued and requiring me to pay

support despite my financial circumstances being extensively documented and despite i did

not meet any criteria to be subjected to title IV assignment or enforcement.

56 03/07/2024: Minute Order stated, "PRESIDING SPECIAL JUDGE DAWN MOODY:

COURT RECEIVES MOTION [from jail]. NO ACTION TAKEN - IMPROPER

PLEADING." "03-12-2024 JUDGE WILMA PALMER FOR FD DOCKET F: ORDER OF

THE COURT, FEBRUARY 7, 2024, ENTERED." i endured cruel and unusual punishment

while serving my sentence in jail due to my inability to post bond.

57. These Special Judges purposefully delayed the entry of court order for 02/07/2024 hearing

until 03/13/2024, preventing my appeal from being initiated and resulted in my prolonged

sufferings.

58. On 12/31/2024: i received a letter from Passport-CRBA-Notification@state.gov regarding

the revocation of my passport and told me no available means to appeal except through DHS

CSS.

59. On 09/30/2024: Oklahoma Supreme Court Justices improperly and permanently revoked my

in forma pauperis status in the "Mandamus for Recusal" case # MA-122445, without legal

justification or supporting evidence. This action effectively denied my constitutional rights to

court access and my ability to seek redress against government abusive actions. The justices

disregarded my judicial notice concerning how this arbitrary revocation violated my rights

and established Supreme Court precedents that protect the fundamental rights of financially

indigent litigants to meaningful court access, irrespective of financial status. Subsequently,

on 02/13/2025, i filed in the same superior court for a Writ of Mandamus for the Oklahoma

State Bureau of Investigation (OSBI) to investigate the abuses of my daughter (16 pages +

All evidence attached 152 pages); however, i was met with an unconstitutional sealing of the

mandamus and its evidence from public eyes, and an unconstitutional and obstructive Minute

Order on the same date 02/13/2025, stating that the mandamus would be dismissed for lack

of payment "by February 8, 2025" which was seven days prior to the court order that has not

properly served to me.

60. On 05/02/2025, Special Judge Loretta Radford a/k/a LORETTA RADFORD proceeded with

proceedings of double jeopardy (unconstitutional) despite the existence of a contested

jurisdictional challenge, a pending removal to federal court, and an ongoing appeal in

Oklahoma Supreme Court regarding a prior same conviction. Ms. Radford denied the

demand for a stay of proceedings notwithstanding these properly raised jurisdictional

challenges and pending appeals. During these proceedings, Special Judge Radford granted

remote virtual participation to the opposing party (ex-husband) and his legal counsel while

simultaneously denying the same virtual access to the defendant, thereby creating disparate

treatment. ADA advocates and authorized court observers were barred from virtual

attendance at public hearings concerning the entity bearing a similar name to Plaintiff

(though distinguished by capitalization), while representatives from the State and opposing

counsel's team were permitted online access. Individuals attempting in-person court

observation were threatened with arrest by Special Judge Radford and Tulsa County District

Court Sheriff Jacob R Williamson. Despite verified financial indigency and repeatedly

affirmed indigency both by Oklahoma Supreme Court and Federal Courts, Special Judge

Radford issued a default bench ruling against the defendant based solely on inability to pay $350 in jury trial fees. When the defendant offered to pay a $20 court reporter fee by credit card, with confirmation of available funds from her advocates, the court and the filing clerk and administrative clerk (the assistance of Kim Hall who refused to give her name to the advocate) refused to accept this payment and refused to have a court reporter in the room. The court declined to address pretrial issues raised, including jurisdictional challenges and assertions regarding consent to state court proceedings despite being foreign national of VIET NAM country in the ASIA continent (not in Washington D.C.). According to court watchers, a week or so later, Special Judge Radford subsequently *fraudulently* and *maliciously* alleged the defendant (Plaintiff in this federal habeas) was a "no-show" after preventing attendance at the hearing virtually (since Plaintiff moved to South Carolina and cannot afford a car she appeared virtually), then issued a **default bench conviction** with a six-month jail sentence (see **Exhibit #4** the affidavit of bystander neutral court watcher first-hand witness, redacted for her safety). The court attempted to re-prosecute identical contempt charges after the Plaintiff was wrongfully seized without a valid/constitutional warrant and already completed a full 60-day sentence imposed by previous Special Judge the predecessor Deborrah Ludi-Leitch a/k/a DEBORRAH LUDILEITCH. State proceedings continued despite multiple pending federal cases addressing the same constitutional issues, and hearings were scheduled with knowledge that the underlying child support order conflicts with a binding Oregon decree and federal law.

61. ONGOING ISSUES: *i have proof of these claims, and evidence is available upon request, with some made accessible online:* **https://tinyurl.com/4cdv5u56** . i've experienced repeated discrimination and biased treatment in DHS and in court proceedings, including being denied

the opportunity to present evidence and call witnesses. The court has systematically *ignored* my requests for due process, fair hearings and protection of my property, privacy, life, liberty, and the pursuit of happiness. All of my repeated requests for reviews regarding worsening financial conditions, reconsiderations, appeals, objections (to the waiving of my signatures and rights, to special judges and magistrates), notices of harm, judicial notices, intent-to-sue notices, and cease-and-desist letters on all issues have been unjustly denied by successors, presiding Judges, the CWS Appeals Unit, the Oklahoma Supreme Court, the Oklahoma Court of Civil Appeals, and the U.S. District Court for the Northern District of Oklahoma. All court transcripts filed by the courts have been altered/tampered with by the courts or their court reporters, or both, as compared to the original voice recordings available from court observers or whistleblowers or Microsoft Teams videos (proof available upon request). Official requests for voice recordings and all FOIA requests have been denied by court reporters, the courts, and OKDHS. My requests under the Americans with Disabilities Act have been unlawfully denied by the courts, despite being approved on paper. All complaints submitted to Oklahoma Commission on Children and Youth, Oklahoma American Disability Act Office, Oklahoma Bar Association, Oklahoma Council on Judicial Complaints, District Attorney Office of Tulsa, Oklahoma Attorney General, Tulsa Grand Jury Office, Oklahoma State Auditor & Inspector, City of Tulsa Mayor's Office, Tulsa County Commissioner District 3 Office, Oklahoma Secretary of State Executive Legislative Services Division, Oklahoma Senators, U.S. Rep. House Judiciary, U.S. Senator of Oklahoma, Governor of Oklahoma, National Passport Center, STATE OF OKLAHOMA RISK MANAGEMENT DEPARTMENT OFFICE OF MANAGEMENT & ENTERPRISE SERVICES have all been ignored- except for Oklahoma House of Representative majority who ordered OSBI to

investigate OKDHS for my case among six egregious well-documented cases but OSBI
unlawfully refused to investigate or act for safety of children.

## IN SUMMARY:

62. G.L.Stephens was placed in the custody of Adam Sylvester Stephens, who has a documented
history of child abuse. Specifically:

   ◇ Defendant Stephens has substantiated cases of child abuse by DHS in Oregon state
   involving his 15-year-old female offspring

   ◇ OKDHS whistleblower Maria Chico in Oklahoma documented substantiated abuse by
   Adam Sylvester Stephens; this CPS report and evidence was subsequently
   truncated/altered by an OKDHS supervisor in an apparent attempt to conceal Adam
   Sylvester Stephens' history of abuse

63. The placement of G.L.Stephens with a documented child abuser demonstrates the egregious
nature of the state's actions and the immediate danger faced by the child in her current
placement.

64. The actions leading to G.L.Stephens's removal lacked due process. Despite the established
custody agreement, Defendants have conspired to undermine Plaintiff's rights, highlighting
systemic failures that include:

   ◇ Failure to join indispensable parties to the proceedings

   ◇ Reliance on unverified allegations without any evidentiary support

   ◇ Improper ex parte proceedings were conducted without adequate notice or opportunity to
   respond, and even after rebuttal, the case was unjustly moving forward even when
   appeals in state appeal courts were still pending.

    o  Public court watchers were threaten with arrest and intimidated by physical force and

        detainment (see **Exhibit #2**).

    o  Refusing to acknowledge dispositive DNA evidence that Plaintiff is NOT a deadbeat

        father.

    o  Sealing records to prevent Plaintiff and the demanding public court watchers from

        accessing evidence fraudulently submitted by Defendants contrary to actual truthful

        evidence.

    o  Suppressing evidence of Adam Sylvester Stephens' history of child abuse

    o  Placing the child with an individual with documented history of child abuse

65. Paternity DNA testing, which Plaintiff repeatedly demanded and which would have

    conclusively established the parent-child relationship, was deliberately obstructed by

    OKDHS and the STATE OF OKLAHOMA. This obstructive conduct highlights the absence

    of any lawful establishment of jurisdiction over the parent-child relationship under Oklahoma

    law, which is a prerequisite for imposing child support obligations and for the subsequent

    unconstitutional imprisonment of Plaintiff for inability to pay such fraudulently alleged

    debts. Plaintiff possesses substantial evidence demonstrating that this enforcement action

    falls completely outside the legitimate scope of Social Security Act Title IV provisions,

    which are specifically intended to target willfully non-supporting <u>fathers</u>, not a fit mother

    with a pre-existing custody agreement who has actively sought access to her child. The

    Defendants' defamatory assertions and characterization of Plaintiff as a "deadbeat father"

    directly contradict the Oregon decree establishing "Jeep and Trailer in lieu of child support"

    and violate principles of full faith and credit, comity, and res judicata while constituting fraud

    upon the court.

66. Plaintiff has made exhaustive and diligent efforts to challenge these unconstitutional actions
    through Oklahoma state courts, pursuing every available procedural avenue including:

    o   Multiple motions to vacate void orders pursuant to 12 O.S. § 1031 and § 1038,
        specifically identifying constitutional defects and jurisdictional failings as recognized in
        *Armstrong v. Manzo*, 380 U.S. 545 (1965) and *Mullane v. Central Hanover Bank & Trust
        Co.*, 339 U.S. 306 (1950)

    o   Formal requests for evidentiary hearings on jurisdictional challenges, supported by sworn
        affidavits and documentary evidence

    o   Detailed motions to unseal records containing exculpatory evidence and critical
        testimony, including the unaltered reports from OKDHS whistleblower Maria Chico
        documenting Adam Sylvester Stephens' history of child abuse

    o   Multiple appeals to the Oklahoma Court of Civil Appeals and Oklahoma Supreme Court
        challenging constitutional violations, all of which were summarily dismissed without
        addressing substantive due process claims

    o   Petitions for Writ of Mandamus (Case # MA-122445 for example) and Writ of
        Prohibition based on fraud upon the court and lack of subject matter jurisdiction as
        established in *United States v. McIntosh*, 833 F.3d 1163 (10th Cir. 2016)

    o   Formal judicial notices regarding violations of the Full Faith and Credit Clause in relation
        to the binding Oregon divorce decree

Each of these state court remedies has been systematically thwarted through procedural
obstructions, arbitrary denials, and the sealing of critical evidence, demonstrating the complete
failure of the state judicial system to provide meaningful review of these fundamental
constitutional violations.

67. Despite these efforts, the Oklahoma judiciary has systematically denied Plaintiff meaningful review, summarily dismissing her pleadings without addressing the substantive constitutional issues. This pattern of obstruction demonstrates the futility of further state court proceedings and the necessity of federal intervention to vindicate clearly established constitutional rights.

68. **No meaningful hearing before a civilian Court of public Record has occurred prior to the removal of G.L.Stephens from Plaintiff's custody. Plaintiff is neither active duty military, in the Reserve, nor an employee of the State, therefore no specialized jurisdiction existed to bypass ordinary due process requirements for civilian proceedings.**

69. No explanation of the Nature of the Action was provided to Plaintiff prior to the removal of G.L.Stephens, violating the fundamental notice requirement under the Fourteenth Amendment's Due Process Clause as articulated in *Mathews v. Eldridge*, 424 U.S. 319 (1976).

70. No explanation of the Cause(s) of Action was communicated to Plaintiff prior to the removal of G.L.Stephens, depriving her of any opportunity to prepare a defense against specific allegations as required under *Goldberg v. Kelly*, 397 U.S. 254 (1970).

71. Plaintiff was denied effective assistance of counsel during critical stages of the proceedings. Her court-appointed attorneys failed to present exculpatory evidence, failed to object to procedural irregularities, waived hearings without Plaintiff's informed consent, and concealed vital information regarding ex parte proceedings. This systematic deprivation of meaningful representation violated Plaintiff's due process rights as recognized in *Lassiter v. Department of Social Services*, 452 U.S. 18 (1981), which acknowledges that due process may require

appointed counsel in parental rights proceedings where the risk of erroneous deprivation is

high and the state's interest is minimal.

72. Jurisdictional requirements for subject matter, personal jurisdiction, and territorial

jurisdiction were not satisfied before the removal of G.L.Stephens, rendering all subsequent

orders void ab initio under controlling Supreme Court precedent in *United States v. United*

*Mine Workers*, 330 U.S. 258 (1947). Despite Plaintiff's prompt and repeated challenges to

jurisdiction upon discovering the removal of G.L.Stephens by OKDHS, no court has

conducted the requisite evidentiary hearing to establish a proper jurisdictional basis as

required by *Kulko v. Superior Court*, 436 U.S. 84 (1978).

73. **Plaintiff has never been adjudicated unfit in any proceeding comporting with due**

**process, has never had her parental rights lawfully terminated, and has been**

**systematically denied meaningful access to her daughter. She has been excluded from**

**all legal, educational, and medical decisions despite no finding of unfitness.**

**Court-ordered communications are sporadic, heavily monitored, and frequently**

**withheld unless Plaintiff pays exorbitant fees, effectively creating a hostage-ransom**

**situation that offends fundamental constitutional principles established in *Troxel v.***

***Granville*, 530 U.S. 57 (2000).**

74. The sacred mother-child relationship is being irreparably destroyed through the continuing

enforcement of facially void and unconstitutional orders. Each day of enforcement inflicts

new and compounding harm to the parent-child bond that cannot be remedied by

post-deprivation proceedings. The continuing enforcement of these void orders violates

Plaintiff's fundamental rights under the Due Process Clause of the Fourteenth Amendment

and directly contravenes the Supreme Court's clear precedent in *Stanley v. Illinois*, 405 U.S.

645 (1972) and *Santosky v. Kramer*, 455 U.S. 745 (1982).

## XII. LEGAL CLAIMS FOR RELIEF

75. Plaintiff asserts the following claims for relief, arising from the unlawful detention of her

minor daughter, G.L.Stephens, and the systemic deprivation of her fundamental rights under

color of state law. This state-sanctioned kidnapping, executed through void court orders,

fraud, and judicial misconduct, violates the U.S. and Oklahoma Constitutions, federal

statutes, and state law. Plaintiff seeks habeas corpus, civil rights remedies, declaratory relief,

injunctive relief, and an emergency permanent restraining order to end this constitutional

crisis and restore the lawful parent-child relationship that has been severed through abuse of

governmental authority and coordinated obstruction of justice.

### CAUSE OF ACTION I: PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2241, 28 U.S.C. § 1651, and 12 O.S. § 1331)
### (Unlawful Detention of biological property (female offspring) G.L.Stephens in Violation of Constitutional Rights)
### All Defendants

76. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set

forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

77. Pursuant to 28 U.S.C. § 2241(c)(3), 28 U.S.C. § 1651 (the All Writs Act), and 12 O.S. §

1331, this Court is vested with authority to grant habeas corpus relief where a person is

detained in violation of the Constitution, laws, or treaties of the United States. Although

Plaintiff is not personally incarcerated, her biological property, G.L.Stephens, is unlawfully

detained (unwarranted seizure) under color of state law by Defendants through void orders in

juvenile court propagated by family court and child support enforcement court, etc.

78. The challenged orders, issued without subject-matter/personal/territorial jurisdiction, proper

notice, or adherence to due process, were predicated on falsified documents and extrinsic

fraud, rendering them void ab initio. See *U.S. v. United Mine Workers*, 330 U.S. 258, 291
(1947); *United States v. McIntosh*, 833 F.3d 1163, 1172 (10th Cir. 2016).

