IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LINH TRAN STEPHENS, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) No. 25-5063 |
| | ) (D.C. No. 4:24-CV-00216-JDR-CDL) |
| CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al., | ) (N.D. Okla.) |
| | ) |
| and | ) |
| | ) |
| JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al., | ) |
| | ) |
| Defendants | ) |

**DEFENDANTS DHS, BANKS, HOENSHELL AND STRINGER'S MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEFS**

COMES NOW Child Support Services of Oklahoma Department of Human Services, Renee Banks, Jason Hoenshell and Emmalene Stringer, (hereinafter "DHS Appellees") and, pursuant to Fed. Rules of Appellate Procedure Rule 27.6, hereby submits their request for an extension of time within which to submit their Response Brief. In support Appellees would state:

1. The current deadline for DHS Appellees Response Brief is July 14, 2025.

2. This is DHS Appellees first request for an extension of time.

3. Per email response, Appellant objects to this request.

4. The Opening Brief and supplemental briefs filed thereto consist of more than one thousand and six hundred pages (1,600).

5. Additionally, the Opening Brief contains seventeen (17) issues presented for review ranging from constitutional violations, improper application of constitutional and common law legal theories, judicial jurisdiction and abuse of authority, and various alleged criminal code violations.

6. Given the complex nature of this matter, together with the voluminous amount of filings associated therewith, it is not possible to submit an adequate Response Brief by the current deadline, despite best efforts to exercise due diligence.

WHEREFORE, for the above stated reasons, counsel for DHS Appellees respectfully requests an extension of time within which to file their Response Briefs.

Respectfully submitted,

*s/ Amanda M. Self*
Amanda M. Self (OBA #20327)
Assistant General Counsel
Department of Human Services
P.O. Box 25352
Oklahoma City, OK  73125-0352
Telephone: (405) 521-3638
E-mail:  Amanda.Self@okdhs.org
*Attorney for Defendants DHS, Banks, Hoenshell, and Stringer*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*s/ Amanda M. Self*
Amanda M. Self
