FILED
United States Court of Appeals
Tenth Circuit

July 10, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

LINH TRAN STEPHENS,

    Plaintiff - Appellant,

v.

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants - Appellees,

and

JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al.,

    Defendants.

No. 25-5063
(D.C. No. 4:24-CV-00216-JDR-CDL)
(N.D. Okla.)

_____

**ORDER**
_____

Before **MATHESON** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the DHS Appellees' opposed motion for extension of time to file the response brief in this appeal. The motion is granted. The response brief shall be filed and served on or before August 8, 2025 for Renee Banks, Child Support Services of Oklahoma Department of Human Services, Jason Hoenshell

and Emmalene Stringer.

                                                    Entered for the Court

                                                    CHRISTOPHER M. WOLPERT, Clerk