FILED
United States Court of Appeals
Tenth Circuit

July 11, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| LINH TRAN STEPHENS,<br><br>　　Plaintiff - Appellant,<br><br>v.<br><br>CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al.,<br><br>　　Defendants - Appellees,<br><br>and<br><br>JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al.,<br><br>　　Defendants. | No. 25-5063<br>(D.C. No. 4:24-CV-00216-JDR-CDL)<br>(N.D. Okla.) |

_____

**ORDER**
_____

Before **MATHESON**, **KELLY**, and **ROSSMAN**, Circuit Judges.
_____

　　Plaintiff-Appellant Linh Tran Stephens, pro se, has filed a "Verified Petition for Writ of Mandamus and Emergency Injunctive Relief." To the extent Ms. Stephens seeks mandamus relief, we note that she asks this court to order an Oklahoma state court or its judges to act or not act in certain ways. But "[f]ederal courts have no authority to issue a writ of mandamus to a state judge." *Olson v. Hart*, 965 F.2d 940, 942 (10th Cir. 1992). Thus, the relief she seeks is not available through mandamus.

To the extent Ms. Stephens seeks an injunction pending appeal, we have considered the traditional injunction factors: (1) likelihood of success on the merits, (2) irreparable harm, (3) the balance of harms, and (4) the public interest. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Ms. Stephens has not carried her burden to show these factors counsel in favor of injunctive relief.

For these reasons, we deny the Verified Petition for Writ of Mandamus and Emergency Injunctive Relief.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk