No. 25-5063

**UNITED STATES COUR OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| **LINH TRAN STEPHENS,** an individual<br><br>Plaintiff – Appellant<br><br>v.<br><br>**CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES (CSS OF OKDHS),** *et. al.*<br><br>Defendants - Appellees | (D.C. No. 4:24-cv-00216-JDR-CDL)<br>(N.D. Okla.)<br><br>Judge John D. Russell |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

To the Clerk of this Court and all parties of record:

Please take notice that Andrew C. Jayne, and Jason A. McVicker, counsel of record for Appellee, Ciera Freeman, give notice of their change of firm name and e-mail address as set forth below:

> JPM Law, PLLC
> Mid-Continent Tower
> 401 S. Boston Ave. Ste. 2000
> Tulsa, Oklahoma 74103
> (T) 918/938-7944; (F) 918/938-7966
> Email: ajayne@jpmlawgroup.com
>            jmcvicker@jpmlawgoup.com

Respectfully submitted,

*s/ Jason McVicker*
Andrew C. Jayne, OBA #19493
Jason A. McVicker, OBA #31150
JPM LAW, PLLC
2000 Mid-Continent Tower
401 S. Boston Avenue
Tulsa, Oklahoma 74103
(T) 918/938.7944; (F) 918/938.7966
Email: jmcvicker@jpmlawgroup.com
ajayne@jpmlawgroup.com
***ATTORNEY FOR DEFENDANT / APPELLEE CIERA FREEMAN***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Tara A. LaClair tlaclair@bressler.com
Jennifer N. Lamirand jlamirand@bressler.com
***ATTORNEY FOR CHARLES SCHWAB & CO., INC. AND MARY JOHNMEYER***

John K.F. Langford John.Langford@okdhs.org
***ATTORNEY FOR DEPARTMENT OF HUMAN SERVICES & EMMALENE STRINGER***

Daniel J. Card – Daniel.card@OKDHS.org
***ATTORNEY FOR RENEE BANKS***

John K.F. Langford – john.langford@OKDHS.org
***ATTORNEY FOR JASON HOENSHELL***

Amanda M. Self - Amanda.Self@okdhs.org
***Emmalene Stringer, Child Support Services of Oklahoma Department of Human Services (CSS of OKDHS), Renee Banks, and Jason Hoenshell***

  A true and correct copy of the above and foregoing instrument was mailed, postage prepaid, to the following:

Linh Tran Stephens, *Pro Se*
1964 Ashley River Rd.
Ste B Unit 80112
Charleston, SC 29407
(c)843-608-0294
Linhstephens7@gmail.com; Linhstephens@recap.email
**PLAINTIFF**

                *s/Jason A. McVicker*