UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                       Jane K. Castro
Clerk of Court                                                                             Chief Deputy Clerk

July 15, 2025

Mrs. Tara A. LaClair
Ms. Jennifer N. Lamirand
Bressler, Amery & Ross
6608 North Western Avenue, Suite 1213
Oklahoma City, OK 73116

RE:     25-5063, Stephens v. Child Support Services of Oklahoma, et al
         Dist/Ag docket: 4:24-CV-00216-JDR-CDL

Dear Counsel:

Appellees' brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

The attachment(s) to the brief is/are not identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

There is no certificate of counsel stating the need for separate briefs. *See* 10th Cir. R. 31.3(B).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Daniel J. Card
        Andrew C. Jayne
        John K.F. Langford
        Jason McVicker
        Amanda M. Self
        Linh Tran Stephens

CMW/at