FILED  
United States Court of Appeals  
Tenth Circuit  

August 28, 2025  

Christopher M. Wolpert  
Clerk of Court  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  

_____  

LINH TRAN STEPHENS,

    Plaintiff - Appellant,

v.

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants - Appellees,

and

JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al.,

    Defendants.

No. 25-5063  
(D.C. No. 4:24-CV-00216-JDR-CDL)  
(N.D. Okla.)

_____  

**ORDER**  
_____  

Before **MATHESON** and **PHILLIPS**, Circuit Judges.  
_____  

    This matter is before the court on Appellant's *Renewed Motion for Extension of Time, Enlargement of Reply-Brief Length Limitation, and Response to Appellees of OKDHS' Misrepresentations*, and Appellees' *Response* in opposition.

    In the motion, Appellant seeks an additional forty days in which to file her reply brief. She also seeks to extend the page limit to 45 pages. Finally, Appellant asks the court to order transcripts and recordings at the Appellees' expense so that she may

compare the transcripts to her own recordings and write a report about what Appellees have altered.

The request for additional time is granted in part: Appellant shall have an additional 28 days in which to file her reply. The optional reply brief is due no later than September 26, 2025.

The request for an extension of the page limit is denied. The request for court-ordered transcripts and recordings is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk