# APPENDIX 1

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICIA A.E. MIROTH; STANLEY R. MIROTH, | No. 23-15759 |
| *Plaintiffs-Appellants*, | D.C. No. 2:22-cv-00460-KJM-JDP |
| v. | |
| COUNTY OF TRINITY; TRINITY COUNTY HEALTH AND HUMAN SERVICES; TRINITY COUNTY CHILD WELFARE SERVICES; LIZ HAMILTON; MARIO ANGELONE; NICOLE HAYES BRADFORD; ALLISON BALLARD; MEGAN SHOLTY-SCALZO; ANGELA BERGLUND; ASHLEY POQUETTE; VERLIN JOHNSON; DEBBIE CARTER, | OPINION |
| *Defendants-Appellees*. | |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, Chief District Judge, Presiding

Argued and Submitted August 19, 2024
San Francisco, California

Filed May 8, 2025

Before:  Marsha S. Berzon, Daniel A. Bress, and Lawrence
VanDyke, Circuit Judges.

Opinion by Judge Bress;
Dissent by Judge VanDyke

---

## SUMMARY[*]

---

### *Rooker-Feldman* Doctrine

The panel reversed the district court's dismissal, for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine, of a federal civil rights lawsuit alleging that county officials failed to provide social services to plaintiffs and committed fraud in state child custody proceedings.

After concluding that plaintiffs' children were at risk in the family home, defendants obtained warrants to take the children into protective custody.  A California state court subsequently terminated plaintiffs' parental rights.  Following unsuccessful appeals in state court, plaintiffs filed this lawsuit in federal court, alleging that defendants (1) failed to provide plaintiffs with social services required by state law, and (2) made false and misleading statements to the state court resulting in the termination of their parental rights.  The district court dismissed the federal claims under the *Rooker-Feldman*

---

[*] This summary constitutes no part of the opinion of the court.  It has been prepared by court staff for the convenience of the reader.

doctrine, finding that plaintiffs were seeking relief from the state court judgments, and declined to exercise jurisdiction over the state law claims.

The panel held that although plaintiffs' lawsuit may suffer from other infirmities, most notably preclusion, the *Rooker-Feldman* doctrine did not deprive the district court of subject matter jurisdiction over plaintiffs' claims. The *Rooker-Feldman* applies only when the federal plaintiff both asserts as her injury legal error or errors by the state court *and* seeks as her remedy relief from the state court judgment. Here, plaintiffs' claims in their operative second complaint did not seek relief from or reversal of the state court's order. Rather, they sought money damages, asserting that defendants denied them services and made false claims to the court. Because these were legal wrongs by adverse parties that preceded the issuance of the state court order, the *Rooker-Feldman* doctrine did not apply.

Dissenting, Judge VanDyke agreed with the majority's statement of the law on the *Rooker-Feldman* doctrine, but disagreed with its application of that law to the unique circumstances in this case. Plaintiffs functionally sought a remedy for an injury directly caused by a state court judgment, placing this case squarely within *Rooker-Feldman*'s ambit. The claims in this case were all based on intrinsic fraud in the state court proceedings, where plaintiffs had an opportunity to present their claims and to rebut the supposed fraud, not extrinsic fraud that would have kept the state court from fully hearing plaintiffs' claims. When a litigant's asserted injury flows from the state court's decision and the litigant expressly disclaims, as in this case, that extrinsic fraud influenced that decision, then *Rooker-Feldman* applies. The majority's overly narrow articulation turns *Rooker-Feldman* into a mere pleading

requirement that can be easily circumvented. Judge VanDyke would affirm the district court.

---

## COUNSEL

Shannon C. Wilhite (argued), Shannon C. Wilhite Attorney at Law, Bayside, California, for Plaintiffs-Appellants.

John A. Whitesides (argued) and Serena M. Warner, Angelo Kilday & Kilduff, Sacramento, California; Debbie Carter, Pro Se, Susanville, California; for Defendants-Appellees.

---

## OPINION

BRESS, Circuit Judge:

Under the *Rooker-Feldman* doctrine, *see Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983), federal district courts lack subject matter jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). We consider this often-misunderstood doctrine in the context of a federal civil rights lawsuit alleging that county officials failed to provide social services and committed fraud in state child custody proceedings. Although the plaintiffs' lawsuit may suffer from other infirmities, most notably preclusion, the *Rooker-*

*Feldman* doctrine did not deprive the district court of jurisdiction.

We reverse and remand for further proceedings.

## I

We recite the allegations of plaintiffs' operative second amended complaint. Plaintiffs Patricia and Stanley Miroth are the parents of minor children A.M. and S.M. After concluding that the children were at risk in the family home, officials in Trinity County, California obtained warrants to take the children into protective custody. Later, a California state court terminated the Miroths' parental rights. At the time they were taken into state custody, A.M. was five years old and S.M. was five days old.

The events that led to the Miroths losing custody of their children date back to February 2018, when the County's Child Welfare Services (CWS) received a report that Lonnie Smith, a registered sex offender and Patricia Miroth's stepfather, was living in the home. CWS employee Megan Sholty-Scalzo visited the Miroths' home and confirmed the report. No action was immediately taken; the Miroths allege that they were not told to remove Smith from the home. In spring 2018, CWS received reports that the Miroths were engaging in physical and verbal altercations with each other.

The Miroths contend that Sholty-Scalzo and other County officials were aware of the difficulties in the Miroth home but made no effort to create a state-required safety plan. Such a plan would have established a pathway for the Miroths to improve their home environment and maintain custody of the children. Between March 29, 2018, and April 30, 2018, Patricia Miroth left numerous phone messages and emails for Sholty-Scalzo seeking assistance. Sholty-Scalzo

allegedly did not return any of the messages. According to the second amended complaint, Sholty-Scalzo and other County officials improperly concluded, based on Patricia Miroth's past experiences involving her other children, that Patricia was incapable of improving as a parent, when a safety plan would have instead allowed the Miroths to establish goals and expectations that would help them maintain custody of A.M. and S.M.

In May 2018, CWS obtained a protective custody warrant to take custody of A.M., the only child in the house at the time. A warrant was similarly issued for S.M. following his birth in August 2018. In March 2019, the state court permanently terminated the Miroths' parental rights to A.M. and S.M. The Miroths' second amended complaint alleges that County defendants procured this result by defrauding the state court about Patricia Miroth's fitness as a parent and about whether the County had provided the Miroths with required social services. In particular, the Miroths allege that County officials before the state court (1) falsely stated that they provided services, when they failed to develop a safety plan; (2) misrepresented the facts surrounding the earlier termination of Patricia Miroth's parental rights for her other children; (3) falsely stated that Patricia Miroth used drugs; (4) withheld exculpatory evidence; and (5) lied to the court about whether the Miroths understood the nature of their actions, learned from their past mistakes, or made progress toward improving the atmosphere within the home.

Following unsuccessful appeals in state court, the Miroths in March 2022 filed this lawsuit in federal court against, *inter alia*, the County of Trinity, Sholty-Scalzo, and various County employees. The Miroths asserted various claims under 42 U.S.C. § 1983 and California law. In their

request for relief, the Miroths specifically asked the district court to "[r]everse the termination of TRISH and STAN's parental rights, and make orders to reunify children and parents." The Miroths subsequently filed a first amended complaint that similarly sought to void the decision of the state court, arguing that the "only just remedy [was] to reinstate their parental rights as to A.M. and S.M." Citing these explicit requests to overturn the state court judgment, the district court dismissed the Miroths' first amended complaint under the *Rooker-Feldman* doctrine, with leave to amend.

The Miroths then filed the operative second amended complaint. Unlike their two prior complaints, the Miroths this time dropped any request to reinstate their parental rights. Instead, they sought only money damages under § 1983 and state law.

The district court again dismissed the federal claims under the *Rooker-Feldman* doctrine and declined to exercise jurisdiction over the state law claims. The court held that because the Miroths "still essentially ask the court to review the rulings of the state court and find they were in error," the lawsuit remained "a forbidden de facto appeal" of a state court judgment. Although the Miroths were no longer asking to have their parental rights reinstated, they were nonetheless "assert[ing] the alleged errors of the state court as their legal injury." Because the Miroths had dropped certain allegations concerning "extrinsic fraud," the district court viewed their second amended complaint as "directly challenging the state court decisions."

After taking judicial notice of the records of the state court proceedings, the district court concluded that "all of the alleged fraud, misrepresentation[,] and omissions—

regarding the provision of services, drug use, counseling, removal of children over fourteen years ago, progress made by plaintiffs—were matters brought to the state court's attention . . . or were matters within plaintiffs' knowledge." The Miroths were also seeking "relief from the state court judgments" within the meaning of *Rooker-Feldman* because their federal lawsuit "seek[s] relief from the consequences of those judgments."

The district court dismissed the Miroths' second amended complaint without leave to amend. This appeal followed. We review the district court's dismissal for lack of jurisdiction under *Rooker-Feldman* de novo. *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003).

## II

## A

With very limited exceptions, the United States Supreme Court is the only federal court empowered to review the final judgments of state courts. 28 U.S.C. § 1257(a); *Exxon Mobil*, 544 U.S. at 283; *Noel*, 341 F.3d at 1154–55. As a negative inference from this statutory grant of authority to the Supreme Court, federal district courts may not entertain appeals of state court judgments. *Exxon Mobil*, 544 U.S. at 283; *Noel*, 341 F.3d at 1154–55; *Kougasian v. TMSL, Inc.*, 359 F.3d 1136, 1139 (9th Cir. 2004). An appeal of a state court judgment filed in federal district court—essentially an appeal filed in the wrong court—is a "forbidden de facto appeal" over which a district court lacks subject matter jurisdiction. *Kougasian*, 359 F.3d at 1139. This deceptively simple proposition, known as the *Rooker-Feldman* doctrine, has led to a good deal of misunderstanding over the years, with lower federal courts struggling to evaluate their

jurisdiction in cases involving parties who had previously litigated against each other in state court.

The Supreme Court has found that *Rooker-Feldman* precluded jurisdiction only twice, in the doctrine's eponymous cases, *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). We begin our analysis with these cases, which demonstrate the limited scope of *Rooker-Feldman*'s restraint on the subject matter jurisdiction of federal district courts.

In *Rooker*, a litigant sought to have a federal district court declare an Indiana state court decision "null and void" based on the state court's legal errors in deciding the case. 263 U.S. at 414–15. The Supreme Court held that the dispute was "plainly not within the District Court's jurisdiction as defined by Congress." *Id.* at 415. Had the district court exercised jurisdiction, it would have been "an exercise of appellate jurisdiction," when "[t]he jurisdiction possessed by the District Courts is strictly original." *Id.* at 416. "Under the legislation of Congress, no court of the United States other than [the Supreme Court] could entertain a proceeding to reverse or modify the judgment for errors of that character." *Id.* Thus, the district court lacked subject matter jurisdiction over the suit.

In *Feldman*, decided sixty years later, Marc Feldman and Edward Hickey sought to practice law in the District of Columbia. Because the two had not studied at a law school accredited by the American Bar Association, the District of Columbia Court of Appeals denied them admission under a local court rule. 460 U.S. at 467–68, 470–72. Feldman and Hickey sought to have a federal district court overturn the D.C. Court of Appeals' decision. *Id.* at 468–69, 472–73.

But they also asked the federal court to find that the D.C. Court of Appeals had violated their due process rights by "act[ing] arbitrarily and capriciously in denying their petitions for [a] waiver" of the requirement that they study at an accredited school. *Id.* at 486; *see also id.* at 469 n.3.

The Supreme Court noted that Congress had in 1970 made "final judgments and decrees of the District of Columbia Court of Appeals . . . reviewable by the Supreme Court of the United States" on the same basis as decisions of state supreme courts. *Id.* at 464 (quoting 84 Stat. 475, D.C. Code § 11–102). When Congress had directed that review of an appeal from the D.C. Court of Appeals would take place in the Supreme Court, it divested lower courts of jurisdiction over these appeals, just as *Rooker* held that federal district courts lack jurisdiction over appeals from state courts. *Id.* Recognizing that Feldman and Hickey's first request was to overturn the D.C. Court of Appeals' determination, the Supreme Court held that they "should have sought review" in the Supreme Court, as "the District Court lacked subject matter jurisdiction over their complaints." *Id.* at 482.

Although the allegation that the D.C. Court of Appeals acted "arbitrarily and capriciously" was not a direct challenge to its judgment, the Supreme Court found that the district court also lacked subject matter jurisdiction to hear that claim. *Id.* at 486–87. The Supreme Court acknowledged that a "general challenge to the constitutionality" of the D.C. court's policy denying admission to applicants who had not graduated from an accredited law school would be within the district court's jurisdiction, as that would "not require review of a judicial decision in a particular case." *Id.* at 483, 487. But determining whether the D.C. court's decision was arbitrary

and capricious was "inextricably intertwined" with the D.C. court's decision to exclude Feldman and Hickey from the bar, rendering it also outside of the district court's jurisdiction. *Id.* at 486–87.

*Feldman*'s use of the phrase "inextricably intertwined" did not expand the universe of cases in which *Rooker-Feldman* deprives federal district courts of subject matter jurisdiction; it only sets the bounds of that deprivation within the context of a lawsuit in which the *Rooker-Feldman* doctrine already applies. Our decision in *Noel* explained this:

> The premise for the operation of the "inextricably intertwined" test in *Feldman* is that the federal plaintiff is seeking to bring a forbidden de facto appeal. The federal suit is not a forbidden de facto appeal because it is "inextricably intertwined" with something. Rather, it is simply a forbidden de facto appeal. Only when there is already a forbidden de facto appeal in federal court does the "inextricably intertwined" test come into play: Once a federal plaintiff seeks to bring a forbidden de facto appeal, as in *Feldman*, that federal plaintiff may not seek to litigate an issue that is "inextricably intertwined" with the state court judicial decision from which the forbidden de facto appeal is brought.

341 F.3d at 1158; *see also Bell v. City of Boise*, 709 F.3d 890, 897 (9th Cir. 2013) ("The 'inextricably intertwined' language from *Feldman* is not a test to determine whether a

claim is a de facto appeal, but is rather a second and distinct step in the *Rooker-Feldman* analysis. Should the action not contain a forbidden de facto appeal, the *Rooker-Feldman* inquiry ends.").

## B

In the decades following *Feldman*, circuit courts diverged on the proper scope of the *Rooker-Feldman* doctrine. Our court took a circumscribed view in *Noel*, our seminal decision in this area. *Noel* held that "where the federal plaintiff does not complain of a legal injury caused by a state court judgment, but rather of a legal injury caused by an adverse party, *Rooker-Feldman* does not bar jurisdiction." *Noel*, 341 F.3d at 1163. Under this interpretation, "[i]t is a forbidden de facto appeal under *Rooker-Feldman* when the plaintiff in federal district court complains of a legal wrong allegedly committed by the state court, and seeks relief from the judgment of that court." *Id.* Outside of this narrow situation, when a plaintiff complains of harms caused by an adverse party in state court proceedings, the limits on federal courts' ability to grant relief come from doctrines of abstention and comity (if the federal plaintiff and adverse party are simultaneously litigating in state court) or doctrines of preclusion (if the state court suit has reached final judgment). *Id.* at 1163–64.

Unlike the Ninth Circuit, other circuits took an expansive view of *Rooker-Feldman* as depriving federal district courts of subject matter jurisdiction whenever the federal suit would imply the invalidity of a state court judgment or when it sought to litigate an issue that was or could have been raised in state court. One circuit, for example, said that "[t]he *Rooker-Feldman* doctrine is broad enough to bar all federal claims which were, or should have been, central to

the state court decision, even if those claims seek a form of relief that might not have been available from the state court." *Goodman ex rel. Goodman v. Sipos*, 259 F.3d 1327, 1333 (11th Cir. 2001); *see also, e.g., FOCUS v. Allegheny Cnty. Ct. of Common Pleas*, 75 F.3d 834, 840 (3d Cir. 1996) ("If the relief requested in the federal action requires determining that the state court decision is wrong or would void the state court's ruling, then . . . the district court has no subject matter jurisdiction to hear the suit." (quoting *Charchenko v. City of Stillwater*, 47 F.3d 981, 983 (8th Cir. 1995))); *Moccio v. N.Y. State Off. of Ct. Admin.*, 95 F.3d 195, 199 (2d Cir. 1996) (approvingly citing sources maintaining that "there is full overlap between the *Rooker-Feldman* doctrine and preclusion," and positing that *Rooker-Feldman* could "reach[] beyond those situations in which the federal action is precluded by res judicata or collateral estoppel").

In 2005, the Supreme Court put this debate to rest in *Exxon Mobil Corporation v. Saudi Basic Industries Corporation*, 544 U.S. 280, clarifying that *Rooker-Feldman* occupies only the "narrow ground" exemplified in the *Rooker* and *Feldman* cases themselves. *Id.* at 284. *Exxon Mobil* explained that some lower courts had construed *Rooker-Feldman* "to extend far beyond the contours of the *Rooker* and *Feldman* cases, overriding Congress's conferral of federal-court jurisdiction concurrent with jurisdiction exercised by state courts, and superseding the ordinary application of preclusion law pursuant to 28 U.S.C. § 1738." *Id.* at 283. The Supreme Court rejected this broader take on *Rooker-Feldman*. And in doing so, its analysis tracked our reasoning in *Noel*—which *Exxon Mobil* approvingly cited. *See id.* at 293.

*Exxon Mobil* held that the *Rooker-Feldman* doctrine "is confined to cases of the kind from which the doctrine acquired its name: cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Id.* at 284. The existence of a prior state court judgment and a federal plaintiff seeking to relitigate a matter already litigated in state court were not circumstances sufficient to invoke *Rooker-Feldman*, *Exxon Mobil* explained, even if the federal plaintiff's claim "denie[d] a legal conclusion that a state court has reached in a case to which he was a party." *Id.* at 293 (quoting *GASH Assocs. v. Vill. of Rosemont*, 995 F.2d 726, 728 (7th Cir. 1993)). In that situation, "there is jurisdiction and state law determines whether the defendant prevails under principles of preclusion." *Id.* (quoting *GASH Assocs.*, 995 F.2d at 728).

In the years since *Exxon Mobil*, and consistent with our earlier decision in *Noel*, we have continued to recognize the limited scope of *Rooker-Feldman*'s restriction on the subject matter jurisdiction of federal district courts. *See, e.g.*, *Cogan v. Trabucco*, 114 F.4th 1054, 1064 (9th Cir. 2024) ("Our caselaw has further narrowed the doctrine as applying only to suits alleging errors by the state courts in rendering judgment, as opposed to misconduct by litigants in obtaining such a judgment."); *Bell*, 709 F.3d at 897 ("The court erred by dismissing Plaintiffs' claims for retrospective relief under the *Rooker-Feldman* doctrine. Although Plaintiffs sought relief designed to remedy injuries suffered from a state court judgment, they did not allege before the court that the state court committed legal error, nor did they seek relief from the state court judgment itself."). Post-*Exxon Mobil*, the Supreme Court has likewise reiterated that the "cases since

*Feldman* have tended to emphasize the narrowness of the *Rooker-Feldman* rule." *Lance v. Dennis*, 546 U.S. 459, 464 (2006) (per curiam).

Although application of *Rooker-Feldman* and preclusion doctrines can both lead to plaintiffs losing in federal court in the aftermath of a state court judgment, *Exxon Mobil* was clear that "*Rooker-Feldman* does not otherwise override or supplant preclusion doctrine." 544 U.S. at 284. We have thus emphasized that *Rooker-Feldman* and preclusion "are analytically distinct." *Cogan*, 114 F.4th at 1064. *Rooker-Feldman* is a jurisdictional doctrine, whereas preclusion is not. *Exxon Mobil*, 544 U.S. at 293. Improperly dismissing for lack of subject matter jurisdiction under *Rooker-Feldman* is therefore material error, for federal courts have a "virtually unflagging obligation . . . to exercise the jurisdiction given [to] them." *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 817 (1976). Further, under 28 U.S.C. § 1738, the preclusive effect of state court judgments is a matter of state law, *Lance*, 546 U.S. at 466, whereas the reach of *Rooker-Feldman* is a question of federal law, *Cogan*, 114 F.4th at 1064. Equating *Rooker-Feldman* with preclusion "risks turning th[e] limited [*Rooker-Feldman*] doctrine into a uniform *federal* rule governing the preclusive effect of state-court judgments," contrary to 28 U.S.C. § 1738. *Lance*, 546 U.S. at 466.

In short, the Supreme Court's cases from *Rooker* and *Feldman* through *Exxon Mobil* and *Lance*, and our cases from *Noel* onward, confirm that "*Rooker-Feldman* is not simply preclusion by another name." *Lance*, 546 U.S. at 466. Concluding that a plaintiff's claims are barred by issue or claim preclusion does not mean that a court lacks subject matter jurisdiction under *Rooker-Feldman*.

C

Special difficulties can arise under *Rooker-Feldman* when the federal plaintiff sues an adverse party from a state court proceeding and claims that the adverse party fraudulently procured the state court judgment. Our cases make clear that while principles of preclusion may ultimately render the federal suit meritless, suits like this may be maintained without running afoul of *Rooker-Feldman*. Two of our cases are most relevant here: *Kougasian v. TMSL, Inc.*, 359 F.3d 1136 (9th Cir. 2004), and *Benavidez v. County of San Diego*, 993 F.3d 1134 (9th Cir. 2021).

In *Kougasian*, the plaintiff, Dawn Kougasian, lost two wrongful death suits in California state court and then filed suit in federal court. 359 F.3d at 1138. In her federal complaint, she alleged, *inter alia*, that the defendants had filed a false declaration on which the state court dispositively relied, and that "defendants prevented her from challenging the declaration by presenting it to the court at the last minute and by refusing to provide the declarant's telephone number or address." *Id.* In one of her causes of action, Kougasian alleged that the defendants had obtained their judgments in state court "through extrinsic fraud on the court." *Id.* at 1139. Kougasian did not allege legal error by the state courts in rendering their judgments, but instead sought to "set aside these judgments based on the alleged extrinsic fraud by defendants that produced those judgments." *Id.*

We held that Kougasian's fraud-based claims did not violate the *Rooker-Feldman* doctrine. We explained that under California law, "extrinsic fraud"—"conduct which prevents a party from presenting his claim in court"—is a basis for setting aside a prior judgment. *Id.* at 1140 (quoting

*Wood v. McEwen*, 644 F.2d 797, 801 (9th Cir. 1981)).  Even though in this situation "[i]t is clear" that "the plaintiff is seeking to set aside a state court judgment," *Rooker-Feldman* still was not implicated because "[e]xtrinsic fraud on a court is, by definition, not an error by that court.  It is, rather, a wrongful act committed by the party or parties who engaged in the fraud."  *Id.* at 1140–41.  *Rooker-Feldman* therefore did not apply because Kougasian was alleging "a wrongful act by the adverse party" and not "legal error by the state court."  *Id.* at 1141; *see also Wallingford v. Bonta*, 82 F.4th 797, 819 (9th Cir. 2023) (Collins, J., dissenting) ("Although the plaintiffs' federal suit in *Kougasian* unquestionably *did* seek relief from the prior adverse state court judgments, we held that the [*Rooker-Feldman*] doctrine nonetheless did not apply because the plaintiffs were not 'alleging a legal error by the state court as the basis for that relief.'" (quoting *Kougasian*, 359 F.3d at 1140)).[1]

In *Benavidez*, which we decided after *Exxon Mobil*, a state juvenile court issued orders authorizing a medical examination of two children whom social workers had removed from their parents' home.  993 F.3d at 1140.  As a result of the orders, county officials conducted a "full body inspection" of the children, performed blood and urine tests, and administered vaccinations.  *Id.* at 1141.  The parents filed suit in federal court under 42 U.S.C. § 1983, claiming that the inspection of the children, without notice to or consent of the parents, violated the parents' constitutional rights.  *Id.* at 1140–41.  The parents alleged that the social workers had engaged in "judicial deception" by making

---

[1] The majority's decision in *Wallingford* did not reach the *Rooker-Feldman* issue because it dismissed the case on other jurisdictional grounds.  *See* 82 F.4th at 799.

misrepresentations to the juvenile court, which caused the court to order the examinations. *Id.* at 1144.

Although the medical examinations took place pursuant to an order of a state court, we held that *Rooker-Feldman* did not apply. *Id.* at 1143. "Despite the judicial context and intermediate step of the juvenile court Orders," we explained, the parents' "claims d[id] not seek relief from or reversal of the juvenile court's Orders." *Id.* The parents' claims were instead based on "a legal wrong by [the social workers] preceding the issuance of the Orders." *Id.* And these alleged wrongs could not "avoid scrutiny" under *Rooker-Feldman* merely "because they were successful in deceiving the juvenile court." *Id.* Indeed, we went on, "[e]ven if the [parents] had directly challenged the juvenile court decision, which they did not, the extrinsic fraud corollary to the *Rooker-Feldman* doctrine would apply" under *Kougasian*. *Id.* Because the parents did not learn of the medical examinations until later, they could have gone so far as to "directly challenge" the state court decision, without running afoul of *Rooker-Feldman*. *Id.* at 1144.

III

We now turn to whether the *Rooker-Feldman* doctrine deprived the district court of subject matter jurisdiction over the Miroths' claims. We hold it did not.

A

As we discussed above, the Miroths' second amended complaint can be broadly categorized into two types of allegations: that county officials (1) failed to provide the Miroths with social services required by state law, and (2) made false and misleading statements to the state court that caused the court to terminate the Miroths' parental rights

over A.M. and S.M.  Neither allegation implicates the
*Rooker-Feldman* doctrine.  Although that doctrine has
developed a reputation for complexity, the reasons it does
not apply here are straightforward.

*Rooker-Feldman* "applies only when the federal plaintiff
both asserts as her injury legal error or errors by the state
court *and* seeks as her remedy relief from the state court
judgment." *Kougasian*, 359 F.3d at 1140.  Neither element
is met here.  As an initial matter, as in *Benavidez*, "[d]espite
the judicial context and intermediate step of the [state] court
Orders, the [Miroths'] claims do not seek relief from or
reversal of the [state] court's Orders.  Therefore, the *Rooker-
Feldman* doctrine does not serve as a jurisdictional bar to
their claims here." 993 F.3d at 1143.  Although the Miroths
in prior iterations of their complaint did seek to set aside the
state court judgment and reinstate their parental rights, their
operative second complaint dropped these requests for relief.
This is a sufficient basis by which to conclude that the
*Rooker-Feldman* doctrine does not apply.

But beyond this, and perhaps more fundamentally, the
Miroths' second amended complaint does not contravene
*Rooker-Feldman* because it "does not assert 'as a legal
wrong an allegedly erroneous decision by a state court,' but
rather 'an allegedly illegal act or omission by an adverse
party.'" *Kougasian*, 359 F.3d at 1140 (quoting *Noel*, 341
F.3d at 1164).  The Miroths' allegation that the defendants
failed to develop a required safety plan to ensure that the
Miroths could retain custody of the children asserts a wrong
by adverse parties, not the state court.  The same is true of
the Miroths' allegations that the defendants defrauded the
state court into terminating the Miroths' parental rights.  The
second amended complaint alleges that the defendants
"misrepresented" facts to the state court, "concealed known

facts from the Court," and "falsely represented facts, both written and oral." These are legal wrongs by adverse parties "preceding the issuance of" the state court orders. *Benavidez*, 993 F.3d at 1143. These "alleged legal wrongs by [adverse parties] cannot avoid scrutiny" under *Rooker-Feldman* merely because, by the allegations of the second amended complaint, "they were successful in deceiving the [state] court." *Id.* (quotations omitted). As we recently reiterated, "[o]ur caselaw has further narrowed the doctrine as applying only to suits alleging errors by the state courts in rendering judgment, as opposed to misconduct by litigants in obtaining such a judgment." *Cogan*, 114 F.4th at 1064. This principle governs here.[2]

Thus, *Rooker-Feldman* does not apply, and the district court had subject matter jurisdiction over the case.

## B

The district court gave several reasons for finding that the *Rooker-Feldman* doctrine barred the Miroths' claims. The dissent echoes some of those grounds. Because of the confusion that *Rooker-Feldman* has engendered over the

---

[2] Our decision in *Reusser v. Wachovia Bank, N.A.*, 525 F.3d 855 (9th Cir. 2008), is distinguishable. In that case, we distinguished *Kougasian* because the plaintiffs' claim alleging fraud in state court foreclosure proceedings "was *itself* separately litigated before and rejected by an Oregon state court" in a second proceeding, after the plaintiffs filed a motion to vacate the state court judgment. *Id.* at 860 (emphasis in original). In that unique procedural context, we regarded the federal suit as a de facto appeal. No such "separate litigation" took place here. *Reusser* also presented a different *Rooker-Feldman* question because it involved the allegation that state court officers (judges, clerks, and sheriffs) were themselves part of the fraud. *Id.* at 858.

years, we take this opportunity to explain why the district court's reasoning was mistaken.

The district court first found that the Miroths "assert the alleged errors of the state court as their legal injury" because their second amended complaint dropped certain allegations of extrinsic fraud. According to the district court, this "withdrawal of the extrinsic fraud argument" was "dispositive," demonstrating that "plaintiffs are now directly challenging the state court decisions." The dissent endorses this theory as well.

