FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 2, 2025

Christopher M. Wolpert  
Clerk of Court

---

LINH TRAN STEPHENS,

    Plaintiff - Appellant,

v.

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants - Appellees,

and

JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al.,

    Defendants.

No. 25-5063  
(D.C. No. 4:24-CV-00216-JDR-CDL)  
(N.D. Okla.)

---

**ORDER**

---

    This matter is before the court on Appellant's appendix and supplemental appendix which the court received on September 26, 2025. This matter is proceeding on a record on appeal. ECF No. 7. If Appellant desires to add documents to the record on appeal, she must file an appropriate motion to supplement the record. Any such motion must comply with Tenth Circuit Rule 27.1. The court will receive, but not file, the appendix volumes.

                                                Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk