FILED  
United States Court of Appeals  
Tenth Circuit

January 28, 2026

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

LINH TRAN STEPHENS,

    Plaintiff - Appellant,

v.

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants - Appellees,

and

JOHN DOES 1-10, employees of Child Support Services of Oklahoma Department of Human Services, et al.,

    Defendants.

No. 25-5063  
(D.C. No. 4:24-CV-00216-JDR-CDL)  
(N.D. Okla.)

---

**ORDER**

---

Before **CARSON**, **BALDOCK**, and **KELLY**, Circuit Judges.

---

The Court entered an Order and Judgment terminating this appeal on January 16, 2026. On January 26, 2026, appellant filed (1) a motion to stay the mandate pending a petition for certiorari and (2) a *Motion for Full Disclosure Under FDRPTA 2025*. Both motions are denied.

                                              Entered for the Court

                                              Per Curiam