UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 09, 2026

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**    **25-5063, Stephens v. Child Support Services of Oklahoma, et al**
Dist/Ag docket: 4:24-CV-00216-JDR-CDL

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's January 16, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Andrew C. Jayne
Tara A. LaClair
Jennifer N. Lamirand
Jason McVicker
Amanda M. Self
Linh Tran Stephens

CMW/art