# United States District Court
## for the Northern District of Oklahoma

Case No. 24-cv-216-JDR-CDL

LINH TRAN STEPHENS,

*Plaintiff*,

*versus*

CHILD SUPPORT SERVICES OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES; CHARLES SCHWAB AND CO., INC.; CIERRA FREEMAN, *individually and in her official capacity as court-appointed attorney for child-support enforcement*; MARY JOHNMEYER, *individually and in her official capacity as legal counsel of Charles Schwab and Co., Inc.*; RENEE BANKS, *individually and in her official capacity as Director of Child Support Services of Oklahoma Department of Human Services*; JASON HOENSHELL, *individually and in his official capacity as Oklahoma FDIM Coordinator*; EMMALENE STRINGER, *individually and in her official capacity as attorney for Child Support Services of Oklahoma Department of Human Services*; JOHN DOES 1-10, *employees of Child Support Services of Oklahoma Department of Human Services*; JOHN DOES 11-20, *employees of Charles Schwab and Co., Inc.*,

*Defendants*.

## ORDER

Before the Court is Plaintiff's motion for leave to appeal in forma pauperis [Dkt. 65]. Plaintiff seeks leave to proceed on appeal, in Case No. 25-5063, without prepayment of the $605 appellate docketing and filing fees. On review of the motion and supporting documents, the Court finds that Plaintiff lacks sufficient funds to prepay the fees necessary to commence the appeal and that the motion shall be granted. *See* 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a).

Case No. 24-cv-216

IT IS ORDERED that Plaintiff's motion for leave to appeal in forma pauperis [Dkt. 65] is granted. The Clerk of Court shall send a copy of this Order to the United States Court of Appeals for the Tenth Circuit, regarding Case No. 25-5063.

DATED this 22d day of May 2025.

John D. Russell
*United States District Judge*