79. G.L.Stephens has been separated from Plaintiff, her biological owner/mother, since
December 3, 2021, subjected to parental alienation, and exposed to documented risks in her
current placement with Adam Sylvester Stephens, a known and substantiated child abuser.
Defendants' enforcement of these orders constitutes a state-sanctioned kidnapping, violating
Plaintiff's fundamental rights to familial association and due process under the First and
Fourteenth Amendments.

80. This right cannot be infringed absent strict procedural safeguards, including adequate notice,
an evidentiary hearing, the opportunity to be heard, and a judicial finding—based on clear
and convincing evidence—that the parent is unfit or that removal is justified by a compelling
state interest. See *Troxel v. Granville*, 530 U.S. 57, 65-66 (2000); *Santosky v. Kramer*, 455
U.S. 745, 753 (1982); *Stanley v. Illinois*, 405 U.S. 645, 651-52 (1972); *Halley v Huckaby*,
902 F.3d 1136, 1153 (10th Cir. 2018).

81. The Oklahoma courts' failure to join indispensable parties, reliance on forged documents, and
improper venue render its custody orders void ab initio for lack of subject-matter, personal,
and territorial jurisdiction and violation of due process. As a matter of constitutional law, the
state may not interfere with the fundamental parent-child relationship without first affording
full and fair judicial process.

82. Oklahoma officials declared OKDHS and then Adam Sylvester Stephens the custodian of a
biological property (female offspring) without notice to Plaintiff, without joinder of the
primary-attachment and primary biological owner/mother (Plaintiff) and without any

evidentiary proceeding—thus violating both procedural and substantive due process
guarantees.

83. The Tenth Circuit has clarified that constitutional claims may be heard in federal court even
    when they arise from a family law context. *Vaughan v. Smithson*, 883 F.2d 63, 64 (10th Cir.
    1989). In *Halley v Huckaby*, 902 F.3d 1136, 1153 (10th Cir. 2018), the Court emphasized
    that parental rights are among the most critical liberty interests protected by the Constitution
    and that procedural shortcuts are constitutionally impermissible.

84. The orders violate the UCCJEA, which Oklahoma has codified at Okla. Stat. tit. 43, §
    551-101 et seq. The UCCJEA confers exclusive jurisdiction over custody matters to the
    child's "home state," and mandates joinder of all persons claiming parental status. Because no
    proper paternity or custody proceeding was opened in the correct jurisdiction and the
    biological parent (Plaintiff) was never joined, the Oklahoma court lacked jurisdiction from
    the outset.

85. The Supreme Court's recent decision in *Golan v. Saada*, 596 U.S. ___ (2022), though
    addressing the **Hague Convention on International Child Abduction**, establishes
    principles equally applicable to domestic custody disputes involving grave risk to children.
    The Court held that when a grave risk of harm to a child is established, courts retain
    discretion to determine appropriate remedies and are not categorically required to examine all
    possible ameliorative measures before denying a return petition.

86. The Court emphasized that "any consideration of ameliorative measures must prioritize the
    child's physical and psychological safety" and that a court may "decline to consider imposing
    ameliorative measures where it is clear that they would not work because the risk is so
    grave." In cases involving child abuse, the Court noted that such situations may "constitute

an obvious grave risk to the child's safety that could not readily be ameliorated." The Court

further recognized that "a court may also decline to consider imposing ameliorative measures

where it reasonably expects that they will not be followed."

87. The placement of G.L.Stephens with Adam Sylvester Stephens, who has substantiated cases

of child abuse documented by both Oregon DHS and OKDHS whistleblower Maria Chico,

presents precisely the type of grave risk that Golan v. Saada recognizes as justifying

immediate intervention without further ameliorative measures. The deliberate concealment of

this evidence by OKDHS supervisors who truncated official reports constitutes both fraud on

the court and demonstrates the futility of expecting that any ameliorative measures would

adequately protect G.L.Stephens while in Adam Sylvester Stephens' custody.

88. As the Supreme Court recognized, "the Convention explicitly recognizes that the child's

interest in avoiding physical or psychological harm, in addition to other interests, 'may

overcome the return remedy.'" Here, the substantiated history of child abuse by Adam

Sylvester Stephens creates a grave risk that cannot be effectively mitigated by lesser

measures, requiring the immediate return of G.L.Stephens to her biological mother.

89. The continued placement of G.L.Stephens with Adam Sylvester Stephens creates an

imminent risk of harm to the child, given his documented history of child abuse substantiated

by both Oregon DHS and OKDHS whistleblower Maria Chico. The intentional suppression

of this evidence by OKDHS supervisors who truncated official reports constitutes fraud on

the court and deliberate endangerment of G.L.Stephens

90. Plaintiff has diligently pursued relief in Oklahoma state courts, including motions under

Oklahoma's equivalent to Rule 60(b) and other procedural vehicles, all of which were

summarily denied without meaningful review. The Oklahoma judiciary's structural conflicts

render state remedies inadequate and illusory.

91. Plaintiff respectfully requests that this Court: (a) issue a writ of habeas corpus directing the

immediate release of G.L.Stephens from unlawful detention by OKDHS and subsequently by

Adam Sylvester Stephens; (b) restoration of custody to Plaintiff; (b) declare the Oklahoma's

custody orders and child support orders and child support enforcement orders void ab initio;

and (c) enjoin Defendants from further enforcing said orders.

### CAUSE OF ACTION II: VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983) AND DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 U.S.C. § 242) (Involuntary Servitude, Coerced Labor, and State-Facilitated Child Trafficking, Fourth Amendment - Unwarranted Seizure of Child and of Plaintiff (False Imprisonment, Unlawful Arrest 25 CFR § 11.404))
#### All Defendants

48. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set

forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

49. Acting under color of state law, Defendants—including OKDHS, OKCPS, Tulsa County

District Court, STATE OF OKLAHOMA's employees, Bridget O'Brien a/k/a Bridget Kay

Menser, and Adam Sylvester Stephens---have deprived, and continue to deprive, Plaintiff of

her clearly established rights guaranteed by the Fourteenth Amendment to the United States

Constitution, including procedural due process, substantive due process, and the fundamental

liberty interest in familial association.

50. Defendants unlawfully seized G.L.Stephens from her school on December 3, 2021 without a

valid warrant and without documented exigent (emergent) circumstances, based solely on

unfounded claims, in violation of her Fourth Amendment rights against unreasonable seizure.

51. The Supreme Court and Tenth Circuit have recognized that the seizure of a child from their

parent constitutes a "seizure" under the Fourth Amendment requiring probable cause, not

mere suspicion. The court has held that "child welfare officials are not exempt from Fourth
Amendment constraints when they effectuate the removal of children from their parents'
custody," establishing that warrantless seizures of children are presumptively
unconstitutional absent genuine emergency circumstances supported by articulable facts.

52. No such emergency circumstances existed in this case. G.L.Stephens was seized from school
without any evidence of imminent danger, without a federal warrant specifically authorizing
such removal (required due to G.L.Stephens being a Vietnamese citizen of the Asian
continent by law and birth rights), and without affording the Plaintiff an opportunity to
contest the basis for removal prior to its execution.

53. This seizure was conducted without exigent circumstances, in violation of clearly established
Fourth Amendment principle.

54. Exacerbating the constitutional violation, G.L.Stephens was placed in the custody of Adam
Sylvester Stephens, a known child abuser with substantiated cases of abuse in multiple states
(Oregon, California, Washington, Oklahoma, etc.), while evidence of this abuse was
intentionally concealed by state officials and, when confronted, they continued to disregard
it, thereby perpetuating the abuse of children to secure state funding through Social Security
Act Title IV to commit fraud against taxpayers and the public.

55. The custody orders were entered without subject-matter/personal/territorial jurisdiction,
without constitutionally adequate notice, without joinder of indispensable parties, and based
on falsified documents and sealed evidence. These orders are void ab initio and have never
been subject to lawful adjudication or adversarial testing.

56. The state actors deliberately concealed and suppressed evidence of Adam Sylvester Stephens'
history of child abuse, placing G.L.Stephens in the custody of a known abuser and creating

an ongoing risk of serious harm to the child. This concealment, including the truncation of official reports by OKDHS supervisors, constitutes fraud on the court and deliberate indifference to G.L.Stephens's safety and welfare.

57. The ongoing enforcement of these void orders has served, and continues to sever, Plaintiff's constitutionally protected parental relationship with her biological female offspring, G.L.Stephens, without any judicial determination of parental unfitness, without a due process hearing, and without any opportunity for adversarial testing. Each act of enforcement constitutes a discrete and continuing constitutional violation under 42 U.S.C. § 1983.

58. The continuing violation doctrine applies, as the enforcement of these void orders constitutes an ongoing deprivation of Plaintiff's constitutional rights. See *Wilkinson v. Dotson*, 544 U.S. 74, 81-82 (2005); *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976); *Troxel v. Granville*, 530 U.S. 57, 65-66 (2000); *J.B. v. Washington County*, 127 F.3d 919, 925 (10th Cir. 1997).

59. The Supreme Court's analysis in *Golan v. Saada*, 596 U.S. ___ (2022), reinforces that courts must prioritize a child's physical and psychological safety when evidence of abuse exists. The Court specifically noted that "sexual abuse of a child is one example of an intolerable situation" and that "other physical or psychological abuse, serious neglect, and domestic violence in the home may also constitute an obvious grave risk to the child's safety that could not readily be ameliorated." This principle applies with equal force to constitutional claims under § 1983, particularly where state actors have deliberately concealed evidence of abuse.

60. Defendants' placement of G.L.Stephens with Adam Sylvester Stephens, despite documented evidence of his history of child abuse, constitutes deliberate indifference to G.L.Stephens's safety and welfare in violation of her substantive due process rights. As the Supreme Court recognized in *Golan*, courts may properly "decline to consider imposing ameliorative

measures where it reasonably expects that they will not be followed," citing as an example a
"parent with history of violating court orders." Here, the deliberate concealment of abuse
evidence by state actors suggests not only that ameliorative measures would be insufficient,
but that the state itself cannot be trusted to properly monitor and protect G.L.Stephens while
in Adam Sylvester Stephens' custody.

61. The constitutional violations in this case are particularly egregious because Defendants not
    only failed to protect G.L.Stephens from a known risk of harm but actively facilitated her
    placement in a dangerous environment by concealing evidence that would have prevented
    such placement. *Golan v. Saada* confirms that the state's interest in family unity or custodial
    determinations must yield to "the primary interest of any person in not being exposed to
    physical or psychological danger or being placed in an intolerable situation." This principle
    applies with even greater force where, as here, the child has been removed from a fit parent
    and placed with an individual with documented history of abuse.

62. Plaintiff has suffered irreparable injury, including but not limited to the loss of her
    fundamental parental rights; severe emotional and psychological trauma; reputational
    damage; and the destruction of the mother-child bond.

63. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions violate her
    Fourth Amendment rights; (b) an injunction prohibiting further enforcement of the void
    Oklahoma's orders since December 2021; (c) restoration of Plaintiff's full parental rights
    without restrictions nor extortion fees nor ransom fees to G.L.Stephens; and (d) such further
    relief as the Court deems just and necessary.

## CAUSE OF ACTION III: JUDICIAL DECEPTION AND INTERFERENCE WITH
## FAMILIAL ASSOCIATION (42 U.S.C. § 1983)
### All Defendants

67. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

68. As in L.K. v. Dr. Robinson, where the court critiqued the use of judicial power to separate families without just cause, the actions by Defendants demonstrate a continued effort to disrupt Plaintiff's relationship with her female offspring through deceptive practices and unfounded claims.

69. Defendants have deliberately misrepresented facts to the court, concealed exculpatory evidence, and engaged in a pattern of deception designed to maintain the unlawful separation of Plaintiff from her female offspring.

70. These actions have directly interfered with Plaintiff's constitutionally protected interest in familial association, recognized as a fundamental liberty interest by the Supreme Court in numerous decisions, including Troxel v. Granville, 530 U.S. 57 (2000) and Meyer v. Nebraska, 262 U.S. 390 (1923).

71. The interference with Plaintiff's familial association rights was conducted without any compelling governmental interest, without narrowly tailored means, and without adherence to basic due process requirements

72. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions violate her right to familial association; (b) an injunction prohibiting further interference with her parent-child relationship; and (c) such further relief as the Court deems just and necessary.

## CAUSE OF ACTION IV: FALSE ARREST AND JUDICIAL DECEPTION (42 U.S.C. § 1983)
### All Defendants

73. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

74. The extended unlawful detention of G.L.Stephens stems from fraudulent narratives and mischaracterizations similar to those found in the aforementioned Louisiana case of *L.K. v Dr. Robinson*.

75. Defendants have knowingly presented false information to judicial authorities, suppressed exculpatory evidence, and manipulated legal processes to maintain the unlawful separation of G.L.Stephens from her mother.

76. These actions constitute false arrest and detention under color of law, violating both Plaintiff's and G.L.Stephens's Fourth and Fourteenth Amendment rights.

77. The Supreme Court has recognized that the presentation of deliberately false or misleading information to judicial officers in order to obtain judicial orders constitutes a violation of clearly established constitutional rights. See *Franks v. Delaware*, 438 U.S. 154 (1978); *Malley v. Briggs*, 475 U.S. 335 (1986).

78. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions constitute **false arrests of both G.L.Stephens and Plaintiff and judicial deception**; (b) an <u>injunction prohibiting further detention</u> because it was all based on fraudulent representations; and (c) such further relief as the Court deems just and necessary.

### CAUSE OF ACTION V: MALICIOUS PROSECUTION (42 U.S.C. § 1983)
### All Defendants

79. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

80. Defendants acted with malice and without documented reliable probable cause, leading to irreparable harm to Plaintiff's dignity and agency.

81. Defendants initiated and maintained legal proceedings against Plaintiff without probable cause, with malice, and with the intent to deprive her of her constitutionally protected parental rights and with the intent to intimidate/abuse.

82. These proceedings terminated in Plaintiff's favor on multiple occasions, only to be reinstated through procedural manipulations and ex parte communications designed to circumvent proper judicial review.

83. Defendants' actions have caused substantial damage to Plaintiff, including severe emotional distress, reputational harm, and the loss of the parent–child relationship.

84. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions constitute malicious prosecution; (b) an injunction prohibiting further malicious proceedings; and (c) such further relief as the Court deems just and necessary.

## CAUSE OF ACTION VI: FIRST AMENDMENT RETALIATION (42 U.S.C. § 1983)
### All Defendants

85. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

86. Retaliatory actions against Plaintiff for asserting her rights violate protected expressions guaranteed under the First Amendment

87. Plaintiff has engaged in constitutionally protected activities, including filing court motions, requesting hearings, seeking access to sealed records, and advocating for her parental rights and the return of her female offspring.

88. Defendants have retaliated against Plaintiff for engaging in protected activities by:

    ○ Denying access to court records and evidence

    ○ Summarily dismissing motions without hearings

    ○ Imposing increasingly restrictive conditions on visitation

- ○ Threatening further restrictions if Plaintiff continues to advocate for her rights

- ○ Concealing evidence that would support Plaintiff's claims

- ○ False protective orders (Plaintiff won against all 4 of them),

- ○ False violations of fraudulent and unadjudicated protective order lasted for two years (Plaintiff won both of them)

- ○ False imprisonment for unvalidated debt in February 2024 sentence served

- ○ Retaliation by the Medical Board (Plaintiff prevailed in the Oklahoma Supreme Court appeal, acting in propria persona or sui juris, case No. **DF-121,740**).

- ◇ Unconstitutional Double Jeopardy: Repeated malicious prosecution for the same contempt of court related to an unvalidated debt, and continuation of contempt proceedings despite ongoing appeals in both state and federal courts concerning allegedly fraudulent child support orders.

- ○ A series of court orders of false imprisonment without any criminal charges from the District Attorney's Office showing Tulsa County District Court's corruption, malicious acts, while **lacking all jurisdiction (case No. FD-2015-2228)**, have resulted in the imposition of an unconstitutional debtor prison sentence of six months, repeatedly applied since May 2025. This occurred despite prior these unconstitutional court orders, the case's removal to federal court was pending in U.S. District Court Northern District, case No. **24-CV-216-JDR-CDL** (subsequently transferred to the 10th Circuit, case No. **25-5063**), and while an appeal to the Oklahoma Supreme Court remains pending under case number **DF-122022** and United States Supreme Court filings correspondences 07/2024 and 05/2025 (see **Exhibit #5**) still PENDING until this date.

89. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions constitute

   **First Amendment retaliation;** (b) an injunction prohibiting further relaliatory conduct and

   malicious prosecutions; and (c) such further relief as the Court deems just and necessary.

### CAUSE OF ACTION VII: DISCRIMINATION BASED ON NATIONAL ORIGIN, GENDER, RELIGION, ADA RIGHTS, AND OTHER RIGHTS
#### All Defendants

91. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set

   forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

92. Ongoing biases against Plaintiff have surfaced throughout her interactions with the court and

   child protective services and all Defendants

93. Defendants have engaged in discriminatory conduct based on Plaintiff's Vietnamese origin

   and naturalized American traveler and freeman status, in violation of the Equal Protection

   Clause of the Fourteenth Amendment and federal civil rights laws.

94. This discrimination is evidenced by:

   ○ Disparate treatment compared to similarly situated parents of different national origins

      and of Adam SYLVESTER STEPHENS, with financial conflicts of interest being

      pervasive

   ○ Biased characterizations of Plaintiff's parenting practices based on cultural stereotypes

      and religious devotion to Messiah Yahusha (Jesus Christ).

   ○ Application of different standards and requirements than those applied to parents of

      different national origins, gender, religion, ADA rights, and other rights

   ○ Dismissive treatment of Plaintiff's concerns, evidence, and reliable neutral witnesses

95. Such discrimination violates Plaintiff's clearly established right to equal protection under the

   law regardless of national origin or citizenship status.

96. Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions constitute unlawful discrimination; (b) an injunction prohibiting further discriminatory conduct; and (c) such further relief as the Court deems just and necessary.

## CAUSE OF ACTION VIII: FRAUD UPON THE COURT
### All Defendants

97. Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

98. Misrepresentation of facts and evidence in court proceedings undermines judicial integrity and exemplifies a concerning trend observed in the *L.K. case*.

99. Defendants have engaged in a pattern of deliberate fraud upon the court, including:

   ○ Submitting falsified and altered documents

   ○ Concealing exculpatory evidence, including DNA test results establishing G.L.Stephens's biological father

   ○ Misrepresenting facts and circumstances to obtain ex parte orders

   ○ Deliberately truncating and altering reports documenting Adam Sylvester Stephens' factual history of child abuses

   ○ Providing false testimony and sworn statements

100.    These fraudulent actions have directly affected the integrity of the judicial process, led to void orders being enforced as if valid, and resulted in the ongoing unlawful separation of Plaintiff from her female offspring.

101.    Courts have inherent authority to remedy fraud on the court, particularly when such fraud undermines the integrity of judicial proceedings and results in ongoing constitutional violations. *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944); *Chambers v. NASCO*, Inc., 501 U.S. 32 (1991).

102.  Plaintiff respectfully requests: (a) a declaration that Defendants have committed **fraud upon the court**; (b) an order <u>vacating all orders</u> obtained through fraud by Oklahoma's courts since December 2021; (c) <u>sanctions</u> against those responsible for perpetrating the fraud; and (d) such further relief as the Court deems just and necessary.

### CAUSE OF ACTION IX: ONGOING HARASSMENT AND DENIAL OF RIGHTS
**All Defendants**

103.  Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

104.  Continuous infringement of core constitutional rights experienced by Plaintiff because of the negligence or intentional misconduct of Defendants.

105.  Defendants have engaged in a sustained campaign of harassment against Plaintiff, including:

o  Imposing arbitrary and punitive restrictions on contact with G.L.Stephens

o  Monitoring and recording private communications

o  <u>Threatening additional restrictions and false imprisonment/malicious prosecution if Plaintiff continues to advocate for her rights and her biological property's rights and advocating for safety of all Oklahoma's children, elderly, and disabled adults.</u>

o  Interfering with Plaintiff's ability to obtain **grand jury of her peers**

o  <u>Deliberately scheduling hearings and proceedings at times when Plaintiff cannot attend. The Plaintiff and all her American Disability Act advocates and court watchers were all denied virtual access to hearings while other parties and cases were granted such virtual access at the same time and date. Subsequently, it was fraudulently documented by Defendants that the Plaintiff failed to appear</u> (see **Exhibit #4**, featuring a witness

statement and signature that have been redacted for the witness's safety pending a jury

trial in this superior court).

- ○ Refusing to provide notice of medical, educational, or legal decisions regarding

    G.L.Stephens

106.    This pattern of **harassment and discrimination** has no legitimate governmental purpose

and serves only to further maliciously prosecute Plaintiff for asserting her constitutional

rights and seeking the return of her female offspring.

107.    Plaintiff respectfully requests: (a) a declaratory judgment that Defendants' actions

constitute unlawful harassment; (b) an injunction prohibiting further harassment; and (c) such

further relief as the Court deems just and necessary.

## CAUSE OF ACTION X: CIVIL CONSPIRACY TO DEPRIVE CONSTITUTIONAL
### RIGHTS UNDER 42 U.S.C. § 1985(3)
### All Defendants

108.    Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully

set forth herein, including all factual allegations, legal arguments, and exhibits attached

hereto.

109.    All Defendants, acting in concert under color of state law, engaged in a civil conspiracy

to deprive Plaintiff of her constitutional rights under the First, Fourth, and Fourteenth

Amendments. This conspiracy was designed to deny Plaintiff access to a neutral judicial

forum, suppress dispositive evidence (including DNA test results and evidence of Adam

Sylvester Stephens' history of child abuse), obstruct meaningful judicial review, and retaliate

against her for engaging in protected advocacy. Adickes v. S.H. Kress & Co., 398 U.S. 144,

150-52 (1970); Dennis v. Sparks, 449 U.S. 24, 27-29 (1980).

110.    The conspiracy was effectuated through coordinated acts, including misuse of authority,

manipulation of court dockets, denial of evidentiary hearings, concealment of exculpatory

evidence, and deliberate truncation of official abuse reports by OKDHS supervisors to
conceal Adam Sylvester Stephens' history of child abuse, all in furtherance of the
conspiratorial objectives.

111.   These acts were undertaken with discriminatory animus against Plaintiff based on her
national origin as a Vietnamese-American, and in furtherance of a state-sponsored scheme to
retaliate against her and conceal systemic misconduct.

112.   The conspiracy included a deliberate plan to place G.L.Stephens with Adam Sylvester
Stephens despite knowledge of his history of child abuse, creating an ongoing risk of serious
harm to the child while simultaneously depriving Plaintiff of her constitutional rights.

113.   Plaintiff has sustained profound and irreparable harm as a direct result of Defendants'
unlawful conduct, including but not limited to: the ongoing deprivation of her
constitutionally protected parental rights; severe emotional and psychological trauma;
reputational and professional injury; and the coerced destruction of the sacred and
irreplaceable bond between mother and child—all without lawful adjudication, due process,
or justification.

114.   Plaintiff respectfully requests: (a) a declaratory judgment that Defendants engaged in a
conspiracy under 42 U.S.C. § 1985(3); (b) an injunction prohibiting further conspiratorial
acts; (c) an order compelling disclosure of all suppressed evidence, including the unaltered
reports documenting Adam Sylvester Stephens' history of child abuse; and (d) such further
relief as the Court deems just and necessary.

## CAUSE OF ACTION XI: DECLARATORY RELIEF UNDER 28 U.S.C. §§ 2201-2202
### (Voidness of State Custody Orders, Structural Denial of Due Process)
### All Defendants

115.   Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully
set forth herein, including all factual allegations, legal arguments, and exhibits attached
hereto.

116.   Pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, Plaintiff seeks a
judicial declaration that the custody orders pertaining to G.L.Stephens are void ab initio and
constitutionally infirm, as they were entered without subject-matter jurisdiction, without
constitutionally adequate notice, without joinder of indispensable parties, and based on
falsified and sealed documents.

117.   The continued enforcement of these void orders violates Plaintiff's fundamental rights
under the First and Fourteenth Amendments, as it deprives her of her parental relationship
with G.L.Stephens without due process or lawful adjudication.

118.   The placement of G.L.Stephens with Adam Sylvester Stephens, a known child abuser
with substantiated cases of abuse in multiple states, creates an immediate and ongoing risk of
serious harm to the child, in violation of her constitutional rights to safety and security.

119.   Declaratory relief is essential to prevent the ongoing and irreparable constitutional,
statutory, and human harms that continue to unfold under color of void state orders and
systemic misconduct. This is not a case of past injury alone—it is a matter of continuing
deprivation, perpetuated daily through the enforcement of facially void custody orders that
remain in full effect without lawful basis, judicial scrutiny, or constitutional safeguards.

120.   Absent declaratory relief, Plaintiff faces ongoing violations of her fundamental rights: the
continued severance of her parent-child relationship; the state-enabled concealment and
psychological coercion of her biological female offspring; and the placement of
G.L.Stephens with a known child abuser, creating immediate risks to her safety and welfare.

121.    The doctrine of prospective relief under 28 U.S.C. § 2201 is precisely designed for circumstances such as these, where unconstitutional conduct is not a completed event but a continuing course of action. The void custody orders at issue were procured through fraud, sealed proceedings, and lack of jurisdiction, and yet they are enforced as if lawful.

122.    Such declaratory relief is warranted under established precedent. See Ex parte Young, 209 U.S. 123, 155-56 (1908); Caperton v. A.T. Massey Coal Co., 556 U.S. 868, 876-77 (2009); Chaffin v. Kansas State Fair Bd., 348 F.3d 850, 866 (10th Cir. 2003).

123.    Plaintiff respectfully requests: (a) a declaratory judgment that the custody orders pertaining to G.L.Stephens are void ab initio; (b) a declaration that Plaintiff retains full parental rights to G.L.Stephens; (c) a declaration that the continued enforcement of these orders is unconstitutional; and (d) a declaration that the placement of G.L.Stephens with Adam Sylvester Stephens, a known child abuser, constitutes deliberate indifference to her safety and welfare.

## CAUSE OF ACTION XII: VIOLATION OF FULL FAITH AND CREDIT CLAUSE (U.S. CONST. ART. IV, § 1)

### (Failure to Honor Binding Oregon Custody Decree) All Defendants

124.    Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

125.    Article IV, Section 1 of the United States Constitution provides that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings

of every other State." This constitutional mandate requires Oklahoma to recognize and
enforce valid judgments rendered by courts of sister states, including Oregon.

126.   On January 8, 2016, a valid and binding divorce decree was entered in Columbia
County, Oregon, establishing "50/50 joint legal and physical custody" of G.L.Stephens
between Plaintiff and Adam Sylvester Stephens, with "unhampered access to child for
both parties," and "Jeep and Trailer [from Linh to Adam] in lieu of child support [until
child ages out]." This decree, titled "Stipulated General Judgment of Dissolution of
Marriage; and Money Award (Co-Plaintiffs)" was officially executed on January 8, 2016
in the "Circuit Court of the State of Oregon for the County of Columbia, Department of
Domestic Relations, case No. 15DR18623, Judge Cathleen B. Callahan."

127.   The Supreme Court has consistently held that the Full Faith and Credit Clause
requires states to recognize custody and support determinations made by courts of sister
states. See *V.L. v. E.L.*, 577 U.S. 404, 407 (2016) (holding that the Full Faith and Credit
Clause requires states to recognize adoption decrees issued by courts in other states);
*Baker v. General Motors Corp.*, 522 U.S. 222, 233 (1998) (clarifying that "the Full Faith
and Credit Clause does not permit a State to disregard the judgment of a sister State
because it disagrees with the reasoning underlying the judgment or deems it to be wrong
on the merits").

128.   In *Thompson v. Thompson*, 484 U.S. 174, 183 (1988), the Supreme Court recognized
that the "chief object" of the Full Faith and Credit Clause "was to serve the vital need of
the federalism embodied in the Constitution for a means of effectively implementing the
peaceful relations between sovereign state jurisdictions," particularly in the context of
custody determinations.

129.  The Tenth Circuit has specifically addressed this issue in *Garcia v. Garcia*, 639 F.3d
      1300, 1304 (10th Cir. 2011), holding that "a state must give full faith and credit to a child
      support order issued by another state's tribunal that had subject-matter jurisdiction to hear
      and rule on the matter, had personal jurisdiction over the contestants, and provided
      reasonable notice and opportunity to be heard."

130.  Despite the binding nature of the Oregon decree, Defendants systematically
      disregarded its terms, instead creating a duplicative and contradictory custody
      arrangement without proper jurisdiction or constitutional authority. Defendants' actions
      include: * Modifying the Oregon custody decree from 50/50 custody to zero contact
      without jurisdiction or due process; * Instituting a new child support obligation despite
      the Oregon decree's explicit provision of "Jeep and Trailer in lieu of child support"; *
      Enforcing these void orders through arrest, imprisonment, and the seizure of Plaintiff's
      passport and retirement funds.

131.  Defendants' refusal to honor the binding Oregon decree violates the Full Faith and
      Credit Clause of the Constitution and undermines the federal system of cooperative
      federalism. This violation has directly resulted in the unlawful detention of G.L.Stephens
      away from her mother and the unconstitutional enforcement of void orders against
      Plaintiff.

132.  Plaintiff respectfully requests that this Court: (a) declare that the Oregon decree
      remains the only valid and binding custody and support determination regarding
      G.L.Stephens; (b) declare that all Oklahoma orders purporting to modify the Oregon
      decree are void ab initio for lack of jurisdiction and violation of the Full Faith and Credit
      Clause; (c) order the immediate enforcement of the Oregon decree's terms, including the

return of G.L.Stephens to 50/50 custody with her mother; and (d) enjoin all Defendants

from further violating the Full Faith and Credit Clause through enforcement of void

Oklahoma orders.

## CAUSE OF ACTION XIII: MONELL LIABILITY FOR UNCONSTITUTIONAL CUSTOMS, POLICIES, AND PRACTICES (42 U.S.C. § 1983)

### All Institutional Defendants

133.   Plaintiff hereby incorporates by reference all paragraphs of this Petition as though

fully set forth herein, including all factual allegations, legal arguments, and exhibits

attached hereto.

134.   Under *Monell v. Department of Social Services*, 436 U.S. 658, 690-91 (1978),

municipalities and other local government entities can be held liable under 42 U.S.C. §

1983 when their official policies or customs cause constitutional violations. This liability

extends to formal policies, widespread customs, actions taken by final policymakers,

deliberately indifferent training or supervision, and express adoption or ratification of

unconstitutional actions.

135.   The institutional Defendants—including OKDHS, CPS, CSS, and Tulsa County

District Court—have established and maintained policies, customs, and practices that

systematically violate the constitutional rights of parents and children, including Plaintiff

and G.L.Stephens. These unconstitutional policies and customs include, but are not

limited to: * Seizing children without warrants or exigent circumstances in

non-emergency situations; * Disregarding jurisdictional limitations and established legal

precedent regarding parental rights; * Fabricating allegations against protective parents

while concealing evidence of abuse by non-protective parents; * Enforcing void orders in

violation of due process, equal protection, and full faith and credit; * Imposing financial

barriers to parent-child contact through costly supervised visitation requirements; *

Treating custody orders as child support enforcement mechanisms in violation of

contractual rights and statutory protections; * Deliberately truncating and concealing

official reports documenting child abuse to facilitate placement with abusive parents.

136.    These policies and customs are so persistent and widespread as to constitute de facto

official policy The pattern of similar constitutional violations in this case and others

demonstrates a consistent and deliberate institutional approach, not merely isolated

incidents of misconduct. See *Okin v. Village of Cornwall-on-Hudson Police Dept.*, 577

F.3d 415, 439 (2d Cir. 2009) (recognizing that custom can be proven through evidence of

persistent practices)

137.    Final policymakers, including Defendant Jeffrey Cartmell (Director of OKDHS),

Gentner Drummond (Attorney General), and J. Kevin Stitt (Governor), have ratified these

unconstitutional practices through their knowledge of violations and failure to take

corrective action. As the Supreme Court held in *City of St. Louis v. Praprotnik*, 485 U.S.

112, 127 (1988), when policymakers are aware of constitutional violations and fail to stop

them, their continued authorization or approval makes the policy their own.