This reasoning rests on a misunderstanding of both the Miroths' allegations and the relevance of formal allegations of extrinsic fraud to the *Rooker-Feldman* analysis. As to the former, the Miroths' original and first amended complaint both included two paragraphs of allegations, more in the form of legal argument, concerning extrinsic fraud. These paragraphs asserted that "extrinsic fraud exists in this case" and "is an exception to the *Rooker-Feldman* doctrine," and argued why *Rooker-Feldman* should not apply. The Miroths then removed these paragraphs from their second amended complaint. In the district court, the Miroths explained they had done so because once they were no longer "requesting relief in the form of a reversal of the state court decision," they were outside of *Rooker-Feldman* for that reason alone, and they therefore believed it was no longer necessary to allege extrinsic fraud.

The Miroths' removal of allegations (again, more legal argument) relating to extrinsic fraud did not create a *Rooker-Feldman* problem. The "extrinsic fraud corollary" to *Rooker-Feldman* comes into play when a federal plaintiff is "directly challeng[ing]" a state court decision. *Benavidez*, 993 F.3d at 1143. And the Miroths' second amended

complaint did not contain any such direct challenge because it no longer sought to set aside the state court judgment.

Therefore, and although the Miroths could have perhaps telegraphed their pleading strategy in a more accessible way, the Miroths withdrawing the extrinsic fraud allegations did not mean they were thereby alleging an injury caused by the state court, based on the state court's legal errors. The Miroths did not walk into a *Rooker-Feldman* sinkhole the moment they excised "extrinsic fraud" from their complaint. Instead, regardless of the legal labels attached to the allegations, the second amended complaint alleges that Sholty-Scalzo and other defendants defrauded the state court into issuing its order terminating the Miroths' parental rights. Those allegations assert wrongful conduct by adverse parties in litigation, not by the state court itself. They thus do not implicate *Rooker-Feldman*. *See Cogan*, 114 F.4th at 1064; *Benavidez*, 993 F.3d at 1143; *Kougasian*, 359 F.3d at 1139–41; *Noel*, 341 F.3d at 1155–57. The dissent's view that the Miroths' asserted injuries "necessarily travel through the state court's judgment" is inconsistent with *Kougasian*, *Benavides*, and, indeed, our entire *Rooker-Feldman* jurisprudence.

The district court's analysis, and more so the dissent, also rest on a broader misunderstanding of the analytical relevance of extrinsic fraud allegations in the context of *Rooker-Feldman*. As we described it in *Kougasian*, extrinsic fraud is a specific type of fraud claim that, at least under California law, provides a basis for setting aside a prior judgment. *See Kougasian*, 359 F.3d at 1140 (citing *Zamora v. Clayborn Contracting Grp., Inc.*, 47 P.3d 1056, 1063 (Cal. 2002)). And our point in *Kougasian* was that because "[e]xtrinsic fraud on a court is, by definition, not an error by that court" but, "rather, a wrongful act committed by the

party or parties who engaged in the fraud," it follows that *Rooker-Feldman* "does not bar subject matter jurisdiction when a federal plaintiff alleges a cause of action for extrinsic fraud on a state court." *Id.* at 1141.

But to say that allegations of extrinsic fraud definitionally do not cross *Rooker-Feldman* does not mean the absence of such allegations triggers *Rooker-Feldman*, even for fraud-based claims. Contrary to the dissent, we have never distinguished between so-called "intrinsic" fraud and extrinsic fraud in the *Rooker-Feldman* context. Nor would it be proper or helpful to import that state-law distinction into the federal-law question of the scope of the *Rooker-Feldman* doctrine.

Fraud allegations against an adverse party in litigation can avoid *Rooker-Feldman* even when they are not couched in extrinsic fraud terms. That was partially the case in *Kougasian*, in which we recognized that to the extent the plaintiff's fraud causes of action were not based in extrinsic fraud, they still did not countermand *Rooker-Feldman* because they were based on "alleged wrongful acts by the defendants." *Kougasian*, 359 F.3d at 1141; *see also id.* at 1140 n.1 (explaining that "[t]o the extent that Kougasian's two causes of action for fraud and for abuse of process are not based on extrinsic fraud, . . . [t]hey are nevertheless not barred by *Rooker-Feldman*, but for reasons given in the analysis in the next section of this opinion").

The same was true in *Benavidez*. There, we first held that the *Rooker-Feldman* doctrine did not apply because the plaintiffs "challenge[d] a legal wrong" by two social workers whose "alleged misrepresentation . . . caused the juvenile court to issue the Orders which authorized the medical examinations." *Benavidez*, 993 F.3d at 1143. We then went

24                   MIROTH V. COUNTY OF TRINITY

on to address extrinsic fraud only as an alternative ground for decision, on the assumption that the plaintiffs "had directly challenged the juvenile court decision." *Id.* at 1143–44.

These cases show, contrary to the dissent, that alleging extrinsic fraud is one way of avoiding *Rooker-Feldman*, but it is not somehow a requirement, even when one challenges an adverse party's alleged misconduct in a prior state court litigation. Indeed, if anything, it is the cause of action for extrinsic fraud that created the closer *Rooker-Feldman* question, because (at least under California law) it provides the basis for setting aside a state court judgment. *See Kougasian*, 359 F.3d at 1140–41 ("At first glance, a federal suit alleging a cause of action for extrinsic fraud on a state court might appear to come within the *Rooker–Feldman* doctrine.").

To be sure, a plaintiff who cannot show extrinsic fraud, *i.e.*, that he was *prevented* from presenting his fraud claim in court, *id.* at 1140, may have a more difficult time avoiding *preclusion* obstacles. But that does not change the fact that a plaintiff alleging fraud by another party in litigation is not alleging a legal error by the state court. *See Benavidez*, 993 F.3d at 1143; *Kougasian*, 359 F.3d at 1139–41.

This brings us to the second of the district court's main rationales for finding that *Rooker-Feldman* applied, which is that based on its review of the state court record, of which the district court took judicial notice, "the state court heard evidence regarding defendants' alleged misrepresentation" and evidently found it unpersuasive, given that it terminated the Miroths' parental rights. According to the district court, "all of the alleged fraud, misrepresentation[,] and omissions—regarding the provision of services, drug use,

counseling, removal of children over fourteen years ago, progress made by plaintiffs—were matters brought to the state court's attention . . . or were matters within plaintiffs' knowledge."

The problem with this reasoning is that it does not detract from or disprove the fact that plaintiffs are alleging "as a legal wrong an allegedly illegal act or omission by an adverse party," for which "*Rooker-Feldman* does not bar jurisdiction." *Kougasian*, 359 F.3d at 1140 (quoting *Noel*, 341 F.3d at 1164). A careful examination of the state court record may well lead to the conclusion that the Miroths' claims are barred by doctrines of preclusion (an issue we do not reach). But as the Supreme Court has made clear, "*Rooker-Feldman* does not otherwise override or supplant preclusion doctrine," *Exxon Mobil*, 544 U.S. at 284, nor is *Rooker-Feldman* "simply preclusion by another name," *Lance*, 546 U.S. at 466. Even if the Miroths are raising matters that were raised or could have been raised in state court, that does not mean they are alleging legal errors by the state court or seeking review and rejection of the state court judgment itself. The former is the domain of preclusion doctrines; the latter is *Rooker-Feldman*, whose strictures are not met here.

Finally, the district court held, and the dissent agrees, that the Miroths "seek relief from the state court judgments" because through their damages requests, "plaintiffs are seeking relief from the consequence of those judgments." But "seek[ing] relief from a state court judgment," *Noel*, 341 F.3d at 1164, which can implicate *Rooker-Feldman*, is not the same thing as seeking relief that would ameliorate the effects of an adverse state court judgment. In past cases, plaintiffs sought such offsetting relief in the wake of an unfavorable state court judgment—and yet we held *Rooker-*

*Feldman* did not apply. *See, e.g.*, *Benavidez*, 993 F.3d at 1140–41; *Kougasian*, 359 F.3d at 1137–38; *Noel*, 341 F.3d at 1152–53. As we reasoned in one case, "[a]lthough Plaintiffs sought relief designed to remedy injuries suffered from a state court judgment, they did not allege before the court that the state court committed legal error, nor did they seek relief from the state court judgment itself." *Bell*, 709 F.3d at 897. Thus, *Rooker-Feldman* did not preclude jurisdiction. *Id.*

Here, moreover, the true "consequences" of the state court judgment is that the Miroths lost custody of their children. Nothing in the Miroths' second amended complaint, however, asks a federal court to address those consequences and reinstate the Miroths' parental rights or vacate or otherwise reverse the state court orders. It is these types of requests for relief that can present *Rooker-Feldman* problems. *See, e.g.*, *Exxon Mobil*, 544 U.S. at 291–92 (noting that in both *Rooker* and *Feldman*, the plaintiffs "called upon the District Court to overturn an injurious state-court judgment"); *Kougasian*, 359 F.3d at 1140 (noting that *Rooker-Feldman* applies only when a federal plaintiff "seeks as her remedy relief from the state court judgment"); *Noel*, 341 F.3d at 1156 (noting that the doctrine applies when a plaintiff "seeks to vacate or set aside the judgment of" a state court). But that is not the relief the Miroths sought here.

## C

Our dissenting colleague offers some additional reasons why *Rooker-Feldman* should apply in this case. In our respectful view, the dissent's approach to *Rooker-Feldman* is well afield of the doctrine's proper scope. Whereas the district court's errors were premised in part on its misconstruing the Miroths' allegations, the dissent

misconstrues much about the *Rooker-Feldman* doctrine itself. Indeed, the dissent's views, if accepted, would rewind the clock to the bad old days in which some courts (though not ours) improperly applied *Rooker-Feldman* whenever the federal suit would cast doubt on a state court decision. The dissent reflects an expansive vision of *Rooker-Feldman* that the Supreme Court and this court have already rejected.

*First*, the dissent claims that the distinction between injuries caused by a state court's legal errors in issuing a judgment and an adverse party's wrongs in procuring that judgment is a "mere semantic shift," because these injuries "are the same thing." But a central premise of the *Rooker-Feldman* doctrine, as properly understood, is that these are not the same thing. Our cases could not be clearer:

> If a federal plaintiff asserts as a legal wrong an allegedly erroneous decision by a state court, and seeks relief from a state court judgment based on that decision, *Rooker-Feldman* bars subject matter jurisdiction in federal district court. If, on the other hand, a federal plaintiff asserts as a legal wrong an allegedly illegal act or omission by an adverse party, *Rooker-Feldman* does not bar jurisdiction.

*Noel*, 341 F.3d at 1164.

The dissent protests that in this case, none of the defendants' allegedly false statements "injured plaintiffs apart from the state court's judgment." According to the dissent, "Plaintiffs were injured only because the state court relied on those statements in ordering the removal of plaintiffs' children." But when plaintiffs come to federal

28                    MIROTH V. COUNTY OF TRINITY

court following the completion of state court proceedings
and raise allegations that relate to the same subject matter as
the state court litigation, the reason for the federal lawsuit,
inevitably, is dissatisfaction with the state court's decision.
Any of these cases could well be recharacterized as the
dissent recharacterizes this case, in which the "gravamen of
the plaintiffs' claimed injuries stems from the state court
judgment."  And if that were true, *Rooker-Feldman* would
take hold whenever preclusion is implicated.  Supreme Court
and Ninth Circuit precedent decidedly oppose that view,
directing us to "confine" *Rooker-Feldman* to "cases of the
kind from which the doctrine acquired its name"—cases that
bear no resemblance to this one.  *Exxon Mobil*, 544 U.S. at
284.  The dissent's position is also particularly inconsistent
with *Kougasian* and *Benavidez*, both cases in which the
defendants allegedly procured state court judgments by
fraud, and both cases in which we held the *Rooker-Feldman*
doctrine did not apply.

   *Second*, the dissent emphasizes that the Miroths had
"ample opportunity" in state court to raise the fraud
allegations they raise here, and that "the state court
considered whatever responses the plaintiffs provided and
simply disagreed with them."  But the dissent would once
again improperly fuse preclusion with *Rooker-Feldman*.
The Supreme Court has clearly held that a district court does
not lose subject matter jurisdiction "simply because a party
attempts to litigate in federal court a matter previously
litigated in state court."  *Exxon Mobil*, 544 U.S. at 293.
Instead, "[i]f a federal plaintiff 'present[s] some independent
claim, albeit one that denies a legal conclusion that a state
court has reached in a case to which he was a party . . . , then
there is jurisdiction and state law determines whether the
defendant prevails under principles of preclusion.'"  *Id.*

(quoting *GASH Assocs.*, 995 F.2d at 728). That the Miroths' lawsuit, if successful, might imply the invalidity of the state court's judgment does not mean that *Rooker-Feldman* applies.

*Third*, the dissent modifies the legal standards to create the misimpression that *Rooker-Feldman* is more embracing than it really is. Seizing on our description of *Rooker-Feldman* as encompassing "forbidden de facto appeal[s]" of state court judgments, *Noel*, 341 F.3d at 1156, the dissent claims that "[t]he use of words like 'de facto' . . . would be unnecessary if *Rooker-Feldman* applied only to *express* requests to reverse a state court." From this softening of *Rooker-Feldman*'s core premise, the dissent then asserts that the question under *Rooker-Feldman* is "whether the federal suit is *effectively* a request for the federal court to remedy harm caused by the state court's decision."

But the dissent's *Rooker-Feldman* is not the one the Supreme Court has given us, which is "confined to" "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil*, 544 U.S. at 284. Our use of the term "de facto appeal" does not provide support for the dissent's self-described "functional" approach to *Rooker-Feldman*. "De facto appeal" does not mean a more flexible *Rooker-Feldman* than *Exxon Mobil* or our cases allow. It simply means that a plaintiff has filed in federal district court what should have been an appeal filed in a higher state court or the Supreme Court. "Forbidden de facto appeal" is the conclusion one reaches after applying the proper tests for *Rooker-Feldman*; it is not itself the test. The same is true of *Kougasian*'s use of the word "tantamount" (which we quoted from *Barrow v. Hunton*, 99 U.S. (9 Otto)

80, 82–83 (1878)). *See Kougasian*, 359 F.3d at 1141. The quotation of one word in one case did not usher in the dissent's entirely different approach to the *Rooker*-*Feldman* doctrine.

The dissent again manipulates the legal standards in claiming that *Rooker*-*Feldman* applies because "plaintiffs' relief 'is contingent upon a finding that the state court decision was in error'" (quoting *Cooper v. Ramos*, 704 F.3d 772, 782 (9th Cir. 2012)). This language from *Cooper* is taken out of context. In *Cooper*, we held that the plaintiff's first claim was "a pure horizontal appeal of the state court's decision" that "attacks the Superior Court judgment explicitly." 704 F.3d at 779–80. It therefore "simply cannot be said that, here, Cooper, 'does not challenge the adverse state court decision itself.'" *Id.* at 780 (brackets omitted) (quoting *Skinner v. Switzer*, 562 U.S. 521, 532 (2011)). *Rooker*-*Feldman* therefore applied. We then held that the remaining claims were "inextricably intertwined" with this first claim. *Id.* at 781–83.

The "contingent upon" language on which the dissent relies came from *Cooper*'s application of the "inextricably intertwined" test. But as we discussed above, our cases are clear that "inextricably intertwined" "is not a test to determine whether a claim is a de facto appeal." *Bell*, 709 F.3d at 897. Instead, "[o]ur circuit has emphasized that '[o]nly when there is already a forbidden de facto appeal in federal court does the 'inextricably intertwined' test come into play." *Cooper*, 704 F.3d at 778 (quoting *Noel*, 341 F.3d at 1158). The dissent therefore again miscasts language from our cases to suggest that *Rooker*-*Feldman*'s expanse is broader than precedent directs.

*Fourth*, the dissent claims that our decision conflicts with decisions from other circuits. That charge is unfounded and once again exemplifies the dissent's misunderstanding of the *Rooker-Feldman* doctrine. Some of the cases the dissent cites held that the *Rooker-Feldman* doctrine did not apply. *See Great W. Mining & Min. Co. v. Fox Rothschild LLP*, 615 F.3d 159, 173 (3d Cir. 2010); *McCormick v. Braverman*, 451 F.3d 382, 392–93 (6th Cir. 2006). And in other cases the dissent cites, courts held that *Rooker-Feldman* barred jurisdiction when the plaintiff sought to overturn the state court judgment itself. *See, e.g.*, *RLR Invs., LLC v. City of Pigeon Forge*, 4 F.4th 380, 383 (6th Cir. 2021) (holding that *Rooker-Feldman* applied when the plaintiff "filed a complaint in federal court alleging that the [state court] Order was unconstitutional and inconsistent with Tennessee law, asking the federal court to enjoin the Order's enforcement"); *Klimowicz v. Deutsche Bank Nat'l Tr. Co.*, 907 F.3d 61, 66 (1st Cir. 2018) (holding that *Rooker-Feldman* applied because "the plaintiff's federal suit sought to vacate and set aside the Land Court's final judgment of foreclosure," "which would include enjoining enforcement of the Housing Court's Order"). These cases all support our decision in this case, as well as the recognized distinctions that we follow—distinctions the dissent elides.

The dissent's heavy reliance on *Hoblock v. Albany County Board of Elections*, 422 F.3d 77 (2d Cir. 2005), likewise demonstrates its misperception of governing law. Invoking a hypothetical lawsuit of a parent challenging a state court child custody termination, the Second Circuit observed that "[i]f the father sues in federal court for the return of his son on grounds that the judgment violates his federal substantive due-process right as a parent, he is complaining of an injury caused by the state judgment and

seeking its reversal." *Id.* at 87. That is true, but what the Miroths are seeking here is different; they are not requesting the return of their children. Continuing its hypothetical, the Second Circuit further observed that if the father were to allege that he was injured by state employees who took his child "pursuant to a state judgment," that would also implicate *Rooker-Feldman*. *Id.* at 88. But the reason for this, the Second Circuit made clear, was because the state employees' actions were "*produced by* a state-court judgment." *Id.* (emphasis added).

The Miroths are not challenging the actions of County officials that were "pursuant to" or "produced by" a state court judgment, *i.e.*, their actions *executing* the judgment. The Miroths are instead alleging that the County fraudulently procured the judgment, which is conduct by adverse parties that preceded the judgment. And again, the cases are clear that such suits can be maintained without crossing *Rooker-Feldman*. It bears repeating: "[o]ur caselaw has further narrowed the doctrine as applying only to suits alleging errors by the state courts in rendering judgment, as opposed to misconduct by litigants in obtaining such a judgment." *Cogan*, 114 F.4th at 1064. That was the nature of the claims in both *Benavides* and *Kougasian*, in which we held that the *Rooker-Feldman* doctrine did not apply. *Benavidez*, 993 F.3d at 1143; *Kougasian*, 359 F.3d at 1139–41. Indeed, that was the nature of the claims in cases the dissent cites, in which courts likewise held that the *Rooker-Feldman* doctrine did not bar jurisdiction. *See McCormick*, 451 F.3d at 392 (holding that *Rooker-Feldman* did not apply because "Plaintiff asserts *independent claims* that those state court judgments were produced by certain Defendants through fraud, misrepresentation, or other improper means"); *Great W. Mining & Min. Co.*, 615 F.3d at 170–73

(same, citing like cases from the Seventh Circuit); *see also, e.g.*, *Behr v. Campbell*, 8 F.4th 1206, 1213–14 (11th Cir. 2021) (holding that *Rooker-Feldman* did not bar claims alleging that adverse parties committed fraud in state child custody proceedings).

*Finally*, the dissent repeatedly expresses concern about our assertedly narrow application of *Rooker-Feldman* and the possibility that plaintiffs may craft pleadings to avoid *Rooker-Feldman*'s prohibition on de facto appeals. Neither concern is warranted. Although we of course agree with the dissent that there is no "express" language or "specific words requirement" for *Rooker-Feldman* to apply, narrowness is a hallmark of the *Rooker-Feldman* doctrine. The cases repeatedly drive this point home. *See Exxon Mobil*, 544 U.S. at 284 (referring to the "narrow ground occupied by *Rooker-Feldman*"); *id.* at 291 (making clear the doctrine applies only in "limited circumstances"); *Lance*, 546 U.S. at 464 ("[O]ur cases since *Feldman* have tended to emphasize the narrowness of the *Rooker-Feldman* rule."); *id.* ("narrow doctrine"); *Cooper*, 704 F.3d at 778 ("very sparing" doctrine); *Behr*, 8 F.4th at 1212 ("In short, district courts should keep one thing in mind when *Rooker-Feldman* is raised: it will almost never apply."). Indeed, the Supreme Court has found that the doctrine precluded jurisdiction only twice. *See Exxon Mobil*, 544 U.S. at 283 (citing *Rooker* and *Feldman*). The dissent's concern with our application of *Rooker-Feldman* is simply a disagreement with the limited manner in which the doctrine operates.

Nor is there any reason to be concerned about the supposed ill of pleadings that are carefully drafted to avoid *Rooker-Feldman*. There is nothing new about plaintiffs drafting complaints to account for jurisdictional or other procedural impediments. And as our case law demonstrates,

plaintiffs are entitled to bring challenges that do not run afoul of *Rooker-Feldman*. This is not a mere matter of pleading particular words or phrases, as the dissent supposes, but a question of the relief plaintiffs seek and whether they are alleging a legal wrong by an adverse party. In any event, *Rooker-Feldman* is not the only doctrine responsive to the broader issue of federal lawsuits that seek to relitigate state court proceedings. Although the dissent seems to envision a world in which these lawsuits will proceed if *Rooker-Feldman* does not apply, doctrines of preclusion play a significant role in this context, placing important limits on the re-do of state court cases in federal court. *Rooker-Feldman* not applying does not mean a lawsuit will make it very far if other doctrines, such as preclusion, stand in the way.

In fact, perhaps aware that *Rooker-Feldman* presented a difficult basis for affirmance, the defendants led off their answering brief by asking us to affirm on the alternative ground that the Miroths' claims are barred under principles of preclusion. As we noted above, many of the district court's findings, based upon its considered review of the state court record, are relevant to an analysis of both issue and claim preclusion. But because the district court did not address the case through the legal lens of preclusion, and because the underlying state court records were not made part of the record on appeal, we believe the better course is for the district court to take up the preclusion question in the first instance, on remand.

## IV

We appreciate that when plaintiffs file lawsuits in federal court after losing in state court, district courts may naturally and appropriately anticipate that the federal case could fail

procedurally, based on various doctrines designed to promote finality of litigation and respect for state courts. Many cases in which *Rooker-Feldman* is raised involve determined litigants, sometimes without legal representation, who may offer prolix allegations concerning not just the underlying facts but the lengthy history of their prior litigation efforts. We understand that working through these cases can present challenges for district courts. And in this case, although we conclude that the district court erred in dismissing for lack of jurisdiction under *Rooker-Feldman*, we commend the district court for conscientiously examining the state court record and the various iterations of the plaintiffs' complaint, in the face of allegations that were sometimes unclear.

The teaching of *Exxon Mobil*, *Noel*, and the other precedents in this area is that district courts encountering lawsuits brought by disappointed state court litigants may not regard the fact of a state court judgment as reason sufficient to dismiss the case for lack of subject matter jurisdiction under *Rooker-Feldman*. Because federal courts cannot disavow the jurisdiction granted to them, there is an important distinction between dismissal under *Rooker-Feldman* and rejecting a claim based on preclusion or some other ground. Our decision today reaffirms that delineation.

**REVERSED AND REMANDED.**

VANDYKE, Circuit Judge, dissenting:

I agree with the majority's statement of the law on the *Rooker-Feldman* doctrine. But I disagree with its application of that law to the unique circumstances in this case. What makes this case unique is twofold. First, it is clear from reviewing their operative complaint that the gravamen of plaintiffs' claimed injuries stems from the state court judgment removing their children. Second, and critically, plaintiffs have expressly disclaimed any extrinsic fraud by defendants in the state court proceedings, meaning that no act or omission independent of those proceedings prevented plaintiffs from presenting their case to the state court. As a result, plaintiffs functionally seek a remedy for an injury directly caused by a state court judgment, placing this case squarely within *Rooker-Feldman*'s ambit. I would thus affirm the district court. To hold otherwise essentially narrows *Rooker-Feldman* out of existence by treating it as a mere pleading rule.

## A.

The majority correctly explains that *Rooker-Feldman* applies only in limited circumstances, yet the doctrine "has sometimes been construed to extend far beyond [its] contours." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 283 (2005). Properly understood, "*Rooker-Feldman* prohibits a federal district court from exercising subject matter jurisdiction over a suit that is a de facto appeal from a state court judgment." *Kougasian v. TMSL, Inc.*, 359 F.3d 1136, 1139 (9th Cir. 2004). A de facto appeal exists when a plaintiff both "asserts as a legal wrong an allegedly erroneous decision by a state court" *and* "seeks relief from a state court judgment based on that decision." *Noel v. Hall*, 341 F.3d 1148, 1164 (9th Cir. 2003).

But we have never construed *Rooker-Feldman* so narrowly that it applies only in those situations where the plaintiff expressly asks a federal court to overturn the state court decision. To the contrary, we have acknowledged that the doctrine applies to "forbidden" challenges that are "de facto appeal[s] … 'tantamount to … moving to set aside a judgment.'" *Kougasian*, 359 F.3d at 1139–41 (quoting *Barrow v. Hunton*, 99 U.S. (9 Otto) 80, 82–83 (1878)). The use of words like "de facto" and "tantamount" in reference to the doctrine would be unnecessary if *Rooker-Feldman* applied only to *express* requests to reverse a state court. *See Noel*, 341 F.3d at 1155 ("*Rooker-Feldman* becomes difficult—and, in practical reality, only comes into play as a contested issue—when a disappointed party seeks to take not a formal direct appeal, but rather its de facto equivalent, to a federal district court."). Instead, cases have focused on whether the two conditions recited in *Noel* are met, without imposing a specific words requirement. *See, e.g.*, *Kougasian*, 359 F.3d at 1139–40 (finding one of the two conditions unmet after thoroughly evaluating the actual source of the alleged legal wrong). Or put slightly differently, in applying *Rooker-Feldman*, we have asked whether the federal suit is *effectively* a request for the federal court to remedy harm caused by the state court's decision, not just whether the federal plaintiff is *expressly* asking us to reverse the state court.

Here, while plaintiffs have amended their most recent complaint to remove their prior requests for relief expressly directed at the state court, their federal claims continue to demand relief that is predicated on the state court having committed "a legal wrong" against them by ordering the removal of their children, and "seek[ing] relief" from the results of that "state court … decision." *Noel*, 341 F.3d at

1164.  And plaintiffs have made clear they are not claiming that some extrinsic fraud by defendants prevented them from presenting their case to the state court.  Their federal claims are therefore barred by *Rooker-Feldman*.

### B.

The majority provides a few reasons for its different conclusion.  To begin, it emphasizes that plaintiffs are no longer *expressly* asking the district court to reverse the state court judgment.  True, plaintiffs now only request monetary damages to remedy the direct results of the state court decision—specifically, the state court's removal and continued detention of plaintiffs' two children.  But the fact that their current complaint asks only for monetary relief rather than a direct reversal does not necessarily mean *Rooker-Feldman* is inapplicable because their "prayer for relief in the form of monetary and punitive damages" continues to be "contingent upon a finding that the state court decision was in error."  *Cooper v. Ramos*, 704 F.3d 772, 782 (9th Cir. 2012).  "It is precisely this sort of horizontal review of state court decisions that the *Rooker-Feldman* doctrine bars."  *Id.*

Notably, plaintiffs initially asked the district court to set aside the state court judgment by demanding that the federal court reinstate their parental rights.  This obviously violated *Rooker-Feldman*.  After the district court properly dismissed their earlier complaint for that reason, plaintiffs amended their complaint to drop their direct requests to reverse the state court.  But the thrust of plaintiffs' allegations remains unchanged: they continue to seek a remedy for the state court's termination of their parental rights.  If dropping the explicit request to set aside a state court judgment controlled whether *Rooker-Feldman* applies, a de facto appeal could

proceed whenever a party functionally—but not expressly—challenges the state judgment. *Rooker-Feldman* would essentially be reduced to a matter of careful pleading. To my knowledge, no court has ever characterized the doctrine as simply a pleading requirement. Quite the opposite: "Can a federal plaintiff avoid *Rooker-Feldman* simply by clever pleading … by alleging that actions taken pursuant to a court order violate his rights without ever challenging the court order itself? Surely not." *Hoblock v. Albany Cnty. Bd. of Elections*, 422 F.3d 77, 88 (2d Cir. 2005); *see also Klimowicz v. Deutsche Bank Nat. Tr. Co.*, 907 F.3d 61, 65 (1st Cir. 2018) ("Nor can the plaintiff evade the reach of the *Rooker-Feldman* doctrine by artful pleading."); *May v. Morgan Cnty.*, 878 F.3d 1001, 1005 (11th Cir. 2017) ("Although narrow in its application, a state court loser cannot avoid *Rooker-Feldman*'s bar by cleverly cloaking her pleadings in the cloth of a different claim. Pretext is not tolerated.").