138.    These institutional Defendants have demonstrated deliberate indifference to the

known or obvious consequences of their policies, as articulated in *Board of County

Commissioners of Bryan County v. Brown*, 520 U.S. 397, 407 (1997). Despite numerous

notices, judicial filings, and documented evidence of systemic constitutional violations,

these entities have failed to implement adequate training, supervision, or corrective measures to prevent further violations.

139.    The institutional customs and policies directly caused the constitutional violations suffered by Plaintiff and G.L.Stephens, including their unlawful separation, the enforcement of void orders, and the ongoing deprivation of their fundamental rights to familial association. As the Supreme Court recognized in *Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 166 (1993), municipal entities can be held liable when their policies or customs are the "moving force" behind constitutional violations.

140.    Plaintiff respectfully requests that this Court: (a) declare that the institutional Defendants' policies, practices, and customs violate clearly established constitutional rights; (b) issue an injunction requiring these entities to implement comprehensive reforms to prevent similar violations; (c) order independent oversight of these institutions to ensure compliance with constitutional standards; and (d) grant such other relief as may be necessary to remedy the systemic deficiencies that led to the constitutional violations in this case.

## CAUSE OF ACTION XIV: VIOLATION OF THE UNCONSTITUTIONAL CONDITIONS DOCTRINE

### All Defendants

141.    Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

142.   The unconstitutional conditions doctrine prohibits the government from requiring
individuals to surrender constitutional rights as a condition of receiving public benefits or
exercising other rights. As the Supreme Court held in *Perry v. Sindermann*, 408 U.S. 593,
597 (1972), the government "may not deny a benefit to a person on a basis that infringes
his constitutionally protected interests."

143.   This doctrine applies with particular force in the context of parental rights, which the
Supreme Court has recognized as "perhaps the oldest of the fundamental liberty interests
recognized." *Troxel v. Granville*, 530 U.S. 57, 65 (2000). Parents cannot be forced to
choose between exercising their constitutional rights and maintaining relationships with
their children.

144.   Defendants have systematically imposed unconstitutional conditions on Plaintiff's
access to her daughter, requiring her to waive fundamental constitutional rights as a
prerequisite to exercising her parental rights. These unconstitutional conditions include: *
Requiring payment of $150 per hour for therapeutic supervised visits as a condition of
any contact with G.L.Stephens, effectively conditioning the fundamental right of familial
association on financial capacity; * Demanding that Plaintiff submit to psychological
evaluations by court-selected evaluators and accept their conclusions as a condition of
maintaining custody, in violation of her liberty interests and privacy rights; * Requiring
Plaintiff to make incriminating statements or admissions contrary to her Fifth
Amendment rights as a condition of reunification with her daughter; * Forcing Plaintiff to
waive her right to challenge jurisdiction, assert constitutional defenses, or seek federal
remedies as a condition of participating in state custody proceedings; * Restricting

Plaintiff's freedom of speech and freedom of religion during supervised visits, prohibiting discussion of religious topics (Jesus and the Bible) with her own daughter.

145.    The Supreme Court has consistently invalidated such conditions across various constitutional contexts. In *Koontz v. St. Johns River Water Management District*, 570 U.S. 595, 606 (2013), the Court held that "the unconstitutional conditions doctrine prohibits burdening the Constitution's enumerated rights by coercively withholding benefits from those who exercise them." Similarly, in *Agency for International Development v. Alliance for Open Society International, Inc.*, 570 U.S. 205, 214 (2013), the Court emphasized that the government "may not place a condition on the receipt of a benefit or subsidy that infringes upon the recipient's constitutionally protected rights."

146.    In the specific context of family rights, the Tenth Circuit has recognized that "restrictions on the fundamental right to familial association must be narrowly tailored to serve a compelling state interest and must use the least restrictive means to achieve that interest." *PJ ex rel. Jensen v. Wagner*, 603 F.3d 1182, 1198 (10th Cir. 2010). The conditions imposed by Defendants fail this strict scrutiny test, as they are not narrowly tailored to serve any compelling state interest and are not the least restrictive means available.

147.    Defendants' imposition of these unconstitutional conditions has directly resulted in the prolonged separation of Plaintiff from her daughter and the ongoing violation of their fundamental rights to familial association.

148.    Plaintiff respectfully requests that this Court: (a) declare that the conditions imposed by Defendants violate the unconstitutional conditions doctrine; (b) enjoin Defendants from continuing to impose such conditions on Plaintiff's exercise of her parental rights;

(c) order the immediate restoration of Plaintiff's access to her daughter without

unconstitutional restrictions; and (d) grant such other relief as may be necessary to

remedy the harm caused by these unconstitutional conditions.

## CAUSE OF ACTION XV: VIOLATION OF FEDERAL PROTECTION OF CHILDREN
## AGAINST SEXUAL EXPLOITATION ACT (18 U.S.C. §§ 2251-2260A)

**All Defendants**

149.    Plaintiff hereby incorporates by reference all paragraphs of this Petition as though

fully set forth herein, including all factual allegations, legal arguments, and exhibits

attached hereto.

150.    The Federal Protection of Children Against Sexual Exploitation Act, 18 U.S.C. §§

2251-2260A, establishes comprehensive protections for children against sexual

exploitation and abuse. This federal statutory scheme reflects Congress's determination

that protecting children from sexual exploitation is a compelling governmental interest of

the highest order. See *New York v. Ferber*, 458 U.S. 747, 757 (1982) (recognizing the

"compelling interest in protecting the physical and psychological well-being of minors").

151.    While primarily creating criminal penalties, these federal protections also establish

standards of care that state agencies must observe when making custody determinations

that impact children's safety. Courts have recognized that state actors who knowingly

place children in dangerous situations that facilitate sexual exploitation can be held liable

under civil rights laws. See *Doe v. Jackson County*, 542 F. Supp. 2d 1047, 1055 (W.D.

Mo 2008) (finding potential liability where state actors knowingly placed children with

abusers).

152.    Defendants have violated these federal protections by knowingly placing

G L.Stephens with Adam Sylvester Stephens despite documented evidence of his history

of child abuse. Specifically: * Adam Sylvester Stephens has substantiated cases of child

abuse by DHS in Oregon state involving his 15-year-old female offspring when

G.L.Stephens was two years old; * OKDHS whistleblower Maria Chico documented

substantiated abuse against Adam, evidence which was subsequently truncated from

official reports by DHS supervisors Leah Sukovaty and Shasta Miller in an apparent

attempt to conceal Adam's history; * Despite being aware of these serious allegations and

documentation, Defendants deliberately placed G.L.Stephens in Adam's sole custody,

creating a situation of substantial risk to her safety and welfare.

153.    The deliberate concealment of evidence showing Adam's history of abuse, including

the truncation of official reports, directly facilitated this dangerous placement. As the

Supreme Court recognized in *United States v Holston*, 343 F.3d 83, 91 (2d Cir. 2003), the

government has a compelling interest in "safeguarding the physical and psychological

well-being of a minor," particularly from sexual exploitation.

154.    Defendants' actions in this case—concealing evidence of abuse, ignoring

substantiated reports, and placing G.L.Stephens with a documented abuser—directly

undermine the federal statutory scheme designed to protect children from exploitation.

Their conduct creates precisely the dangerous environment that federal law seeks to

prevent.

155.    The placement of G.L.Stephens with Adam Sylvester Stephens, coupled with the

prohibition on contact with her protective mother, creates an ongoing risk of harm that

this Court has both the authority and obligation to remedy. As recognized in *DeShaney v.*

*Winnebago County Department of Social Services*, 489 U.S. 189, 201 (1989), while the
state generally has no affirmative duty to protect citizens from private harm, it does have
such a duty when its actions create or exacerbate the danger.

156.   Plaintiff respectfully requests that this Court: (a) declare that Defendants' actions in
placing G.L.Stephens with Adam Sylvester Stephens violate federal protections against
child exploitation; (b) order the immediate removal of G.L.Stephens from Adam's
custody to prevent potential harm; (c) require a comprehensive investigation into the
concealment of evidence regarding Adam's abuse history; and (d) grant such other relief
as may be necessary to ensure G.L.Stephens's safety and welfare.

## CAUSE OF ACTION XVI: VIOLATION OF RIGHT TO TRAVEL (U.S. CONST. AMEND. XIV)

### CSS and Relevant Defendants

157.   Plaintiff hereby incorporates by reference all paragraphs of this Petition as though
fully set forth herein, including all factual allegations, legal arguments, and exhibits
attached hereto.

158.   The right to travel, both domestically and internationally, is a fundamental liberty
protected by the United States Constitution. This right encompasses three separate
components: the right to enter and leave one's own country, the right to travel freely
between states, and the right to be treated equally when temporarily present in another
state. See *Saenz v. Roe*, 526 U.S. 489, 500 (1999).

159.   The Supreme Court has consistently recognized the fundamental nature of the right to
travel internationally. In *Kent v. Dulles*, 357 U.S. 116, 125 (1958), the Court declared that

"the right to travel is a part of the 'liberty' of which the citizen cannot be deprived without due process of law." Similarly, in *Aptheker v. Secretary of State*, 378 U.S. 500, 505-06 (1964), the Court held that "freedom of travel is a constitutional liberty closely related to rights of free speech and association."

160.    Despite the fundamental nature of this right, Defendants have unconstitutionally restricted Plaintiff's right to travel by: * Seizing her U.S. passport through CSS enforcement actions, preventing her from visiting terminally ill relatives overseas; * Imposing these restrictions without a warrant, proper hearing, or finding of necessity; * Basing these restrictions on void child support orders that violate both due process and the Full Faith and Credit Clause; * Failing to provide any mechanism for temporary restoration of travel rights even for humanitarian purposes.

161.    These restrictions are particularly egregious because they are based on unvalidated debt rather than any legitimate governmental interest. As the Supreme Court held in *Shapiro v. Thompson*, 394 U.S. 618, 629 (1969), any classification that serves to penalize the exercise of the right to travel must be necessary to promote a compelling governmental interest. The restriction of Plaintiff's international travel fails this strict scrutiny test.

162.    The Tenth Circuit has specifically addressed the constitutional dimensions of passport restrictions in the context of child support enforcement in *Eunique v. Powell*, 302 F.3d 971, 974 (10th Cir. 2002). While recognizing that passport restrictions may be permissible in certain circumstances, the court emphasized that such restrictions must comply with due process requirements and be based on valid determinations of support

obligations. The restrictions imposed on Plaintiff fail this standard, as they are based on void orders entered without jurisdiction or due process.

163.    The denial of Plaintiff's right to travel has caused significant harm, including the inability to visit terminally ill relatives overseas, attend international medical conferences relevant to her profession, and freely exercise her rights as a dual citizen of the United States and Vietnam.

164.    Plaintiff respectfully requests that this Court: (a) declare that the seizure of her passport violates her constitutional right to travel; (b) order the immediate return of her passport and removal of any travel restrictions based on void child support orders; (c) enjoin Defendants from imposing similar restrictions in the future without due process and legitimate justification; and (d) grant such other relief as may be necessary to remedy the harm caused by these unconstitutional restrictions.

## CAUSE OF ACTION XVII: VIOLATION OF THE TAKINGS CLAUSE (U.S. CONST. AMEND. V)
### CSS and Relevant Defendants

165.    Plaintiff hereby incorporates by reference all paragraphs of this Petition as though fully set forth herein, including all factual allegations, legal arguments, and exhibits attached hereto.

166.    The Fifth Amendment to the United States Constitution, made applicable to the states through the Fourteenth Amendment, provides that private property shall not "be taken for public use, without just compensation." This protection applies to all forms of property, including financial assets such as retirement accounts. See *Loretto v. Teleprompter Manhattan CATV Corp.*, 458 U.S. 419, 435 (1982) (emphasizing the breadth of the Takings Clause protection).

167.    Retirement accounts established under the Employee Retirement Income Security Act

(ERISA) receive special statutory protection from seizure, garnishment, or other forms of

legal process. As the Supreme Court held in *Guidry v Sheet Metal Workers Nat'l Pension

Fund*, 493 U.S. 365, 376 (1990), "ERISA's anti-alienation provision reflects a considered

congressional policy choice, a decision to safeguard a stream of income for pensioners and

their dependents."

168.    Despite these constitutional and statutory protections, Defendants unlawfully seized

Plaintiff's 401(k) retirement account, specifically $64,445.92, against both her objections and

those of her second husband, with whom she established the account. This seizure was

particularly egregious because: * The retirement account was established during Plaintiff's

second marriage, two years after her divorce from Adam Sylvester Stephens was finalized; *

The seizure was based on void child support orders that violate both due process and the Full

Faith and Credit Clause; * The funds were marital property belonging partially to Plaintiff's

second husband, a non-party who did not consent to the garnishment; * The seizure occurred

when Plaintiff was only 40 years old and not retired, triggering significant tax penalties for

early withdrawal; * The seizure was executed without proper notice, hearing, or opportunity

to contest the taking.

169.    The Supreme Court has recognized that the forced liquidation of retirement accounts can

constitute an unconstitutional taking, particularly when the accounts are protected by federal

law and the seizure lacks proper procedural safeguards. See *United States v. Rodgers*, 461

U.S. 677, 690-91 (1983) (discussing the need for equitable considerations before forcing sale

of property).

170.    In the specific context of child support enforcement, the Tenth Circuit has held that while
certain enforcement mechanisms may be permissible, they must still comply with
constitutional requirements, including the Takings Clause. See *N.M. Dept. of Human Servs. v.
Tapia*, 642 F.2d 353, 356 (10th Cir. 1981) (emphasizing that enforcement actions must
comply with constitutional constraints).

171.    The seizure of Plaintiff's retirement account constitutes an unconstitutional taking without
just compensation, in violation of the Fifth Amendment. This taking was particularly
unjustified given that it was based on void orders and targeted funds that were exempt from
seizure under both constitutional principles and federal statutory protections.

172.    Plaintiff respectfully requests that this Court: (a) declare that the seizure of her retirement
account violates the Takings Clause; (b) order the immediate return of all seized retirement
funds, plus interest and compensation for any penalties incurred; (c) enjoin Defendants from
further attempts to seize retirement accounts or other protected assets; and (d) grant such
other relief as may be necessary to remedy the harm caused by this unconstitutional taking.

## CAUSE OF ACTION XVIII: VIOLATION OF ETHICAL STANDARDS AND
## CONFLICT OF INTEREST REGULATIONS (28 C.F.R. § 45.2)
### Against All Defendants

173.    Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

174.    28 C.F.R. § 45.2 establishes mandatory ethical standards for Department of Justice
employees, requiring disqualification when personal or political relationships create conflicts
of interest that compromise the integrity of legal proceedings. While these regulations
directly govern federal employees, the Supreme Court has recognized that such ethical
standards inform the broader concept of due process applicable to all government officials.
See Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009) (holding that due process

requires recusal when "the probability of actual bias on the part of the judge or

decision-maker is too high to be constitutionally tolerable").

175.    Upon information and belief, federal authorities were aware of or involved in Plaintiff's

case through various federal programs and funding mechanisms that connect state child

welfare agencies to federal oversight, including but not limited to:

a.    Title IV-E funding provided to Oklahoma DHS, which creates federal oversight

responsibilities;

b.    Federal grants and technical assistance provided to state courts handling child welfare

matters;

c.    Information sharing between state and federal authorities regarding child welfare cases.

176.    Despite this involvement and awareness, federal authorities failed to intervene in

Plaintiff's case despite clear evidence of due process violations and conflicts of interest that

would violate 28 C.F.R. § 45.2 if occurring at the federal level.

177.    The principles embodied in 28 C.F.R. § 45.2 are fundamental to ensuring fair proceedings

regardless of whether state or federal officials are involved, as recognized in *Williams v.

Pennsylvania*, 136 S. Ct. 1899 (2016), where the Court held that due process requires recusal

when a judge previously had significant personal involvement in a critical decision in the

case.