For *Rooker-Feldman* to serve its narrow but important purpose, a party's creative word choice can't artificially cabin the doctrine. The district court in this case correctly recognized that, "in effect, plaintiffs are asking the court to scrutinize the decisions of the state courts" in order to obtain "relief from the consequences of those judgments." At its core, plaintiffs' amended complaint still "seeks relief from a state court judgment." *Noel*, 341 F.3d at 1164. *Rooker-Feldman* applies because "'the injury of which [plaintiffs] complain[] was caused by the [state court] judgment, … [and] [plaintiffs] did not suffer an injury out of court and then fail to get relief from [the] state court; [their] injury came from the [state court] judgment.'" *Id.* at 1164–65 (quoting *GASH Assocs. v. Vill. of Rosemont*, 995 F.2d 726, 729 (7th Cir. 1993)). The relief they seek falls squarely within "cases

40                     MIROTH V. COUNTY OF TRINITY

of the kind … brought by state-court losers complaining of injuries caused by state-court judgments … and inviting district court review and rejection of those judgments." *Exxon*, 544 U.S. at 284. Omitting their express request for reversal did not meaningfully transform either the source of plaintiffs' injury—the state court judgment—or the fact that they are asking the federal court to remedy that injury. Where, as here, a plaintiff seeks such a functional reversal of the state court, *Rooker-Feldman* applies.

### C.

The majority also finds dispositive plaintiffs' recharacterization of the asserted legal error as one caused by their adverse party rather than the state court itself. But this mere semantic shift does not change the fact that the gravamen of plaintiffs' asserted injuries results entirely from the state court ordering the removal of their children. In literally every case where a plaintiff asks the federal court to remedy an injury directly resulting from a state court judgment, the plaintiff can always easily recharacterize their injury as resulting not from the state court judgment itself but from their state court adversary convincing the state court to issue that unfavorable judgment. Those are the same thing. And again, I'm not aware of any decision concluding that *Rooker-Feldman* is so easily pled around.

Looking at the thrust of plaintiffs' causes of action in this case, the asserted injuries clearly result directly from the state court's judgment. In their first three claims, for example, plaintiffs contend that defendants made false statements to the state court on which that court relied. But none of those statements injured plaintiffs apart from the

state court's judgment.[1]  Plaintiffs were injured only because the state court relied on those statements in ordering the removal of plaintiffs' children.   After considering all the evidence and arguments from both sides, the state court— not the defendants—ordered that plaintiffs' children should be removed.  It is *that* decision by the state court that caused the injury that plaintiffs still seek to remedy in federal court.

To be fair, there are a few factual allegations scattered throughout plaintiffs' amended complaint that *could* be viewed as direct injuries resulting from a source other than the state court.  For example, plaintiffs argued that child abuse investigators failed in "the[ir] duty to investigate information that would clarify matters prior to separating children from their parents."  The same investigators also allegedly failed their "legal duty to provide a safety plan." Be that as it may, plaintiffs have not asserted any *independent* claims of injury based on these allegations.  *Cf. Noel*, 341 F.3d at 1164 ("'The *Rooker-Feldman* doctrine asks … [if] the federal plaintiff [is] seeking to set aside a state judgment, or does he present some independent claim.'" (quoting *GASH*, 995 F.2d at 728–29)).   Instead, these alleged failures to investigate and provide a safety plan were made in service of the claims regarding the removal of plaintiffs' children.  And plaintiffs' requested relief confirms they sought no standalone relief based on defendants' failed duties.  So these allegations do not supply a way around

---

[1] Even if these statements could be construed as *allegations* of extrinsic fraud had plaintiffs not disclaimed extrinsic fraud, a federal court would need to determine whether those allegations actually demonstrated extrinsic fraud to justify an exception to *Rooker-Feldman*'s jurisdictional bar.   *See Reusser v. Wachovia Bank, N.A.*, 525 F.3d 855, 858–60 (9th Cir. 2008).  But there is no need to explore that question here because plaintiffs disclaimed any extrinsic fraud.

*Rooker-Feldman* because these injuries necessarily travel through the state court's judgment ordering the removal of plaintiffs' children.

That defendants supposedly misled the state court during court proceedings to reach an allegedly wrong decision doesn't change the reality that plaintiffs' relief "is contingent upon a finding that the state court decision was in error." *Cooper*, 704 F.3d at 782. Again, it will always be true, in any case where plaintiffs are "alleging injury caused *by* a state court judgment," *Noel*, 341 F.3d at 1165 (citation omitted), that the same injury could also be recharacterized as resulting (even if less directly) from the plaintiffs' state court adversaries wrongly convincing the state court to issue that judgment. Regardless, this "is precisely th[e] sort of horizontal review of state court decisions that the *Rooker-Feldman* doctrine bars." *Cooper*, 704 F.3d at 782.

Our court has recognized only one exception to *Rooker-Feldman* where, as here, the state court loser is harmed by the state court judgment. *Reusser*, 525 F.3d at 859 (collecting cases). Where that harm results from some *extrinsic* fraud by the state court winner who prevented the state court loser from even being able to present his case to the state court, *Rooker-Feldman* does not apply. Examples of such extrinsic fraud include hiding the identity of witnesses from your opponent or the state court, *see Kougasian*, 359 F.3d at 1138, or failing to make mandatory disclosures to your opponent, *see Benavidez v. Cnty. of San Diego*, 993 F.3d 1134, 1143–44 (9th Cir. 2021).

Extrinsic fraud is distinguishable from a plaintiff claiming *intrinsic* fraud—that is, where the state court loser instead claims that the defendant directly misled the state court, perhaps by perjury or misrepresenting facts in court.

*See Intrinsic Fraud*, Black's Law Dictionary (12th ed. 2024) (providing examples such as the "use of fabricated evidence, perjured testimony, and false receipts").  Intrinsic fraud is "distinguished" from extrinsic fraud because the former goes "to the very heart of the issues contested in the state court action," and because that type of fraud happened before the state court where plaintiffs "clearly had an opportunity to present their claim" and rebut the supposed fraud.  *Green v. Ancora-Citronelle Corp.*, 577 F.2d 1380, 1384 (9th Cir. 1978).  Unlike extrinsic fraud, claims of intrinsic fraud are not an exception to the *Rooker-Feldman* doctrine, presumably because in every case where a federal plaintiff is claiming injury directly from a state court judgment they could just as easily recharacterize that injury as resulting from their state court opponent "misleading" the state court into ruling against them.  Such an exception to *Rooker-Feldman* for intrinsic fraud claims would entirely swallow the rule.

Plaintiffs' claims in this case are all based on *intrinsic* fraud, not extrinsic fraud.  We know that because plaintiffs in the litigation below disclaimed that they were alleging any extrinsic fraud by defendants.  The majority nonetheless refuses to apply *Rooker-Feldman* because plaintiffs' amended complaint "does not assert 'as a legal wrong an allegedly erroneous decision by a state court,' but rather 'an allegedly illegal act or omission by an adverse party.'"  But this ignores the important difference between claims of intrinsic fraud and extrinsic fraud.  It is true that every claim of intrinsic fraud can be characterized as a legal wrong committed by an adverse party.  But when you do that and then so rely as the majority does here to conclude that *Rooker-Feldman* is inapplicable, you effectively eviscerate *Rooker-Feldman* because every injury directly resulting

from a state court judgment *also* results from the adverse party having (allegedly) misled the state court into issuing that judgment.

Absent some extrinsic fraud that kept the state court from fully hearing plaintiffs' claims—which again, plaintiffs have expressly disclaimed here—the exception to *Rooker-Feldman* does not apply. No matter how plaintiffs recharacterize their federal case, it is still the state court's removal of their children that caused the relevant injury plaintiffs now seek to remedy. The district court thus correctly found "withdrawal of the extrinsic fraud … dispositive here."

### D.

The majority allocates a lot of space to opining about matters with which I don't disagree. But in the areas where I do disagree a few responses are warranted.

First, the majority characterizes my position as so broad that it "would rewind the clock to the bad old days in which some courts … improperly applied *Rooker-Feldman* whenever the federal suit would cast doubt on a state court decision." Not so. My position is very narrow: when a litigant's asserted injury flows from the state court's decision and the litigant expressly *disclaims* that extrinsic fraud influenced that decision, then *Rooker-Feldman* applies. Indeed, my position is so narrow that I question whether it would ever apply to a future case because it will be the exceedingly unusual circumstance where a litigant would expressly disclaim extrinsic fraud. It is the disclaimer of extrinsic fraud that does the work for me here. I agree with the majority that plaintiffs "did not walk into a *Rooker-Feldman* sinkhole the moment they excised 'extrinsic fraud'

from their complaint." Plaintiffs walked into that sinkhole the moment they expressly disclaimed extrinsic fraud.

The majority's attempt to explain why *Rooker-Feldman* doesn't apply is not particularly responsive to *this* unique circumstance. Indeed, the majority's position essentially collapses extrinsic fraud and intrinsic fraud into one combined category of fraud while ignoring our prior precedents that specifically refer to these distinct types of fraud. *See, e.g.*, *Kougasian*, 359 F.3d at 1138; *Benavidez*, 993 F.3d at 1143–44. It can't be correct that the adjectives "extrinsic" and "intrinsic" have no meaning. And my position is wholly consistent with both *Kougasian* and *Benavidez*—where *Rooker-Feldman* did not apply—because those defendants allegedly procured the state court judgment by *extrinsic* fraud rather than simply "by fraud." By excising the adjective "extrinsic" to simply say that *Rooker-Feldman* does not apply despite the fraud allegation, the majority fails to appreciate the distinct analytical consequences that flow from each type of fraud allegation.

Second, when you cut through the majority's strawman discussion that is irrelevant to the narrow circumstance on which I'm focused—where a litigant, as here, disclaims extrinsic fraud—the majority's alarming, and wholly unnecessary, conclusion is laid bare: *Rooker-Feldman* applies only when a litigant *expressly asks* to reverse a state court judgment. This is precisely what plaintiffs did in their original complaint. And once plaintiffs amended their complaint to remove the express requests for reversal, the majority contends doing so placed them "outside of *Rooker-Feldman* for that reason alone." The majority's simple articulation of the doctrine notwithstanding, the rule it creates today causes serious tension with cases in our court as well as other circuits.

Start with our court. I've already explained that our cases specifically describe *Rooker-Feldman* as barring "de facto" appeals of state court judgments and efforts "tantamount" to an appeal of a state court judgment. *Kougasian*, 359 F.3d at 1139–41. But it is worth reiterating that the use of such descriptors for *Rooker-Feldman* would be pointless if the doctrine applied only to express requests for reversal of a state court judgment. When the majority reads *Rooker-Feldman* as applying only when a litigant expressly seeks to set aside a state court judgment, it is important to recognize just how remarkable this contention is. To be sure, our court has stressed the narrowness of the *Rooker-Feldman* doctrine. But we have never before described it as *that* narrow. *See Cooper*, 704 F.3d at 777 ("The doctrine bars a district court from exercising jurisdiction not only over an action explicitly styled as a direct appeal, but also over the 'de facto equivalent' of such an appeal." (quoting *Noel*, 341 F.3d at 1155)). I don't know why we would use terms like "de facto" and "tantamount" if *Rooker-Feldman* was as exceedingly narrow as the majority characterizes it.[2]

---

[2] The majority accuses me of "manipulat[ing] the legal standards" by relying on "language from *Cooper* [that] is taken out of context" because it pertains to the application of the "inextricably intertwined" test. But *Cooper* is not so easily distinguished from this case. While our court characterized the plaintiff's first claim in *Cooper* as "a pure horizontal appeal of the state court's decision," 704 F.3d at 779–80, just like in this case that "pure horizontal appeal" did not expressly request the reversal of the state court's decision, *see* Compl. at 22–23, *Cooper v. Ramos*, No. 2:11-cv-03942-SVW-OP (C.D. Cal. May 6, 2011). Instead, the complaint in *Cooper* merely alleged that the state court's harmful decision resulted from "misleading and factually erroneous information" submitted by the adverse party during the state court proceedings. *Id.* at

The majority's overly narrow articulation that turns *Rooker-Feldman* into a pleading rule also causes unnecessary tension with other circuits. Other circuit courts recognize that *Rooker-Feldman* requires an examination of the actual "source of the injury." *Hoblock*, 422 F.3d at 87; *see also RLR Investments, LLC v. City of Pigeon Forge*, 4 F.4th 380, 388 (6th Cir. 2021); *Great W. Mining & Min. Co. v. Fox Rothschild LLP*, 615 F.3d 159, 166–68 (3d Cir. 2010). Such an examination would be wholly unnecessary if the rule was truly as the majority posits: that a litigant must expressly request the reversal of a state court judgment. That would always be an easy inquiry and would not have caused the doctrine to "develop[] a reputation for complexity." *See RLR Investments*, 4 F.4th at 387–88 ("Usually *Rooker-Feldman* cases are complicated because it's difficult to determine if a plaintiff seeks review of a state-court decision … or if a decision counts as a judgment…. 'But there's no complexity when the litigant directly asks a federal district court to declare a state-court order to be unconstitutional and enjoin its enforcement.'" (citations omitted)).

The Second Circuit has further explained how this "source of the injury" inquiry would operate in a circumstance similar to the one before us:

> Suppose a state court, based purely on state law, terminates a father's parental rights and

---

22. The same is true here: plaintiffs contend the state court relied on misleading and fraudulent statements to reach the harmful decision to remove their children. Because, just like in *Cooper*, "there is already a forbidden de facto appeal" in plaintiffs' first three causes of action here, "the 'inextricably intertwined' test come[s] into play" for plaintiffs' fourth and eighth causes of action. 704 F.3d at 778 (quoting *Noel*, 341 F.3d at 1158).

orders the state to take custody of his son.  If the father sues in federal court for the return of his son on grounds that the state judgment violates his federal substantive due-process rights as a parent, he is complaining of an injury *caused by* the state judgment and seeking its reversal.  This he may not do, regardless of whether he raised any constitutional claims in state court…. [And] if the state has taken custody of a child pursuant to a state judgment, the parent cannot escape *Rooker-Feldman* simply by alleging in federal court that he was injured by the state employees who took his child rather than by the judgment authorizing them to take the child.  The example shows that in some circumstances, federal suits that purport to complain of injury by individuals in reality complain of injury by state-court judgments.  The challenge is to identify such suits.

*Hoblock*, 422 F.3d at 87–88 (emphasis added).  As this example shows, a federal plaintiff can't avoid *Rooker-Feldman* by "clever pleading" because federal courts must scrutinize complaints about a third-party's actions to determine whether "the third party's actions are *produced by* a state-court judgment and not simply ratified, acquiesced in, or left unpunished by it."  *Id.* at 88.  It is clear that plaintiffs here *are* "complaining of an injury caused by the state judgment and seeking its reversal," and they "cannot escape *Rooker-Feldman* simply by alleging … injur[y] by the state employees who took [their] child[ren] rather than by the

judgment authorizing them to take the child[ren]." *Id.* at 87–88.[3]

Under the majority's very narrow view, *Rooker-Feldman* doesn't apply here because plaintiffs "are not requesting the return of their children." But as I've explained, the doctrine is not so narrow. It also covers requests for relief predicated on the results of a state court decision. *See Noel*, 341 F.3d at 1164; *Cooper*, 704 F.3d at 782. At the end of the day, plaintiffs are seeking money damages as a remedy for the harm produced entirely by the court-ordered removal of their children. The source of that harm is the state court judgment. Even the majority seems to recognize this on some level by acknowledging that "the true 'consequence[]' of the state court judgment is that [plaintiffs] lost custody of their children." *Rooker-Feldman* does not just preclude express requests that "a federal court … address th[at] consequence[]" by "reinstat[ing] [plaintiffs'] parental rights or vacat[ing] or otherwise revers[ing] the state court orders," as the majority holds today. For the doctrine to have its intended effect, it must also necessarily preclude requests for money damages designed to remedy the consequences of the state court ordering the removal of their children or terminating their parental rights, which is exactly what plaintiffs complained of here.

---

[3] Other circuits are in accord. *See, e.g.*, *McCormick v. Braverman*, 451 F.3d 382, 393–94 (6th Cir. 2006) ("[I]f a third party's actions are the product of a state court judgment, then a plaintiff's challenge to those actions are in fact a challenge to the judgment itself."); *May*, 878 F.3d at 1005 ("Though the federal case may not be styled as an appeal of a state court judgment, *Rooker-Feldman* is not so easily bypassed. A claim that at its heart challenges the state court decision itself … falls within the doctrine.").

The majority thus misses the mark analytically when it says that plaintiffs "are not challenging the actions of the County officials that were 'pursuant to' or 'produced by' a state court judgment." Although certain actions by defendants might not have been "produced by" the state court's judgment, they certainly travel through it and can't be described as independent claims to avoid *Rooker-Feldman*'s reach. There is no denying that the fundamental injury in this case—the removal of plaintiffs' children—was in fact produced by the state court judgment. No amount of reframing the injury as the result of other causes—such as defendants' actions or arguments preceding the judgment— changes this reality because none of those causes could have led to the removal of plaintiffs' children absent the state court's judgment.

Such an overly narrow articulation of the *Rooker-Feldman* doctrine that ignores the true source of the asserted injury exists on an island. I'm not aware of any circuit that has gone so far to say that the only way for *Rooker-Feldman* to apply is when a federal plaintiff expressly asks to overturn the state court judgment. It is true that the other circuits, like ours, have appropriately recognized that *Rooker-Feldman* is a narrow doctrine. But respecting the narrowness of the doctrine doesn't mean effectively narrowing it out of existence as the majority does here.

Third, the majority contends that it doesn't reduce *Rooker-Feldman* to a mere pleading rule. But this assurance rings hollow. Under the majority's view, simply excising an express request for reversal of the state court judgment is enough to place plaintiffs "outside of *Rooker-Feldman* for that reason alone." That reduces the doctrine to a matter of careful pleading. Rather than actually explain why my concern wouldn't manifest, the majority just dismisses it

because "[t]here is nothing new about plaintiffs drafting complaints to account for jurisdictional … impediments." And even if pleading around *Rooker-Feldman* was problematic, the majority further writes that off because other procedural mechanisms, like issue preclusion, will fill in the gap. Even if true in practice (which I certainly hope), the availability of another procedural device doesn't give us license to effectively paper over *Rooker-Feldman* as the majority does. Indeed, the distinction between *Rooker-Feldman* and preclusion is important and must be preserved—in large part because the former is jurisdictional while the latter is not. *See Lance v. Dennis*, 546 U.S. 459, 466 (2006) ("*Rooker-Feldman* is not simply preclusion by another name."); *Exxon*, 544 U.S. at 284 (observing that *Rooker–Feldman* implicates federal courts' subject-matter jurisdiction); *see also Great W. Mining & Min. Co.*, 615 F.3d at 170 ("As *Exxon Mobil* makes clear, the *Rooker-Feldman* inquiry is distinct from the question of whether claim preclusion (res judicata) or issue preclusion (collateral estoppel) defeats the federal suit. Importantly, preclusion is not jurisdictional." (citation omitted)).

So what does the majority's decision mean going forward? Well, state court losers can now bring federal lawsuits challenging unfavorable state court judgments if they do just one of the following: (1) avoid expressly requesting reversal of the state court's decision or (2) simply allege that their opponent made false and misleading statements notwithstanding the fact that those statements were challenged in front of the state court. And either pleading strategy goes far beyond the narrow focus of my dissent: the exceedingly rare situation where a plaintiff *disclaims* extrinsic fraud. The majority's only response to this floodgates concern is to say that another tool, issue

preclusion, will prevent these lawsuits. I hope so. But I'm still not sure why that gives the majority license to reduce the *Rooker-Feldman* doctrine to a mere pleading standard in this circuit.

\* \* \*

The majority misapplies *Rooker-Feldman* to this admittedly unique case. Under the majority's rationale, a losing party in state court could seek to remedy any injury directly resulting from the state court judgment in federal court so long as they recharacterize that injury as resulting from their adversary's intrinsic fraud misleading the state court, instead of from the state court judgment itself. What's worse, the majority in reaching this conclusion reduces *Rooker-Feldman* to a mere pleading requirement that is easily circumvented.

*Rooker-Feldman* applies narrowly, yes, but it shouldn't be a paper tiger. If plaintiffs were claiming some extrinsic fraud that "'prevent[ed] [them] from presenting [their] claim'" to the state court, I would readily agree with the majority that *Rooker-Feldman* does not preclude federal review. *Kougasian*, 359 F.3d at 1140 (citation omitted). But plaintiffs disclaimed any extrinsic fraud. And they had ample opportunity in the state court proceedings to counter all the alleged *intrinsic* misstatements and omissions of which they now complain. The state court considered whatever responses the plaintiffs provided and simply disagreed with them. Returning this case to the district court to possibly provide a remedy for the state court removing plaintiffs' children runs directly into *Rooker-Feldman*. It also conflicts with precedents from our court and other circuits in a case where it is not necessary to do so. I would affirm the district court, and therefore respectfully dissent.

# APPENDIX 2

# The State of South Carolina



## Office of Secretary of State Mark Hammond

## Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby Certify that:**

LINH TRAN STEPHENS, a nonprofit corporation duly organized under the laws of the State of South Carolina on May 28th, 2025, has as of the date hereof filed as a nonprofit corporation for religious, educational, social, fraternal, charitable, or other eleemosynary purpose, and has paid all fees, taxes and penalties owed to the State, that the Secretary of State has not mailed notice to the company that it is subject to being dissolved by administrative action pursuant to S.C. Code Ann. §33-31-1421, and that the nonprofit corporation has not filed articles of dissolution as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 13th day of June, 2025.

*Mark Hammond*

Mark Hammond, Secretary of State

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Filing ID: 250529-1030221

Filing Date: 05/28/2025

Jun 13 2025
REFERENCE ID: 1926758

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

**STATE OF SOUTH CAROLINA
SECRETARY OF STATE**

**ARTICLES OF INCORPORATION
Nonprofit Corporation – Domestic
Filing Fee $25.00**

Pursuant to S.C. Code of Laws Section 33-31-202 of the 1976 S.C. Code of Laws, as amended, the undersigned corporation submits the following information

1. The name of the nonprofit corporation is

   LINH TRAN STEPHENS

2. The initial registered office (registered agent's address in SC) of the nonprofit corporation is
   1606 Wappoo Dr

   (Street Address)

   Charleston, South Carolina 29407

   (City, State, Zip Code)

   The name of the registered agent of the nonprofit corporation at that office is

   LINH STEPHENS

   (Name)

   I hereby consent to the appointment as registered agent of the corporation.

   *linh-tran-stephens*

   (Agent's Signature)

3. Check "a", "b", or "c", whichever is applicable. Check only one box.

   a. ☒ The nonprofit corporation is a public benefit corporation.

   b. ☐ The nonprofit corporation is a religious corporation.

   c. ☐ The nonprofit corporation is a mutual benefit corporation.

4. Check "a" or "b" whichever is applicable

   a. ☒ This corporation will have members.

   b. ☐ This corporation will not have members.

5. The principal office of the nonprofit corporation is
   1964 Ashley River Rd Ste B PO Box 80112

   (Street Address)

   Charleston, South Carolina 29416

   (City, State, Zip Code)

Form Revised by South Carolina Secretary of State, August 2016
F0014

SC Secretary of State
Mark Hammond

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 13 2025
REFERENCE ID: 1926758

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

LINH TRAN STEPHENS

Name of Corporation

...oration is either a **public benefit** or **religious corporation** complete either "a" or "b", whichever is applicable, to describe how the remaining assets of the corporation will be distributed upon dissolution of the corporation. **If you are going to apply for 501(c)(3) status, you must complete section "a".**

a. ☐ Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future Federal tax code, or shall be distributed to the Federal government, or to a state or local government, for a public purpose. Any such asset not so disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

☐ If you choose to name a specific 501(c)(3) entity to which the assets should be distributed, please indicate the name of the selected entity.

**OR**

b. ☐ If the dissolved corporation is not described in Section 501(c)(3) of the Internal Code, upon dissolution of the corporation, the assets shall be distributed to one or more public benefit or religious corporation or to one or more of the entities described in (a) above.

☒ If you chose to name a specific public benefit, religious corporation or 501(c)(3) entity to which the assets should be distributed, please indicate the name of the selected entity.

BIG CAHOONAS TR

7. If the corporation is mutual benefit corporation complete either "a" or "b", whichever is applicable, to describe how the (remaining) assets of the corporation will be distributed upon dissolution of the corporation.

a. ☐ Upon dissolution of the mutual benefit corporation, the (remaining) assets shall be distributed to its members, or if it has no members, to those persons to whom the corporation holds itself out as benefiting or serving.

b. ☐ Upon dissolution of the mutual benefit corporation, the (remaining) assets, consistent with the law, shall be distributed to

8. The optional provisions which the nonprofit corporation elects to include in the articles of incorporation are as follows [See S.C. Code of Laws Section 33-31-202(c)].

Form Revised by South Carolina Secretary of State, August 2016
F0014

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 13 2025
REFERENCE ID: 1926758

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

| LINH TRAN STEPHENS |
| --- |
| |

Name of Corporation

9.  The name and address of each incorporator is as follows (**only one is required, but you may have more than one**).

LINH STEPHENS
(Name)

1964 Ashley River Rd Ste B PO Box 80112

(Business Address)

Charleston, South Carolina 29416
(City, State, Zip Code)


(Name)


(Business Address)


(City, State, Zip Code)


(Name)


(Business Address)


(City, State, Zip Code)

10. Each original director of the nonprofit corporation must sign the articles but only if the directors are named in these articles.

LINH STEPHENS
(Name – only if names in articles)

Linh Stephens: (Electronically Signed)
(Signature of Director)

Jessica Cahoon
(Name – only if names in articles)

Jessica Cahoon: (Electronically Signed)
(Signature of Director)

Khanh Nguyen
(Name – only if names in articles)

Khanh Nguyen: (Electronically Signed)
(Signature of Director)

Form Revised by South Carolina Secretary of State, August 2016
F0014

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 13 2025
REFERENCE ID: 1926758

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

| LINH TRAN STEPHENS |
|---|
| |

Name of Corporation

11. Each incorporator listed in #9 must sign the articles

LINH STEPHENS: (Electronically Signed)
_____
(Signature of Incorporator)

_____
(Signature of Incorporator)

_____
(Signature of Incorporator)

12. If the document is not to be effective upon filing by the Secretary of State, the delayed effective date/time is:
_____

# APPENDIX 3

# 𝔘𝔫𝔦𝔣𝔦𝔢𝔡 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔪𝔪𝔬𝔫 𝔏𝔞𝔴 𝔊𝔯𝔞𝔫𝔡 𝔍𝔲𝔯𝔦𝔢𝔰:

P.O. Box 59; Valhalla, New York, 10595; Fax – 888-891-8977

## UNITED STATES DISTRICT COURT FOR ALL DISTRICTS

5   We the People, UUSCLGJ

Sureties of the Peace

- Commanding -

10  County Sheriffs [3133]; Federal Special Agent in Charge [94];
US Marshal [94]; Joint Chiefs of Staff; State Militia;
Governors all 50 State; All Federal and State Courts
Assemblymen all 50 States; Senators all 50 States;
U.S. Congressmen [435]; U.S. Senators [100]; News media;

15                  Respondents

No. 1776-1789-2015

### CORAM NOBIS[1]

*Re-filing by fax only; for clarity, reformatted, added case number and added respondents*:

## 𝔚RIT OF 𝔔UO 𝔚ARRANTO[2]

*"Silence can only be equated with fraud where there is a legal or moral duty to speak,*
20          *or where an inquiry left unanswered would be intentionally misleading...[3]"*

"*It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution.*" **[Downs v. Bidwell, 182 U.S. 244 (1901)]**

25  Comes now the constituted[4] unified[5] common law[6] grand juries[7] of the fifty United States of America, this evil day; To Command all County, State, Federal and US Supreme Court judges and clerks to perform their duty guaranteeing to every state in this union a republican form of government[8] and protect each of them against invasion[9], or vacate your office now.