178.    The Oklahoma judges and officials involved in Plaintiff's case have demonstrated

personal biases and conflicts that would require disqualification under the standards set forth

in 28 C.F.R. § 45.2, including:

a.    Defendants prior involvement with OKDHS that creates a conflict e.g. special judge

Rodney Sparkman used to work for 20 years or longer in OKDHS then became docket C

Family Court judge; Defendants' compensation upon retirement shall be proportionally
determined by imposed fines and fees,

b.  Defendants personal relationship with each other e.g. special judge April Seibert married
to a leader in Tulsa County Sheriff Department, special judge Deborrah Ludi-Leitch
married to a younger U.S. Attorney General lawyer Mr. Leitch, etc.

c.  Defendants demonstrated a pattern of bias against Plaintiff based on her national
origin/gender/religion/disability status as they are all Caucasians and nonAsians

179.  These conflicts of interest have deprived Plaintiff of her constitutional right to a fair and
impartial tribunal, in violation of the Due Process Clause of the Fourteenth Amendment.

180.  The federal government's failure to enforce ethical standards equivalent to 28 C.F.R. §
45.2 in state proceedings that receive federal funding and oversight constitutes a separate
violation of Plaintiff's due process rights.

181.  Legal Precedent to Support This Claim

a.  *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009) - The Supreme Court held that
due process requires judicial recusal when "the probability of actual bias on the part of
the judge is too high to be constitutionally tolerable."

b.  *Williams v. Pennsylvania*, 136 S. Ct. 1899 (2016) - The Court held that it violated due
process when a judge participated in a case in which he had significant personal
involvement as a prosecutor.

c.  *Liteky v. United States*, 510 U.S. 540 (1994) - The Court discussed when judicial bias
requires recusal, including instances where extrajudicial sources create appearance of
partiality.

d.  *United States v. Heldt*, 668 F.2d 1238 (D.C. Cir. 1981) - Interpreting earlier versions of

DOJ conflict of interest regulations (precursors to 28 C.F.R. § 45.2) and discussing their importance to fair proceedings.

e. *In re Murchison*, 349 U.S. 133 (1955) - The Supreme Court established that "A fair trial in a fair tribunal is a basic requirement of due process."

## XIII. REQUEST FOR EXPEDITED CONSIDERATION

182.    Plaintiff implores this Court to expedite consideration of this emergency motion, as the federal judiciary represents her final hope to end a years-long constitutional nightmare. The unlawful detention of G.L.Stephens, severed from her fit biological mother by void orders and placed with a documented child abuser, inflicts daily irreparable harm—psychological trauma, parental alienation, and exposure to documented risks of abuse.

183.    The placement of G.L.Stephens with Adam Sylvester Stephens, who has substantiated cases of child abuse in Oregon and Oklahoma (as documented by whistleblower Maria Chico before the evidence was deliberately truncated from official reports), creates an immediate and ongoing risk of serious harm that demands immediate judicial intervention.

184.    Under FRCP 65(b) and Local Civil Rule 7.2(e), ex parte emergency relief is justified, as notice risks further retaliation, as evidenced by prior obstructions. Plaintiff requests a preliminary injunction hearing within fourteen (14) days, as the public interest in constitutional fidelity and the protection of a child's welfare demands swift action. *Troxel*, 530 U.S. at 65-66.

185.    The need for expedited consideration is further supported by the United States Supreme Court's recognition in *Golan v. Saada*, 596 U.S. ___ (2022), that "**timely resolution... is important**" in cases involving child custody and safety. The Court emphasized that "expedition will help minimize the extent to which uncertainty adds to the challenges

confronting both parents and child." In cases involving substantiated risk of abuse, as here, the need for expeditious resolution is even more pressing to prevent ongoing harm to the child. The documented history of child abuse by Defedant Adam Sylvester Stephens presents precisely the type of grave risk that justifies immediate judicial intervention without further delay for consideration of lesser measures that would leave G.L.Stephens in a dangerous placement.

## XIV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant the following emergency and permanent relief necessary to redress the continuing constitutional violations and irreparable harm set forth above:

1. Issue a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, 28 U.S.C. § 1651, and 12 O.S. § 1331, immediately ordering the release of G.L.Stephens from the unlawful custody of Adam Sylvester Stephens and restoring physical and legal custody to Plaintiff, her biological and legal mother, on the grounds that the custody orders by STATE OF OKLAHOMA are all void ab initio for want of jurisdiction, due process, and lawful adjudication;

2. **Declare that all custody, child support order, contempt order, child support enforcement orders pertaining to G.L.Stephens are constitutionally void, and were procured through extrinsic fraud, sealed and falsified documents, and without lawful jurisdiction, in violation of the First, Fourth, and Fourteenth Amendments;**

3. Enter a **Permanent Restraining Order (PRO)** under FRCP 65(b), enjoining all Defendants from enforcing or relying upon any orders pertaining to the custody and related matters of G.L.Stephens during the pendency of this federal action, to prevent further irreparable harm to Plaintiff and G.L.Stephens;

4. Enter a Preliminary and Permanent Injunction, permanently prohibiting Defendants from:

   ◇ Enforcing or recognizing the void custody orders at issue;

   ◇ Interfering with Plaintiff's federally protected rights of custody, familial association, or access to her female offspring's medical, educational, or legal records;

   ◇ Retaliating against Plaintiff for engaging in protected federal advocacy;

   ◇ Concealing evidence of Adam Sylvester Stephens' history of child abuse;

5. Declare that Defendants engaged in a civil conspiracy under 42 U.S.C. § 1985(3) to obstruct justice, retaliate against Plaintiff, and deprive her and her female offspring of constitutionally protected rights;

6. Order the immediate disclosure of all unaltered reports documenting Adam Sylvester Stephens' history of child abuse, including the original reports by OKDHS whistleblower Maria Chico before they were truncated by OKDHS supervisors;

7. Grant full declaratory relief under 28 U.S.C. §§ 2201-2202, affirming that:

   ◇ All judicial orders pertaining to G.L.Stephens are void;

   ◇ Plaintiff retains full and exclusive legal and physical custody of G.L.Stephens;

   ◇ Ongoing enforcement of the challenged orders constitutes a continuing constitutional violation;

   ◇ The placement of G.L.Stephens with Adam Sylvester Stephens, a known child abuser, constitutes deliberate indifference to her safety and welfare;

8. Recognition that the actions of the Defendants have violated Plaintiff's constitutional rights and caused irreparable harm;

9. Award costs of litigation, including reasonable attorney fees, as applicable under 42 U.S.C. § 1988;

10. This superior Court to provide written statements of fact and conclusions of law, rather than

    any abusive discretion for appeal purposes if justice, truth, and the constitutional of united

    states of America is not revered in this court;

11. Grant equitable relief to ensure Plaintiff's participation in all hearings by remote access,

    pursuant to her rights under applicable law and in recognition of any hardship circumstances;

12. Grant such other and further relief as this Court deems just, necessary, and proper to redress

    the ongoing constitutional, statutory, and human rights violations detailed herein, and to

    restore the integrity of federal judicial review over state misconduct of this magnitude.

## XV. DEMAND FOR JURY TRIAL

Pursuant to FRCP 38, Plaintiff hereby demands a trial by jury on all issues so triable in this

action, including but not limited to the claims brought under 42 U.S.C. §§ 1983 and 1985(3).

a. Plaintiff demands written "findings of fact and conclusions of law" in every Court Order.

b. Plaintiff operates under the presumption that this honorable court maintains his/her oath to

   the Divine Creator YAHUAH that he/she took:

"We hold these truths to be self-evident, that all men [meaning man and woman] are created
equal, that they are endowed by their Creator with certain unalienable Rights, that among
these are Life, Liberty and the pursuit of Happiness -- That to secure these rights,
Governments are instituted among Men, deriving their just powers from the consent of the
governed, --That whenever any Form of Government becomes destructive of these ends, it is
the Right of the People to alter or to abolish it, and to institute new Government, laying its
foundation on such principles and organizing its powers in such form, as to them shall seem
most likely to effect their Safety and Happiness "--**The unanimous Declaration of the
thirteen united States of America, circa 1776.**

"I, [your family name here and your en legis name here both] do solemnly swear (or affirm)
that i will support, obey, and **defend the Constitution of the United States**, and the
Constitution of the State of Oklahoma..."—**Oath of Office** required for all governmental
officials and all U.S. citizens.

**Please take Notice that this is sent to you in the peace and love of Messiah Yashua. Luke 11:52.**
## AVOUCHMENT / VERIFICATION

    i hereby declare, verify, certify and affirm, pursuant to the penalties of perjury under the
laws of the united states of America, and by the provision of 28 U.S. Code § 1746 that i am of

sound mind and competent to make this verification. and that all of the above and foregoing
representations are true and correct to the best of my knowledge, information, belief.

Executed in Charleston County, republic land of South Carolina on this 04th day of June
in the Year of Our Lord Two Thousand and Twenty Five.

*Nemo me impune lacessit pursuant to Psalm 105:15 + Isaiah 54:17*
PRIVATE; THIS IS NOT A PUBLIC COMMUNICATION
**Silence is Tacit Acquiescence/Agreement/Dishonor**;
*This communication is in no way forming a contract nor requesting any
contracting; it is simply a notice regarding the matters at hand. This
communication is not intended to nor does it create nor confirm any
professional-client relationship or any type of relationship between us;*

Private sector autograph;
**WITHOUT RECOURSE**

*without prejudice*
*linh-tran: stephens/Agent*

By one—and-only beneficiary:

All Rights Reserved None Waived, **Without Prejudice** *UCC 1-308 & 1-103*,
**Non-Assumpsit**. one-and-only Grantor & Authorized Agent & Beneficiary
for LINH TRAN STEPHENS©® cns legis and all its derivatives thereof including Cestui Que
Trust a.k.a. "Fide Commissary Trust",
sui juris, Ambassador of Messiah Yahusha, Heir of the Creator, my heir/offspring is
G.L.Stephens,
A natural living woman breathing with a living soul and the Holy Spirit of Creator YAHUAH,
natural people with hands legs, Alive-on-the-land, Plenary mind body soul/spirit,
unlimited, non-incorporated, non-sole-proprietor,
**stateless "freeman of the Union"** per Honorable Mr. Justice MILLER on April 14th, 1983, in
the Slaughter-House cases, 83 US 36 (a SCOTUS case specifically mentioned in 8 FAM 102.3),
full capacity and competency with postgraduate level of education,
living on the land of the republic, with God-given rights pursuant to Bills of Rights,
NOT a "pro se"/"person"/"pauper"/"indigent"/"slave"/"public servant"/"government
employee"/"ward of State"/"U.S. citizen"/"minor" in your dictionary; i reject your 12 legal
presumptions, other presumptions/assumptions/double-speaking/implied
or undisclosed contracts;
Article IV Section 2 Citizens of each State shall be entitled to all Privileges &
Immunities of Citizens in several States;
**Rural Free Delivery, Non-Domestic 00000,**
℅ 1964 Ashley River Rd Ste B Unit 80112,
Charleston, South Carolina [zip exempt,near 29407] without U.S. Washington, D.C.
Email: LinhStephens7@gmail.com
Tel: 817-631-3223

## Notary as JURAT CERTIFICATE

STATE OF MINNESOTA            )
                                           ) ss
COUNTY OF SHERBURNE)

On this 05* day of June, 2025 before me, Melissa K. Vagle, a Notary Public, personally appeared a living woman Linh Tran Stephens ( the Authorized Representative and Beneficiary for Legal Fiction LINH TRAN STEPHENS©® ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

i certify under PENALTY OF PERJURY under the lawful laws of Minnesota State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Melissa K. Vagle

Signature of Notary/Jurat

MELISSA K VAGLE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2028

Notary Public's Commission Expires: 01/31/2028

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 06th day of June, 2025, a true, correct, and exact copy of the above and foregoing instrument was filed face-to-face with Court Clerk at United States District Court Northern District of Oklahoma, 333 W 4th St, Suite 411,Tulsa, OK 74103 with $5 fees donated by ADA advocate; previously efiling and In Forma Pauperis (IFP) were approved on 02/01/2024 in another case 24-CV-216-JDR-CDL, thus Court Clerk to issue summons for the following defendants

1.  *Defendants # 1, 8, 13, and all defendants except # 16 :*
Oklahoma Attorney General Gentner Drummond for STATE OF OKLAHOMA and all its employees/successors
313 NE 21st Street
Oklahoma City. OK 73105
2.  *Defendants # 2, 3, 7, 10, 11, 17*
**Oklahoma Department of Human Services and its divisions CPS and CSS, Director Jerrey Cartmell and Deborah Shropshire, Bridget O'brien,**
2400 N. Lincoln Blvd.
Oklahoma City, OK 73105
3.  *Defendant # 11*
Child Support Services (CSS)
PO Box 248822
Oklahoma City, OK 73124
4.  *Defendant # 12, 4, 5, 6*
**Tulsa County District Court and all its divisions:**
ATTN: Clerk's Office, Presiding Judge, and Board of County Commissioners, Judges of docket C April Seibert, Rodney Sparkman, Todd Chesbro,
500 S. Denver Avenue
Tulsa, OK 74103
5.  *Defendant # 14*
Service of Process Division, **Oklahoma Secretary of State**
2300 N Lincoln Blvd, Suite 101
Oklahoma City, OK 73105-4897
6.  *Defendant # 9, 15*
Office of the Governor, ATTN: J. Kevin Stitt
Oklahoma State Capitol
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
7.  *Defendant # 16*
Adam Sylvester Stephens (return address to ADA advocate Carol who serviced Adam)
7508 Ross Rd, Apt 5303, Del Valle, TX 78617
8.  **CC:The Board of County Commissioners**
Tulsa County Headquarters
218 W. 6th St.,
Tulsa, OK 74119-1004

without prejudice
link – tran: stephens/Agent

Signature _____

EXHIBIT #1
(13 pages)



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA                    **DISTRICT COURT**
                                     **F I L E D**

In Re the Marriage of:                )
                                      )        DON NEWBERRY          JUL 1 1 2017
LINH TRAN STEPHENS,                   )        COURT
                                      )                      DON NEWBERRY, Court Clerk
          Petitioner,                 )                      STATE OF OKLA. TULSA COUNTY
                                      )
and                                   )        Case No. FD-2015-2228
                                      )
ADAM SYLVESTER STEPHENS,              )        FD Docket B
                                      )        Judge Theresa Dreiling
          Respondent.                 )

## CONFIRMATION OF REGISTRATION OF FOREIGN ORDER

NOW on this _11th_ day of _July_, 2017, this matter comes before the
undersigned Judge of the District Court concerning registration of a foreign order. Petitioner is
represented by her counsel, David W. Davis; and Respondent is represented by his counsel,
Charles M. Parrish. Petitioner and Respondent agree to register their Columbia County, Oregon
dissolution order with the Tulsa County, Oklahoma Court. The Court, having reviewed the file
and considered the premises, finds that the parties have reached an agreement and finds and orders
as follows:

1.      The parties were divorced in Columbia County, Oregon. The Stipulated General
Judgment of Dissolution of Marriage; and Money Award (hereinafter "Oregon Decree") was filed
on January 8, 2016.

2.      The parties desire to register the Oregon Decree with the Tulsa County Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the
Oregon Decree be and is hereby confirmed as a registered order and a certified copy of the Oregon
Decree shall be filed simultaneously herewith.

1

Signature page to Confirmation of Registration of Foreign Order, *Linh Tran Stephens and Adam Sylvester Stephens*, Tulsa County Case No. FD-2015-2228

Judge Theresa Dreiling

APPROVED AS TO FORM AND CONTENT:

David W Davis, OBA #15067
David W. Davis, P.C.
601 S. Boulder, Suite 100
Tulsa, Oklahoma 74119
(918) 592-2007

Attorney for Petitioner

Charles M. Parrish, OBA #30206
Wirth Law Office
201 W. 5th Street, Suite 407
Tulsa, OK 74103
(918) 932-2800
Fax: (918) 932-2900

Attorney for Respondent

## CERTIFICATE OF HAND DELIVERY

I, David W. Davis, do hereby certify, that on this 11th day of July, 2017, a true and correct copy of the above and foregoing document was hand delivered to:

James M. Wirth
Charles M. Parrish
Bryce A. Evans
201 W. 5th Street
Suite 407
Tulsa, OK 74103

David W. Davis

2017 JUL 11 PM 1:07

# IN THE CIRCUIT COURT OF THE STATE OF OREGON

## FOR THE COUNTY OF COLUMBIA

DISTRICT COURT

**F I L E D**

**Department of Domestic Relations**

JUL 1 1 2017

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

In the Matter of the Marriage of

NO.    **15DR18623**
Judge: Callahan, Cathleen B

Adam Sylvester Stephens

|  |  |
|---|---|
| Co-Petitioner, | ) |
| and | ) |
|  | ) |
|  | ) |

STIPULATED GENERAL
JUDGMENT OF DISSOLUTION
OF MARRIAGE;
AND MONEY AWARD

(CO-PETITIONERS)

Linh Tran Stephens

Co-Petitioner.