---

[1] CORAM NOBIS. Before us ourselves, (the king, i. e., in the king's or queen's bench.) Applied to writs of error directed to another branch of the same court, e. g., from the full bench to the court at nisi prius. 1 Archb. Pr. K. B. 234.
[2] **QUO WARRANTO.** In old English practice. A writ, in the nature of a writ of right for the king, against him who claimed or usurped any office, franchise, or liberty, to inquire by what authority he supported his claim, in order to determine the right. It lay also in case of non-user, or long neglect of a franchise, or misuser or abuse of it; being a writ commanding the defendant to show by what warrant he exercises such a franchise, having never had any grant of it, or having forfeited it by neglect or abuse. 3 Bl.Comm. 262.
[3] **U.S. v. Tweel**, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932
[4] **CONSTITUTED** - The People of each county have come together to agreed and declared a return to Common Law Juries.
[5] **UNIFIED** - Every county in the state has constituted the Common Law Juries.
[6] **COMMON LAW** - Article VI - This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.
[7] **COMMON LAW GRAND JURY** - Amendment V No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury...; The Court of Appeals' rule would neither preserve nor enhance the traditional functioning of the grand jury that the "common law" of the Fifth Amendment demands. UNITED STATES v. WILLIAMS, Jr.112 S.Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352
[8] **Article IV Section 4**. The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.
[9] **INVASION**. (Blacks 4th) An encroachment upon the rights of another; the incursion of an army for conquest or plunder. Webster. See /Etna Ins. Co. v. Boon, 95 U.S. 129, 24 L.Ed. 395. CONSTITUTIONAL LIBERTY OR FREEDOM. Such freedom as is enjoyed by the citizens of a country or

**WHEREAS**; We the People in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, did ordain and establish the Constitution for the United States of America that all Judges and all members of the Government both state and Federal are lawfully bound to obey[10], Decree

5 that:

We the People have been providentially provided legal recourse to address the criminal conduct of persons, themselves entrusted to dispense justice. The grand jury is an institution separate from the courts, over whose functioning the courts do not preside thus, the People have the unbridled right by law and in law to empanel their own grand juries and present "True Bills" of information, indictment and presentment to a court of

10 record, which is then required to commence a criminal proceeding. Our Founding Fathers with foresight grafted into the common law Fifth Amendment a "buffer" the People may rely upon for justice, when public officials, including judges go rogue, act in bad behavior and criminally violate the law.[11]

Bar controlled federal and state court judges, by their presumed authority, contrary to their oath and duty fraudulently claim the Constitution for the United States and its cap-stone Bill of Rights abolished by

15 traitorous bar controlled legislators, acts of conspiracy, treason and war against the United States.

We the People Decree by Quo Warranto all said unconstitutional legislation null and void and declare all such subversives enemies of the Peoples of the United States of America and order all United States Marshals, Bailiffs, County Sheriffs and Deputies to arrest all such federal and state judges for conspiracy, treason and breach of the peace when witnessing the violation of Peoples' unalienable rights from the bench,

20 in violation of Article III Section 3 for levying war against the people, adhering to the enemy, giving aid and comfort. [12]

18 U.S. Code §2385 whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government[13] by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons

25 [bar], knowing the purposes thereof - shall be fined under this title or imprisoned not more than twenty years, or both…

## The Prime Directive

The prime directive[14] ordained by the American People purposed their government to (1) form a more perfect union,[15] (2) establish justice, (3) insure domestic tranquility, (4) provide for the common defense, (5)

30 promote the general welfare, and (6) secure the blessings of liberty to ourselves and our posterity.

---

state under the protection of its constitution; the aggregate of those personal, civil, and political rights of the individual which are guaranteed by the constitution and secured against invasion by the government or any of its agencies. People v. Hurlbut, 24 Mich. 106, 9 Am.Rep. 103.

[10] **Article VI**. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[11] **UNITED STATES v. WILLIAMS**, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352; No. 90-1972. Argued Jan. 22, 1992. Decided May 4, 1992.

[12] **Article III Section 3**. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort.

[13] **Preamble** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. **Article I Section 8** To make rules for the government and regulation of the land and naval forces;

[14] **Preamble to the Constitution for the United States of America** - We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

The subsequent violent felony acts of war by our servants against the aforesaid prime directive (1) debilitates the union of the American People, (2) establishes injustice, (3) undermines domestic tranquility, (4) renders the People vulnerable to foreign and domestic enemies, (5) destabilizes the general welfare, and (6) annihilates the blessings of liberty to ourselves and our posterity.[16]

5    Common-sense can only conclude that there are forces within our servant government conspiring war and subterfuge against the American People by denying the very republican form of government[17] that they took an oath[18] to protect and defend against all enemies foreign and domestic. Thereby it is the duty of all oath-takers to take a stand now, obey and defend the Constitution, and assist the People in arresting and terminating the following unconstitutional acts, by simply obeying the law of the land and acknowledging

10    the unalienable right of the People to self-govern. Therefore judges everywhere are commanded "<u>AGAIN</u>" to obey the law of the land and sign the attached mandamus. The excuse "we are only following orders" did not stand in Nuremberg and it most certainly "will not stand here." To prove our conclusion, let facts be submitted to a candid world:

❖ Our servants have refused Assent to Laws, the most wholesome and necessary for the public good;

15    ❖ Our servants have trodden upon the rights of the People;

❖ Our servants have passed legislation destructive to the Constitution, forbidden by the same;

❖ Our servants have exposed We the People to all the dangers of invasion from without, and subversion from within;

❖ Our servants have obstructed the laws for illegal-aliens who are flooding our nation with foreign

20    insurgents some hostile destroying our economy and putting at risk the security of our States;

❖ Our servants have obstructed the Administration of Justice, by refusing acquiescence to laws established for Judiciary powers;

❖ Our servants have transformed judges into chancellors dependent upon the will of the BAR Guild alone, a society of mercenary economic corporate hit men-Esquires[19], resolute on destroying common law, the

25    foundation of America;

❖ Our servants have erected a multitude of 4th Branch administrative agencies unaccountable to the Constitution, and sent hither swarms of corporate administrative, disobedient to the Constitution, revenue and code enforcement officers to harass our people, and eat out their substance;

❖ Our servants have kept among us, in times of peace, Standing Armies and excessively militarized local

30    police forces without the Consent of the People;

❖ Our servants have joined with foreign bankers to subject us to a jurisdiction foreign to our Constitution, and unacknowledged by our laws; giving assent to their acts of pretended legislation;

❖ Our servants are secretly accommodating large bodies of armed foreign troops among us;

---

[15] A perfect union of states but a "more perfect union" among the People, anti-federalist papers, Bruno.

[16] **<u>Declaration of Independence</u> -** We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, --That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.

[17] **Article IV Section 4.** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion;

[18] **Article VI** The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution;

[19] **ESQUIRE.** In English law. A title of dignity next above gentleman, and below knight. Also a title of olifce given to sheriffs, serjeants, and barristers at law, justices of the peace, and others. 1 Bl.Comm. 406; 3 Steph.Comm. 15, note; Tomlins. On the use of this term in American law, particularly as applied to justices of the peace and other inferior judicial officers, see Christian v. Ashley County, 24 Ark. 151; Corn. v. Vance, 15 Serg. & R., Pa., 37.

❖ Our servants have imposed a multiple of property-robbing taxes, direct taxes, fees and fines on us without our Consent;

❖ Our servants have deprived us of the benefits of honest Trial by Jury;

❖ Our servants have deprived us of the benefits of unrigged Grand Juries;

5 ❖ Our servants have transported us into chancery courts to be tried for pretended offences;

❖ Our servants have enlarged its boundaries under the guise of District of Columbia (10 mile square federal city) so as to render it at once an example and fit instrument for introducing absolute rule into these States;

❖ Our servants have arrogantly disregarded our Bill of Rights, abolishing our most valuable laws, altering

10 fundamentally the Peoples form of government, without consent;

❖ Our servants have declared power to legislate through executive order, without consent;

❖ Our servants have waged War against us;

❖ Our servants have plundered our manufacturing base, ravaged our small businesses and destroyed the lives of our people;

15 ❖ Our servants have excited domestic insurrections amongst us;

❖ Our servants have engaged in human trafficking of our children and elderly through courts;

❖ Our servants have engaged in Racketeering and extortion through our courts;

❖ Our servants have held mock trials in courts not of record and thereby unlawfully incarcerating and financially fleecing millions of People, denying due process;

20 ❖ Our servants have empanelled bogus puppet grand and petit juries in order to perform BAR will and profiteering;

❖ Our servants have stolen our homes in rem and fraud assisting bankers in double-dipping;

❖ Our servants have kidnaped our children and destroyed our families in family courts;

❖ Our servants have robbed our parents, turned their twilight years into nightmares and destroyed our

25 families in probate court;

❖ Our servants have turned our common law courts into chancery courts of injustice;

❖ Our servants have put People in debtors prison;

❖ Our servants have transformed our unalienable rights into crimes violating at every stage our Bill of Prohibitions, serving the BAR and not the People:

30 ▪ Against Amendment I our servants have prohibited the free exercise of Judeo-Christian religion, our servants have denied free speech, our servants have commandeered the press, our servants have denied our right to petition the government for a redress of grievances;

▪ Against Amendment II our servants have dismantled the Militia and closed our armories, our servants have denied the right of the people to keep and bear arms;

35 ▪ Against Amendment IV our servants have violated our privacy using bogus warrants, spying on the people, eavesdropping on our conversations and unlawfully maintaining files on the People to be used during the planned unlawful martial law to target dissenters and enslave the People;

▪ Against Amendment V our servants have accused People in courts not of law incarcerating millions with corrupt Grand Juries and forcing People to witness against themselves, our servants have

40 deprived millions of life, liberty, or property, without due process of law, our servants have seized private property under rem and caprice;

▪ Against Amendment VI our servants have denied millions of People trials by an impartial jury, our servants have denied assistance of counsel unless they were BAR co-conspirators of the court to stealthily deprive People of their unalienable rights;

- ▪ Against Amendment VII our servants have denied suits at common law, our servants have denied trial by jury, our servants have denied the Peoples heritage, common law;
- ▪ Against Amendment VIII our servants have imposed excessive bails, fines, cruel and unusual punishments for behaviors that are not crimes;
- ▪ Against Amendment IX our servants have denied scores of other unalienable rights retained by the people;
- ▪ Against Amendment X our servants have corrupted government at every level and have turned sovereignty of the People into a crime.

At every stage of these oppressions we have petitioned for redress in the most humble terms. Our repeated Petitions have been answered only by repeated injury. Servants whose character is thus marked by every act which may define a Tyrant, is unfit to be the stewards of a free People; we therefore command you to repent and obey the law of the land or face the wrath of We the People.

# WAR AGAINST THE CONSTITUTION/PEOPLE BY CONGRESS
### *Secret construction of a statutory prison*

The following is by no means an exhaustive list of usurpations by congress and acts of treason against We the People of the united States of America and our decree of 1789 [Constitution for the United States of America]. To list all would take volumes but the foregoing is an accurate representation of a government that has become destructive.

1) Suspension of habeas corpus (Reconstruction Act, 1871) in violation of Article I Section 9 (paragraph 2)[20];
2) Reconstituted the United States as a corporate controlled democracy (Reconstruction Act, 1871) in violation of Article IV Section 4[21];
3) Creation of the Federal Reserve which provides for foreign bankers to unlawfully control the United States monetary system (Federal Reserve Act, 1913) and eventually unlawfully disbanded the United States Treasury in violation of Article I Section 8;
4) Granted the President broad sweeping investigative and prosecutorial powers against anyone, including the American people, found by the President to be an enemy thereby giving the President essentially dictatorial powers. (Trading with the Enemy Act, 1917); in violation of Article IV Section 4[22];
5) Disbandment of the United States Treasury (1920) in violation of Article I Section 8;
6) Registration requirements of the People in order to use the People as chattel (collateral) for the federal notes (Townshend Act, 1925) in violation of Article III Section 3[23];
7) War against the People of the United States (Trading With the Enemy Act amended, 1933 and Alien Registration Act of 1940) in violation of Article III Section 3[24];
8) Numerical Identification System to track and control the Peoples' financial business and to apply an unlawful direct tax (Social Security Act, 1935) in violation of Article I Section 9[25];

---

[20] **Article I Section 9 paragraph 2** The privilege of the writ of habeas corpus shall not be suspended;
[21] Article IV Section 4. The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion;
[22] **Article IV Section 4** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion;
[23] **Article III Section 3** Treason against the United States shall consist in adhering to their enemies, giving them aid and comfort.
[24] **Article III Section 3** Treason against the United States shall consist in levying war against them.

9) Common law was abrogated (Erie Railroad v Tompkins, 1938) <u>in violation of Article III Section 2, Article VI, Amendment VII and Amendment V[26]</u>;

10) Immunity to Judges for their crimes (International Organizations Immunities Act, 1945) <u>in violation of Article II Section 4[27]</u>;

11) Corrupted our Grand Juries through government controls (1946) <u>in violation of Amendment V;</u>

12) Government spying on the People, empowers the government to deploy unwarranted "dragnets" for massive amounts of information on private citizens; (Patriot Act, 2001) <u>in violation of Amendment IV[28]</u>;

13) Authorization for government to indefinitely detain American citizens/nationals  without probable cause, without warrant, without charges and without due process in law, (National Defense Authorization Act, 2014) <u>in violation of Amendment V[29]</u>;

14) Socialism/communist indoctrination taught in our schools (Common Core) <u>in violation of the will of the People and Article IV Section 4.[30]</u>

15) 100% control of Peoples movements, food, water, energy and control over the minds of our children (Agenda 21, United Nations passed in 1992 and supported by President George Bush) <u>in violation of the Constitution for the United States of America, Bill of Rights, Magna Carta and the Holy Bible;</u>

---

• 𝔚ᴇ ᴛʜᴇ 𝔓ᴇᴏᴘʟᴇ ᴏꜰ 𝔇ᴇᴄʀᴇᴇ 𝔄ʟʟ 𝔘ɴᴄᴏɴꜱᴛɪᴛᴜᴛɪᴏɴᴀʟ 𝔏ᴇɢɪꜱʟᴀᴛɪᴏɴ 𝔑ᴜʟʟ ᴀɴᴅ 𝔙ᴏɪᴅ •

---

# 𝔚ᴀʀ 𝔄ɢᴀɪɴꜱᴛ ᴛʜᴇ 𝔓ᴇᴏᴘʟᴇ ʙʏ 𝔄ᴅᴍɪɴɪꜱᴛʀᴀᴛɪᴏɴꜱ

### *Preparation for war by executive legislation*

"*Necessity is the plea for every infringement of human freedom. It is the argument of tyrants; it is the creed of slaves*". **- William Pitt**

Most executive orders end with the phrase "these executive orders don't define what specifically constitutes a national emergency." The following executive orders are just a few of 1000's of executive orders, without

---

[25] **Article 1 Section 9** No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.

[26] **Article III Section 2** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States..., Article III Section 2 The trial of all crimes shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; **Article VI** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. **Amendment VII** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law. **Amendment V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury.

[27] **Article II Section 4** The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

[28] **Amendment IV** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

[29] **Amendment V** No person shall be deprived of life, liberty, or property, without due process of law;

[30] **Preamble** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. **Article IV Section 4.** The United States shall guarantee to every state in this union a republican form of government

authority, that are preparing to take full control over the lives of every man, woman and child in America, under the guise of necessity, these provide for:

1) Martial law (executive order #100, aka Lieber Code,1863);
2) Formation of the FBI (executive order, 1908);
3) Presidential closing of all the banks in the country (executive order, 1933);
4) Presidential confiscation of gold (executive order, 1933);
5) Presidential removed property rights (executive order, 1933);
6) federal seizure of all communications media in the US (executive order #10995);
7) federal seizure of all electric power, fuels and minerals both public & private (executive order #10997);
8) federal seizure of all food supplies and resources, both public and private and all farms and equipment, including what people are storing for emergencies in their homes (executive order #10998);
9) federal seizure of all means of transportation, including cars, trucks, or vehicles of any kind and total control over all highways, seaports and water ways (executive order #10999);
10) federal seizure of American people for work forces under federal supervision, including the splitting up of families if the government so desires (this happened before in Europe during the Nazi regime) (executive order #11000);
11) federal seizure of all health, education and welfare facilities, both public and private (executive order #11001);
12) the powers the Postmaster General to register every single person in the US (executive order #11002);
13) federal seizure of all airports and aircraft (executive order #11003);
14) federal seizure of all housing and finances and authority to establish forced relocation, authority to designate areas to be abandoned as "unsafe," establish new locations for populations, relocate communities, build new housing with public funds (executive order #11004);
15) federal seizure of all railroads, inland waterways and storage facilities, both public and private (executive order #11005);
16) FEMA's complete authorization to put above said orders into effect in times of increased international tension of economic or financial crisis in case of any declared "National Emergency" (executive order #11051);

---

**• WE THE PEOPLE HEREIN DECREE ALL EXECUTIVE ORDERS NULL AND VOID •**

---

# WAR AGAINST THE PEOPLE BY JUDICIARY

**RICO, 18 USC § 1962** - Prohibited activities (c) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in **the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt**.

The Judiciary denies constitutionally constrained courts of Law and operates under the name of equity when in fact People are hijacked unawares into chancery courts,[31] to settle unlawful corporate monetary issues, ruled by Chancellors[32] a/k/a Judges that have been banned in the United States since 1789.[33] The People ordained Law and Equity both of which must adhere to the Law of the Land (common Law) Article VI.[34] The 7th Amendment provides for suits at common law.[35] The Fifth Amendment provides for all criminal charges to be by indictment or presentment by a common law grand jury.[36] See United States v Williams.

---

• WE THE PEOPLE HEREIN DECREE CHANCERY COURTS NULL AND VOID •

---

# TAKE JUDICIAL COGNIZANCE[37] OF THE ONLY CONSTITUTIONAL POWERS

The "ONLY" lawful powers (18) We the People gave to our legislators are found in **Article 1 Section 8.** Whereas Congress shall have power to:

1) Tax; [*as defined*]
2) borrow money;
3) regulate [*to make regular*] commerce with foreign nations, and among the several states;
4) establish a uniform rule of naturalization; uniform bankruptcies laws;
5) coin money and fix the standard of weights and measures;
6) provide for the punishment of counterfeiting;
7) establish post offices and post roads;
8) promote sciences and useful arts;
9) constitute tribunals inferior to the Supreme Court;
10) punish piracies and felonies committed on the high seas;
11) declare war; grant letters of marque and reprisal; make rules concerning captures on land and water;
12) raise and support armies, and fund no longer term than two years;
13) provide and maintain a navy;
14) make rules for the government and regulation of the land and naval forces;

---

[31] **COURT OF CHANCERY**. A court having the jurisdiction of a chancellor; a court administering equity and proceeding according to the forms and principles of equity. In England, prior to the judicature acts, the style of the court possessing the largest equitable powers and jurisdiction was the "high court of chancery." In some of the United States, the title "court of chancery" is applied to a court possessing general equity powers, distinct from the courts of common law. Parmeter v. Bourne, 8 Wash. 45, 35 P. 586; Bull v. International Power Co., 84 N.J.Eq. 209, 93 A. 86, 88. The terms "equity" and "chancery," "court of equity" and "court of chancery," are constantly used as synonymous in the United States. It is presumed that this custom arises from the circumstance that the equity jurisdiction which is exercised by the courts of the various states is assimilated to that possessed by the English courts of chancery. Indeed, in some of the states it is made identical therewith by statute, so far as conformable to our institutions. Wagner v. Armstrong, 93 Ohio St. 443, 113 N.E. 397, 401.

[32] **CHANCELLOR.** (Blacks 4th) In American law, this is the name given in some states to the judge (or the presiding judge) of a court of chancery; The Lord high In England, the highest judicial functionary in the kingdom; He exercises many functions and powers over and above the jurisdiction which he exercises in his judicial capacity in the supreme court of judicature, of which he is the head. Wharton.

[33] **Article III Section 2** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States ...

[34] **Article VI** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[35] **Amendment VII** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

[36] **Amendment V** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury

[37] **JUDICIAL COGNIZANCE.** Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.] Jurisdiction is the authority by which courts and judicial officers take ognizance of and decide cases. [Board of Trustees of Firemen's Relief and Pension Fund of City of Marietta v. Brooks, 179 Okl. 600, 67 P.2d 4, 6; Morrow v. Corbin, 122 Tex. 553, 62 S.W.2d 641; State v. Barnett, 110 Vt. 221, 3 A.2d 521, 526;]

15) provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;

16) provide for organizing, arming, and disciplining, the militia;

17) exercise exclusive legislation in all cases whatsoever, over such District **(not exceeding ten miles square)** the seat of the government of the United States and like authority over forts, magazines, arsenals, dockyards, and other needful buildings;

18) make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

President(s) was given no powers to legislate by executive order, the "ONLY" lawful powers (9) We the People gave to the President are found in **Article II Section 2,** whereas the President shall have power to:

1) be commander in chief of the Army and Navy of the United States, and of the militia of the several states, <u>when called</u> into the actual service of the United States;

2) require the opinion, in writing, of the principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment;

3) by and with the advice and consent of the Senate, to make treaties, provided two thirds of the Senators present concur;

4) nominate, and by and with the advice and consent of the Senate, shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law;

5) fill all vacancies that may happen during the recess of the Senate;

6) shall from time to time give to the Congress information of the state of the union, and recommend to their consideration such measures as he shall judge necessary and expedient;

7) on extraordinary occasions, convene both Houses, or either of them, and in case of disagreement between them;

8) shall receive ambassadors and other public ministers;

9) shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.

The only lawful jurisdiction given to the courts are under law and equity and both jurisdictions are governed by **Article VI** which decrees:

> *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

The "ONLY" lawful powers we the People gave to the Judiciary are found in **Article III Section 1&2** whereas the Court's powers are as follows:

1) The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish [*federal district courts*];

2) The judges, both of the supreme and inferior courts, shall hold their offices during good behavior;

3) The judicial power shall extend to all cases, in law and equity arising under:

   a. this Constitution;

b.   the laws of the United States;

c.   treaties made, or which shall be made, under their authority;

d.   all cases affecting ambassadors, other public ministers and consuls;

e.   all cases of admiralty and maritime jurisdiction;

f.   controversies to which the United States shall be a party;

g.   controversies between two or more states;

h.   between a state and citizens of another state;

i.   between citizens of different states;

j.   between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens there of, and foreign states, citizens or subjects;

k.   In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party.

4)   The Supreme Court shall have original jurisdiction in all the other cases before mentioned;

5)   The Supreme Court shall have appellate jurisdiction, both as to law and fact;

6)   The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

# TAKE JUDICIAL COGNIZANCE[38] OF BILL OF PROHIBITIONS

The constitution includes the "**Bill of Rights**" which is actually a "Bill of Prohibitions" (21+) and therefore places restraints upon governments rule making. These restrictions are congress shall make:

1)   no law respecting religion, or prohibiting the free exercise thereof;

2)   no law abridging the freedom of speech;

3)   no law abridging the press;

4)   no law abridging assemble of the People;

5)   no law abridging petitions for a redress of grievances;

6)   no law abridging a regulated Militia, being necessary to the security of a free State;

7)   no law abridging the People to keep and bear Arms;

8)   no law abridging People to be secure in their persons, houses, papers, and effects;

9)   warrants shall issue only upon probable cause, supported by Oath and particularly describing the place to be searched, and the persons or things to be seized;

10) no person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury;

11) no person shall be subject for the same offence to be twice put in jeopardy of life or limb;

12) no person shall be compelled in any criminal case to be a witness against himself;

13) no person shall be deprived of life, liberty, or property, without due process of law;

14) no private property shall be taken for public use, without just compensation;

15) in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury;

---

[38] **JUDICIAL COGNIZANCE.** Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.] Jurisdiction is the authority by which courts and judicial officers take ognizance of and decide cases. [Board of Trustees of Firemen's Relief and Pension Fund of City of Marietta v. Brooks, 179 Okl. 600, 67 P.2d 4, 6; Morrow v. Corbin, 122 Tex. 553, 62 S.W.2d 641; State v. Barnett, 110 Vt. 221, 3 A.2d 521, 526;]

16) Assistance of counsel shall not be denied (take note the American BAR was founded in NY August 21, 1878, almost 100 years later);

17) in common law where the value in controversy shall exceed twenty dollars the right of trial by jury shall be preserved;

18) no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law;

19) excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted;

20) the People have more unalienable rights, their behavior shall not be legislated;

21) powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the states or to the people;

Government servants have been entrusted with the Peoples business and some have abused their power to enslave or sell the American People as cattle. The BAR has beguiled you with power, compartmentalized many, others have turned a blind eye for filthy lucre and some are just useful idiots.

Therefore it is conclusive that there are 21 powers given to our legislatures, 9 powers given to the President, 21+ prohibitions and all courts are to act only under common law. Among these powers nowhere can it be found authority from the People to perform any of the aforementioned unconstitutional acts or to create statutes controlling the behavior of the People, private corporation administrative acts and rules, a/k/a corporate charters are **HEREIN DECREED NULL AND VOID**.

Judges rest upon fraudulent appellate court rulings and statutes that are repugnant to the Constitution while they convince themselves that by following such statutes they are immune from penalties should the People become aware of their fraud. Take notice we are aware of the fraud and your feeble response is misguided and subject to serious legal consequences should you choose to remain silent and fail to act.

Because rights are unalienable, legislators cannot legislate (abolish) them away no matter what the BAR has instructed you. Rights come from God and not man; therefore not even the People can give them up for themselves or others. Once we the People ordained common law the law of the land no man can abrogate it; to claim to do so is an act of war against the People and their God.

Unconstitutional acts are not law[39] and no one is bound to obey them.[40] Judges are expected to maintain a high standard of judicial performance[41] and when they violate the Constitution they cease to represent the government,[42] become liable for damages[43] and lose any immunity they may think they have.[44] "*State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights.*"[45] "Decency, security and liberty alike demand that government officials be subjected

---

[39] "An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton vs Shelby County 118 US 425 p. 442**

[40] "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." **16th American Jurisprudence 2d, Section 177 late 2nd, Section 256**

[41] "Judges must maintain a high standard of judicial performance with particular emphasis upon conducting litigation with scrupulous fairness and impartiality." **28 USCA 2411; Pfizer v. Lord, 456 F 2d 532; cert denied 92 S Ct 2411; US Ct App MN, (1972).**

[42] "...an...officer who acts in violation of the Constitution ceases to represent the government." **Brookfield Co. v Stuart, (1964) 234 F. Supp 94, 99 (U.S.D.C., Wash.D.C.)**

[43] "...an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual', not his official capacity..." **70 AmJur2nd Sec. 50, VII Civil Liability.**

[44] "Government immunity violates the common law maxim that everyone shall have a remedy for an injury done to his person or property." **Firemens Ins. Co. of Newawk, N.J. v. Washburn County, 2 Wisc 2d 214 (1957)**

[45] Gross v. State of Illinois, 312 F 2d 257; (1963)

to the same rules of conduct that are commands to the citizen;"[46] "*Judges have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*"[47] "*No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence.*"[48]

Therefore all servants acting in concert under color of law, statute, regulations, and custom that are willfully or ignorantly depriving the People of our unalienable rights and immunities secured and protected by the Constitution for the United States of America are hereby ordered to stand down, correct this matter by signing the attached Mandamus and by such actions we will accept that you are attempting to take responsibility for past abuses and making a good faith effort to amend bad behaviors beginning now and we the People will move forward without looking behind.

Let us remind you that governments are instituted among Men, deriving their just powers from the consent of the governed, that whenever any Form of Government becomes destructive of these ends, it is the Right [and duty] of the People to alter it.

WHEREFORE, WE THE PEOPLE BY OUR OWN PREROGATIVE UNDER SEAL COMMAND the accounting of your Stewardship by Obeying and Answering the following under penalty of perjury:

Answers through counsel are insulting, placing salt upon open wounds and will be determined as non-answers and thereby have been predetermined by the People to be in non-compliance and will result in the issuance of a true bill presentment upon all conspirators, clerks, lawyers and judiciary alike.

Answers by the sending of repugnant forms or the returning of quo warranto have also been predetermined by the People to be in non-compliance and will result in the issuance of a true bill presentment upon both clerk and conspiring judiciary.

All federal judges are COMMANDED to comply and obey the common law as defined under the <u>Article VI paragraph 2 of the common law United States Constitution</u> and its common law capstone Bill of Prohibition [Rights]. You have a duty to speak and act; therefore silence can only be interpreted as complicity with the conspiracy to over throw the Peoples' government of the United States of America.

    i.    Failure to preserve, protect and defend the Constitution for the United States <u>Article II Section 1</u> is to war against the People;

    ii.    Failure to secure the blessings of liberty <u>Preamble</u> is to war against the People;

    iii.    Failure to repel and protect each state against invasions from within to destroy the Peoples' Republican form of government <u>Article IV Section 4 and Article I Section 8 paragraph 15</u> is to war against the People.

Every day you resist the will of the People, U.S. Constitution, places Liberty in greater jeopardy and in so doing We the People will hold you responsible and will require compliance to the utmost weight of the

---

[46] "Decency, security, and liberty alike demand that government officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face." **Olmstead v U.S., 277 US 348, 485; 48 S. Ct. 564, 575; 72 LEd 944.**

[47] Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

[48] Ableman v. Booth, 21 Howard 506 (1859)

highest law, for the domestic enemy of our Republic cannot endure without your support because you alone are holding in the balance Peace or War.


**YOU ARE HEREBY ORDERED:**

5    1)  To order all clerks to obey the law by filing and processing all True Bills from common law grand juries as required by law under <u>18 USC §2076 & §2071</u>;

2)  All judges are ordered to command all state and federal judges to obey the law of the land as commanded, <u>United States Constitution Article VI paragraph 2</u>;

3)  All judges are ordered to sign and mail [*to address above*] the attached Mandamus which commands all servants in all courts to cease from obstruction and interference of the Peoples business and access to their courts under <u>18 USC §1512b</u>;

4)  All judges are to confirm with the court clerks that this Quo Warranto has been filed as required by <u>18 USC §2076 & §2071</u> and a time stamped copy has been mailed to the address above;

5)  All judges are to produce a certified copy of your constitutional oath of office, as required by <u>Article VI, Paragraph 3 of the Constitution and 5 USC § 3331</u>;

6)  All judges are to produce affidavits declaring that you did not pay for or otherwise make or promise consideration to secure your office as per <u>5 USC § 3332</u>;

7)  All judges are to produce their personal surety bond; and documentation that establishes your complete line of chain of command delegated authority, including all intermediaries, beginning with the President of the United States, or the Governor of the State you claim authority from;

8)  These documents should all be filed as public records pursuant to <u>5 USC §2906</u> for requirements concerning filing oaths. In the event you do not have a personal surety bond, you may provide a copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty surety bond in the event that you exceed lawful authority.