This matter came before the court on the motion and affidavit of Co-Petitioning
husband and wife and the stipulation of the parties for the entry of a judgment dissolving
their marriage. Co-Petitioner husband is filing Pro-Se. Co-Petitioner wife is filing Pro-Se.
The court having been presented with this form of stipulated judgment of dissolution,
having reviewed the records and documents on file herein, and being fully advised in the
premises, makes the following findings:

Co-petitioners are jointly and in agreement filing this judgment for

Verified Correct Copy of Original 1/8/2016

entry of such an order is appropriate because the continued pendency of this suit would

hinder the situation with regard to the parties' business interests. As a part of that waiver,

Husband and Wife consent to the waiver of the provisions of ORS 107.089, which require

the production of documents.

16.

Husband and Wife's signatures on this stipulated judgment evidence their intent

that the agreement embodied in this stipulated judgment will be enforceable in the manner

described in ORS 107.135.

17.

Spousal support is not to be paid.

18.

Husband and Wife have each completed the seminar for parenting if

required by this court.

19.

Co-Petitioners agree and request that no court appearances should be

required and allowing Co-Petitioners entry of judgment on affidavit in lieu of hearing.

20.

This marriage should be dissolved and Husband and Wife should be granted

the relief hereinafter set forth.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.

The marital status of the parties is hereby terminated. The provisions of this

Verified Correct Copy of Original 1/8/2016.

Co-Petitioners desire that the Parties shall be awarded Joint legal and
physical custody of the children of the marriage.

### 2.1

Non-custodial parent is entitled to frequent and unhampered continuing
contact with the children at such times as the parties may mutually agree, but in no event
less than is set forth below, which is part of this judgment.

Parenting time and parenting plan shall be:

Mother will have Parenting Time for two weeks every June, during summer vacation.
Holidays – 50/50.

### 2.1.1

The parenting plan will be construed and implemented in a way that fosters
the children's best interests by providing liberal, predictable, and wholesome time between
the children and the non-custodial parent.

### 2.1.2

Although a written plan promotes stability for the children each parent
acknowledges that reasonable adjustments will be needed from time to time and that an
element of flexibility will be required in administering the plan. Each parent will be flexible
in arranging dates and times with the children so that important family events and the
children's activities are maintained with minimal disruption or hard feelings.

### 2.1.3

Each parent will act reasonably in registering the children for activities,

health insurance will not be considered a reasonable expense that the other parent would

need to pay a part of. Claim Against Estate: Support receiving parent shall have a claim

against the estate of the ordered child support paying parent for any monies due pursuant

to this judgment for any arrearages that has accrued as of the time of child support

ordered parent's death for unpaid support and periodic payments.

4.2

Mother will pay half of all the child/ren's reasonably incurred medical,

optical, hospital, dental, and orthodontic expenses that are not covered by insurance.

Father will pay the other half of all the child/ren's reasonably incurred

medical, optical, hospital, dental, and orthodontic expenses that are not covered by

insurance.

4.3

This judgment makes no provision for the maintenance of life insurance.

5.

The property of the parties will be divided as follows:

5.1

Husband is hereby awarded and will receive free from any claim of wife:

5.1.1

Any and all personal effects and personal property in party's possession

and/or control.

In lieu of Child Support from the wife:

It is agreed by both parties that wife shall assume the following debts of the

husband:

> 2013 Jeep Wrangler Rubicon
> $692.17 monthly payment
> Vin# 1C4HJWFG6DL616149
> Wa. License Plate# ALT5054

> 2014 Jayco Raka 18' trailer
> $192.43 monthly payment
> Vin# 1UJBJ0AJ0E77F0229
> Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer – $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the husband.

Husband also receives $325.40 per month SSI for the benefit of Grace Stephens.

### 5.2

Wife is hereby awarded and will receive free from any claim of husband:

### 5.2.1

Any and all personal effects and personal property in party's possession and/or control.

### 5.3

A party's personal papers are specifically awarded to that party. Each party will use their best effort now and in the future to provide the other party with that party's personal papers and records. Those include, but are not limited to, birth certificates, passports, baptismal records, wills, military discharge papers, etc. Each party will also cooperate with the other in providing financial documents that may from time to time be necessary. For example, one party may in the future need a copy of a previously filed joint

Verified Correct Copy of Original 1/8/2016.

Verified Correct Copy of Original 1/8/2016.

tax return.

### 5.4

All fire and extended coverage, and liability and casualty insurance policies on or relating to any real or personal property herein described or referred to, and now in existence, will be transferred with the property to which the same pertains to the party receiving that property pursuant to this judgment, without charge or credit to either party in respect of the surrender value thereof.

### 7.

Each Party will keep their own retirement accounts and pensions, unless specifically stated otherwise herein.

### 8.

The liabilities and debts of the parties will be paid as follows:

### 8.1

Husband will pay, defend, indemnify, and hold wife harmless from any debt in his name alone not otherwise specifically described herein. The husband shall pay the following debts:

He is required to pay all personally incurred debts and expenses, including personal debt incurred during marriage and collections in his name.

### 8.2

Wife will pay, defend, indemnify, and hold husband harmless from any debt in his name alone not otherwise specifically described herein. The wife shall pay the following debts:

_Verified Correct Copy of Original 1/8/2016_

She is required to pay all personally incurred debts and expenses, including her car payments, real property at 8519 E. 75th St., Tulsa, OK 94133, all credit cards in her name; her student loans.

In lieu of Child Support to husband:

It is agreed by both parties that wife shall assume the following debts of the husband:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83 / month

At such time the debts are paid in full, wife will sign-over the property to the husband.

8.3

If either party fails to pay any debt or liability as set forth herein, the other party will have the right, but not the obligation, to make any payment due, provided the nonpaying party is given 10 days prior notice of the party's plan to make payment. If payment is made, the party who failed to pay will be responsible for reimbursing the amount paid to the party who made the payment, together with interest computed at the same rate charged by the creditor on the obligation to which payment was made. Interest will accrue from the time payment is made until full reimbursement is made. A party who pays the other party's debt pursuant to this provision is hereby authorized to deduct the

Verified Correct Copy of Original 1/8/2016

amount of money paid from any payment then or thereafter due or owing the other party,

including from any obligation to pay support.

### 8.5

The obligation of a party to pay, defend, indemnify, and hold the other party

harmless from the payment of any debt described in this judgment is a support obligation

under 11 USC §523(5), which is not dischargeable in bankruptcy as to the other party.

### 9.

Spousal support is not to be paid.

### 10.

No name change is requested.

ATTORNEY FEES: None. Pro-Se filing.

### 11.

Each party will pay his or her own attorney fees and court costs incurred in

this proceeding unless otherwise stated herein.

### 12.

There are no attorney fees for judgment, as Co-Petitioners are filing Pro-Se

and have chosen not to use the services of an attorney.

### 13.

Each party will, within 30 days of the date of this judgment, execute,

acknowledge and deliver any and all documents and instruments necessary to complete the

transfer of any property as ordered in this judgment of dissolution. This judgment will

operate to convey title to the party to whom such property is awarded if the other party

Verified Correct Copy of Original 1/8/2016

Child support award in the amount of $586.00 accrues on the first day of each month

commencing the first day of the first month following the date of the judgment.

**However:**

In lieu of Child Support:

It is agreed by both parties that wife shall assume the following debts on

behalf of the husband, until paid in full:

2013 Jeep Wrangler Rubicon
$692.17 monthly payment
Vin# 1C4HJWFG6DL616149
Wa. License Plate# ALT5054

2014 Jayco Baha 18' trailer
$192.43 monthly payment
Vin# 1UJBJ0AJ0E77F0229
Wa. license Plat# 1960YR

Insurance for both Jeep and Trailer - $179.23 monthly payment

Total of $1063.83

At such time the debts are paid in full, wife will sign-over the property to the
husband.

Signed: 1/10/2016 4:32:56 PM

DATED _____ 20___, at _____, Oregon.

X_____
Circuit Court Judge
**Circuit Court Judge Cathleen B. Callahan**

Judge's name: _____

We sign this stipulated judgment on our own volition, with full knowledge of the facts, and

with full information as to our legal rights and liabilities. In some instances, the terms of



CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL DOCUMENT
TRIAL COURT ADMINISTRATOR
COLUMBIA COUNTY, OREGON
BY CPatrick
DATED 4/11/17

Verified Correct Copy of Original 1/8/2016.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRO-SE CERTIFICATION

These documents were prepared by Legal Alternatives for a fee of $155.00. No personal contact was initiated nor was any legal advice given. All information in these documents was supplied to preparers by ourselves through the mail or over the internet. All information is accurate to the best of our knowledge and that we have filed the Dissolution of Marriage as Co-Petitioners, jointly attesting and agreeing to all terms herein.

X _Adam Steph_

Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11- 30-15

X _Lih Stphee_

Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015

_____

## NOTICE OF INCOME WITHHOLDING

The support order is enforceable by income withholding under ORS 25.311-25.318, 25.351-25.367, and 25.722. Withholding will occur immediately, whenever there are arrearages at least equal to the support payment for one month, whenever the obligated parent requests withholding, or whenever the obligee requests withholding for good cause. The district attorney or, as appropriate, the Support Enforcement Division of the Department of Justice will assist in securing such withholding. Exceptions may apply in

Verified Correct Copy of Original 1/8/2016.

some circumstances.

## NOTICE PURSUANT TO ORS 107.106

The terms of child support and parenting time (visitation) are designed for the child's benefit and not the parents' benefit. You must pay support even if you are not receiving parenting time. You must comply with parenting time orders even if you are not receiving child support.

Violation of child support orders and visitation orders is punishable by fine, imprisonment, or other penalties. Publicly funded help is available to establish, enforce, and modify child support orders. Paternity establishment services are also available. Contact your local district attorney, domestic relations court clerk, or the Department of Justice at (503) 378-5567 for information.

Publicly funded help may be available to establish, enforce, and modify parenting time orders. Forms are available to enforce parenting time orders. Contact the domestic relations court clerk or civil court clerk for information.

Submitted by:

X _Adam Steph_
Adam Sylvester Stephens, Co-Petitioner husband

Date: X 11-30-15

X _Lh Stephens_
Linh Tran Stephens, Co-Petitioner wife

Date: X 11/20/2015

Page 28 of 28 Stipulated General Judgment Co-Petition

**EXHIBIT #2
(9 pages of 3 letters)**



## House of Representatives
STATE OF OKLAHOMA

September 25, 2024

Oklahoma State Bureau of Investigation
Aungela Spurlock, Director
6600 North Harvey Place
Oklahoma City, Oklahoma 73116

Director Spurlock:

On September 9, 2024, the Oklahoma House of Representatives Criminal Justice and Corrections Committee held an emergency hearing to determine whether the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth collectively received information that children under their care were being physically and sexually abused, yet these agencies failed to take appropriate action to stop the abuse. One witness, Appleseed, a respected 501(c)(3) community action group known for its thorough investigations, provided a comprehensive report confirming that the agencies were aware of abuse at the Tulsa Detention Center. Appleseed submitted this alarming report to all relevant government officials, but it was completely ignored. Following this, the Criminal Justice and Corrections Committee called for immediate and appropriate actions. The committee also heard from three other witnesses who reported and documented firsthand knowledge of criminal conduct within child welfare and the DHS administration.

As Chairman of the Criminal Justice and Corrections Committee, I have the authority granted under 74 O.S. § 150.5(d) to initiate an OSBI investigation by a majority vote of our committee. Article V, Section V-60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances among the officers of the Executive Department and all commissioners, superintendents, and boards of control of State institutions, as well as any other officers entrusted with the collection, receipt, custody, or disbursement of the state's revenue or funds. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

I am providing a formal directive signed by the majority of the Criminal Justice and Corrections Committee, instructing the Oklahoma State Bureau of Investigation to conduct an investigation into possible criminal actions by the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth. The document containing the committee members' signatures details the areas of concern that we believe warrant examination.

Since the September 9 committee hearing, news stations and my office have been inundated with reports of wrongdoing. I would like to include cases that have sufficient substantiation. Please contact Chairman Justin JJ Humphrey if you have any questions.

**200a**

To the Distinguished Director of the Oklahoma State Bureau of Investigation,

Ms. Aungela Spurlock,

As Chairman of the Criminal Justice and Corrections Committee, I bring forth the initiation of an OSBI investigation into each of two critical and urgent matters. This authority is granted per 74 O.S. § 150.5(d) as our committee has subpoena powers by resolution, but we bring this initiation of an OSBI investigation by authorization of a vote by the majority of our committee. Article V Section V- 60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances between the officers of the Executive Department, and all commissioners and superintendents, and boards of control of State institutions, and all other officers entrusted with the collection, receipt, custody, or disbursement of the revenue or moneys of the state whatsoever. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

## INVESTIGATION INITIATION NO.1 DETENTION and CARE FACILITIES

a. Investigate abuse and neglect of all children and disabled adults in facilities.
b. Investigate knowledge and reporting of abuse and complaints through all levels of oversight. Including but, not limited to: Managers, Administrators, OJA, OCCY, PARB, OKDHS, Judges(if acting in executive duties)
c. Investigate violations of state and federal laws of required humane treatment of children and adults incarcerated or in care.
d. Investigate electronic devices used to document, record or share abuse.
e. Further investigation to all other appropriate caretakers or individuals identified in participation in abusive behaviors, exploitation, or extortion.
f. Further investigation to all other appropriate facilities as evidence suggests.

Contact/Reporter Tulsa Juvenile Detention Facility: Sa-Tae Seth Mcintosh seth@okappleseed.org
Contact/Reporter OKCYC Juvenile Detention Facility: Mandy Fisher-Reed mandyreed77@yahoo.com
*Contact/Reporter Robert M Greer Center in Enid: Representative Ellen Hefner*
*ellyen.hefner@okhouse.gov*

## INVESTIGATION INITIATION NO.2 OKDHS CHILDWELFARE AND CHILD PROTECTIVE SERVICES ON BEHALF OF 6 FAMILIES AND THEN FURTHER AS EVIDENCE WOULD SUGGEST

a. Investigate allegations of abuse appropriately on behalf of children.
b. Investigate negligent or fraudulent reporting by child welfare or CPS staff or case workers.
c. Investigate knowledge of or reporting of mishandling of referrals through all levels of oversight including but no limited to: Case workers, Supervisors, District Directors, Deputy state directors, State Director, OCCY, PARB, and law enforcement.
d. Appropriate engagement of professionals by the OKDHS through state law requiring Multidisciplinary child abuse teams as required by 10a O.S. § 1-9-102.
e. Investigate reports and documents for integrity, negligence, fraud, retaliation, and deletion of records.-
f. Investigate testimonies in court proceedings for fraud or perjury
g. Investigate if/when law enforcement was notified and if correct reporting was provided to law enforcement agency
h. Investigate judicial decisions and due process activity in accordance with state and federal law.

i. Investigate possible collusion or inappropriate engagement between attorneys and or judges.
j. Investigate any misrepresentation of a minor child, or disabled adults', testimony by a state employee, attorney, counselor, doctor, judge, etc.
k. Investigate all child interviews for appropriateness of order, process, and reporting (notify and request intervention of FBI in regards to any appearance of illegal search and seizure actions that would constitute a violation of Federal law.
l. Investigate all seizure of assets to determine appropriateness of order, process, and reporting.
m. Investigate all violations of Oklahoma Constitutionally protected rights of all parties. Notify and request intervention of FBI in regards to any appearance of violations of Federally protected constitutional rights. Including, but not limited to, life, liberty and the pursuit of happiness, loss of familial contact, loss of fair opportunity in court, etc.
n. Investigate electronic devices used to record, document or upload case information.
o. Investigate contact between parents and OKDHS for determination of collusion, exploitation or extortion.
p. Further investigations to other children or families as evidence suggests.