25  **YOU ARE COMMANDED, UNDER SEAL** to obey items 1 and 2 and provide within <u>seven</u> (7) <u>calendar days</u> from receipt of this demand by mail; items 3 through 8 to the address above **OR** resign your office immediately. Failure to comply with all the demands of this Writ of Quo Warranto will be an admission of your intentional and willful engagement in RICO and HIGH-TREASON against the People and will be subject to presentments or indictments for immediate removal from office and criminal prosecution for the committing of illicit and on-going crimes in a wheel and chain of conspiracy.

**ORDERED under SEAL:**

Originally filed November 10, 2014, refilled May 13, 2015



_____

Grand Jury Foreman

# 𝕌𝕟𝕚𝕗𝕚𝕖𝕕 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 ℂ𝕠𝕞𝕞𝕠𝕟 𝕃𝕒𝕨 𝔾𝕣𝕒𝕟𝕕 𝕁𝕦𝕣𝕪:

### P.O. Box 59; Valhalla, New York, 10595;

THIS IS AN EXTRAORDINARY JUDICIAL ACTION filed via U.S. Postal Service in all 94 Federal District Courts and served upon all parties listed below by fax. All Clerks are to perform their ministerial function under penalty of law USC 18 §2076 to file[1] or deliver to the recipients listed below. Whoever intercepts, obstructs or impedes will be prosecuted to the fullest extent of the law 18 USC §1512(b).[2] This is a matter of national security and it is expected that the recipients, being oath-takers read and understand the nature and gravity of the contents of these papers. This official judicial process executed by the Unified United States Common Law Grand Juries concerning treason against the People of the United States of America in violation of the • United States Constitution Article III Section 3 treason; • 18 USC §2385 advocating overthrow of Government; • 18 USC §2384 seditious conspiracy; • 18 USC §2382 misprision of treason; • 18 USC §2381 treason; • 18 USC §1349 attempt and conspiracy; • 18 USC §1622 subornation of perjury; • 18 USC §115 treason, sedition, and subversive activities; • 18 USC §4 misprision of felony.

The purpose of filing in ALL U.S. Federal District Courts is because of wide spread failing to file 18 USC § 2071.

ARTICLE 1V SECTION 4 *The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion*;

**FILED:** - via US Mail and fax for action

   **United States Supreme Court**; under penalty of law, clerk is to forward to all Justices

   **United States District Courts [94]**; under penalty of law, clerk is to forward to all Judges/Magistrates

**SERVED:** - via fax for action

   All State Courts; under penalty of law, clerk is to forward a copy to all Judges/Magistrates

   United States Congressmen [435] under penalty of law clerk is to forward a copy to all congressmen.

   United States Senators [100] under penalty of law clerk is to forward a copy to all senators.

   Assemblymen all 50 States; under penalty of law clerk is to forward a copy to all assemblymen.

   Senators all 50 States; under penalty of law clerk is to forward a copy to all senators.

   Governors all 50 State; under penalty of law clerk is to forward a copy to Governor.

   All County Sheriffs [3143]; under penalty of law, clerk is to forward a copy to Sheriff.

   Federal Special Agent in Charge [94]; under penalty of law, clerk is to forward a copy to agent.

   US Marshal [94]; under penalty of law clerk is to forward a copy to Marshal.

   Joint Chiefs of Staff; under penalty of law clerk is to forward a copy to Joint Chiefs of Staff.

   State Militia; under penalty of law clerk is to forward a copy to highest ranking officers.

**SERVED:** - via e-mail 1st Amendment duty to inform

   News medias; under penalty of law Editor is to REPORT or PRINT a copy for the People failure to do so will be considered  aiding & abetting the enemy.

This document is not for interpretation by BAR attorneys; "*Laws are made for men of ordinary under-standing and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure.*" - **Thomas Jefferson to William Johnson, 1823 ME 15:450.** All respondent took an oath to uphold and protect the constitution and therefore should understand these documents; if not learn or resign your post.

---

[1] **USC 18 §2076 Clerk is to file:** Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

[2] **18 USC §1512(b)** Whoever obstructs or impedes any official proceeding shall be fined under this title or imprisoned not more than 20 years, or both.

- Unified <u>Alabama</u> Common Law Grand Jury; PO Box 46; Gurley, AL, 35748
- Unified <u>Alaska</u> Common Law Grand Jury; PO Box 240952; Anchorage, AK, 99524-0952
- Unified <u>Arizona</u> Common Law Grand Jury; 2030 W. Baseline Road, Phoenix, AZ, 85041
- Unified <u>Arkansas</u> Common Law Grand Jury; PO Box 234; Roland, AR, 72135
- Unified <u>California</u> Common Law Grand Jury; 2681 Calloway Dr., Box 158; Bakersfield, CA, 93312
- Unified <u>Colorado</u> Common Law Grand Jury; 2000 Wadsworth #168, Lakewood, Colorado, 80214
- Unified <u>Connecticut</u> Common Law Grand Jury; PO Box 225; Southington, CT, 06489
- Unified <u>Delaware</u> Common Law Grand Jury; PO Box 26337; Wilmington, DE, 19899
- Unified <u>Florida</u> Common Law Grand Jury; 1532 US Hway 41 Bypass So, PMB 301; Venice, FL 34293
- Unified <u>Georgia</u> Common Law Grand Jury; PO Box 587; Millen, GA, 30442
- Unified <u>Hawaii</u> Common Law Grand Jury; PO Box 7222; Ocean View, HI, 96737
- Unified <u>Idaho</u> Common Law Grand Jury; 16433 No Midland Boulevard, Suite 83; Nampa, ID, 83687
- Unified <u>Illinois</u> Common Law Grand Jury; PO Box 494; Wadsworth, IL, 60083
- Unified <u>Indiana</u> Common Law Grand Jury; PMB 344, 2113 East 62nd Street; Indianapolis, IN, 46220
- Unified <u>Iowa</u> Common Law Grand Jury; 5006 Sergeant Road PMB 125; Sioux City, IA, 51106
- Unified <u>Kansas</u> Common Law Grand Jury; PO Box 22; Dearing, KS, 67340
- Unified <u>Kentucky</u> Common Law Grand Jury; PO Box 270; Tollesboro, KY, 411189
- Unified <u>Louisiana</u> Common Law Grand Jury; 5860 Citrus Blvd, SUITE D#131; Harahan, LA, 70123
- Unified <u>Maine</u> Common Law Grand Jury; PO Box 433; Greenfield, ME, 01302
- Unified <u>Maryland</u> Common Law Grand Jury; PO Box 519; Stevensville, MD, 21666
- Unified <u>Massachusetts</u> Common Law Grand Jury; 2 Greglen Ave, Suite 201; Nantucket, MA, 02554
- Unified <u>Michigan</u> Common Law Grand Jury; PO Box 663; South Haven, MI, 49090
- Unified <u>Minnesota</u> Common Law Grand Jury; PO Box 56; Rockford, MN, 55373
- Unified <u>Mississippi</u> Common Law Grand Jury; 313 Telly Road; Picayune, MS, 39466
- Unified <u>Missouri</u> Common Law Grand Jury; PO Box 322; Mount Vernon,  MO 65712
- Unified <u>Montana</u> Common Law Grand Jury; 1106 West Park Street, Box 160; Livingston, MT, 59047
- Unified <u>Nebraska</u> Common Law Grand Jury; PO Box 877; O'Neill, NE, 68763
- Unified <u>Nevada</u> Common Law Grand Jury; PO Box 20263; Reno, NV, 89515
- Unified <u>New Hampshire</u> Common Law Grand Jury; PO Box 4134; Manchester, NH, 03108
- Unified <u>New Jersey</u> Common Law Grand Jury; 957 Broadway, PMB # 126; Bayonne, NJ, 07002
- Unified <u>New Mexico</u> Common Law Grand Jury; PO Box 82; Santa Rosa, NM, 88435
- Unified <u>New York</u> Common Law Grand Jury; PO Box 59; Valhalla, NY, 10595
- Unified <u>North Carolina</u> Common Law Grand Jury; PO Box 391; Saxapahaw, NC, 27340
- Unified <u>North Dakota</u> Common Law Grand Jury 1515 Burnt Boat Dr. PMB 232; Bismarck, ND 58503
- Unified <u>Ohio</u> Common Law Grand Jury; PO Box 547; Jackson, OH, 45640
- Unified <u>Oklahoma</u> Common Law Grand Jury; PO Box 2391 Edmond, OK, 73083
- Unified <u>Oregon</u> Common Law Grand Jury; PO Box 781; Scappoose, OR, 97056
- Unified <u>Pennsylvania</u> Common Law Grand Jury; PO Box 278; Centre Hall, PA, 16828
- Unified <u>Rhode Island</u> Common Law Grand Jury; PO Box 105; CAROLINA, RI 02812
- Unified <u>South Carolina</u> Common Law Grand Jury; 104A Franklin Ave, 302; Spartanburg, SC, 29301
- Unified <u>South Dakota</u> Common Law Grand Jury; 1430 Haines Ave, 108, #224; Rapid City, SD, 57701
- Unified <u>Tennessee</u> Common Law Grand Jury; PO Box 681; Talbott, TN, 37877
- Unified <u>Texas</u> Common Law Grand Jury; PO Box 992; Onalaska, TX, 77360
- Unified <u>Utah</u> Common Law Grand Jury; PO Box 552351; Salt Lake City, UT, 84152-2351
- Unified <u>Vermont</u> Common Law Grand Jury; PO Box 58; Newport, VT 05855
- Unified <u>Virginia</u> Common Law Grand Jury; PO Box 500; Sandston, VA 23150
- Unified <u>Washington</u> Common Law Grand Jury; PO Box 4506; Richland, WA 99352
- Unified <u>West Virginia</u> Common Law Grand Jury; PO Box 1131; Princeton, WV 24740
- Unified <u>Wisconsin</u> Common Law Grand Jury; 2545 Roosevelt Rd, Suite 107-280; Marinette, WI, 54143
- Unified <u>Wyoming</u> Common Law Grand Jury; PO Box 2752; Gillette, WY, 82717-2752

# APPENDIX 4



## House of Representatives
STATE OF OKLAHOMA

September 25, 2024

Oklahoma State Bureau of Investigation
Aungela Spurlock, Director
6600 North Harvey Place
Oklahoma City, Oklahoma 73116

Director Spurlock:

On September 9, 2024, the Oklahoma House of Representatives Criminal Justice and Corrections Committee held an emergency hearing to determine whether the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth collectively received information that children under their care were being physically and sexually abused, yet these agencies failed to take appropriate action to stop the abuse. One witness, Appleseed, a respected 501(c)(3) community action group known for its thorough investigations, provided a comprehensive report confirming that the agencies were aware of abuse at the Tulsa Detention Center. Appleseed submitted this alarming report to all relevant government officials, but it was completely ignored. Following this, the Criminal Justice and Corrections Committee called for immediate and appropriate actions. The committee also heard from three other witnesses who reported and documented firsthand knowledge of criminal conduct within child welfare and the DHS administration.

As Chairman of the Criminal Justice and Corrections Committee, I have the authority granted under 74 O.S. § 150.5(d) to initiate an OSBI investigation by a majority vote of our committee. Article V, Section V-60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances among the officers of the Executive Department and all commissioners, superintendents, and boards of control of State institutions, as well as any other officers entrusted with the collection, receipt, custody, or disbursement of the state's revenue or funds. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

I am providing a formal directive signed by the majority of the Criminal Justice and Corrections Committee, instructing the Oklahoma State Bureau of Investigation to conduct an investigation into possible criminal actions by the Department of Human Services (DHS), Oklahoma Juvenile Affairs (OJA), and the Oklahoma Commission on Children and Youth. The document containing the committee members' signatures details the areas of concern that we believe warrant examination.

Since the September 9 committee hearing, news stations and my office have been inundated with reports of wrongdoing. I would like to include cases that have sufficient substantiation. Please contact Chairman Justin JJ Humphrey if you have any questions.

To the Distinguished Director of the Oklahoma State Bureau of Investigation,

Ms. Aungela Spurlock,

As Chairman of the Criminal Justice and Corrections Committee, I bring forth the initiation of an OSBI investigation into each of two critical and urgent matters. This authority is granted per 74 O.S. § 150.5(d) as our committee has subpoena powers by resolution, but we bring this initiation of an OSBI investigation by authorization of a vote by the majority of our committee. Article V Section V- 60 of the Oklahoma Constitution requires the Legislature to provide an efficient system of checks and balances between the officers of the Executive Department, and all commissioners and superintendents, and boards of control of State institutions, and all other officers entrusted with the collection, receipt, custody, or disbursement of the revenue or moneys of the state whatsoever. As members of the Criminal Justice and Corrections Committee, we do not take this duty lightly.

## INVESTIGATION INITIATION NO.1 DETENTION and CARE FACILITIES
   a.  Investigate abuse and neglect of all children and disabled adults in facilities.
   b.  Investigate knowledge and reporting of abuse and complaints through all levels of oversight. Including but, not limited to: Managers, Administrators, OJA, OCCY, PARB, OKDHS, Judges(if acting in executive duties)
   c.  Investigate violations of state and federal laws of required humane treatment of children and adults incarcerated or in care.
   d.  Investigate electronic devices used to document, record or share abuse.
   e.  Further investigation to all other appropriate caretakers or individuals identified in participation in abusive behaviors, exploitation, or extortion.
   f.  Further investigation to all other appropriate facilities as evidence suggests.

Contact/Reporter Tulsa Juvenile Detention Facility: Sa-Tae Seth McIntosh seth@okappleseed.org
Contact/Reporter OKCYC Juvenile Detention Facility: Mandy Fisher-Reed mandyreed77@yahoo.com
*Contact/Reporter Robert M Greer Center in Enid: Representative Ellen Hefner*
*elleyn.hefner@okhouse.gov*

## INVESTIGATION INITIATION NO.2 OKDHS CHILDWELFARE AND CHILD PROTECTIVE SERVICES ON BEHALF OF 6 FAMILIES AND THEN FURTHER AS EVIDENCE WOULD SUGGEST
   a.  Investigate allegations of abuse appropriately on behalf of children.
   b.  Investigate negligent or fraudulent reporting by child welfare or CPS staff or case workers.
   c.  Investigate knowledge of or reporting of mishandling of referrals through all levels of oversight including but no limited to: Case workers, Supervisors, District Directors, Deputy state directors, State Director, OCCY, PARB, and law enforcement.
   d.  Appropriate engagement of professionals by the OKDHS through state law requiring Multidisciplinary child abuse teams as required by 10a O.S. § 1-9-102.
   e.  Investigate reports and documents for integrity, negligence, fraud, retaliation, and deletion of records.-
   f.  Investigate testimonies in court proceedings for fraud or perjury
   g.  Investigate if/when law enforcement was notified and if correct reporting was provided to law enforcement agency
   h.  Investigate judicial decisions and due process activity in accordance with state and federal law.

i. Investigate possible collusion or inappropriate engagement between attorneys and or judges.

j. Investigate any misrepresentation of a minor child, or disabled adults', testimony by a state employee, attorney, counselor, doctor, judge, etc.

k. Investigate all child interviews for appropriateness of order, process, and reporting (notify and request intervention of FBI in regards to any appearance of illegal search and seizure actions that would constitute a violation of Federal law.

l. Investigate all seizure of assets to determine appropriateness of order, process, and reporting.

m. Investigate all violations of Oklahoma Constitutionally protected rights of all parties. Notify and request intervention of FBI in regards to any appearance of violations of Federally protected constitutional rights. Including, but not limited to, life, liberty and the pursuit of happiness, loss of familial contact, loss of fair opportunity in court, etc.

n. Investigate electronic devices used to record, document or upload case information.

o. Investigate contact between parents and OKDHS for determination of collusion, exploitation or extortion.

p. Further investigations to other children or families as evidence suggests.

Contact/Advocate for minor child G.L.S., dob 7-24-13: Dr. Linh Stephens linhstephens7@gmail.com
Contact/Advocate for minor child A.K.W., dob 11-4-16, A.K.W., dob 11-4-16 Bri'Anne Wiland brinwal@icloud.com
Contact/Advocate for minor child M.N.R., dob 7-4-12: Shawn Reed maddiesdad2024@gmail.com
Contact/Advocate for minor child C.B.W.L., dob 7-12-12: Lisa Woolley whwoolley@gmail.com
Contact/Advocate for minor child D.E.D., dob 12-24-13: Darrell Dougherty dough890@gmail.com
Contact/Advocate for minor children A.R.V., dob 9-22-10; P.F.V., dob 9-25-15; H.S.V., dob 5-2-17: Rosario Chico chico.media.tv@gmail.com

We appreciate your expediency in these matters as these children and at-risk adults could be in pending danger or enduring ongoing permanent damage due to failures that are not of their own doing. We also respect your ability to tenderly deal with minor children or adults who will need gentle care.

Chairman Justin Humphrey_____    Date 09-18-2024

Representative David Hardin_____    Date 9-18-2024

Representative Kevin West_____    Date ___9/18/24___

Representative Danny Williams_____    Date 09/18/24

We, the undersigned lawmakers, wish to express our strong support for the Criminal Justice and Corrections Committee's investigation of the Department of Human Services Oklahoma Commission on Children and Youth.

David Smith

Sincerely,

Chair, Criminal Justice and Corrections Committee

LINCOLN COUNTY
811 MANVEL AVE., SUITE 1
CHANDLER, OK 74834
(405) 258-1674



POTTAWATOMIE COUNTY
400 N. BROADWAY AVE.
SHAWNEE, OKLAHOMA 74801
(405) 275-6800

**ADAM R. PANTER**
DISTRICT ATTORNEY
DISTRICT 23

**ADAM KALLSNICK**
FIRST ASSISTANT DISTRICT ATTORNEY

March 14, 2025

## FOR IMMEDIATE RELEASE:

### RE: Investigation Into Oklahoma Department of Human Services

One of my highest priorities as District Attorney is to ensure the protection of our children's health, safety, and welfare. When our children become victims of heinous crimes, many times at the hands of those who were supposed to love and protect them, it becomes my job to prosecute those offenders and seek justice on behalf of those victims. I believe that child victims are especially vulnerable and all instances of suspected abuse against children need to be treated with the utmost importance. To do this effectively I must rely on my law enforcement partners and other agencies to properly and diligently do their jobs. Recently, I have become aware that the Oklahoma Department of Human Services (OKDHS) has systematically and repeatedly failed to follow State laws designed to protect children suspected of being sexually or physically abused or neglected. That failure to follow the law and policies put in place to protect children has led to subsequent and continuing sexual and physical abuse of children which would otherwise have been prevented. Despite multiple efforts made to obtain compliance, OKDHS has failed to correct their behavior, and I cannot stand to see another child unnecessarily victimized.

Under Oklahoma law, OKDHS must promptly respond to and investigate any report of child abuse or neglect pursuant to Title 10A Oklahoma Statutes § 1-2-105(A). When initiating an investigation, "[t]he primary purpose of the investigation or assessment **shall** be the protection of the child." (emphasis added) Title 10A O.S. § 1-2-105(B)(5) goes on to require OKDHS to investigate reports of child sexual abuse or serious physical abuse using a multidisciplinary team approach provided in Title 10A O.S. § 1-9-102 along with notifying and exchanging investigation information with law enforcement.

Title 10A O.S. § 1-9-102 requires each District Attorney to develop a multidisciplinary child abuse team (MDT) in their district. An MDT is comprised of the District Attorney, law enforcement agents with experience in child abuse investigations, medical personnel with child abuse injury experience, mental health professionals, OKDHS child protective services, and Child Advocacy Center personnel. This team is required to intervene in ALL reports involving child sexual abuse or child physical abuse or neglect in an effort to ensure coordination and cooperation between agencies involved and to minimize further trauma on an abused child. This law also requires a joint investigation between law enforcement and OKDHS child welfare staff when these

reports are made. Such investigations must follow MDT protocols when interviewing those child victims. MDT protocols dictate that a child suspected of being abused must be interviewed by a trained child forensic interviewer following approved forensic interview protocols, preferably recorded at a Child Advocacy Center. This ensures that children are interviewed by trained professionals for potential law enforcement or child welfare investigations, reduce the number of times a child will have to relive their trauma, and ensure that all agencies that should be aware of the alleged abuse are placed on notice, amongst other reasons.

What has been brought to my attention is that in many cases, OKDHS is receiving reports of suspected sexual or physical abuse of children and going out on their own and conducting forensic interviews of those children in the field. Based on these field interviews, which OKDHS is not properly trained to do, OKDHS determines for themselves whether the allegations are credible, and based on this opinion, will close the investigation without ever following the statutory procedures by notifying law enforcement and the child abuse experts of the MDT. I have now been made aware that multiple cases where this has occurred have resulted in children being placed back in the home of their abusers, where they have been subjected to further sexual or physical abuse. There have even been cases where OKDHS received multiple reports of abuse over a period of months, never notifying law enforcement, leaving the children in the home to suffer repeated abuse. Some of these cases were only discovered when vigilant staff at our local Child Advocacy Center notified law enforcement when those same children were later brought in for interviews and medical care due to subsequent abuse.

After being made aware of this, my office and our local Child Advocacy Center began comparing numbers of reports of suspected abuse versus the numbers of children receiving services at the Center. Fortunately, the Child Advocacy Center of Central Oklahoma (CACCO), which is the Child Advocacy Center based in Shawnee and primarily serves District 23, Pottawatomie and Lincoln counties, is very attentive and keeps thorough records. What was extremely concerning were the comparisons between the 2024 CACCO numbers with OKDHS numbers. One example is that in 2024, in Pottawatomie County and Lincoln County combined, OKDHS received 511 reports of physical abuse on children. The number of children who received services from the CACCO in 2024 for suspected physical abuse was 64. That means less than 8% of the reported child physical abuse allegations to OKDHS in that time led to those children receiving services at the CACCO as required by law. In 2024, the number of reports to OKDHS of alleged sexual abuse, physical abuse, or neglect in the district totaled 2,532. During that same period, the number of children receiving services at the CACCO for those reports was 389. That leads to a reasonable conclusion that potentially 2,143 reports of abuse or neglect were never brought to the attention of the CACCO or law enforcement, leaving children allegedly abused in unknown circumstances. This is incredibly alarming, as it indicates a likelihood that OKDHS has failed to follow the law for these types of cases at a much higher rate than previously thought.

After repeated attempts made by law enforcement and child advocates to correct this, OKDHS continues with this behavior. Recent meetings with OKDHS to urge their

compliance with the law have led to some constructive conversations which will hopefully lead to meaningful change. But the willingness to fix these problems does not negate the need to hold OKDHS accountable for their past failures. I have no reason to believe that my district is the only one facing this problem. This failure by OKDHS is likely happening across the state and is a direct reflection on the leadership of OKDHS from the top down. Because it is likely a statewide problem, within the next week I will formally request Attorney General Drummond utilize the Multicounty Grand Jury to investigate this issue to determine if criminal charges are warranted and what steps should be taken to ensure no more children are harmed. Should Attorney General Drummond find this issue unique to Pottawatomie and Lincoln Counties, I will seek to empanel local grand juries within my district to begin investigating or have my own District Attorney Task Force initiate a criminal investigation.

My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to OKDHS failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows.


Adam R. Panter
District Attorney
District 23



## House of Representatives
### STATE OF OKLAHOMA

April 1, 2025

Attorney General Gentner Drummond
Office of the Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

Attorney General Gentner Drummond:

District 23 District Attorney Adam Panter has called on you to establish Multi County Grand Jury.

In his request DA Panter stated, **"My anger towards those who fail to protect children is only eclipsed by my anger towards those who harm them, and I plan to deal with each accordingly. Therefore, I will not let this issue rest or be ignored until justice is obtained for every one of the children who suffered preventable rapes, sexual assaults, physical abuse, or extreme neglect due to DHS's failures. As for those who perpetrated the abuse in the first place, they will be prosecuted as harshly and as aggressively as the law allows."** I don't believe I can say it any better.

I have personally exposed numerous violations and alleged illegal acts of the Oklahoma Department of Human Services (OKDHS), demonstrating the department's gross negligence and failure to protect children from sexual abuse, physical abuse, and neglect. I believe a substantial portion of DHS employees and administration have intentionally ignored or participated in blatant abuse and abhorrent criminal acts. Despite multiple efforts to impose compliance, DHS has refused or failed to correct their dishonest and unlawful conduct. The director of the Department of Human Services and other agencies directors are complicit in addressing their agencies harmful behavior. Government officials responsible for overseeing these agencies have shown little to no interest in investigating the innumerable reported offenses. Attorney General Drummond to delay or prolong an investigation would place numerous children and families at risk. I personally cannot stand to see another child unnecessarily victimized.

DHS, Multidisciplinary Child Abuse Teams (MTD), and our Family Court System have abandoned basic legal principles and forsaken their responsibilities to the public. I have an email in which DHS instructs employees not to speak to legislators. I believe it is unlawful for DHS to threaten employees and prevent them from speaking to legislators. But more importantly, I believe their actions reveal an intent to obscure the truth. I recently requested information on what appears to be a voluntary removal program. The plan is anything but voluntary. DHS threatens families with the removal of children, and if the parents or grandparents refuse to sign, they remove the children. I received information that this DHS program was run by a contracted company. I approximately two weeks ago I asked DHS if they are contracted to remove children and if that company might possibly be owned by a former director.

Remarkably, DHS has failed to respond. I have reports of DHS employees demanding parents sign blank forms, and in some cases, I have reports that DHS is deceiving parents into signing forms to terminate their parental rights.

In one case, I made numerous calls to determine why a child was being removed from their home without probable cause. But despite numerous attempts I could make no contact with an employee. After being unable to reach any DHS representative I left messages explaining that I would be investigating the matter and would seek extortion and child stealing charges against employees if they could not provide justification for the child's removal. DHS attorneys contacted me accusing me of harassing their employees. DHS has refused to provide justification for the child's removal, DHS has harassed and threatened the family to remove the child and then has the nerve to accuse me of harassing DHS employees.

I want to encourage you to launch a multi-county grand jury to investigate the alleged criminal misconduct of all those responsible and tasked with the protection of children.

Sincerely,

Representative Justin JJ Humphrey
District 19



## IN THE DISTRICT COURT OF TULSA COUNTY,
## THE STATE OF OKLAHOMA

DISTRICT COURT
**F I L E D**

'· **OCT 84 2024** ·'

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

Francetta L. Mays,              )
                               )
                               )
                               )
                               )    GJ-2024-1

## AMENDED PETITION TO IMPANEL GRAND JURY

WARNING: It is a felony for anyone to sign a petition for the convening of a grand jury with any name other than his own, or knowingly to sign his name more than once for the convening of a grand jury, or to sign such petition when he is not a legal voter of the county. 22 OS § 311.1

**COMES NOW**, the Petitioner, Francetta L. Mays, respectfully requests that this Court impanel a grand jury to investigate alleged crimes committed against children and their families by employees of Oklahoma State Agencies responsible for child protection. It is alleged that these crimes were committed in collaboration with private entities and multidisciplinary agencies intended to serve the interests of children. This request is made by petition pursuant to 38 OK Stat § 101 (2023).