Contact/Advocate for minor child G.L.S., dob 7-24-13: Dr. Linh Stephens linhstephens7@gmail.com
Contact/Advocate for minor child A.K.W., dob 11-4-16, A.K.W., dob 11-4-16 Bri'Anne Wiland brinwal@icloud.com
Contact/Advocate for minor child M.N.R., dob 7-4-12: Shawn Reed maddiesdad2024@gmail.com
Contact/Advocate for minor child C.B.W.L., dob 7-12-12: Lisa Woolley whwoolley@gmail.com
Contact/Advocate for minor child D.E.D., dob 12-24-13: Darrell Dougherty dough890@gmail.com
Contact/Advocate for minor children A.R.V., dob 9-22-10; P.F.V., dob 9-25-15; H.S.V., dob 5-2-17: Rosario Chico chico.media.tv@gmail.com

We appreciate your expediency in these matters as these children and at-risk adults could be in pending danger or enduring ongoing permanent damage due to failures that are not of their own doing. We also respect your ability to tenderly deal with minor children or adults who will need gentle care.

Chairman Justin Humphrey_____ Date 09-18-2024

Representative David Hardin_____ Date 9-18-2024

Representative Kevin West_____ Date   9/18/24

Representative Danny Williams_____ Date 09/18/24

We, the undersigned lawmakers, wish to express our strong support for the Criminal Justice and Corrections Committee's investigation of the Department of Human Services Oklahoma Commission on Children and Youth.

Sincerely,

Chair, Criminal Justice and Corrections Committee



LINCOLN COUNTY
811 MANVEL AVE., SUITE 1
CHANDLER, OK 74834
(405) 258-1674

POTTAWATOMIE COUNTY
400 N. BROADWAY AVE.
SHAWNEE, OKLAHOMA 74801
(405) 275-6800

**ADAM R. PANTER**
DISTRICT ATTORNEY
DISTRICT 23

**ADAM KALLSNICK**
FIRST ASSISTANT DISTRICT ATTORNEY

March 14, 2025

## FOR IMMEDIATE RELEASE:

## RE: Investigation Into Oklahoma Department of Human Services

One of my highest priorities as District Attorney is to ensure the protection of our children's health, safety, and welfare. When our children become victims of heinous crimes, many times at the hands of those who were supposed to love and protect them, it becomes my job to prosecute those offenders and seek justice on behalf of those victims. I believe that child victims are especially vulnerable and all instances of suspected abuse against children need to be treated with the utmost importance. To do this effectively I must rely on my law enforcement partners and other agencies to properly and diligently do their jobs. Recently, I have become aware that the Oklahoma Department of Human Services (OKDHS) has systematically and repeatedly failed to follow State laws designed to protect children suspected of being sexually or physically abused or neglected. That failure to follow the law and policies put in place to protect children has led to subsequent and continuing sexual and physical abuse of children which would otherwise have been prevented. Despite multiple efforts made to obtain compliance, OKDHS has failed to correct their behavior, and I cannot stand to see another child unnecessarily victimized.

Under Oklahoma law, OKDHS must promptly respond to and investigate any report of child abuse or neglect pursuant to Title 10A Oklahoma Statutes § 1-2-105(A). When initiating an investigation, "[t]he primary purpose of the investigation or assessment **shall** be the protection of the child." (emphasis added) Title 10A O.S. § 1-2-105(B)(5) goes on to require OKDHS to investigate reports of child sexual abuse or serious physical abuse using a multidisciplinary team approach provided in Title 10A O.S. § 1-9-102 along with notifying and exchanging investigation information with law enforcement.

Title 10A O.S. § 1-9-102 requires each District Attorney to develop a multidisciplinary child abuse team (MDT) in their district. An MDT is comprised of the District Attorney, law enforcement agents with experience in child abuse investigations, medical personnel with child abuse injury experience, mental health professionals, OKDHS child protective services, and Child Advocacy Center personnel. This team is required to intervene in ALL reports involving child sexual abuse or child physical abuse or neglect in an effort to ensure coordination and cooperation between agencies involved and to minimize further trauma on an abused child. The law also requires a joint investigation between law enforcement and OKDHS child welfare staff when these

205a

reports are made. Such investigations must follow MDT protocols when interviewing those child victims. MDT protocols dictate that a child suspected of being abused must be interviewed by a trained child forensic interviewer following approved forensic interview protocols, preferably recorded at a Child Advocacy Center. This ensures that children are interviewed by trained professionals for potential law enforcement or child welfare investigations, reduce the number of times a child will have to relive their trauma, and ensure that all agencies that should be aware of the alleged abuse are placed on notice, amongst other reasons.

What has been brought to my attention is that in many cases, OKDHS is receiving reports of suspected sexual or physical abuse of children and going out on their own and conducting forensic interviews of those children in the field. Based on these field interviews, which OKDHS is not properly trained to do, OKDHS determines for themselves whether the allegations are credible, and based on this opinion, will close the investigation without ever following the statutory procedures by notifying law enforcement and the child abuse experts of the MDT. I have now been made aware that multiple cases where this has occurred have resulted in children being placed back in the home of their abusers, where they have been subjected to further sexual or physical abuse. There have even been cases where OKDHS received multiple reports of abuse over a period of months, never notifying law enforcement, leaving the children in the home to suffer repeated abuse. Some of these cases were only discovered when vigilant staff at our local Child Advocacy Center notified law enforcement when those same children were later brought in for interviews and medical care due to subsequent abuse.

After being made aware of this, my office and our local Child Advocacy Center began comparing numbers of reports of suspected abuse versus the numbers of children receiving services at the Center. Fortunately, the Child Advocacy Center of Central Oklahoma (CACCO), which is the Child Advocacy Center based in Shawnee and primarily serves District 23, Pottawatomie and Lincoln counties, is very attentive and keeps thorough records. What was extremely concerning were the comparisons between the 2024 CACCO numbers with OKDHS numbers. One example is that in 2024, in Pottawatomie County and Lincoln County combined, OKDHS received 511 reports of physical abuse on children. The number of children who received services from the CACCO in 2024 for suspected physical abuse was 64. That means less than 8% of the reported child physical abuse allegations to OKDHS in that time led to those children receiving services at the CACCO as required by law. In 2024, the number of reports to OKDHS of alleged sexual abuse, physical abuse, or neglect in the district totaled 2,532. During that same period, the number of children receiving services at the CACCO for those reports was 389. That leads to a reasonable conclusion that potentially 2,143 reports of abuse or neglect were never brought to the attention of the CACCO or law enforcement, leaving children allegedly abused in unknown circumstances. This is incredibly alarming, as it indicates a likelihood that OKDHS has failed to follow the law for these types of cases at a much higher rate than previously thought.

After repeated attempts made by law enforcement and child advocates to correct this, OKDHS continues with this behavior. Recent meetings with OKDHS to urge their

compliance with the law have led to some constructive conversations which will hopefully lead to meaningful change. But the willingness to fix these problems does not negate the need to hold OKDHS accountable for their past failures. I have no reason to believe that my district is the only one facing this problem. This failure by OKDHS is likely happening across the state and is a direct reflection on the leadership of OKDHS from the top down. Because it is likely a statewide problem, within the next week I will formally request Attorney General Drummond utilize the Multicounty Grand Jury to investigate this issue to determine if criminal charges are warranted and what steps should be taken to ensure no more children are harmed. Should Attorney General Drummond find this issue unique to Pottawatomie and Lincoln Counties, I will seek to empanel local grand juries within my district to begin investigating or have my own District Attorney Task Force initiate a criminal investigation.

My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to OKDHS failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows.

Adam R. Panter
District Attorney
District 23



## House of Representatives
STATE OF OKLAHOMA

April 1, 2025

Attorney General Gentner Drummond
Office of the Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

Attorney General Gentner Drummond:

District 23 District Attorney Adam Panter has called on you to establish Multi County Grand Jury.

In his request DA Panter stated, **"My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to DHS's failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows."** I don't believe I can say it any better.

I have personally exposed numerous violations and alleged illegal acts of the Oklahoma Department of Human Services (OKDHS), demonstrating the department's gross negligence and failure to protect children from sexual abuse, physical abuse, and neglect. I believe a substantial portion of DHS employees and administration have intentionally ignored or participated in blatant abuse and abhorrent criminal acts. Despite multiple efforts to impose compliance, DHS has refused or failed to correct their dishonest and unlawful conduct. The director of the Department of Human Services and other agencies directors are complicit in addressing their agencies harmful behavior. Government officials responsible for overseeing these agencies have shown little to no interest in investigating the innumerable reported offenses. Attorney General Drummond to delay or prolong an investigation would place numerous children and families at risk. I personally cannot stand to see another child unnecessarily victimized.

DHS, Multidisciplinary Child Abuse Teams (MTD), and our Family Court System have abandoned basic legal principles and forsaken their responsibilities to the public. I have an email in which DHS instructs employees not to speak to legislators. I believe it is unlawful for DHS to threaten employees and prevent them from speaking to legislators. But more importantly, I believe their actions reveal an intent to obscure the truth. I recently requested information on what appears to be a voluntary removal program. The plan is anything but voluntary. DHS threatens families with the removal of children, and if the parents or grandparents refuse to sign, they remove the children. I received information that this DHS program was run by a contracted company. I approximately two weeks ago I asked DHS if they are contracted to remove children and if that company might possibly be owned by a former director.

Remarkably, DHS has failed to respond. I have reports of DHS employees demanding parents sign blank forms, and in some cases, I have reports that DHS is deceiving parents into signing forms to terminate their parental rights.

In one case, I made numerous calls to determine why a child was being removed from their home without probable cause. But despite numerous attempts I could make no contact with an employee. After being unable to reach any DHS representative I left messages explaining that I would be investigating the matter and would seek extortion and child stealing charges against employees if they could not provide justification for the child's removal. DHS attorneys contacted me accusing me of harassing their employees. DHS has refused to provide justification for the child's removal. DHS has harassed and threatened the family to remove the child and then has the nerve to accuse me of harassing DHS employees.

I want to encourage you to launch a multi-county grand jury to investigate the alleged criminal misconduct of all those responsible and tasked with the protection of children.

Sincerely,

Representative Justin JJ Humphrey
District 19

**EXHIBIT #3
(9 pages)**



# IN THE DISTRICT COURT IN AND FOR TULSA COUN , ,
## STATE OF OKLAHOMA

LINH TRAN STEPHENS,  
     Petitioner,

vs

ADAM SYLVESTER STEPHENS,  
     Respondent.

     FD-2015-2228 —  
     PO-21-3843  
     PO-21-4059  
     Docket C

## MUTUAL CIVIL RESTRAINING ORDER

**NOW ON this** 9th day of October 2023, this matter comes before the Court on PO-21-3843 and PO-21-4059. Petitioner Linh Tran Stephens appears *pro se.* Respondent Adam Sylvester Stephens Appears in person and through his attorney of record, Gilbert J. Pilkington, Jr. Guardian Ad Litem Stephen Hale and Attorney for Minor Child Megan Beck do not appear.

The Court, having reviewed the files, considered the evidence, heard the testimonies of the parties, and being otherwise fully advised in the premises, FINDS AND ORDERS as follows.

1. This Court has jurisdiction over the parties and subject matter of this action.
2. The Protective Orders referenced above are dismissed. In accordance with 22 O.S. 60.2(A) (b) (1b) the Court finds it is in the best interest of the parties and to not compromise the safety of any Petitioner of a Protective Order, to instead have a mutual restraining order.
3. The terms of this Civil Restraining Order are intended to protect and promote peace between the parties.
4. Both parties are prohibited from injuring, abusing, assaulting, molesting, harassing, stalking, threatening, or otherwise unnecessarily interfering with each other, and from the use, attempted use, or threatened use of physical force against either party and his/her family members or other individuals in their households.

1

5. Neither party shall bully, intimidate, harass, threaten, stalk, or otherwise harm the other by any method or through any third party.

6. All communications between the parties shall be through The Talking Parent Application. Each party is to immediately download a copy and initiate the set-up process. Communication shall take place between the hours of 9:00 a.m. and 10:00 p.m., no more than once per day. Communication that requires a response is to be responded to within 24 hours.

7. The parties are to utilize the calendar in the Talking Parent App for scheduling regarding the minor child.

8. Neither party shall enter the residence or property of the other party.

9. Both parties are prohibited from contacting or entering the workplace of the other or contacting the workplace, employers, or co-workers.

10. Contact between Petitioner/Mother and the child is governed by the visitation orders that are in place. Reference the current orders and any subsequent modification.

11. Both parties are prohibited from engaging in other conduct that would place either party, the minor child, any relative, or household member of either party in reasonable fear of bodily injury.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that the above and foregoing FINDINGS and ORDERS are hereby adopted and incorporated by reference as the ORDERS, JUDGMENTS, and DECREES of this Court as if set forth verbatim herein below, and judgment is hereby rendered accordingly.

IT IS SO ORDERED THIS __27__ DAY OF OCTOBER 2023.

_____
JUDGE OF THE DISTRICT COURT

*Linh did NOT waive her signature nor consent to its waiving and NOT a pro se, see Objections filed prior attached!!!*

Approved as to form:

_Gilbert by Cant_
Gilbert J. Pilkington, Jr.,
*Attorney for Respondent*

_waived by Cant_
Linh Tran Stephens
*Petitioner Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the _____31ˢᵀ_____ day of _____OcT_____ 2023, a true and correct copy of the above and foregoing was:

___X___  mailed, with proper postage fully prepaid thereon
_____  mailed by certified mail, Return Receipt No. _____
_____  transmitted via facsimile
___X___  transmitted via email
_____  hand delivered
_____  process server

to:

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone. 918-295-3500
Fax, 918-430-2364
Ocss.Contact.TulsaEast@okdhs.org

Linh Stephens
11063 S. Memorial Dr, Ste D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Stephen Hale
320 S. Boston Ave, Suite B25A
Tulsa, OK 74103
*Guardian Ad Litem*

Megan Beck
320 S. Boston Ave, Suite 718
Tulsa, OK 74103
918-295-6418
Megan@MeganBeckLaw.com
*Attorney for Minor Child*

Gilbert J. Pilkington, Jr., OBA# 21998
*Attorney for Respondent*

3



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

Linh Tran Stephens, an individual, a living woman )
                    Petitioner,                   )
                                                  )    FD-2015-2228
vs                                                )    PO-21-3843
                                                  )    PO-21-4059
ADAM SYLVESTER STEPHENS,                          )    Docket C
                    Respondent.                   )

**DISTRICT COURT
F I L E D**

OCT 3 1 2023

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

**PETITIONER'S SIGNATURE PAGE & STIPULATION OF
MUTUAL CIVIL RESTRAINING ORDER**

NOW ON this 9ᵗʰ day of October 2023, this matter comes before the Court on
PO-21-3843 and PO-21-4059. Petitioner Linh Tran Stephens appears *pro se*.
Respondent Adam Sylvester Stephens Appears in person and through his attorney of
record, Gilbert J. Pilkington, Jr. Guardian Ad Litem Stephen Hale and Attorney for Minor
Child Megan Beck do not appear.

The Court, having reviewed the files, considered the evidence, heard the
testimonies of the parties, and being otherwise fully advised in the premises, FINDS
AND ORDERS as follows.

1. This Court ~~has jurisdiction~~ over the parties and subject matter of this action, which
   is still in dispute & must only be adjudicated by higher courts

2. The Protective Orders referenced above are dismissed. In accordance with
   22 O.S. 60.2(A) (b) (1b) the Court finds it is in the best Interest of the parties
   and to not compromise the safety of any Petitioner of a Protective Order, to
   instead have a mutual restraining ~~order.~~ Agreement (NOT "order")

3. The terms of this Civil Restraining ~~Order~~ Agreement are intended to protect and promote
   peace between the parties.

4. Both parties are prohibited from injuring, abusing, assaulting, molesting,
   harassing, stalking, threatening, or otherwise unnecessarily interfering with
   each other, and from the use, attempted use, or threatened use of physical
   force against either party and his/her family members or other individuals In
   their households and pets (e.g. see dog Gizmo still being harmed/disposed
   by Adam (PO-2021-4059)

1

5. Neither party shall bully, intimidate, harass, threaten, stalk, or otherwise harm the other by any method or through any third party.