Petitioner hereby applies to this Court, in accordance with Article 2, Section 18 of the Oklahoma Constitution and 38 O.S. § 101, to convene a grand jury with jurisdiction in Tulsa County to investigate the matters described herein. The grand jury is further requested to indict by information or present accusations for removal against any individuals found culpable, pursuant to Oklahoma Statute, Title 22, §§ 1182, 1193. In support of this petition, Petitioner respectfully shows the following:

On September 16, 2024, the Oklahoma Criminal Justice and Corrections House Committee convened to address allegations of child endangerment (*See Exhibit 1 QR Code*).[1] Testimony was

---

[1]https://sg001-harmony.sliq.net/00283/Harmony/en/PowerBrowser/PowerBrowserV2/20240916/-1/54594?fbclid=IwZXh0bgNhZW0CMTEAAR2feFZuPsApB6loKhUuRchIKZzbTfXVhVa-z6O-KhArr0WUI4fe2vb4f04_aem_lYJsqrcnaUNCFKv0bbbmWQ#handoutFile_



OKLAHOMA
State Courts Network

The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| Linh Tran Stephens, individually and as parent and next of kin of G.L.S., a minor child, Petitioner, | No. MA-122859 ([Writ of] Mandamus) |
|---|---|
| vs | Filed: 02/13/2025 |
| City of Tulsa, Oklahoma, and Department of Human Services, Respondents. | Appealed from: TULSA COUNTY DISTRICT COURT |

## PARTIES

City of Tulsa, Respondent
Department of Human Services, Respondent
STEPHENS, LINH TRAN, Petitioner

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Pro Se | STEPHENS  LINH  TRAN |

*This court improperly revoked in forma pauperis status without legal justification, effectively denying constitutional rights of court access and ability to seek redress against government actions. This arbitrary revocation violates established Supreme Court precedent protecting indigent litigants' fundamental rights to meaningful court access regardless of financial status.*

## EVENTS

None

*Fundamental Rights Violated:*
*First Amendment right to petition the government for redress of grievances*
*Fifth Amendment right to due process*
*Fourteenth Amendment equal protection under the law*
*Access to courts as a fundamental constitutional right*

## LOWER COURT C

| Count | Case Number |
|---|---|
| - | PO-2021-3843 |

*Key Supreme Court Precedents:*
*Griffin v. Illinois (1956): The Supreme Court held that denying court access based on inability to pay fees violates equal protection*
*Burns v. Ohio (1959): States cannot block court access simply because of inability to pay court costs*
*Boddie v. Connecticut (1971): Access to courts cannot be denied solely because of inability to pay fees*
*M.L.B. v. S.L.J. (1996): Reaffirmed that court access is a fundamental right that cannot be denied based on poverty*

## DOCKET

| mDate | Code | Descri |
|---|---|---|

**02-12-2025**   **[ PAUP ]**

PAUPER AFFIDAVIT FOR STEPHENS, LINH TRAN

---

**02-12-2025**   **[ PAY ]**

RECEIPT # 90975 ON 02/13/2025.
PAYOR: LINH TRAN STEPHENS TOTAL AMOUNT PAID: $ 0.00.
LINE ITEMS:
$0.00 ON [WRIT OF] MANDAMUS INITIAL FILING.

---

**02-12-2025**   **[ AAJP ]**

MOTION FOR WRIT OF MANDAMUS FILED BY STEPHENS-PETR PRO SE

---

**02-12-2025**   **[ TEXT ]**

ENTRY OF APPEARANCE BY LINH TRAN STEPHENS PRO SE

---

**02-12-2025**   **[ TEXT ]**

NOTICE OF ORIGINAL JURISDICTION SUPREME COURT PROCEEDING

---

**02-13-2025**   **[ CASE ]**

[WRIT OF] MANDAMUS INITIAL FILING

---

**02-13-2025**   **[ TEXT ]**

JE: PETR TO FILE AN AMENDED PET FOR WRIT OF MANDAMUS AND APPENDIX, ALL SECURELY BOUND AND W/APPENDIX PROPERLY INDEXED AS REQUIRED ETC. IF REQUIRED DOCS ARE NOT FILED ON OR BEFORE 2-25-25, TH/ORIG PROCEEDING MAY BE SUBJECT TO DSML. C/ATTYS

---

**02-13-2025**   **[ TEXT ]**

JE: PETR'S PAUPER STATUS W/REVOKED BY ORDER OF TH/CT ON 9-30-24, IN PROCEEDING 122445. IN ORDER TO COMMENCE A NEW PROCEEDING, PETR IS REQUIRED TO SUBMIT REQUIRED COST DEPOSIT IN COMPLIANCE W/OKLA SUP CT RULES. IF REQ COST DEPOSTI IN TH/ORIG PROCEEDING IS NOT SUBMITTED BY 2-8-25, TH/MATTER MAY BE SUBJECT TO DSML. C/ATTYS



20:51

oscn.net

PRIVATE ARRAIGNMENT OF LINH TRAN
STEPHENS HELD ON THE RECORDER. COURT
ENTERS A PLEA OF NOT GUILTY AND THE
PETITIONER REQUESTS A JURY TRIAL.
PRETRIAL CONFERENCE SET FOR MAY 2, 2025
AT 9:00 AM BEFORE JUDGE LORETTA RADFORD
IN COURTROOM 605. PETITIONER RECOGNIZED

*Special judge practicing law from bench as my attorney
without my consent and overruling my repeated
objections—witnessed by room fulls of lawyers*

JURY TRIAL FEE'S MUST BE PAID PRIOR TO
PRETRIAL CONFERENCE OR THE COURT MAY
PROCEED WITH AN NON JURY TRIAL ON THAT
DATE. **Judge ignored pauper affidavit financially
indigency**

**03-17-2025**

MOTION TO DISMISS/RESPONSE TO
PETITIONER'S "NOTICE OF REMOVAL FROM
STATE COURT TO FEDERAL COURT RE: STATE
OF OKLAHOMA VS. LINH TRAN STETPEHNES
FOR CONTEMPT OF COURT FOR
FRAUDULENTLY-ALLEGED-AND-UNVALIDATED
DEBT, AND ALL CASES RELATED TO LINH
INCLUDING FD-2015-2228 AND JD-2021-270,
ETC"

*prosecutor OKDHS CSS filed motion
in limine for them being the
prosecutor to BLOCK OUT
exculpatory EVIDENCE. That motion
is for me the Defendant of Contempt
proceedings to block out Prejudical
evidence and they using it to block
out exculpatory evidence (truthful
evidence that sets me Defendant free
CORRUPT MUCH?*

Document Available (#1061157102) ⬜TIFF 📄PDF

**03-24-2025**

DEPARTMENT OF HUMAN SERVICES' MOTION IN
LIMINE

Document Available (#1061157899) ⬜TIFF 📄PDF



# OKLAHOMA
# STATE
# COURTS
# NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| In Re the marriage of<br>LINH TRAN STEPHENS,<br>      Petitioner,<br>v.<br>ADAM SYLVESTER STEPHENS,<br>      Respondent. | **No. FD-2015-2228**<br>**(Family and Domestic: DIVORCE WITH MINOR CHILDREN)**<br><br>Filed: 08/20/2015<br>Closed: 07/11/2017<br><br>Judge: FD Docket C |

## PARTIES

STEPHENS, ADAM SYLVESTER, Respondent
STEPHENS, LINH TRAN, Petitioner

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Able Commission | |
| | |
| AGOSTO, SHAR (Bar #32970)<br>AUGUST LAW FIRM PLLC<br>PO BOX 441<br>OWASSO, OK 74055 | STEPHENS, LINH TRAN |
| Davis, David W. (Bar #15067)<br>406 S. BOULDER,<br>SUITE 400<br>TULSA, OK 74103 | STEPHENS, LINH TRAN |
| Kimery, Brenda (Bar #17830)<br>The Law Office of Rhonda Telford Naidu<br>1831 E 71st Street<br>Tulsa, OK 74136 | STEPHENS, ADAM SYLVESTER |
| MOXLEY, CHANDLER M (Bar #33981)<br>MOXLEY LAW FIRM, PLLC<br>2642 EAST 21ST STREET, SUITE 250<br>TULSA, OK 74114 | STEPHENS, LINH TRAN<br>STEPHENS, LINH TRAN |



# ORDER OF RELEASE FROM CUSTODY

TO THE SHERIFF OF TULSA COUNTY, STATE OF OKLAHOMA, it is ordered that said defendant be released, if in your custody for no other cause, immediately upon receipt of this order:

Last name, first, middle, suffix (please print) (show alias¹)

| WARRANT/CASE NUMBER | REASON FOR RELEASE | DESCRIPTION OF CHARGE/CLARIFICATION OF COUNTS |
|---|---|---|
| Stephens Link Tham | | 1282383 pr |
| ED 15-2228 | Time served | Indirect contempt |

**DISTRICT COURT**
**F I L E D**
MAR 2 8 2024
DON NEWBERRY, Court Clerk
STATE OF OKLA, TULSA COUNTY

☐ **ELECTRONIC MONITOR REQUIRED BEFORE RELEASE**

In and for the District Court of Tulsa County, State of Oklahoma, witness my hand this the ___ day of _March_, 20 __

DON NEWBERRY, DISTRICT COURT CLERK
TULSA COUNTY, OKLAHOMA

By _____
Deputy Court Clerk
(Court Seal)

Division/Court _Family/Judi Leitch_

_____
Deputy Sheriff

Received by: _____

Received by: _____ 15¼ JAIL

Form 5421 (Rev. 1-17)

**APPENDIX C**

102a

**05-02-2025  [ TEXT ]**

FORMAL PROTEST OF MARCH 07, 2025, JANUARY 02,2025, AND APRIL 28,2025 ORDERS
Document Available (#1061707916) ☐TIFF    ☒PDF

**05-02-2025  [ CTFREE ]**

JUDGE LORETTA RADFORD: (CHILD SUPPORT ENFORCEMENT DOCKET): PETITIONER NOT PRESENT,
PRO SE. RESPONDENT PRESENT VIA TEAMS, REPRESENTED BY GIL PILKINGTON, PRESENT.
EMMALENE STRINGER PRESENT FOR THE DEPARTMENT OF HUMAN SERVICES.

CASE COMES ON FOR PRETRIAL CONFERENCE ON CONTEMPT AGAINST LINH STEPHENS, HELD ON
THE RECORDER. THE PETITIONER WAS PREVIOUSLY ADVISED THAT THE JURY TRIAL FEE'S MUST BE
PAID PRIOR TO THE PRETRIAL CONFERENCE OR THE COURT MAY PROCEEDWITH A NON JURY
TRIAL ON THAT DATE. THE COURT FINDS THAT THE JURY TRIAL FEE'S HAVEN'T BEEN PAID AT
PROCEEDS ON WITH A NON JURY TRIAL. THE COURT DETERMINES THAT THE PETITIONER (LINH
STEPHENS) ISN'T IN COMPLIANCE WITH THE COURT'S ORDERS. THE RESPONDENT MET HIS
BURDEN BY CLEAR AND CONVINCING EVIDENCE. PETITIONER (LINH STEPHENS) FAILED TO APPEAR
AND A BENCH WARRANT IS ISSUED IN THE AMOUNT OF $13,211.24 PLUS $500.00 COURT FINES.
TOTAL AMOUNT DUE AND OWING TO RECALL THE WARRANT $13,711.24 CASH/MONEY ORDER ONLY.
EXECUTION OF 6 MONTHS SENTENCE IN THE TULSA COUNTY JAIL UPON ARREST. THE ISSUE OF
ATTORNEY FEES IS RESERVED.

**05-08-2025  [ CTFREE ]**

JUDGE LORETTA RADFORD: BENCH WARRANT FOR LINH TRAN STEPHENS IN THE AMOUNT OF
$13,211.24 PLUS $500.00 COURT FINES, ENTERED.

**05-08-2025  [ CTFREE ]**

JUDGE LORETTA RADFORD: ORDER OF THE COURT NON-JURY TRIAL ON CHILD SUPPORT
CONTEMPT MAY 2, 2025, ENTERED.

**05-08-2025  [ BWIS$ ]**                                                                    $ 50.00

BENCH WARRANT ISSUED - SERVICE BY SHERIFF

**05-08-2025  [ O ]**

ORDER OF THE COURT NON-JURY TRIAL ON CHILD SUPPORT CONTEMPT MAY 2, 2025
Document Available (#1061165633) ☐TIFF    ☒PDF

**05-08-2025  [ ACCOUNT ]**

RECEIPT # 2025-4768729 ON 05/08/2025.
PAYOR: PILKINGTON LAW FIRM TOTAL AMOUNT PAID: $ 50.00.
LINE ITEMS:
FD-2015-2228: $50.00 ON AC01 CLERK FEES.

**05-28-2025  [ APLI ]**

APPLICATION FOR ATTORNEY FEES AND COSTS FOR CHILD SUPPORT CONTEMPT - MAY 2025
Document Available (#1059347353) ☐TIFF    ☒PDF

# APPENDIX 5

**AFFIDAVIT of Truth by S[ ]**                          5/5/2025

On Friday, 5/2/2025 at 9:02am, Dr Linh Stephens was on the docket for family court in Judge Loretta Radford's courtroom. I arrived early at 8:00 am to deliver a pre-notarized Protest that Dr Linh Stephens had provided me to present to the court clerk and file into her case as well as a copy to the judge or her court clerk. So, by about 8:20am, both of those requests were complete. The Judge's court clerks name was Kacharra Mansker. Here contact is Kacharra.mansker@oscn.net; phone number, 918.596.5332. I then asked someone in the hallway who was instructing others how to get their documents to the judge how I would know if a court reporter was going to be in court. She said they normally had one. So I went to court and right away noticed that one was not present. So I asked the judge and she said no, they are not normally present. I objected to that as all hearings should be memorialized as part of due process in a court of record before rights can be affected.

OK Constitution Article 2 Section 7

Due Process Definition, Black's Law (4th and 5th Ed)

I had went downstairs to the main court clerk office to see if I could get a copy of a receipt for the one that had been prepaid for by Dr Linh Stephens. The woman there said that she did not see one ordered. I asked to pay for one to get a receipt. They explained that the judge would have to let me know if one was available first. Yet Judge said that I would have to have a receipt first. So, I explained to the judge that I was just downstairs trying to pay for it and they would not let me until the judge told them one was available. They would also not take my money. The filing court clerk said they were going by "the rules" and they knew the rules were that the judge had to approve the court reporter's presence first. I asked them to document what they were telling me were the rules as they understood them and to notarize what they were saying. They refused. I asked who made the rule and when it was made and if I could get a copy of that rule. They said I would need to contact Kim Hall, the court administrator as she was the one that implemented the rule a year ago when court reporters became hard to get. So, I went to her office before court hearing. The lady I spoke with there would not give me her name but said I would need to have the matter handled by the Bailiff, Samantha.Boen@oscn.net ; ph# 918.596.5333. The Baliff said one was being ordered for Dr Stephen's case (yet the court clerk said none was ordered and the judge said none was ordered unless payment was made). So I sat in court and waited for Dr Stephen's case to be called. While I waited, I also noticed in all of the plea deals that were being handled by other Pro Se litigants, that the judge would tell them that by going Pro Se that they were relinquishing their rights to a trial by jury or to call witnesses and more. I stood up to offer advice that the court could not ask them to waive those rights as no laws imparting the obligation of contracts shall be passed like interfering with one's oath to uphold the constitutional rights of We The People.

OK Constitution Article 2 Section 15

I was told to sit down by the judge and was instructed by a Sheriff's Deputy J. Williamson who would not give me his first name or his badge number when I asked that if I interrupted any more that I would be escorted out. I withheld any further interruptions until Dr Stephens' case was called. Dr Stephens case was held til the very end of the day the last case when everyone else left- zero eyes from the public, about 1-1:30pm, when it was finally called. Immediately I asked where the court reporter was and was told again I would need a receipt of payment for his/her presence. I let them know this hearing was not valid if there was no court reporter. They asked if I wanted an audio, I said I'll take what I can get but that the hearing would still be in violations without a court reporter and that I would still be making that report. After listening to a few comments from the prosecution side stating that Dr Stephens was in violations of some recent motions sent, I spoke up explaining that the case was not valid due to jurisdictional issues. The main violation is in US Constitution Article 3 when the state is a party the original jurisdiction is the Supreme Court. Also, Dr Stephens is a Vietnam citizen, which makes another Article 3 violation. The judge asked me my name, of which I explained I was one of The People court

watching for a case and offering advice to the court where I saw it was needed. The judge cut me off before I could make all the other necessary objections and she asked the Sheriff Deputy to escort me out. I asked if that was under the threat of arrest. He said no at first and I therefore said I would not be leaving then. Then he changed his mind and said "yes it was under the threat of arrest". So I let him escort me out without resistance.

I come in peace and love in the name of Christ Jesus to bring you this report of injustices I witnessed in the Tulsa Family court on 5/2/2025 in front of employees of STATE OF OKLAHOMA calling themselves as special judge Loretta Radford, 3 different payment/filing court clerks, judge's clerk Karacharra Mansker, bailiff Samantha Boen, Tulsa court administrator Kim Hall, and deputy sheriff J. Williamson.

Also Included: my audio recordings of my experiences from the day

https://drive.google.com/drive/folders/1QFxefI_qj4Qx9sFyC1vkVsft55ybsRB_?usp=sharing

Sincerely,

███████████
███████

**Notary as JURAT CERTIFICATE**

STATE OF _oklahoma_ )
                              ) ss
COUNTY OF ███████

    On this _6_ day of _may_ , 20_25_ before me ███████, a Notary Public, personally appeared a living woman ███████ the Authorized Representative and Beneficiary for Legal Fiction_____ ), who electronically (remotely) proved to me on the basis satisfactory evidence to be the woman whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her autograph(s) on the instrument the woman executed, the instrument.

    I certify under PENALTY OF PERJURY under the lawful laws of Oklahoma state law and that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature of Notary Jurat

# APPENDIX 6

## Presidential Documents

Executive Order 14147 of January 20, 2025

### Ending the Weaponization of the Federal Government

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

**Section 1.** *Purpose.* The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions. These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives. Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights.

The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process. It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services. The Department of Justice even jailed an individual for posting a political meme. And while the Department of Justice has ruthlessly prosecuted more than 1,500 individuals associated with January 6, and simultaneously dropped nearly all cases against BLM rioters.

Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

**Sec. 2.** *Policy.* It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

**Sec. 3.** *Ending the Weaponization of the Federal Government.* (a) The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b) The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted

to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order. The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c) In furtherance of these policies, departments and agencies are directed to comply with applicable document-retention policies and legal obligations. Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

**Sec. 4**. *General Provisions*. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–01900
Filed 1–27–25; 8:45 am]
Billing code 3395–F4–P


# Presidential Documents

Executive Order 14187 of January 28, 2025

## Protecting Children From Chemical and Surgical Mutilation

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1**. *Policy and Purpose.* Across the country today, medical professionals are maiming and sterilizing a growing number of impressionable children under the radical and false claim that adults can change a child's sex through a series of irreversible medical interventions. This dangerous trend will be a stain on our Nation's history, and it must end.

Countless children soon regret that they have been mutilated and begin to grasp the horrifying tragedy that they will never be able to conceive children of their own or nurture their children through breastfeeding. Moreover, these vulnerable youths' medical bills may rise throughout their lifetimes, as they are often trapped with lifelong medical complications, a losing war with their own bodies, and, tragically, sterilization.

Accordingly, it is the policy of the United States that it will not fund, sponsor, promote, assist, or support the so-called ''transition'' of a child from one sex to another, and it will rigorously enforce all laws that prohibit or limit these destructive and life-altering procedures.

**Sec. 2**. *Definitions.* For the purposes of this order:

(a) The term ''child'' or ''children'' means an individual or individuals under 19 years of age.

(b) The term ''pediatric'' means relating to the medical care of a child.

(c) The phrase ''chemical and surgical mutilation'' means the use of puberty blockers, including GnRH agonists and other interventions, to delay the onset or progression of normally timed puberty in an individual who does not identify as his or her sex; the use of sex hormones, such as androgen blockers, estrogen, progesterone, or testosterone, to align an individual's physical appearance with an identity that differs from his or her sex; and surgical procedures that attempt to transform an individual's physical appearance to align with an identity that differs from his or her sex or that attempt to alter or remove an individual's sexual organs to minimize or destroy their natural biological functions. This phrase sometimes is referred to as ''gender affirming care.''

**Sec. 3**. *Ending Reliance on Junk Science.* (a) The blatant harm done to children by chemical and surgical mutilation cloaks itself in medical necessity, spurred by guidance from the World Professional Association for Transgender Health (WPATH), which lacks scientific integrity. In light of the scientific concerns with the WPATH guidance:

(i) agencies shall rescind or amend all policies that rely on WPATH guidance, including WPATH's ''Standards of Care Version 8''; and

(ii) within 90 days of the date of this order, the Secretary of Health and Human Services (HHS) shall publish a review of the existing literature on best practices for promoting the health of children who assert gender dysphoria, rapid-onset gender dysphoria, or other identity-based confusion.

(b) The Secretary of HHS, as appropriate and consistent with applicable law, shall use all available methods to increase the quality of data to guide practices for improving the health of minors with gender dysphoria, rapid-onset gender dysphoria, or other identity-based confusion, or who otherwise seek chemical or surgical mutilation.

**Sec. 4**. *Defunding Chemical and Surgical Mutilation.* The head of each executive department or agency (agency) that provides research or education grants to medical institutions, including medical schools and hospitals, shall, consistent with applicable law and in coordination with the Director of the Office of Management and Budget, immediately take appropriate steps to ensure that institutions receiving Federal research or education grants end the chemical and surgical mutilation of children.

**Sec. 5**. *Additional Directives to the Secretary of HHS.* (a) The Secretary of HHS shall, consistent with applicable law, take all appropriate actions to end the chemical and surgical mutilation of children, including regulatory and sub-regulatory actions, which may involve the following laws, programs, issues, or documents:

(i) Medicare or Medicaid conditions of participation or conditions for coverage;

(ii) clinical-abuse or inappropriate-use assessments relevant to State Medicaid programs;

(iii) mandatory drug use reviews;

(iv) section 1557 of the Patient Protection and Affordable Care Act;

(v) quality, safety, and oversight memoranda;

(vi) essential health benefits requirements; and

(vii) the Eleventh Revision of the International Classification of Diseases and other federally funded manuals, including the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition.

(b) The Secretary of HHS shall promptly withdraw HHS's March 2, 2022, guidance document titled ''HHS Notice and Guidance on Gender Affirming Care, Civil Rights and Patient Privacy'' and, in consultation with the Attorney General, issue new guidance protecting whistleblowers who take action related to ensuring compliance with this order.

**Sec. 6**. *TRICARE.* The Department of Defense provides health insurance, through TRICARE, to nearly 2 million individuals under the age of 18. As appropriate and consistent with applicable law, the Secretary of Defense shall commence a rulemaking or sub-regulatory action to exclude chemical and surgical mutilation of children from TRICARE coverage and amend the TRICARE provider handbook to exclude chemical and surgical mutilation of children.

**Sec. 7**. *Requirements for Insurance Carriers.* The Director of the Office of Personnel Management, as appropriate and consistent with applicable law, shall:

(a) include provisions in the Federal Employee Health Benefits (FEHB) and Postal Service Health Benefits (PSHB) programs call letter for the 2026 Plan Year specifying that eligible carriers, including the Foreign Service Benefit Plan, will exclude coverage for pediatric transgender surgeries or hormone treatments; and

(b) negotiate to obtain appropriate corresponding reductions in FEHB and PSHB premiums.

**Sec. 8**. *Directives to the Department of Justice.* The Attorney General shall:

(a) review Department of Justice enforcement of section 116 of title 18, United States Code, and prioritize enforcement of protections against female genital mutilation;

(b) convene States' Attorneys General and other law enforcement officers to coordinate the enforcement of laws against female genital mutilation across all American States and Territories;

(c) prioritize investigations and take appropriate action to end deception of consumers, fraud, and violations of the Food, Drug, and Cosmetic Act by any entity that may be misleading the public about long-term side effects of chemical and surgical mutilation;

(d) in consultation with the Congress, work to draft, propose, and promote legislation to enact a private right of action for children and the parents of children whose healthy body parts have been damaged by medical professionals practicing chemical and surgical mutilation, which should include a lengthy statute of limitations; and

(e) prioritize investigations and take appropriate action to end child-abusive practices by so-called sanctuary States that facilitate stripping custody from parents who support the healthy development of their own children, including by considering the application of the Parental Kidnaping Prevention Act and recognized constitutional rights.

**Sec. 9**. *Enforcing Adequate Progress.* Within 60 days of the date of this order, the heads of agencies with responsibilities under this order shall submit a single, combined report to the Assistant to the President for Domestic Policy, detailing progress in implementing this order and a timeline for future action. The Assistant to the President for Domestic Policy shall regularly convene the heads of agencies with responsibilities under this order (or their designees) to coordinate and prepare for this submission.

**Sec. 10**. *Severability.* If any provision of this order, or the application of any provision to any person or circumstances, is held to be invalid, the remainder of this order and the application of any of its other provisions to any other persons or circumstances shall not be affected thereby.

**Sec. 11**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 28, 2025.*

[FR Doc. 2025–02194
Filed 1–31–25; 8:45 am]
Billing code 3395–F4–P

# Presidential Documents

Executive Order 14152 of January 20, 2025

## Holding Former Government Officials Accountable for Election Interference and Improper Disclosure of Sensitive Governmental Information

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1.** *Purpose.* In the closing weeks of the 2020 Presidential campaign, at least 51 former intelligence officials coordinated with the Biden campaign to issue a letter discrediting the reporting that President Joseph R. Biden's son had abandoned his laptop at a computer repair business. Signatories of the letter falsely suggested that the news story was part of a Russian disinformation campaign.

Before being issued, the letter was sent to the CIA Prepublication Classification Review Board, the body typically assigned to formally evaluate the sensitive nature of documents prior to publication. Senior CIA officials were made aware of the contents of the letter, and multiple signatories held clearances at the time and maintained ongoing contractual relationships with the CIA.

Federal policymakers must be able to rely on analysis conducted by the Intelligence Community and be confident that it is accurate, crafted with professionalism, and free from politically motivated engineering to affect political outcomes in the United States. The signatories willfully weaponized the gravitas of the Intelligence Community to manipulate the political process and undermine our democratic institutions. This fabrication of the imprimatur of the Intelligence Community to suppress information essential to the American people during a Presidential election is an egregious breach of trust reminiscent of a third world country. And now the faith of Americans in all other patriotic intelligence professionals who are sworn to protect the Nation has been imperiled.

National security is also damaged by the publication of classified information. Former National Security Advisor John R. Bolton published a memoir for monetary gain after he was terminated from his White House position in 2019. The book was rife with sensitive information drawn from his time in government. The memoir's reckless treatment of sensitive information undermined the ability of future presidents to request and obtain candid advice on matters of national security from their staff. Publication also created a grave risk that classified material was publicly exposed.

To remedy these abuses of the public trust, this Order directs the revocation of any active or current security clearances held by: (i) the former intelligence officials who engaged in misleading and inappropriate political coordination with the 2020 Biden presidential campaign; and (ii) John R. Bolton.

**Sec. 2.** *Policy.* (a) It is the policy of the United States to ensure that the Intelligence Community not be engaged in partisan politics or otherwise used by a U.S. political campaign for electioneering purposes. The term ''Intelligence Community'' has the meaning given the term in section 3003 of title 50, United States Code.

(b) It is the policy of the United States that individuals who hold government-issued security clearances should not use their clearance status to influence U.S. elections.

(c) It is the policy of the United States that classified information not be publicly disclosed in memoirs, especially those published for personal monetary gain.

**Sec. 3.** *Implementation.* (a) Effective immediately, the Director of National Intelligence, in consultation with the Director of the Central Intelligence Agency, shall revoke any current or active clearances held by the following individuals:

(1) James R. Clapper Jr.

(2) Michael V. Hayden

(3) Leon E. Panetta

(4) John O. Brennan

(5) C. Thomas Fingar

(6) Richard H. Ledgett Jr.

(7) John E. McLaughlin

(8) Michael J. Morell

(9) Michael G. Vickers

(10) Douglas H. Wise

(11) Nicholas J. Rasmussen

(12) Russell E. Travers

(13) Andrew Liepman

(14) John H. Moseman

(15) Larry Pfeiffer

(16) Jeremy B. Bash

(17) Rodney Snyder

(18) Glenn S. Gerstell

(19) David B. Buckley

(20) Nada G. Bakos

(21) James B. Bruce

(22) David S. Cariens

(23) Janice Cariens

(24) Paul R. Kolbe

(25) Peter L. Corsell

(26) Roger Z. George

(27) Steven L. Hall

(28) Kent Harrington

(29) Don Hepburn

(30) Timothy D. Kilbourn

(31) Ronald A. Marks

(32) Jonna H. Mendez

(33) Emile Nakhleh

(34) Gerald A. O'Shea

(35) David Priess

(36) Pamela Purcilly

(37) Marc Polymeropoulos

(38) Chris Savos

(39) Nick Shapiro

(40) John Sipher

(41) Stephen B. Slick

(42) Cynthia Strand

(43) Greg Tarbell

(44) David Terry

(45) Gregory F. Treverton

(46) John D. Tullius

(47) David A. Vanell

(48) Winston P. Wiley

(49) Kristin Wood

(50) John R. Bolton

Two signatories, Patty Patricia A. Brandmaeir and Brett Davis, are deceased.

(b) Within 90 days of this order, the Director of National Intelligence, in consultation with the Director of the Central Intelligence Agency, shall submit a report to the President through the National Security Advisor that details:

(i) any additional inappropriate activity that occurred within the Intelligence Community, by anyone contracted by the Intelligence Community or by anyone who held a security clearance, related to the letter signed by the 51 former intelligence officials;

(ii) recommendations to prevent the Intelligence Community or anyone who works for or within it from inappropriately influencing domestic elections; and

(iii) any disciplinary action—including the termination of security clearances—that should be taken against anyone who engaged in inappropriate conduct related to the letter signed by the 51 former intelligence officials.