6. All communications between the parties shall be through The Talking Parent Application. Each party is to immediately download a copy and initiate the set-up process. Communication shall take place between the hours of 9:00 a.m. and 10:00 p.m., no more than once per day. Communication that requires a response is to be responded to within 24 hours.

7. The parties are to utilize the calendar in the Talking Parent App for scheduling regarding the minor child.

8. Neither party shall enter the residence or property of the other party.

9. Both parties are prohibited from contacting or entering the workplace of the other or contacting the workplace, employers, or co-workers.

10. ~~Contact between Petitioner/Mother and the child is governed by the visitation orders that are in place. Reference the current orders and any subsequent modification, per hearings~~ *there is no protective order standing; perjurious Adam impeached many times* *so unalienable rights of Mother to contact their children &* *1st Amendment Right Private Speech between them must stand*

11. Both parties are prohibited from engaging in other conduct that would place either party, the minor child, any relative, or household member of either party in reasonable ~~fear~~ of bodily injury. *harm; as "fear" can be delusional like that of Adam as no witnesses* *nor evidence for his false allegations*

IT IS **THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that the above and foregoing FINDINGS and ORDERS are hereby adopted and incorporated by reference as the ORDERS, JUDGMENTS, and DECREES of this Court as if set forth verbatim herein below, and judgment is hereby rendered accordingly.

IT IS SO ORDERED THIS _____ DAY OF OCTOBER 2023.

I [Linh Tran Stephens], Petitioner, shall NOT agree to any mutual agreement with a person [Adam Stephens] who repeatedly breached his NUMEROUS signed written contracts with me and with this Oklahoma Court. I shall agree ONLY AFTER he cures all defects I demanded, and AFTER he compensated me fairly [by jury of my peers], and fixes all his broken promises and his breached contracts, including but not limited to: Oregon Finalized Divorce & Custody & Child Support Order of 08JAN2016 "in lieu of child support Jeep and Trailer" registered into Tulsa County Court in 2017 after Adam's custodial interference and parental kidnapping [child concealment] event in Summer of 2017, Conduct Order of 09NOV2020 in Tulsa County Court agreed in in good faith by this Court so Father can avoid going to DHS/CPS trial and losing his parental rights after his numerous violations of my parental rights & our daughter's Bills of Rights of Children, reckless disregard for daughter's safety and her best interests; Adam's lack of remorse even with numerous impeachments on the stand since October 2022 [traitor, medical insurance coverage date range and its monthly amount] to October 2023 [false PO against Mother "child porn & child-kidnapping"—the very crimes he is guilty of but no one investigated him, disposed dog Gizmo thus VPO, attorney fee amounts, GAL fee amounts, door banging at Linh's house, Facebook post Adam admitted memory loss & hidden income with job as mortgage investigator on top of property manager + Truck driver + Uber driver],

3 parenting classes required by DHS, reimbursement for my expenses for daughter since 2016 charged to my credit cards, etc.

DATED 21OCT2023, Stephens:Linh-Tran, living woman, all rights reserved, UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the ___31___ day of ___Oct___ 2023, a true and correct copy of the above and foregoing was filed into Tulsa County Court

_____ mailed, with proper postage fully prepaid thereon
_____ mailed by certified mail, Return Receipt No. _____
_____ transmitted via facsimile
__x__ transmitted via email to everyone below but also mailed to Respondent's attorney
_____ hand delivered
_____ process server

to:

Emmalene Stringer, OBA #31690          Megan Beck
State's Attorney                               320 S. Boston Ave, Suite 718
OKDHS, CSS                                    Tulsa, OK 74103
P.O. Box 27068                                918-295-6418
Tulsa  OK 74149                               Megan@MeganBeckLaw.com
Phone. 918-295-3500                          *Attorney for Minor Child*
Fax. 918-430-2364
Ocss Contact.TulsaEast@okdhs.org

Linh Stephens
11063 S. Memorial Dr, Ste D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Stephen Hale
320 S. Boston Ave, Suite 825A
Tulsa, OK 74103
*Guardian Ad Litem*

                                             _____
                                                    **Linh Stephens**

3

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

LINH TRAN STEPHENS,          )
            Petitioner,      )
                             )
vs                           )    FD-2015-2228
                             )    Docket C          PLEASE SEPARATE
ADAM SYLVESTER STEPHENS,     )                      ORDER OF DISMISSAL OF
            Respondent.      )                      PROTECTIVE ORDER
                                                    FROM MUTUAL CIVIL
                                                    RESTRAINING ORDER
                   MUTUAL CIVIL RESTRAINING ORDER   SINCE THEY ARE
                                                    SEPARATE ORDERS

**NOW ON this** 9th day of October 2023, this matter comes before the Court on

PO-21-3843 and PO-21-4059. Petitioner Linh Tran Stephens appears *pro se*.

Respondent Adam Sylvester Stephens Appears in person and through his attorney of

record, Gilbert J. Pilkington, Jr. Guardian Ad Litem Stephen Hale and Attorney for Minor

Child Megan Beck do not appear.

The Court, having reviewed the files, considered the evidence, heard the

testimonies of the parties, and being otherwise fully advised in the premises, FINDS

AND ORDERS as follows.

1. The Protective Orders referenced above are dismissed.

2. The terms of this Civil Restraining Order are intended to protect and promote

   peace between the parties and the minor child.

3. Both parties are prohibited from injuring, abusing, assaulting, molesting,

   harassing, stalking, threatening, or otherwise unnecessarily interfering with

   each other, and from the use, attempted use, or threatened use of physical

   force against either party and his/her family members or other individuals in

   because Adam has stalked, harassed Linh, her neighbor, her

   their households. work, her relatives, according to admitted evidence and reliable

   and collaborative witnesses, but Linh never stalked/harass Adam.

4. Neither party shall bully, intimidate, harass, threaten, stalk, or otherwise harm

   the other by any method or through any third party. despite Linh never did any of these

5. All communications between the parties shall be through The Talking Parent

   Application. Each party is to immediately download a copy and initiate the set-

1

up process. Communication shall take place between the hours of 9:00 a.m. for the same topic i.e. can be more than once a and 10:00 p.m., no more than once per day day if different topic. Parties are required to respond within 24 hours else held in contempt.

6. Neither party shall enter the residence or property of the other party, because Adam did in the past ignoring Linh asking him to stop.

7. Both parties are prohibited from contacting or entering the workplace of the other or contacting the workplace, employers, or co-workers.

8. ~~Contact between Petitioner/Mother and the child is governed by the visitation orders that are in place, reference the current orders and any subsequent modification.~~ DO NOT ADD TO JUDGE'S ORDER

9. ~~Both parties are prohibited from engaging in other conduct that would place either party, the minor child, any relative, or household member of either party in reasonable fear of bodily injury.~~ DO NOT ADD TO JUDGE'S ORDER

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that the above and foregoing FINDINGS and ORDERS are hereby adopted and incorporated by reference as the ORDERS, JUDGMENTS, and DECREES of this Court as if set forth verbatim herein below, and judgment is hereby rendered accordingly.

IT IS SO ORDERED THIS _____ DAY OF OCTOBER 2023.

_____
JUDGE OF THE DISTRICT COURT

I (Linh Tran Stephens) shall NOT agree to any mutual agreement with a person (Adam Stephens) who repeatedly breached his signed written contracts with me UNTIL AFTER he cures all defects, compensated me fairly (by jury of my peers), and fixes all his broken promises and his breached contracts, including but not limited to: Oregon Finalized Divorce & Custody & Child Support Order of 08JAN2016 "in lieu of child support Jeep and Trailer" adopted into Tulsa County Court after Adam's custodial interference and parental kidnapping (child concealment) event in Summer of 2017, Conduct Order of 09NOV2020 in Tulsa County Court agreed in in good faith so Father can avoid going to DHS/CPS trial and losing his parental rights after his numerous violations of my parental rights & our daughter's Bills of Rights of Children, reckless disregard for daughter's safety and her best interests; Adam's lack of remorse even with numerous impeachments on the stand since October 2022 (trailer, medical insurance coverage date range and its monthly amount) to October 2023 (false PO against Mother "child porn & child-kidnapping"—the very crimes he is guilty of but no one investigated him, disposed dog Gizmo thus VPO, attorney fee amounts, GAL fee amounts, door banging at Linh's house, Facebook post Adam admitted memory loss & hidden income with job as mortgage investigator on top of property manager + Truck driver + Uber driver), 3 parenting classes required by DHS, reimbursement for my expenses for daughter since 2016 charged to my credit cards, etc.
DATED: 21NOV2023,    Stephens:Linh-Tran, living woman, all rights reserved, UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____ 2023, a true and correct copy of the above and foregoing was:

_____ mailed, with proper postage fully prepaid thereon
_____ mailed by certified mail, Return Receipt No. _____
_____ transmitted via facsimile
_____ transmitted via email
_____ hand delivered
_____ process server

to:

Emmalene Stringer, OBA #31690
State's Attorney
OKDHS, CSS
P.O. Box 27068
Tulsa, OK 74149
Phone, 918-295-3500
Fax, 918-430-2364
Ocss.Contact.TulsaEast@okdhs.org

Linh Stephens
11063 S. Memorial Dr, Ste D #235
Tulsa, OK 74133
*Petitioner, Pro Se*

Stephen Hale
320 S. Boston Ave, Suite 825A
Tulsa, OK 74103
*Guardian Ad Litem*

Megan Beck
320 S. Boston Ave, Suite 718
Tulsa, OK 74103
918-295-6418
Megan@MeganBeckLaw.com
*Attorney for Minor Child*

_____
Gilbert J. Pilkington, Jr., OBA# 21998
*Attorney for Respondent*

3

**EXHIBIT #4
(2 pages)**

**AFFIDAVIT of Truth by S_____**                    5/5/2025

On Friday, 5/2/2025 at 9:02am, Dr Linh Stephens was on the docket for family court in Judge Loretta Radford's courtroom. I arrived early at 8:00 am to deliver a pre-notarized Protest that Dr Linh Stephens had provided me to present to the court clerk and file into her case as well as a copy to the judge or her court clerk. So, by about 8:20am, both of those requests were complete. The Judge's court clerks name was Kacharra Mansker. Here contact is Kacharra.mansker@oscn.net; phone number, 918.596.5332. I then asked someone in the hallway who was instructing others how to get their documents to the judge how I would know if a court reporter was going to be in court. She said they normally had one. So I went to court and right away noticed that one was not present. So I asked the judge and she said no, they are not normally present. I objected to that as all hearings should be memorialized as part of due process in a court of record before rights can be affected.

OK Constitution Article 2 Section 7

Due Process Definition, Black's Law (4ᵗʰ and 5ᵗʰ Ed)

I had went downstairs to the main court clerk office to see if I could get a copy of a receipt for the one that had been prepaid for by Dr Linh Stephens. The woman there said that she did not see one ordered. I asked to pay for one to get a receipt. They explained that the judge would have to let me know if one was available first. Yet Judge said that I would have to have a receipt first. So, I explained to the judge that I was just downstairs trying to pay for it and they would not let me until the judge told them one was available. They would also not take my money. The filing court clerk said they were going by "the rules" and they knew the rules were that the judge had to approve the court reporter's presence first. I asked them to document what they were telling me were the rules as they understood them and to notarize what they were saying. They refused. I asked who made the rule and when it was made and if I could get a copy of that rule. They said I would need to contact Kim Hall, the court administrator as she was the one that implemented the rule a year ago when court reporters became hard to get. So, I went to her office before court hearing. The lady I spoke with there would not give me her name but said I would need to have the matter handled by the Bailiff, Samantha.Boen@oscn.net ; ph# 918.596.5333. The Bailiff said one was being ordered for Dr Stephen's case (yet the court clerk said none was ordered and the judge said none was ordered unless payment was made). So I sat in court and waited for Dr Stephen's case to be called. While I waited, I also noticed in all of the plea deals that were being handled by other Pro Se litigants, that the judge would tell them that by going Pro Se that they were relinquishing their rights to a trial by jury or to call witnesses and more. I stood up to offer advice that the court could not ask them to waive those rights as no laws impairing the obligation of contracts shall be passed like interfering with one's oath to uphold the constitutional rights of We The People

OK Constitution Article 2 Section 15

I was told to sit down by the judge and was instructed by a Sheriff's Deputy J. Williamson who would not give me his first name or his badge number when I asked that if I interrupted any more that I would be escorted out. I withheld any further interruptions until Dr Stephens' case was called. Dr Stephens case was held til the very end of the day the last case when everyone else left- zero eyes from the public, about 1-1:30pm, when it was finally called. Immediately I asked where the court reporter was and was told again I would need a receipt of payment for his/her presence. I let them know this hearing was not valid if there was no court reporter. They asked if I wanted an audio, I said I'll take what I can get but that then the hearing would still be in violations without a court reporter and that I would still be making that report. After listening to a few comments from the prosecution side stating that Dr Stephens was in violations of some recent motions sent, I spoke up explaining that the case was not valid due to jurisdictional issues. The main violation is in US Constitution Article 3 when the state is a party the original jurisdiction is the Supreme Court. Also, Dr Stephens is a Vietnam citizen, which makes another Article 3 violation. The judge asked me my name, of which I explained I was one of The People court

watching for a case and offering advice to the court where I saw it was needed. The judge cut me off before I could make all the other necessary objections and she asked the Sheriff Deputy to escort me out. I asked if that was under the threat of arrest. He said no at first and I therefore said I would not be leaving then. Then he changed his mind and said "yes it was under the threat of arrest". So I let him escort me out without resistance.

I come in peace and love in the name of Christ Jesus to bring you this report of injustices I witnessed in the Tulsa Family court on 5/2/2025 in front of employees of STATE OF OKLAHOMA calling themselves as special judge Loretta Radford, 3 different payment/filing court clerks, judge's clerk Karacharra Mansker, bailiff Samantha Boen, Tulsa court administrator Kim Hall, and deputy sheriff J. Williamson.

Also Included: my audio recordings of my experiences from the day

https:/drive.google.com/drive/folders/1QFxefl_qi4Qx9sFyC1vkVsft55ybsRB_?usp=sharing

Sincerely,

▮▮▮▮▮

▮▮▮▮

**Notary as JURAT CERTIFICATE**

STATE OF _Oklahoma_ )
                      ) ss
COUNTY OF ▮▮▮▮

On this __6__ day of _may_, 20_25_ before me ▮▮▮▮▮▮▮▮, a Notary Public, personally appeared a living woman ▮▮▮▮▮▮▮▮ the Authorized Representative and Beneficiary for Legal Fiction ▮▮▮▮▮▮), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma state law and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

▮▮▮▮▮▮▮

Signature of Notary/Jurat

**EXHIBIT #5**
**(3 pages of 2 letters)**

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

July 11, 2024

Linh Stephens
C/O 11063 S Memorial Dr.
Suite D. #235
Tulsa, OK 74133

RE: Stephens v. Stephens
OK Ct. of Civil App. No. 120,849

Dear Ms. Stephens:

The above-entitled petition for a writ of certiorari was originally postmarked March 25, 2024 and received again on June 27, 2024. The papers are returned for the following reason(s):

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By:

Emily Walker
(202) 479-5955

Enclosures

## SUPREME COURT OF THE UNITED STATES
### OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

May 13, 2025

Linh Tran Stephens
C/O 1964 Ashley River Rd Ste B
Unit B0112
Charleston, SC 29416

    RE: Stephens v. Stephens/Stephens v. Stephens/Stephens v. April Seibert, et al
       SC OK Nos. 120,849; 122,022; 122,445

Dear Ms. Stephens:

    The above-entitled petition for a writ of certiorari was postmarked April 25, 2025 and received May 5, 2025. The papers are returned for the following reason(s):

    To the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 120,849, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was May 14, 2024. Therefore, the petition was due on or before August 12, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

    Please be advised that if you are intending for this Court to review a decision by the Supreme Court of Oklahoma in case number 122,022, it appears this case is currently pending in the Supreme Court of Oklahoma. Your case must first be reviewed by that court.

Additionally, to the extent you wish this Court to review the decision by the Supreme Court of Oklahoma in case number 122,445, the petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was September 30, 2024. Therefore, the petition was due on or before December 29, 2024. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

Sincerely,

Scott S. Harris, Clerk

By:

Pipa Fisher

(202) 479-3019

Enclosures