**Sec. 4**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*January 20, 2025*.

[FR Doc. 2025–01954
Filed 1–28–25; 8:45 am]
Billing code 3395–F4–P

# APPENDIX 7

**FOLDER OF EVIDENCE:**

**https://tinyurl.com/4cdv5u56**

**or**

**https://drive.google.com/drive/folders/14l4cntRRl8op1tJkttvus7pdbAr9BBfM**

OSCN.net case No. FD-2015-2228 has Evidence of Extensive Abuse and Misconducts against Oklahoma and its actors. This includes sealed court documents and affidavits from numerous professionals (child psychologists, teachers, doctors, nurse practitioners), pictures, videos, voice recordings, all exclusively detailing the father's extensive abuses with his accomplice the STATE OF OKLAHOMA and its employees, some altered evidence can be found at
https://www.oscn.net/dockets/GetCaseInformation.aspx?
db=tulsa&number=FD-2015-2228&cmid=2867157

Crucially, no mental health concerns were raised about the mother by anyone outside of Tulsa County employees, and mother's primary care doctors affirmed her healthy mental health and its strength, directly refuting the Guardian Ad Litem's (G.A.L.) defaming statements about "anxiety" and even if (a big "IF") that was true, Mental Health must not be discriminated again to commit robberty against them—that's ADA discrimination in and of itself for "presumed mental illness". The G.A.L. is not a mental health expert but he decided to become a perjurious lawyer collaborating with a convicted felon OKDHS CPS caseworker to commit crimes against Plaintiff and her firstborn female offspring.

Child's Diary in Folder Above verified  by school teacher and child psychologist:
"i love mommy 100%, i love daddy 1%... happy 4th of July. It's about freedom and i wish To be free from daddy. i don't love daddy because he makes me sleep naked and he took a picture of me naked and he made me sit on other peoples laps and he took me to the swimming pool others man try to touch me. July 21, 2020 when is my prayer answered? and why is daddy not dead yet and i want freedom from daddy. July 22, 2020 i feel happy because i'm with mommy. August, 8th 2020... He told me not to take a shower when my shower time comes. Why is daddy angry all the time? I'm scared to say i Love mommy or i miss mommy in front of daddy. He usually scream at mommy and lie about mommy. [drawing of] evil Heart Lady Alice in wonderland [labeled as] daddy... August 9, 2020 Daddy again today told me "I'm going to talk to the attorneys about this" after i told him i have to go take a shower. i explain to him my own bedtime routine since forever and need to shower at 08:15 so i can fall asleep by 9 but he won't listen and got mad and again threaten me with attorneys [drawing of dad with horns and mom with halos]... September 1, 2020 Last week i slept with daddy multiple nights more than half the week and he didn't stop me. Now i am with mommy yay. September 17, 2020 Last tuesday, daddy forgot me at school and school closed…"

# APPENDIX 8

I, Jeri Townsend, in this Affidavit of Facts, declare the following statements under penalties of perjury to be true and correct to the best of my personal knowledge and belief, and if called as a witness, I could competent testify to the matters stated in this document.

December 17,2022
Tulsa County Court System and District Attorney Steve Kunzweiler,
500 S. Denver
Tulsa, Ok 74103

To Whomever Cares About the Children,

I would first like to introduce myself. I am a Family Nurse Practitioner practicing since 2001, an RN since 1993. As a medical professional, it is a REQUIREMENT that I report any suspicious concerns or behavior of child endangerment or abuse. It is the duty of the courts to investigate my report. That DID NOT happen.

In December of 2021, G.L. Stephens, a child in my neighborhood, randomly disclosed to me in a private situation that her own father, Adam Stephens, was putting her in sexually abusive or at the least sexually concerning situations. She divulged being forced to sleep in his bed naked, not having a toilet seat or door on her bathroom and sitting on strange men's laps in the past. She reported he would hit or choke her dog to punish her. She divulged she was afraid of her dad. Due to the concerns, I had no choice but to make a report. I contacted CPS and received a reporting number of 2200561. I was told by the female intake worker, that I could check on my report usually after 24 hours. I tried. It did not give me any information. I tried the following day and no report found. I contacted a friend who works for DHS and she stated the report was removed. I did not get questioned, contacted by police or any investigators whatsoever! I did find out a few days later, that G.L. Stephens was removed from her "Mommy's" (what G.L calls her mom) care on 12-3-22 removed from her school, Miss Helen's. Imagine my SHOCK when a child I reported as being in danger with her father was removed from her "Mommy's" home and placed with her father!! SERIOUSLY!!! THIS IS NEGLIGENCE by the court system and if anything happens to G.L. Stephens in her father's care, I will be sure to testify I reported her at risk and no one investigated.

Once I realized I was dealing with a corrupt situation, I began to be more frustrated that my testimony was being quashed 100% by G.L. STEPHEN'S OWN ATTORNEY, Stephen E. Hale. He objected to my testimony at every turn which I find beyond contradictory. He should be the one person who is asking me questions, gaining all knowledge and not working hand in hand with the biological father's attorney. It is one thing going through a criminal case and quite another a case designed to PROTECT a child! It would have been much better to put G.L. Stephens in the care of a grandparent, close friend or foster care while these concerns were investigated. In addition, in the transcript, the judge interjected and makes the judged blocked me from answering the questions, specifically interjecting "physical abuse" when the attorney was asking if I made the DHS referral based on sexual abuse. Then once she injected physical, she would not let me answer but to say yes or no which with her interjecting does not read the way it should have for my testimony to be correct. I do not pretend to know the case in its entirety, but I KNOW that her mom is a great mom, protective, loving, supportive, helpful, invests her personal time and works to educate her children doing fun tasks. She is in NO POSSIBLE WAY a threat to G.L. Stephens. In fact, I did not think it was even possible that G.L.Stephens would have had the opportunity to watch the movie of concern, TAKEN. Interestingly, one day it was just starting when I was scrolling through my TV guide in February 2022, so I recorded it and watched it a day or so later on 2/8/22 when my husband was working late. Have you watched it to see if the case makes sense? There is no way G.L. Stephens would know the name of the movie without watching from the beginning and was alertly watching the entire show. There was NO rape in the movie. No way to see rape; inferring a sexual encounter is possible of course. I am clear on what rape is like; you can confirm by reviewing the Tulsa County case I testified in. Praise God Colorado is not corrupt and he will be incarcerated until his death. There is NO rape in the movie! G.L. Stephens did not see a naked scene in the movie, in my opinion because she did not watch it. But, even had she had the opportunity, it did not show rape and is NOT GROUNDS TO REMOVE HER FROM HER LOVING MOTHER or her baby brother. Now there was certainly violence in the movie. It was rated PG-13, not R; however, it did not show what is being alleged. Worst case scenario, they would go through classes and she would be restored to her mom at least 50/50. G.L needs to be with her "Mommy" where she was always happy and

dancing, laughing, playing, singing, drawing, making soap and sharing with neighbors, swimming and all things kids should be doing.

G.L. Stephens in my opinion, would not have known the term "Rape" without being coerced. She was happy, playing, a little girl, drawing, running around with pets including mine at times, laughing and she liked to talk. During her time at my house, dancing around to music, eating and playing with our boxer, Daisy, G.L. Stephens and I spoke about life and divorce. My boys deal with divorce and we talked about what it is like and how different the two homes could be for kids. I even talked about how our boys would play us to get double gifts etc. She laughed sheepishly. In our comparisons, she divulged her fears and concerns of sleeping naked.

I am writing this affidavit because I do not feel like the police or DHS investigated my claims at all. I find this interesting since I am a licensed medical provider for more than 2 decades and an RN for essentially 30. We are not in the business of lying, but of trying to help people to become their healthiest. One thing for sure, G.L. Stephens is not getting justice! Tulsa County is not investigating or protecting her. Allowing corruption has to stop! We need reform. We need our children protected. We need the children's attorney's working only on the child's behalf, investigating for them and NOT working with any side's attorneys!

If you are reading this letter, then you have the power and opportunity to step up and research this case and others like it in Tulsa. You will answer to God Almighty one day about every case you touch. All I am asking for is an investigation, placing G.L. Stephens in an independent site away, from the parents, so she can be free to speak and open up about what has happened to her. Get her to a safe haven. Get her case resolved and back with her family that love her. It has been ONE FULL year since she has seen her grandparents, brother, cousins or family on her Mom's side. Alienation to one side of the family is torture too. You could even require her to have time with her grandparents and brother. They should not have to pay to have time with her. They are not dangerous.

Please remove corrupt actors from G.L. Stephen's case. Please investigate it. Please protect her.

Sincerely,


Jeri Townsend, MS, APRN, FNP-C


STATE OF OKLAHOMA    )
                     )  ss
COUNTY OF TULSA      )


Sign name: _____


Printed name: <u>Jeri Townsend</u>

The undersigned, a Notary Public in and for said County, in said State, hereby certify that <u>Jeri Townsend</u> whose name is signed to the foregoing instrument, and who is known to me, or provided the following identification document(s) <u>Oklahoma Driver's License</u> subscribed and sworn before me on this day that, being informed of the contents of the instrument, s/he executed the same voluntarily on the day the same bears date.

Dated this <u>18</u>th day of <u>December</u>, 2022.


_____

NOTARY PUBLIC


My commission expires: <u>10/28/2025</u>

on # <u>21014202</u>

[SEAL]



# GENERAL AFFIDAVIT

STATE OF _Georgia_

COUNTY OF _Gwinnett_

PERSONALLY came and appeared before me, the undersigned Notary, the within named _James Lovett_, who is a resident of _GWINNETT_ County, State of _Georgia_, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

DATED this the _15_ day of _June_, 20_20_

_James Lovett_
Signature of Affiant

SWORN to subscribed before me, this _15_ day of _June_, 20_20_

_____
NOTARY PUBLIC

My Commission Expires:
_August 6, 2022_



# Alliance Wellness South

2001 Collinswood Drive
Snellville Georgia 30078

(678) 882-2916

Date    06/15/20

This report covers G██ S██████ (DOB ██████13) who at the first counseling session was 4 year old and started counseling with this therapist, Jim Lovett, from August 2017 to May 2020. During this period of time, G██'s complaints and conversations centered around many subjects of negativity from Adam Stephens (G███'s father), to include but not limited to issues at Adam's residence, how Adam treats Linh Stephens (G███'s mom), how G███ is not allowed to talk to Linh whenever Adam is around, how Adam often forgets important events at school, G███ fearing Adam and expressed her fears of him constantly, how Adam often forgets to bring G███s medications to school, then progressed to G███ having multiple death wishes on her dad "so [she] can run away from 'daddy'."

The first issue has been an ongoing issue since G██'s first therapy session. This issue involves G██ sleeping with Adam in the same bed while naked. At the time, it was advised by myself that G██ be allowed to sleep in her own bed and be weaned off of sleeping with both Adam as well as Linh at their respective residences. Linh Stephens has complied but it appears that as of our last session on 05/01/2020 that G██ still continues to sleep naked with her father Adam. This is a continual growing concern as sleeping with any grown man naked, even a father, is not becoming of a young female almost 7 year old. This issue is of even more concern due to the fact that G██ has mentioned that Adam also sleeps naked. G██ was not able to elaborate on this to help me determine if this meant that Adam slept in underwear or full nude. Nonetheless, this is a continual concern and Adam Stephens refuses to comply. Adam also posted publicly on his facebook account pictures of G██ sitting on many old men's laps, half-naked pictures of G██, G██ with makeup on, G██ being transported in slingshot improperly restrained. G██ also disclosed to me that she has been left alone in semi-truck for many hours by Adam. G██ this year 2020 has repeatedly expressed her continual wishes for Adam to die "so [she] can run away from him without him knowing because [she's] scared of him"

The second issue involves the anxiety that G██ displays when she talks to Linh Stephens via phone or facetime whenever G██ is with Adam. I have reviewed several video recordings of Linh's calls to G██ and it is clear that the child is withdrawn and reserved when Adam is next to G██. Upon discussing the issue with G██, it is clear that G██ is fearful of Adam and displays a very high level of anxiety when discussing this topic. I believe that there is a level of emotional abuse that is occurring from Adam which is causing the child to become more reserved when speaking to Linh within Adam's presence only; outside of Adam's presence, G██s very playful and loving to

her mother. This is a very clear defense-mechanism and of enormous concern due to the fact that suppressing a child's ability to express herself is extremely detrimental to her emotional stability later in life. It not only affects the child but also affects the mother-daughter dynamic. Of note, G█████ has also mentioned multiple times that she would see that Linh is calling but her father Adam would be seen hanging up on Linh's call and wouldn't let G█████ talk to Linh.

The third issue that G█████ has brought up is that Adam oftentimes will talk bad about Linh or talk about court-related issues in front of G█████. G█████ has made statements that have been said by Adam to include but not limited to "Linh is not your real mother", "Linh is a liar", "I have caught your mother in a lie", and "your mother doesn't love you". Although I feel that G█████ is dealing with this issue extremely well by now, no child should be continually told these things. Upon counseling G█████ she understands that these comments from Adam do not represent the truth. These comments do not seem to affect G█████'s relationship with her mother at this time, but there is concern for how it affects her relationship with Adam Stephens. This issue causes G█████ distress in that G█████ must lie and constantly agree with Adam in order to please him while G█████ is under Adam's care. This act of pretending that Adam is correct in what he says while knowing that these comments are false causes distress and internal struggles for a child.

The fourth issue that G█████ has presented during therapy includes her activities at school during Adam's week and during Linh's week. I do not believe that G█████ yet understands that she never has time to participate in fun extracurricular activities while with Linh is because Linh is tasked with doing the homework, reading assignments, and picking up the general slack that has been dropped while G█████ is with Adam. G█████ often talks about how Adam will "forget" assignments at home, forget books at home, forget important dates for projects, being taken to school on holidays when school is closed, and be dressed wrong for school. She has brought up the fact that she has missed out on activities at school due to being dressed in street clothes when she should have been dressed in uniform. Although grades and being able to participate in activities ultimately have low consequences in passing the class, the emotional and social impact to children of this age are immense. If these activities continue, this will increase the child's risk of being bullied, developing low self-esteem, and overall lack of sense of belonging.

The fifth issue was elaborated by G█████ when discussed. The issue involves Linh Stephens accepting G█████ from Adam Stephens during hand off, and Linh noticing that G█████ smelled of urine. When this subject was brought up to G█████, G█████ stated that Adam many times would promise her baths with "bath bombs", but when Adam "forgets to pick up bath-bombs", he would proceed to not have G█████ bathe for half to a whole week at a time. This is an ongoing issue and not an isolated incident.

The sixth issue that has been brought up by G█████ is her questioning if her father Adam loves her or not. When asking her to explain, she has stated that "daddy would often forget to give me my medications, if you loved someone, why would you forget?" I am paraphrasing as I do not recall the exact verbiage used but this comment was made in

reference to when Adam has forgotten to bring pain medication to G████'s school after her dental surgery. G████ also explains that Adam have oftentimes confused about how much medication to give her for various illnesses.

When discussing the above issues with G████ she has always been afraid to discuss openly about Adam at the beginning of each session and made me promise her to "not tell daddy", due to fear that Adam will somehow find out and she "will be spanked with a belt". G████ states that Adam always wants her to be happy and nothing else. She fears that if she displays any other emotion, that it would make him upset and spank her. I do not know what triggers have made Adam upset enough to spank the child but G████ should never be punished for (1)Loving her mother, (2)Disagreements between Adam and Linh, (3)Displaying normal human emotions such as love, anxiety, sadness, or fear. Adam has been invited to therapy sessions, and during his first visit he was late, proceeded to raise his voice in disagreement to what G████ was saying, and adamantly insisted that G████ does not need to see a psychologist, and would not stop yelling so I had to remove G████ from the room, then asked Adam to calm down but he didn't, so I had Adam removed by threat of police. Adam said he won't show up again because "there is nothing wrong with G████"

I could go on, but I hope that the picture that I have presented is enough to clearly show the undue mental, emotional distress, sexual grooming, that Adam exerted on G████ and how Adam does not have G████s best interests in mind. Adam does not allow the mother to know where or who is babysitting the child, and has done everything he can to undermine the mother-child relationship through deception and negative talk about the mother. Adam does not allow G████ to have a healthy mother-daughter relationship and seems to do everything in his power to destroy their relationship, even resorting to violence(spanking) and anger outbursts. In my professional opinion, the father should not have unsupervised visits with his child and the child would further benefit greatly from limited to preferrably no interaction with Adam Stephens.

Jim Lovett, MS, LPC



July, 3rd 2020

I Love Mommy 100%
and I want to stay
with her forever. ♥

I Am scared of daddy
Ahhh!and I never want to see
him agin. 👎
and I want him to
die!!

Love Mommy

Love daddy





I don't Love daddy because he makes me sleep naked and he took a picture of me naked and he made me sit on other peoples laps and he took me to the swiming pool others mans tap. tray to touch me

8

July 21, 2020

when is my prayer answuered ? and why is daddy not dead yet and I want freedom from daddy.

9

it's almost most my birthday and am only going to invite Alice Eve and Joseph. and Ada becouse of covid 19.


mom's house
vanilla

10

July 22, 2020

I feel happy because im with mommy.



11



I Love unicorn

mom

Grace

12

daddy took me to a
concert last week and
I got a little bit scared
if I get sick too because
I wasn't wearing a
mask



13

July 25, 2020
daddy said "I want
you" to me. and
daddy said that "I Love
you" and I don't think
it's true because he
spank me and force
me to talk to him.
and I think that he
lost his mind because
he told me
that he wants me.

14

Tonight daddy said
that mommy spanked me
but I know it wasn't true,
he is the one that
spanked me. He said
shut up to mommy
and screamed at her
and he said mommy is a
liar in front of me but
I know mommy never
lie

15

I Love nine cats
I Love Nyan cat



16    17

August, 8th 2020
I Am Happy because daddy
didn't call me yeay
because he interrupt my
fun Then He told me
not to take a shower
when my shower time
comes. Why is daddy
angry all the time? I'm
scared to say I Love mommy
or I miss mommy in front
of daddy. He usually scream

18

at mommy and lie about
mommy.



daddy

evil Heart Lady
Alice in a wonderland    19

August 9, 2020
Daddy again today told me
"I'm going to talk to
the attorneys about this"
after I told him I
have to go take a shower
I explain to him my
own bedtime routine
since forever, and need to
shower at 08:15 so I
can fall asleep by 9 but
she won't listen and got

mad and again threaten
me with attorneys.



August, 22, 2020
daddy didn't call me
3 days total this week
and I am very happy
yayyy. I ask mommy when
will I get to stay with her
forever and I don't
want to go back to
daddy; mommy said "I don't
Know"



September 1, 2020
Last week I
slept with daddy
multiple nights more
than half the week
and he didn't stop
me.

Now I am with
mommy yay.

22

23

September 17, 2020

Last tuesday, doddy forgot me at school and school closed and teacher had to text him to come get me.

My teacher also sent some crayons home to daddy because ~~I~~ I couldn't finish all of my math homework during dadd's week because there are no crayon at dadly house

24

this whole school year.

25

---

October 16, 2020

I ~~cryed~~ cried a lot at night because I am upset that I have to go back to daddy in two days. I told mommy" daddy asked me about you last week and I said I Love mommy the best, then daddy gets mad. I want to stay

26

with mommy forever, why won't they let me."

I will continue to pray every night and cry to God.

27

June  14, 2021

My daddy falsely excused my mom of lying about summer reading program in school last week, then tonight my mom showed me the text messages from my teacher Miss Jayme at Miss Helen's Private school reading ██████ Count. My dad didn't let me read the Bible as he promised me he would. Daddy lie too many times to me and to my

28)

mom. I █ never want to get married because they may be ████ bad like my dad.



M.M.
I Love you the most that live on █████ erth
_ grace
6/15/21

29

June  17, 2021

Today we made a father Day gift and I'm not going to give it to daddy because he did not earn it also I'm doing this because he █ lies in front of my face and also he forbidden me to go to summer school and to read the Bible. He also promised me soccer during summer this year

39

and the last 2 years and it made me 😊 😡.

I wish I had a ✓ nice dad and not a • • •

Stupid

Dad!

31



June 19, 2021

Today daddy interrupted my drawing of human faces with face time and I told him ~~when~~ I had to go. He asked why and I said it's none of your business and hung up on him and he was mad as he is angry all the time. He texted mommy on the phone ~~so~~ so I gave the phone to mommy. Mommy talked with him as I

continued my drawing. Mommy was nice and never yell, unlike daddy.

32

33

From: Linh Stephens ▮▮▮▮▮▮▮@gmail.com
Subject: G▮▮▮ diary entry 07-25-20 Daddy said "I want you" to me.. he said mommy is a liar in front of me...
Date: Jul 25, 2020 at 21:44:57
To: Carrie Short, LCSW, BCD cshort@reboundmh.org, Jim (James) Lovett Alliance Wellness South jimlovett@yahoo.com
Cc: ▮▮▮▮▮▮▮▮▮▮▮▮
Bcc: ▮▮▮▮▮@gmail.com



July 25, 2020

daddy said "I want you" to me. and daddy said that "I love you" and I don't think it's true because he spank me ♥ and force me to talk to him. and I think that he lost his mind because he told me that he wants me.

Tonight daddy sa— that mommy spanked — but I know it wasn— he is the one that spanked me. He said shut up to momm— and screamed at her and he said mommy liar in front of. m— I know mommy lie

OBA complaint against Erica Parks and Dale Warner 07-04-22



M Gmail                                    Linh Stephens <              @gmail.com>

# G█ disclosures 08-08-20 "I am happy because daddy didn't call me... told me not to shower" and 08-09-20 "daddy told me I'm going to talk to the attorneys about this"

1 message

**Linh Stephens <          @gmail.com>**                    Sun, Aug 9, 2020 at 9:28 PM
To: "Carrie Short, LCSW, BCD" <cshort@reboundmh.org>
Cc:                              >
Bcc:              @gmail.com, jimlovett@yahoo.com

See attachments

**2 attachments**

📄 **DIARY by G█ and snapshot of Video crotch butt exposed 04-22-20 06-08-20 07-2020 page 12.pdf**
570K

📄 **DIARY by G█ and snapshot of Video crotch butt exposed 04-22-20 06-08-20 07-2020 page 13.pdf**
634K

**GAL Stephen Hale & Erica Parks lied when they said they both talked to Carrie Short and that "Carrie Short told me there is no such diary…"**

OBA complaint against Erica Parks and Dale Warner 07-04-22

2/3/22, 8:21 PM disclosures 08-08-20 "I am happy because daddy didn't call me... told me not to shower" and 08-09-20 "daddy told me I'm going to talk to …

# G▇▇ disclosures 08-08-20 "I am happy because daddy didn't call and 08-09-20 "daddy told me I'm going to talk to the attorneys abou

**Linh Stephens** <l▇▇▇▇▇@gmail.com>

to LCSW,, Husband, bcc: me, bcc: jimlovett

See attachments

---

## 2 Attachments



PDF **DIARY by G▇▇▇a.**



PDF **DIARY by G▇▇▇a.**

[ Reply ]  [ Reply all ]  [ Forward ]



**10-22-2020  DIEPC**                                        STEPHENS, LINH TRAN

DIVORCE IMPACT EDUCATIONAL PROGRAM COMPLETION
Document Available (#1048066359) TIFF    PDF

**11-09-2020  MO**

PETITIONER'S MOTION FOR ORDER OF PARENTAL CONDUCT AND EDUCATION
Document Available (#1048071356) TIFF    PDF

**06-16-2021  CNOTE**

DOCKET C: NOTICE OF PENDING REFERRAL/CONFIDENTIAL DHS RECORDS RECEIVED 6-17-20 DESTROYED;

**06-23-2021  CTFREE**

DOCKET C: THE COURT RECEIVED AFFIDAVITS FROM THIRD PARTIES; THE COURT DID NOT READ THE AFFADAVITS AS IT WOULD BE EX PARTE COMMUNICATION; DOCUMENTS RETURNED TO SENDER, "M.H.P.S.";

**12-07-2021  APLI**

APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER
Document Available (#1050804044) TIFF    PDF

**12-08-2021  CTFREE**

JUDGE JULIE C DOSS:PLAINTIFF NOT PRESENT , REPRESENTED BY ERICA PARKS, PRESENT, DEFENDANT NOT PRESENT, REPRESENTED BY GIL PILKINGTON, PRESENT, EMERGENCY PROTECTIVE ORDER CONTINUED AND SET FOR 12/20/2021 AT 9:00AM JUDGE SPARKMAN .
SEE PO 21 3843 AND FD 15-2228
ORDER OF CONSOLIDATION SIGNED AND ENTERED.
FOR BLUE JEAN VIDEO INSTRUCTIONS, SEE CONDITION 11
SEE JD 21-270, G████████ STEPHENS WAS REMOVED FROM THIS EMERGENCY PROTECTIVE ORDER.

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN RE THE MARRIAGE OF:                    )
                                          )
Linh Tran Stephens,                       )    Case No. FD-2015-2228
        Petitioner,                       )    Docket C
vs.                                       )    Judge April Seibert
                                          )
Adam Sylvester Stephens,                  )
        Respondent.                       )

AFFIDAVIT

STATE OF OKLAHOMA        )
                         )    ss.
COUNTY OF TULSA          )

I, Linh Stephens, being first duly sworn, state:

I have personal knowledge of the facts as stated in the Counter Motion for Modification of
Custody/Visitation filed contemporaneously herewith and state that they are true and correct to the best
of my knowledge.

1.  That on or about mid-November 2021, my daughter, G.L.Stephens, born on July 24, 2013, informed
    me that her father Adam Sylvester Stephens SR, Respondent herein, choked her dog again in front
    of her to almost dead that she had to hit her dad to rescue her dog, and that she is afraid that she
    may die if he was to choke her next.
2.  That my daughter stated that her dad tried to choke the cat also but was not able because the cat
    has sharp claws.
3.  That my daughter stated that her dad used corporal punishment on her by slapping her in her face
    and other various body parts, including her arms and stomach. The minor child reports that this has
    gotten worse in frequency.
4.  That my daughter also stated to me that she wants her dad to die and that she wants to be free
    from her dad.
5.  That my daughter further reported that her father continues to force her to sleep naked in bed with
    him while he sleeps naked beside her. The minor child was an eight (8) and a-half year old female
    and sleeping naked with her father, also naked, is inappropriate.
6.  That my daughter further informed me that she is scared to go back to see her dad.
7.  That despite a Court Order called "Conduct Order" in summer 2020, and my numerous requests for
    Respondent to stop sleeping naked with daughter, to use other forms of discipline other than
    physical discipline of the minor child, Respondent has continued to sleep naked and physically
    discipline the minor child.
8.  That I called the police 11/23/21 and made reports: Owasso Police Report # 2021-2553, Tulsa
    Police Report 2021-060000.
9.  That I called DHS and made a referral and my DHS referral number is 2199067.

*FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative PO-2021-4059, DF-120612, CI-120848, DF-120847, DF-120849,*
*Responses to Respondent's Application for Indirect Contempt Citation Child-Support and to Respondent's Motion to Modify Custody/Visitation,*
*and Petitioner's Counter-Motion to Modify Custody/Visitation and to Order Paternity Test*

10. That I am unable to prevent the Respondent from subjecting the minor child to this abuse and I am fearful that irreparable harm will occur to the minor child.

11. After judicial deception and fraud-on-the courts by Respondent and false witness Bridget O'brien without factual/believable evidence other than hearsays which are not acceptable as evidence per federal and state evidentiary rules, Respondent successfully isolated the child to himself for abuses by taking the child completely from mother, from stable school, from pediatrician (medical doctor for kids), from grandparents, from Vietnamese heritage relatives, from church, from known child psychologists who have active licenses and should continue to be seeing child for mental/emotional abuse by father, NOT by mother.

12. Respondent custodial interfered by delaying scheduling therapeutic visits for mother and it took almost 9 months for him to start first visit with mother and only after mother filed motions and had a hearing about custodial interference 08/19/2022.

13. Child said to the therapist during therapy she wanted to see mother, and as a result, the visit commenced 09/22/2022. This proved that DHS Bridget O'brien/Menser and public defender Sadie Temple lied about the child, putting words into the child's mouth, skipping due process by not ordering child forensic interviews that should be recorded by video to be reviewed by both opposing parties. We all know that child has never said "I never want to see my mother again"). During 11/28/22 visit in front of therapist and mother, child denied that she ever said "I never want to see my mother again", denied that mother made her watch any naked scenes, denied that she knows what "rape" means, and denied ever watching any movie with a man standing behind a boy hurting him–proven that DHS felon Bridget O'brien maliciously lied against child and against mother. Child also made crafts which she wrote in permanent marker during the session and gave to me to bring home and we took a picture "by G_____ [G.L.S. name] I love u guys and I will always remember you [exclamation mark with hearts]. [heart] U J___ (brother), Man, and mommy Linh from i G_____ [G.L.S. name], see Exhibit 2.

14. During these therapeutic visits, child has always came in from father's sole-custody with bruises on her foreheads and she was forced to lie about the bruises so her father won't beat her, she said "soccer ball" which wouldn't explain why 2 spots on both sides of head and looks like being smacked with a hand than a soccer ball because I am a physician I know what soccer ball bruise looks like. Other times, a bruised child lied out of fear of her father "I fell onto cement while running" but without any abrasions or scabs, strictly swelling from being smacked with a hand, see Exhibits 1-2, highly suspicious of continued **physical abuse** as reported by child herself and reported by others. Child is always with greasy hair but now with dandruff (untreated) because of not begging allowed to take showers for weeks at a time in the same pattern as before under father's care; this is **unkempt** and **hygiene neglect**, see Exhibit 3. Child was infected with fungus on face ("tinea" which is the white spots), but father did not treat them at all and it worsened every week, used to have one spot and now all over face; this is continued **medical neglect**, see Exhibit 4.

15. This Affidavit is in compliance with 43 0.S. S 107.4.

FURTHER AFFIANT SAITH NOT.

*FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative PO-2021-4059, DF-120612, CI-120848, DF-120847, DF-120849,*
*Responses to Respondent's Application for Indirect Contempt Citation Child-Support and to Respondent's Motion to Modify Custody/Visitation,*
*and Petitioner's Counter-Motion to Modify Custody/Visitation and to Order Paternity Test*

## VERIFICATION 12 OS 246

STATE OF OKLAHOMA

} ss

COUNTY OF TULSA

    I, **Linh Stephens**, am a woman/mother and Petitioner in this case, I have read the contents within the foregoing document, and state under the penalty of perjury under state laws that the statements/allegations/pleadings set forth therein are true and correct to the best of my knowledge and belief,

*Linh Stephens*
A woman, a mother,
*I reserve all my rights without prejudice,*

**SUBSCRIBED** and sworn to before me this 28 day of November , 2022

**NOTARY PUBLIC**

My commission expires: 9/9/2026

[SEAL]



FD-2015-2228, PO-2021-3843, false JD-2021-270, false/retaliative PO-2021-4059, appeal DF-120819, CI-120818
Responses to Respondent's Application for Indirect Contempt Citation Child-Support and to Respondent's Motion to Modify
Custody/Visitation, and Petitioner's Counter-Motion to Modify Custody/Visitation and to Order Paternity Test

21



Exhibit 1 - contusions/swellings on forehead
under father's temporary sole legal & physical custody

09/22/22
1st therapeutic visit



10/13/22 visit therapeutic

Exhibit 2 - more abrasions/swelling/bruising forehead under father's temporary sole legal & physical custody



Exhibit 3 - hygiene neglect by father's sole cutosty



Exhibit 4 - medical neglect by father's sole custody

# GENERAL AFFIDAVIT

STATE OF _Oklahoma_

COUNTY OF _Tulsa_

PERSONALLY came and appeared before me, the undersigned Notary, the within named _MORIS LACA_, who is a resident of _Tulsa_ County, State of _Oklahoma_, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

· See attached

DATED this the _19_ day of _December_, 20 _21_

_Moris Laca_
Signature of Affiant

SWORN to subscribed before me, this _15_ day _December_, 20 _21_

_____
NOTARY PUBLIC

Kristy Fox
State of Oklahoma
Notary Public

My Commission Expires:
_3/31/26_

To Whom It May Concern,

My name is Moris Laca, MD. I am a physician who knows Dr. Linh Stephens, DO, for 2+ years now as we both have worked in the VA hospital system and were connected through our supervisor Dr. Tuana Diep. When I heard Linh is falsely accused of being abusive to her kid I can guarantee you 100% that she is not abusive; it is more likely a misunderstanding of communication between an 8-year-old girl and CPS social worker and child ad litem who are not qualified child-psychiatrists. As a doctor I know kids at this age does not have full understanding of words and can use words incorrectly and only a forensic child psychiatrist should be interpreting anything that seemed to be out of character for any mom, and especially if a child is taken from a loving mom's care to foster home in the first place. I strongly recommend a forensic child psychiatrist to be involved to set things right for G█████ so she can be free from her true abuser who is G████'s father. G█████ needs to be with the most respected and admired mom that all of us at the VA have known. I find it unacceptable that G█████ is not granted the right to speak in front of the court to provide her own testimony of who the real abuser is.

Linh is a very good mom who is loving, protective of G█████'s innocence, protective of G█████s mental and emotional health; everyone else in the neighborhood, at school, at work, at church knows it and can testify to it. My wife and I would totally trust our children in Linh's care any day any time. She lives a very clean and God-fearing life. Her house has YouTube Kids, Netflix Kids profile for G█████ & ████████, and parental supervision at all times; she doesn't even have cable nor DVD player. G█████ always sings about loving Ryan because of Ryan's Toys Review YouTube channel that she often watches. Linh's house is full of toys for both G█████ and baby ████████, in their individual rooms and overflown to even upstairs. Baby ████████ is so blessed to have his own room, gets to sleep in a big bed with his mom, and to have grandma come visit often.

G█████ wrote in her diary about her life, with her handwriting matching her homework, and writing without being forced using Hey google or Siri to spell for her. My wife and I saw G█████ via Facetime writing her diary in the background many times while we were talking to her mom, and G█████ was happy to write her diary because it lessens her stress from being abused during daddy's week as instructed by her child psychologists. There is no way G█████ would be crying about writing diary in November 2021 when her last entry was 5 months ago June 2021. My wife and I listened to all the songs that she sang so beautifully and spontaneously on 12/01/2021 about how much she loves her mom. She was excited to get to speak to a judge directly and no longer be abused by her dad until DHS took her away from her loving mom.

I heard about the false allegation against Linh's mental health. I can guarantee you that no one is more mentally stable than Linh. Her ex-husband is the one that is likely mentally unstable to be so abusive to his daughter with hard evidences and with child-psychologists and schoolteacher and school director affidavits.

Sincerely,

Moris Laca

12/19/2021

Moris Laca, M.D.





# AFFIDAVIT OF Miss Jayme Wingo-Baker-director of MHPS

To whom it may concern,

My name is Jayme Wingo-Baker, I am the director of MHPS, and I work at Miss Helen's Private school and have done so for over 25 years. Miss Helen's Private School is located at 4849 S Mingo Rd, Tulsa, Ok 74146. As the director of Miss Helen's, I have gotten to know G█████ S███████ throughout the past 3 years and see her nearly daily. I have been able to watch her grow and develop into the child she is today since she started school in fall of 2017.

I, Jayme Wingo-Baker, swear that the information in my sworn statement is truthful to the best of my knowledge.

In the years that G█████ has gone to Miss Helen's Private School, there have been several occasions where there were safety concerns while G█████ was under the care of Adam Stephens. Upon dad speaking to the school, the term "full custody" was what Adam shared with us he had in 2017 when G█████ enrolled for school. As in any case, we ask for a copy of documentation of custody decree, which then was provided, and showed there was "SHARED custody", since divorced, per divorce degree 01/2016. - The following are recurrent patterns of behaviors the last couple of years since G█████ got to Miss Helens in 2017.

1. Semi truck - during the fall of 2019, Adam Stephens was very late in picking up G█████ from school. Upon arriving to school, he parked his semi-truck on the main road as the truck was too large to fit into the parking lot. Adam called into the school to have G█████ escorted to the semi-truck where Adam was parked. Transporting a child in such a vehicle is inappropriate and unsafe in my opinion.

During the months that the students were required to stay at home due to the corona virus, we continued class work through the Zoom app. During Adam's weeks, our staff would often see G█████ riding in the cab of a truck without her coursework. We are not sure if this is the Semi-Truck as we cannot see the exterior of the vehicle, but we have continued concern that G█████ is indeed being transported in the semi truck. This is a serious concern to our staff at Miss Helens.

2. Poor hygiene and improper dress - during a week that G█████ was in the care of Adam Stephens, the school noticed that G█████ was wearing the same clothes for nearly a week. This is not an isolated occurrence as she is often seen in poorly fitting, faded, and in clothes that are in poor repair. Mother has brought up if the staff at the school has noticed if G█████ has ever smelled of urine during Adam's week, we have not, but we have noticed that G█████ has poor hygiene during Adam's week. Additionally, another employee of Miss Helen's, Miss Tara Worley, who takes care of G█████ before school, every morning since 2017, often notices that G█████ appears at school with dirty clothes or improperly dressed for the day. Miss Tara would often see G█████ appear at school during cold weather days without the proper cold weather clothes. This is a moderate concern for neglect.

3. Medical Neglect - 10/25/2018, following G█████'s dental surgery, Adam dropped G█████ off at school without G█████'s pain medications. For most of the day, G█████ was in so much pain that she was not able

to tolerate regular school activities. By lunch time, G███ was in continued discomfort and could not eat lunch secondary to jaw pain. The school was not able to get a hold of Adam in order to get G███'s pain medications. Linh and X███ were contacted and ultimately X███ was able to bring in medications with instructions for G███'s pain.

1/13/2020 - G███ was brought to school with a sinus infection. The school was not supplied with the proper medication nor was the school given instructions concerning her illness. Mother was contacted and was able to supply the school with the proper medications and dosages for each medication.

I, Jayme Wingo-Baker, swear that the information in my sworn statement above is a complete representation of the facts to the best of my knowledge.

# AFFIDAVIT OF Miss Susie Panzer

To whom it may concern,

My name is Susie Panzer, I am a 1st grade teacher for Miss Helen's Private school and have done so for 18 years. Miss Helen's Private School is located at 4849 S Mingo Rd, Tulsa, Ok 74146. As the 1st grade teacher, I get to have close interaction with G███ daily for the majority of the school day. I have been G███'s teacher from August 2019 and continue to be until she starts the 2nd grade in August 2020.

I, Susie Panzer, swear that the information in my sworn statement is truthful to the best of my knowledge.

In the 10 months that I have gotten to teach G███, there have been many school related concerns concerning Adam Stephens.

1. Failure to complete reading assignments - our children are given a yearly goal of 50 books to read at home and test in school. I do not recall the exact number but the majority, >90%, of the books read and passed this year were during mother's weeks. From January until current, there has been 41 books read and only 2 of which were during Adam's week. The attached document highlights the days in which G███ is with Adam and the days in which she is with her mother Linh. As outlined, most of the reading assignments fall on the days that Gr███ is with Linh.

2. Poor parental participation - at Miss Helen's all our children are extremely bright and the staff at Miss Helens strive to push our kids to do the best that they can do. As such, we assign course work to bring home on a weekly basis with the expectation that the child's parents will assist in homework as well as other assigned activities.

    a. September 9, 2019 - During Adam's week, Adam failed to attend a parent/child conference with the school.
    b. December 12, 2020 - Adam no show to G███'s Christmas performance.
    c. January 20, 2020 - Adam Stephens failed to attend G███'s parent teacher conference. To date, it does NOT appear that Adam has attended any parent teacher conference.
    d. March 31, 2020 - during Adam's week, Adam failed to pick up homework packet. Packet was given to mother the following week to finish and return.
    e. March 31 - April 3, 2020 - During Adam's week, G███ failed to attend any of her 3 of 3 zoom meetings.
    f. April 3, 2020 - during Adam's week, Adam failed to turn in and present G███'s science project. This was a semester long project and multiple reminders were sent in the weeks leading up to presentation day.
    g. April 13 to 17, 2020 - during Adam's week, G███ failed to attend 4 of 4 of her assigned Zoom classes.
    h. April 21 2020 - Adam's homework packet is returned with numerous mistakes, unfinished pages, and questions answered that did not follow written instructions.

    i.   May 5 2020 - homework turned in with multiple packets incomplete during Adam's week. Unfinished packets given to mother to finish.

    j.   from March 2020 to current - Adam has failed to complete assigned online homework during all of his weeks to include IXL Math assignments, All The Right Type typing practice, and Coding practice. Of note, in this time frame, Adam also failed to complete several weeks of Spelling city and spelling tests. The weeks that G█████ completed the spelling assignments, records show that she completed all assignments, practice test, and spelling test in less than 12 minutes. It usually takes students an average of 2 hours to complete. It is highly unlikely that G█████ would have been able to complete these assignments in that timeframe.

    k.   Disclaimer - there are too many examples of incomplete work, improperly done work, failure to return homework, failure to return books, and lost books to mention. This pattern of poor parental participation from Adam Stephens is an ongoing issue since the beginning of 1st grade.

3. Tardies - dated 8/27/2019, 10/7/2019, 10/10/2019, 10/14/2019, and 10/23/2019 were all Adam's weeks. The date 10/14/2019 is technically Mother's week but Adam was responsible for dropping off G█████ on that Monday to school.

4. Improper dress - at Miss Helen's, we often send out reminders to parents in the form of weekly newsletters, special event reminders, and text messages. We remind parents to dress children for specific activities such as outdoor water play, swimming lessons, field trips, and picture day. If children do not dress appropriately, they do not get to participate.

    a)   January 21, 2020 - Adam did not dress G█████ in uniform for picture day. Another student's uniform had to be used.

    b)   March 6, 2020 - Adam forgot to dress G█████ in uniform for field trip day. Linh and Xuyen were called but both were >30min from home and would not have made it home on time to deliver clothes. A fellow student's parents let G█████ borrow clothes for the field trip.

    c)   There are numerous other days that Adam has improperly dressed G█████ for school that were not properly documented.

I, Susie Panzer, swear that the information in my sworn statement above is a complete representation of the facts to the best of my knowledge.



**Student Reading Report (Page 2)**
STUDENT: S_____ , G_____


PROGRESS MONITORING

READING COUNTS!

Time Period: 08/18/14 – 05/22/20




| DATE | BOOK | AUTHOR | LEXILE® | READING LEVEL | GRL | SCORE | POINTS | WORDS READ |
|------|------|--------|---------|---------------|-----|-------|--------|-----------|
| 03/26/20 | Sword In The Stone, The | Maccarone, Grace | 200 | 1.7 | J | 100% | 1 | 373 |
| 03/25/20 | More Spaghetti, I Say! | Gelman, Rita Golden | 10 | 1.6 | G | 100% | 1 | 340 |
| 03/24/20 | Henry & Mudge In The Green... | Rylant, Cynthia | 480 | 2.5 | J | 100% | 2 | 764 |
| 03/13/20 | Henry & Mudge & Long Week-end | Rylant, Cynthia | 340 | 2.5 | J | 87% | 2 | 979 |
| 03/12/20 | Henry & Mudge Get Cold Shivers | Rylant, Cynthia | 480 | 2.1 | J | 87% | 2 | 675 |
| 03/10/20 | Henry & Mudge Take The Big... | Rylant, Cynthia | 400 | 2.1 | J | 87% | 2 | 882 |
| 03/02/20 | Henry & Mudge & Starry Night | Rylant, Cynthia | 440 | 2.1 | J | 87% | 1 | 464 |
| 02/28/20 | Henry & Mudge: The First Book | Rylant, Cynthia | 420 | 2.2 | J | 87% | 2 | 814 |
| 02/27/20 | Henry & Mudge & The Wild Wind | Rylant, Cynthia | 400 | 2.2 | J | 100% | 2 | 778 |
| 02/25/20 | Henry & Mudge & The Wild Wind | Rylant, Cynthia | 400 | 2.2 | J | 62% | 0 | 0 |
| 02/14/20 | Henry & Mudge & Best Day... | Rylant, Cynthia | 470 | 2.5 | J | 75% | 2 | 618 |
| 02/14/20 | Feathers For Lunch | Ehlert, Lois | 720 | 1.9 | D | 87% | 1 | 111 |
| 02/13/20 | Duck On A Bike | Shannon, David | 240 | 1.8 | H | 100% | 1 | 411 |
| 02/11/20 | Henry & Mudge & Bedtime Thumps | Rylant, Cynthia | 540 | 2.4 | J | 87% | 2 | 618 |
| 02/10/20 | Big Red Barn | Brown, Margaret Wise | 640 | 1.9 | H | 100% | 1 | 333 |
| 02/07/20 | Fly Guy's Big Family | Arnold, Tedd | 460 | 2.5 | | 87% | 1 | 362 |
| 02/04/20 | Amelia Bedelia | Parish, Peggy | 120 | 2.5 | L | 75% | 2 | 1,559 |
| 02/03/20 | Green Eggs And Ham | Seuss, Dr. | 30 | 2.2 | J | 87% | 2 | 756 |
| 01/31/20 | Bed For The Winter, A | Wallace, Karen | 240 | 1.7 | G | 75% | 1 | 489 |
| 01/30/20 | Clifford's Family | Bridwell, Norman | 450 | 1.5 | J | 100% | 1 | 347 |
| 01/28/20 | Clifford The Big Red Dog | Bridwell, Norman | 220 | 1.9 | K | 75% | 1 | 232 |
| 01/21/20 | Thelma The Unicorn | Blabey, Aaron | 520 | 2.1 | | 87% | 1 | 403 |
| 01/17/20 | I Love Spiders | Parker, John | 260 | 1.6 | H | 100% | 1 | 85 |
| 01/16/20 | Don't Wake Up Mama! | Christelow, Eileen | 290 | 1.7 | I | 87% | 1 | 374 |
| 01/07/20 | Scooby-Doo! Treasure Hunt | Barbo, Maria S. | N/A | 1.5 | NR | 75% | 1 | 435 |
| 12/16/19 | D.W. Flips | Brown, Marc | 220 | 1.9 | I | 62% | 0 | 0 |
| 12/13/19 | D.W. Flips | Brown, Marc | 220 | 1.9 | I | 62% | 0 | 0 |
| 12/12/19 | Pig The Pug | Blabey, Aaron | 390 | 1.3 | | 100% | 1 | 245 |
| 12/09/19 | Tomorrow's Alphabet | Shannon, George | N/A | 1.3 | D | 100% | 1 | 170 |
| 12/06/19 | I Love You Because You're You | Baker, Liza | 450 | 1.8 | F | 75% | 1 | 186 |
| 12/05/19 | Dolphin's Big Leap! | Weinberger, Kimberly | 40 | 1.5 | H | 100% | 1 | 216 |
| 12/03/19 | Prince Fly Guy | Arnold, Tedd | 270 | 1.7 | | 87% | 1 | 228 |
| 12/02/19 | Dolphin's Big Leap! | Weinberger, Kimberly | 40 | 1.5 | H | 62% | 0 | 0 |

# Student Reading Report



**STUDENT: STEPHENS, ▇**

**School:** Miss Helen's Private School
**Teacher:** Susie Panzer
**Grade:** 1
**Class:** Snowy Owls

**READING COUNTS!**

**Time Period:** 08/18/14 – 05/22/20

Lexile®: N/A
Points: 120

## Goal Progress: Points

| | |
|---|---|
| Current Annual Goal | 0 Points |
| Progress Toward Goal | 120 Points |
| Total Points Earned (YTD) | 120 Points |
| Avg. Attempts per Book | 1.1 Attempts |

| DATE | BOOK | AUTHOR | LEXILE® | READING LEVEL | GRL | SCORE | POINTS | WORDS READ |
|---|---|---|---|---|---|---|---|---|
| 05/14/20 | Junie B. Jones / Graduation | Park, Barbara | 330 | 2.2 | M | 100% | 3 | 6,385 |
| 05/10/20 | Biscuit's Big Friend | Capucilli, Alyssa Satin | 310 | 1.6 | H | 100% | 1 | 138 |
| 05/08/20 | Mac And Cheese And The Per-fect... | Weeks, Sarah | 500 | 2.3 | | 100% | 1 | 489 |
| 05/08/20 | If You Give A Pig A Party | Numeroff, Laura | 430 | 2.5 | G | 100% | 1 | 228 |
| 04/24/20 | Scooby-Doo/Mummies At The Mall | Herman, Gail | 160 | 2.1 | J | 100% | 2 | 838 |
| 04/23/20 | Henry & Mudge & Annie's Good... | Rylant, Cynthia | 400 | 2.5 | J | 100% | 2 | 602 |
| 04/22/20 | Splash! Splash! | Herman, Gail | 30 | 2.1 | J | 100% | 1 | 466 |
| 04/21/20 | One Happy Classroom | Simon, Charnan | 200 | 2.4 | D | 100% | 1 | 65 |
| 04/20/20 | Biscuit's Day At The Farm | Capucilli, Alyssa Satin | 260 | 1.7 | | 100% | 1 | 144 |
| 04/10/20 | MSB Comes To Its Senses | Earhart, Kristin | 440 | 2.2 | L | 100% | 1 | 922 |
| 04/09/20 | Fire Fighters | Simon, Norma | 410 | 2.1 | H | 100% | 1 | 305 |
| 04/09/20 | Fancy Nancy: Poison Ivy Ex-pert | O'Connor, Jane | 320 | 2.1 | | 100% | 1 | 512 |
| 04/07/20 | Chester | Hoff, Syd | 170 | 2.1 | J | 100% | 2 | 679 |
| 04/07/20 | Messy Bessey's Garden | McKissack, Patricia and Fre-drick | 0 | 2.2 | I | 100% | 1 | 110 |
| 03/28/20 | Let's Read About/Christopher C... | Weinberger, Kimberly | 250 | 1.9 | H | 100% | 1 | 456 |
| 03/27/20 | Witch Goes To School, The | Bridwell, Norman | 400 | 1.9 | | 100% | 1 | 477 |

## Using This Report

**Purpose:** This report provides a comprehensive review of students' participation in the Reading Counts! program.

**Follow-Up:** Review the data points on the report for indicators of low performance and intervene accordingly.













SPLLING D

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/16 – 3/20 | | | | | | | | | | |
| Fri. 3/13 | | 0 | | | | 0 | | | | 0 |
| Thurs. 3/12 | | 0 | 15 | 25 | | 0 | | | | |
| Wed. 3/11 | | | | | | | | T | | |
| Tues. 3/10 | | T | T | | | | T | | | |
| Mon. 3/9 | | T | | T | | | | | | |
| Fri. 3/6 | | | | | | | | | | |
| Thurs. 3/5 | | | | | | | | | | |
| Wed. 3/4 | | | | | | | | | | |
| Tues. 3/3 | | T | T | | | | | | | |
| Mon. 3/2 | | | | | | | | | | |
| Fri. 2/28 | | | | | | | A | | | |
| Thurs. 2/27 | | | | | | | | | | |
| Wed. 2/26 | | T | T | | | | | | | |
| Tues. 2/25 | | T | T | | | | | | | |
| Mon. 2/24 | | T | T | | | | | | | |

**CLASSROOM CHECKLIST**

NAME

1. ▮▮▮▮
2. ▮▮▮▮
3. ▮▮▮▮
4. ▮▮▮▮
5. ▮▮▮▮
6. ▮▮▮▮
7. ▮▮▮▮
8. ▮▮▮▮
9. G. Stephens ▮

Student Activity

4/27/2020

# GENERAL AFFIDAVIT

**STATE OF** _Washington_

**COUNTY OF** _Kitsap_

PERSONALLY came and appeared before me, the undersigned Notary, the within named _CARL & HELEN <JOHNSON_, who ~~is~~ are a resident~~s~~ of _KITSAP_ County, State of _WASHINGTON_, and makes this ~~his/her~~ their statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of ~~his/her~~ their knowledge:

(Insert Statement)
see attached

DATED this the 29th day of MAY, 20 20

_Carl Johnson   Helen Johnson_
Signature of Affiant

SWORN to subscribed before me, this 20th day MAY, 20 20

B. Merlene Cooper
NOTARY PUBLIC

My Commission Expires:
03-19-2024

RE: Linh Tran Stephens and Adam Sylvester Stephens, Sr.

To Whom It May Concern:

We are Carl and Helen Johnson, who were part of the church family of both Adam and Linh Stephens from March 2013 – July 2015, when they attended Peninsula Bible Fellowship, located in Bremerton, WA. I (Carl) was an Elder of the church at that time, and I (Helen) was, and continues to be the Executive Director of the Pregnancy Resource Services of Kitsap County.

As witnesses of Linh and Adam's interaction, and being involved closely in their lives, we witnessed how Linh single-handedly had to handle her whole household, from working full-time at the ER/Urgent Care, being pregnant (3rd trimester), paying bills, doing chores at home, and running errands because Adam had seizures and many random episodes of "spacing out" and "losing track of time", something he confided with other couples at Bible studies, and asked for prayers for healing. During this time period, Adam was also very open to his medical condition and spoke freely about his struggles with seizures and inability to do many tasks of daily living.

Linh, on the other hand, was forced to carry the weight of her husband without any support from family (who were all in Texas). Because of our friendship with Linh and Adam, we were aware of the struggles Linh faced with caring for Adam. Once Linh gave birth to G███ the burden became even more acute. Given Adam's inability to work, and his frequent outbursts of anger due to medical issues, Linh not only had concerns for herself, but increasing concerns for G███s safety. Despite frequent outbursts, anger, and threats of physical abuse, Linh continued to stay with Adam to help take care of him and his deteriorating health.

Due to poor financial decision making by Adam, Adam and Linh were forced to move into an 18-foot trailer, which he kept across the sound (e.g. Puget Sound) from where Linh worked. Linh and Adam originally lived in a 3-bedroom house, but due to Adam's excessive spending and recreational activities, he spent them into massive debt which resulted in the couple having to live in the trailer. We were convinced that this tiny trailer was no place to raise a baby. The trailer is far too cramped to have a safe sleep area for a baby as co-sleeping has very high risks of sudden infant death, suffocation, or strangulation. There was no room for a crib, rocker, play pen, or safe area for a baby. This is a condition that I (Helen) would be compelled to counsel my clients to avoid if at all possible, as this is NOT a safe place to raise a baby.

Adam eventually agreed to bring the trailer to our side of the sound which is closer to Linh's work place, and did his best to care for G████ during the day. By this time, we realized that Linh needed a more stable living arrangement, and we offered to have her and G███ come live with us. We offered our home for Linh and G███ because Linh would often be kept up by Adam's outbursts. His outbursts would continue through the night and would keep both Linh and G███ up.

When Linh got off work, she would rush home to the trailer to see G███ and once G███ was asleep, and Adam was about to fall asleep, Linh would drive back to our house with G███ When Linh brought G███ to our house from Adam's trailer, we would find that G███s diaper was rarely changed. We would find that she would often have severe diaper rashes and she looked to have not been cared for throughout the day.

During this period of time, on several occasions, Adam would inform Linh that he was going to take G███ with him on trips to Oregon, California, and Arizona against Linh's will or pleadings. It seemed to us that this was extremely risky, and it certainly disregarded G███'s well-being, especially being separated from her mother. It was additionally risky due to Adam's inability to take care of himself due to frequent seizures. We were aware that Adam would frequently have seizures where he would lose track of time for hours at a time, sometimes lasting 6 hours, where he would sit and stare into space. With this knowledge, we did not understand how he intended on taking care of G███ full-time, without Linh's help, and without our and Linh's supervision.

Despite our concerns and pleadings, Adam did ultimately have guardianship over G███, and we the Johnson's did not.

Since these trips were random and spontaneous, it wasn't unusual for Adam to suddenly show up at our house, without any advanced notice, and drop G███ off saying that he can't *"handle G███"*, and that G███ *"stressed him out too much"*, and then immediately leave. He would drop G███ off without any supplies, nor would he offer any assistance to insure that she would be properly taken care of. He would give us the baby with whatever G███ had on her back and leave. At that point, Linh would have to find a babysitter on her own without Adam's help. (NOTE: The babysitter was either a church friend, us, or her Vietnamese friend.) Adam would proceed to abandon G███ with us and Linh, and disappear from their lives for weeks to months at a time. Since we had heard Adam make comments that he had difficulty handling G███, we had concerns (during his trips) when we and Linh were not available for him to drop G███ off. We had concerns that he would find random strangers to take care of this young child. We had concerns that he would lock her in the trailer while he drives in the Jeep due to annoyance and inability to handle her. We had concerns that he would abandon her on the road because she would stress him out too much. In the end, we are blessed that the people he decided to abandon G███ with was with us, the Johnsons.

G███ was well taken care of during Linh's work by either us or a hired babysitter. Linh herself, despite a short night of sleep, would drive G███ to the babysitter's house, and then pick G███ up herself after work. Adam was nowhere in sight during these times. He was not able to be reached via email or phone during his trips for weeks or months at a time.

To the best of our recollection, these are the events and circumstances we observed during this period of time in the lives of Linh, Adam, and G███.

Sincerely,

Carl Johnson

Helen Johnson

# GENERAL AFFIDAVIT

**STATE OF** _TEXAS_

**COUNTY OF** _DALLAS_

PERSONALLY came and appeared before me, the undersigned Notary, the within named ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ who is a resident of _Tarrant_ County, State of _Texas_, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

(Insert Statement)

DATED this the _31st_ day of _March_ 20 _22_

_____
Signature of Affiant

SWORN to subscribed before me, this _21st_ day _March_, 20 _22_

_____
NOTARY PUBLIC

THIEN QUOC HOANG
Notary Public, State of Texas
Comm. Expires 07-30-2023
Notary ID 132108798

My Commission Expires:
_7/20/23_

To Whom This May Concern,

We are Khanh Thi Nguyen and Joseph Tran, and we are parents of Linh Stephens and maternal grandparents of G████ ████ (DOB ██████████ and ██████████████████████
We want to make it clear and in writing:

Baby ████████ lives with his biological parents Ms. Linh Stephens and ██████████ in Oklahoma full-time. █████doctor is in Oklahoma also. During holidays, Linh and ████ would visit us in Texas--sometimes with G███ too if the holiday falls onto Linh's week of custody since Adam Stephens her biological father likes to isolate/withhold G███ from all of us. ████ does not live here in Texas, does not have residency here in Texas, and his parents do not need our help babysitting.

Sincerely,     3/31/2022



KHANH T NGUYEN

Khanh Thi Nguyen (DOB 03/26/1952) & Joseph Tran (DOB 07/18/1958) as Linh Stephens' parents and Grace & J████ maternal grandparents

THIEN QUOC HOANG
Notary Public, State of Texas
Comm. Expires 07-30-2023
Notary ID 132108798





I Love you mom and I

I Love my dog











